# **EXHIBIT D**

# Deposition Transcript of William J. Vigilante, Jr., Ph.D., CPE (09.23.16)

| PAGE:LINE(S) CITED IN MEMORANDUM OF LAW |
|---|
| 410:8-12 |

1                           VOLUME II
2             UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT
3     _____
                                     )
4     RACHEL DENNERT,                )
                                     )
5             Plaintiff,             )
                                     )
6        -vs-                        )
                                     )
7     MEDTRONIC, INC.;               )   Civil Action No.
      MEDTRONIC MINIMED,             )   3:11-CV-01229 (SRU)
8     INC., d/b/a MEDTRONIC          )
      DIABETES, a Division of        )
9     MEDTRONIC, INC.                )
      (improperly named as          )
10    MEDTRONIC DIABETES);           )
      UNOMEDICAL DEVICES SA          )
11    de CV and UNOMEDICAL           )
      A/S,                           )
12                                   )
              Defendants.            )
13    _____
14

              WILLIAMS CUKER BEREZOFSKY
15         1515 MARKET STREET - SUITE 1300
          PHILADELPHIA, PENNSYLVANIA 19102
16                SEPTEMBER 23, 2016
                     10:27 A.M.
17
18
19      CONTINUED VIDEOTAPED DEPOSITION OF
        WILLIAM J. VIGILANTE, JR., Ph.D., CPE
20
21
22
23
24    REPORTED BY:
      DEBRA SAPIO LYONS, RDR, CRR, CRC, CCR, CPE
25    JOB NO. 112521

Page 271

September 23, 2016
Continued videotaped deposition of William J. Vigilante, Jr., Ph.D., CPE, held at the offices of Williams Cuker Berezofsky, 1515 Market Street, Suite 1300, Philadelphia, Pennsylvania 19102, before Debra Sapio Lyons, a Registered Diplomat Reporter, a Certified Realtime Reporter, a Certified Realtime Captioner, a Certified LiveNote Reporter, an Approved Reporter of the United States District Court for the Eastern District of Pennsylvania, a Certified Court Reporter of the State of New Jersey, a Notary Public of the States of New Jersey, New York and the Commonwealth of Pennsylvania.

Page 272

APPEARANCES:
      WILLIAMS CUKER BEREZOFSKY
      BY:  ALAN SKLARSKY, ESQUIRE
      Woodland Falls Corporate Center
      210 Lake Drive East
      Cherry Hill, New Jersey 08002
      Attorneys for Plaintiff Rachel Dennert


MASLON
      BY:  DAVID SCHULTZ, ESQUIRE
      (Present via Videoconference)
      3300 Wells Fargo Center
      90 South Seventh Street
      Minneapolis, Minnesota 55402
      Attorneys for Defendant Medtronic, Inc.;
      MEDTRONIC MINIMED, INC., d/b/a MEDTRONIC
      DIABETES, a Division of MEDTRONIC, INC.
      (improperly named as MEDTRONIC DIABETES)


THOMPSON HINE
      BY:  Z. ILEANA MARTINEZ, ESQUIRE
      (Present via Videoconference)
      Two Alliance Center
      3560 Lenox Road
      Atlanta, Georgia 30326
      Attorneys for Defendant Unomedical
      Devices SA de CV and Unomedical A/S


ALSO PRESENT:
      GERARD ALFE, LEGAL VIDEO SPECIALIST
      TSG REPORTING

Page 273

W. VIGILANTE
        THE VIDEOGRAPHER:  This video deposition is now continuing.  The witness has been previously sworn.  His name is William J. Vigilante, Jr.
        Please continue.
        MR. SCHULTZ:  Good morning, Mr. Vigilante.
        THE VIDEOGRAPHER:  Oh, excuse me. I'm sorry.  The date is September 23rd, 2016.  The time 10:27.
        WILLIAM J. VIGILANTE, JR., Ph.D., CPE, having been previously sworn, was examined and testified as follows:
EXAMINATION
BY MR. SCHULTZ:
        Q.  Good morning, Mr. Vigilante.  This is David Schultz from the Maslon firm in Minneapolis.
        Can you hear me?
        A.  Yes.
        Q.  Okay.  Thank you.
        Mr. Vigilante, have you done, other than coming for this deposition, have you done additional work on this case since we

Page 274

W. VIGILANTE
first started your deposition?
        A.  Yes.
        Q.  What have you done?
        A.  I reviewed my deposition transcript and I reviewed my file to prepare to come to today, and then I spoke with Mr. Haverty.
        Q.  Okay.  Am I correct in assuming that you have not changed or modified your opinions since last we spoke?
        A.  Correct.
        Q.  Okay.  And having reviewed your testimony, did you see anything in your testimony that you felt needed to be corrected or clarified?
        A.  I don't think so.
        Q.  Okay.  All right.  I want to go back and just finish up briefly on some of the material we were talking about on the Medtronic human factors analysis that was undertaken during the design process for the P-cap; and I don't want to revisit all of your opinions or retread all of the testimony, but at least as I recall it from your report, one

W. VIGILANTE

1  of the criticisms that I think you had is that
2  the human factors or use analysis -- or the
3  use study -- usability study that was done at
4  the time in or around 2000 was, in your
5  opinion, deficient in part because the IFU
6  that was used with the test subjects was
7  different from the IFU that was eventually
8  shipped with the products to Rachel Dennert.
9        Is that a fair summary?
10       A.  Yes, the -- the IFUs that were
11 tested and the process for filling the
12 reservoir that was tested was changed from the
13 time that those studies were done to the IFU
14 and process that was presented to
15 Mrs. Dennert.
16       Q.  Okay.  And one way in which I
17 think you said the IFU was different was that
18 the IFU that was used for testing depicted the
19 insulin vial at the point of removal of the
20 reservoir, depicted it on a table or surface
21 when the reservoir is removed, and that that
22 depiction is not carried forward into the IFU
23 that was shipped with Rachel Dennert.
24       Do I have that right?

W. VIGILANTE

1        A.  I believe so.
2        Q.  Okay.  But we don't have -- that's
3  a description that -- that is given, but
4  neither you nor I have seen that test IFU;
5  correct?
6        A.  Yeah, that IFU has not been
7  provided in discovery.  The --
8        Q.  You're aware --
9        A.  The -- I'm sorry.
10       Q.  -- that during the use of -- I'm
11 sorry.
12       A.  I was going to say that there were
13 multiple IFUs that were tested and none of
14 them were -- multiple versions of the IFU that
15 were tested or assessed in the usability
16 studies, and none of them were -- were
17 produced in discovery.
18       Q.  Okay.  And if Medtronic says they
19 don't exist, you have no reason to quarrel
20 with that, do you?
21       A.  I wouldn't know.
22       Q.  Okay.  One of the things -- let me
23 stop for a second.
24       MR. SCHULTZ:  Ileana, I can see

W. VIGILANTE

1  you're having some difficulties.
2        THE WITNESS:  I think she just went
3  away.
4        MR. SKLARSKY:  We lost her at this
5  end.
6        MR. SCHULTZ:  We just lost her here
7  too.  Why don't we go off the record and
8  wait.  Sorry.
9        THE VIDEOGRAPHER:  We're now going
10 off the video record.  The time 10:31.
11       (A recess is held from 10:31 a.m. to
12 10:32 a.m.)
13       THE VIDEOGRAPHER:  Back on 10:32.
14 BY MR. SCHULTZ:
15       Q.  Mr. Vigilante, you're aware that
16 during the usability studies that were
17 performed by Medtronic in 2000 or thereabouts
18 during the development of the P-cap, none of
19 the users who were part of that study were
20 reported to have removed the reservoir from
21 the insulin vial with the insulin vial above
22 the reservoir; correct?
23       A.  Yes.
24       Q.  Do you attribute that to the

W. VIGILANTE

1  belief that the original IFU that was used in
2  the usability study physically depicted the
3  vial on the table at the time the reservoir
4  would then be removed from the transfer guard?
5        A.  In part.
6        Q.  Okay.  What else do you attribute
7  it to?
8        A.  Well, the fact is the IFU -- the
9  IFUs that were tested based upon their
10 description in McConnell's deposition, the
11 insulin vial never left the table.  So it was
12 placed on the table, connected to the transfer
13 guard and reservoir, air pumped into it,
14 medication removed from it into -- or
15 transferred into the reservoir, and the
16 reservoir removed from the transfer guard all
17 with the insulin vial on the table, so it was
18 never removed from the table.
19       Q.  Okay.
20       A.  So second -- the second part is,
21 is that the study was done with employees of
22 the Clinical Services Department, and I don't
23 have any information on whether or not those
24 folks had any inclination or were aware of the

Page 279

W. VIGILANTE

1   potential problems with doing the task any
2   other way.  Again, this wasn't a
3   representative sample of the user population,
4   so we don't know if that affected the -- their
5   actions and -- and so forth.
6       Q.  Okay.  If -- if the IFU that had
7   been shipped with Rachel Dennert's devices had
8   depicted the reservoir -- or rather the
9   insulin vial on the table at the time the
10  reservoir is removed, would that have been
11  adequate in your view?
12      A.  No.
13      Q.  Why not?
14      A.  Well, first, it depends on what
15  the prior steps were, but more importantly, it
16  needed a warning to let folks know that the
17  potential for any fluid, including the
18  insulin, getting on the top of the reservoir
19  or contaminating the bottom of the -- the
20  P-cap was problematic and can lead to serious
21  injury.
22      Q.  Would the -- would you agree --
23  set aside the question of warning for a
24  second.  Would you agree that if the IFU

Page 280

W. VIGILANTE

1   shipped with Rachel Dennert's devices depicted
2   the vial on the table when the reservoir is
3   removed from it as an instruction, would that
4   have been clear?  Not as a warning.  We'll get
5   to that side of it, but...
6       A.  It -- it depends on what the prior
7   steps were and the other steps were and then
8   also how it was depicted.
9       Q.  Okay.  Can you elaborate on that?
10      A.  Well, you're asking me to give an
11  answer to a hypothetical.  I mean, this could
12  be the worst IFU in the world ever developed,
13  and in Step 6 it shows or attempts to show
14  that the vial is sitting on a table.  So I
15  can't give you an opinion that that
16  hypothetical IFU would have been appropriate
17  or not.  Without seeing it, you know, you --
18  you can't make a assessment based upon a
19  single step without understanding the totality
20  of the other steps and the way it's presented.
21      Q.  Okay.  So you can't -- you can't
22  opine on whether a step showing the reservoir
23  being detached with the vial actually on the
24  table, as to whether that would be clear and

Page 281

W. VIGILANTE

1   adequate to instruct the user whether to
2   remove the reservoir from above the vial?
3       MR. SKLARSKY:  Note an objection.
4   I'm not sure you're restating his testimony
5   quite as he gave it.
6       And the only other thing, Dave, do
7   you -- do you have -- since you're
8   describing a particular IFU, and I realize
9   I'm, you know, a newcomer to the case, do
10  you -- do you have such a document that can
11  be shown to him that you're describing?
12      MR. SCHULTZ:  Well, the documents
13  are what they are in the case.  I'm
14  just asking if you can answer the question
15  as asked.
16      MR. SKLARSKY:  So as -- as a
17  hypothetical at this point?
18      MR. SCHULTZ:  Go ahead.
19      A.  Yeah, the -- based upon the
20  information you've given me, I don't have
21  enough information to -- to make an
22  assessment.
23      Q.  Okay.
24      A.  It's an incomplete hypothetical.

Page 282

W. VIGILANTE

1       Q.  If -- if you would look at --
2       MR. SCHULTZ:  Madame Court Reporter,
3   if you would hand Mr. Vigilante Exhibit
4   Number 11, which is his supplemental report
5   dated June 16th of 2016.
6       THE WITNESS:  Thank you.
7       (Exhibit Vigilante-11, letter dated
8   June 16, 2016 addressed to Kevin Haverty,
9   Esq., was previously marked for
10  identification.)
11      COURT REPORTER:  He has it.
12      MR. SCHULTZ:  Thank you.
13      Q.  Doctor, just directing your
14  attention to Page 1 of your report, the
15  supplemental report, Exhibit 11, I just want
16  to make sure I'm clear on what is being
17  communicated here.  In the last paragraph on
18  the first page we're talking about this issue
19  of the IFU that was shipped with the devices
20  having been changed after the second usability
21  study, and you write in that paragraph,
22  "Although Medtronic was aware of this
23  potential," referencing above, "they changed
24  the IFU after the human factors studies."

Page 283

W. VIGILANTE

1
2  And your basis for that is the
3  statement, or the deposition testimony of
4  Susan McConville, correct -- or McConnell?
5      A.  Yeah, the -- I'm referring back to
6  Mrs. McConnell Mon -- Montal -- Montal -- I'm
7  sorry.  I don't know how to pronounce her last
8  name -- deposition testimony for that
9  sentence, but I also know that the IFU that
10  was shipped with Ms. Dennert's infusion set
11  was different than the ones they tested.
12      Q.  Okay.  And I just want to make
13  clear you're relying on the testimony of Susan
14  McConnell for that as opposed to something
15  that you, yourself, have viewed; correct?
16      A.  I don't understand the question.
17  So can you rephrase it, please?
18      Q.  Sure.  I'm just trying to make
19  sure I have your opinion which is based on the
20  testimony of Susan McConnell; right?
21      A.  In part.
22      Q.  On this -- on this aspect of the
23  change of the IFU?
24      A.  Well, in part.  I mean, the -- the
25  exhibits to her deposition included the

Page 284

W. VIGILANTE

1
2  usability study, and the usability -- excuse
3  me, the usability study described the IF --
4  described in part the IFUs that were provided
5  or were assessed during those studies.  And
6  then I also --
7      Q.  Right.
8      A.  -- had the IFU that was included
9  in the infusion set that Mrs. Dennert was
10  using.
11      Q.  Right.
12      A.  So I think based upon the
13  testimony, the exhibits, and the --
14  the subject IFU, I can support those
15  statements.
16      Q.  Okay.  Fair enough.  I'm just
17  trying to understand.  I mean, so you had the
18  usability studies and you have the current IFU
19  and Ms. McConnell's testimony about those
20  documents; correct?
21      A.  Yes.
22      Q.  Okay.  In the IFU that was shipped
23  with Rachel Dennert's devices, are you -- they
24  depict, among other things, hands that are
25  holding the reservoir and insulin vial;

Page 285

W. VIGILANTE

1
2  correct?
3      A.  Yes.
4      Q.  Is it your belief that that
5  depiction instructs the user that they should
6  use the particular hands in the particular
7  orientation as depicted?
8      In other words, if the IFU depicts
9  the person in the -- in the graphic using the
10  right hand to remove the reservoir, is it your
11  understanding that the IFU is commanding that
12  person or directing that person that they have
13  to use their right hand to remove the
14  reservoir?
15      A.  Well, we talked about this last
16  time.  The answer is yes and no.
17      Q.  Okay.  Explain that to me, would
18  you?
19      A.  Sure.  The IFU depicts the strong
20  hand as the right hand, so certainly
21  left-handed people would naturally reverse it.
22  I think that's the -- the way it's typically
23  done.  When you're giving people fine motor
24  skills and you're giving them instructions
25  regarding those fine motor skills, they

Page 286

W. VIGILANTE

1
2  reverse it because, you know, they're a
3  minority in the -- in the world and they
4  understand that typically the instructions
5  are -- are done for right-handed strong hand
6  folks.
7      Second is that the IFU doesn't
8  tell you whether or not you have to do it
9  exactly the way it's depicted, but we know
10  that if you don't do it exactly as it's
11  depicted in at least some of the steps, there
12  are really severe catastrophic consequences.
13  So it's either it doesn't matter whether you
14  follow the IFU exactly or you have to follow
15  it exactly; and in this IFU, Mini-Med hasn't
16  made it clear what the -- what the intent and
17  purpose is.
18      So you're arguing that Ms. Dennert
19  did it wrong, but there's nothing in here that
20  says you have to do it exactly.  So you can't
21  argue and have it both ways.  Either you have
22  to follow it exactly or you have leeway; and
23  either way it's not a very good IFU.
24      Q.  Isn't there really a middle
25  ground, though, that the IFU communicates what

W. VIGILANTE

1
2  steps you have to do such as removing the
3  reservoir from the vial with the reservoir
4  above, but naturally leaves it to the user to
5  figure out which hand they'd prefer to do
6  that step with; isn't that a fair interpretation?
7       A.   That might be your interpretation,
8  but that's a -- that's a terrible way to do
9  instructions.  So either you're allowing the
10 user to make assumptions and to use their own
11 preferences or you tell them they have to do
12 it exactly like this because if you don't do
13 it exactly like this, there's catastrophic
14 consequences.
15          So you can't have it either way.
16 You can't say, well, they can kind of do what
17 they want in some of the steps and within a
18 step they can do it the way they want, but on
19 Step 6 they have to have the vial -- the
20 insulin vial under the reservoir because you
21 can possibly die if you don't.  You can't have
22 it both ways, and, you know, that was one of
23 the things I tried to explain in the last
24 deposition.
25       Q.   Well, what I was getting at is

W. VIGILANTE

1
2  that -- this is a simple question.  Either you
3  agree or you don't agree, and I suspect I know
4  your answer.  But isn't it the case that
5  it's -- that the IFU is communicating "Take
6  the reservoir, remove it from the transfer
7  guard with the vial beneath the reservoir,"
8  but that even though it shows somebody doing
9  that, it's not saying "And you have to use
10 this particular hand to do it"?  Isn't the --
11 the point of the instruction the relationship
12 between the reservoir and the vial?
13      A.   Again, there's no intention
14 identified on the IFU for what Medtronic and
15 Unomedical intended.  So did they intend it to
16 be followed literally or did they intend it to
17 be followed figuratively with preferences to
18 the user?  Again, it's not communicated.  But
19 we do know that if you don't follow Step
20 Number 6 in flipping it, it produces
21 catastrophic -- potentially catastrophic
22 damages, but there's nothing to alert you to
23 the fact that that's the case; and there's
24 nothing to alert you to the fact that if you
25 want to change hands, that's okay, but if you

W. VIGILANTE

1
2  want to change orientation, that's absolutely
3  not okay.  So, again, it's not -- it's not the
4  right way to do instructions.
5       MS. MARTINEZ:  Object to the answer.
6  Move to strike.
7       MR. SCHULTZ:  Join the objection.
8       Q.   Well, let's -- let's do this
9  doc -- Mr. Vigilante.  Let's turn to your
10 first report.
11      MR. SCHULTZ:  Madame Court Reporter,
12 I believe it was previously marked as
13 Deposition Exhibit Number 10.
14      (Exhibit Vigilante-10, Report of
15 William J. Vigilante, Jr., PhD, CPE dated
16 April 19, 2016, was previously marked for
17 identification.)
18      COURT REPORTER:  He has it.
19      MR. SCHULTZ:  Thank you.
20      Q.   Mr. Vigilante, if you would turn
21 to Page 19 of your report, Exhibit Number 10?
22      A.   (The witness complies with the
23 request of counsel.)
24      Okay.
25      Q.   In the fourth full paragraph on

W. VIGILANTE

1
2  that page you write, (as read):  "Medtronic
3  and Unomedical's failure -- Unomedical's
4  failure to provide adequate instructions and
5  warning was improper and unreasonably
6  dangerous, rendered the Paradigm reservoir and
7  infusion set defective and unreasonably
8  dangerous, and caused Rachel Dennert's
9  injury."
10      You see that?
11      A.   Yes.
12      Q.   Can you explain how it caused
13 Rachel Dennert's injury?
14      A.   Yeah, I'm relying upon Michael
15 Klimowicz's analysis that the -- that the --
16 Mrs. Dennert experienced a -- an uncontrolled
17 and unknown injection of insulin due to the
18 anomaly associated with the blockage of the
19 vents and that that unknown injection of
20 insulin caused the -- the injuries that she
21 suffered.
22      Q.   Okay.  And aren't you also --
23 maybe you're not.
24      Are you also testifying that the
25 reason that Rachel Dennert experienced

Page 291

W. VIGILANTE

1  
2        W. VIGILANTE
3  temporarily blocked vents on the P-cap is
4  because she removed the reservoir -- reservoir
5  from beneath the vial and that that was a
6  result -- her decision to do that or her
7  practice in doing that was because of
8  something about the IFU?
9       A.  Yeah, I'm sorry.  I thought we
10 were -- we were focussed on the -- the injury
11 causation as opposed to the event causation.
12 So the failure to provide adequate
13 instructions and warnings deprived her of the
14 information she needed to, to use the infusion
15 set and reservoir correctly and prevent the
16 fluid, including insulin, from getting on the
17 top of the reservoir and contaminating the
18 underside of the P-cap.
19      Q.  Yeah.  And I'm -- what I'm asking
20 then is for you to explain how it is that
21 what you opine as the inadequacy of the
22 infusion set, or the IFU for the reservoir
23 rather, caused this to happen?
24      MR. SKLARSKY:  Dave, didn't he -- I
25 thought he just answered that question.
   It's the same question.

Page 292

W. VIGILANTE

1  
2       MR. SCHULTZ:  Well, I'm sorry.  If
3  I -- if I missed it, I missed it, but I
4  didn't hear that.
5       A.  Yeah.  I'm sorry.  The IFU and --
6  the IFUs failed to provide adequate warning to
7  alert Rachel Dennert on how to do the steps
8  properly to prevent insulin from getting on
9  the top of the reservoir before she puts it on
10 the P-cap, and it failed to instruct her,
11 informed her to ensure that there was no
12 contaminant on top of the reservoir before
13 connecting it to the P-cap.  So, again,
14 Mr. Klimowicz -- Dr. Klimowicz has opined that
15 the prime fill anomaly was caused by the
16 blockage of the -- of the cap, of the vents on
17 the P-cap.  So the vents --
18      Q.  Yeah, I understand that part.
19      A.  The vents --
20      Q.  I guess what I'm --
21      (Reporter clarification -
22 simultaneous speaking.)
23      MR. SKLARSKY:  Yeah, let him finish,
24 so you can then ask the next question.
25      MR. SCHULTZ:  I'm sorry.  You know,

Page 293

W. VIGILANTE

1  
2  listen, I just didn't hear him.  Okay?
3       MR. SKLARSKY:  Okay.
4       MR. SCHULTZ:  I'll -- be patient
5  with me.  I haven't done this by video
6  conference before.  I thought he was done.
7       MR. SKLARSKY:  Okay.
8       THE WITNESS:  Yeah, that's okay.
9  I kind of lost my train of thought.
10      A.  So it's my understanding
11 Dr. Klimowicz has determined the manner in
12 which the insulin was allowed to flow
13 uncontrolled and unexpected was due to the
14 blockage of the vents.  Whether it was insulin
15 or another contaminant, I don't know for sure.
16 The insulin seems to be the -- the most
17 likely, but I can't rule out that there was
18 another -- another contaminant.  I think
19 the -- that's the -- that's the easiest way to
20 put it.
21      Q.  Yeah, and I -- I'm really asking
22 you a different question.  So let me -- let me
23 back up and we'll come at it a different way.
24      First of all, in your -- in your
25 report you distinguish between instructions

Page 294

W. VIGILANTE

1  
2  and warnings; correct?
3       A.  Well, I define instructions and I
4  define warnings.  Sometimes instructions have
5  warnings and sometimes warnings have
6  instructions.
7       Q.  So what's the -- what's the
8  difference?
9       Well, am I right that an
10 instruction tells a user how to do something
11 and a warning gives the user information about
12 the danger of doing it or not doing it a
13 certain way --
14      A.  Yeah, typ --
15      Q.  -- or following or not following
16 instructions?
17      A.  Yeah, typically instructions are
18 provided to inform somebody how to do
19 something the proper way to do it, the correct
20 way to do it; and if there are hazards
21 associated with the improper way of doing it
22 or even hazards associated with the proper way
23 of doing it, warnings call attention to the
24 presence of the hazard, identify it, alert the
25 user to the hazard, identify what it is, and

Page 295

W. VIGILANTE

1
2  what's needed to be done to avoid it, which
3  may be, for example, ensuring that the
4  instructions are followed to the T.
5      Q.  So am I correct in understanding
6  as a global matter your opinions are -- you --
7  you would agree that the IFU provided
8  instructions, you -- your opinion is they were
9  not adequate, but did not provide a warning;
10 is that a fair summary?
11     A.  Yeah, the IFU provided
12 instructions.  There were no warnings on the
13 IFU related to the topic.  The instructions
14 provided by the IFU were inadequate.
15     Q.  Okay.  Do you have any evidence
16 that at the time Rachel Dennert changed out
17 her infusion set at approximately ten o'clock
18 or eleven o'clock on August 8th of 2009, that
19 she had the vial above the reservoir when she
20 filled the reservoir and then removed it?
21     A.  Yeah, I -- I don't have any
22 evidence to -- to state that that's exactly
23 what happened.  We do know that her mother
24 didn't see anything wrong with what she did,
25 but I don't have any testimony from her mom

Page 296

W. VIGILANTE

1
2  saying that she saw her remove it in a certain
3  way or a certain sequence.
4      Q.  Okay.  Assuming that she did it
5  that way, do you have any evidence that she
6  did it that way because of the unclarity or
7  deficiencies, as you opine it, of the IFU for
8  the reservoir?
9      MR. SKLARSKY:  I have an objection
10 to the form.  I think it's somewhat a
11 compound question and somewhat confusing,
12 but he can answer.
13     A.  Yes, there's -- there's multiple
14 pieces of evidence.
15     Q.  Okay.  What's the evidence that
16 assuming Rachel Dennert removed the reservoir
17 from the vial with the reservoir beneath it at
18 that time, that was a result of the content of
19 the IFU, what's your evidence for that?
20     A.  So my understanding is, is that
21 she had the IFUs, her mother said that she was
22 using the -- the one sheet instructions for
23 doing the infusion set as opposed to relying
24 upon the larger manual.  The natural way of
25 doing it is, again, the way that is associated

Page 297

W. VIGILANTE

1
2  with this prime fill anomaly and how it was
3  discovered by Medtronic, is that is holding
4  the insulin vial over the reservoir when
5  detaching the reservoir, there were no
6  warnings or instructions in the IFU to alert
7  folks or readers that the reservoir needed to
8  be on top, that it -- those -- that -- that
9  step was not clear.  It was not called out.
10 There was no text to -- to -- to go with it to
11 let the user know or ensure the user knows
12 that it needs to be flipped.  There were no
13 warnings regarding the hazard associated with
14 it or getting any contaminant on the top of
15 the reservoir before connecting it to the
16 P-cap.
17     And then we have the number of
18 prime fill anomalies that were recorded by
19 Medtronic going back to I think, like, 2002.
20     We have the YouTube videos showing
21 people doing exactly what you would expect
22 them to do based upon the natural way of
23 filling and removing the reservoir from the
24 transfer guard and the insulin vial.
25     So I think the totality of that,

Page 298

W. VIGILANTE

1
2  along with my analysis, is the evidence that I
3  relied upon.
4      Q.  Would you agree that YouTube
5  videos are not direct evidence of what Rachel
6  Dennert did or didn't do on August 8th in
7  2009?
8      MR. SKLARSKY:  Objection to the
9  form, but go ahead.
10     A.  Yeah, I mean it's indirect
11 evidence.  It's supporting the fact that the
12 natural way to do it is what was depicted
13 in -- in those YouTube videos that we
14 discussed at the last deposition.
15     Q.  Is it your testimony that the
16 YouTube videos explain what Rachel Dennert did
17 and why she did it?
18     A.  I think it's just part of the
19 overall evidence and facts that lead to the
20 conclusion that the natural way to do it is to
21 remove the reservoir from under the insulin
22 vial; and there's nothing to suggest that
23 Rachel Dennert knew differently or her mother
24 knew differently.  She wasn't trained on the
25 hazard either by the -- the trainer or her

Page 299

W. VIGILANTE

1
2  doctor because Medtronic and Unomedical never
3  bothered to train the doctor and their
4  educators and trainers on the importance of
5  this one step and the hazard associated with
6  getting contaminants on the top of the
7  reservoir.
8      Q.  Is it your opinion that Uno --
9      MS. MARTINEZ:  Object, move to
10  strike.  I'm sorry.  Object to the form.
11  Move to strike.
12      Q.  Is it your understanding that
13  Unomedical provides training to Medtronic pump
14  patients?
15      A.  I'm understanding that Medtronic
16  does.  I'm not sure exactly Unomedical's
17  participation and whether or not the -- the
18  trainers are trained and provided it to the
19  potential patients.
20      Q.  Okay.  Let's shift gears a little
21  bit.  I'll come back to this topic in a
22  minute, but do I understand one -- one of the
23  opinions in your report is that it was
24  unreasonable of Medtronic or improper of
25  Medtronic to rely upon the instructions that

Page 300

W. VIGILANTE

1
2  are contained in the pump user guide?
3      Do I have that right?
4      A.  For this particular hazard, yes.
5      Q.  Right.  Okay.
6      MR. SCHULTZ:  Madame Court Reporter,
7  would you hand Mr. Vigilante Exhibit Number
8  12, the pump user guide?
9      THE WITNESS:  Thank you.
10      MR. SKLARSKY:  Dave, could I just --
11      Q.  So, Mr. Vigilante --
12      MR. SKLARSKY:  Dave.  Dave.
13      MR. SCHULTZ:  Yeah.
14      MR. SKLARSKY:  Dave, hold on one
15  second.  Can I just interpret for one
16  minute?  Is it -- was -- is this Exhibit 12
17  for this deposition or for a different
18  deposition?
19      MR. SCHULTZ:  I believe it was --
20  oh, this -- I see.  On this copy it was
21  marked as Exhibit 12 during the deposition
22  of Nancy Dennert, so we should probably
23  mark it for this deposition which I think
24  we're on 19 if I'm not mistaken.
25      COURT REPORTER:  Okay.  Dwayne told

Page 301

W. VIGILANTE

1
2  me to, but do you want me to check or not?
3      MR. SKLARSKY:  Yeah, no, I think --
4  I think that's right.  I printed out
5  from -- that I -- we -- you went up -- at
6  the last deposition I think 17 was the last
7  exhibit; is that right?
8      MR. SCHULTZ:  Okay.
9      MR. SKLARSKY:  Yeah.
10      MR. SCHULTZ:  Why don't we mark this
11  as 18.  I think you're right, Alan.
12      (Pause.)
13      MR. SCHULTZ:  Has it not been marked
14  or not yet?
15      COURT REPORTER:  No.
16      MR. SKLARSKY:  Not -- not yet.
17      MR. SCHULTZ:  Okay.
18      COURT REPORTER:  I was just checking
19  the previous transcript.
20      MR. SKLARSKY:  Is that right --
21      MR. SCHULTZ:  Oh, thank you.
22      MR. SKLARSKY:  -- 17?  It was 17?
23  It's 18.
24      (Exhibit Vigilante-18, multipage
25  document entitled Paradigm 522 and 722

Page 302

W. VIGILANTE

1
2  Insulin Pumps User Guide bearing Bates
3  Numbers MDT000073RD through MDT000332RD, is
4  marked for identification.)
5      THE WITNESS:  Thank you.
6      COURT REPORTER:  Okay.  I've marked
7  it as 18.
8  BY MR. SCHULTZ:
9      Q.  All right.  Mr. Vigilante, you now
10  have what's been marked as Exhibit 18, which
11  is the user guide that was produced with
12  Rachel Dennert's pump, correct, as far as you
13  know?
14      A.  Yeah, this seems to be a copy of a
15  Paradigm 722 insulin pump, so I don't know if
16  this is the exact copy that Mrs. Dennert had
17  or if it's a exemplar produced by Medtronic.
18  So whatever you want to do, I'll -- I'll be
19  happy to go along.
20      Q.  Well, the record will be what the
21  record is.  I will represent to you that this
22  is a copy of the user guide.  It's not the
23  specific one that was shipped obviously, but
24  it is a copy of what was shipped with
25  Ms. Dennert's pump, and I'll make that

W. VIGILANTE

1
2  representation to you.
3       A.  Okay.
4       Q.  If you turn to Pages 60 and 61 of
5  the user guide, you see that this is the
6  section of the user guide --
7       A.  I'm sorry.  I -- I haven't gotten
8  there yet.
9       MR. SKLARSKY:  He's not quite there
10  yet.
11       A.  It's a -- it's a big manual.
12  Okay.
13       Q.  This is the section of the user
14  guide that relates to removal -- well, filling
15  the reservoir and then connecting it to the
16  infusion set; correct?
17       A.  Yeah, the title of the section is
18  "Filling the Reservoir."
19       Q.  Yeah.  And on Page 61 there is a
20  pictograph that has a Step 9 labeled.
21       Do you see that?
22       A.  Yes, there is a pictograph with a
23  Step 9.
24       Q.  Yeah.  And that pictograph shows
25  that the reservoir is being removed from the

W. VIGILANTE

1
2  vial with the reservoir above the vial;
3  correct?
4       A.  Yes.
5       Q.  And above that there is text that
6  says, relating to Step 9, "With the vial down,
7  hold the transfer guard.  Turn the reservoir
8  counterclockwise, then pull straight up to
9  remove it from the transfer guard."
10       Do you see that?
11       A.  Yes.
12       Q.  Would you agree with me that that
13  description and combination with the
14  pictograph makes it clear that the reservoir
15  is to be removed from the insulin vial with
16  the vial beneath the reservoir?
17       A.  It does a better job, certainly,
18  than the IFU for the infusion set.
19       Q.  Well, that's not quite my
20  question.  I understand that's your opinion,
21  but my question was:  Do you agree that the
22  language in combination with the pictograph
23  makes it clear to the user that the reservoir
24  is to be removed from the transfer guard with
25  the vial beneath the reservoir?  Is it clear?

