# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **GARY BRYAN BRACKIN,** individually and in his capacity as Surviving Spouse of **PAMELA W. BRACKIN,** Deceased, <br><br> Plaintiff, <br><br> v. <br><br> **MEDTRONIC, INC., et. al,** <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Case No. 2:17-cv-2101** |

## CERTIFICATE OF CONSULTATION AS TO DEFENDANTS MEDTRONIC, INC.'S AND MEDTRONIC MINIMED, INC.'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF WILLIAM J. VIGILANTE, JR., PH.D, CPE

The undersigned counsel hereby certifies that on September 11, 2018, pursuant to Local Rule 7.2(a)(1)(B), counsel for Defendants Medtronic, Inc. and Medtronic MiniMed, Inc., R. Clifton Merrell, contacted counsel for Plaintiff, Phil Campbell, via e-mail to consult regarding this Motion.  On September 11, 2018, counsel for Plaintiff, Phil Campbell, advised that Plaintiff opposed the relief sought in the Motion.

A proposed order granting Defendants Medtronic, Inc.'s and Medtronic MiniMed, Inc.'s Motion is being submitted to Judge Sheryl H. Lipman's ECF mailbox, in accordance with Electronic Case Filing Policies and Procedures § 4.3.

Dated: September 14, 2018          **GREENBERG TRAURIG, LLP**

/s/ Lori G. Cohen
Lori G. Cohen
Georgia Bar No. 174455
(Admitted *Pro Hac Vice*)
R. Clifton Merrell
Georgia Bar No. 593903
(Admitted *Pro Hac Vice*)
Jessica Cabral Odom
Georgia Bar No. 140935
(Admitted *Pro Hac Vice*)
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, N.E.
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212
cohenl@gtlaw.com
merrellc@gtlaw.com
odomj@gtlaw.com


Quinn N. Carlson (TN #25603)
J. Carter Thompson  (TN #35494)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Facsimile: (901) 577-2303
qcarlson@bakerdonelson.com
cthompson@bakerdonelson.com

*Counsel for Defendants Medtronic, Inc. and Medtronic MiniMed, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14th, 2018, I electronically filed the foregoing **CERTIFICATE OF CONSULTATION AS TO DEFENDANTS MEDTRONIC, INC.'S AND MEDTRONIC MINIMED, INC.'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF WILLIAM J. VIGILANTE, JR., PH.D, CPE** with the Clerk of the Court using the ECF system and via electronic mail to the following counsel of record:

| | |
|---|---|
| Gary K. Smith<br>Gary K. Smith Law Firm, PLLC<br>1770 Kirby Parkway, Suite 427<br>Memphis, Tennessee 38138<br>gsmith@garyksmithlaw.com | Kevin Haverty<br>Williams Cedar LLC<br>1515 Market Street, Suite 1300<br>Philadelphia, PA 19102<br>khaverty@williamscedar.com |
| Marlene J. Goldenberg<br>GoldenbergLaw, PLLC<br>800 LaSalle Avenue, Suite 2150<br>Minneapolis, MN 55402<br>mjgoldenberg@goldenberglaw.com | |

This 14th day of September, 2018.

/s/ Lori G. Cohen
Lori G. Cohen
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com

*Counsel for Defendants Medtronic, Inc. and Medtronic MiniMed, Inc.*

ATL 23005245v1