W. VIGILANTE

1
2       A.  That's what the sentence says.
3       Q.  And do you agree that it clearly
4  communicates that --
5       A.  Well --
6       Q.  -- to the user?
7       A.  -- yes and no.
8       Q.  Okay.  How yes?
9       A.  That's what the sentence says.
10       Q.  And how no?
11       A.  Well, again, you're -- you're
12  taking a -- a small part of the overall
13  procedure and asking me to analyze it without
14  the rest of the context.  So much as we talked
15  about the IFU at the beginning of this
16  deposition, and the last deposition, there's
17  no instruction here that says you have to do
18  it exactly like this and there's no warning in
19  here to tell you what the consequences are if
20  you don't do it exactly like this.
21       Q.  All right.  I want to --
22       A.  So the sentence itself --
23       Q.  I understand your --
24       (Reporter clarification -
25  simultaneous speaking.)

W. VIGILANTE

1
2       Q.  I'm sorry.
3       A.  Yeah.  I'm sorry.  Go ahead.
4       Q.  Okay.  I -- I don't mean to
5  interrupt you.  I -- I'm not trying to do
6  that.
7       I understand there's not a warning
8  in here about liquid that we've discussed.  My
9  question really was:  The instruction itself
10  is not ambiguous about what it's telling the
11  user to do; correct?
12       A.  As I stated before, the sentence
13  is clear.
14       Q.  Okay.  Part of your opinion at
15  least is that it's unreasonable for Medtronic
16  to rely on the user guide, at least as I would
17  understand it, that it's -- it's a big
18  document and it's, you know, something that
19  the user might not read; is that correct?
20       A.  No, I didn't say the user may not
21  read it.  I have a -- there's a discrepancy in
22  how -- I've got a -- a note that the user
23  guide is 250 pages long, and I don't know if
24  it's just the way this copy is, maybe it's the
25  way it's numbered, but it ends on Page 242, so

Page 307

W. VIGILANTE

1 I'm not sure why the discrepancy.
2
3 Q.  Well, let me ask you this,
4 Mr. Vigilante.
5     Is there any evidence that you're
6 aware of that Rachel Dennert did not read this
7 portion of the user guide?
8 A.  Yeah, I don't have any evidence
9 that she did read or did not read this portion
10 of the user guide.
11 Q.  Okay.  Do you have any -- then I
12 would assume it follows from that that you
13 don't have any evidence that she didn't
14 understand it if she had read it?
15 A.  Yeah, there's -- there's been no
16 testimony on whether she read it or whether
17 she understood it at the time she read it or
18 not.
19 Q.  And there's no evidence that
20 you're aware of that if she had read it, she
21 didn't remember it at the time she was filling
22 her reservoir on August 8th of 2009?
23 A.  Yeah, there's no testimony either
24 way, but I highly doubt it, that she would, A,
25 remember it if she did, in fact, read it.

Page 308

W. VIGILANTE

1
2 Q.  Why do you doubt that?
3 A.  It's 250 pages long.  As soon as
4 you get to the next couple pages in the
5 manual, you're going to forget what you had
6 just read a few pages back.  There is an awful
7 lot of information in this manual and
8 Medtronic provides an IFU that's specific to
9 the task.  So typically people are going to
10 look for the shorter instructions that are
11 specific to a task, as opposed to go back and
12 try to remember what they read on Page 61 of a
13 250-page manual.
14 Q.  But you don't have any direct
15 evidence of that as regards Rachel Dennert?
16 A.  Yeah, there's no testimony from
17 Rachel Dennert regarding that topic.
18 Q.  Would you agree with me then that
19 if Rachel Dennert didn't read it, then there's
20 no -- then the failure to have a warning in
21 the user guide would not be causally related
22 to her incident?
23 MR. SKLARSKY:  Note an objection to
24 the form, but if you understand it, you can
25 answer it.

Page 309

W. VIGILANTE

1
2 A.  Yeah, as I note in my report, I
3 didn't do an analysis of the pump user guide
4 and whether or not that section was adequate
5 or not, but I can tell you that the pump user
6 guide, it's my understanding, is -- is used as
7 a -- as part of a training tool during the --
8 the education session -- education sessions
9 with the patients; and if the instructors
10 aren't alerted or warned about it, there's no
11 reason for them to know that a problem
12 potentially could occur, and, therefore,
13 there's no reason for them to provide direct
14 warning to the patient when they're in a
15 education session.  So that -- that's
16 certainly problematic.
17 And, again, given the severity of
18 the consequences, you would expect it would
19 have been in the -- in the pump manual too and
20 something stressed to the trainers and the
21 doctors who are prescribing these things to
22 the patients.
23 Q.  If you -- if the reliance by
24 Medtronic on the communication of the pump
25 user guide is not reasonable because it's a

Page 310

W. VIGILANTE

1
2 long document, is it your point that Medtronic
3 could reasonably expect to rely upon the IFU,
4 assuming it provided what you believe would be
5 appropriate content --
6 MR. SKLARSKY:  Just note --
7 Q.  -- if it did, could they rely on
8 it?
9 MR. SKLARSKY:  I'll just note an
10 objection.  I'm a little unclear who's
11 relying on who here.  I'm a little --
12 MR. SCHULTZ:  Yeah.  Let me -- let
13 me rephrase it.
14 Q.  Mr. Vigilante, first of all,
15 you've opined that it wouldn't be reasonable
16 for Medtronic to rely upon the content of the
17 user guide; correct?
18 A.  Yeah, my opinion is given the
19 importance of the reservoir's IFU to the user
20 when they are actually connecting the
21 reservoir to the infusion set using the P-cap
22 connector, Medtronic and Unomedical should
23 have ensured -- I'm sorry.  I'm giving you the
24 wrong -- wrong section of my report.
25 My opinion is given the hazard

Page 311

W. VIGILANTE

1  associated with the contamination of the top
2  of the reservoir -- excuse me, the bottom of
3  the P-cap vents, the provision of the IFUs for
4  the infusion sets, the length and bulk of the
5  user guide and the likelihood of a user
6  relying upon that at a given infusion set
7  change after initial training, it was not
8  reasonable for Unomedical and Medtronic to
9  rely upon the user guide.
10      MS. MARTINEZ:  Object to the answer.
11  Move to strike.
12      Q.  If the content of the instructions
13  for use of the reservoir were in every way
14  adequate and appropriate in your opinion,
15  would Medtronic be reasonable, and for that
16  matter would Unomedical be reasonable in
17  relying upon the IFU, assuming its content
18  were everything you would like it to be?
19      A.  Yeah, if they provided adequate
20  instructions, it would have been the
21  reasonable thing to do and they would have
22  ensured the patient, the caregiver, and the
23  educators were provided with the information
24  they needed to identify the hazard and how to

Page 312

W. VIGILANTE

1  avoid it.
2      Q.  Okay.  Earlier you said that
3  Medtronic -- I think you acknowledged that
4  Medtronic Certified Diabetes Educator provided
5  training to Rachel Dennert.  Do you recall
6  that?
7      A.  Are you asking if I recall
8  testifying to that or if I recall that it
9  happened?
10      Q.  Well, do you recall testifying?
11      A.  I'm going to say, yes, 'cause we
12  probably talked about it.
13      Q.  Okay.  Do you -- to your
14  knowledge, it did, in fact, happen; correct?
15      A.  Yeah, it's my understanding there
16  was two sessions with the continuing -- or
17  the -- I have the acronym here somewhere, or
18  I'm sorry for stumbling on my words, the
19  Certified Diabeetic -- Diabetic Educator.
20      Q.  Okay.  Do you have any evidence of
21  what the Certified Diabetes Educator trained
22  Rachel Dennert to do with respect to removing
23  the reservoir from the insulin vial during
24  that training?

Page 313

W. VIGILANTE

1      A.  I don't have any -- anything other
2  than what Mrs. Nancy Dennert testified to, and
3  I don't think that that was discussed in any
4  detail.
5      Q.  Okay.  Do you have an
6  understanding -- I just want to make sure I'm
7  clear.
8      Do you have any understanding
9  about what Ms. -- Mrs. Dennert, Nancy Dennert,
10  said with respect to the content of that
11  training?
12      A.  I don't recall all of it, but I --
13  I don't recall there being any discussion as
14  to the details regarding this particular step
15  of the infusion set reservoir connection
16  process.
17      Q.  Okay.  As you sit here today, you
18  don't know what the Certified Diabetes
19  Educator showed Rachel Dennert to do during
20  their in-person training sessions; is that
21  true?
22      A.  Yes, yes and no.
23      Q.  In what way no?
24      A.  Well --

Page 314

W. VIGILANTE

1      Q.  In what way do you have evidence
2  that you know what the Diabetes Educator
3  trained Rachel Dennert to do during those
4  in-person training sessions?
5      A.  Yeah, I don't know if she
6  physically showed her how to connect the -- or
7  fill the reservoir and detach the reservoir
8  and connect it to the P-cap.  I don't know if
9  she physically showed her that and I don't
10  know if when she was physically doing that if
11  she did it correctly, but what I do know is
12  that when Medtronic finally became aware of
13  the issue, they had to send out education
14  packets to their trainers.  So it's very
15  unlikely that the trainer was aware that it
16  was a necessity to do it in a certain
17  orientation or that there was a hazard
18  associated with doing it incorrectly or having
19  a -- insulin get on the top of the reservoir
20  before connecting it to the P-cap.  So
21  that's --
22      Q.  Do you --
23      A.  -- why it's yes and no.
24      Q.  I'm sorry.  Do you presume that

Page 315

W. VIGILANTE

the Certified Diabetes Educator showed Rachel Dennert the proper way to remove the reservoir from the insulin vial?

A.  I don't presume either way.

Q.  Okay.  Do you have any evidence that Rachel Dennert did not understand what she was instructed by the Certified Diabetes Educator?

A.  Yeah, I -- since I don't know what was done and how it was done, I can't say, but I will say that it's my opinion that Rachel Dennert did not appreciate the hazard at the time she was provided with that training from the Certified Diabetes Educator.

Q.  And your opinion in that regard comes from -- you take as the starting point Mr. Klimowicz's description of how he believes the incident occurred, right, that's the starting point for that?

A.  Yeah, I don't know if that's the starting point for that.  I mean, the starting point is the fact that Medtronic's own lab guys that were trying to figure out how this thing occurred couldn't figure out how it

Page 316

W. VIGILANTE

occurred at first and had to think about what was going on for him to end up with the green diluent on his -- on his reservoir.  So that was, you know, Medtronic's own people that were very highly experienced in this.  It's completely doubtful that Rachel Dennert would have appreciated it on her own without warnings and instructions from Medtronic and Unomedical, so I think that's where it starts.

MS. MARTINEZ:  Object to the answer.  Move to strike.

A.  I was going to say that the hazard itself is not open and obvious, there -- therefore, without adequate instructions and warnings, the person is not going to pick it up.  A regular user is just not going to appreciate it or identify it.

Q.  But in what way were the instructions given by the Certified Diabetes Educator inadequate?

A.  Well, again, I don't know exactly what she did and how she did it, but I do know that it is highly unlikely that the Certified Education -- Diabetes Educator was aware of

Page 317

W. VIGILANTE

the hazard; and if they're not aware of the hazard, how can they inform Rachel Dennert of the hazard?  And if she doesn't inform her of the hazard, then the instructions, by default, were inadequate and ineffective.

Q.  Well, whether or not the Certified Diabetes Educator informed Ms. Dennert of a hazard, as you put it, associated with removing the reservoir from the insulin bottle, do you have any direct evidence that Rachel Dennert didn't do as she was instructed by the Diabetes Educator?

A.  If you mean by direct -- again, I don't have Rachel Dennert's testimony as to exactly what she did.  Unfortunately, I believe there was some brain damage associated with the incident, so you -- probably expect you're not going to get it from her, and it was never asked of Mrs. -- her mom.

Q.  Are you aware that Mrs. Dennert, Nancy Dennert, testified that Rachel Dennert followed the instructions that were given to her by the Certified Diabetes Educator?

A.  I am aware of that.

Page 318

W. VIGILANTE

Q.  Okay.  And are you aware that the Certified Diabetes Educator provided Rachel Dennert with an instruction sheet during the training?

A.  Yes.

Q.  Have you seen that instruction sheet?

A.  I have not seen that or I'm not aware if that's the same as the IFU provided with the reservoir.

Q.  Do you have any information about what Rachel Dennert knew or didn't know or understood or didn't understand about the instruction sheet --

MR. SKLARSKY:  Objection to the --

Q.  -- that was provided to her?

MR. SKLARSKY:  Objection to the form, but if you understand it, go ahead.

A.  Yeah, I -- there's no testimony from Rachel Dennert on that topic that I'm aware of.

Q.  Do you -- Mr. Vigilante, is there -- in your field of expertise, is there a -- is there a -- a notion, an accepted

Page 319

W. VIGILANTE

1
2  wisdom that hands-on training is more
3  effective than printed warnings or
4  instructions?
5       A.  Sure.  If you're given training on
6  how to use a product and part of that training
7  is using written warnings and instructions,
8  that's an effective way to do it provided that
9  the training itself is -- is adequate.  One of
10  the issues with training, and why we provide
11  printed instructions and warning, is that if
12  the training is not repetitive, over time
13  people have a tendency to forget what they
14  learned in that training, so somehow or
15  another the training has to be reinforced; and
16  that's where the warnings and instructions
17  come into play.
18       MR. SCHULTZ:  Madame Court Reporter,
19  would you mark the exhibit labeled
20  Instructional CDROM.
21       (Exhibit Vigilante-19, CDROM
22  entitled Rachel Dennert vs. Medtronic
23  Instructional CD-ROM MDT071234RD, is marked
24  for identification.)
25       Q.  Mr. Vigilante, the court reporter

Page 320

W. VIGILANTE

1
2  has handed you what's been marked as
3  Exhibit 19, which is an instructional video or
4  an instructional CDROM.  I'm not going to make
5  you look at it now, but I'll represent to you
6  that this is the -- a copy of the video that
7  is shipped with the pump to -- the pump that
8  was shipped to Rachel Dennert.
9       With that description, have you
10  seen such a video before?
11       A.  I have seen a video from
12  Medtronic.  I don't know if it's the same
13  video that's on the -- on the -- the CD or
14  not.
15       Q.  Okay.  Did the video you've seen
16  from Medtronic show the process of filling the
17  reservoir and removing it from the insulin
18  vial?
19       A.  Yes.
20       Q.  Okay.  What did it depict that you
21  recall?
22       A.  Well, I can open it up.
23       (Opening file on computer).
24       One of the versions I have is a --
25  not alive actors, it's a -- a --

Page 321

W. VIGILANTE

1
2       Q.  I didn't hear.  I'm sorry.
3       A.  It's an animation of -- the
4  version I have is an animation.
5       Q.  Okay.  Well, let's do it this way.
6       Are you aware that a video such as
7  Exhibit 19 is physically shipped with the pump
8  to pump users?
9       A.  Yeah, I don't recall.  The only
10  thing I recall with respect to videos is that
11  Nancy Dennert testified that Rachel watched
12  the videos provided, but there -- I don't
13  remember any testimony as to where those
14  videos came from, if they came from a CD with
15  the pump or they were a part of the online
16  education.  I don't -- I don't recall.
17       Q.  Okay.  So in terms of whether
18  Rachel Dennert reviewed the particular video
19  that is Exhibit 19, you don't know
20  specifically, but Mrs. Dennert testified that
21  she reviewed the video she was provided; is
22  that true?
23       A.  Well, no.  The way I'd be more
24  comfortable saying it is I don't know if she
25  received or reviewed a CD that accompanied a

Page 322

W. VIGILANTE

1
2  pump or if she reviewed videos that were
3  online.  I don't know at this point.
4       Q.  Okay.  If she did receive it, do
5  you know whether she reviewed it?
6       MR. SKLARSKY:  Well, objection to
7  the form, you know, if he doesn't know
8  specifically what -- what -- what was
9  received.
10       A.  Yeah, I don't know.  I don't know
11  if she received it or if she reviewed this
12  particular CD or not.
13       Q.  Okay.  So then it's a fair
14  statement that you don't have any information
15  as to whether she viewed Exhibit 19; and if
16  she viewed it, whether she understood it or
17  not?
18       A.  Yeah, I don't have any testimony
19  regarding that.
20       Q.  All right.  In terms of any
21  additional, for example, online-pump training,
22  do you know what, if anything, Rachel Dennert
23  viewed or didn't view?
24       A.  I -- again, according to -- to her
25  mom, Rachel went through the Medtronic pump

Page 323

W. VIGILANTE

1  school online.  That -- that's what I have
2  noted in my report.
3
4      Q.  Okay.  But in terms of what's
5  there, you don't know as you sit here today?
6          MR. SKLARSKY:  When you say what --
7      what --
8      Q.  In terms of the content of that
9  online-pump training, that she may or may not
10  have viewed, you don't know the content of it;
11  right?
12      A.  Well, I thought I had the content
13  of it in these videos, but, again, I -- it
14  could be very well that that content came from
15  the disk.  I don't know at this point.
16      Q.  Okay.  Okay.
17          MR. SCHULTZ:  Can you -- Madame
18      Court Reporter, can you mark as Exhibit 20
19      the help -- Self-Help Storyboard Filling
20      the Reservoir.
21          (Exhibit Vigilante-20, multipage
22      document entitled Self-Help Storyboard
23      Filling the Reservoir and Priming bearing
24      Bates Numbers MDT071290RD through
25      MDT071322RD, is marked for identification.)

Page 324

W. VIGILANTE

1      THE WITNESS:  Thank you.
2          MR. SKLARSKY:  What number is that?
3          COURT REPORTER:  20.
4      Q.  Mr. Vigilante, the court reporter
5  has handed you Exhibit Number 20.
6      A.  Yes.
7      Q.  Have you seen that exhibit before
8  today?
9      A.  I have not.
10      Q.  All right.  Do you know whether or
11  not this storyboard on filling the reservoir
12  is part of the online-pump training?
13      A.  I do not know.
14      Q.  All right.  Do you know whether or
15  not Rachel Dennert reviewed it?
16      A.  I do not.
17      Q.  Okay.  All right.  Well, let's go
18  back to the IFU itself.  If you --
19          MR. SCHULTZ:  Madame Court Reporter,
20      would you hand Mr. Vigilante the previously
21      marked Exhibit 17, the reservoir IFU.
22          (Exhibit Vigilante-17, document
23      entitled Medtronic MiniMed Paradigm
24      Reservoir Rx Only, was previously marked

Page 325

W. VIGILANTE

1  for identification.)
2      THE WITNESS:  Thank you.
3          COURT REPORTER:  He has it.
4          MR. SCHULTZ:  Oh, thank you.
5      Q.  Mr. Vigilante, I want to make sure
6  that I have all of your critiques of this
7  document in mind.
8          First of all, you're looking at
9  Exhibit 6 -- or 17, which is the IFU, the
10  actual IFU that was shipped with Rachel
11  Dennert's reservoirs; is that correct?
12      A.  I don't recall which one was
13  marked in the last deposition as the one that
14  Mr. Haverty provided or the one that you
15  provided, so I -- I don't recall.
16      Q.  Okay.  Do you happen to have the
17  one that Mr. Haverty provided, the -- the one
18  that was actually shipped --
19      A.  I'm sor --
20      Q.  -- the actual piece of paper?
21      A.  I'm sorry.  I do not.
22          MR. SKLARSKY:  Dave --
23      Q.  Oh, okay.
24          MR. SKLARSKY:  Dave, could I just

Page 326

W. VIGILANTE

1  ask because I noticed that there were, and
2  I don't recall exactly what the testimony
3  was about them, but there was an Exhibit 15
4  and 17.
5          MR. SCHULTZ:  Yeah, and I -- and I'm
6  pretty sure that 17 was the one that
7  Mr. Haverty provided.
8          MR. SKLARSKY:  Okay.
9          MR. SCHULTZ:  And, frankly, I think
10  15 and 17 have the exact same content
11  but...
12          MR. SKLARSKY:  If they're identical,
13  then I guess it won't matter, you
14  know, which one we use but...
15          MR. SCHULTZ:  Yeah, but I'll just
16  ask him about 17.
17  BY MR. SCHULTZ:
18      Q.  Mr. Vigilante, looking at
19  Exhibit 17, your criticism -- first of all,
20  Step 6 is the step that depicts removal of the
21  reservoir from the insulin vial; correct?
22      A.  Yes.
23      Q.  And in the pictograph itself,
24  would you agree that it displays the reservoir

Page 327

W. VIGILANTE

1 W. VIGILANTE
2 being removed from the transfer guard with the
3 reservoir above the vial; correct?
4      A.   Yes.  I'm sorry.  Yes.
5      Q.   And the pictograph itself is not
6 hard to distinguish.  I mean, you can -- you
7 can look at it --
8      (Reporter clarification.)
9      MR. SCHULTZ:  I'm sorry.  Let --
10 I'll start it over.
11      Q.   Would you agree, Mr. Vigilante,
12 that the pictograph itself -- in the
13 pictograph itself it's not hard to distinguish
14 what is the reservoir from what is the
15 transfer guard from what is the vial?  Would
16 you agree with that?
17      A.   I can tell what it is.
18      Q.   Okay.  Among the criticisms you've
19 made about this are, number one, it doesn't --
20 the IFU doesn't say, "Make sure to remove the
21 reservoir from the transfer guard with the
22 reservoir above the vial," correct?  That's
23 one of your criticisms?
24      A.   Yeah, there's no text with the
25 step.

Page 328

W. VIGILANTE

1 W. VIGILANTE
2      Q.   Okay.  And it doesn't warn the
3 user that if you go through -- if -- if
4 certain things happen with liquid being
5 deposited on the top of the reservoir and then
6 transferred to the underside of the P-cap, it
7 doesn't contain any warnings about that;
8 correct?
9      A.   Yeah, there is no warning
10 regarding the particular hazard.
11      Q.   Okay.  Is there other -- any other
12 way in which -- I want to make sure I have all
13 your criticisms.  Are there other things about
14 the IFU's communication to the user about
15 removal of the reservoir from the insulin vial
16 that you think is deficient?
17      A.   Well, it's laid out in my report,
18 but there are multiple things.  So, one --
19      Q.   Well, just --
20      A.   -- particular to Step 6, there's
21 no accompanied sub-step that shows the actual
22 flip; and of course that's important because
23 in Step 5 the vial and the reservoir are
24 inverted.  So there was a flip between Step 5
25 and Step 6, but that actively flipping it is

Page 329

W. VIGILANTE

1 W. VIGILANTE
2 not depicted anywhere and it's not highlighted
3 or stressed in Step 6 that it was flipped.
4 And then, again, on Step 7 the reservoir is
5 flipped again.  So the fact that the IFU is
6 showing multiple orientation changes, but not
7 calling it out is a criticism that I have with
8 the IFU as well.
9      Additional criticism I have is,
10 again, the step depicted in 6 is unnatural and
11 contrary to traditional norms.  So you're
12 asking somebody to do something that they
13 normally wouldn't do naturally and, again,
14 there's no instruction or warning to let folks
15 know that that's what the -- that's what's
16 required.
17      Q.   Any others?  I just want to make
18 sure that I have them all, and I -- I know
19 they're in your report, but I just want to
20 make sure I have them.
21      A.   They're the ones that come to mind
22 at the moment.  I mean, we --
23      Q.   Okay.
24      A.   -- we've been through this in the
25 last deposition.  We went through it in my

Page 330

W. VIGILANTE

1 W. VIGILANTE
2 report.
3      Q.   Okay.  Is -- and do you have
4 evidence, is it your understanding that Rachel
5 Dennert read this IFU?
6      A.   That's my understanding.
7      Q.   Okay.  And that's based on the
8 testimony of Nancy Dennert; correct?
9      A.   Yes, and the fact that the -- this
10 was actually the IFU in the packet of infusion
11 sets that she was using.
12      Q.   Okay.  Do you have any evidence,
13 any testimony that Rachel Dennert read it more
14 than once?
15      A.   I think Nancy said -- her mom
16 testified that she used it when she connected
17 it.  So my understanding was that she did read
18 it and use it more than once.
19      Q.   Well, do you understand actually
20 that Nancy Dennert testified that -- I think
21 the testimony, and if I've got it wrong, I've
22 got it wrong, but that Nancy Dennert testified
23 that Rachel Dennert followed the instruction
24 sheet she was given at the time she
25 connected -- or filled the reservoir and

Page 331

W. VIGILANTE

1  connected it on August 8th of 2009?
2      A.  I'm -- I'm sorry.  I'm going to
3  have to look in my report where I have it
4  noted.
5      Q.  Sure.
6          MR. SKLARSKY:  Page 6.
7      A.  Yeah, I'm -- in her deposition
8  Pages 203 to 205 Nancy testified that Rachel
9  used and followed the directions whenever she
10  performed those tasks, and that was a -- a
11  printout of instructions.
12     Q.  Okay.  And a printout of
13  instructions, do you understand it to be the
14  IFU?
15     A.  That's my understanding.
16     Q.  Okay.  Do you -- well -- okay.
17         Do you have any evidence that she,
18  she Rachel Dennert, if she was using the IFU
19  as opposed to printed instructions given to
20  her by the Certified Diabetes Educator, that
21  she didn't understand how to follow the IFU?
22     A.  One more time.
23     Q.  Yeah.  Sorry.  Do you have any
24  evidence that she, Rachel Dennert, didn't
25

Page 332

W. VIGILANTE

1  understand how to follow the IFU?
2      A.  Yeah, so that's a -- kind of a --
3  a fuzzy question.  So my understanding is, is
4  that she was able to successfully -- what she
5  thought successfully connect the infusion set
6  to a filled reservoir.  Whether she properly,
7  that is doing everything to a T as depicted in
8  the IFU, there is no testimony that she did,
9  but the evidence is based upon the failure of
10  the IFU and the other evidence in the case,
11  and the YouTube videos, it's likely that she
12  wasn't.
13     Q.  All right.  Let me break it down.
14         No one testified that Rachel
15  Dennert didn't understand the IFU; right?
16     A.  That's correct.
17     Q.  And no one testified that Rachel
18  Dennert didn't follow exactly what the IFU
19  instructed; correct?
20     A.  Well, that's not correct.
21     Q.  Okay.  What testimony is there
22  that she did not follow what the IFU
23  instructed?
24     A.  Well, Nancy testified at the
25

Page 333

W. VIGILANTE

1  six o'clock changing that Rachel reported the
2  insulin spilling out, which is consistent with
3  doing it with the insulin vial over the
4  reservoir.  I'm not sure how the insulin gets
5  out otherwise, both the insulin and the
6  reservoir are sealed units and they're
7  punctured by the transfer guard, so I don't
8  know how the insulin gets out otherwise.
9      Q.  Is it your understanding that
10  Nancy Dennert testified -- well, first of all,
11  the six o'clock set change is not the one at
12  issue in this lawsuit; right?  It's not the
13  one that supposedly injured Rachel Dennert.
14     A.  The one that is involved with the
15  prime fill anomaly, my understanding from
16  Dr. Kilowitz [sic], was the eleven o'clock
17  changeover.
18     Q.  Okay.  And is it your
19  understanding that Nancy Dennert testified
20  that insulin was spilling out of the infusion
21  set at the six o'clock change?
22     A.  My understanding is that Rachel
23  told Nancy that insulin had spilled when she
24  was doing the change at six o'clock.
25

Page 334

W. VIGILANTE

1      Q.  Okay.  But you have no other
2  details about how the insulin spilled at the
3  six o'clock change; correct?
4      A.  No, Nancy was not there to witness
5  it.
6      Q.  Okay.  And Rachel hasn't testified
7  in any greater detail about that either;
8  correct?
9      A.  Not that I'm aware of.
10     Q.  Okay.
11     A.  You guys want --
12     Q.  And in terms of the --
13     A.  -- to take a break?  We've been --
14         MR. SKLARSKY:  Dave --
15         MR. SCHULTZ:  I'm sorry.
16         MR. SKLARSKY:  Dave, could we take a
17  short break at this point?
18         MR. SCHULTZ:  Sure.
19         THE WITNESS:  Yep, thank you.
20         THE VIDEOGRAPHER:  We are now going
21  off the video record.  That concludes DVD
22  Number 1.  The time is 11:43.
23         (A recess is held from 11:42 a.m. to
24  12:01 p.m.)
25

Page 335

W. VIGILANTE

1
2    THE VIDEOGRAPHER:  We are now back
3    on the video record.  This commences DVD
4    Number 2.  The date, September 23rd, 2016.
5    The time, 12:01.
6    BY MR. SCHULTZ:
7    Q.   Mr. Vigilante, just a couple of
8    more questions on this -- on the topic we were
9    on before we took a break.
10   Regarding, excuse me, Rachel
11   Dennert's use of the IFU for the reservoir at
12   the time of her incident, no one -- am I
13   correct that no one has testified that Rachel
14   Dennert did not -- let me back up.  Let me
15   rephrase that.
16   No one has testified, to your
17   knowledge, that Rachel Dennert forgot what was
18   in the IFU at the time she filled the
19   reservoir on the evening of August 8th, 2009;
20   correct?
21   A.   One more time.
22   Q.   Yeah.  I'm sorry.  Nobody has
23   testified that Rachel Dennert forgot what she
24   was instructed by the IFU; correct?
25   A.   Yeah, there's no testimony that

Page 336

W. VIGILANTE

1
2    she forgot.
3    Q.   And there's no testimony that she
4    made a deliberate decision not to follow the
5    instructions in the IFU?
6    A.   That's my understanding.
7    Q.   And there's no testimony that
8    anybody saw her fill the reservoir in a manner
9    that was inconsistent with the IFU?
10   A.   There's no testimony either way.
11   Q.   All right.  Let's talk about the
12   warning.  Is -- have you drafted or do you
13   have language that you believe should have
14   been in a warning?
15   A.   I do on Page -- Page 21 of my
16   report of -- let me give you the -- my first
17   report, April 19th, 2016.
18   Q.   Okay.  Hang on a second.  Let me
19   grab that.  Page 21, did you say?
20   A.   Correct.
21   Q.   Is that -- I see it.  "A warning
22   should have accompanied Step 7a which stated,"
23   and then you have the language; correct?
24   A.   Yes.
25   Q.   Is that, in your view, essentially

Page 337

W. VIGILANTE

1
2    the same as the content of what was contained
3    in the 2013 healthcare advisory to doctors?
4    Have you seen that?
5    A.   Yes, I have seen that.
6    Q.   And is this essentially the same
7    in your mind?
8    A.   I'm looking to see if that's where
9    I got the language from or if I obtained it
10   from somewhere else.
11   The information in my warning is
12   similar to the warning -- or the information
13   provided in the -- the letter sent to the
14   healthcare providers on June 7th, 2013.
15   Q.   Okay.  And let me just ask that a
16   different way.  Since you've reviewed that
17   information in the June 7th, 2013 letter,
18   would you agree that that was a -- an adequate
19   warning as it were?
20   A.   The June -- June 7th, 2013?
21   Q.   Yeah.
22   A.   It provides information to the
23   healthcare provider.  I didn't assess whether
24   or not it was adequate or not.  The
25   information --

Page 338

W. VIGILANTE

1
2    Q.   Are -- are --
3    A.   -- that was necessary was in
4    there.
5    Q.   Okay.  Are you aware that this
6    letter in substance was provided to patients
7    as well --
8    A.   Well, this --
9    Q.   -- at that time?
10   A.   -- this particular letter wasn't.
11   There was another letter that was sent to
12   patients.
13   Q.   Right.  At or around the same
14   time; correct?
15   A.   Yeah, I don't have the dates
16   offhand, but that's my understanding.
17   Q.   Yeah, containing the same or
18   similar information about keeping the
19   reservoir top and tube connector clean and
20   dry?
21   A.   Yeah, I don't have the letter
22   pulled up, but from my memory it contains
23   similar information.
24   Q.   Okay.  In your opinion, this
25   warning or something like what you have in the

Page 339

W. VIGILANTE

1
2  report should be included in the IFU for the
3  reservoir; correct?
4       A.  It should have been, yes.
5       Q.  And would you agree that whether
6  or not such a warning were included, if Rachel
7  Dennert followed the instructions about how to
8  fill the reservoir and disconnect from the
9  transfer guard, then the absence of warning
10  isn't causally related to her injury?
11       MR. SKLARSKY:  Well, can -- can you
12  read back that question?
13       (The following portion of the record
14  is read by the Court Reporter:
15       "QUESTION:  And would you agree that
16       whether or not such a warning were
17       included, Rachel -- if Rachel Dennert
18       followed the instructions about -- about
19       how to fill the reservoir and disconnect
20       from the transfer guard, then the absence
21       of warning isn't causally related to her
22       injury?")
23       MR. SKLARSKY:  Just note an
24       objection and maybe just -- I'm just having
25       some confusion with how it's phrased, but

Page 340

W. VIGILANTE

1
2  if he understands it, he can answer it.
3       A.  Yeah, I'm sorry.  I don't
4  understand it.
5       MR. SCHULTZ:  All right.  Let me
6  see if I can rephrase it.
7       Q.  If Rachel Dennert, in fact,
8  followed the instructions and removed the
9  reservoir from above the insulin vial on
10  August 8th, 2009, then would you agree that
11  the presence or absence of a warning would not
12  be causally related to her injury?
13       A.  So if I can rephrase the question,
14  maybe I can understand it a little better
15  because it's a little ambiguous.  If she had
16  removed the reservoir from the transfer guard
17  with the insulin vial held below the reservoir
18  as depicted in Step 6, is that essentially
19  your question?
20       Q.  Yeah.
21       A.  Yeah, so, no, I wouldn't agree
22  with that because either the contaminant got
23  on the -- on the underside of the -- the P-cap
24  connector from the insulin from the vial or
25  some other method.  So the warning was

Page 341

W. VIGILANTE

1
2  necessary to allow -- to alert her that any
3  liquid, whether it's insulin or any other
4  contaminant, needed to be removed and could be
5  a problem.
6       Q.  Do you have any evidence or are
7  you aware of any way in which insulin from the
8  vial can get on top of the reservoir if the
9  reservoir is removed from the vial from above
10  the insulin vial?
11       A.  Yeah, it's my understanding that
12  if the insulin vial is held upright and the
13  reservoir is removed from the transfer guard
14  inverted above the insulin vial, that the
15  insulin will not squirt out of the -- out of
16  the vial.
17       Q.  Okay.  Do you know of any evidence
18  of a contaminant, some other contaminant
19  getting on top of Rachel Dennert's reservoir
20  at the time of the incident?
21       A.  Well, yeah, I don't know if it was
22  the insulin or another contaminant, but based
23  upon Dr. Klimowicz's analysis, some
24  contaminant got on there.  So I, you know, I
25  don't know for sure whether it was the insulin

Page 342

W. VIGILANTE

1
2  or -- or some other -- other contaminant,
3  but --
4       Q.  But it --
5       A.  -- it's more likely than not it
6  was the insulin from incorrectly removing the
7  reservoir from the transfer guard with the
8  insulin vial held over the transfer guard as
9  you would expect a significant portion of the
10  user population would do.
11       Q.  Mr. Vigilante, let me ask it this
12  way.
13       Other than Mr. Klimowicz's
14  opinion -- well, and, actually, let me back
15  up.
16       Mr. Klimowicz does not, in fact,
17  opine that there was some other contaminant;
18  correct?
19       A.  I think he narrowed it down to the
20  insulin.
21       Q.  Okay.  And other than what
22  Mr. Klimowicz has said in his report and
23  deposition, you're not aware of any evidence
24  that there was some other contaminant on the
25  top of Rachel Dennert's reservoir at the time

Page 343

W. VIGILANTE

1   of the incident; correct?
2       A.   Yeah, I -- again, I don't know
3   whether it was insulin or some other
4   contaminant.  It -- according to
5   Dr. Klimowicz, his assessment it was insulin,
6   but given the other evidence in the case, it's
7   more likely than not that it was insulin.
8   That -- that's the best --
9       Q.   I didn't hear --
10      A.   -- I can do for you.
11      Q.   -- the last part of that.  I'm
12  sorry.
13          MS. MARTINEZ:  Yeah, I didn't
14  either.
15          COURT REPORTER:  I'm sorry?
16      A.   I said it was likely it was
17  insulin, but, you know, I can't rule out that
18  it was anything else to 100 percent
19  probability, but more than likely than not it
20  was insulin.
21      Q.   Is there a concept in your
22  discipline of something called, lack of a
23  better word, general warning or a gen --
24  let me back up.

Page 344

W. VIGILANTE

1       For example, if there were a
2   warning that said, "Always do this," for
3   example, "always check your blood glucose
4   after changing your reservoir," would that
5   kind of a warning break the causal connection,
6   if there is one, between the absence of a
7   warning to keep the vents dry and the injury?
8          MR. SKLARSKY:  I'm going to --
9       Q.   Do you understand --
10         MR. SKLARSKY:  I'm going to --
11      Q.   -- what I've asked?
12         MR. SKLARSKY:  I'm going to object
13  to the question.  Only -- maybe I'm wrong.
14  It just sounds like to be way out of his
15  area of expertise or what he's being
16  offered on, unless I'm not understanding
17  the question correctly, which I am having a
18  little bit of trouble with.
19         MR. SCHULTZ:  Let me just try and
20  rephrase it.
21      Q.   Is there such a concept as a --
22  sort of a general warning?
23      A.   I'm not sure what you're asking me
24  about.

Page 345

W. VIGILANTE

1       Q.   Okay.  Are there, in your
2   experience, warnings that are specific to a
3   particular failure mode and then warnings that
4   are more generally directed at a variety of
5   failure modes that would all result in the
6   same injury?
7       Does that make sense?
8          MR. SKLARSKY:  Yeah, again, not --
9   note an objection.  I just -- it's -- at
10  least I just don't understand exactly what
11  that question is, but if you do...
12      A.   Yeah, I -- I'm not -- I'm not a
13  hundred percent sure.  I can tell you that
14  effective warnings provide specific and
15  explicit information regarding a specific
16  hazard.  That's -- you know, I think that's --
17  that may be the answer to your question.  I'm
18  not sure.
19      Q.   All right.  How do you define
20  "hazard" in this circumstance?
21      Is the hazard a temporarily
22  blocked vent or is the hazard over-infusion of
23  insulin causing low blood sugar?
24      A.   What was the fir -- what was the

Page 346

W. VIGILANTE

1   first part?
2       Q.   Well, how do you define the
3   "hazard" in this case?
4       Is moisture on top of the
5   reservoir or is it the potential for low blood
6   sugar if there is an over-delivery of insulin?
7       A.   I think the -- the hazard is the
8   prime fill anomaly, that the -- the fact that
9   if the vents are blocked, you can have over-
10  or under-delivery of insulin.  So that's --
11  that's the hazard.
12      Q.   So if there's a warning about how
13  to avoid the consequence of low or high blood
14  sugar due to some misdelivery of insulin, does
15  it matter that there's no warning of the
16  particular ways in which that might occur?
17      A.   Yeah, I'm not quite sure I'm
18  understanding, but if I'm -- if I'm -- I think
19  you're -- you're going to have to redo the
20  question.  I'm sorry.
21      Q.   Okay.  Well, let me try it one
22  more time.
23      If there's a warning that tells
24  the user how to avoid either high or low blood

W. VIGILANTE

1
2  sugar because of a potential for, you know, an
3  improper delivery of insulin, does it matter
4  that there's not a warning about the different
5  ways in which that might come about?  Does
6  that make sense?  Do you follow that?
7      A.  I'm trying to.  So if there was
8  multiple ways that you can have over- or
9  under-delivery of insulin and each had its own
10  mechanism and each had its own rectification,
11  you would want to provide warning as to what
12  those mechanisms are and how to ensure that
13  they don't occur.
14      Q.  Well, let me give you an example.
15      If one -- one could receive
16  under-delivery of insulin because the cannula
17  in the patient is bent, one could also receive
18  under-delivery of insulin because the cannula
19  has pulled out, and one could also receive an
20  under-delivery of insulin because the tubing
21  itself in the infusion set gets kinked
22  somehow.  If the user is provided with a
23  warning that says, "Make sure to check your
24  blood sugar every so often in case you're not
25  getting enough insulin," does that -- doesn't

W. VIGILANTE

1
2  that adequately warn of the consequences of
3  all three ways in which in my hypothetical a
4  user could have an under-delivery of insulin?
5      A.  No.
6      Q.  Why not?
7      A.  Well, there are three different
8  mechanisms that you want to alert the user to
9  the potential of.  Those three, you know, tend
10  to be more open and obvious as to the
11  consequences or that there would be
12  consequences as opposed to a prime fill
13  anomaly where it's not open and obvious that
14  there is a consequence, a negative consequence
15  if -- if you take the vial -- if you remove
16  the reservoir from under the vial and you get
17  a contaminant, insulin, et cetera, on the back
18  underside of the P-cap.
19      So they're two different degrees
20  of mechanisms, but you'd want to alert the
21  user to all of them and how to avoid them, how
22  to identify and how to avoid them.  I think
23  your general warning is to, you know, check
24  your blood-glucose level periodically.  If
25  that's the right thing to do, that's okay.

W. VIGILANTE

1
2  But if it's not associated with a -- a
3  particular mechanism, it doesn't do you any
4  good.
5      So, for example, if you check your
6  blood -- blood-glucose level at 10:30, see
7  you're a little bit low, and you change out
8  your infusion set and you suffer the prime
9  fill anomaly but you go to bed, you know, you
10  can't get up in the middle of night and -- and
11  check it before all that insulin is dumped
12  into your body.  So you want to prevent the
13  insulin from being dumped into your body.  You
14  don't want to catch it when you happen to wake
15  up at two o'clock or three o'clock or four
16  o'clock.
17      So you're -- you're dealing with
18  two different -- two different issues.
19      Q.  What if in your hypothetical the
20  user were warned "Don't change your infusion
21  set before going to bed unless you can stay up
22  and check your blood sugar one -- one, two,
23  three hours after you've changed it," would
24  that be enough?
25      A.  It depends.  I'd like to see the

W. VIGILANTE

1
2  warning.
3      Q.  All right.  Let's turn to your
4  supplemental report, Exhibit, I believe, 11.
5      In the report you reference --
6  excuse me -- a number of YouTube videos which
7  are identified in the appendix that comprises
8  Pages 4 and 5; correct?
9      A.  Yes.
10      Q.  Are you aware that as of today a
11  number of the videos that you've referenced in
12  your appendix are not available or don't exist
13  anymore on the -- on the Internet?
14      A.  I'm not aware that they're not.
15      Q.  Okay.  Do you know anything --
16  well, you don't know any of the people
17  yourself who posted these videos; correct?
18      A.  I do not personally know them.
19      Q.  And you don't know what any of the
20  people who posted these videos were trained,
21  when and if they were trained, regarding
22  filling a reservoir; correct?
23      A.  I don't know their exact training
24  that they were exposed to.
25      Q.  Okay.  You don't know whether any

Page 351

W. VIGILANTE

1  of these people did or didn't read any of the
2  materials such as the pump user guide or the
3  instructions for use or anything of that
4  nature; correct?
5     A.  I don't recall if any of them had
6  the IFU or the pump user guide out at the time
7  they were doing it, so I don't know if they --
8  if -- I don't recall offhand if they did or
9  didn't have the IFU out or pump user manual
10  out at the time.
11     Q.  Is this -- have you ever in any
12  opinion in any litigation engagement relied
13  upon YouTube videos other than this case?
14     A.  Yes.  It's quite common for
15  experts to surf, Google search for
16  product-related issues from users of the
17  products.  It's a good way to -- to gather
18  information.  Product manufacturers use it as
19  well to gather information on how people are
20  using their products.  It's, you know, used
21  from a marketing perspective.  It's used from
22  a product design perspective.
23     Q.  I want to --
24     A.  So it's quite --

Page 352

W. VIGILANTE

1     Q.  -- make sure my question --
2     A.  It's a -- I'm sorry.  It's a quite
3  common practice.
4        (Reporter clarification -
5        simultaneous speaking.)
6     Q.  Sorry.  I'm sorry.  What did you
7  say?
8     A.  It was a common practice.
9     Q.  Okay.  I just want to make sure my
10  question specifically was clear, and I'm not
11  asking about the Internet generally.  I'm
12  asking if you, yourself, in a litigation, say,
13  have relied upon YouTube videos?
14     A.  I have relied upon YouTube videos
15  as part of my investigation and evaluation of
16  a --
17     Q.  Okay.
18     A.  -- litigation matter.
19     Q.  Are you aware of any publications,
20  articles of any official human factors or
21  ergonomics society that recognizes the use of
22  YouTube videos in this fashion?
23     A.  I'm not aware of a specific
24  reference to it, but, again, as a product

Page 353

W. VIGILANTE

1  developer with IBM, one of -- one -- there's
2  an entire group dedicated to monitoring social
3  media posts to determine and acquire
4  product-related information with regards to
5  how end users are actually using it in the
6  field.  So I used it as a product engineer.
7  One of the development groups I was in
8  spun-off a whole section of the team to do
9  just that.
10     Q.  Would you agree with me that
11  whether or not a user in the field as depicted
12  in a YouTube video is or isn't using a product
13  in the manner in which the manufacturer
14  instructs, does that necessarily indicate that
15  there is something inadequate or inappropriate
16  about the instructions?
17     MR. SKLARSKY:  Let me just note an
18  objection to the form, and maybe it's
19  'cause I didn't hear the beginning, your
20  voice may have trailed off, so...
21     MR. SCHULTZ:  Yeah, let -- I can
22  rephrase it.  It was not a particularly
23  artful question.
24     Q.  In your experience, Mr. Vigilante,

Page 354

W. VIGILANTE

1  you've certainly encountered circumstances
2  where a manufacturer provides complete, clear,
3  adequate instructions and warnings and people
4  still misuse the product; correct?
5     A.  It can happen, certainly.
6     Q.  And you -- by the way, have you
7  done any research to determine whether people
8  who post YouTube videos about connecting
9  infusion sets to their bodies are
10  representative of the patient population of
11  Medtronic?
12     A.  And what kind of study would you
13  be referring to?
14     Q.  Any kind of study.
15     A.  Well, from my review of the
16  YouTube videos, they're the only ones I can
17  find, and all of them were Medtronic Paradigm
18  infusion set users.  I know that there was
19  a -- there was a couple more, but they were
20  paid advertisements by Medtronic, so I didn't
21  include them.  So that's as much, you know,
22  background research I went into choosing or
23  using these YouTube videos or referencing
24  these YouTube videos.

Page 355

W. VIGILANTE

1
2      Q.  But so my question is:  You have
3  no information that the people who decided to
4  go on YouTube and post these videos are in any
5  way representative of the population of users
6  of Medtronic insulin pumps and infusion sets;
7  right?
8      A.  That's not true.
9      Q.  Well, how do you know they're
10  representative?
11      A.  Well, the -- the user population
12  is very large.  If you're asking me whether or
13  not they represent the mean or a standard
14  deviation or two out from the mean, that's a
15  different question, but they were all
16  Medtronic users, they were all prescribed the
17  infusion set, the Paradigm infusion set, so
18  they were users.  That's -- that's how I know
19  they're representative of the population.
20  Whether they -- I think your question is
21  whether I know if they're the 95th percentile
22  or the 5th percentile, and I don't, and I
23  didn't need that information for the way I was
24  referencing it.
25      Q.  The vast majority of these YouTube

Page 356

W. VIGILANTE

1
2  videos were posted after the June 2013 letter;
3  is that correct?
4      I guess it's not the vast
5  majority, but several of them were; correct?
6      A.  Several of them were produced
7  after.
8      Q.  And even with that information --
9  first of all, do you know whether these people
10  received that information?
11      A.  Yeah, I don't know if they were
12  provided with the -- your patient letter or
13  not.
14      Q.  Okay.  And you don't know when
15  they received IFUs and user guides and what
16  the content of those might have been after
17  June of 2013?
18      A.  I don't know.
19      Q.  So at least you'd concede it's
20  possible that some of these people are
21  removing the reservoir from the transfer guard
22  in a manner contrary to what the instructions
23  are possibly even after they've received the
24  instructions in 2013 that you said were
25  adequate?

Page 357

W. VIGILANTE

1
2      A.  Yeah, I don't remember saying that
3  they were adequate, so I think you're putting
4  words into my mouth and -- but to answer your
5  question, I don't know.  I don't know if they
6  received them or not.
7      Q.  Okay.  You haven't issued an
8  opinion one way or another as to the adequacy
9  of the 2013 instructions and warnings;
10  correct?
11      A.  I have not.
12      Q.  I'm sorry.  Did you hear my
13  question?
14      A.  I'm sorry.  I answered.  I said I
15  have not.
16      Q.  Oh, I'm sorry.  Okay.
17      Did you review all of these videos
18  yourself personally?
19      A.  Yes.
20      Q.  Did you see in any one of these
21  videos any insulin spilling out on to the tops
22  of any of the reservoirs?
23      A.  I don't recall.
24      Q.  Were you looking for it?
25      A.  I don't recall.  I will say that I

Page 358

W. VIGILANTE

1
2  believe if I did see it, I would have noted
3  it.
4      MR. SCHULTZ:  Okay.  Thank you,
5      Mr. Vigilante.  I don't think I have
6      anything further.  I will pass the witness
7      to Ms. Martinez, although I may have some
8      follow up.
9  EXAMINATION
10  BY MS. MARTINEZ:
11      Q.  Hi, Mr. Vigilante, can you hear me
12  okay?
13      A.  Yes, ma'am.
14      Q.  All right.  Thank you.
15      Mr. Vigilante, let me -- let me
16  continue here with the videos.  Let me refer
17  your attention to the video that talks
18  about -- in your report you say, "Another
19  video depicts a child who fills his reservoir
20  and then hands the unit to his mother to
21  remove the air bubbles.  After checking the
22  reservoir for air bubbles, the mother hands
23  the unit back to the child with the insulin
24  vial on the bottom.  The child takes the unit
25  and pulls the reservoir off the transfer guard

Page 359

W. VIGILANTE

1  without seeming to ensure or care that the
2  reservoir was held above the insulin vial."
3  Let me -- since I've not seen that
4  video, let me understand what you're saying
5  that the video represents.  The child -- when
6  the mother handed the insulin -- or, I'm
7  sorry, the reservoir and the insulin vial back
8  to the child, the child kept the insulin vial
9  on the bottom, is that correct, that is below
10  the reservoir and the transfer guard?
11  A.   Yeah, he just -- if this is the
12  unit with the insulin and reservoir, he just
13  took it and grabbed it and popped it off
14  (indicating).  There was --
15  Q.   Okay.
16  A.   -- no thought.  There was no
17  decision made.  There was no consideration.
18  Q.   All right.  So let -- let me
19  understand.
20  So the answer to my question is,
21  yes, the child kept the insulin vial below the
22  transfer guard and the reservoir; correct?
23  A.   One more time.
24  Q.   Yes.  So the answer to my original

Page 360

W. VIGILANTE

1  question is:  The child kept the insulin vial
2  below the reservoir and the transfer guard;
3  correct --
4  A.   The child --
5  Q.   -- in that video?
6  A.   The child did keep the insulin
7  vial below the reservoir.
8  Q.   Right, and -- and you've said in
9  your report and you just repeated that there
10  was no thought or care to do that.  How is it
11  that you determined that there was no thought
12  or care on the part of the child to keep the
13  insulin vial below the infusion -- I'm sorry,
14  the reservoir and the transfer guard?
15  A.   Again, because he -- he -- he
16  grabbed it off his mother and popped it off.
17  He didn't take it from his mother and say,
18  "Okay," and then pop off.  There was no --
19  there was no -- there's no pause.  Again,
20  there was no time for consideration, so just
21  in the fact the way he took it from her and
22  popped the top off is why I said --
23  Q.   Just --
24  A.   -- that there was -- it, you know,

Page 361

W. VIGILANTE

1  it appeared that way, it appeared that -- it
2  appeared that he didn't -- you know, there was
3  no action on his part to make sure it was the
4  right way.
5  Q.   All right.  So -- so to be fair,
6  you're not inside this -- this child's mind;
7  correct?  You have no way of knowing what his
8  thought process is, correct, or was?
9  A.   Yeah, I'm not in his mind.  I can
10  just tell you the way it appeared.
11  Q.   Right.  So -- so basically your
12  conclusion that there was no thought or care
13  about keeping the vial of insulin below the
14  transfer guard or -- and -- and the reservoir
15  was based on the fact that the child did not
16  pause and look at the insulin vial and the
17  transfer guard and the reservoir before he
18  disconnected, is that -- is that what you're
19  saying?
20  A.   What I'm saying is based upon what
21  I watched in the video, there didn't seem to
22  be any consideration as to the orientation.
23  He just took it and popped it off.
24  Q.   Yeah.  And -- and --

Page 362

W. VIGILANTE

1  A.   I can tell you from years of
2  watching people use products if there's a
3  deliber -- deliberia -- deliberation or
4  consideration, you expect a different -- to
5  see a different result in the person's
6  behavior.  So based upon my training and
7  experience and what I'm seeing, that's, you
8  know, that's why I wrote it that way.
9  Q.   And -- and you don't know what
10  information this child read or was given
11  through training or through any other
12  source --
13  A.   I think you --
14  MR. SKLARSKY:  We lost you.  We --
15  you're frozen.
16  MR. SCHULTZ:  We lost you.
17  MR. SKLARSKY:  Yeah.
18  COURT REPORTER:  She's frozen.
19  MR. SKLARSKY:  Frozen.  What
20  happened?
21  THE WITNESS:  It happened earlier.
22  MR. SKLARSKY:  We ought to go --
23  THE VIDEOGRAPHER:  Should we go off
24  the video?

Page 363

```
1            W. VIGILANTE
2       MR. SKLARSKY:  Yes.
3       MR. SCHULTZ:  Yeah.
4       THE VIDEOGRAPHER:  Off video, 12:37.
5       (A recess is held from 12:36 p.m. to
6  12:37 p.m.)
7       THE VIDEOGRAPHER:  Back on.  12:38.
8  BY MS. MARTINEZ:
9       Q.  Okay.  And, Mr. Vigilante, I
10 think you told Mr. Schultz earlier that both
11 as to this child and as to any of the
12 participants in the other videos you mention
13 in your report, that you are not aware of what
14 information these users had on filling of the
15 reservoir; correct?
16      A.  I don't know.
17      Q.  Right.  And in -- in one of the
18 videos you mention, you say that the -- the
19 person in the video alerts the viewer of the
20 need to flip the unit upside down before
21 disconnecting the insulin vial from the
22 transfer guard with the reservoir still
23 attached.
24      Am I understanding that this
25 person in this particular video was
```

Page 364

```
1            W. VIGILANTE
2  instructing whoever was watching the video on
3  the proper way, the proper orientation of the
4  vial relative to the transfer guard and the
5  reservoir during the disconnection process?
6       A.  I'm sorry.  I couldn't figure out
7  where you were referring to in my report.
8       Q.  Sure.  Let me -- let me -- let me
9  tell you.  It's Page 2 of 5 of your
10 supplemental report --
11      A.  Okay.
12      Q.  -- in the second full paragraph,
13 second sentence.
14      You see that?
15      A.  Yes, ma'am.
16      Q.  Okay.  And so am I understanding
17 properly what you're trying to convey in this
18 paragraph, which is your impression that the
19 person in that video was instructing the users
20 or the viewers of the video the proper way to
21 orient the insulin vial with respect to the
22 transfer guard and the reservoir during the
23 disconnection process?  In other words, the
24 vial was -- was below the reservoir and the
25 transfer guard?
```

Page 365

```
1            W. VIGILANTE
2       MR. SKLARSKY:  I'm sorry.  What --
3  what's the question though?  What -- what
4  is --
5       MS. MARTINEZ:  The -- the question
6  is:  Am I interpreting correctly what
7  Mr. Vigilante is trying to say that the
8  video depicted.  I just want to make sure I
9  understand what his report says.
10      Q.  Does -- are -- are you conveying
11 here that this video showed that the insulin
12 vial was below the reservoir and the -- and
13 the transfer guard?
14      A.  No.  The -- the first sentence of
15 the paragraph, if we're talking about the same
16 paragraph, says, "In two of the videos the
17 user held the insulin vial, transfer guard,
18 and reservoir sideways."
19      So, again, if this is our unit,
20 they're holding it like this (indicating) as
21 opposed to like this (indicating).
22      In one of the videos, the user
23 removes the insulin vial from the transfer
24 guard first, which is not the correct way to
25 do it according to the IFU.
```

Page 366

```
1            W. VIGILANTE
2       Q.  Right.  That -- that --
3       A.  Now, I'm not -- hold on.  Hold on.
4       The view -- in that -- in that
5  video, the user alerts the viewer, so he
6  tells -- tells -- tells the video -- tells the
7  camera that you need to flip the unit upside
8  down before disconnecting the insulin vial
9  from the transfer guard, but then he
10 subsequently turned it sideways before he took
11 the insulin vial from the transfer guard so --
12      Q.  Okay.
13      A.  -- he -- he --
14      Q.  So --
15      A.  -- he -- he told us the insulin
16 vial had to be flipped, but then he didn't
17 flip it upside down or what have you.  He did
18 it sideways and he believed that you're
19 supposed to take the insulin vial off the
20 transfer guard before the reservoir, according
21 to what he said and what he did.  That's all
22 I'm trying to say.
23      Q.  All right.  So you keep talking
24 about flipping without orientation, so in
25 this -- in this video the viewer tells -- or
```

Page 367

W. VIGILANTE

1
2  I'm sorry.  The -- the person in the video
3  tells the viewer that the insulin vial is
4  supposed to be on the bottom of the reservoir
5  and the -- and the transfer guard; correct?
6      A.  I'm going to have to say that I
7  don't specifically say it in the paragraph, so
8  I don't know for sure, but I would think that
9  my intention was is that he did -- he did mean
10  to tell the viewer that the insulin should
11  be -- vial should be on the bottom.  I can't
12  guarantee 100 percent, but I think that's --
13      Q.  Okay.
14      A.  -- that would be correct.
15      Q.  All right.  And so let's assume
16  that that -- that that's what you intended to
17  convey here.  So even though this particular
18  person in the video knew the proper way to
19  orient the vial, he still disregarded those
20  instructions and when disconnecting the
21  transfer guard from the vial turned it
22  sideways.  Is that the message you're trying
23  to convey?
24      A.  No.  I'm not.  I'm -- I'm trying
25  to convey, again, that YouTube videos are

Page 368

W. VIGILANTE

1
2  showing the more natural way of taking
3  these things off is -- is with the reservoir
4  on the bottom or in some cases sideways as
5  opposed to being on top which we talked about
6  last deposition.
7          So the YouTube videos were -- you
8  know, I -- I did a -- did a search to find all
9  them that I could find that were not done by
10  Medtronic professionally paid people, and I
11  documented what I saw in those videos; and the
12  majority of the videos I saw them doing it the
13  wrong way, and I saw them doing it the way you
14  would expect based upon natural tendencies,
15  trying to be as efficient and as comfortable
16  as possible, everything I talked about in the
17  report and in my task analysis.
18      Q.  Sir, just to be clear, in some of
19  these videos, the people in the videos were
20  doing it exactly correctly as the -- in
21  accordance with the IFUs; correct?
22      A.  I will state it this way:  In four
23  of the videos the user held the reservoir
24  above the insulin vial before removing it from
25  the transfer guard.  I didn't see and watch to

Page 369

W. VIGILANTE

1
2  determine if they followed the IFU completely
3  for the whole process, but with regard to
4  Step 6 as it relates to our case, they did
5  hold the reservoir above the insulin vial
6  before removing it from the transfer guard.
7      Q.  Okay.  Mr. Vigilante, are you
8  aware that Unomedical had nothing to do with
9  the design of the P-cap?
10      A.  It's my understanding that's
11  correct.
12      Q.  Okay.  And do you understand that
13  Unomedical had nothing to do with the
14  manufacturing of the P-cap when the -- when
15  the 510(k) for the Silhouette infusion set was
16  submitted to the FDA?
17      A.  I'm aware that at one point
18  Unomedical was not manufacturing the P-cap,
19  but I can't give you a reference with respect
20  to the 501(k).
21      Q.  Are you aware that until
22  approximately 2006 Medtronic was manufacturing
23  the P-cap and providing it to Unomedical for
24  assembly into the finished infusion set?
25      A.  Yeah, again, I -- I know that at

Page 370

W. VIGILANTE

1
2  one point Medtronic was manufacturing the
3  P-cap, and then eventually that shifted to
4  Unomedical manufacturing it, and I don't know
5  offhand what that time frame is.
6      Q.  All right.  Have you reviewed the
7  IFU for the infusion set that was shipped by
8  Medtronic with Ms. Dennert's Silhouette
9  infusion set?
10      A.  Yes.
11      Q.  Is that noted in your report?
12      A.  I don't know if it is or is not,
13  but if you give me a moment, I'll be happy to
14  look.
15          (Reviewing document.)
16          I have -- under Page 3 I have IFUs
17  for Paradigm reservoir and infusion set.
18      Q.  Okay.  And I would like for you
19  to tell me what, if any, criticisms you have
20  of the infusion set IFU.  I understand that
21  you've gone over criticisms you have about the
22  IFU for the reservoir, but I want to know
23  specifically as to the infusion set IFU what
24  criticisms, if any, you have.
25      A.  I just want to append my last

Page 371

W. VIGILANTE

1
2  answer that I also note in my material
3  reviewed that I had exemplar Paradigm
4  reservoir and infusion set.  So those are the
5  ones, my understanding is, were -- were the --
6  were the sets that Mrs. Dennert had at the
7  time of the incident.
8      Q.  Okay.  Did you hear my last
9  question?
10     A.  I'm sorry.  You're going to have
11  to do that one more time.
12     Q.  Sure.  No worries.
13         I would like to know each and
14  every criticism, if any, that you have of the
15  IFU for the Silhouette infusion set.
16     A.  Oh, yeah, I don't have -- as
17  opposed to the Paradigm IFU, the IFU for the
18  infusion set itself, at least the instructions
19  it's providing are related to attaching it to
20  the cannula and putting it in your skin, so
21  it's not really related to the prime fill
22  anomaly, so I didn't get into whether or not
23  the IFU for the infusion set, the instructions
24  it provides with respect to connecting it to
25  the -- to the body were adequate or not.

Page 372

W. VIGILANTE

1
2      Q.  Okay.
3      A.  The issue I was looking at was
4  the -- related to the prime fill anomaly.
5      Q.  Right.  And so -- so as -- as I
6  understand it, your criticisms that you've
7  expressed both in your report and in your
8  deposition have been directed at the IFU for
9  the reservoir, correct, the Paradigm
10  reservoir?
11     A.  Well, yes and no.
12     Q.  Well, if you have any criticism
13  specifically as to the infusion set IFU, I
14  would like to hear those, please.
15     A.  Well -- well, I think you're
16  missing the point.  The point is, is that it's
17  a system developed and sold by and introduced
18  to the stream of commerce by Unomedical and
19  Medtronic.  So the Paradigm isn't used in a
20  vacuum.  The Paradigm reservoir isn't used in
21  a vacuum.  The infusion set isn't used in a
22  vacuum.  It's a system.  And it -- to me it
23  looked like, you know, however you guys
24  decided between you guys, you were going to
25  provide the information related to connecting

Page 373

W. VIGILANTE

1
2  the P-cap to the reservoir in the IFU for the
3  Paradigm, but you sure as -- could have done
4  both, and I don't have an opinion regarding
5  that.  But it's -- you know, it's the entire
6  connection system that's the -- that's at
7  issue, and that's where my opinions are
8  with -- with regard to the -- filling the
9  reservoir and connecting it to the P-cap which
10  is a integrated part of the infusion set.
11     Q.  All right.  So let -- let -- let
12  me then start with you understand that
13  Unomedical had nothing to do with the design
14  of the reservoir?
15         THE WITNESS:  Did you have a
16  question?  I'm sorry?
17         COURT REPORTER:  I think we lost the
18  sound again.
19         THE WITNESS:  Okay.
20         MR. SCHULTZ:  Ileana, can you hear
21  us?  Yep, she's gone.
22         THE VIDEOGRAPHER:  Should we go off
23  the record?
24         MR. SCHULTZ:  Give her two seconds.
25         MS. MARTINEZ:  I lost you again.

Page 374

W. VIGILANTE

1
2  I'm --
3         THE WITNESS:  Can you see us.
4         MS. MARTINEZ:  Okay.  I'm sorry.
5  It just -- it just cuts out and I have no
6  control over it.  I apologize.
7  BY MS. MARTINEZ:
8      Q.  I think my question was:  Do you
9  understand that Unomedical had nothing to do
10  with the design of the reservoir?
11     A.  Yes, it's -- that's correct.
12     Q.  Okay.  And you understand that
13  Unomedical had nothing to do with the
14  manufacture of the reservoir?
15     A.  I believe that's correct, too.
16     Q.  Okay.  And do you understand that
17  Unomedical had nothing to do with the design
18  of the insulin pump?
19     A.  I do know that.
20     Q.  And -- and by the insulin pump and
21  the reservoir, I'm not only talking about the
22  one that Ms. Dennert was using, but any
23  insulin pump and any reservoir of the Paradigm
24  family.
25     A.  Yeah, I haven't seen anything to

Page 375

W. VIGILANTE

1   W. VIGILANTE
2   suggest that Unomedical designed the pump or
3   the reservoir.
4       Q.   Okay.   And you also -- and you
5   also understand that Unomedical neither
6   manufactured the pump, and you've already
7   acknowledged that you have no information that
8   it manufactured the reservoir; correct?
9       A.   I believe that's correct.
10      Q.   Okay.   Do you understand that
11  Unomedical manufactured the infusion set, the
12  tubing part until 2006 and obtained the P-cap
13  connector from Medtronic to assemble it into
14  its infusion set?
15      A.   I knew that was correct, but I
16  don't know what the time frame was.
17      Q.   Understood.   So I would like for
18  you to tell me, again, my original -- with --
19  with -- with the understanding that I now know
20  that you've got about Unomedical's role or --
21  or lack thereof in the insulin pump and the
22  reservoir and in the design of the P-cap, I
23  would like for you to tell me what, if any,
24  criticisms you have specifically of the
25  infusion set IFU.

Page 376

W. VIGILANTE

1   W. VIGILANTE
2       And I'm not making you try to have
3   any criticisms.   You may not have any
4   criticisms specifically about the IFU for the
5   infusion set.
6       MR. SKLARSKY:   Well, let me just put
7   an objection on the record.   The other
8   aspect is or whether or not he evaluated it
9   for this case.
10      Q.   Okay.   Go ahead, sir.
11      A.   Yeah.   So as I tried explaining
12  earlier, the -- the specific IFU that came
13  with the infusion set as opposed to the IFU
14  for the Paradigm reservoir didn't address the
15  issue related to the prime fill anomaly.   The
16  IFU for the Paradigm reservoir did.   So that's
17  where the focus of my attention was.
18      My criticism of Unomedical is that
19  the infusion set and reservoir are a system,
20  and adequate warning and instruction needed to
21  be provided for that system, and because the
22  IFU for the Paradigm pump that -- that was
23  shipped with the Paradigm pump wasn't
24  adequate, that is my opinion, that Unomedical
25  failed to provide adequate instruction and

Page 377

W. VIGILANTE

1   W. VIGILANTE
2   warning.   It has --
3       Q.   Okay.
4       A.   -- it has -- you know, it --
5   that's -- that's what I was trying to explain.
6       Q.   Okay.   So -- so you don't have --
7   again, as to my question, the IFU, the paper,
8   the written IFU, what I understand is that you
9   don't have any criticisms of the IFU itself.
10  What you're criticizing is Medtronic's IFU for
11  the reservoir.
12      A.   I think the best way to express it
13  is that my criticisms are with respect to the
14  instructions and warnings that Unomedical and
15  Medtronic provided with respect to the prime
16  fill anomaly hazard.
17      Q.   All right.   I want to -- I want
18  to -- you understand that, that Medtronic and
19  Unomedical are separate and independent
20  companies?   Do you understand that?
21      A.   I understand they're two different
22  companies.
23      Q.   Okay.   And we've already gone
24  through the products that Unomedical makes and
25  provides to Medtronic and ones that Medtronic

Page 378

W. VIGILANTE

1   W. VIGILANTE
2   designs and manufactures entirely on its own;
3   correct?   And so what I want to know is,
4   again, just my question is focussing on the
5   infusion set IFU, do you have any criticisms?
6   Are you going to offer any opinions about the
7   paper, about the IFU for the infusion set?
8       A.   Yes.   So, again, I didn't evaluate
9   the IFU specifically that accompanied the
10  infusion set.   I evaluated the warnings and
11  instructions that Unomedical and Medtronic
12  provided with respect to the prime fill
13  anomaly hazard.
14      Q.   All right.   So specifically as to
15  the IFU, what information do you believe that
16  the IFU for the infusion set should have
17  contained that it does not?
18      A.   Yeah, if the intent of Unomedical
19  and Medtronic was to cover the warnings and
20  instructions related to the connection of the
21  reservoir to the P-cap and infusion set was
22  going to be done in the Paradigm reservoir,
23  then that's my understanding.   That's the way
24  I looked at it.   That's the way I understood
25  it.   I didn't evaluate the IFU for the

W. VIGILANTE

1  infusion set because it had nothing to do with
2  the connection of the reservoir to the P-cap
3  connector.  It had to do with the insertion of
4  the infusion set to the skin, and that wasn't
5  related to the hazard.
6      Q.  Okay.  So then you -- you
7  understand that in Unomedical's infusion set
8  IFU, it directs the user to the pump user
9  guide to install the infusion set and the
10  reservoir system into the pump?  Did you see
11  that there?
12     A.  You're going to have to let me
13  know where that's at.  I've got it pulled up
14  on my screen, if you can let me know where
15  it's at.
16     Q.  It should be -- and, again, I
17  don't know what document you've got in front
18  of you, can you --
19     MR. SKLARSKY:  Is there an exhibit
20  that -- that --
21     Q.  It -- it should be at the very
22  beginning somewhere.
23     MR. SKLARSKY:  I'm sorry.  Is -- was
24  it marked at -- at the prior deposition as

W. VIGILANTE

1  an exhibit?
2      MS. MARTINEZ:  You know, I -- I
3  don't know if it was.  I don't think so.
4      MR. SKLARSKY:  Was it sent --
5      Q.  Can you take --
6      MR. SKLARSKY:  Was it --
7      Q.  -- can you take a look at the
8  infusion set IFU that you have listed in your
9  report as having reviewed?
10     A.  I'm not sure what you're asking.
11  I'm -- I'm -- I have a copy of the infusion
12  set IFU.
13     Q.  Right.
14     A.  It's my understanding it's a --
15  it's a picture of the IFU that was in the
16  exemplar I -- infusion set that Mrs. Dennert
17  had at the time of the incident --
18     Q.  Right.
19     A.  -- and I believe --
20     Q.  And you --
21     A.  -- I have another copy of that IFU
22  that was produced by Medtronic and/or
23  Unomedical.  I'm going to say Medtronic 'cause
24  it's listed as -- under my Medtronic heading

W. VIGILANTE

1  in the -- in discovery.  So that --
2      Q.  All right.
3      A.  -- that's how I would identify
4  them.
5      Q.  Sure.  And do you see language
6  there to the effect that the IFU for the
7  infusion set refers the user to the pump user
8  guide to install the infusion set and
9  reservoir system into the pump?  Do you see
10  that?
11     A.  I don't.  That's why I asked you
12  where it was.
13     Q.  Okay.  But you don't -- you don't
14  see that at all, anywhere there?
15     A.  I don't see it.  I don't -- I'm --
16  I'm -- you know, I don't want to mislead you,
17  but I don't see it.
18     Q.  Okay.  Well, let me ask you this:
19  Assume for me, please, that the infusion set
20  IFU that Ms. Dennert received with her
21  Silhouette infusion set referred her to the
22  Medtronic pump user guide in order to set up
23  the infusion set and the reservoir system with
24  the pump.

W. VIGILANTE

1  Okay?
2      A.  Okay.
3      Q.  Is -- do you have any criticisms
4  about Unomedical referring the user to the
5  reservoir IFU for purposes of filling the
6  reservoir with insulin from the insulin vial
7  and connecting that reservoir to the infusion
8  set?
9      A.  I'm sorry.  You lost me.
10     Q.  Sure.  Assume for me that the
11  infusion set IFU that Ms. Dennert had
12  available to her with the Silhouette infusion
13  set referred her to the Medtronic reservoir
14  IFU for purposes of instructing her how to
15  connect the infusion set to the reservoir.
16     A.  Okay.
17     Q.  Okay.  Do you have any criticisms
18  of Unomedical doing that?
19     A.  I don't think so.
20     Q.  Okay.  And I understand that --
21  that you do criticize the -- the reservoir
22  IFU, but in terms of just Unomedical referring
23  the user to the reservoir IFU, you don't have
24  any criticisms of that?

Page 383

W. VIGILANTE

1
2    A.   As I just said, I don't think so.
3  If that's what the IFU for the infusion set
4  said refer to the IFU for the reservoir, for
5  connection of the P-cap to the reservoir,
6  that's fine.
7    Q.   Okay.  So then, again, my original
8  question was:  As -- you know, when you get to
9  trial, are you going to say to the jury that
10  Unomedical should have had certain pictures or
11  language or infusion set -- I'm sorry, or --
12  or pictures or language or warnings in its IFU
13  for the infusion set?  And if so, I would like
14  to know what those are.  And if not, just let
15  me know.
16    A.   Yeah, I wasn't planning on
17  bringing up the IFU for the infusion set to
18  say that it needed X, Y, or Z.
19    Q.   Okay.  And so, again, throughout
20  your report you say Medtronic and Unomedical
21  should have done this and should have done
22  that.  What exactly then -- now putting the
23  IFU, right, the written IFU apart because
24  we've already covered that and I understand
25  your position, I would like to understand

Page 384

W. VIGILANTE

1
2  exactly what Unomedical should have done in
3  terms of warnings or instructions.
4    A.   Yeah, again, they should have made
5  sure that adequate instructions were provided
6  if they were going to rely upon the IFU for
7  the reservoir, that they were provided in that
8  IFU to alert people to the hazard and how to
9  avoid it.  That's the simplest --
10    Q.   And --
11    A.   -- way I can put it.
12    Q.   All right.  And -- and how in your
13  opinion should Unomedical have --
14        (Technical difficulties.)
15        MR. SKLARSKY:  Can you -- you
16  trailed off.  We lost you again I think.
17  That is the problem with these deps.
18        THE WITNESS:  It's apparently
19  whenever she's talking.
20        MR. SKLARSKY:  Okay.  We're off --
21        MS. MARTINEZ:  I am --
22        MR. SKLARSKY:  Yeah.
23        MS. MARTINEZ:  I am so sorry.  Let
24  me -- let me contact my IT person.  This is
25  ridiculous.

Page 385

W. VIGILANTE

1
2        THE WITNESS:  You guys want to take
3  a little break here?
4        MS. MARTINEZ:  Yes, let's -- let's
5  do that.  Let's just take five.  Thank you.
6        THE VIDEOGRAPHER:  Off video.  The
7  time, 13:05.
8        (A recess is held from 1:04 p.m. to
9  1:15 p.m.)
10        THE VIDEOGRAPHER:  We are back on
11  the record.  The date September 23rd, 2016.
12  The time 13:15.
13        MS. MARTINEZ:  Ms. Court Reporter,
14  can you read the last question that was
15  pending?
16        (The following portion of the record
17  is read by the Court Reporter:
18        "QUESTION:  All right.  And how in
19  your opinion should Unomedical have --")
20        MS. MARTINEZ:  Okay.
21        MR. SKLARSKY:  That gets us really
22  far.
23        MS. MARTINEZ:  So why don't you read
24  his answer.
25        THE WITNESS:  Didn't have an answer.

Page 386

W. VIGILANTE

1
2  Your question was never finished.
3        MS. MARTINEZ:  No, no. I'm sorry.
4  The answer to the question before that.
5        (The following portion of the record
6  is read by the Court Reporter:
7        "ANSWER:  Yeah, again, they should
8  have made sure that adequate instructions
9  were provided if they were going to rely
10  upon the IFU for the reservoir, that they
11  were provided in that IFU to alert people
12  to the hazard and how to avoid it.  That's
13  the simplest way I can put it.")
14  BY MS. MARTINEZ:
15    Q.   Okay.   And the question -- and my
16  follow-up question was:  Please explain to me
17  how it is that Unomedical should have done
18  that.
19    A.   In conjunction with Medtronic.
20    Q.   What do you mean by that?
21    A.   It's a system comprised of parts
22  from Unomedical and Medtronic that Unomedical
23  is manufacturing and shipping for Medtronic.
24  You should have ensured that the warnings and
25  instructions that were necessary were

Page 387

W. VIGILANTE

1
2  provided; and if you were going to rely upon
3  the IFU for the Paradigm pump, then you should
4  have made sure it was in there. If you're
5  going to use it another way, then you should
6  have made sure it was done through the other
7  way, but you had a responsibility to provide,
8  excuse me, to provide adequate instructions
9  and warnings and you should have made sure it
10  was done.
11      Q. Okay. So your testimony is that
12  Unomedical had a duty to provide instructions
13  regarding a product that is the reservoir that
14  was not Unomedical's product?
15      A. No. I said they had a
16  responsibility to ensure that adequate
17  instructions and warnings were provided. If
18  they relied upon Medtronic to do so, that's
19  fine, but they needed to ensure that adequate
20  instructions and warnings were provided.
21      Q. Okay. And when you say "adequate
22  instructions and warnings," I'm assuming you
23  are talking about what is at issue, according
24  to you, in this case which is the -- the
25  reservoir and the vial, the insulin vial

Page 388

W. VIGILANTE

1
2  orientation; correct?
3      A. The prime fill anomaly.
4      Q. All right. And so tell me exactly
5  how Unomedical should have ensured that,
6  according to you, there were proper
7  instructions and warnings about a reservoir
8  that is not Unomedical's product, it does not
9  design it, and it does not manufacture it.
10      A. I understand that Unomedical
11  doesn't manufacture the reservoir. However,
12  the reservoir connects to the infusion set
13  that is a system. Therefore, it's your
14  system, your half of the system that the
15  hazard's associated with. Because there was a
16  hazard associated with your system or the --
17  your product that was part of a system, you
18  had a responsibility to ensure adequate
19  instructions and warnings were provided.
20  Whether you did that by relying upon the
21  Paradigm IF -- Paradigm reservoir IFU or if
22  you did that independent of Medtronic, it was
23  your responsibility to ensure people were
24  warned and adequately instructed.
25      Q. All right. And -- and when you

Page 389

W. VIGILANTE

1
2  say "were warned," you are talking about the
3  prime fill anomaly issue; correct?
4      A. Yes.
5      Q. All right. And when is it your
6  understanding that Unomedical first learned
7  about the prime fill anomaly?
8      A. I have testimony from your
9  corporate designee. Let me see if I can grab
10  that real quick.
11      According to Rabi Gharabli -- and
12  I apologize for not pronouncing his name
13  correctly.
14      Q. You did fine.
15      A. I'm sorry?
16      Q. You did fine.
17      A. -- Unomedical learned about the
18  issue related to the membrane getting wet
19  affecting dosage after it became public.
20      Q. And -- and did you understand that
21  after it became public, it means after the
22  June 2013 warning letters and ultimate recall;
23  correct?
24      A. After it became public. I don't
25  think he defined what "public" means, but

Page 390

W. VIGILANTE

1
2  I'm -- I'll agree with you it was sometime in
3  2012, 2013 time frame.
4      Q. Okay. So -- and -- and 2013 was
5  certainly after Ms. Dennert's incident;
6  correct?
7      A. Sure.
8      Q. Right. And so is it your
9  testimony that Unomedical should have warned
10  about the prime fill anomaly before they even
11  knew about it?
12      A. No.
13      Q. Okay. So -- so you're saying that
14  Unomedical should have ensured that Medtronic
15  issued proper warnings and instructions
16  related to the prime fill anomaly at what
17  point in time?
18      A. When they developed the system
19  which was back in 2001 time frame, 2000, 2001.
20      Q. Okay. What do you mean "when they
21  developed the system"?
22      A. When you guys developed the system
23  between Medtronic coming up with the P-cap and
24  sending it to Unomedical to attach to an
25  infusion set that was going to be used with a

Page 391

W. VIGILANTE

1  reservoir, that's when you guys should have
2  been doing your risk analysis and human
3  factors analysis as noted in my report and
4  you --
5      Q.  Okay.
6      A.  -- should have identified the
7  hazard then and you should have provided or
8  ensured warnings, adequate warnings and
9  instructions were provided at that point.
10     Q.  All right.  So do you know what
11 risk analysis was reviewed by Unomedical
12 before the 510(k) was submitted to the FDA or
13 at the time?
14     A.  Give me a moment.
15         (Reviewing document.)
16         The only thing I know is that
17 Mr. Rabi Gharabli testified that he's not
18 aware of any human factors testing to
19 determine proper use of the infusion set and
20 does not remember any human factors studies or
21 analysis involving the Paradigm Quick-set
22 infusion set; and that -- that's his testimony
23 on Page 67.
24     Q.  All right.  My question was:  Are

Page 392

W. VIGILANTE

1  you aware of any risk analysis that Unomedical
2  had in its possession or reviewed prior to or
3  at the time that it submitted its 510(k)
4  from -- to the FDA for the infusion set?
5      A.  Yeah, based upon my reading of
6  Mr. Gharabli, I don't think they did any or
7  had any.
8      Q.  Okay.  So -- okay.  So that's the
9  basis, you're saying that Mr. Gharabli said
10 that?
11     A.  I'm saying that he didn't testify
12 to that they had any or that they did any.
13     Q.  Do you know what page of his
14 deposition that testimony's at?
15     A.  That's what I'm saying.  There's
16 no testimony about it.  There -- there's no
17 testimony that they did a risk analysis.
18 There's no testimony that he reviewed any risk
19 analysis.
20         I just noted that he didn't any --
21 he wasn't aware of any human factors testing
22 done.
23     Q.  Now, is it your understanding --
24 tell -- are you aware of any FDA or other

Page 393

W. VIGILANTE

1  regulations or industry cut -- oh, God.
2      A.  Oops.
3         (Technical difficulties.)
4      A.  Seems we --
5      Q.  Apologies again.
6      A.  It's okay.
7      Q.  Sorry.  We got disconnected again.
8         Are you aware of any FDA
9  regulations or industry standards and customs
10 that required Unomedical to conduct a human
11 factors analysis at the time that the -- that
12 it submitted the infusion 510(k) to the FDA?
13     A.  Yeah, I'm not aware of the FDA
14 requiring it.  I remem -- I -- I'm aware that
15 they recommended it and it was a guideline
16 provided by the FDA that it does.
17     Q.  Okay.  What guideline is that?
18     A.  Well, hold on a minute.
19         (Reviewing document.)
20         In 2000 the FDA published their
21 guidance for industry and FDA reviewers on
22 medical device use, safety, incorporating
23 human factors, engineering, and to risk
24 management avail -- risk management

Page 394

W. VIGILANTE

1  availability within the Federal Register.
2      Q.  And certainly you know that FDA
3  guidance is not an FDA regulation; correct?
4      A.  I'm sorry.  Yes, it was a
5  guidance, not a regulation.
6      Q.  Okay.  Is it your understanding
7  that --
8         (Technical difficulties.)
9      Q.  My apologies.  Again, I keep
10 getting disconnected.  Let's -- let me just
11 withdraw that last question.
12         So how is it that if Medtronic
13 wanted to have a certain IFU for its product,
14 the reservoir, and -- and that -- and that IFU
15 is the one that Medtronic issued, how is it
16 that Unomedical would have forced Medtronic to
17 produce and provide a different IFU for its
18 product than the one that Medtronic provided?
19     A.  According to Mr. Gharabli,
20 Unomedical has been involved in the creation
21 and working very closely with Medtronic on the
22 IFU for the infusion set since the 501(k).  It
23 was --
24     Q.  For the infusion set --

Page 395

1    W. VIGILANTE
2         A.  For the infusion set --
3         Q.  -- correct?
4         A.  -- but the infusion set is part of
5    the system that's involved in this hazard.
6         So if Unomedical said, "Hey, guys,
7    we identified this hazard associated with this
8    system, you need to make sure we're warning
9    about it and we're suggest that you do it in
10   the Paradigm IFU," and Medtronic says, "No, we
11   don't care, we're not going to do it," then
12   Unomedical has a couple choices.  They can
13   say, "Okay.  Well, we're going to provide
14   warning with our infusion set because that's
15   half of the problem" or they can say, "I'm
16   sorry, Medtronic, we're not going to
17   manufacture this product for you and put it
18   into the market because it's unreasonably
19   dangerous and defective."
20        So that seems to be the -- the two
21   easiest choices that I can come up with at
22   this point.
23        Q.  And at -- at the -- what -- what
24   evidence do you have that at any time prior to
25   2013 Unomedical was aware of the potential for

Page 396

1    W. VIGILANTE
2    users not to properly position the insulin
3    vial below the reservoir and the connector
4    when disconnecting the transfer guard and the
5    reservoir from the insulin vial during the
6    filling of the reservoir?
7         A.  So according to Mr. Gharabli, the
8    corporation didn't recognize it until it
9    became public in 2012, 2013, but according to
10   their own records, they've been taking service
11   calls related to this anomaly for a number of
12   years, which means that they were aware of it
13   even if they weren't aware of it at a
14   corporate level.
15        Q.  So when you say "this anomaly,"
16   your understanding is that Unomedical was
17   aware for a number of years prior to 2013
18   about this potential user error that can occur
19   during the filling of the reservoir?
20        A.  Yeah, it's my understanding that
21   when Unomedical went back and looked at
22   their -- their calls, their service calls,
23   they identified hundreds of these calls that
24   were relevant or related to this anomaly over
25   the years.

Page 397

1    W. VIGILANTE
2         Q.  When you say "this anomaly,"
3    you're talking about the temporary vent block
4    that is the subject of the June 2013 letter to
5    physicians and users and ultimately the
6    subject of a voluntary recall?
7         A.  Of the prime fill anomaly.
8         Q.  All right.  So --
9         MR. SCHULTZ:  Object to the form.
10   Excuse me.  I just want to interpose an
11   objection.  Object as not responsive.
12        MS. MARTINEZ:  I join.
13        Q.  Is it your understanding that the
14   prime fill anomaly is the same thing as a
15   temporary vent block?
16        A.  That's what it was all about, is
17   the blockage of the vents on the P-cap.
18        Q.  So is the answer, yes, you believe
19   that the temporary vent block is the same as
20   the prime fill anomaly?
21        A.  Yes, the prime fill anomaly was
22   caused by the blockage of the vents.
23        Q.  Other than what you've already
24   stated, do you have any other criticisms of
25   Unomedical with respect to the issue -- to the

Page 398

1    W. VIGILANTE
2    issues in this case?
3         MR. SKLARSKY:  Well, I'm just going
4    to object to the form.  You mean anything
5    other that's -- what he's already either
6    testified to in a deposition --
7         MS. MARTINEZ:  Yes.
8         MR. SKLARSKY:  -- or in his report?
9         MS. MARTINEZ:  Other than what he's
10   already testified to.
11        MR. SKLARSKY:  Well, all right.  Let
12   me just note my, you know, note my
13   objection.  It depends what questions were
14   asked.  He's issued a report that set forth
15   the various opinions.
16        A.  Yeah, my opinions regarding
17   Unomedical are -- are listed in my report and,
18   you know, I stand by them.
19        Q.  Okay.  We've covered some of them,
20   and so I would like for you to point to your
21   report what other criticisms of Unomedical you
22   have.
23        A.  In my findings, Number 1,
24   Number 3, Number 4, Number 5, Number 6,
25   Number 9, Number 13, Number 14, Number 15,

Page 399

W. VIGILANTE

1   W. VIGILANTE
2   Number 16, Number 17, Number 18.
3       Q.   All right.  So Number 1 says, "The
4   unintended delivery of insulin resulting from
5   the blockage of the P-cap connector vents
6   created a hazard to users of the Paradigm
7   infusion set and reservoir."
8       A.   That's correct.
9       Q.   All right.  And the blockage of
10   the P-cap connector vents, you're talking
11   about insulin that gets on top of the
12   reservoir if the user does not follow
13   Medtronic's instructions on the filling of the
14   reservoir; right?
15       A.   That is one potential cause.
16       Q.   All right.  Well, let me ask you
17   this:  Is -- do you have any opinions or
18   evidence in this case whatsoever that there
19   was any other liquid or substance or
20   contaminant, as I think you put it earlier,
21   that was inside of the P-cap for Ms. Dennert's
22   infusion sets that she used on the day of the
23   incident?
24           MR. SKLARSKY:  Just let me note an
25       objection.  I think we're really covering

Page 400

W. VIGILANTE

1   W. VIGILANTE
2   ground that has, I gather, really been
3   exhaustively reviewed at this point, so I
4   think we're just --
5           MS. MARTINEZ:  Actually, not.  He --
6       the answers that he gave -- you know, Mr.
7       Schultz may have -- his question may have
8       been broader, but Mr. Vigilante's answers
9       were as to liquids or contaminants on top
10       of the reservoir.  I -- my question is
11       different.  I would like to know whether he
12       has any evidence at all of any liquid,
13       insulin, or contaminant that was inside
14       Ms. Dennert's infusion set connector, her
15       P-cap, and blocking the vents on the -- on
16       the day of the incident.
17       A.   Yes, I'm relying upon
18   Dr. Klimowicz.
19           And it's 1:35, 20 minutes beyond
20   our agreed upon time frame, so I'm going to
21   ask that we break for lunch 'cause I'm
22   absolutely famished, and it doesn't sound like
23   you're going to be done within the next five
24   minutes.
25       Q.   All right.  There's a pending

Page 401

W. VIGILANTE

1   W. VIGILANTE
2   question, though, and I'd like an answer to my
3   question.
4           Are you aware of any evidence that
5   there was any liquid or other contaminants
6   inside Ms. Dennert's infusion set P-cap,
7   either set that she used the day before the
8   incident or, you know, the evening of the
9   incident or prior to the incident?  Exclude
10   insulin because I understand your opinion that
11   based on what Mr. Klimowicz is testifying,
12   that -- that you believe that somehow there
13   was insulin inside a P-cap connector because
14   it got on top of the reservoir.
15           My question is different and it
16   is:  Is there any evidence whatsoever that
17   you've got that there was any liquid or
18   contaminant other than insulin inside
19   Ms. Dennert's infusion set P-cap on either
20   infusion set that she used the day before she
21   was found?
22       A.   You changed your question.
23           Other than insulin, I do not.
24       Q.   Okay.
25       A.   And --

Page 402

W. VIGILANTE

1   W. VIGILANTE
2           MS. MARTINEZ:  We'll take a break.
3       THE WITNESS:  Thank you.
4       MS. MARTINEZ:  Thank you.
5           THE VIDEOGRAPHER:  We are now going
6       off the video record.  That concludes DVD
7       Number 2.  The time is 13:38.
8           (A recess is held from 1:37 p.m. to
9       2:36 p.m.)
10           THE VIDEOGRAPHER:  Back on.  This
11       commences DVD Number 3, September 23rd,
12       2016.  The time, 14:37.
13   BY MS. MARTINEZ:
14       Q.   Mr. Vigilante, before we broke for
15   lunch we were talking about your finding
16   Number 3 in your report; and basically it
17   says, "Unomedical's failure to conduct any
18   human factors testing," and we were exploring
19   that.
20           Can you be more specific?  Tell me
21   what human factors testing and on what device
22   Unomedical should have conducted.
23       A.   Yeah, they -- they should have
24   started with a task analysis on the infusion
25   set system, which included its connection to

Page 403

W. VIGILANTE

1  the Paradigm reservoir; and then they should
2  have conducted usability studies much like
3  Medtronic did or Mini-Med did.
4      Q.  Okay.  So you're saying that
5  Unomedical had a duty to conduct its own human
6  factors testing and -- did you say feasibility
7  studies?
8      A.  Usability studies.
9      Q.  Usability.  Thank you.
10         And your basis for saying that is
11  what?
12     A.  It's your product.  You're
13  manufacturing the product.  You're introducing
14  the product into the stream of commerce.
15     Q.  When you say "the product," your
16  talking about the infusion set?
17     A.  Yes.
18     Q.  All right.  So can you describe
19  for me, please, what that human factors and
20  usability study that -- that Unomedical should
21  have done, how should it have been performed?
22     A.  It should have been performed
23  competently by a human factors professional.
24  It should have started at the -- at the

Page 404

W. VIGILANTE

1  beginning of the design phase with determining
2  requirements, determining what the system
3  needed to do and not do, determining what
4  potential steps were needed to use the product
5  correctly, determining what kind of errors
6  could be made, determining what kind of
7  hazards are associated with those errors, what
8  kind of information was needed to do the -- to
9  use the product properly and safely, determine
10  whether or not if it was going to include an
11  IFU or other instructions and warnings,
12  whether or not they were effective; and then
13  validate that when they got it all together
14  that people were using it and using it
15  correctly.
16     Q.  Okay.  And -- and you understand
17  that -- or is that -- when you say "the
18  product," you're talking about not only the
19  infusion set, but you're talking about
20  Medtronic's reservoir; correct?
21     A.  Including its connection to the
22  reservoir, correct.
23     Q.  And do you understand that --
24  that -- when you say at the point it was

Page 405

W. VIGILANTE

1  designed, that Unomedical did not design the
2  reservoir, did not design the P-cap, so I'm
3  confused when you say at the point it was
4  designed.
5      A.  I'm sorry you're confused, but at
6  some point Unomedical had to design the
7  infusion set with the incorporation of that
8  P-cap.  That's part of the design process.
9  I'm not sure what you're not understanding.
10     Q.  Okay.  So you're talking about the
11  infusion set, you're not talking about the
12  reservoir?
13     A.  Yes.
14     Q.  And do you understand that
15  Medtronic conducted usability and -- and human
16  factors studies on both the P-cap and the
17  reservoir; correct?
18     A.  They conducted it with the
19  infusion set and the reservoir, but they only
20  got to -- I think Task 10 was connecting
21  the -- dropping the -- the reservoir into the
22  pump.  I don't think they ever looked at
23  whether or not a person could -- could insert
24  the cannula into the body.

Page 406

W. VIGILANTE

1      Q.  I'm sorry.  Is your answer, yes,
2  Medtronic -- Medtronic conducted both human
3  factors and usability studies on the
4  reservoir, the P-cap, and the infusion set?
5      A.  They tested -- they did an
6  assessment of the connection of the P -- of
7  the reservoir to the infusion set.
8      Q.  Okay.  But you're saying that
9  Unomedical should have done their own human
10  factors and usability studies and ignored
11  Medtronic's?
12     A.  I didn't say that.
13     Q.  Okay.  But you're saying that
14  Unomedical should have conducted its own human
15  factors and usability study on both the
16  reservoir and the infusion set connection with
17  the reservoir?
18     A.  What I'm saying is Unomedical was
19  not aware of any human factors testing done on
20  the product.  They should have ensured it was
21  done.  If they were going to rely upon
22  Medtronic's assessment, they should have made
23  sure that Medtronic was doing it correctly.
24     Q.  Do you understand that

Page 407

W. VIGILANTE

1
2   Mr. Rabi Gharabli was deposed in his
3   individual capacity?
4           MR. SKLARSKY:  I'm going to object
5   to the form 'cause I just don't know what
6   you mean by "individual capacity."
7           MS. MARTINEZ:  Okay.
8       Q.  Do you -- Mr. Vigilante, do you
9   know the dist -- the difference between a --
10  an employee of a company being deposed in
11  their individual capacity versus their
12  30(b)(6) or corporate representative capacity?
13      A.  Yes.
14      Q.  Do you, in fact, know what
15  usability study, what risk analysis, what
16  human factors information Unomedical had in
17  its possession at or around the time that it
18  submitted the 510(k) to the FDA?
19          MR. SKLARSKY:  Objection to the
20  form.  Go ahead.
21      A.  According to Mr. Gharabli, who was
22  involved in the submission of the 501(k), he
23  does not recall any human factors testing to
24  determine proper use of the infusion set.  He
25  does not recall any human factors studies or

Page 408

W. VIGILANTE

1
2   analysis involving the Paradigm Quick-set
3   infusion set.
4       Q.  Okay.  And -- and all that you're
5   relying on is Mr. Gharabli's testimony,
6   correct, you don't have testimony from anyone
7   else at Unomedical?
8       A.  That's correct.
9       Q.  Okay.  And, again, just to be
10  sure, what -- what you put -- let me -- let me
11  go to your Finding Number 4, which says, "Had
12  Medtronic and Unomedical performed an adequate
13  human factors analysis of their reservoir,
14  infusion set, and P-cap connector" -- and,
15  again, understanding that the reservoir was
16  not Unomedical's product -- "they would have
17  identified the potential for users to remove
18  the reservoir while it was upright under the
19  insulin vial, insulin to contaminate the P-cap
20  membrane, and the hazard created by the
21  blockage of the P-cap connector vents."
22          Is that what you would have
23  expected for the human factors testing and the
24  usability testing that you expected Unomedical
25  to conduct, is that what you would have

Page 409

W. VIGILANTE

1
2   expected Unomedical to test for or to find?
3       A.  I would have expected that if
4   Unomedical performed adequate human factors
5   evaluation or relied upon an adequate human
6   factors evaluation by Medtronic, they would
7   have identified it.
8       Q.  And, again, you're -- you --
9   you're not testifying as a regulatory expert,
10  correct, as an FDA expert?
11          MR. SKLARSKY:  Objection, to the --
12  to the form of the question.  He -- you
13  know, it's clear --
14          MS. MARTINEZ:  I'm sorry.  I didn't
15  hear the --
16          MR. SKLARSKY:  I'm objecting to the
17  -- I'm objecting to the form of the
18  question.
19          MS. MARTINEZ:  Thank you.
20      Q.  Sir, you're not an FDA expert;
21  correct?
22      A.  Depends on the topic.
23      Q.  I'm sorry?
24      A.  Depends on the topic.
25      Q.  What topics are you -- do you

Page 410

W. VIGILANTE

1
2   consider yourself an FDA expert, with respect
3   to which topics?
4       A.  Well, maybe I can short circuit
5   this for you because we went over this
6   in-depth in the first deposition so I'm not
7   sure why you're re-asking it today.
8           I'm not holding myself out as an
9   FDA expert with respect to matters in this
10  case.  I'm leaving those questions regarding
11  the regulations and the approvals and the
12  processes associated with it to Dr. Klimowicz.
13      Q.  Okay.  And my question was more,
14  just to be clear, that the hazard that you are
15  contemplating in -- in your report and that
16  you would have expected Unomedical to discover
17  as a result of what you believe should have
18  been proper human factors testing is the
19  hazard of not having the insulin vial below
20  the reservoir and the -- and the transfer
21  guard in the process of disconnection;
22  correct?
23          MR. SKLARSKY:  Object.  Objection to
24  the form.  You know, it's a partial
25  representation of his testimony, but it's

Page 411

W. VIGILANTE

1
2  also been asked and answered ad nauseam
3  from both the prior dep as well as today.
4      Q.  Go ahead.
5      A.  Yeah, my testimony is, is that
6  they would have been aware of the over- or
7  under-dispensing of insulin hazard associated
8  with the blockage of the P-cap vents had they
9  done adequate testing.  They would have been
10 aware of it, that the IFU, the way it was
11 written and the steps in which were required
12 to prevent insulin specifically from
13 contacting the P-cap vents, would not have
14 been -- were not adequate.
15     Q.  Okay.  And when you say "the IFU,"
16 you're talking about Medtronic's reservoir
17 IFU; correct?
18     A.  Sure.
19     Q.  So just to be clear, your opinion
20 is that in addition to any usability, human
21 factors, or risk analysis that Medtronic
22 conducted with respect to the reservoir, the
23 infusion set and the P-cap as a system, that
24 Unomedical had a duty to conduct its own?
25     MR. SKLARSKY:  It's been asked and

Page 412

W. VIGILANTE

1
2  answered, and I object to the form in
3  terms of --
4      Q.  Go ahead.
5      MR. SKLARSKY:  -- some of the
6  language you put in there.
7      A.  That's not what I testified to.
8      Q.  Well, now I'm really confused
9  then.  Can you -- can you please --
10     (Technical difficulties.)
11     MR. SKLARSKY:  This has been
12 covered.  I think it's really been fully
13 explored.  I don't know how many times you
14 can keep going over the same -- same
15 ground.
16     MR. SCHULTZ:  Oh, boy.
17     MS. MARTINEZ:  I'm very -- hello?
18 Can you hear me?
19     MR. SKLARSKY:  Yeah.
20     MR. SCHULTZ:  We hear you.
21     MS. MARTINEZ:  I'm sorry.  I --
22 it disconnected again.  Never again through
23 Skype.  I apologize.
24     Q.  Did you an -- were you starting to
25 answer my last question, Mr. Vigilante?

Page 413

W. VIGILANTE

1
2      MR. SKLARSKY:  Well, I had an
3  objection that I had placed on the record.
4      Q.  Okay.
5      A.  And you never asked a question.
6  You made a statement and then said "please."
7      Q.  No.  I -- I -- I asked a question.
8  I said is it your testimony that despite any
9  risk analysis or human factors analysis or
10 usability study that Medtronic conducted, that
11 Unomedical had an independent duty to conduct
12 its own risk analysis and human factors and
13 usability study that involved Medtronic's
14 reservoir and the infusion set.
15     MR. SKLARSKY:  He's already -- he's
16 already asked that.  Let's go on to another
17 question.
18     MS. MARTINEZ:  No, I -- he said --
19     MR. SKLARSKY:  No, I'm -- no, I'm --
20     (Reporter clarification -
21 simultaneous speaking.)
22     MR. SKLARSKY:  No.  There is a
23 limit, okay, and we've reached that at this
24 point, so ask another question.
25     MS. MARTINEZ:  No, I'm not -- I'm

Page 414

W. VIGILANTE

1
2  not going to ask -- because I asked that
3  question and he said, no, that was not my
4  testimony, and I'm trying to clarify what
5  is his testimony.
6      MR. SKLARSKY:  About what?
7      MS. MARTINEZ:  About what I just
8  asked, whether Unomedical had an
9  independent duty to conduct a usability
10 study, a human factors study, and a risk
11 analysis independent of what Medtronic may
12 have done with respect to the reservoir,
13 the infusion set, the P-cap.
14     MR. SKLARSKY:  All right.  He's
15 answered it, but I'll allow him to once
16 again if he understands the question, to --
17 to respond.
18     A.  That wasn't my testimony.
19     Q.  What is your testimony, sir?
20     A.  They had a responsibility to
21 ensure it was done, whether they did it
22 independently or they did it in conjunction or
23 they relied upon Medtronic.  They had a
24 responsibility to make sure it was done and
25 that it was done properly.

Page 415

W. VIGILANTE

1
2      Q.  Okay.  Thank you for that
3  clarification.
4          So if, in fact, Unomedic --
5  Medtronic conducted a usability study and --
6  and a human factors study and a risk analysis,
7  as I understand your testimony, Unomedical did
8  not have a duty to independently conduct any
9  of those on its own, but rather, according to
10  your view, had a duty to make sure that what
11  was done by Medtronic was proper as, you
12  know -- and by "proper," I mean as you view it
13  properly; correct?
14      MR. SKLARSKY:  Well, that -- I
15      object, again, to the characterization
16      because that's not completely what he said.
17      Okay.
18      A.  So --
19      MR. SKLARSKY:  Go ahead.
20      A.  -- for maybe multiple times, if
21  they were going to rely upon Medtronic to do
22  it, they needed to make sure that it was done
23  in an adequate fashion.
24      Q.  Okay.
25      A.  And if Medtronic wasn't going to

Page 416

W. VIGILANTE

1
2  do it in an adequate fashion, they needed to
3  make other arrangements, whether it was doing
4  it themselves or having Medtronic redo it or
5  hiring a third party to do it for them.
6      Q.  Okay.  Thank you.
7          Mr. Vigilante, do you know which
8  hand is Rachel Dennert's dominant hand?
9      A.  I don't know that I know that
10  offhand.
11      Q.  Okay.  Would it matter to your
12  analysis whether she -- her dominant hand was
13  her left or her right?
14      A.  No.
15      MR. SKLARSKY:  Once, again, I -- I
16      may be wrong, I thought this was also
17      covered in the first day of depositions.
18      MS. MARTINEZ:  Not this specific
19      question.
20      MR. SKLARSKY:  No, I -- it was, but
21      go ahead.
22      Q.  So, sir, it would not matter to
23  your analysis or your opinions whether
24  Rachel's dominant hand was her right or her
25  left?

Page 417

W. VIGILANTE

1
2      A.  That's correct.
3      Q.  Let me ask you this:  Can -- can
4  instructions that are proper in your view be
5  proper instructions even if the warnings given
6  are, in your view, not proper?
7      MR. SKLARSKY:  Excuse me?
8      A.  Yeah, so you can have instructions
9  that are fine that don't have a -- a warning
10  in them, but if your instructions include a
11  warning, then the warning better be adequate,
12  otherwise, the instructions are not very good.
13      Q.  All right.  So you're saying that
14  you can have instructions that are adequate
15  and appropriate in your view, that don't
16  necessarily include warnings?
17      A.  Yeah, not all instructions have
18  warnings.  Not all instructions need warnings.
19  If you don't need a warning, I wouldn't expect
20  them to have a warning.
21      Q.  Okay.  In terms of using devices
22  and how people use devices, would you agree
23  with me that what is convenient for one user
24  may not be a convenient way for another user?
25      A.  Sure.

Page 418

W. VIGILANTE

1
2      Q.  I think I may just have one last
3  question.
4          Do you have any evidence
5  whatsoever that on -- on the day she used the
6  infusion sets -- let -- let me strike that.
7          Do you have any evidence
8  whatsoever that when Ms. Dennert filled her
9  reservoir on the evening before she was found,
10  that when she disconnected the transfer guard
11  and the reservoir from the insulin vial, that
12  the insulin vial was anywhere other than
13  underneath and below the reservoir and the
14  transfer guard?
15      A.  Yeah, the only evidence I'm
16  relying upon is the fact that she experienced
17  a prime fill anomaly and that's the way it's
18  caused, and we know that there were not
19  adequate instructions and warnings to alert
20  her, and that it was natural to do it in that
21  fashion, and, in fact, many people were doing
22  it in such a fashion, and a direct result of
23  that is potential contamination of the
24  reservoir and P-cap vents leading to the prime
25  fill anomaly.

Page 419

W. VIGILANTE

1
2    Q.  Okay.  And I think we covered
3    that.  So you do not have any evidence other
4    than what you just said to us of anyone having
5    seen Rachel Dennert fill her reservoir that
6    evening and noticing that when she
7    disconnected the reservoir from the insulin
8    vial, that the reservoir [sic] was any place
9    other than below the transfer guard and the
10   reservoir?
11       A.  Yeah, I'm not aware of any
12   eyewitness testimony.
13       Q.  Do you have any testimony from any
14   witness or any other evidence other than what
15   you've already talked to us about that at any
16   time during -- any time that Rachel filled her
17   reservoir that the insulin vial was anywhere
18   other than below the transfer guard and the
19   reservoir when she disconnected the insulin
20   vial from those two items?
21       A.  Yeah, that was never asked to
22   Rachel's mom, so I don't have that
23   information.
24       Q.  I'm sorry.  Can you repeat that?
25   I didn't hear.

Page 420

W. VIGILANTE

1
2       A.  It was never asked to
3    Ms. Dennert's mom, so I don't have that
4    information.
5       Q.  Do you have any such information
6    from any source that is not necessarily Nancy
7    Dennert's testimony?
8           MR. SKLARSKY:  I'll object to the
9       form.  If you understand it, you can try to
10      answer it.
11       A.  No, I mean, we've already been
12   over this a dozen times.  The -- the -- she
13   suffered a prime fill anomaly and it's
14   associated with the phenomenon of removing the
15   reservoir from under the insulin vial.
16   Medtronic has shown that people have been
17   doing it.  Unomedical/Medtronic have records
18   of -- of this issue happening over time.
19   We've seen the YouTube videos.  We've got the
20   letters and the notices stating that this is
21   what happens.  So, you know, that's what I'm
22   relying upon, and plus the -- the analysis of
23   Dr. Klimowicz.
24       Q.  So you -- you have -- other than
25   what you just said, you have no direct

Page 421

W. VIGILANTE

1
2    evidence or testimony that at any time since
3    Ms. Dennert started using the infusion pump
4    and the infusion set, that when she
5    disconnected the reservoir and the transfer
6    guard from her insulin vial, that the insulin
7    vial was anywhere other than below the
8    transfer guard and the reservoir?
9       A.  Yeah, I'm sorry.  The only two
10   people that would know that, would be aware of
11   that are Rachel Dennert, and she doesn't
12   recall, my understanding, and her mom, and her
13   mom wasn't asked that.  So that's all I have
14   with respect to eyewitnesses to -- as to what
15   Ms. Dennert did and didn't do prior to her
16   injury.
17          MS. MARTINEZ:  Okay.  I'm going to
18      pass the witness for -- for right now, and
19      I may have a couple of follow-up things,
20      but I'll just wait and see.  Thank you.
21          THE WITNESS:  You're welcome.
22   EXAMINATION
23   BY MR. SCHULTZ:
24       Q.  I only have one question,
25   Mr. Vigilante, and I can guarantee it hasn't

Page 422

W. VIGILANTE

1
2    been asked before.
3          When a manufacturer is conducting
4    a usability study, is there a conventional --
5    well, is there a convention as to how many
6    different users that study should be involved
7    or is there a range?
8       A.  I think the minimum of five is
9    fine and then after you get past maybe 20 you
10   run into expending more resources than -- than
11   information you're getting, so it doesn't
12   become cost effective.  So there's nothing
13   wrong with the 10 that were used in the two
14   usability studies as far as numbers go for the
15   usability study that Medtronic done.  It was
16   a -- more of an issue with the -- the people
17   they selected for the study.
18       Q.  Right.  I -- I understand that
19   aspect of your opinion.  I just want to make
20   sure there's -- in terms of the number, is the
21   number ten is not objectionable?
22       A.  Yeah, for a study like that I
23   don't -- I don't see the number being an
24   issue.
25       Q.  And you're not aware of studies

Page 423

W. VIGILANTE

1  that used, for example, 100 or 500?  You're
2  not saying that's necessary.
3      A.  For the type of study they were
4  doing, I don't think it's necessary.
5      MR. SCHULTZ:  Okay.  That's --
6  that's all I have.  Thank you.
7      THE WITNESS:  You're welcome.
8  EXAMINATION
9  BY MS. MARTINEZ:
10     Q.  I've got one more question.
11     Mr. Vigilante, do you -- do you
12  have an opinion based on any studies or other
13  sources as to how many times a user will
14  review or read an IFU for a device before
15  never again reading or relying upon that IFU?
16     MR. SKLARSKY:  I'm going to object
17        to the form only because I'm -- the way,
18        and you may have cut out a little bit so I
19        may have not heard the whole thing, but
20        I'll see if our witness understands it.
21     A.  Yeah, I mean, I don't -- I have
22  never seen a study that says X.  So it's going
23  to be dependent upon the complexity of the
24  tasks, whether or not the person is familiar

Page 424

W. VIGILANTE

1  with the task or similar tasks, and it's going
2  to have a little bit to do with the person's
3  abilities -- innate abilities, memory,
4  confidence, and so forth.  So it's multiple
5  and it's variable, but I've never seen a -- a
6  specific number given.
7      Q.  Okay.  Do you have an opinion in
8  this case as to how many times Ms. Dennert
9  would have used and read and relied upon the
10  IFU for the reservoir before she didn't need
11  it anymore and just did it without referring
12  to or relying upon the IFU?
13     A.  According to Mrs. Dennert's mom,
14  she used them every time that she did the
15  task.  She was a relatively new user, so
16  certainly as she became more and more
17  experienced with it, her use of the IFUs
18  would -- would decrease, that's what you would
19  expect.
20     Q.  Ms. Dennert had -- we -- we've
21  discussed a number of different sources of
22  information that Ms. Dennert had available to
23  her --
24     (Technical difficulties.)

Page 425

W. VIGILANTE

1      A.  We can't -- we can't hear you.
2      MR. SKLARSKY:  We're back to the IT
3  person.
4      A.  All right.  We're...
5      Q.  Okay.  This will all be over
6  soon.  I apologize.  Cut out again.
7      MR. SKLARSKY:  Thank God.
8      Q.  So my question was:  We've
9  discussed a number of different sources of
10  information that Ms. Dennert had with respect
11  to how to use her insulin pump and
12  specifically how to fill her reservoir and
13  connect her infusion set, including the
14  training she received from the CDE and also
15  any written materials she may have been
16  provided.
17     Do you have any opinions on which
18  sources of information are more often relied
19  upon by users of devices and then also
20  specifically as to Ms. Dennert?
21     MR. SKLARSKY:  Just note my
22        objection 'cause it's pretty compound.
23        You've put in an awful lot of different
24        aspects of it, but...

Page 426

W. VIGILANTE

1      A.  So you had some predicates that I
2  can't agree with, but I can tell you that the
3  information and training, as I mentioned
4  earlier in the deposition, needs to be
5  reinforced over time, and warnings and
6  instructions are typically -- are specifically
7  in this case, how they reinforced them over
8  time.  So training is good, but if it's not
9  reinforced over time, people have a tendency
10  to forget.  That's a limitation of training.
11  And they can -- as they forget, they can
12  regress to previous behaviors or they can
13  regress to different behaviors if they have no
14  prior experience.
15     So the warnings and instructions
16  are important after the initial training to
17  reinforce and to provide consistent --
18  consistent information so that you know and
19  are doing the task right.
20     Q.  What is your opinion as to how
21  soon after training such information that
22  reinforces the training needs to be provided?
23  Is it within a month?  Is it two?  Is it
24  three?

Page 427

```
1           W. VIGILANTE
2      A.  Well, Medtronic and Unomedical is
3  providing it with -- with each set of infusion
4  sets and Paradigm -- or excuse me, reservoirs.
5  So that's a good thing.  You're providing them
6  with the IFU, so every time they go to use the
7  product it's there to reinforce their
8  training.  Every time they get a new set, it's
9  there again to reinforce the training, whether
10 it's from the CDU, or the CDE or the online
11 videos or what have you.
12      MS. MARTINEZ:  Okay.  All right.
13      All right.  I don't have any further
14 questions.  Thank you very much.
15      THE WITNESS:  Thank you.
16      MR. SCHULTZ:  I have no further
17 questions, Mr. Vigilante.  Thank you.
18      THE WITNESS:  Thank you.
19      MR. SKLARSKY:  Thanks.  Everybody,
20 have a good -- have a good weekend.
21      MS. MARTINEZ:  Thanks.  You too.
22      MR. SCHULTZ:  Before we disconnect,
23 Madame Court Reporter --
24      COURT REPORTER:  Yes.
25      MR. SCHULTZ:  -- we'll take an
```

Page 428

```
1           W. VIGILANTE
2  expedited transcript, please.
3      MS. MARTINEZ:  Same here.
4      COURT REPORTER:  Okay.  Do you know
5  what day you want it by?
6      MR. SCHULTZ:  As soon as you can get
7  it to us.
8      COURT REPORTER:  Okay.
9      MS. MARTINEZ:  Thank you.
10     MR. SCHULTZ:  I think we can --
11     COURT REPORTER:  Do you mean Monday
12 by that?  Do you mean Monday by that?
13     (Transcript continued on next page
14 to allow for Jurat.)
15
16
17
18
19
20
21
22
23
24
25
```

Page 429

```
1           W. VIGILANTE
2      MR. SKLARSKY:  Wait, wait, wait.
3      MR. SCHULTZ:  Monday would be great.
4      COURT REPORTER:  Same with you?
5      MS. MARTINEZ:  Yes.
6      COURT REPORTER:  Okay.
7      MS. MARTINEZ:  Thank you.
8      MR. SCHULTZ:  Thank you.
9      MR. SKLARSKY:  All right.  So long.
10 Take care.
11     THE VIDEOGRAPHER:  That now
12 concludes this deposition and DVD Number 3.
13 The time is 15:10.
14     (Time noted is 3:10 p.m.)
15
16
17 _____
18     William J. Vigilante, Jr., PhD, CPE
19
20 Subscribed and sworn to
21 before me this_____day
22 of _____, 2016.
23
24
25
```

Page 430

```
1           W. VIGILANTE
2           I N D E X
3  WITNESS                    PAGE
4  William J. Vigilante, Jr., Ph.D.
5    BY MR. SCHULTZ            273
     BY MS. MARTINEZ          358
6    BY MR. SCHULTZ           421
     BY MS. MARTINEZ          423
7
8           E X H I B I T S
9
   NUMBER      DESCRIPTION      PAGE
10 Exhibit Vigilante-18, multipage document    301
   entitled Paradigm 522 and 722 Insulin
11 Pumps User Guide bearing Bates Numbers
   MDT000073RD through MDT000332RD
12 Exhibit Vigilante-19, CDROM entitled       319
   Rachel Dennert vs. Medtronic
13 Instructional CD-ROM MDT071234RD,
14 Exhibit Vigilante-20, multipage document   323
   entitled Self-Help Storyboard Filling the
15 Reservoir and Priming bearing Bates
   Numbers MDT071290RD through MDT071322RD
16
17     PREVIOUSLY MARKED EXHIBITS
18 NUMBER      DESCRIPTION      PAGE
19 Exhibit Vigilante-11, letter dated June    282
   16, 2016 addressed to Kevin Haverty, Esq.
20 Exhibit Vigilante-10, Report of William    289
   J. Vigilante, Jr., PhD, CPE dated April
21 19, 2016
   Exhibit Vigilante-17, document entitled    324
22 Medtronic MiniMed Paradigm Reservoir Rx
   Only
23
24
25
```

Page 431

```
1
2              CERTIFICATE
3   COMMONWEALTH OF PENNSYLVANIA   )
4                        ) ss:
5   COUNTY OF PHILADELPHIA        )
6        I, Debra Sapio Lyons, a Registered
    Diplomat Reporter, a Certified Realtime Reporter,
7   a Certified Realtime Captioner, an Approved
    Reporter of the United States District Court for
8   the Eastern District of Pennsylvania, a Certified
    Court Reporter for the State of New Jersey; and
9   Notary Public within and for the States of New
    Jersey, New York and the Commonwealth of
10  Pennsylvania do hereby certify:
11       That William J. Vigilante, Jr., PhD,
    CPE, the witness whose deposition is hereinbefore
12  set forth, was duly sworn by me and that such
    deposition is a true record of the testimony
13  given by such witness, to the best of my ability
    and thereafter reduced to typewriting under my
14  direction.
15       I further certify that I am not related
    to any of the parties to this action by blood or
16  marriage and that I am in no way interested in
    the outcome of the matter.
17
         In witness whereof, I have hereunto set
18  my hand this 26th day of September, 2016.
19
20
            _____
21          DEBRA SAPIO LYONS
            CRR, RDR, CRC, CCR, CPE
22
23
24
25
```

Page 432

```
1              ERRATA SHEET
2   Case Name:
3   Deposition Date:
4   Deponent:
5   Pg.  No. Now Reads   Should Read  Reason
6   ___  ___ _____   _____  _____
7   ___  ___ _____   _____  _____
8   ___  ___ _____   _____  _____
9   ___  ___ _____   _____  _____
10  ___  ___ _____   _____  _____
11  ___  ___ _____   _____  _____
12  ___  ___ _____   _____  _____
13  ___  ___ _____   _____  _____
14  ___  ___ _____   _____  _____
15  ___  ___ _____   _____  _____
16  ___  ___ _____   _____  _____
17  ___  ___ _____   _____  _____
18  ___  ___ _____   _____  _____
19  ___  ___ _____   _____  _____
20
              _____
21            Signature of Deponent
22
    SUBSCRIBED AND SWORN BEFORE ME
23  THIS ____ DAY OF _____, 2016.
24  _____
25  (Notary Public)   MY COMMISSION EXPIRES:_____
```

**A**

**a.m (4)**
270:16 277:12,13
334:24
**A/S (2)**
270:11 272:17
**abilities (2)**
424:4,4
**ability (1)**
431:13
**able (1)**
332:5
**absence (4)**
339:9,20 340:11
344:7
**absolutely (2)**
289:2 400:22
**accepted (1)**
318:25
**accompanied (4)**
321:25 328:21 336:22
378:9
**acknowledged (2)**
312:4 375:7
**acquire (1)**
353:4
**acronym (1)**
312:18
**action (3)**
270:7 361:4 431:15
**actions (1)**
279:6
**actively (1)**
328:25
**actors (1)**
320:25
**actual (3)**
325:11,21 328:21
**ad (1)**
411:2
**addition (1)**
411:20
**additional (3)**
273:25 322:21 329:9
**address (1)**
376:14
**addressed (2)**
282:9 430:19
**adequacy (1)**
357:8
**adequate (38)**
279:12 281:2 290:4
291:11 292:6 295:9
309:4 311:15,20
316:15 319:9
337:18,24 354:4

356:25 357:3
371:25 376:20,24
376:25 384:5 386:8
387:8,16,19,21
388:18 391:9
408:12 409:4,5
411:9,14 415:23
416:2 417:11,14
418:19
**adequately (2)**
348:2 388:24
**advertisements (1)**
354:21
**advisory (1)**
337:3
**agree (22)**
279:23,25 288:3,3
295:7 298:4 304:12
304:21 305:3
308:18 326:25
327:11,16 337:18
339:5,15 340:10,21
353:11 390:2
417:22 426:3
**agreed (1)**
400:20
**ahead (10)**
281:19 298:9 306:3
318:19 376:10
407:20 411:4 412:4
415:19 416:21
**air (3)**
278:14 358:21,22
**Alan (2)**
272:2 301:11
**alert (11)**
288:22,24 292:7
294:24 297:6 341:2
348:8,20 384:8
386:11 418:19
**alerted (1)**
309:10
**alerts (2)**
363:19 366:5
**ALFE (1)**
272:21
**alive (1)**
320:25
**Alliance (1)**
272:15
**allow (3)**
341:2 414:15 428:14
**allowed (1)**
293:12
**allowing (1)**
287:9

**ambiguous (2)**
306:10 340:15
**analysis (28)**
274:21 275:3 290:15
298:2 309:3 341:23
368:17 391:3,4,12
391:22 392:2,18,20
393:12 402:24
407:15 408:2,13
411:21 413:9,9,12
414:11 415:6
416:12,23 420:22
**analyze (1)**
305:13
**and/or (1)**
380:23
**animation (2)**
321:3,4
**anomalies (1)**
297:18
**anomaly (28)**
290:18 292:15 297:2
333:16 346:9
348:13 349:9
371:22 372:4
376:15 377:16
378:13 388:3 389:3
389:7 390:10,16
396:11,15,24 397:2
397:7,14,20,21
418:17,25 420:13
**answer (24)**
280:12 281:15 285:16
288:4 289:5 296:12
308:25 311:11
316:11 340:2
345:18 357:4
359:21,25 371:2
385:24,25 386:4,7
397:18 401:2 406:2
412:25 420:10
**answered (5)**
291:24 357:14 411:2
412:2 414:15
**answers (2)**
400:6,8
**anybody (1)**
336:8
**anymore (2)**
350:13 424:12
**apart (1)**
383:23
**apologies (2)**
393:6 394:10
**apologize (4)**
374:6 389:12 412:23

425:7
**apparently (1)**
384:18
**APPEARANCES (1)**
272:1
**appeared (4)**
361:2,2,3,11
**append (1)**
370:25
**appendix (2)**
350:7,12
**appreciate (2)**
315:13 316:18
**appreciated (1)**
316:8
**appropriate (4)**
280:17 310:5 311:15
417:15
**approvals (1)**
410:11
**Approved (2)**
271:14 431:7
**approximately (2)**
295:17 369:22
**April (3)**
289:16 336:17 430:20
**area (1)**
344:16
**argue (1)**
286:21
**arguing (1)**
286:18
**arrangements (1)**
416:3
**artful (1)**
353:24
**articles (1)**
352:21
**aside (1)**
279:24
**asked (16)**
281:16 317:20 344:12
381:12 398:14
411:2,25 413:5,7,16
414:2,8 419:21
420:2 421:13 422:2
**asking (12)**
280:11 281:15 291:18
293:21 305:13
312:8 329:12
344:24 352:12,13
355:12 380:11
**aspect (3)**
283:22 376:8 422:19
**aspects (1)**
425:25

**assemble (1)**
375:13
**assembly (1)**
369:24
**assess (1)**
337:23
**assessed (2)**
276:16 284:5
**assessment (5)**
280:19 281:23 343:6
406:7,23
**associated (18)**
290:18 294:21,22
296:25 297:13
299:5 311:2 314:19
317:9,17 349:2
388:15,16 395:7
404:8 410:12 411:7
420:14
**assume (4)**
307:12 367:15 381:20
382:11
**assuming (6)**
274:9 296:4,16 310:4
311:18 387:22
**assumptions (1)**
287:10
**Atlanta (1)**
272:16
**attach (1)**
390:24
**attached (1)**
363:23
**attaching (1)**
371:19
**attempts (1)**
280:14
**attention (4)**
282:15 294:23 358:17
376:17
**Attorneys (3)**
272:4,10,17
**attribute (2)**
277:25 278:7
**August (6)**
295:18 298:6 307:22
331:2 335:19
340:10
**avail (1)**
393:25
**availability (1)**
394:2
**available (3)**
350:12 382:13 424:23
**avoid (8)**
295:2 312:2 346:14

346:25 348:21,22
384:9 386:12
**aware (46)**
276:9 277:16 278:25
282:23 307:6,20
314:13,16 316:25
317:2,21,25 318:2
318:10,22 321:6
334:10 338:5 341:7
342:23 350:10,14
352:20,24 363:13
369:8,17,21 391:19
392:2,22,25 393:9
393:14,15 395:25
396:12,13,17 401:4
406:20 411:6,10
419:11 421:10
422:25
**awful (2)**
308:6 425:24

**B**

**B (1)**
430:7
**back (23)**
274:19 277:14 283:5
293:23 297:19
299:21 308:6,11
324:19 335:2,14
339:12 342:14
343:25 348:17
358:23 359:8 363:7
385:10 390:19
396:21 402:10
425:3
**background (1)**
354:23
**based (16)**
278:10 280:19 281:20
283:19 284:12
297:22 330:7
332:10 341:22
361:16,21 362:7
368:14 392:6
401:11 423:13
**basically (2)**
361:12 402:16
**basis (3)**
283:2 392:10 403:11
**Bates (4)**
302:2 323:24 430:10
430:15
**bearing (4)**
302:2 323:23 430:10
430:15
**bed (2)**

349:9,21
**beginning (4)**
305:15 353:20 379:23
404:2
**behavior (1)**
362:7
**behaviors (2)**
426:13,14
**belief (2)**
278:2 285:4
**believe (15)**
276:2 289:12 300:19
310:4 317:17
336:13 350:4 358:2
374:15 375:9
378:15 380:20
397:18 401:12
410:17
**believed (1)**
366:18
**believes (1)**
315:18
**beneath (5)**
288:7 291:4 296:17
304:16,25
**bent (1)**
347:17
**Berezofsky (3)**
270:14 271:8 272:2
**best (3)**
343:9 377:12 431:13
**better (4)**
304:17 340:14 343:24
417:11
**beyond (1)**
400:19
**big (2)**
303:11 306:17
**bit (5)**
299:21 344:19 349:7
423:19 424:3
**block (3)**
397:3,15,19
**blockage (9)**
290:18 292:16 293:14
397:17,22 399:5,9
408:21 411:8
**blocked (3)**
291:2 345:23 346:10
**blocking (1)**
400:15
**blood (9)**
344:4 345:24 346:6
346:14,25 347:24
349:6,22 431:15
**blood-glucose (2)**

348:24 349:6
**bodies (1)**
354:10
**body (4)**
349:12,13 371:25
405:25
**bothered (1)**
299:3
**bottle (1)**
317:11
**bottom (7)**
279:20 311:3 358:24
359:10 367:4,11
368:4
**boy (1)**
412:16
**brain (1)**
317:17
**break (8)**
332:14 334:14,18
335:9 344:6 385:3
400:21 402:2
**briefly (1)**
274:19
**bringing (1)**
383:17
**broader (1)**
400:8
**broke (1)**
402:14
**bubbles (2)**
318:21,22
**bulk (1)**
311:5

**C**

**call (1)**
294:23
**called (2)**
297:9 343:23
**calling (1)**
329:7
**calls (4)**
396:11,22,22,23
**camera (1)**
366:7
**cannula (4)**
347:16,18 371:20
405:25
**cap (1)**
292:16
**capacity (4)**
407:3,6,11,12
**Captioner (2)**
271:13 431:7
**care (6)**

359:2 360:11,13
361:13 395:11
429:10
**caregiver (1)**
311:23
**carried (1)**
275:23
**case (19)**
273:25 281:10,14
288:4,23 332:11
343:7 346:4 347:24
351:14 369:4 376:9
387:24 398:2
399:18 410:10
424:9 426:8 432:2
**cases (1)**
368:4
**catastrophic (4)**
286:12 287:13 288:21
288:21
**catch (1)**
349:14
**causal (1)**
344:6
**causally (4)**
308:21 339:10,21
340:12
**causation (2)**
291:10,10
**cause (7)**
312:12 353:20 380:24
399:15 400:21
407:5 425:23
**caused (7)**
290:8,12,20 291:22
292:15 397:22
418:18
**causing (1)**
345:24
**CCR (2)**
270:24 431:21
**CD (4)**
320:13 321:14,25
322:12
**CD-ROM (2)**
319:23 430:13
**CDE (2)**
425:15 427:10
**CDROM (4)**
319:20,21 320:4
430:12
**CDU (1)**
427:10
**Center (3)**
272:3,8,15
**certain (7)**

294:13 296:2,3
314:17 328:4
383:10 394:14
**certainly (8)**
285:20 304:17 309:16
354:2,6 390:5 394:3
424:17
**CERTIFICATE (1)**
431:2
**Certified (20)**
271:11,12,13,16
312:5,20,22 313:19
315:2,8,15 316:20
316:24 317:7,24
318:3 331:21 431:6
431:7,8
**certify (2)**
431:10,15
**cetera (1)**
348:17
**change (10)**
283:23 288:25 289:2
311:8 333:12,22,25
334:4 349:7,20
**changed (7)**
274:10 275:13 282:21
282:24 295:16
349:23 401:22
**changeover (1)**
333:18
**changes (1)**
329:6
**changing (2)**
333:2 344:5
**characterization (1)**
415:15
**check (7)**
301:2 344:4 347:23
348:23 349:5,11,22
**checking (2)**
301:18 358:21
**Cherry (1)**
272:4
**child (14)**
358:19,23,24 359:6,9
359:9,22 360:2,5,7
360:13 361:16
362:11 363:11
**child's (1)**
361:7
**choices (2)**
395:12,21
**choosing (1)**
354:23
**circuit (1)**
410:4

circumstance (1)
345:21
circumstances (1)
354:2
Civil (1)
270:7
clarification (6)
292:21 305:24 327:8
352:5 413:20 415:3
clarified (1)
274:16
clarify (1)
414:4
clean (1)
338:19
clear (17)
280:5,25 282:17
283:13 286:16
297:9 304:14,23,25
306:13 313:8
352:11 354:3
368:18 409:13
410:14 411:19
clearly (1)
305:3
Clinical (1)
278:23
closely (1)
394:22
combination (2)
304:13,22
come (7)
274:7 293:23 299:21
319:17 329:21
347:5 395:21
comes (1)
315:17
comfortable (2)
321:24 368:15
coming (2)
273:24 390:23
commanding (1)
285:11
commences (2)
335:3 402:11
commerce (2)
372:18 403:15
COMMISSION (1)
432:25
common (3)
351:15 352:4,9
Commonwealth (3)
271:18 431:3,9
communicated (2)
282:18 288:18
communicates (2)

286:25 305:4
communicating (1)
288:5
communication (2)
309:24 328:14
companies (2)
377:20,22
company (1)
407:10
competently (1)
403:24
complete (1)
354:3
completely (3)
316:7 369:2 415:16
complexity (1)
423:24
complies (1)
289:22
compound (2)
296:11 425:23
comprised (1)
386:21
comprises (1)
350:7
computer (1)
320:23
concede (1)
356:19
concept (2)
343:22 344:22
concludes (3)
334:22 402:6 429:12
conclusion (2)
298:20 361:13
conduct (8)
393:11 402:17 403:6
408:25 411:24
413:11 414:9 415:8
conducted (9)
402:22 403:3 405:16
405:19 406:3,15
411:22 413:10
415:5
conducting (1)
422:3
conference (1)
293:6
confidence (1)
424:5
confused (3)
405:4,6 412:8
confusing (1)
296:11
confusion (1)
339:25

conjunction (2)
386:19 414:22
connect (5)
314:7,9 332:6 382:16
425:14
connected (4)
278:13 330:16,25
331:2
CONNECTICUT (1)
270:2
connecting (11)
292:13 297:15 303:15
310:20 314:21
354:9 371:24
372:25 373:9 382:8
405:21
connection (10)
313:16 344:6 373:6
378:20 379:3 383:5
402:25 404:22
406:7,17
connector (12)
310:22 338:19 340:24
375:13 379:4 396:3
399:5,10 400:14
401:13 408:14,21
connects (1)
388:12
consequence (3)
346:14 348:14,14
consequences (7)
286:12 287:14 305:19
309:18 348:2,11,12
consider (1)
410:2
consideration (4)
359:18 360:21 361:23
362:5
consistent (3)
333:3 426:18,19
contact (1)
384:24
contacting (1)
411:13
contain (1)
328:7
contained (3)
300:2 337:2 378:17
containing (1)
338:17
contains (1)
338:22
contaminant (18)
292:12 293:15,18
297:14 340:22
341:4,18,18,22,24

342:2,17,24 343:5
348:17 399:20
400:13 401:18
contaminants (3)
299:6 400:9 401:5
contaminate (1)
408:19
contaminating (2)
279:20 291:16
contamination (2)
311:2 418:23
contemplating (1)
410:15
content (13)
296:18 310:5,16
311:13,18 313:11
323:8,10,12,14
326:11 337:2
356:16
context (1)
305:14
continue (2)
273:6 358:16
continued (3)
270:19 271:6 428:13
continuing (2)
273:3 312:17
contrary (2)
329:11 356:22
control (1)
374:6
convenient (2)
417:23,24
convention (1)
422:5
conventional (1)
422:4
convey (4)
364:17 367:17,23,25
conveying (1)
365:10
copy (9)
300:20 302:14,16,22
302:24 306:24
320:6 380:12,22
corporate (4)
272:3 389:9 396:14
407:12
corporation (1)
396:8
correct (82)
274:9,12 276:6
277:23 283:4,15
284:20 285:2 294:2
294:19 295:5
302:12 303:16

304:3 306:11,19
310:17 312:15
325:12 326:22
327:3,22 328:8
330:8 332:17,20,21
334:4,9 335:13,20
335:24 336:20,23
338:14 339:3
342:18 343:2 350:8
350:17,22 351:5
354:5 356:3,5
357:10 359:10,23
360:4 361:8,9
363:15 365:24
367:5,14 368:21
369:11 372:9
374:11,15 375:8,9
375:15 378:3 388:2
389:3,23 390:6
394:4 395:3 399:8
404:21,23 405:18
408:6,8 409:10,21
410:22 411:17
415:13 417:2
corrected (1)
274:15
correctly (9)
291:14 314:12 344:18
365:6 368:20
389:13 404:6,16
406:24
cost (1)
422:12
counsel (1)
289:23
counterclockwise (1)
304:8
COUNTY (1)
431:5
couple (5)
308:4 335:7 354:20
395:12 421:19
course (1)
328:22
court (35)
270:2 271:15,16
282:3,12 289:11,18
300:6,25 301:15,18
302:6 319:18,25
323:18 324:4,5,20
325:4 339:14
343:16 362:19
373:17 385:13,17
386:6 427:23,24
428:4,8,11 429:4,6
431:7,8

cover (1)
378:19
covered (5)
383:24 398:19 412:12
416:17 419:2
covering (1)
399:25
CPE (9)
270:19,24 271:7
273:13 289:15
429:18 430:20
431:11,21
CRC (2)
270:24 431:21
created (2)
399:6 408:20
creation (1)
394:21
criticism (6)
326:20 329:7,9
371:14 372:12
376:18
criticisms (19)
275:2 327:18,23
328:13 370:19,21
370:24 372:6
375:24 376:3,4
377:9,13 378:5
382:4,18,25 397:24
398:21
criticize (1)
382:22
criticizing (1)
377:10
critiques (1)
325:7
CRR (2)
270:24 431:21
Cuker (3)
270:14 271:8 272:2
current (1)
284:18
customs (1)
393:10
cut (3)
393:2 423:19 425:7
cuts (1)
374:5
CV (2)
270:11 272:17

D

D (1)
430:2
d/b/a (2)
270:8 272:10

damage (1)
317:17
damages (1)
288:22
danger (1)
294:12
dangerous (3)
290:6,8 395:19
date (4)
273:10 335:4 385:11
432:3
dated (5)
282:6,8 289:15
430:18,20
dates (1)
338:15
Dave (10)
281:7 291:23 300:10
300:12,12,14
325:23,25 334:15
334:17
David (2)
272:7 273:18
day (10)
399:22 400:16 401:7
401:20 416:17
418:5 428:5 429:21
431:18 432:23
de (2)
270:11 272:17
dealing (1)
349:17
Debra (4)
270:24 271:10 431:6
431:21
decided (2)
355:3 372:24
decision (3)
291:5 336:4 359:18
decrease (1)
424:19
dedicated (1)
353:3
default (1)
317:5
defective (2)
290:7 395:19
Defendant (2)
272:10,17
Defendants (1)
270:12
deficiencies (1)
296:7
deficient (2)
275:6 328:16
define (4)

294:3,4 345:20 346:3
defined (1)
389:25
degrees (1)
348:19
deliber (1)
362:4
deliberate (1)
336:4
deliberation (1)
362:4
deliberia (1)
362:4
delivery (2)
347:3 399:4
Dennert (83)
270:4 272:4 275:9,16
275:24 284:9
286:18 290:16,25
292:7 295:16
296:16 298:6,16,23
300:22 302:16
307:6 308:15,17,19
312:6,23 313:3,10
313:10,20 314:4
315:3,7,13 316:7
317:3,8,12,21,22,22
318:4,13,21 319:22
320:8 321:11,18,20
322:22 324:16
330:5,8,13,20,22,23
331:19,25 332:16
332:19 333:11,14
333:20 335:14,17
335:23 339:7,17
340:7 371:6 374:22
380:17 381:21
382:12 418:8 419:5
421:3,11,15 424:9
424:21,23 425:11
425:21 430:12
Dennert's (23)
279:8 280:2 283:10
284:23 290:8,13
302:12,25 317:15
325:12 335:11
341:19 342:25
370:8 390:5 399:21
400:14 401:6,19
416:8 420:3,7
424:14
dep (1)
411:3
Department (1)
278:23
dependent (1)

423:24
depends (6)
279:15 280:7 349:25
398:13 409:22,24
depict (2)
284:24 320:20
depicted (16)
275:19,21 278:3
279:9 280:2,9 285:7
286:9,11 298:12
329:2,10 332:8
340:18 353:12
365:8
depiction (2)
275:23 285:5
depicts (4)
285:8,19 326:21
358:19
Deponent (2)
432:4,21
deposed (2)
407:2,10
deposited (1)
328:5
deposition (35)
270:9 271:6 273:3
273:24 274:2,5
278:11 283:3,8,25
287:24 289:13
298:14 300:17,18
300:21,23 301:6
305:16,16 325:14
329:25 331:8
342:23 368:6 372:8
379:25 392:15
398:6 410:6 426:5
429:12 431:11,12
432:3
depositions (1)
416:17
deprived (1)
291:12
deps (1)
384:17
describe (1)
403:19
described (2)
284:3,4
describing (2)
281:9,12
description (7)
276:4 278:11 304:13
315:18 320:9 430:8
430:17
design (13)
274:22 351:23 369:9

373:13 374:10,17
375:22 388:9 404:2
405:2,3,7,9
designed (3)
375:2 405:2,5
designee (1)
389:9
designs (1)
378:2
despite (1)
413:8
detach (1)
314:8
detached (1)
280:24
detaching (1)
297:5
detail (2)
313:5 334:8
details (2)
313:15 334:3
determine (6)
353:4 354:8 369:2
391:20 404:10
407:24
determined (2)
293:11 360:12
determining (5)
404:2,3,4,6,7
developed (5)
280:13 372:17 390:18
390:21,22
developer (1)
353:2
development (2)
277:19 353:8
deviation (1)
355:14
device (3)
393:23 402:21 423:15
devices (9)
270:10 272:17 279:8
280:2 282:20
284:23 417:21,22
425:20
Diabeetic (1)
312:20
Diabetes (18)
270:8,10 272:11,11
312:5,22 313:19
314:3 315:2,8,15
316:20,25 317:8,13
317:24 318:3
331:21
Diabetic (1)
312:20

die (1)
287:21
difference (2)
294:8 407:9
different (24)
275:8,18 283:11
   293:22,23 300:17
   337:16 347:4 348:7
   348:19 349:18,18
   355:15 362:5,6
   377:21 394:18
   400:11 401:15
   422:6 424:22
   425:10,24 426:14
differently (2)
298:23,24
difficulties (6)
277:2 384:14 393:4
   394:9 412:10
   424:25
diluent (1)
316:4
Diplomat (2)
271:11 431:6
direct (7)
298:5 308:14 309:13
   317:11,14 418:22
   420:25
directed (2)
345:5 372:8
directing (2)
282:14 285:12
direction (1)
431:14
directions (1)
331:10
directs (1)
379:9
discipline (1)
343:23
disconnect (3)
339:8,19 427:22
disconnected (8)
361:19 393:8 394:11
   412:22 418:10
   419:7,19 421:5
disconnecting (4)
363:21 366:8 367:20
   396:4
disconnection (3)
364:5,23 410:21
discover (1)
410:16
discovered (1)
297:3
discovery (3)

276:8,18 381:2
discrepancy (2)
306:21 307:2
discussed (5)
298:14 306:8 313:4
   424:22 425:10
discussion (1)
313:14
disk (1)
323:15
displays (1)
326:25
disregarded (1)
367:19
dist (1)
407:9
distinguish (3)
293:25 327:6,13
District (6)
270:2,2 271:14,15
   431:7,8
Division (2)
270:8 272:11
doc (1)
289:9
doctor (3)
282:14 299:2,3
doctors (2)
309:21 337:3
document (14)
281:11 301:25 306:18
   310:2 323:22
   324:23 325:8
   370:15 379:18
   391:16 393:20
   430:9,14,22
documented (1)
368:11
documents (2)
281:13 284:20
doing (27)
279:2 288:8 291:6
   294:12,12,21,23
   296:23,25 297:21
   314:11,19 332:8
   333:4,25 351:8
   368:12,13,20
   382:19 391:3
   406:24 416:3
   418:21 420:17
   423:5 426:20
dominant (3)
416:8,12,24
dosage (1)
389:19
doubt (2)

307:24 308:2
doubtful (1)
316:7
dozen (1)
420:12
Dr (8)
292:14 293:11 333:17
   341:23 343:6
   400:18 410:12
   420:23
drafted (1)
336:12
Drive (1)
272:3
dropping (1)
405:22
dry (2)
338:20 344:8
due (3)
290:17 293:13 346:15
duly (1)
431:12
dumped (2)
349:11,13
duty (7)
387:12 403:6 411:24
   413:11 414:9 415:8
   415:10
DVD (5)
334:22 335:3 402:6
   402:11 429:12
Dwayne (1)
300:25

_____

**E**

E (2)
430:2,7
earlier (6)
312:3 362:22 363:10
   376:12 399:20
   426:5
easiest (2)
293:19 395:21
East (1)
272:3
Eastern (2)
271:15 431:8
education (6)
309:8,8,15 314:14
   316:25 321:16
Educator (15)
312:5,20,22 313:20
   314:3 315:2,9,15
   316:21,25 317:8,13
   317:24 318:3
   331:21

educators (2)
299:4 311:24
effect (1)
381:7
effective (5)
319:3,8 345:15
   404:13 422:12
efficient (1)
368:15
either (17)
286:13,21,23 287:9
   287:15 288:2
   298:25 307:23
   315:5 334:8 336:10
   340:22 343:15
   346:25 398:5 401:7
   401:19
elaborate (1)
280:10
eleven (2)
295:18 333:17
employee (1)
407:10
employees (1)
278:22
encountered (1)
354:2
ends (1)
306:25
engagement (1)
351:13
engineer (1)
353:7
engineering (1)
393:24
ensure (9)
292:11 297:11 347:12
   359:2 387:16,19
   388:18,23 414:21
ensured (7)
310:23 311:23 386:24
   388:5 390:14 391:9
   406:21
ensuring (1)
295:3
entire (2)
353:3 373:5
entirely (1)
378:2
entitled (8)
301:25 319:22 323:22
   324:24 430:10,12
   430:14,22
ergonomics (1)
352:22
ERRATA (1)

432:1
error (1)
396:18
errors (2)
404:6,8
Esq (2)
282:10 430:19
ESQUIRE (3)
272:2,7,14
essentially (3)
336:25 337:6 340:18
et (1)
348:17
evaluate (2)
378:8,25
evaluated (2)
376:8 378:10
evaluation (3)
352:16 409:5,6
evening (4)
335:19 401:8 418:9
   419:6
event (1)
291:10
eventually (2)
275:8 370:3
Everybody (1)
427:19
evidence (40)
295:15,22 296:5,14
   296:15,19 298:2,5
   298:11,19 307:5,8
   307:13,19 308:15
   312:21 314:2 315:6
   317:11 330:4,12
   331:18,25 332:10
   332:11 341:6,17
   342:23 343:7
   395:24 399:18
   400:12 401:4,16
   418:4,7,15 419:3,14
   421:2
exact (3)
302:16 326:11 350:23
exactly (22)
286:9,10,14,15,20,22
   287:12,13 295:22
   297:21 299:16
   305:18,20 316:22
   317:16 326:3
   332:19 345:11
   368:20 383:22
   384:2 388:4
EXAMINATION (4)
273:15 358:9 421:22
   423:9

examined (1)
273:14
example (7)
295:3 322:21 344:2,4
347:14 349:5 423:2
Exclude (1)
401:9
excuse (9)
273:9 284:2 311:3
335:10 350:6 387:8
397:10 417:7 427:4
exemplar (3)
302:17 371:3 380:17
exhaustively (1)
400:3
exhibit (36)
282:4,8,16 289:13,14
289:21 300:7,16,21
301:7,24 302:10
319:19,21 320:3
321:7,19 322:15
323:18,21 324:6,8
324:22,23 325:10
326:4,20 350:4
379:20 380:2 430:9
430:12,14,18,20,22
exhibits (3)
283:25 284:13 430:16
exist (2)
276:20 350:12
expect (9)
297:21 309:18 310:3
317:18 342:9 362:5
368:14 417:19
424:20
expected (5)
408:23,24 409:2,3
410:16
expedited (1)
428:2
expending (1)
422:10
experience (4)
345:3 353:25 362:8
426:15
experienced (5)
290:16,25 316:6
418:16 424:18
expert (5)
409:9,10,20 410:2,9
expertise (2)
318:24 344:16
experts (1)
351:16
EXPIRES (1)
432:25

explain (7)
285:17 287:23 290:12
291:19 298:16
377:5 386:16
explaining (1)
376:11
explicit (1)
345:16
explored (1)
412:13
exploring (1)
402:18
exposed (1)
350:24
express (1)
377:12
expressed (1)
372:7
eyewitness (1)
419:12
eyewitnesses (1)
421:14

_____
F
fact (18)
278:9 288:23,24
298:11 307:25
312:15 315:23
329:5 330:9 340:7
342:16 346:9
360:22 361:16
407:14 415:4
418:16,21
factors (33)
274:21 275:3 282:25
352:21 391:4,19,21
392:22 393:12,24
402:18,21 403:7,20
403:24 405:17
406:4,11,16,20
407:16,23,25
408:13,23 409:4,6
410:18 411:21
413:9,12 414:10
415:6
facts (1)
298:19
failed (3)
292:6,10 376:25
failure (8)
290:3,4 291:11
308:20 332:10
345:4,6 402:17
fair (6)
275:10 284:16 287:6
295:10 322:13

361:6
Falls (1)
272:3
familiar (1)
423:25
family (1)
374:24
famished (1)
400:22
far (3)
302:12 385:22 422:14
Fargo (1)
272:8
fashion (5)
352:23 415:23 416:2
418:21,22
FDA (17)
369:16 391:13 392:5
392:25 393:9,13,14
393:17,21,22 394:3
394:4 407:18
409:10,20 410:2,9
feasibility (1)
403:7
Federal (1)
394:2
felt (1)
274:15
field (3)
318:24 353:7,12
figuratively (1)
288:17
figure (4)
287:5 315:24,25
364:6
file (2)
274:6 320:23
fill (30)
292:15 297:2,18
314:8 333:16 336:8
339:8,19 346:9
348:12 349:9
371:21 372:4
376:15 377:16
378:12 388:3 389:3
389:7 390:10,16
397:7,14,20,21
418:17,25 419:5
420:13 425:13
filled (6)
295:20 330:25 332:7
335:18 418:8
419:16
filling (17)
275:12 297:23 303:14
303:18 307:21

320:16 323:19,23
324:12 350:22
363:14 373:8 382:6
396:6,19 399:13
430:14
fills (1)
358:19
finally (1)
314:13
find (4)
354:18 368:8,9 409:2
finding (2)
402:15 408:11
findings (1)
398:23
fine (8)
285:23,25 383:6
387:19 389:14,16
417:9 422:9
finish (2)
274:19 292:23
finished (2)
369:24 386:2
fir (1)
345:25
firm (1)
273:18
first (18)
274:2 279:15 282:19
289:10 293:24
310:14 316:2 325:9
326:20 333:11
336:16 346:2 356:9
365:14,24 389:6
410:6 416:17
five (3)
385:5 400:23 422:8
flip (5)
328:22,24 363:20
366:7,17
flipped (4)
297:12 329:3,5
366:16
flipping (3)
288:20 328:25 366:24
flow (1)
293:12
fluid (2)
279:18 291:15
focus (1)
376:17
focussed (1)
291:9
focussing (1)
378:4
folks (5)

278:25 279:17 286:6
297:7 329:14
follow (12)
286:14,14,22 288:19
331:22 332:2,19,23
336:4 347:6 358:8
399:12
follow-up (2)
386:16 421:19
followed (10)
288:16,17 295:4
317:23 330:23
331:10 339:7,18
340:8 369:2
following (5)
294:15,15 359:13
385:16 386:5
follows (2)
273:14 307:12
forced (1)
394:17
forget (4)
308:5 319:13 426:11
426:12
forgot (3)
335:17,23 336:2
form (17)
296:10 298:9 299:10
308:24 318:19
322:7 353:19 397:9
398:4 407:5,20
409:12,17 410:24
412:2 420:9 423:18
forth (4)
279:6 398:14 424:5
431:12
forward (1)
275:23
found (2)
401:21 418:9
four (2)
349:15 368:22
fourth (1)
289:25
frame (5)
370:5 375:16 390:3
390:19 400:20
frankly (1)
326:10
front (1)
379:18
frozen (3)
362:16,19,20
full (2)
289:25 364:12
fully (1)

412:12
**further (4)**
358:6 427:13,16
431:15
**fuzzy (1)**
332:4

_____
**G**
**gather (3)**
351:18,20 400:2
**gears (1)**
299:20
**gen (1)**
343:24
**general (3)**
343:24 344:23 348:23
**generally (2)**
345:5 352:12
**Georgia (1)**
272:16
**GERARD (1)**
272:21
**getting (11)**
279:19 287:25 291:15
292:8 297:14 299:6
341:19 347:25
389:18 394:11
422:11
**Gharabli (8)**
389:11 391:18 392:7
392:10 394:20
396:7 407:2,21
**Gharabli's (1)**
408:5
**give (8)**
280:11,16 336:16
347:14 369:19
370:13 373:24
391:15
**given (16)**
276:4 281:21 309:17
310:18,25 311:7
316:20 317:23
319:5 330:24
331:20 343:7
362:11 417:5 424:7
431:13
**gives (1)**
294:11
**giving (3)**
285:23,24 310:23
**global (1)**
295:6
**glucose (1)**
344:4
**go (26)**

274:18 277:8 281:19
297:10 298:9
302:19 306:3
308:11 318:19
324:18 328:3 349:9
355:4 362:23,24
373:22 376:10
407:20 408:11
411:4 412:4 413:16
415:19 416:21
422:14 427:6
**God (2)**
393:2 425:8
**going (50)**
276:13 277:10 297:19
308:5,9 312:12
316:3,13,16,17
317:19 320:4 331:3
334:21 344:9,11,13
346:20 349:21
367:6 371:10
372:24 378:6,22
379:13 380:24
383:9 384:6 386:9
387:2,5 390:25
395:11,13,16 398:3
400:20,23 402:5
404:11 406:22
407:4 412:14 414:2
415:21,25 421:17
423:17,23 424:2
**good (10)**
273:7,17 286:23
349:4 351:18
417:12 426:9 427:5
427:20,20
**Google (1)**
351:16
**gotten (1)**
303:7
**grab (2)**
336:19 389:9
**grabbed (2)**
359:14 360:17
**graphic (1)**
285:9
**great (1)**
429:3
**greater (1)**
334:8
**green (1)**
316:3
**ground (3)**
286:25 400:2 412:15
**group (1)**
353:3

**groups (1)**
353:8
**guarantee (2)**
367:12 421:25
**guard (48)**
278:5,14,17 288:7
297:24 304:7,9,24
327:2,15,21 333:8
339:9,20 340:16
341:13 342:7,8
356:21 358:25
359:11,23 360:3,15
361:15,18 363:22
364:4,22,25 365:13
365:17,24 366:9,11
366:20 367:5,21
368:25 369:6 396:4
410:21 418:10,14
419:9,18 421:6,8
**guess (3)**
292:20 326:14 356:4
**guidance (3)**
393:22 394:4,6
**guide (25)**
300:2,8 302:2,11,22
303:5,6,14 306:16
306:23 307:7,10
308:21 309:3,6,25
310:17 311:6,10
351:3,7 379:10
381:9,23 430:10
**guideline (2)**
393:16,18
**guides (1)**
356:15
**guys (8)**
315:24 334:12 372:23
372:24 385:2
390:22 391:2 395:6

_____
**H**
**H (1)**
430:7
**half (2)**
388:14 395:15
**hand (15)**
282:4 285:10,13,20
285:20 286:5 287:5
288:10 300:7
324:21 416:8,8,12
416:24 431:18
**handed (3)**
320:2 324:6 359:7
**hands (5)**
284:24 285:6 288:25
358:20,22

**hands-on (1)**
319:2
**Hang (1)**
336:18
**happen (6)**
291:22 312:15 325:17
328:4 349:14 354:6
**happened (4)**
295:23 312:10 362:21
362:22
**happening (1)**
420:18
**happens (1)**
420:21
**happy (2)**
302:19 370:13
**hard (2)**
327:6,13
**Haverty (6)**
274:8 282:9 325:15
325:18 326:8
430:19
**hazard (38)**
294:24,25 297:13
298:25 299:5 300:4
310:25 311:25
314:18 315:13
316:13 317:2,3,4,5
317:9 328:10
345:17,21,22,23
346:4,8,12 377:16
378:13 379:6 384:8
386:12 388:16
391:8 395:5,7 399:6
408:20 410:14,19
411:7
**hazard's (1)**
388:15
**hazards (3)**
294:20,22 404:8
**heading (1)**
380:25
**healthcare (3)**
337:3,14,23
**hear (16)**
273:20 292:4 293:2
321:2 343:10
353:20 357:12
358:11 371:8
372:14 373:20
409:15 412:18,20
419:25 425:2
**heard (1)**
423:20
**held (12)**
271:7 277:12 334:24

340:17 341:12
342:8 359:3 363:5
365:17 368:23
385:8 402:8
**hello (1)**
412:17
**help (1)**
323:19
**hereinbefore (1)**
431:11
**hereunto (1)**
431:17
**Hey (1)**
395:6
**Hi (1)**
358:11
**high (2)**
346:14,25
**highlighted (1)**
329:2
**highly (3)**
307:24 316:6,24
**Hill (1)**
272:4
**HINE (1)**
272:14
**hiring (1)**
416:5
**hold (6)**
300:14 304:7 366:3,3
369:5 393:19
**holding (4)**
284:25 297:3 365:20
410:8
**hours (1)**
349:23
**human (33)**
274:21 275:3 282:25
352:21 391:3,19,21
392:22 393:11,24
402:18,21 403:6,20
403:24 405:16
406:3,10,15,20
407:16,23,25
408:13,23 409:4,5
410:18 411:20
413:9,12 414:10
415:6
**hundred (1)**
345:14
**hundreds (1)**
396:23
**hypothetical (6)**
280:12,17 281:18,25
348:3 349:19

**I**

**IBM (1)**
353:2
**identical (1)**
326:13
**identification (6)**
282:11 289:17 302:4
319:24 323:25
325:2
**identified (7)**
288:14 350:7 391:7
395:7 396:23
408:17 409:7
**identify (6)**
294:24,25 311:25
316:18 348:22
381:4
**IFU (144)**
275:6,8,14,18,19,23
276:5,7,15 278:2,9
279:7,25 280:13,17
281:9 282:20,25
283:9,23 284:8,14
284:18,22 285:8,11
285:19 286:7,14,15
286:23,25 288:5,14
291:7,21 292:5
295:7,11,13,14
296:7,19 297:6
304:18 305:15
308:8 310:3,19
311:18 318:10
324:19,22 325:10
325:11 327:20
329:5,8 330:5,10
331:15,19,22 332:2
332:9,11,16,19,23
335:11,18,24 336:5
336:9 339:2 351:7
351:10 365:25
369:2 370:7,20,22
370:23 371:15,17
371:17,23 372:8,13
373:2 375:25 376:4
376:12,13,16,22
377:7,8,9,10 378:5
378:7,9,15,16,25
379:9 380:9,13,16
380:22 381:7,21
382:6,12,15,23,24
383:3,4,12,17,23,23
384:6,8 386:10,11
387:3 388:21
394:14,15,18,23
395:10 404:12
411:10,15,17

423:15,16 424:11
424:13 427:6
**IFU's (1)**
328:14
**IFUs (11)**
275:11 276:14 278:10
284:4 292:6 296:21
311:4 356:15
368:21 370:16
424:18
**ignored (1)**
406:11
**II (1)**
270:1
**Ileana (3)**
272:14 276:25 373:20
**importance (2)**
299:4 310:19
**important (2)**
328:22 426:17
**importantly (1)**
279:16
**impression (1)**
364:18
**improper (4)**
290:5 294:21 299:24
347:3
**improperly (2)**
270:9 272:11
**in-depth (1)**
410:6
**in-person (2)**
313:21 314:5
**inadequacy (1)**
291:20
**inadequate (4)**
295:14 316:21 317:6
353:16
**inappropriate (1)**
353:16
**incident (14)**
308:22 315:19 317:18
335:12 341:20
343:2 371:7 380:18
390:5 399:23
400:16 401:8,9,9
**inclination (1)**
278:25
**include (4)**
354:22 404:11 417:10
417:16
**included (6)**
283:25 284:8 339:2,6
339:17 402:25
**including (4)**
279:18 291:15 404:22

425:14
**incomplete (1)**
281:25
**inconsistent (1)**
336:9
**incorporating (1)**
393:23
**incorporation (1)**
405:8
**incorrectly (2)**
314:19 342:6
**independent (5)**
377:19 388:22 413:11
414:9,11
**independently (2)**
414:22 415:8
**indicate (1)**
353:15
**indicating (3)**
359:15 365:20,21
**indirect (1)**
298:10
**individual (3)**
407:3,6,11
**industry (3)**
393:2,10,22
**ineffective (1)**
317:6
**inform (3)**
294:18 317:3,4
**information (41)**
278:24 281:21,22
291:13 294:11
308:7 311:24
318:12 322:14
337:11,12,17,22,25
338:18,23 345:16
351:19,20 353:5
355:3,23 356:8,10
362:11 363:14
372:25 375:7
378:15 404:9
407:16 419:23
420:4,5 422:11
424:23 425:11,19
426:4,19,22
**informed (2)**
292:11 317:8
**infusion (107)**
283:10 284:9 290:7
291:13,21 295:17
296:23 303:16
304:18 310:21
311:5,7 313:16
330:10 332:6
333:21 347:21

349:8,20 354:10,19
355:6,17,17 360:14
369:15,24 370:7,9
370:17,20,23 371:4
371:15,18,23
372:13,21 373:10
375:11,14,25 376:5
376:13,19 378:5,7
378:10,16,21 379:2
379:5,8,10 380:9,12
380:17 381:8,9,20
381:22,24 382:8,12
382:13,16 383:3,11
383:13,17 388:12
390:25 391:20,23
392:5 393:13
394:23,25 395:2,4
395:14 399:7,22
400:14 401:6,19,20
402:24 403:17
404:20 405:8,12,20
406:5,8,17 407:24
408:3,14 411:23
413:14 414:13
418:6 421:3,4
425:14 427:3
**initial (2)**
311:8 426:17
**injection (2)**
290:17,19
**injured (1)**
333:14
**injuries (1)**
290:20
**injury (10)**
279:22 290:9,13
291:9 339:10,22
340:12 344:8 345:7
421:16
**innate (1)**
424:4
**insert (1)**
405:24
**insertion (1)**
379:4
**inside (6)**
361:7 399:21 400:13
401:6,13,18
**install (2)**
379:10 381:9
**instruct (2)**
281:2 292:10
**instructed (6)**
315:8 317:12 332:20
332:24 335:24
388:24

**instructing (3)**
364:2,19 382:15
**instruction (12)**
280:4 288:11 294:10
305:17 306:9 318:4
318:7,15 329:14
330:23 376:20,25
**instructional (5)**
319:20,23 320:3,4
430:13
**instructions (76)**
285:24 286:4 287:9
289:4 290:4 291:12
293:25 294:3,4,6,16
294:17 295:4,8,12
295:13 296:22
297:6 299:25
308:10 311:13,21
316:9,15,20 317:5
317:23 319:4,7,11
319:16 331:12,14
331:20 336:5 339:7
339:18 340:8 351:4
353:17 354:4
356:22,24 357:9
367:20 371:18,23
377:14 378:11,20
384:3,5 386:8,25
387:8,12,17,20,22
388:7,19 390:15
391:10 399:13
404:12 417:4,5,8,10
417:12,14,17,18
418:19 426:7,16
**instructors (1)**
309:9
**instructs (2)**
285:5 353:15
**insulin (128)**
275:20 277:22,22
278:12,18 279:10
279:19 284:25
287:20 290:17,20
291:15 292:8
293:12,14,16 297:4
297:24 298:21
302:2,15 304:15
312:24 314:20
315:4 317:10
320:17 326:22
328:15 333:3,4,5,6
333:9,21,24 334:3
340:9,17,24 341:3,7
341:10,12,14,15,22
341:25 342:6,8,20
343:4,6,8,18,21

345:24 346:7,11,15
347:3,9,16,18,20,25
348:4,17 349:11,13
355:6 357:21
358:23 359:3,7,8,9
359:13,22 360:2,7
360:14 361:14,17
363:21 364:21
365:11,17,23 366:8
366:11,15,19 367:3
367:10 368:24
369:5 374:18,20,23
375:21 382:7,7
387:25 396:2,5
399:4,11 400:13
401:10,13,18,23
408:19,19 410:19
411:7,12 418:11,12
419:7,17,19 420:15
421:6,6 425:12
430:10
**integrated (1)**
373:10
**intend (2)**
288:15,16
**intended (2)**
288:15 367:16
**intent (2)**
286:16 378:18
**intention (2)**
288:13 367:9
**interested (1)**
431:16
**Internet (2)**
350:13 352:12
**interpose (1)**
397:10
**interpret (1)**
300:15
**interpretation (2)**
287:6,7
**interpreting (1)**
365:6
**interrupt (1)**
306:5
**introduced (1)**
372:17
**introducing (1)**
403:14
**inverted (2)**
328:24 341:14
**investigation (1)**
352:16
**involved (6)**
333:15 394:21 395:5
407:22 413:13

422:6
**involving (2)**
391:22 408:2
**issue (13)**
282:19 314:14 333:13
372:3 373:7 376:15
387:23 389:3,18
397:25 420:18
422:16,24
**issued (4)**
357:7 390:15 394:16
398:14
**issues (4)**
319:10 349:18 351:17
398:2
**items (1)**
419:20

_____
**J**
_____
**J (9)**
270:19 271:7 273:5
273:12 289:15
429:18 430:4,20
431:11
**Jersey (5)**
271:17,18 272:4
431:8,9
**job (2)**
270:25 304:17
**join (2)**
289:7 397:12
**Jr (9)**
270:19 271:7 273:5
273:12 289:15
429:18 430:4,20
431:11
**June (11)**
282:6,9 337:14,17,20
337:20 356:2,17
389:22 397:4
430:18
**Jurat (1)**
428:14
**jury (1)**
383:9

_____
**K**
_____
**keep (6)**
344:8 360:7,13
366:23 394:10
412:14
**keeping (2)**
338:18 361:14
**kept (3)**
359:9,22 360:2
**Kevin (2)**

282:9 430:19
**Kilowitz (1)**
333:17
**kind (9)**
287:16 293:9 332:3
344:6 354:13,15
404:6,7,9
**kinked (1)**
347:21
**Klimowicz (10)**
292:14,14 293:11
342:16,22 343:6
400:18 401:11
410:12 420:23
**Klimowicz's (4)**
290:15 315:18 341:23
342:13
**knew (6)**
298:23,24 318:13
367:18 375:15
390:11
**know (135)**
276:22 279:5,17
280:18 281:10
283:7,9 286:2,9
287:22 288:3,19
292:25 293:15
295:23 297:11
302:13,15 306:18
306:23 309:11
313:19 314:3,6,9,11
314:12 315:10,21
316:5,22,23 318:13
320:12 321:19,24
322:3,5,7,7,10,10
322:22 323:5,10,15
324:11,14,15
326:15 329:15,18
333:9 341:17,21,24
341:25 343:3,18
345:17 347:2 348:9
348:23 349:9
350:15,16,18,19,23
350:25 351:8,21
354:19,22 355:9,18
355:21 356:9,11,14
356:18 357:5,5
360:25 361:3 362:9
362:10 363:16
367:8 368:8 369:25
370:4,12,22 371:13
372:23 373:5
374:19 375:16,19
377:4 378:3 379:14
379:15,18 380:3,4
381:17 383:8,14,15

391:11,17 392:14
394:3 398:12,18
400:6,11 401:8
407:5,9,14 409:13
410:24 412:13
415:12 416:7,9,9
418:18 420:21
421:10 426:19
428:4
**knowing (1)**
361:8
**knowledge (2)**
312:15 335:17
**knows (1)**
297:11

_____
**L**
_____
**lab (1)**
315:23
**labeled (2)**
303:20 319:19
**lack (2)**
343:23 375:21
**laid (1)**
328:17
**Lake (1)**
272:3
**language (8)**
304:22 336:13,23
337:9 381:6 383:11
383:12 412:6
**large (1)**
355:12
**larger (1)**
296:24
**lawsuit (1)**
333:13
**lead (2)**
279:21 298:19
**leading (1)**
418:24
**learned (3)**
319:14 389:6,17
**leaves (1)**
287:4
**leaving (1)**
410:10
**leeway (1)**
286:22
**left (3)**
278:12 416:13,25
**left-handed (1)**
285:21
**LEGAL (1)**
272:21
**length (1)**

311:5
**Lenox (1)**
272:16
**let's (14)**
289:8,8,9 299:20
321:5 324:18
336:11 350:3
367:15 385:4,4,5
394:11 413:16
**letter (1)**
282:8 337:13,17
338:6,10,11,21
356:2,12 397:4
430:18
**letters (2)**
389:22 420:20
**level (3)**
348:24 349:6 396:14
**likelihood (1)**
311:6
**limit (1)**
413:23
**limitation (1)**
426:11
**liquid (7)**
306:8 328:4 341:3
399:19 400:12
401:5,17
**liquids (1)**
400:9
**listed (3)**
380:9,25 398:17
**listen (1)**
293:2
**literally (1)**
288:16
**litigation (3)**
351:13 352:13,19
**little (10)**
299:20 310:10,11
340:14,15 344:19
349:7 385:3 423:19
424:3
**LiveNote (1)**
271:13
**long (4)**
306:23 308:3 310:2
429:9
**look (8)**
282:2 308:10 320:5
327:7 331:4 361:17
370:14 380:8
**looked (4)**
372:23 378:24 396:21
405:23
**looking (5)**

325:9 326:19 337:8
357:24 372:3
**lost (9)**
277:5,7 293:9 362:15
362:17 373:17,25
382:10 384:16
**lot (2)**
308:7 425:24
**low (5)**
345:24 346:6,14,25
349:7
**lunch (2)**
400:21 402:15
**Lyons (4)**
270:24 271:10 431:6
431:21

_____

**M**

**ma'am (2)**
358:13 364:15
**Madame (7)**
282:3 289:11 300:6
319:18 323:17
324:20 427:23
**majority (3)**
355:25 356:5 368:12
**making (1)**
376:2
**management (2)**
393:25,25
**manner (4)**
293:11 336:8 353:14
356:22
**manual (7)**
296:24 303:11 308:5
308:7,13 309:19
351:10
**manufacture (4)**
374:14 388:9,11
395:17
**manufactured (3)**
375:6,8,11
**manufacturer (3)**
353:14 354:3 422:3
**manufacturers (1)**
351:19
**manufactures (1)**
378:2
**manufacturing (7)**
369:14,18,22 370:2,4
386:23 403:14
**mark (4)**
300:23 301:10 319:19
323:18
**marked (16)**
282:10 289:12,16

300:21 301:13
302:4,6,10 319:23
320:2 323:25
324:22,25 325:14
379:25 430:16
**market (3)**
270:15 271:9 395:18
**marketing (1)**
351:22
**marriage (1)**
431:16
**Martinez (48)**
272:14 289:5 299:9
311:11 316:11
343:14 358:7,10
363:8 365:5 373:25
374:4,7 380:3
384:21,23 385:4,13
385:20,23 386:3,14
397:12 398:7,9
400:5 402:2,4,13
407:7 409:14,19
412:17,21 413:18
413:25 414:7
416:18 421:17
423:10 427:12,21
428:3,9 429:5,7
430:5,6
**Maslon (2)**
272:7 273:18
**material (2)**
274:20 371:2
**materials (2)**
351:3 425:16
**matter (10)**
286:13 295:6 311:17
326:14 346:16
347:3 352:19
416:11,22 431:16
**matters (1)**
410:9
**McConnell (4)**
283:4,6,14,20
**McConnell's (2)**
278:11 284:19
**McConville (1)**
283:4
**MDT000073RD (2)**
302:3 430:11
**MDT000332RD (2)**
302:3 430:11
**MDT071234RD (2)**
319:23 430:13
**MDT071290RD (2)**
323:24 430:15
**MDT071322RD (2)**

323:25 430:15
**mean (21)**
280:12 283:24 284:17
298:10 306:4
315:22 317:14
327:6 329:22
355:13,14 367:9
386:20 390:20
398:4 407:6 415:12
420:11 423:22
428:11,12
**means (3)**
389:21,25 396:12
**mechanism (2)**
347:10 349:3
**mechanisms (3)**
347:12 348:8,20
**media (1)**
353:4
**medical (1)**
393:23
**medication (1)**
278:15
**Medtronic (99)**
270:7,7,8,9,10 272:10
272:10,10,11,11
274:21 276:19
277:18 282:23
288:14 290:2 297:3
297:19 299:2,13,15
299:24,25 302:17
306:15 308:8
309:24 310:2,16,22
311:9,16 312:4,5
314:13 316:9
319:22 320:21,24
322:25 324:24
354:12,18,21 355:6
355:16 368:10
369:22 370:2,8
372:19 375:13
377:15,18,25,25
378:11,19 380:23
380:24,25 381:23
382:14 383:20
386:19,22,23
387:18 388:22
390:14,23 394:13
394:16,17,19,22
395:10,16 403:4
405:16 406:3,3,24
408:12 409:6
411:21 413:10
414:11,23 415:5,11
415:21,25 416:4
420:16 422:15

427:2 430:12,22
**Medtronic's (9)**
315:23 316:5 377:10
399:13 404:21
406:12,23 411:16
413:13
**membrane (2)**
389:18 408:20
**memory (2)**
338:22 424:4
**mention (2)**
363:12,18
**mentioned (1)**
426:4
**message (1)**
367:22
**method (1)**
340:25
**Michael (1)**
290:14
**middle (2)**
286:24 349:10
**mind (5)**
325:8 329:21 337:7
361:7,10
**Mini-Med (2)**
286:15 403:4
**MiniMed (4)**
270:7 272:10 324:24
430:22
**minimum (1)**
422:8
**Minneapolis (2)**
272:9 273:19
**Minnesota (1)**
272:9
**minority (1)**
286:3
**minute (3)**
299:22 300:16 393:19
**minutes (2)**
400:19,24
**misdelivery (1)**
346:15
**mislead (1)**
381:17
**missed (2)**
292:3,3
**missing (1)**
372:16
**mistaken (1)**
300:24
**misuse (1)**
354:5
**mode (1)**
345:4

**modes (1)**
345:6
**modified (1)**
274:10
**moisture (1)**
346:5
**mom (2)**
295:25 317:20 322:25
330:15 419:22
420:3 421:12,13
424:14
**moment (3)**
329:22 370:13 391:15
**Mon (1)**
283:6
**Monday (3)**
428:11,12 429:3
**monitoring (1)**
353:3
**Montal (2)**
283:6,6
**month (1)**
426:24
**morning (2)**
273:7,17
**mother (8)**
295:23 296:21 298:23
358:20,22 359:7
360:17,18
**motor (2)**
285:23,25
**mouth (1)**
357:4
**move (5)**
289:6 299:9,11
311:12 316:12
**multipage (4)**
301:24 323:21 430:9
430:14
**multiple (8)**
276:14,15 296:13
328:18 329:6 347:8
415:20 424:5

_____

**N**

**N (1)**
430:2
**name (4)**
273:4 283:8 389:12
432:2
**named (2)**
270:9 272:11
**Nancy (16)**
300:22 313:3,10
317:22 321:11
330:8,15,20,22

**330:**8,15,20,22
**331:**9 332:25
**333:**11,20,24 334:5
420:6
**narrowed (1)**
342:19
**natural (7)**
296:24 297:22 298:12
298:20 368:2,14
418:20
**naturally (3)**
285:21 287:4 329:13
**nature (1)**
351:5
**nauseam (1)**
411:2
**necessarily (3)**
353:15 417:16 420:6
**necessary (5)**
338:3 341:2 386:25
423:3,5
**necessity (1)**
314:17
**need (7)**
355:23 363:20 366:7
395:8 417:18,19
424:11
**needed (15)**
274:15 279:17 291:13
295:2 297:7 311:25
341:4 376:20
383:18 387:19
404:4,5,9 415:22
416:2
**needs (3)**
297:12 426:5,23
**negative (1)**
348:14
**neither (2)**
276:5 375:5
**never (12)**
278:12,19 299:2
317:20 386:2
412:22 413:5
419:21 420:2
423:16,23 424:6
**new (9)**
271:16,17,18 272:4
424:16 427:8 431:8
431:9,9
**newcomer (1)**
281:10
**night (1)**
349:10
**normally (1)**
329:13

**norms (1)**
329:11
**Notary (3)**
271:17 431:9 432:25
**note (14)**
281:4 306:22 308:23
309:2 310:6,9
339:23 345:10
353:18 371:2
398:12,12 399:24
425:22
**noted (7)**
323:3 331:5 358:2
370:11 391:4
392:21 429:14
**noticed (1)**
326:2
**notices (1)**
420:20
**noticing (1)**
419:6
**notion (1)**
318:25
**number (41)**
282:5 288:20 289:13
289:21 297:17
300:7 324:3,6
327:19 334:23
335:4 350:6,11
396:11,17 398:23
398:24,24,24,25
398:25,25,25 399:2
399:2,2,3 402:7,11
402:16 408:11
422:20,21,23 424:7
424:22 425:10
429:12 430:8,17
**numbered (1)**
306:25
**numbers (5)**
302:3 323:24 422:14
430:10,15

_____

**O**

**o'clock (11)**
295:17,18 333:2,12
333:17,22,25 334:4
349:15,15,16
**object (15)**
289:5 299:9,10
311:11 316:11
344:13 397:9,11
398:4 407:4 410:23
412:2 415:15 420:8
423:17
**objecting (2)**

409:16,17
**objection (21)**
281:4 289:7 296:9
298:8 308:23
310:10 318:16,18
322:6 339:24
345:10 353:19
376:7 397:11
398:13 399:25
407:19 409:11
410:23 413:3
425:23
**objectionable (1)**
422:21
**obtained (2)**
337:9 375:12
**obvious (3)**
316:14 348:10,13
**obviously (1)**
302:23
**occur (4)**
309:12 346:17 347:13
396:18
**occurred (3)**
315:19,25 316:2
**offer (1)**
378:6
**offered (1)**
344:17
**offhand (4)**
338:16 351:9 370:5
416:10
**offices (1)**
271:8
**official (1)**
352:21
**oh (9)**
273:9 300:20 301:21
325:5,24 357:16
371:16 393:2
412:16
**okay (170)**
273:22 274:9,13,18
275:17 276:3,19,23
278:7,20 279:7
280:10,22 281:24
283:12 284:16,22
285:17 288:25
289:3,24 290:22
293:2,3,7,8 295:15
296:4,15 299:20
300:5,25 301:8,17
302:6 303:3,12
305:8 306:4,14
307:11 312:3,14,21
313:6,18 315:6

318:2 320:15,20
321:5,17 322:4,13
323:4,16,16 324:18
325:17,24 326:9
327:18 328:2,11
329:23 330:3,7,12
331:13,17,17
332:22 333:19
334:2,7,11 336:18
337:15 338:5,24
341:17 342:21
345:2 346:22
348:25 350:15,25
352:10,18 356:14
357:7,16 358:4,12
359:16 360:19
363:9 364:11,16
366:12 367:13
369:7,12 370:18
371:8 372:2 373:19
374:4,12,16 375:4
375:10 376:10
377:3,6,23 379:7
381:14,19 382:2,3
382:17,18,21 383:7
383:19 384:20
385:20 386:15
387:11,21 390:4,13
390:20 391:6 392:9
392:9 393:7,18
394:7 395:13
398:19 401:24
403:5 404:17
405:11 406:9,14
407:7 408:4,9
410:13 411:15
413:4,23 415:2,17
415:24 416:6,11
417:21 419:2
421:17 423:6 424:8
425:6 427:12 428:4
428:8 429:6
**once (4)**
330:14,18 414:15
416:15
**ones (5)**
283:11 329:21 354:17
371:5 377:25
**online (4)**
321:15 322:3 323:2
427:10
**online-pump (3)**
322:21 323:9 324:13
**Oops (1)**
393:3
**open (4)**

316:14 320:22 348:10
348:13
**Opening (1)**
320:23
**opine (4)**
280:23 291:20 296:7
342:17
**opined (2)**
292:14 310:15
**opinion (26)**
275:6 280:16 283:19
295:8 299:8 304:20
306:14 310:18,25
311:15 315:12,16
338:24 342:14
351:13 357:8 373:4
376:24 384:13
385:19 401:10
411:19 422:19
423:13 424:8
426:21
**opinions (11)**
274:11,24 295:6
299:23 373:7 378:6
398:15,16 399:17
416:23 425:18
**opposed (10)**
283:14 291:10 296:23
308:11 331:20
348:12 365:21
368:5 371:17
376:13
**order (1)**
381:23
**orient (2)**
364:21 367:19
**orientation (8)**
285:7 289:2 314:18
329:6 361:23 364:3
366:24 388:2
**original (4)**
278:2 359:25 375:18
383:7
**ought (1)**
362:23
**outcome (1)**
431:16
**over-delivery (1)**
346:7
**over-infusion (1)**
345:23
**overall (2)**
298:19 305:12

_____

**P**

**P (1)**

406:7
**P-cap (49)**
274:23 277:19 279:21
291:2,17 292:10,13
292:17 297:16
310:21 311:4 314:9
314:21 328:6
340:23 348:18
369:9,14,18,23
370:3 373:2,9
375:12,22 378:21
379:3 383:5 390:23
397:17 399:5,10,21
400:15 401:6,13,19
405:3,9,17 406:5
408:14,19,21 411:8
411:13,23 414:13
418:24
**p.m (8)**
334:25 363:5,6 385:8
385:9 402:8,9
429:14
**packet (1)**
330:10
**packets (1)**
314:15
**page (19)**
282:15,19 289:21
290:2 303:19
306:25 308:12
331:7 336:15,15,19
364:9 370:16
391:24 392:14
428:13 430:3,8,17
**pages (7)**
303:4 306:23 308:3,4
308:6 331:9 350:8
**paid (2)**
354:21 368:10
**paper (3)**
325:21 377:7 378:7
**Paradigm (30)**
290:6 301:25 302:15
324:24 354:18
355:17 370:17
371:3,17 372:9,19
372:20 373:3
374:23 376:14,16
376:22,23 378:22
387:3 388:21,21
391:22 395:10
399:6 403:2 408:2
427:4 430:10,22
**paragraph (8)**
282:18,22 289:25
364:12,18 365:15

365:16 367:7
**part (25)**
275:6 277:20 278:6
278:21 283:21,24
284:4 292:18
298:18 305:12
306:14 309:7 319:6
321:15 324:13
343:12 346:2
352:16 360:13
361:4 373:10
375:12 388:17
395:4 405:9
**partial (1)**
410:24
**participants (1)**
363:12
**participation (1)**
299:17
**particular (16)**
281:9 285:6,6 288:10
300:4 313:15
321:18 322:12
328:10,20 338:10
345:4 346:17 349:3
363:25 367:17
**particularly (1)**
353:23
**parties (1)**
431:15
**parts (1)**
386:21
**party (1)**
416:5
**pass (2)**
358:6 421:18
**patient (6)**
293:4 309:14 311:23
347:17 354:11
356:12
**patients (6)**
299:14,19 309:9,22
338:6,12
**pause (3)**
301:12 360:20 361:17
**pending (2)**
385:15 400:25
**Pennsylvania (7)**
270:15 271:10,15,19
431:3,8,10
**people (28)**
285:21,23 297:21
308:9 316:5 319:13
350:16,20 351:2,20
354:4,8 355:3 356:9
356:20 362:3

368:10,19 384:8
386:11 388:23
404:15 417:22
418:21 420:16
421:10 422:16
426:10
**percent (3)**
343:19 345:14 367:12
**percentile (2)**
355:21,22
**performed (6)**
277:18 331:11 403:22
403:23 408:12
409:4
**periodically (1)**
348:24
**person (13)**
285:9,12,12 316:16
363:19,25 364:19
367:2,18 384:24
405:24 423:25
425:4
**person's (2)**
362:6 424:3
**personally (2)**
350:18 357:18
**perspective (2)**
351:22,23
**Pg (1)**
432:5
**Ph.D (4)**
270:19 271:7 273:12
430:4
**phase (1)**
404:2
**PhD (4)**
289:15 429:18 430:20
431:11
**phenomenon (1)**
420:14
**Philadelphia (3)**
270:15 271:9 431:5
**phrased (1)**
339:25
**physically (5)**
278:3 314:7,10,11
321:7
**physicians (1)**
397:5
**pick (1)**
316:16
**pictograph (9)**
303:20,22,24 304:14
304:22 326:24
327:5,12,13
**picture (1)**

380:16
**pictures (2)**
383:10,12
**piece (1)**
325:21
**pieces (1)**
296:14
**place (1)**
419:8
**placed (2)**
278:13 413:3
**Plaintiff (2)**
270:5 272:4
**planning (1)**
383:16
**play (1)**
319:17
**please (9)**
273:6 283:17 372:14
381:20 386:16
403:20 412:9 413:6
428:2
**plus (1)**
420:22
**point (24)**
275:20 281:18 288:11
310:2 315:17,20,22
315:23 322:3
323:15 334:18
369:17 370:2
372:16,16 390:17
391:10 395:22
398:20 400:3
404:25 405:4,7
413:24
**pop (1)**
360:19
**popped (4)**
359:14 360:17,23
361:24
**population (6)**
279:4 342:10 354:11
355:5,11,19
**portion (6)**
307:7,9 339:13 342:9
385:16 386:5
**position (2)**
383:25 396:2
**possession (2)**
392:3 407:17
**possible (2)**
356:20 368:16
**possibly (2)**
287:21 356:23
**post (2)**
354:9 355:4

**posted (3)**
350:17,20 356:2
**posts (1)**
353:4
**potential (13)**
279:2,18 282:24
299:19 346:6 347:2
348:9 395:25
396:18 399:15
404:5 408:17
418:23
**potentially (2)**
288:21 309:12
**practice (3)**
291:6 352:4,9
**predicates (1)**
426:2
**prefer (1)**
287:5
**preferences (2)**
287:11 288:17
**prepare (1)**
274:6
**prescribed (1)**
355:16
**prescribing (1)**
309:21
**presence (2)**
294:24 340:11
**Present (3)**
272:8,15,20
**presented (2)**
275:15 280:21
**presume (2)**
314:25 315:5
**pretty (2)**
326:7 425:23
**prevent (4)**
291:14 292:8 349:12
411:12
**previous (2)**
301:19 426:13
**previously (5)**
273:4,13 282:10
289:12,16 324:21
324:25 430:16
**prime (24)**
292:15 297:2,18
333:16 346:9
348:12 349:8
371:21 372:4
376:15 377:15
378:12 388:3 389:3
389:7 390:10,16
397:7,14,20,21
418:17,24 420:13

418:17,24 420:13
**Priming (2)**
323:23 430:15
**printed (4)**
301:4 319:3,11
331:20
**printout (2)**
331:12,13
**prior (10)**
279:16 280:7 379:25
392:3 395:24
396:17 401:9 411:3
421:15 426:15
**probability (1)**
343:20
**probably (3)**
300:22 312:13 317:18
**problem (4)**
309:11 341:5 384:17
395:15
**problematic (2)**
279:21 309:16
**problems (1)**
279:2
**procedure (1)**
305:13
**process (11)**
274:22 275:12,15
313:17 320:16
361:9 364:5,23
369:3 405:9 410:21
**processes (1)**
410:12
**produce (1)**
394:18
**produced (5)**
276:18 302:11,17
356:6 380:23
**produces (1)**
288:20
**product (24)**
319:6 351:19,23
352:25 353:7,13
354:5 387:13,14
388:8,17 394:14,19
395:17 403:13,14
403:15,16 404:5,10
404:19 406:21
408:16 427:7
**product-related (2)**
351:17 353:5
**products (5)**
275:9 351:18,21
362:3 377:24
**professional (1)**
403:24

**professionally (1)**
368:10
**pronounce (1)**
283:7
**pronouncing (1)**
389:12
**proper (17)**
294:19,22 315:3
364:3,3,20 367:18
388:6 390:15
391:20 407:24
410:18 415:11,12
417:4,5,6
**properly (7)**
292:8 332:7 364:17
396:2 404:10
414:25 415:13
**provide (16)**
290:4 291:11 292:6
295:9 309:13
319:10 345:15
347:11 372:25
376:25 387:7,8,12
394:18 395:13
426:18
**provided (43)**
276:8 284:4 294:18
295:7,11,14 299:18
310:4 311:20,24
312:5 315:14 318:3
318:10,17 319:8
321:12,21 325:15
325:16,18 326:8
337:13 338:6
347:22 356:12
376:21 377:15
378:12 384:5,7
386:9,11 387:2,17
387:20 388:19
391:8,10 393:17
394:19 425:17
426:23
**provider (1)**
337:23
**providers (1)**
337:14
**provides (6)**
299:13 308:8 337:22
354:3 371:24
377:25
**providing (4)**
369:23 371:19 427:3
427:5
**provision (1)**
311:4
**public (8)**

271:17 389:19,21,24
389:25 396:9 431:9
432:25
**publications (1)**
352:20
**published (1)**
393:21
**pull (1)**
304:8
**pulled (3)**
338:22 347:19 379:14
**pulls (1)**
358:25
**pump (38)**
299:13 300:2,8
302:12,15,25 309:3
309:5,19,24 320:7,7
321:7,8,15 322:2,25
351:3,7,10 374:18
374:20,23 375:2,6
375:21 376:22,23
379:9,11 381:8,10
381:23,25 387:3
405:23 421:3
425:12
**pumped (1)**
278:14
**pumps (3)**
302:2 355:6 430:10
**punctured (1)**
333:8
**purpose (1)**
286:17
**purposes (2)**
382:6,15
**put (10)**
293:20 317:9 376:6
384:11 386:13
395:17 399:20
408:10 412:6
425:24
**puts (1)**
292:9
**putting (3)**
357:3 371:20 383:22

**Q**

**quarrel (1)**
276:20
**question (69)**
279:24 281:15 283:16
288:2 291:24,25
292:24 293:22
296:11 304:20,21
306:9 332:4 339:12
339:15 340:13,19

344:14,18 345:12
345:18 346:21
352:2,11 353:24
355:2,15,20 357:5
357:13 359:21
360:2 365:3,5 371:9
373:16 374:8 377:7
378:4 383:8 385:14
385:18 386:2,4,15
386:16 391:25
394:12 400:7,10
401:2,3,15,22
409:12,18 410:13
412:25 413:5,7,17
413:24 414:3,16
416:19 418:3
421:24 423:11
425:9
**questions (5)**
335:8 398:13 410:10
427:14,17
**quick (1)**
389:10
**Quick-set (2)**
391:22 408:2
**quite (7)**
281:6 303:9 304:19
346:18 351:15,25
352:3

**R**

**Rabi (3)**
389:11 391:18 407:2
**Rachel (71)**
270:4 272:4 275:9,24
279:8 280:2 284:23
290:8,13,25 292:7
295:16 296:16
298:5,16,23 302:12
307:6 308:15,17,19
312:6,23 313:20
314:4 315:2,7,12
316:7 317:3,12,15
317:22 318:3,13,21
319:22 320:8
321:11,18 322:22
322:25 324:16
325:11 330:4,13,23
331:9,19,25 332:15
332:18 333:2,14,23
334:7 335:10,13,17
335:23 339:6,17,17
340:7 341:19
342:25 416:8 419:5
419:16 421:11
430:12

**Rachel's (2)**
416:24 419:22
**range (1)**
422:7
**RDR (2)**
270:24 431:21
**re-asking (1)**
410:7
**reached (1)**
413:23
**read (28)**
290:2 306:19,21
307:6,9,9,14,16,17
307:20,25 308:6,12
308:19 330:5,13,17
339:12,14 351:2
362:11 385:14,17
385:23 386:6
423:15 424:10
432:5
**readers (1)**
297:7
**reading (2)**
392:6 423:16
**Reads (1)**
432:5
**real (1)**
389:10
**realize (1)**
281:9
**really (10)**
286:12,24 293:21
306:9 371:21
385:21 399:25
400:2 412:8,12
**Realtime (1)**
271:12,12 431:6,7
**reason (5)**
276:20 290:25 309:11
309:13 432:5
**reasonable (6)**
309:25 310:15 311:9
311:16,17,22
**reasonably (1)**
310:3
**recall (23)**
274:25 312:6,8,9,11
313:13,14 320:21
321:9,10,16 325:13
325:16 326:3 351:6
351:9 357:23,25
389:22 397:6
407:23,25 421:12
**receive (4)**
322:4 347:15,17,19
**received (9)**

321:25 322:9,11
356:10,15,23 357:6
381:21 425:15
**recess (5)**
277:12 334:24 363:5
385:8 402:8
**recognize (1)**
396:8
**recognizes (1)**
352:22
**recommended (1)**
393:16
**record (15)**
277:8,11 302:20,21
334:22 335:3
339:13 373:23
376:7 385:11,16
386:5 402:6 413:3
431:12
**recorded (1)**
297:18
**records (2)**
396:10 420:17
**rectification (1)**
347:10
**redo (2)**
346:20 416:4
**reduced (1)**
431:13
**refer (2)**
358:16 383:4
**reference (3)**
350:5 352:25 369:19
**referenced (1)**
350:11
**referencing (3)**
282:24 354:24 355:24
**referred (2)**
381:22 382:14
**referring (6)**
283:5 354:14 364:7
382:5,23 424:12
**refers (1)**
381:8
**regard (3)**
315:16 369:3 373:8
**regarding (13)**
285:25 297:13 308:17
313:15 322:19
328:10 335:10
345:16 350:21
373:4 387:13
398:16 410:10
**regards (2)**
308:15 353:5
**Register (1)**

394:2
**Registered (2)**
271:11 431:6
**regress (2)**
426:13,14
**regular (1)**
316:17
**regulation (2)**
394:4,6
**regulations (3)**
393:2,10 410:11
**regulatory (1)**
409:9
**reinforce (3)**
426:18 427:7,9
**reinforced (4)**
319:15 426:6,8,10
**reinforces (1)**
426:23
**related (17)**
295:13 308:21 339:10
339:21 340:12
371:19,21 372:4,25
376:15 378:20
379:6 389:18
390:16 396:11,24
431:15
**relates (2)**
303:14 369:4
**relating (1)**
304:6
**relationship (1)**
288:11
**relative (1)**
364:4
**relatively (1)**
424:16
**relevant (1)**
396:24
**reliance (1)**
309:23
**relied (9)**
298:3 351:13 352:14
352:15 387:18
409:5 414:23
424:10 425:19
**rely (11)**
299:25 306:16 310:3
310:7,16 311:10
384:6 386:9 387:2
406:22 415:21
**relying (13)**
283:13 290:14 296:23
310:11 311:7,18
388:20 400:17
408:5 418:16

420:22 423:16
424:13
**remem (1)**
393:15
**remember (6)**
307:21,25 308:12
321:13 357:2
391:21
**removal (4)**
275:20 303:14 326:21
328:15
**remove (12)**
281:3 285:10,13
288:6 296:2 298:21
304:9 315:3 327:20
348:15 358:21
408:17
**removed (20)**
275:22 277:21 278:5
278:15,17,19
279:11 280:4 291:3
295:20 296:16
303:25 304:15,24
327:2 340:8,16
341:4,9,13
**removes (1)**
365:23
**removing (10)**
287:2 297:23 312:23
317:10 320:17
342:6 356:21
368:24 369:6
420:14
**rendered (1)**
290:6
**repeat (1)**
419:24
**repeated (1)**
360:10
**repetitive (1)**
319:12
**rephrase (7)**
283:17 310:13 335:15
340:6,13 344:21
353:23
**report (41)**
274:25 282:5,15,16
289:10,14,21
293:25 299:23
309:2 310:24 323:3
328:17 329:19
330:2 331:4 336:16
336:17 339:2
342:22 350:4,5
358:18 360:10
363:13 364:7,10

365:9 368:17
370:11 372:7
380:10 383:20
391:4 398:8,14,17
398:21 402:16
410:15 430:20
**reported (3)**
270:24 277:21 333:2
**reporter (44)**
271:11,12,13,14,16
282:3,12 289:11,18
292:21 300:6,25
301:15,18 302:6
305:24 319:18,25
323:18 324:4,5,20
325:4 327:8 339:14
343:16 352:5
362:19 373:17
385:13,17 386:6
413:20 427:23,24
428:4,8,11 429:4,6
431:6,6,7,8
**REPORTING (1)**
272:21
**represent (3)**
302:21 320:5 355:13
**representation (2)**
303:2 410:25
**representative (6)**
279:4 354:11 355:5
355:10,19 407:12
**represents (1)**
359:6
**request (1)**
289:23
**required (3)**
329:16 393:11 411:11
**requirements (1)**
404:3
**requiring (1)**
393:15
**research (2)**
354:8,23
**reservoir (223)**
275:13,21,22 277:21
277:23 278:4,14,16
278:17 279:9,11,19
280:3,23 281:3
284:25 285:10,14
287:3,3,20 288:6,7
288:12 290:6 291:3
291:3,14,16,21
292:9,12 295:19,20
296:8,16,17 297:4,5
297:7,15,23 298:21
299:7 303:15,18,25

304:2,7,14,16,23,25
307:22 310:21
311:3,14 312:24
313:16 314:8,8,20
315:3 316:4 317:10
318:11 320:17
323:20,23 324:12
324:22,25 326:22
326:25 327:3,14,21
327:22 328:5,15,23
329:4 330:25 332:7
333:5,7 335:11,19
336:8 338:19 339:3
339:8,19 340:9,16
340:17 341:8,9,13
341:19 342:7,25
344:5 346:6 348:16
350:22 356:21
358:19,22,25 359:3
359:8,11,13,23
360:3,8,15 361:15
361:18 363:15,22
364:5,22,24 365:12
365:18 366:20
367:4 368:3,23
369:5 370:17,22
371:4 372:9,10,20
373:2,9,14 374:10
374:14,21,23 375:3
375:8,22 376:14,16
376:19 377:11
378:21,22 379:3,11
381:10,24 382:6,7,8
382:14,16,22,24
383:4,5 384:7
386:10 387:13,25
388:7,11,12,21
391:2 394:15 396:3
396:5,6,19 399:7,12
399:14 400:10
401:14 403:2
404:21,23 405:3,13
405:18,20,22 406:5
406:8,17,18 408:13
408:15,18 410:20
411:16,22 413:14
414:12 418:9,11,13
418:24 419:5,7,8,10
419:17,19 420:15
421:5,8 424:11
425:13 430:15,22
**reservoir's (1)**
310:19
**reservoirs (3)**
325:12 357:22 427:4
**resources (1)**

422:10
**respect (16)**
 312:23 313:11 321:10
 364:21 369:19
 371:24 377:13,15
 378:12 397:25
 410:2,9 411:22
 414:12 421:14
 425:11
**respond (1)**
 414:17
**responsibility (6)**
 387:7,16 388:18,23
 414:20,24
**responsive (1)**
 397:11
**rest (1)**
 305:14
**restating (1)**
 281:5
**result (6)**
 291:5 296:18 345:6
 362:6 410:17
 418:22
**resulting (1)**
 399:4
**retread (1)**
 274:24
**reverse (2)**
 285:21 286:2
**review (3)**
 354:16 357:17 423:15
**reviewed (18)**
 274:5,6,13 321:18,21
 321:25 322:2,5,11
 324:16 337:16
 370:6 371:3 380:10
 391:12 392:3,19
 400:3
**reviewers (1)**
 393:22
**Reviewing (3)**
 370:15 391:16 393:20
**revisit (1)**
 274:23
**ridiculous (1)**
 384:25
**right (80)**
 274:18 275:25 283:20
 284:7,11 285:10,13
 285:20 289:4 294:9
 300:3,5 301:4,7,11
 301:20 302:9
 305:21 315:19
 322:20 323:11
 324:11,15,18

332:14,16 333:13
 336:11 338:13
 340:5 345:20
 348:25 350:3 355:7
 358:14 359:19
 360:9 361:5,6,12
 363:17 366:2,23
 367:15 370:6 372:5
 373:11 377:17
 378:14 380:14,19
 381:3 383:23
 384:12 385:18
 388:4,25 389:5
 390:8 391:11,25
 397:8 398:11 399:3
 399:9,14,16 400:25
 403:19 414:14
 416:13,24 417:13
 421:18 422:18
 425:5 426:20
 427:12,13 429:9
**right-handed (1)**
 286:5
**risk (13)**
 391:3,12 392:2,18,19
 393:24,25 407:15
 411:21 413:9,12
 414:10 415:6
**Road (1)**
 272:16
**role (1)**
 375:20
**rule (2)**
 293:17 343:18
**run (1)**
 422:10
**Rx (2)**
 324:25 430:22

———————————
 **S**
 **S (1)**
 430:7
**SA (2)**
 270:10 272:17
**safely (1)**
 404:10
**safety (1)**
 393:23
**sample (1)**
 279:4
**Sapio (4)**
 270:24 271:10 431:6
 431:21
**saw (5)**
 296:2 336:8 368:11
 368:12,13

**saying (18)**
 288:9 296:2 321:24
 357:2 359:5 361:20
 361:21 390:13
 392:10,12,16 403:5
 403:11 406:9,14,19
 417:13 423:3
**says (14)**
 276:19 286:20 304:6
 305:2,9,17 347:23
 365:9,16 395:10
 399:3 402:17
 408:11 423:23
**school (1)**
 323:2
**Schultz (63)**
 272:7 273:7,16,18
 276:25 277:7,15
 281:13,19 282:3,13
 289:7,11,19 292:2
 292:25 293:4 300:6
 300:13,19 301:8,10
 301:13,17,21 302:8
 310:12 319:18
 323:17 324:20
 325:5 326:6,10,16
 326:18 327:9
 334:16,19 335:6
 340:5 344:20
 353:22 358:4
 362:17 363:3,10
 373:20,24 397:9
 400:7 412:16,20
 421:23 423:6
 427:16,22,25 428:6
 428:10 429:3,8
 430:5,6
**screen (1)**
 379:15
**sealed (1)**
 333:7
**search (2)**
 351:16 368:8
**second (10)**
 276:24 278:21,21
 279:25 282:21
 286:7 300:15
 336:18 364:12,13
**seconds (1)**
 373:24
**section (6)**
 303:6,13,17 309:4
 310:24 353:9
**see (29)**
 274:14 276:25 290:10
 295:24 300:20

303:5,21 304:10
 336:21 337:8 340:6
 349:6,25 357:20
 358:2 362:6 364:14
 368:25 374:3
 379:11 381:6,10,15
 381:16,18 389:9
 421:20 422:23
 423:21
**seeing (2)**
 280:18 362:8
**seen (15)**
 276:5 318:7,9 320:10
 320:11,15 324:8
 337:4,5 359:4
 374:25 419:5
 420:19 423:23
 424:6
**selected (1)**
 422:17
**Self-Help (3)**
 323:19,22 430:14
**send (1)**
 314:14
**sending (1)**
 390:24
**sense (2)**
 345:8 347:6
**sent (3)**
 337:13 338:11 380:5
**sentence (7)**
 283:9 305:2,9,22
 306:12 364:13
 365:14
**separate (1)**
 377:19
**September (7)**
 270:16 271:5 273:10
 335:4 385:11
 402:11 431:18
**sequence (1)**
 296:3
**serious (1)**
 279:21
**service (2)**
 396:10,22
**Services (1)**
 278:23
**session (2)**
 309:8,15
**sessions (4)**
 309:8 312:17 313:21
 314:5
**set (106)**
 279:24 283:10 284:9
 290:7 291:14,21

295:17 296:23
 303:16 304:18
 310:21 311:7
 313:16 332:6
 333:12,22 347:21
 349:8,21 354:19
 355:17,17 369:15
 369:24 370:7,9,17
 370:20,23 371:4,15
 371:18,23 372:13
 372:21 373:10
 375:11,14,25 376:5
 376:13,19 378:5,7
 378:10,16,21 379:2
 379:5,8,10 380:9,13
 380:17 381:8,9,20
 381:22,23,24 382:9
 382:12,14,16 383:3
 383:11,13,17
 388:12 390:25
 391:20,23 392:5
 394:23,25 395:2,4
 395:14 398:14
 399:7 400:14 401:6
 401:7,19,20 402:25
 403:17 404:20
 405:8,12,20 406:5,8
 406:17 407:24
 408:3,14 411:23
 413:14 414:13
 421:4 425:14 427:3
 427:8 431:12,17
**sets (8)**
 311:5 330:11 354:10
 355:6 371:6 399:22
 418:6 427:4
**Seventh (1)**
 272:9
**severe (1)**
 286:12
**severity (1)**
 309:17
**sheet (6)**
 296:22 318:4,8,15
 330:24 432:1
**shift (1)**
 299:20
**shifted (1)**
 370:3
**shipped (16)**
 275:9,24 279:8 280:2
 282:20 283:10
 284:22 302:23,24
 320:7,8 321:7
 325:11,19 370:7
 376:23

**shipping (1)**
386:23
**short (2)**
334:18 410:4
**shorter (1)**
308:10
**show (2)**
280:14 320:16
**showed (5)**
313:20 314:7,10
315:2 365:11
**showing (4)**
280:23 297:20 329:6
368:2
**shown (2)**
281:12 420:16
**shows (4)**
280:14 288:8 303:24
328:21
**sic (2)**
333:17 419:8
**side (1)**
280:6
**sideways (5)**
365:18 366:10,18
367:22 368:4
**Signature (1)**
432:21
**significant (1)**
342:9
**Silhouette (5)**
369:15 370:8 371:15
381:22 382:13
**similar (4)**
337:12 338:18,23
424:2
**simple (1)**
288:2
**simplest (2)**
384:9 386:13
**simultaneous (4)**
292:22 305:25 352:6
413:21
**single (1)**
280:20
**sir (5)**
368:18 376:10 409:20
414:19 416:22
**sit (2)**
313:18 323:5
**sitting (1)**
280:15
**six (5)**
333:2,12,22,25 334:4
**skills (2)**
285:24,25

**skin (2)**
371:20 379:5
**SKLARSKY (88)**
272:2 277:5 281:4,17
291:23 292:23
293:3,7 296:9 298:8
300:10,12,14 301:3
301:9,16,20,22
303:9 308:23 310:6
310:9 318:16,18
322:6 323:6 324:3
325:23,25 326:9,13
331:7 334:15,17
339:11,23 344:9,11
344:13 345:9
353:18 362:15,18
362:20,23 363:2
365:2 376:6 379:20
379:24 380:5,7
384:15,20,22
385:21 398:3,8,11
399:24 407:4,19
409:11,16 410:23
411:25 412:5,11,19
413:2,15,19,22
414:6,14 415:14,19
416:15,20 417:7
420:8 423:17 425:3
425:8,22 427:19
429:2,9
**Skype (1)**
412:23
**small (1)**
305:12
**social (1)**
353:3
**society (1)**
352:22
**sold (1)**
372:17
**somebody (3)**
288:8 294:18 329:12
**somewhat (2)**
296:10,11
**soon (4)**
308:3 425:7 426:22
428:6
**sor (1)**
325:20
**sorry (58)**
273:10 276:10,12
277:9 283:7 291:8
292:2,5,25 299:10
303:7 306:2,3
310:23 312:19
314:25 321:2

325:22 327:4,9
331:3,24 334:16
335:22 340:3
343:13,16 346:21
352:3,7,7 357:12,14
357:16 359:8
360:14 364:6 365:2
367:2 371:10
373:16 374:4
379:24 382:10
383:11 384:23
386:3 389:15 393:8
394:5 395:16 405:6
406:2 409:14,23
412:21 419:24
421:9
**sort (1)**
344:23
**sound (2)**
373:18 400:22
**sounds (1)**
344:15
**source (2)**
362:13 420:6
**sources (4)**
423:14 424:22 425:10
425:19
**South (1)**
272:9
**speaking (4)**
292:22 305:25 352:6
413:21
**SPECIALIST (1)**
272:21
**specific (11)**
302:23 308:8,11
345:3,15,16 352:24
376:12 402:20
416:18 424:7
**specifically (14)**
321:20 322:8 352:11
367:7 370:23
372:13 375:24
376:4 378:9,14
411:12 425:13,21
426:7
**spilled (2)**
333:24 334:3
**spilling (3)**
333:3,21 357:21
**spoke (2)**
274:7,11
**spun-off (1)**
353:9
**squirt (1)**
341:15

**SRU (1)**
270:7
**ss (1)**
431:4
**stand (1)**
398:18
**standard (1)**
355:13
**standards (1)**
393:10
**start (2)**
327:10 373:12
**started (4)**
274:2 402:24 403:25
421:3
**starting (5)**
315:17,20,22,22
412:24
**starts (1)**
316:10
**state (4)**
271:16 295:22 368:22
431:8
**stated (3)**
306:12 336:22 397:24
**statement (3)**
283:3 322:14 413:6
**statements (1)**
284:15
**States (5)**
270:2 271:14,17
431:7,9
**stating (1)**
420:20
**stay (1)**
349:21
**step (26)**
280:14,20,23 287:6
287:18,19 288:19
297:9 299:5 303:20
303:23 304:6
313:15 326:21,21
327:25 328:20,23
328:24,25 329:3,4
329:10 336:22
340:18 369:4
**steps (10)**
279:16 280:8,8,21
286:11 287:2,17
292:7 404:5 411:11
**stop (1)**
276:24
**storyboard (4)**
323:19,22 324:12
430:14
**straight (1)**

**304:8**
304:8
**stream (2)**
372:18 403:15
**Street (3)**
270:15 271:9 272:9
**stressed (2)**
309:20 329:3
**strike (6)**
289:6 299:10,11
311:12 316:12
418:6
**strong (2)**
285:19 286:5
**studies (17)**
275:14 276:17 277:17
282:25 284:5,18
391:21 403:3,8,9
405:17 406:4,11
407:25 422:14,25
423:13
**study (26)**
275:4,4 277:20 278:3
278:22 282:22
284:2,3 354:13,15
403:21 406:16
407:15 413:10,13
414:10,10 415:5,6
422:4,6,15,17,22
423:4,23
**stumbling (1)**
312:19
**sub-step (1)**
328:21
**subject (3)**
284:14 397:4,6
**subjects (1)**
275:7
**submission (1)**
407:22
**submitted (5)**
369:16 391:13 392:4
393:13 407:18
**Subscribed (2)**
429:20 432:22
**subsequently (1)**
366:10
**substance (2)**
338:6 399:19
**successfully (2)**
332:5,6
**suffer (1)**
349:8
**suffered (2)**
290:21 420:13
**sugar (6)**
345:24 346:7,15

347:2,24 349:22
**suggest (3)**
298:22 375:2 395:9
**Suite (2)**
270:15 271:9
**summary (2)**
275:10 295:10
**supplemental (4)**
282:5,16 350:4
364:10
**support (1)**
284:14
**supporting (1)**
298:11
**supposed (2)**
366:19 367:4
**supposedly (1)**
333:14
**sure (53)**
281:5 282:17 283:18
283:19 285:19
293:15 299:16
307:2 313:7 319:5
325:6 326:7 327:20
328:12 329:18,20
331:6 333:5 334:19
341:25 344:24
345:14,19 346:18
347:23 352:2,10
361:4 364:8 365:8
367:8 371:12 373:3
380:11 381:6
382:11 384:5 386:8
387:4,6,9 390:7
395:8 405:10
406:24 408:10
410:7 411:18
414:24 415:10,22
417:25 422:20
**surf (1)**
351:16
**surface (1)**
275:21
**Susan (3)**
283:4,13,20
**suspect (1)**
288:3
**sworn (5)**
273:4,13 429:20
431:12 432:22
**system (22)**
372:17,22 373:6
376:19,21 379:11
381:10,24 386:21
388:13,14,14,16,17
390:18,21,22 395:5

395:8 402:25 404:3
411:23

---

**T**

**T (3)**
295:4 332:8 430:7
**table (10)**
275:21 278:4,12,13
278:18,19 279:10
280:3,15,25
**take (14)**
288:5 315:17 334:14
334:17 348:15
360:18 366:19
380:6,8 385:2,5
402:2 427:25
429:10
**takes (1)**
358:24
**talk (1)**
336:11
**talked (6)**
285:15 305:14 312:13
368:5,16 419:15
**talking (17)**
274:20 282:19 365:15
366:23 374:21
384:19 387:23
389:2 397:3 399:10
402:15 403:17
404:19,20 405:11
405:12 411:16
**talks (1)**
358:17
**task (9)**
279:2 308:9,11
368:17 402:24
405:21 424:2,16
426:20
**tasks (3)**
331:11 423:25 424:2
**team (1)**
353:9
**Technical (5)**
384:14 393:4 394:9
412:10 424:25
**tell (17)**
286:8 287:11 305:19
309:5 327:17
345:14 361:11
362:2 364:9 367:10
370:19 375:18,23
388:4 392:25
402:20 426:3
**telling (1)**
306:10

**tells (8)**
294:10 346:24 366:6
366:6,6,6,25 367:3
**temporarily (2)**
291:2 345:22
**temporary (3)**
397:3,15,19
**ten (2)**
295:17 422:21
**tend (1)**
348:9
**tendencies (1)**
368:14
**tendency (2)**
319:13 426:10
**terms (10)**
321:17 322:20 323:4
323:8 334:13
382:23 384:3 412:3
417:21 422:20
**terrible (1)**
287:8
**test (3)**
275:7 276:5 409:2
**tested (7)**
275:12,13 276:14,16
278:10 283:11
406:6
**testified (22)**
273:14 313:3 317:22
321:11,20 330:16
330:20,22 331:9
332:15,18,25
333:11,20 334:7
335:13,16,23
391:18 398:6,10
412:7
**testify (1)**
392:12
**testifying (5)**
290:24 312:9,11
401:11 409:9
**testimony (51)**
274:14,15,24 281:5
283:3,8,13,20
284:13,19 295:25
298:15 307:16,23
308:16 317:15
318:20 321:13
322:18 326:3 330:8
330:13,21 332:9,22
335:25 336:3,7,10
387:11 389:8 390:9
391:23 392:17,18
392:19 408:5,6
410:25 411:5 413:8

414:4,5,18,19 415:7
419:12,13 420:7
421:2 431:12
**testimony's (1)**
392:15
**testing (12)**
275:19 391:19 392:22
402:18,21 403:7
406:20 407:23
408:23,24 410:18
411:9
**text (3)**
297:10 304:5 327:24
**thank (30)**
273:22 282:7,13
289:19 300:9
301:21 302:5 324:2
325:3,5 334:20
358:4,14 385:5
402:3,4 403:10
409:19 415:2 416:6
421:20 423:7 425:8
427:14,15,17,18
428:9 429:7,8
**Thanks (2)**
427:19,21
**thereabouts (1)**
277:18
**thereof (1)**
375:21
**they'd (1)**
287:5
**thing (9)**
281:7 311:22 315:25
321:10 348:25
391:17 397:14
423:20 427:5
**things (9)**
276:23 284:24 287:23
309:21 328:4,13,18
368:3 421:19
**think (57)**
274:17 275:2,18
277:3 284:12
285:22 293:18
296:10 297:19,25
298:18 300:23
301:3,4,6,11 312:4
313:4 316:2,10
326:10 328:16
330:15,20 342:19
345:17 346:8,19
348:22 355:20
357:3 358:5 362:14
363:10 367:8,12
372:15 373:17

374:8 377:12 380:4
382:20 383:2
384:16 389:25
392:7 399:20,25
400:4 405:21,23
412:12 418:2 419:2
422:8 423:5 428:10
**third (1)**
416:5
**THOMPSON (1)**
272:14
**thought (12)**
291:8,24 293:6,9
323:12 332:6
359:17 360:11,12
361:9,13 416:16
**three (6)**
348:3,7,9 349:15,23
426:25
**time (59)**
273:11 275:5,14
277:11 278:4
279:10 285:16
295:16 296:18
307:17,21 315:14
319:12 330:24
331:23 334:23
335:5,12,18,21
338:9,14 341:20
342:25 346:23
351:7,11 359:24
360:21 370:5 371:7
371:11 375:16
380:18 385:7,12
390:3,17,19 391:14
392:4 393:12
395:24 400:20
402:7,12 407:17
419:16,16 420:18
421:2 424:15 426:6
426:9,10 427:6,8
429:13,14
**times (5)**
412:13 415:20 420:12
423:14 424:9
**title (1)**
303:17
**today (7)**
274:7 313:18 323:5
324:9 350:10 410:7
411:3
**told (4)**
300:25 333:24 363:10
366:15
**tool (1)**
309:7

**top (20)**
279:19 291:16 292:9
292:12 297:8,14
299:6 311:2 314:20
328:5 338:19 341:8
341:19 342:25
346:5 360:23 368:5
399:11 400:9
401:14
**topic (7)**
295:13 299:21 308:17
318:21 335:8
409:22,24
**topics (2)**
409:25 410:3
**tops (1)**
357:21
**totality (2)**
280:20 297:25
**traditional (1)**
329:11
**trailed (2)**
353:21 384:16
**train (2)**
293:9 299:3
**trained (6)**
298:24 299:18 312:22
314:4 350:20,21
**trainer (2)**
298:25 314:16
**trainers (4)**
299:4,18 309:20
314:15
**training (33)**
299:13 309:7 311:8
312:6,25 313:12,21
314:5 315:14 318:5
319:2,5,6,9,10,12
319:14,15 322:21
323:9 324:13
350:23 362:7,12
425:15 426:4,9,11
426:17,22,23 427:8
427:9
**transcript (4)**
274:6 301:19 428:2
428:13
**transfer (48)**
278:5,13,17 288:6
297:24 304:7,9,24
327:2,15,21 333:8
339:9,20 340:16
341:13 342:7,8
356:21 358:25
359:11,23 360:3,15
361:15,18 363:22

364:4,22,25 365:13
365:17,23 366:9,11
366:20 367:5,21
368:25 369:6 396:4
410:20 418:10,14
419:9,18 421:5,8
**transferred (2)**
278:16 328:6
**trial (1)**
383:9
**tried (2)**
287:23 376:11
**trouble (1)**
344:19
**true (4)**
313:22 321:22 355:8
431:12
**try (5)**
308:12 344:20 346:22
376:2 420:9
**trying (13)**
283:18 284:17 306:5
315:24 347:7
364:17 365:7
366:22 367:22,24
368:15 377:5 414:4
**TSG (1)**
272:21
**tube (1)**
338:19
**tubing (2)**
347:20 375:12
**turn (5)**
289:9,20 303:4 304:7
350:3
**turned (2)**
366:10 367:21
**two (16)**
272:15 312:17 348:19
349:15,18,18,22
355:14 365:16
373:24 377:21
395:20 419:20
421:9 422:13
426:24
**typ (1)**
294:14
**type (1)**
423:4
**typewriting (1)**
431:13
**typically (5)**
285:22 286:4 294:17
308:9 426:7

───────────
U

**ultimate (1)**
389:22
**ultimately (1)**
397:5
**unclarity (1)**
296:6
**unclear (1)**
310:10
**uncontrolled (2)**
290:16 293:13
**under-delivery (6)**
346:11 347:9,16,18
347:20 348:4
**under-dispensing (1)**
411:7
**underneath (1)**
418:13
**underside (4)**
291:17 328:6 340:23
348:18
**understand (53)**
283:16 284:17 286:4
292:18 299:22
304:20 305:23
306:7,17 307:14
308:24 315:7
318:14,19 330:19
331:14,22 332:2,16
340:4,14 344:10
345:11 359:5,20
365:9 369:12
370:20 372:6
373:12 374:9,12,16
375:5,10 377:8,18
377:20,21 379:8
382:21 383:24,25
388:10 389:20
401:10 404:17,24
405:15 406:25
415:7 420:9 422:18
**understanding (41)**
280:20 285:11 293:10
295:5 296:20
299:12,15 309:6
312:16 313:7,9
330:4,6,17 331:16
332:4 333:10,16,20
333:23 336:6
338:16 341:11
344:17 346:19
363:24 364:16
369:10 371:5
375:19 378:23
380:15 389:6
392:24 394:7
396:16,20 397:13

405:10 408:15
421:12
**understands (3)**
340:2 414:16 423:21
**understood (5)**
307:17 318:14 322:16
375:17 378:24
**undertaken (1)**
274:22
**unexpected (1)**
293:13
**Unfortunately (1)**
317:16
**unintended (1)**
399:4
**unit (7)**
358:20,23,24 359:13
363:20 365:19
366:7
**United (3)**
270:2 271:14 431:7
**units (1)**
333:7
**unknown (2)**
290:17,19
**unnatural (1)**
329:10
**Uno (1)**
299:8
**Unomedic (1)**
415:4
**Unomedical (84)**
270:10,11 272:17,17
288:15 299:2,13
310:22 311:9,17
316:10 369:8,13,18
369:23 370:4
372:18 373:13
374:9,13,17 375:2,5
375:11 376:18,24
377:14,19,24
378:11,18 380:24
382:5,19,23 383:10
383:20 384:2,13
385:19 386:17,22
386:22 387:12
388:5,10 389:6,17
390:9,14,24 391:12
392:2 393:11
394:17,21 395:6,12
395:25 396:16,21
397:25 398:17,21
402:22 403:6,21
405:2,7 406:10,15
406:19 407:16
408:7,12,24 409:2,4

410:16 411:24
413:11 414:8 415:7
427:2
**Unomedical's (9)**
290:3,3 299:16
375:20 379:8
387:14 388:8
402:17 408:16
**Unomedical/Medtr...**
420:17
**unreasonable (2)**
299:24 306:15
**unreasonably (2)**
290:5,7 395:18
**upright (2)**
341:12 408:18
**upside (3)**
363:20 366:7,17
**usability (27)**
275:4 276:16 277:17
278:3 282:21 284:2
284:2,3,18 403:3,9
403:10,21 405:16
406:4,11,16 407:15
408:24 411:20
413:10,13 414:9
415:5 422:4,14,15
**use (27)**
275:4 276:11 285:6
285:13 287:10
288:9 291:13
311:14 319:6
326:15 330:18
335:11 351:4,19
352:22 362:3 387:5
391:20 393:23
404:5,10 407:24
417:22 424:18
425:12 427:6
**user (71)**
279:4 281:2 285:5
287:4,10 288:18
294:10,11,25
297:11,11 300:2,8
302:2,11,22 303:5,6
303:13 304:23
305:6 306:11,16,19
306:20,22 307:7,10
308:21 309:3,5,25
310:17,19 311:6,6
311:10 316:17
328:3,14 342:10
346:25 347:22
348:4,8,21 349:20
351:3,7,10 353:12
355:11 356:15

365:17,22 366:5
368:23 379:9,9
381:8,8,23 382:5,24
396:18 399:12
417:23,24 423:14
424:16 430:10
**users (16)**
277:20 321:8 351:17
353:6 354:19 355:5
355:16,18 363:14
364:19 396:2 397:5
399:6 408:17 422:6
425:20

--------

**V**

**vacuum (3)**
372:20,21,22
**validate (1)**
404:14
**variable (1)**
424:6
**variety (1)**
345:5
**various (1)**
398:15
**vast (2)**
355:25 356:4
**vent (4)**
345:23 397:3,15,19
**vents (18)**
290:19 291:2 292:16
292:17,19 293:14
311:4 344:8 346:10
397:17,22 399:5,10
400:15 408:21
411:8,13 418:24
**version (1)**
321:4
**versions (2)**
276:15 320:24
**versus (1)**
407:11
**vial (93)**
275:20 277:22,22
278:4,12,18 279:10
280:3,15,24 281:3
284:25 287:3,19,20
288:7,12 291:4
295:19 296:17
297:4,24 298:22
304:2,2,6,15,16,25
312:24 315:4
320:18 326:22
327:3,15,22 328:15
328:23 333:4 340:9
340:17,24 341:8,9

341:10,12,14,16
342:8 348:15,16
358:24 359:3,8,9,22
360:2,8,14 361:14
361:17 363:21
364:4,21,24 365:12
365:17,23 366:8,11
366:16,19 367:3,11
367:19,21 368:24
369:5 382:7 387:25
387:25 396:3,5
408:19 410:19
418:11,12 419:8,17
419:20 420:15
421:6,7
**video (38)**
272:21 273:2 277:11
293:5 320:3,6,10,11
320:13,15 321:6,18
321:21 334:22
335:3 353:13
358:17,19 359:5,6
360:6 361:22
362:25 363:4,19,25
364:2,19,20 365:8
365:11 366:5,6,25
367:2,18 385:6
402:6
**Videoconference (2)**
272:8,15
**VIDEOGRAPHER...**
273:2,9 277:10,14
334:21 335:2
362:24 363:4,7
373:22 385:6,10
402:5,10 429:11
**videos (40)**
297:20 298:5,13,16
321:10,12,14 322:2
323:13 332:12
350:6,11,17,20
351:14 352:14,15
352:23 354:9,17,24
354:25 355:4 356:2
357:17,21 358:16
363:12,18 365:16
365:22 367:25
368:7,11,12,19,19
368:23 420:19
427:11
**videotaped (2)**
270:19 271:6
**view (9)**
279:12 322:23 336:25
366:4 415:10,12
417:4,6,15

**viewed (5)**
283:15 322:15,16,23
323:10
**viewer (5)**
363:19 366:5,25
367:3,10
**viewers (1)**
364:20
**Vigilante (202)**
270:19 271:7 273:1,5
273:8,12,17,23
274:1 275:1 276:1
277:1,16 278:1
279:1 280:1 281:1
282:1,4 283:1 284:1
285:1 286:1 287:1
288:1 289:1,9,15,20
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1,7,11
301:1 302:1,9 303:1
304:1 305:1 306:1
307:1,4 308:1 309:1
310:1,14 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1,23 319:1,25
320:1 321:1 322:1
323:1 324:1,5,21
325:1,6 326:1,19
327:1,11 328:1
329:1 330:1 331:1
332:1 333:1 334:1
335:1,7 336:1 337:1
338:1 339:1 340:1
341:1 342:1,11
343:1 344:1 345:1
346:1 347:1 348:1
349:1 350:1 351:1
352:1 353:1,25
354:1 355:1 356:1
357:1 358:1,5,11,15
359:1 360:1 361:1
362:1 363:1,9 364:1
365:1,7 366:1 367:1
368:1 369:1,7 370:1
371:1 372:1 373:1
374:1 375:1 376:1
377:1 378:1 379:1
380:1 381:1 382:1
383:1 384:1 385:1
386:1 387:1 388:1
389:1 390:1 391:1
392:1 393:1 394:1
395:1 396:1 397:1

398:1 399:1 400:1
401:1 402:1,14
403:1 404:1 405:1
406:1 407:1,8 408:1
409:1 410:1 411:1
412:1,25 413:1
414:1 415:1 416:1,7
417:1 418:1 419:1
420:1 421:1,25
422:1 423:1,12
424:1 425:1 426:1
427:1,17 428:1
429:1,18 430:1,4,20
431:11
**Vigilante's (1)**
400:8
**Vigilante-10 (2)**
289:14 430:20
**Vigilante-11 (2)**
282:8 430:18
**Vigilante-17 (2)**
324:23 430:22
**Vigilante-18 (2)**
301:24 430:9
**Vigilante-19 (2)**
319:21 430:12
**Vigilante-20 (2)**
323:21 430:14
**voice (1)**
353:21
**VOLUME (1)**
270:1
**voluntary (1)**
397:6
**vs (3)**
270:6 319:22 430:12

--------

**W**

**W (158)**
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1 320:1
321:1 322:1 323:1

324:1 325:1 326:1
327:1 328:1 329:1
330:1 331:1 332:1
333:1 334:1 335:1
336:1 337:1 338:1
339:1 340:1 341:1
342:1 343:1 344:1
345:1 346:1 347:1
348:1 349:1 350:1
351:1 352:1 353:1
354:1 355:1 356:1
357:1 358:1 359:1
360:1 361:1 362:1
363:1 364:1 365:1
366:1 367:1 368:1
369:1 370:1 371:1
372:1 373:1 374:1
375:1 376:1 377:1
378:1 379:1 380:1
381:1 382:1 383:1
384:1 385:1 386:1
387:1 388:1 389:1
390:1 391:1 392:1
393:1 394:1 395:1
396:1 397:1 398:1
399:1 400:1 401:1
402:1 403:1 404:1
405:1 406:1 407:1
408:1 409:1 410:1
411:1 412:1 413:1
414:1 415:1 416:1
417:1 418:1 419:1
420:1 421:1 422:1
423:1 424:1 425:1
426:1 427:1 428:1
429:1 430:1
**wait (5)**
277:9 421:20 429:2,2
429:2
**wake (1)**
349:14
**want (35)**
274:18,23 282:16
283:12 287:17,18
288:25 289:2 301:2
302:18 305:21
313:7 325:6 328:12
329:17,19 334:12
347:11 348:8,20
349:12,14 351:24
352:10 365:8
370:22,25 377:17
377:17 378:3
381:17 385:2
397:10 422:19
428:5

**wanted (1)**
394:14
**warn (2)**
328:2 348:2
**warned (5)**
309:10 349:20 388:24
389:2 390:9
**warning (50)**
279:17,24 280:5
290:5 292:6 294:11
295:9 305:18 306:7
308:20 309:14
319:11 328:9
329:14 336:12,14
336:21 337:11,12
337:19 338:25
339:6,9,16,21
340:11,25 343:24
344:3,6,8,23 346:13
346:16,24 347:4,11
347:23 348:23
350:2 376:20 377:2
389:22 395:8,14
417:9,11,11,19,20
**warnings (43)**
291:12 294:2,4,5,5,23
295:12 297:6,13
316:9,16 319:3,7,16
328:7 345:3,4,15
354:4 357:9 377:14
378:10,19 383:12
384:3 386:24 387:9
387:17,20,22 388:7
388:19 390:15
391:9,9 404:12
417:5,16,18,18
418:19 426:6,16
**wasn't (11)**
279:3 298:24 332:13
338:10 376:23
379:5 383:16
392:22 414:18
415:25 421:13
**watch (1)**
368:25
**watched (2)**
321:11 361:22
**watching (2)**
362:3 364:2
**way (74)**
275:17 279:3 280:21
285:22 286:9,23
287:8,15,18 289:4
293:19,23 294:13
294:19,20,21,22
296:3,5,6,24,25

297:22 298:12,20
306:24,25 307:24
311:14 313:24
314:2 315:3,5
316:19 319:8 321:5
321:23 328:12
336:10 337:16
341:7 342:12
344:15 351:18
354:7 355:5,23
357:8 360:22 361:2
361:5,8,11 362:9
364:3,20 365:24
367:18 368:2,13,13
368:22 377:12
378:23,24 384:11
386:13 387:5,7
411:10 417:24
418:17 423:18
431:16
**ways (6)**
286:21 287:22 346:17
347:5,8 348:3
**we'll (4)**
280:5 293:23 402:2
427:25
**we're (14)**
277:10 282:19 300:24
365:15 384:20
395:8,9,11,13,16
399:25 400:4 425:3
425:5
**we've (12)**
306:8 329:24 334:14
377:23 383:24
398:19 413:23
420:11,19,19
424:21 425:9
**weekend (1)**
427:20
**welcome (2)**
421:21 423:8
**Wells (1)**
272:8
**went (7)**
277:3 301:5 322:25
329:25 354:23
396:21 410:5
**weren't (1)**
396:13
**wet (1)**
389:18
**whatsoever (4)**
399:18 401:16 418:5
418:8
**whereof (1)**

431:17
**William (9)**
270:19 271:7 273:5
273:12 289:15
429:18 430:4,20
431:11
**Williams (3)**
270:14 271:8 272:2
**wisdom (1)**
319:2
**withdraw (1)**
394:12
**witness (31)**
273:3 277:3 282:7
289:22 293:8 300:9
302:5 324:2 325:3
334:5,20 358:6
362:22 373:15,19
374:3 384:18 385:2
385:25 402:3
419:14 421:18,21
423:8,21 427:15,18
430:3 431:11,13,17
**Woodland (1)**
272:3
**word (1)**
343:24
**words (4)**
285:8 312:19 357:4
364:23
**work (1)**
273:25
**working (1)**
394:22
**world (2)**
280:13 286:3
**worries (1)**
371:12
**worst (1)**
280:13
**wouldn't (5)**
276:22 310:15 329:13
340:21 417:19
**write (2)**
282:22 290:2
**written (5)**
319:7 377:8 383:23
411:11 425:16
**wrong (10)**
286:19 295:24 310:24
310:24 330:21,22
344:14 368:13
416:16 422:13
**wrote (1)**
362:9

**X**
**X (4)**
383:18 423:23 430:2
430:7

**Y**
**Y (1)**
383:18
**yeah (95)**
276:7 281:20 283:5
290:14 291:8,18
292:5,18,23 293:8
293:21 294:14,17
295:11,21 298:10
300:13 301:3,9
302:14 303:17,19
303:24 306:3 307:8
307:15,23 308:16
309:2 310:12,18
311:20 312:16
314:6 315:10,21
318:20 321:9
322:10,18 326:6,16
327:24 328:9 331:8
331:24 332:3
335:22,25 337:21
338:15,17,21 340:3
340:20,21 341:11
341:21 343:3,14
345:9,13 346:18
353:22 356:11
357:2 359:12
361:10,25 362:18
363:3 369:25
371:16 374:25
376:11 378:18
383:16 384:4,22
386:7 392:6 393:14
396:20 398:16
402:23 411:5
412:19 417:8,17
418:15 419:11,21
421:9 422:22
423:22
**years (4)**
362:2 396:12,17,25
**Yep (2)**
334:20 373:21
**York (2)**
271:18 431:9
**YouTube (20)**
297:20 298:4,13,16
332:12 350:6
351:14 352:14,15
352:23 353:13
354:9,17,24,25

355:4,25 367:25
368:7 420:19

**Z**
**Z (2)**
272:14 383:18

**0**
**08002 (1)**
272:4

**1**
**1 (4)**
282:15 334:23 398:23
399:3
**1:04 (1)**
385:8
**1:15 (1)**
385:9
**1:35 (1)**
400:19
**1:37 (1)**
402:8
**10 (4)**
289:13,21 405:21
422:13
**10:27 (2)**
270:16 273:11
**10:30 (1)**
349:6
**10:31 (2)**
277:11,12
**10:32 (2)**
277:13,14
**100 (3)**
343:19 367:12 423:2
**11 (3)**
282:5,16 350:4
**11:42 (1)**
334:24
**11:43 (1)**
334:23
**112521 (1)**
270:25
**12 (3)**
300:8,16,21
**12:01 (2)**
334:25 335:5
**12:36 (1)**
363:5
**12:37 (2)**
363:4,6
**12:38 (1)**
363:7
**13 (1)**
398:25

**13:05 (1)**
385:7
**13:15 (1)**
385:12
**13:38 (1)**
402:7
**1300 (2)**
270:15 271:9
**14 (1)**
398:25
**14:37 (1)**
402:12
**15 (3)**
326:4,11 398:25
**15:10 (1)**
429:13
**1515 (2)**
270:15 271:8
**16 (3)**
282:9 399:2 430:19
**16th (1)**
282:6
**17 (11)**
301:6,22,22 324:22
   325:10 326:5,7,11
   326:17,20 399:2
**18 (6)**
301:2,11,23 302:7,10
   399:2
**19 (8)**
289:16,21 300:24
   320:3 321:7,19
   322:15 430:21
**19102 (2)**
270:15 271:10
**19th (1)**
336:17

**2**

**2 (3)**
335:4 364:9 402:7
**2:36 (1)**
402:9
**20 (5)**
323:18 324:4,6
   400:19 422:9
**2000 (4)**
275:5 277:18 390:19
   393:21
**2001 (2)**
390:19,19
**2002 (1)**
297:19
**2006 (2)**
369:22 375:12
**2009 (6)**

295:18 298:7 307:22
   331:2 335:19
   340:10
**2012 (2)**
390:3 396:9
**2013 (15)**
337:3,14,17,20 356:2
   356:17,24 357:9
   389:22 390:3,4
   395:25 396:9,17
   397:4
**2016 (15)**
270:16 271:5 273:11
   282:6,9 289:16
   335:4 336:17
   385:11 402:12
   429:22 430:19,21
   431:18 432:23
**203 (1)**
331:9
**205 (1)**
331:9
**21 (2)**
336:15,19
**210 (1)**
272:3
**23 (2)**
270:16 271:5
**23rd (4)**
273:10 335:4 385:11
   402:11
**242 (1)**
306:25
**250 (2)**
306:23 308:3
**250-page (1)**
308:13
**26th (1)**
431:18
**273 (1)**
430:5
**282 (1)**
430:18
**289 (1)**
430:20

**3**

**3 (5)**
370:16 398:24 402:11
   402:16 429:12
**3:10 (1)**
429:14
**3:11-CV-01229 (1)**
270:7
**30(b)(6) (1)**
407:12

**301 (1)**
430:9
**30326 (1)**
272:16
**319 (1)**
430:12
**323 (1)**
430:14
**324 (1)**
430:22
**3300 (1)**
272:8
**3560 (1)**
272:16
**358 (1)**
430:5

**4**

**4 (3)**
350:8 398:24 408:11
**421 (1)**
430:6
**423 (1)**
430:6

**5**

**5 (5)**
328:23,24 350:8
   364:9 398:24
**500 (1)**
423:2
**501(k) (3)**
369:20 394:23 407:22
**510(k) (5)**
369:15 391:13 392:4
   393:13 407:18
**522 (2)**
301:25 430:10
**55402 (1)**
272:9
**5th (1)**
355:22

**6**

**6 (13)**
280:14 287:19 288:20
   325:10 326:21
   328:20,25 329:3,10
   331:7 340:18 369:4
   398:24
**60 (1)**
303:4
**61 (3)**
303:4,19 308:12
**67 (1)**
391:24

**7**

**7 (1)**
329:4
**722 (3)**
301:25 302:15 430:10
**7a (1)**
336:22
**7th (3)**
337:14,17,20

**8**

**8th (6)**
295:18 298:6 307:22
   331:2 335:19
   340:10

**9**

**9 (4)**
303:20,23 304:6
   398:25
**90 (1)**
272:9
**95th (1)**
355:21