# EXHIBIT "A"

# Deposition Transcript of Anatoly Aleksandrovich (May 18, 2018)

| PAGE: LINE(S) CITED IN REPLY BRIEF |
|:---:|
| 41: 9-13 |
| 50:19-21 |
| 53:18-21 |

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

- - -

GARY BRYAN BRACKIN,            :    CIVIL ACTION
Individually and in his        :
capacity as Surviving          :
Spouse of PAMELA W.            :
BRACKIN, deceased,             :
        Plaintiff,             :
                               :    NO.
        v.                     :    2:17-cv-2101
                               :
MEDTRONIC, INC., et al.,       :
        Defendants.            :
------------------------------------------------

STATE OF MINNESOTA
COUNTY OF HENNEPIN - FOURTH JUDICIAL DISTRICT

CHARLES EKLUND,                :
        Plaintiff,             :
                               :
        v.                     :
                               :
MEDTRONIC, INC., a             :    NO.
Minnesota corporation;         :    27-CV-17-18038
MEDTRONIC MINIMED, a           :
Division of MEDTRONIC,         :
INC.; UNOMEDICAL DEVICES       :
S.A. de C.V., and              :
UNOMEDICAL A/S,                :
        Defendants.            :

- - -

May 18, 2018

DEPOSITION OF ANATOLY ALEKSANDROVICH

- - -

Anatoly Aleksandrovich

Page 2

```
1
2            Videotaped teleconferenced
3    deposition of ANATOLY ALEKSANDROVICH taken
4    pursuant to notice, was held at 16501 Ventura
5    Boulevard Suite 400 Encino, California, beginning
6    at 9:46 a.m., on the above date, before Ann Marie
7    Mitchell, a Federally Approved Certified Realtime
8    Reporter, Registered Diplomate Reporter and
9    Notary Public.
10
11
12
13
14
15
16
17
18
19            - - -
20
21
22        GOLKOW LITIGATION SERVICES
          877.370.3377 ph| 917.591.5672
23            deps@golkow.com
24
```

Page 4

```
1    APPEARANCES (cont.'d):
2
3    MASLON LLP
     BY:  NICOLE E. NAROTZKY, ESQUIRE
4    3300 Wells Fargo Center
     90 South Seventh Street
5    Minneapolis, Minnesota 55402
     (612) 672-8200
6    nicole.narotzky@maslon.com
     Representing Medtronic
7
8
     THOMPSON HINE LLP
9    BY:  Z. ILEANA MARTINEZ, ESQUIRE
     Two Alliance Center
10   3560 Lenox Road NE, Suite 1600
     Atlanta, Georgia 30326
11   (404) 541-2900
     ileana.martinez@thompsonhine.com
12   Representing Unomedical A/S in the Eklund
     Litigation
13
14
     VIDEOGRAPHER:
15      DAVID KIM
16
17            - - -
18
19
20
21
22
23
24
```

Page 3

```
1    APPEARANCES:
2
3    WILLIAMS CEDAR LLC
     BY:  KEVIN HAVERTY, ESQUIRE
4    1515 Market Street
     Suite 1300
5    Philadelphia, Pennsylvania 19103
     (215) 557-0099
6    khaverty@williamscedar.com
     Representing the Brackin Plaintiffs
7
8
     GARY K. SMITH LAW FIRM, PLLC
9    BY:  PHILIP M. CAMPBELL, ESQUIRE
     The Forum III
10   1770 Kirby Parkway, Suite 427
     Memphis, Tennessee 38138
11   (901) 308-6484
     pcampbell@garyksmithlaw.com
12   Representing the Brackin Plaintiffs
13
14   GOLDENBERG LAW, PLLC
     BY:  MARLENE GOLDENBERG, ESQUIRE
15   800 Lasalle Avenue
     Suite 2150
16   Minneapolis, Minnesota 55402
     (855) 975-6581
17   mjgoldenberg@goldenberglaw.com
     Representing the Eklund Plaintiffs
18
19
     GREENBERG TRAURIG, LLP
20   BY:  CLIFF MERRELL, ESQUIRE
     3333 Piedmont Road, NE
21   Suite 2500
     Atlanta, Georgia 30305
22   (678) 553-2100
     merrellc@gtlaw.com
23   Representing Medtronic
24
```

Page 5

```
1            - - -
2          I N D E X
3            - - -
4
5    Testimony of:  ANATOLY ALEKSANDROVICH
6    By Mr. Haverty          14, 323
     By Mr. Merrell          308
7    By Ms. Martinez         320
     By Ms. Goldenberg        329
8
9            - - -
10        E X H I B I T S
11            - - -
12
13   NO.        DESCRIPTION          PAGE
14   AA-1   Slide, "P-cap Infusion Sets    104
          Prime Fill Anomaly CAPA
15        PR#158416," Bates stamped
          MDT-BRACP-029894
16   AA-2   CAPA Full Detail Report with   62
          five Family Tree Levels -
17        PDF, Bates stamped
          MDT-BRACP-028983 through
18        MDT-BRACP-029065
19   AA-6   Video file              56
20   AA-8   PowerPoint, "Prime/Fill     79
          Anomaly Review 3-21-13,"
21        Bates stamped
          MDT-BRACP-0067966 through
22        MDT-BRACP-0067973
23
24
```

Anatoly Aleksandrovich

| | Page 6 |
|---|---|
| 1 | AA-10   PowerPoint, "Prime/Fill      139 |
| 2 | Anomaly Review 4-24-13," |
| | Bates stamped |
| 3 | MDT-BRACP-0069182 through |
| | MDT-BRACP-0067256 |
| 4 | AA-14   Video                             70 |
| 5 | AA-15   Email chain, top one dated  119 |
| | May 21, 2013, Bates stamped |
| 6 | MDT-BRACP-0050917 through |
| | MDT-BRACP-0050922 |
| 7 | |
| 8 | AA-17   Meeting Invitation, 6/3/2013,  172 |
| | Bates stamped |
| 9 | MDT-BRACP-0054646 |
| 10 | AA-18   Email dated June 08, 2013,  126 |
| | Bates stamped |
| 11 | MDT-BRACP-0067490 |
| 12 | AA-19   Field Corrective Action Plan  161 |
| | - Paradigm Insulin Infusion |
| 13 | Sets Potential for Fluid to |
| | Block Tubing Connector Vent |
| 14 | Membranes DFCAP 2013-03 Rev 2 |
| | May 22, 2013, Bates stamped |
| 15 | MDT-BRACP-029780 through |
| | MDT-BRACP-029809 |
| 16 | AA-22   Engineering Reports,       185 |
| | ER13-8302 Version A, |
| 17 | 06/28/2013, Bates stamped |
| | MDT-BRACP-029066 through |
| 18 | MDT-BRACP-029082 |
| 19 | AA-23   Memo dated July 31, 2013,  186 |
| | Bates stamped |
| 20 | MDT-BRACP-0051047 through |
| | MDT-BRACP-0051050 |
| 21 | |
| 22 | AA-24   Email chain, top one dated  194 |
| | August 08, 2013, Bates |
| 23 | stamped MDT-BRACP-0067708 and |
| | MDT-BRACP-0067709 |
| 24 | |

| | Page 8 |
|---|---|
| 1 | AA-35   PowerPoint, "Replacement     244 |
| | Membrane for PCAP Assembly |
| 2 | CAPA QIR 13-006 Design Review |
| | May 9, 2014," Bates stamped |
| 3 | MDT-BRACP-0054546 through |
| | MDT-BRACP-0054423 |
| 4 | AA-36   Email chain, top one dated  247 |
| 5 | July 08, 2014, Bates stamped |
| | MDT-BRACP-005460 through |
| 6 | MDT-BRACP-005462 |
| 7 | AA-37   Email chain, top one dated  253 |
| | July 28, 2014, Bates stamped |
| 8 | MDT-BRACP-0051355 through |
| | MDT-BRACP-0051357 |
| 9 | |
| 10 | AA-40   Extension Request Form,     256 |
| | 04/13/15, Bates stamped |
| 11 | MDT-BRACP-029887 and |
| | MDT-BRACP-029888 |
| 12 | AA-41   Extension Request Form,     259 |
| | 10/26/15, Bates stamped |
| 13 | MDT-BRACP-029889 through |
| | MDT-BRACP-029891 |
| 14 | |
| 15 | AA-43   Validation Summary Report for  262 |
| | CAM 3, Bates stamped |
| 16 | MDT-BRACP-029574 through |
| | MDT-BRACP-029578 |
| 17 | AA-44   Validation Summary Report for  264 |
| | CAM 4, Bates stamped |
| 18 | MDT-BRACP-029767 through |
| | MDT-BRACP-029771 |
| 19 | |
| 20 | AA-46   Email chain, top one dated  267 |
| | 3/4/2016, Bates stamped |
| 21 | MDT-BRACP-029773 and |
| | MDT-BRACP-029774 |
| 22 | |
| 23 | |
| 24 | |

| | Page 7 |
|---|---|
| 1 | AA-25   Engineering Change Form,    201 |
| | ECR/ECO:  5-46903, Bates |
| 2 | stamped MDT-BRACP-0062972 |
| | through MDT-BRACP-0062976 |
| 3 | |
| 4 | AA-26   MiniMed Reservoir       203 |
| | Instructions for Use, Bates |
| 5 | stamped MDT-BRACP-028899 and |
| | MDT-BRACP-028900 |
| 6 | AA-27   Medtronic Quick-set      205 |
| | Instructions for Use, Bates |
| 7 | stamped MDT-BRACP-028901 and |
| | MDT-BRACP-028902 |
| 8 | |
| 9 | AA-28   Medtronic MiniMed Paradigm  209 |
| | Reservoir Instructions for |
| 10 | Use, Bates stamped |
| | MDT-BRACP-028897 and |
| 11 | MDT-BRACP-028898 |
| 12 | AA-30   PowerPoint, "Temporary Vent  210 |
| | Block During Prime CAPA |
| 13 | (QIT13-006)," Bates stamped |
| | MDT-BRACP-0054462 through |
| 14 | MDT-BRACP-0054469 |
| 15 | AA-32   PowerPoint, "Temporary Vent  220 |
| | Block During Prime CAPA |
| 16 | (QIT13-006)," Bates stamped |
| | MDT-BRACP-0069836 through |
| 17 | MDT-BRACP-0069847 |
| 18 | AA-33   PowerPoint, "February CAPA  228 |
| | Review FEB 12 Status," Bates |
| 19 | stamped MDT-BRACP-0054350 |
| | through MDT-BRACP-0054366 |
| 20 | AA-34   Engineering Reports,       240 |
| | ER14-9258 Version A, |
| 21 | 04/25/2014, Bates stamped |
| | MDT-BRACP-0054857 through |
| 22 | MDT-BRACP-0054865 |
| 23 | |
| 24 | |

| | Page 9 |
|---|---|
| 1 | AA-47   Unomedical A/S Medtronic    269 |
| | Subcutaneous Infusion Sets |
| 2 | with P-Cap Premarket |
| | Notification Special 510(k), |
| 3 | Bates stamped |
| | MDT-BRACP-028752 through |
| 4 | MDT-BRACP-028857 |
| 5 | AA-48   Deficiency List, Bates      277 |
| | stamped MDT-BRACP-028858 |
| 6 | through MDT-BRACP-028860 |
| 7 | AA-49   Extension Request Form,     278 |
| | 04/13/16, Bates stamped |
| 8 | MDT-BRACP-029892 and |
| | MDT-BRACP-029893 |
| 9 | |
| 10 | AA-50   Porex FDA Questions Response,  280 |
| | Bates stamped |
| 11 | MDT-BRACP-028861 through |
| | MDT-BRACP-028889 |
| 12 | AA-51   Letter dated August 10, 2016,  282 |
| | Bates stamped |
| 13 | MDT-BRACP-028890 and |
| | MDT-BRACP-028891 |
| 14 | |
| 15 | AA-52   Email chain, top one dated  222 |
| | February 06, 2014, Bates |
| 16 | stamped MDT-BRACP-0050992 |
| | through MDT-BRACP-0050994 |
| 17 | AA-53   PowerPoint Slides, Bates    298 |
| | stamped MDT-BRACP-0081696 |
| 18 | through MDT-BRACP-0081716 |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

3  (Pages 6 to 9)

Anatoly Aleksandrovich

Page 10

```
 1                - - -
 2        DEPOSITION SUPPORT INDEX
 3                - - -
 4
    Direction to Witness Not to Answer
 5
              Page Line
 6
 7
 8
 9    Request for Production of Documents
10            Page Line
11
12
13
           Stipulations
14
             Page Line
15
16
17
18
          Question Marked
19
             Page Line
20
21
22
23
24
```

Page 11

```
 1        MS. MARTINEZ:  I just wanted to
 2    say, this is Ileana Martinez from
 3    Thompson Hine, that I am appearing on
 4    behalf of Unomedical A/S in the Eklund
 5    case only and only for defendant
 6    Unomedical A/S, which is the only
 7    defendant that has been serve in the
 8    Eklund case.  And based on the motions
 9    and the court's order in the Brackin case
10    from yesterday, I will not be appearing
11    and am not appearing on behalf of any
12    defendant in the Brackin case, because
13    we, based on the motions to dismiss and
14    motion to quash and motion for protective
15    order, our position is that we have not
16    been -- Unomedical A/S and Unomedical
17    Devices has not been served at all, and
18    Unomedical A/S has not been properly and
19    timely served.
20        That's all.  Thanks.
21        MS. GOLDENBERG:  All right.  I
22    will go next.
23        This is Marlene Goldenberg, and I
24    am here on behalf of the Eklund family.
```

Page 12

```
 1    I just wanted to note for the record that
 2    while I don't believe that there is going
 3    to be an issue, I would like to leave the
 4    deposition open today, subject to the
 5    production of any documents that I don't
 6    have yet in the Eklund case.
 7        MS. NAROTZKY:  And this is Nicole
 8    Narotzky on behalf of Medtronic.  And a
 9    couple of things, just in response,
10    Marlene, to your statement.
11        You know, we would be willing
12    certainly to meet and confer on that in
13    the future if need be but don't believe
14    that will be necessary, given the
15    productions that have been made and
16    agreed to.
17        The other thing that I would like
18    to add is that, you know, we have been
19    discussing the cross-notice stipulation
20    between the plaintiffs and defendants,
21    Medtronic defendants in the Eklund and
22    Brackin cases.  And while we have
23    agreement on that from this morning that
24    has not yet been filed with the court, I
```

Page 13

```
 1    would just note that the deposition is
 2    being taken pursuant to the agreement
 3    that we reached in that stipulation.
 4        Any objections or comments on
 5    that?
 6        MR. HAVERTY:  No.
 7        MS. MARTINEZ:  No.  That's fine.
 8        MR. HAVERTY:  No.  We agree.
 9        MR. MERRELL:  And then I have one
10    last thing, just so we don't have to
11    break up the flow.  The deposition today
12    is being taken pursuant to the protective
13    orders entered in the Eklund and Brackin
14    cases.
15                - - -
16        (A discussion off the record
17    occurred.)
18                - - -
19        THE VIDEOGRAPHER:  We are now on
20    the record.  My name is David Kim.  I'm a
21    videographer for Golkow Litigation
22    Services.  Today's date is May 18, 2018,
23    and the time in Encino is 9:48 a.m.  This
24    video deposition is taking place in
```

Anatoly Aleksandrovich

Page 14

1    Encino, California, in the matter of
2    Brackin v. Medtronic, Inc., et al., and
3    is cross-noticed with other cases.
4         This is for the US District
5    Court, the Western District of Tennessee.
6    The deponent is Anatoly Aleksandrovich.
7    Counsel will be noted on the stenographic
8    record.
9         The court reporter is Ann Marie
10   Mitchell and is in Philadelphia, and she
11   will now swear in the witness.
12              - - -
13         ANATOLY ALEKSANDROVICH, after
14   having been duly sworn, was examined and
15   testified as follows:
16              - - -
17         EXAMINATION
18              - - -
19   BY MR. HAVERTY:
20       Q.   Good morning, Mr. Aleksandrovich.
21   It's nice to see you again.
22       A.   Good morning.  Likewise.
23       Q.   I'm sure you remember well about
24   three years ago when we were together for those

Page 15

1    grueling depositions.  Hopefully I'm not going to
2    try to re-plow any of that ground too much, but I
3    want to take your deposition today concerning
4    some developments that have happened as well
5    since that time, back in 2015 when we last met.
6         Before we begin, let me give you
7    some instructions so that hopefully you
8    understand me, I'll understand you, and we'll get
9    through this process as quickly as we can.
10        The first is that if at any time
11   I ask you a question that you don't understand or
12   it doesn't make sense to you, please tell me that
13   and I'll try to rephrase the question or
14   otherwise make it understandable.  All right?
15       A.   Okay.
16       Q.   When you do give me an answer,
17   please make it a yes or a no or a narrative,
18   descriptive answer, because there is a court
19   reporter here taking down the testimony, and she
20   can't take down gestures like nods of the head
21   and shrugs of the shoulders.  And even though you
22   may say uh-huh or uh-uh in response to a question
23   and we know sitting here today that you mean yes
24   or no, later on when this comes out in transcript

Page 16

1    form, we may not whether the answer is yes or no.
2    So for the purposes of clarity and accuracy,
3    please give a yes, no or a narrative, descriptive
4    answer.  All right?
5        A.   Understood.
6        Q.   Closely related to that is please
7    wait for me to finish asking my question before
8    you try to answer it.  There are two important
9    reasons for that.  One is that the court reporter
10   can't take down gestures like nods -- or excuse
11   me, can't take down both of us speaking at the
12   same time, but also that way you can
13   understand -- you can assure yourself that you
14   understood my question before you try to give an
15   answer.  Okay?
16       A.   Okay.
17       Q.   And one other factor is playing
18   into this, is there's a little bit of a lag on
19   the audio, so hopefully that won't be too much of
20   an issue, but...
21        Also, if at any time I ask you a
22   question that you don't have an exact answer to
23   or -- but you can provide us with a reasonable
24   approximation or estimation as distinct from a

Page 17

1    guess, it's okay to do that.  Just please tell us
2    that you're approximating or estimating, so that
3    we understand whatever limitations or
4    qualifications there may be on your answer.  All
5    right?
6        A.   Okay.
7        Q.   Very good.
8        Let me just go back a little bit
9    with some of your background.
10        What's your education and
11   training?
12       A.   Master's degree in manufacturing
13   engineering.
14       Q.   Where did you get that degree?
15       A.   In Tashkent State Technical
16   University.
17       Q.   In the former Soviet Union?
18       A.   Correct.
19       Q.   And where did you get your
20   undergraduate degree?
21       A.   Same -- there is no -- there is
22   no distinction.  It was one program that
23   graduated with the master's.
24       Q.   Okay.  They don't do it in the

5 (Pages 14 to 17)

Anatoly Aleksandrovich

Page 18

1   way we do it in the US where it's undergraduate
2   and then you go to graduate school?
3       A.   That is correct.
4       Q.   Okay.  Great.  By the way, let me
5   go back to something else before we get into your
6   background and your education and training.
7           You've obviously given prior
8   deposition testimony on behalf of Medtronic.
9   Correct?
10      A.   I have.
11      Q.   Other than the deposition that
12  you gave in the Dennert and Kubicki matters back
13  in 2015, how many other depositions have you
14  given on behalf of Medtronic?
15      A.   One or two.  I don't remember
16  exactly.
17      Q.   Do you recall when the last time
18  you gave deposition testimony was?
19      A.   No, I don't recall.
20      Q.   Okay.  Do you know whether it was
21  within the last three years?
22      A.   It was before you took my
23  deposition last time.
24      Q.   Okay.  So the deposition that I

Page 19

1   took of you in 2015 was the last time that you
2   testified on behalf of Medtronic?
3       A.   That is correct.
4       Q.   All right.  Are you scheduled to
5   give any deposition testimony on behalf of
6   Medtronic other than this case or these cases at
7   this point?
8       A.   No, not at this point.  No.
9       Q.   And I don't really remember from
10  your prior deposition, but the deposition
11  testimony that you gave prior to the 2015
12  depositions, did that have anything to do with
13  your role in running the CAPA involved with the
14  temporary vent block phenomenon?
15      A.   I don't remember exactly what the
16  previous deposition was on.
17      Q.   Okay.  Did you give any
18  deposition testimony concerning the Lot 8 recall?
19      A.   No.
20      Q.   Were you involved at all in the
21  Lot 8 recall or the CAPA, anything like that?
22      A.   No, I was not.
23      Q.   So you told us that you have a
24  master's degree in manufacturing engineering.

Page 20

1           When did you get that degree?
2       A.   In 1993.
3       Q.   And did you come to the US right
4   after that, or did you work in -- I guess by 1993
5   it was then -- the Soviet Union had broken up.
6   Right?
7       A.   It was about to break up, yes.
8       Q.   So did you remain in Russia or
9   whatever it was that you were in, or did you come
10  to the US?
11      A.   No.  I came to the US in
12  September of 1993.
13      Q.   And how did you come to the US?
14  What was the arrangement for that?  How did you
15  get a job?
16      A.   By -- by how, do you mean how did
17  I arrive physically or my alien status?
18      Q.   I'm talking about why did you
19  come to the US?  Did you have a job here at that
20  point?
21      A.   No.  The family decided to
22  immigrate.
23      Q.   Okay.  So when you came in
24  September of 1993, did you -- were you able to

Page 21

1   get a job at that point?
2       A.   Soon after that.
3       Q.   And what did you do?
4       A.   Started as an inspector at a
5   small manufacturing company in Los Angeles.
6       Q.   What was -- what did they
7   manufacture?
8       A.   It was a job shop that
9   specializes in powder and metallurgy technology.
10      Q.   By the way, within the practice
11  of manufacturing engineering, did you have any
12  particular specialization?
13      A.   Yes.  From an educational
14  standpoint, it was -- it was concentrated around
15  metal cutting technology.
16      Q.   Metal, I'm sorry, metal what?
17      COURT REPORTER:  Cutting.
18      THE WITNESS:  Metal cutting.
19  BY MR. HAVERTY:
20      Q.   Is quality assurance part of
21  manufacturing engineering?
22      A.   It was not by my training.
23      Q.   Is it in your practice, though?
24      A.   In my practice, yes.  Quality

6  (Pages 18 to 21)

Anatoly Aleksandrovich

---

Page 22

1  assurance is a part of anything and everything.
2      Q.    So you were working at this metal
3  company.
4          Then what did you do after that?
5      A.    Then after that, I went to a
6  company that manufactures turbo generators.
7      Q.    Okay.  And what did you do there?
8      A.    A variety of things, progressing
9  from quality inspector to test engineer to
10  manufacturing engineer to project manager.
11      Q.    For how long were you with that
12  firm?
13      A.    Seven years, I believe.
14      Q.    So this takes us into the early
15  2000s?
16      A.    I was laid off from that company
17  in the late 2002.
18      Q.    Okay.  And what did you do after
19  that?
20      A.    I went to another small company
21  that made -- worked on the power storage
22  technology.
23      Q.    Okay.  And what did you do there?
24      A.    Manufacturing engineering.

---

Page 23

1      Q.    And what did -- what did the role
2  of manufacturing engineer involve at that
3  company?
4      A.    At that company was to set up a
5  manufacturing line for this product that the
6  company was working on and equip it with proper
7  equipment and also establish relationships with a
8  supplier for a long-term manufacturing plant.
9      Q.    And for how long did you have
10  that job?
11      A.    Just one year.
12      Q.    And what did you do after that?
13      A.    Then I went to the aerospace
14  company.
15      Q.    Okay.  And what did you do there?
16      A.    I was there trained as a Six
17  Sigma Black Belt and primarily worked in the
18  manufacturing field as well.
19      Q.    And for how long did you have
20  that job?
21      A.    Let's see.  2003 -- three years.
22      Q.    And that takes us up to 2006?
23      A.    Correct.
24      Q.    And what did you do after that?

---

Page 24

1      A.    After that I went to my first
2  medical device company --
3      Q.    What -- what --
4      A.    -- as an industrial engineer.
5      Q.    And what company was that?
6      A.    Advanced Bionics.
7      Q.    Event Bionics?
8      A.    Advanced Bionics.
9      Q.    Advanced Bionics.  Okay.
10          And you said you were a
11  industrial engineer.  How did that differ from a
12  manufacturing engineer?
13      A.    By -- in that particular
14  assignment, mostly by name.  Instead of
15  concentrating on necessarily manufacturing
16  processes, my job was to -- to set up the
17  facility and auxiliary processes to ensure that
18  manufacturing happens in the most efficient way.
19      Q.    It was more of an umbrella type
20  of an assignment rather than a more specific
21  setting up manufacturing processes?
22      A.    That is correct, yes.
23      Q.    And for how long did you have
24  that job?

---

Page 25

1      A.    Until 20 -- late 2008.
2      Q.    And what did you do then?
3      A.    Then Medtronic.
4      Q.    Okay.
5      A.    Starting in January 2009.
6      Q.    And how did you get the job at
7  Medtronic in January of 2009?
8      A.    I applied to an open position,
9  posted, I believe, on their website.
10      Q.    What was the position?
11      A.    I don't remember exactly.  It was
12  a senior engineer.  I don't remember exactly what
13  kind of engineer.
14      Q.    Okay.  And what were your -- what
15  were your job duties at that time?  What lines
16  were you involved in?
17      A.    I'm sorry.  I didn't catch
18  your -- the last part of the question.
19      Q.    Yeah.
20      A.    What lines I was involved with?
21      Q.    What products were you involved
22  with when you came to Medtronic?
23      A.    Oh.  It was a glucose sensor
24  manufacturing line.

---

7 (Pages 22 to 25)

Anatoly Aleksandrovich

Page 26

1    Q.    And what was your job?
2    A.    Like I said, senior engineer and
3  working on the manufacturing line, ramping up
4  production, setting up.
5    Q.    That was a bad question.
6         What I meant was, could you give
7  me some sort of sense of what your job duties
8  were?
9    A.    Okay.  Validating processes,
10 procuring new equipment, installing it,
11 validating it and bringing it to production
12 state, working on setting up manufacturing lines
13 for newly-introduced products, working with
14 suppliers to ensure an uninterrupted flow of
15 parts.
16   Q.    And let me just explore something
17 a little bit.
18        You talked about part of your job
19 is validating processes.
20        Do I understand that to mean that
21 basically when you're preparing a manufacturing
22 type of a system, you want to understand the
23 processes that go into that are -- actually work
24 to do what they're supposed to do, and that's

Page 27

1  what you call validating them?
2    A.    That's part of it.
3    Q.    Okay.
4    A.    It's a little more than that.
5  It's understanding the process and then
6  identifying the process and ensuring that the
7  process produces what's needed reliably and
8  repeatedly.
9    Q.    Now, that type of validation
10 practice, is that a specialization within the
11 practice of manufacturing engineering?
12   A.    No.  I would not call it that,
13 no.  Because manufacturing engineering covers
14 much more than just medical devices, and
15 validation is specific to medical devices.
16   Q.    Oh, okay.  So in other types of
17 manufacturing processes, you don't necessarily
18 have that type of a validation process?
19   A.    That is correct.  Either no
20 validation at all, it's done through a different
21 way, or not to the extent that it's done in the
22 medical device industry, so the answer is yes.
23   Q.    Okay.  And just so I understand,
24 this validation process in the medical device

Page 28

1  industry that you're talking about is something
2  that's part of the FDA requirements for medical
3  devices, is it not?
4    A.    It is.
5    Q.    And that's under the Quality
6  Systems Regulations.  Correct?
7    A.    Correct.
8    Q.    That's Part 820 of the federal
9  rules?
10   A.    I don't remember the number of
11 the regulation.
12   Q.    Okay.  But in any event, there's
13 a specific regulation that deals with, among
14 other things, validation of processes.  Correct?
15   A.    As far as I understand, yes.
16   Q.    And we're going to get into this
17 in a little bit more detail in a bit, but also
18 part those regulations is a process of corrective
19 and preventative actions too.  Correct?
20   A.    I am not sure if this is the same
21 regulation as the validation.
22   Q.    No.  I'm not suggesting it is,
23 but I'm saying that within the quality systems
24 regulations, another thing in addition to

Page 29

1  validation processes is a requirement to have in
2  place corrective and preventative action
3  procedures.  Correct?
4    A.    That is correct.
5    Q.    And those are FDA requirements.
6  Right?
7    A.    Yes.
8    Q.    Okay.  So when you were -- when
9  you first joined Medtronic in 2009 and you were
10 working on the glucose monitor system, how long
11 did you do that position?
12   A.    For about three years.
13   Q.    And then what did you do?
14   A.    And then I switched to
15 consumables.
16   Q.    And what did the consumables
17 consist of?
18   A.    Mostly infusion sets and
19 accessories to those infusion sets.
20   Q.    Did it also include the
21 reservoirs?
22   A.    Consumable -- consumables do
23 include reservoirs.  I am not involved with
24 reservoirs.

8  (Pages 26 to 29)

Anatoly Aleksandrovich

Page 30

1     Q.   Were you ever involved with
2  reservoirs?
3     A.   Not to any serious extent.
4     Q.   Okay.  So what was your job when
5  you moved to consumables relating to the infusion
6  sets?
7     A.   Basically oversee the
8  manufacturing relationship with the supplier that
9  makes infusion sets.  We don't make them
10  ourselves.  And the entire manufacturing site of
11  the infusion set production, if you will.
12     Q.   And in 20 -- well, that was about
13  2012 that you moved over to consumables?
14     A.   Yes, that is correct.
15     Q.   Okay.  And at the time when you
16  moved to consumables in 2012, who was the
17  manufacturer of the infusion sets?
18     A.   Unomedical.
19     Q.   And did you, as part of your job,
20  did you develop a relationship with Unomedical
21  about the manufacture of the infusion sets?
22     A.   So the -- the company-to-company
23  relationship were well established by then.  I
24  developed my personal relationship with

Page 31

1  Unomedical.
2     Q.   And what kinds of things -- were
3  there certain projects that you were working on
4  when you moved over to consumables?
5     A.   Yes.  There is different ones.
6     Q.   Can you give me just some
7  sampling of some good idea of some of the projects
8  that you were working on relating to the infusion
9  sets?
10     A.   It can be anything.  It can be a
11  material change.  It can be an equipment setup or
12  equipment expansion.  It can be capacity increase
13  project.  It can be packaging project or branding
14  project.  All kind of things.
15     Q.   In 2012 when you first got
16  involved with the consumables, what kinds of
17  projects like you just described did you have
18  going at that time, if any?
19     A.   Probably all of the above, to
20  some extent, more -- more some than others.
21     Q.   The manufacture of the infusion
22  sets also included the manufacture of the
23  proprietary connector cap.  Correct?
24     A.   That is correct.

Page 32

1     Q.   And that was something that
2  Unomedical also manufactured and then assembled
3  with the infusion sets to -- or with the
4  catheters to create a complete infusion set.
5  Correct?
6     A.   That is correct.
7     Q.   And do you know for how long that
8  system had been in place, that Unomedical
9  manufactured both the cap, the connector cap, and
10  assembled the completed infusion set?
11     A.   No, I don't exactly.
12     Q.   Did you know that it had been
13  fairly long-standing at that point?
14        MS. MARTINEZ:  Object to the
15     form.
16        THE WITNESS:  Yes.
17  BY MR. HAVERTY:
18     Q.   And when you first came over in
19  2012 to consumables, do you know whether there
20  were any material changes that were in place or
21  in progress at that time?
22     A.   No.  To the best of my knowledge,
23  there was no such project at that time.
24     Q.   Was there -- were there any

Page 33

1  changes in the manufacturing processes that were
2  contemplated or in progress at that time?
3     A.   No, not that I can remember.
4     Q.   So what would your day-to-day job
5  be in dealing with the consumables that were
6  manufactured by Unomedical?
7     A.   Mostly documentation change,
8  updates, review of validation documents provided
9  by Unomedical, things like that.
10     Q.   Okay.  And what types of
11  validation documents was Unomedical providing to
12  you relating to the manufacture of the infusion
13  sets?
14     A.   Unomedical usually supplies a
15  summary report of validation activities.
16     Q.   And what do those validation
17  activities involve?
18     A.   They involve establishing the
19  manufacturing process and verification that the
20  process performs consistently within set
21  parameters.
22     Q.   And were they providing you these
23  summary reports on validation activities on a
24  regular basis?

9  (Pages 30 to 33)

Anatoly Aleksandrovich

Page 34

1           MS. MARTINEZ:  Object to the
2      form.
3           THE WITNESS:  It depends on
4      the -- on the project.
5   BY MR. HAVERTY:
6      Q.   So there wasn't anything in place
7   that said on a monthly basis you will provide us
8   validation summaries?
9      A.   That is correct.  There is no
10  such schedule.
11     Q.   So what would trigger a
12  validation report from Unomedical?  Would it be
13  some change in the manufacturing process or
14  some -- some defect or something that was
15  discovered in the manufacturing process?
16          MS. MARTINEZ:  Object to the
17     form.
18          THE WITNESS:  A change in the
19     manufacturing process, an introduction of
20     a new piece of equipment, a move of a
21     piece of equipment from one place or
22     another, things like that.
23  BY MR. HAVERTY:
24     Q.   And are you still in that same

Page 35

1   position today that you were when you first
2   joined in 2012?
3      A.   Yes.
4      Q.   Okay.  And what's your title now?
5      A.   Senior principal manufacturing
6   engineer.
7      Q.   And do you still have
8   responsibility primarily for the infusion set
9   consumables?
10     A.   Primarily, yes.
11     Q.   Do you have responsibility for
12  any other products associated with the insulin
13  infusion pumps?
14     A.   With the pumps, nothing other
15  than the belt clip.
16     Q.   Oh, the belt clip.  Okay.
17          Is the belt clip manufactured by
18  Medtronic too?
19     A.   No, it is not.
20     Q.   Okay.  Who manufactures that?
21          THE WITNESS:  Can I disclose it
22     here?
23          MR. MERRELL:  Yes.
24          THE WITNESS:  It is manufactured

Page 36

1   by a company -- it is manufactured by a
2      company called SMC.
3   BY MR. HAVERTY:
4      Q.   Are there any other products that
5   you oversee other than the belt clip and the
6   infusion sets?
7      A.   Some accessories to the infusion
8   set, inserting mechanism, inserting devices.  And
9   there is also a couple of new products that I got
10  involved with that -- that are not part of the
11  consumables product line, if you will.
12     Q.   Let me go back a little bit, talk
13  to you about the connector cap for the infusion
14  sets.
15          The purpose of that connector cap
16  is to connect the catheter which delivers the
17  insulin into the body to the reservoir which
18  holds the insulin.  Correct?
19     A.   Correct.  And to the pump.
20     Q.   Right.  Well, right.  Because
21  then you connect it to the reservoir, the
22  reservoir goes in the pump, and the pump pumps
23  the insulin through the reservoir into the
24  catheter, into the body.  Correct?

Page 37

1      A.   Correct.
2      Q.   And you are aware that that
3   connector cap is a proprietary, patented design
4   of Medtronic.  Correct?
5      A.   Correct.
6      Q.   And were you aware that there was
7   a period of time when Medtronic actually did
8   manufacture that connector cap?
9      A.   I am aware of that, yes.
10     Q.   And how did you become aware of
11  that?
12     A.   By learning the history of a
13  proprietary cap manufacturing.
14     Q.   And was it your understanding
15  that part of the reason for the design of that
16  connector cap is because Medtronic was seeking to
17  make the pump waterproof?
18     A.   No.  That's not the main reason
19  for the proprietary cap.
20     Q.   Okay.  What is your understanding
21  of what the main reason for the proprietary cap
22  was?
23     A.   Main reason is that Medtronic
24  pump connects only to Medtronic-designed infusion

10  (Pages 34 to 37)

Anatoly Aleksandrovich

Page 38

1    set.
2          Q.    So is it your understanding that
3    no other types of infusion sets could be used
4    with a Medtronic pump?
5          A.    Other than infusion sets equipped
6    with a proprietary connector, yes.
7          Q.    So -- and so the reservoirs are
8    designed specifically for that connector cap as
9    well?
10         A.    Correct.
11         Q.    Can those reservoirs be used with
12   a standard Luer Lock connector?
13         A.    So we're going to have to be a
14   little bit more clear on this.
15               We do or we used to manufacture a
16   reservoir that will work with the Luer Lock
17   connector.  And then there are reservoirs
18   designed and manufactured to work only with a
19   proprietary connector.
20         Q.    So the reservoirs that are
21   designed for connection with the proprietary
22   connector will not work with a Luer Lock
23   connector?
24         A.    That is correct.

Page 39

1          Q.    Are there reservoirs out there
2    that are not Medtronic reservoirs that would
3    still work in a Medtronic pump?
4          A.    No, not to my knowledge.
5          Q.    So again, are the reservoirs that
6    are designed to connect only to the proprietary
7    cap, are they the only reservoirs that will work
8    in a Medtronic 5 series pump?
9          A.    Yes.  To the best of my
10   knowledge, yes.
11         Q.    And we're going to get into this
12   in a little bit more detail shortly, but you led
13   the corrective and preventative action -- and
14   we're going to call them CAPAs from now on for
15   the benefit of the court reporter -- involve --
16   dealing with the temporary vent block phenomenon.
17   Correct?
18         A.    Correct.
19         Q.    Other than that CAPA, have you
20   ever been involved with any other CAPAs at
21   Medtronic?
22         A.    I don't remember.  Definitely not
23   as a lead.  As a team member I may have, but I
24   don't remember.

Page 40

1          Q.    You don't remember any CAPAs that
2    you might have been involved in other than the
3    CAPA involving the temporary vent block.  Right?
4          A.    Correct.
5          Q.    And you were aware, though, when
6    you came on to the consumables about the Lot 8
7    recall.  Correct?
8          A.    That is correct.
9          Q.    And were you aware of the Lot 8
10   recall when it first happened?  You were working
11   at Medtronic at that time in 2009.  Right?
12         A.    Yes.
13         Q.    Okay.
14         A.    But I was not aware right as it
15   happened, because I was not involved with that
16   product line at the point -- at the time.
17         Q.    Okay.  Because you were doing the
18   glucose monitors.  Right?
19         A.    That's correct, yes.
20         Q.    But at some point you became
21   familiar with the details of the Lot 8 recall?
22         A.    Yes.
23         Q.    Was that before or after you
24   headed up the CAPA relating to the vent block?

Page 41

1          A.    Before.
2          Q.    And do you recall how you became
3    aware of the details of the Lot 8 recall?
4          A.    Yeah.  By a company-wide
5    announcement.
6          Q.    And what was your understanding
7    of what the problem was that led to the Lot 8
8    recall?
9          A.    It was a manufacturing process
10   issue.
11         Q.    And what did that manufacturing
12   process issue do that caused the recall, that led
13   to the recall?
14         A.    So the manufacturing process
15   employed at that time included deposition of some
16   silicone oil onto the inner surface of the P-cap
17   to prevent -- to -- to make the connection easier
18   and to prevent the sounds the two materials were
19   make -- were to make.  And that eventually led to
20   some of that silicone oil being deposited onto
21   the membrane and rendering it gas impermeable.
22         Q.    So that -- and just -- we're
23   going to talk about this in more detail.  But
24   that's exactly the same failure mechanism as was

11  (Pages 38 to 41)

Anatoly Aleksandrovich

Page 42

1  discovered in the temporary vent block
2  phenomenon. Correct?
3           MR. MERRELL: Objection to form.
4           THE WITNESS: No, not the
5      mechanism. Failure mode. The failure
6      itself but not the mechanism.
7  BY MR. HAVERTY:
8      Q.    I stand corrected. Yes. You're
9  right.
10          The failure mode was the same,
11  and that is blocking of the vents that prevents
12  equalization of the pressure. Right?
13     A.    Potentially, yes.
14     Q.    Okay. So back at the time of the
15  Lot 8 recall, Medtronic was aware of a problem
16  with insulin delivery if the vents in the
17  proprietary cap got blocked. Right?
18          MR. MERRELL: Objection to form.
19          THE WITNESS: Yes. After
20      investigation of Lot 8, yes.
21  BY MR. HAVERTY:
22     Q.    Let me shift gears a little bit
23  and talk about CAPAs. We were touching on this a
24  little bit.

Page 43

1           CAPAs stand for corrective and
2  preventative actions. Correct?
3      A.    Correct.
4      Q.    And would you agree with me that
5  a CAPA is a high-level risk mitigation process?
6      A.    It's not just the risk mitigation
7  process, but in general, yes.
8      Q.    It's not something that you enter
9  into just because you find some type of a small
10  deviation from something. It's usually where
11  there's a hazard that's been identified, and that
12  hazard poses a risk to patients' health and
13  safety. Right?
14          MR. MERRELL: Objection to form.
15          MS. MARTINEZ: Same objection.
16          THE WITNESS: There is a -- there
17      is a multistep process -- we didn't call
18      it a system -- at Medtronic that leads to
19      a CAPA. And not every failure identified
20      or not every deviation identified results
21      in a CAPA. There are many different ways
22      to address an issue identified.
23  BY MR. HAVERTY:
24     Q.    Right. And that's what I want to

Page 44

1  talk about a little bit.
2           What is it that would trigger a
3  CAPA ultimately?
4      A.    I can't answer that question
5  directly. First of all, I'm not in the quality
6  systems -- I mean, I'm trained on all the quality
7  systems, but there are multiple steps leading to
8  a CAPA, and I cannot tell you just one way or the
9  other what exactly leads to a CAPA. It's a
10  complex of -- of activities involving a lot of
11  people from different functions.
12     Q.    But again, that's kind of a --
13  there's a multistep process that leads to a
14  decision about whether to open a CAPA or not open
15  a CAPA. Correct?
16     A.    Correct.
17     Q.    And part of that decision-making
18  is an assessment of the risk to patient safety.
19  Correct?
20     A.    That is correct.
21     Q.    And again, when we talk about
22  it's a corrective and preventative action, the
23  corrective part of it means that you -- you're
24  correcting a problem in the near term?

Page 45

1      A.    Not necessarily correct. You can
2  correct it in the near term or in the long term.
3  It depends on the corrective action --
4      Q.    Right.
5      A.    -- identified.
6      Q.    Right. What I'm saying is, is
7  that initially you want to correct whatever the
8  perceived problem is and understand what the root
9  cause is and then take preventative action to
10  prevent that problem from arising in the future.
11  Right?
12          MR. MERRELL: Object to the form.
13          THE WITNESS: That's -- that's
14      high level. But again, it's very, very
15      specific to an issue at hand.
16  BY MR. HAVERTY:
17     Q.    Right. I'm just trying to
18  understand the concept of the process. The
19  process -- that's why it's called corrective and
20  preventative. So first things first is you
21  correct the perceived problem, and then you
22  figure out whether there's anything necessary to
23  be done to prevent that problem from arising
24  again in the future. Right?

12  (Pages 42 to 45)

Anatoly Aleksandrovich

| | |
|---|---|
| Page 46 | Page 48 |

Page 46

1        MR. MERRELL: Object to the form.
2        THE WITNESS: Correct.
3   BY MR. HAVERTY:
4        Q.   So the corrective action might be
5   something like a field notification or a recall.
6   Right?
7        A.   Depending on the situation, might
8   be.
9        Q.   Right.  And a preventative action
10  might be perhaps a redesign of the product to
11  mitigate or eliminate whatever hazard is
12  perceived.  Correct?
13       A.   Might be.  Again, depending on
14  the situation.  Correct.
15       Q.   Okay.  And again, we talked about
16  this a little while ago.  This is something that
17  is required by the FDA to be in place.  Correct?
18       A.   Yes, it is.
19       Q.   So -- and are you required to
20  report to the FDA when CAPAs are opened and what
21  the dispositions of those CAPAs are?
22       A.   I wouldn't be able to -- I don't
23  know exactly how reporting happens and what
24  drives reporting.

Page 47

1        Q.   Okay.  And let's talk a little
2   bit about -- we touched on it a little bit, but
3   risk mitigation as CAPA is one part of that
4   process.
5        You would agree with me that
6   there is a hierarchy of risk mitigation -- risk
7   mitigation processes, the first being if you
8   detect a hazard, you try to design that hazard
9   out.  Right?
10       MR. MERRELL: Object to form.
11       THE WITNESS: I'm not very clear
12  on the question.
13  BY MR. HAVERTY:
14       Q.   Okay.  It was a terrible
15  question, and I apologize.
16       You're aware that there's a
17  hierarchy of risk management techniques?
18       A.   Correct.
19       Q.   Or risk mitigation techniques.
20  Correct?
21       A.   Yes.
22       Q.   And the hierarchy -- the
23  hierarchy, the most desirable technique for risk
24  mitigation is to design out a hazard.  Correct?

Page 48

1        A.   Correct.
2        Q.   And then the next most preferable
3   is if you can't design the hazard out, then you
4   guard against it.  Correct?
5        A.   Correct.
6        Q.   And both of those risk mitigation
7   techniques are designed to take out the human
8   factor in risk mitigation.  Correct?
9        A.   As much as possible.
10       Q.   And then the third risk
11  mitigation technique and the least desirable of
12  the three is if you can't design the hazard out
13  and you can't guard against it, then you warn
14  about it.  Right?
15       MR. MERRELL: Object to form.
16       THE WITNESS: Yes.
17  BY MR. HAVERTY:
18       Q.   And the problem with warnings is
19  that it still involves the human factor.
20  Correct?
21       MR. MERRELL: Objection to form.
22       THE WITNESS: Yes.
23  BY MR. HAVERTY:
24       Q.   And when you open up these CAPAs

Page 49

1   where you've identified a particular hazard or
2   some issue, is that part of the CAPA process is
3   to go down the list of the hierarchy to determine
4   whether or not you can design the problem out,
5   whether you can guard against it or whether
6   you're left with having to warn about it?
7        A.   So the process you're referring
8   to is not a part of my responsibility at
9   Medtronic, and I'm usually not involved in that
10  early stage of the CAPA, so I can't really answer
11  exactly how it happens and how it's supposed to
12  happen.
13       Q.   Right.  But part of the CAPA
14  process is, well, we'll just do it, is the first
15  thing you want to do is you identify the root
16  cause of the problem.  Correct?
17       A.   Once you go into investigation
18  phase of the CAPA, yes.
19       Q.   Okay.  And let's go back and talk
20  specifically about the CAPA that was opened
21  relating to the vent block in 2013.
22       That CAPA arose out of
23  complaints, and then there was a situation
24  analysis done and a health hazard evaluation was

13  (Pages 46 to 49)

Anatoly Aleksandrovich

Page 50

1  done and a risk assessment.  Correct?
2      A.   Correct.
3      Q.   And based upon those initial
4  stages of the investigation, there was a
5  determination that was made to open up a CAPA.
6  Correct?
7      A.   Correct.
8      Q.   And you would agree with me --
9  I'm going to shift gears a little bit -- but that
10 in the spring of 2013, Medtronic uncovered a
11 hazard that was associated with the design of the
12 proprietary connector cap.  Correct?
13          MR. MERRELL:  Objection to form.
14          MS. MARTINEZ:  Objection.
15          THE WITNESS:  No, no.  Incorrect.
16 BY MR. HAVERTY:
17     Q.   What was incorrect about that?
18 Did Medtronic identify a hazard?
19     A.   The hazard was identified, that
20 is correct, but it was not connected or due to
21 design issues.
22     Q.   Well, it was due to a material in
23 the underside of the connector cap that could
24 become gas impermeable if it got wet.  Correct?

Page 51

1          MR. MERRELL:  Objection to form.
2          THE WITNESS:  That is correct.
3  BY MR. HAVERTY:
4      Q.   And that was -- that was the
5  original design of the -- that membrane material
6  in the P-cap, that it would -- it was a two-layer
7  membrane.
8      A.   It was the original design, but
9  the unit was not designed or not intended to be
10 used in the environment where any type of liquid
11 would be present on that surface.
12     Q.   Right.  But the fact is, is that
13 you identified a hazard that was associated with
14 the design.  The design of that connect -- the
15 membrane material in that P-cap could give rise
16 to a hazard if it got wet on the inside.
17 Correct?
18     A.   Correct.
19          MR. MERRELL:  Objection to form.
20          THE WITNESS:  As a consequence to
21 not following instructions.
22 BY MR. HAVERTY:
23     Q.   Right.  But the fact is, is that
24 there was a design flaw in it that, you know, it

Page 52

1  was finally uncovered in 2013.  Right?
2          MR. MERRELL:  Objection to form.
3          THE WITNESS:  Again, I wouldn't
4  call it a design flaw, but yes, it was an
5  issue.
6  BY MR. HAVERTY:
7      Q.   Okay.  And in fact, when a
8  determination was made to redesign that material
9  to mitigate the hazard.  Correct?
10     A.   Ultimately, yes.
11     Q.   Okay.  So the initial thought
12 process was we've identified a hazard, and were
13 you tasked with the job of determining whether or
14 not in the hierarchy of risk mitigation, that
15 hazard could be designed out?
16     A.   I was tasked eventually with --
17 yes.  With -- to lead the team to figure that
18 out.
19     Q.   Okay.  And that's because that
20 was Medtronic's preferred method of risk
21 mitigation?
22          MR. MERRELL:  Objection to form.
23          THE WITNESS:  There is no
24 preferred method to risk mitigation.  It

Page 53

1  can consist of a number of different
2  things.
3  BY MR. HAVERTY:
4      Q.   Well, again, we were talking a
5  little bit earlier about it is if you identify a
6  hazard, the most preferable course of action is
7  to see if you can design that hazard out.  Right?
8      A.   True.  But that's not Medtronic
9  specific.
10     Q.   Right.  But am I correct that
11 Medtronic made a commitment to the FDA that they
12 would look to see if they could design
13 alternative membrane material to mitigate that
14 hazard?
15     A.   Okay.  I can't speak to the
16 commitments made to the FDA, and I'm not very
17 familiar with that correspondence between
18 Medtronic and FDA; but the project team
19 determined that that -- to redesign or to
20 introduce a new material would be the ultimate
21 solution to the problem.
22          MR. HAVERTY:  Cliff, do you want
23 to take a real -- like a two-minute break
24 right here, because --

14  (Pages 50 to 53)

Anatoly Aleksandrovich

Page 54

1         THE WITNESS:  That would actually
2    be nice.
3         MR. HAVERTY:  Would that be
4    perfect?
5         MR. MERRELL:  Sure.
6         MR. HAVERTY:  Okay.
7         MR. MERRELL:  Yeah, that's fine.
8         THE VIDEOGRAPHER:  We are now
9    going --
10        MR. HAVERTY:  I'm sorry.  Go
11   ahead.
12        THE VIDEOGRAPHER:  We are now
13   going off the record, and the time is
14   10:29 a.m.
15             - - -
16        (A recess was taken from 10:29
17   a.m. to 10:39 a.m.)
18             - - -
19        THE VIDEOGRAPHER:  We are now
20   going back on the record, and the time is
21   10:39 a.m.
22   BY MR. HAVERTY:
23   Q.    Mr. Aleksandrovich, the hazard
24   that we were talking about involving the

Page 55

1    temporary vent block, that was first uncovered
2    arising out of a complaint from a customer in
3    September of 2012 about an anomaly during the
4    priming process of the pump.  Correct?
5    A.    To the best of my knowledge,
6    yeah.  I joined the project team much later than
7    that.
8    Q.    Right.  But your understanding
9    was that that's what -- that's what set
10   everything in motion initially.  Correct?
11   A.    Yes.
12   Q.    And your understanding is that
13   they provided a video of this phenomenon as well.
14   Correct?
15   A.    There was a video, yes, correct.
16   Q.    And you've seen that video.
17   Correct?
18   A.    Correct.
19   Q.    This is -- I believe it's
20   Exhibit 6, but let me check here real quickly.
21   I just want to play that video.
22   I believe it's Exhibit 6.  There's a -- there's a
23   placeholder -- yeah.  It's Exhibit 6.
24        In the binder there, Cliff.  It's

Page 56

1    a placeholder for the pumpenfehler video.
2         MR. MERRELL:  Do you want us to
3    have it out or anything or -- or just
4    give it to --
5         MR. HAVERTY:  No.  I just want to
6    let you know that --
7         MR. MERRELL:  Okay.
8         MR. HAVERTY:  Just so you can
9    identify it.
10        MR. MERRELL:  Understood.
11        MR. HAVERTY:  This is Exhibit
12   6 -- not this one.  No, the other one.
13             - - -
14        (Deposition Exhibit No. AA-6,
15   Video file, was marked for
16   identification.)
17             - - -
18        MR. HAVERTY:  So anyway, Cliff,
19   that is just a placeholder for the video,
20   Exhibit 6.
21        MR. MERRELL:  Understood.
22        MR. HAVERTY:  All right.  So
23   we're going to play this.
24   BY MR. HAVERTY:

Page 57

1    Q.    Okay.  Can you see that?  Can you
2    see the video there of the pump?
3    A.    Yes.
4    Q.    Okay.  Great.  We're going to
5    play it.  So if you can take a look at this,
6    Mr. Aleksandrovich.
7             - - -
8         (Video played.)
9             - - -
10   BY MR. HAVERTY:
11   Q.    Mr. Aleksandrovich, you recognize
12   that video as the video from Germany that was --
13   started this whole process, the investigation?
14   A.    I do.
15   Q.    Okay.  And you've seen that
16   before.  Correct?
17   A.    Correct.
18   Q.    And I probably will need to play
19   it for you again, but I just want to ask you a
20   couple of questions.
21        Would you agree with me that what
22   was seen on that video is that the stopper in the
23   reservoir began moving before the slide screw
24   engaged the reservoir stopper?

15  (Pages 54 to 57)

Anatoly Aleksandrovich

Page 58

1     A.    That is correct.
2     Q.    And would you also agree with me
3  that the slide screw seated itself even while the
4  reservoir was moving -- reservoir stopper was
5  moving on its own?
6     A.    I don't think I've seen the
7  seating mechanism.  I think the priming action
8  was stopped before it seated itself.
9     Q.    Okay.  Let's go back and play
10 that again.  Let's see.
11    A.    Okay.
12                - - -
13         (Video played.)
14                - - -
15 BY MR. HAVERTY:
16    Q.    So you can see that it's
17 advancing there.  Correct?
18    A.    Yes, correct.
19    Q.    And right about there the
20 reservoir stopper starts to move.
21    A.    Right?
22    Q.    Do you see it?
23          And then you hear the three
24 beeps.

Page 59

1          Isn't that the seated -- the
2  slide screw has seated at that point.  Correct?
3     A.    I'm not familiar with the -- with
4  the audible signals that the pump makes when it's
5  seated, but it's clearly not seated.
6     Q.    Well, no.  My question is a
7  little bit different.
8          My question is, is that the slide
9  screw advances until it detects a certain
10 pressure, and then it detects itself as having
11 been seated.  Correct?
12    A.    Again, I'm not -- I'm not -- to
13 my shame, actually, I'm not that familiar with
14 the pump operate -- operating, but visually right
15 now what I'm seeing in the picture on the screen,
16 the slide is not engaged with the plunger.
17    Q.    Right.  But that's different than
18 specifically what seating is.  Right?
19    A.    No, I don't think so.  Seating
20 means that they're connected to the point where
21 therapy can start.
22    Q.    Right.  But that's -- let me ask
23 this question:  You see that the person's finger
24 is still on the "act" button.  Correct?

Page 60

1     A.    Yes, but it doesn't mean that
2  they stop pushing it.
3     Q.    Well, that's what I'm saying, is
4  that the person's finger is still on the "act"
5  button, but the slide screw has stopped on its
6  own.  Correct?
7          Do you want to play it again?
8     A.    Yes.  Because I don't agree with
9  what you're saying.
10         MR. HAVERTY:  Back up a little
11 bit.
12         THE WITNESS:  Just a couple of
13 seconds, not the whole thing.
14                - - -
15         (Video playing.)
16                - - -
17 BY MR. HAVERTY:
18    Q.    Yeah.  And you'll hear the three
19 audio beeps, and you'll see that the finger is
20 still on it, and yet the slide screw stops.
21 Right?
22    A.    Yep, okay.
23    Q.    So is it your testimony that you
24 do not believe that the slide screw there has

Page 61

1  detected that it was seated?
2     A.    Again, I can't answer that
3  question.  I'm not that familiar with the pump
4  operation.
5                - - -
6          (A discussion off the record
7          occurred.)
8                - - -
9  BY MR. HAVERTY:
10    Q.    Now, you would agree with me that
11 there was also -- in addition to this video,
12 there were also reports from -- also from
13 Germany, and they had returned infusion sets for
14 examination.  Correct?
15         MR. MERRELL:  Objection to form.
16         THE WITNESS:  I don't remember
17 details to that extent.
18 BY MR. HAVERTY:
19    Q.    Okay.
20    A.    Again, I joined the team later
21 than -- later -- at a later date.
22    Q.    Right.  Okay.  So if you could
23 look at Exhibit 2.
24                - - -

16  (Pages 58 to 61)

Anatoly Aleksandrovich

Page 62

1    (Deposition Exhibit No. AA-2,
2    CAPA Full Detail Report with five Family
3    Tree Levels - PDF, Bates stamped
4    MDT-BRACP-028983 through
5    MDT-BRACP-029065, was marked for
6    identification.)
7         - - -
8    MR. MERRELL:  We have a slight
9    binder malfunction.  Sorry.  It's bent
10   now.
11   MR. HAVERTY:  I put a lot of care
12   into that, Cliff.
13   MR. MERRELL:  I'm sure you did,
14   but unfortunately UPS may not have put
15   the same care into it.  Oh, it's a
16   serious malfunction.
17   It's okay.  Let's pull it out.
18   We'll just have to pull it out.
19   That's -- which maybe is easier anyway.
20   BY MR. HAVERTY:
21   Q.    And let me just ask you a couple
22   of -- are you okay? -- foundational questions,
23   Mr. Aleksandrovich.  This Exhibit 2 is captioned
24   as a "CAPA Full Detail Report with five Family

Page 63

1    Tree Levels."
2         Do you see that?
3    A.    Yes.
4    Q.    Okay.  And underneath that, it
5    has a -- well, the PR number is 158416.  That's
6    the CAPA ID number?
7    A.    Correct, yes.
8    Q.    Okay.  And this was created on
9    April 30th of 2013.  Correct?
10   A.    Looks like it, yes.
11   Q.    And this was the CAPA that you --
12   you led.  Correct?
13   A.    Yes, it is.
14   Q.    And it's titled "QIR#13-006 P-cap
15   Infusion Sets Prime Fill Anomaly."  Correct?
16   A.    Correct.
17   Q.    And what this report that you're
18   looking at is -- as Exhibit 2 is actually the
19   CAPA closing document, is it not?
20   A.    It's the entire report on the
21   CAPA, not necessarily closing.  This is the last
22   version of that report, yes.
23   Q.    Right.  Which means that the CAPA
24   was closed at that point.  Correct?

Page 64

1    A.    Correct.
2    Q.    And indeed, it says up there at
3    the top, "PR State: Closed - Done."  And
4    underneath it says, "Since:  10-November-2016."
5    Correct?
6    A.    Yes, correct.
7    Q.    So that's when this CAPA was
8    closed out.  Correct?
9    A.    Correct.
10   Q.    So it was opened for about
11   three-and-a-half years.  Right?
12   A.    Yes.
13   Q.    Okay.  And if you look down under
14   the "Description" -- and I assume this CAPA
15   document went through multiple iterations over
16   the course of three-and-a-half years.  Correct?
17   A.    Correct.
18   Q.    But this one -- this one we're
19   looking at, this last one should contain all the
20   pertinent information about the CAPA over the
21   course of that three-and-a-half years.  Right?
22   A.    Right.  It should.
23   Q.    So this would be a good source
24   for the history and the chronology of events that

Page 65

1    took place during the course of this CAPA
2    investigation.  Right?
3    A.    Yes.  Correct.
4    Q.    And the information that's in
5    here, is this information that you would have put
6    into the CAPA, or did you derive information from
7    other sources as well?
8    A.    Both.  And the information was --
9    that was placed -- at least the initial
10   information was placed in here, like I said,
11   before I picked it up --
12   Q.    Okay.  So the part --
13   A.    -- as a project lead, yeah.
14   Q.    The part under the "Description,"
15   who would have put that in there?
16   A.    I can't answer that question.
17   Whoever opened this record.
18   Q.    Who other than you would have had
19   access to the CAPA, the document?
20   A.    Any number of people.  CAPA
21   administrators and quality engineers and -- it's
22   not something that only person gets record --
23   access to.
24   Q.    So under the "Description," it

17 (Pages 62 to 65)

Golkow Litigation Services - 877.370.DEPS

Anatoly Aleksandrovich

Page 66

1    says that "Medtronic MiniMed received a complaint
2    call, Service Notification (SVN) 303925131, on
3    September 18, 2012 by a customer describing an
4    unusual behavior of the Paradigm insulin delivery
5    system during manual prime/fill cycle."
6         Do you see that?
7    A.    Yes, I do.
8    Q.    Okay.  And was -- to your
9    knowledge, is that complaint the one that was
10   associated with the video that we just played?
11   A.    I cannot answer that question.  I
12   don't know.
13   Q.    Okay.  But there was some
14   complaint that triggered it, and it was
15   associated with the videotape, a video like that.
16   Right?
17   A.    Yes, correct.
18   Q.    It goes on, "According to the
19   customer, after filling the reservoir and
20   connecting it to the infusion set," and it
21   identifies that as MMT-8 66 Sure-T, Lot #5002095,
22   "the reservoir was loaded into a model MMT-754
23   insulin pump and a manual prime sequence was
24   started.  The customer noted that the insulin

Page 67

1    started flowing through the cannula of the
2    infusion set before the plunger of the pump
3    physically engaged the stopper of the reservoir
4    and that the insulin continued flowing after the
5    manual prime cycle was aborted by the customer."
6         Do you see that?
7    A.    I do.
8    Q.    All right.  And that's consistent
9    with what we observed in that video, that the
10   stopper of the reservoir, the plunger, was moving
11   ahead of the slide screw.  Correct?
12   A.    Correct.
13   Q.    And is it your understanding that
14   there were some infusion sets that were returned
15   for testing that were associated with this
16   complaint?
17   A.    Again, yes, I think so.  I don't
18   remember exactly.
19   Q.    Do you remember that there was
20   some testing that was done on those returned
21   infusion sets and they couldn't reproduce the
22   phenomenon?
23   A.    Yes, I do.
24   Q.    Okay.  And do you recall that in

Page 68

1    fact it wasn't until -- I believe it was Mark
2    Curtis actually noticed some diluent fluid, the
3    fluid that's used in place of insulin for testing
4    purposes, on the inside of the connector cap?
5    A.    In one of his tests, yes.  But I
6    don't think they were necessarily the infusion
7    sets returned from the customer.
8    Q.    No.  You're correct.  They
9    weren't.  But it was sort of an incidental
10   finding by him that he made after he realized
11   that he probably hadn't filled the reservoir
12   correctly?
13   A.    Correct.  Yes.  I remember that.
14   Q.    Right.  And that the insulin
15   spilled out from the -- or the diluent, the green
16   fluid, spilled out from the vial when he
17   disconnected the reservoir while it was
18   underneath the insulin vial.  Right?
19   A.    Yes.  While it was still
20   connected to a pressurized insulin vial, yes --
21   Q.    So --
22   A.    -- or diluent vial.
23   Q.    So he hypothesized that the
24   insulin could be blocking the vents if it got

Page 69

1    spilled on the inside of the connector cap.
2    Right?
3    A.    So if it got spilled on the top
4    of the reservoir --
5    Q.    Right.
6    A.    -- not removed and after that
7    reservoir would be connected to the cap, then
8    that insulin or fluid would be transferred into
9    the P-cap membrane.
10   Q.    And then he actually went and
11   made a video demonstrating that phenomenon.
12   Correct?
13   A.    That's correct.
14   Q.    And then that triggered a review
15   of the returned insulin infusion sets where they
16   developed a test to determine the presence of
17   residual insulin on the inside of the caps.
18   Correct?
19   A.    Yes.
20   Q.    And when they went back and they
21   tested the returned infusion sets that were
22   associated with this phenomenon, this complaint,
23   they found in fact residual insulin on the inside
24   of the connector cap.  Correct?

Page 70

1       A.    I don't remember exactly the
2  findings, but yes.  The test was developed, and
3  Mark did some trials, Mark Curtis did some
4  trials.  I don't remember the details as to which
5  ones he tested and what were the outcomes.
6       Q.    Okay.  But do you recall that at
7  some point there were tests for residual insulin
8  that came back positive, that they found residual
9  insulin on the inside of the caps?
10      A.    Yes.
11      Q.    And then -- let's show -- this is
12 Exhibit --
13           Do you recall that there was a
14 video that was made to educate people within
15 Medtronic about this phenomenon back in the
16 spring of 2013?  Do you recall that?
17      A.    No, I don't.
18      Q.    If you could look at -- if just
19 look at the photograph of Exhibit 14.
20                - - -
21           (Deposition Exhibit No. AA-14,
22      Video, was marked for identification.)
23                - - -
24 BY MR. HAVERTY:

Page 71

1       Q.    Yeah, you see it on the screen.
2           Do you recall seeing this video,
3  Mr. Aleksandrovich?
4       A.    Not at this point.  If you show
5  me the video, maybe it will refresh.
6       Q.    I'm going to.  So we'll play this
7  right now.  This is Exhibit 14.
8                - - -
9           (Video played.)
10                - - -
11 BY MR. HAVERTY:
12      Q.    Yes.  So have you ever seen that
13 video before?
14      A.    Never seen this video.  It's a
15 great video, and I'm ashamed that I've never seen
16 it.
17      Q.    I was going to ask you, is what's
18 depicted on that video consistent with your
19 understanding of how the vent blockage could
20 occur and what the consequences of that would be?
21      A.    Yes, it is.
22      Q.    All right.  And you were aware
23 that based upon that testing and -- they were
24 able to replicate the phenomenon, that that led

Page 72

1  to a situation analysis concerning the
2  phenomenon?
3       A.    Yeah.  Again, I'm not exactly
4  sure of the sequence of events, but they were
5  able to replicate the phenomenon, yes.
6       Q.    And can you tell us what a
7  situation analysis is?
8       A.    A situation analysis, to my
9  knowledge, is a set of activities that -- you can
10 call it initial -- initial attempt to a root
11 cause analysis and also a risk assessment when
12 there is something -- something out of the
13 ordinary happens with the -- with a product,
14 whether it's done by -- through a complaint from
15 a customer or something found internally, it's
16 basically initial risk assessment and initial
17 data assessment, if you will.
18      Q.    And that's sort of the first step
19 in the process of an investigation, where you've
20 got a hazard that's potentially identified.
21 Correct?
22      A.    Correct.
23      Q.    I guess that's why it's called a
24 situational analysis.  You want to understand

Page 73

1  what it is that you're looking at initially to
2  determine what steps you might want to take to
3  investigate further.  Right?
4       A.    That's right.
5       Q.    And depending upon what the
6  initial assessment of the situation analysis is,
7  that could lead to a health hazard evaluation.
8  Correct?
9       A.    It can.  Like I said, it can lead
10 to any number of things.
11      Q.    Okay.  Other than a health hazard
12 evaluation, what would a situation analysis -- or
13 strike that.
14           Is a health hazard evaluation an
15 escalation from a situation analysis?
16      A.    I can't answer.  I'm not super
17 familiar with that procedure, again, which --
18 what is an escalation, what is the -- what leads
19 into that and what is the consequence of what.
20      Q.    But you would agree with me,
21 though, that opening a CAPA is sort of the
22 ultimate escalation from these types of
23 complaints.  Correct?
24      A.    That I agree with.

Anatoly Aleksandrovich

Page 74

1    Q.    And as a matter of fact, at
2  Medtronic diabetes, is there a CAPA board?
3    A.    There is a CAPA board.
4    Q.    And the purpose of the CAPA board
5  is to make decisions as to whether a CAPA is
6  required, given a particular situation.  Right?
7    A.    Correct.
8    Q.    So you would have these various
9  escalations leading to a decision about whether
10  or not to submit an issue to a CAPA board to
11  determine whether a CAPA should be opened.
12  Right?
13    A.    It's -- yes.  I guess -- I guess
14  I can agree to that, yes.  The situation analysis
15  is submitted to the CAPA board to determine
16  whether it warrants a CAPA or not.
17    Q.    And part of the health hazard
18  evaluation that might perhaps be an escalation of
19  a situation analysis is to determine what the
20  risk is to the patients.  Correct?
21    A.    Yes.
22    Q.    And I want to look at -- looking
23  back at Exhibit 2, if you look at page 3 of
24  Exhibit 2, which is Bates stamped 028985 in

Page 75

1  Brackin.  The "Priority Rationale" here for this
2  CAPA "was set as high due to the following
3  reasons:  Product is in the field" and "Patient
4  safety risk is high do to the following reasons."
5        Do you see that?
6    A.    I do.
7    Q.    And did you understand that the
8  evaluation of the risk to patients was the -- the
9  danger was considered to be severe, even if the
10  risk was low that it would occur?
11        MR. MERRELL:  Objection to form.
12        THE WITNESS:  The consequences of
13    this phenomenon can be severe, yes, I
14    will agree to that.
15  BY MR. HAVERTY:
16    Q.    And that's because it could lead
17  to the unintended and unknown -- unintentional
18  delivery -- over-delivery of insulin into a
19  patient's body.  Correct?
20    A.    Correct.
21    Q.    And that could lead to either
22  coma or death ultimately.  Right?
23    A.    Yes.  I'm not a medical
24  professional, but yes.  Nothing good can come

Page 76

1  from an over-delivery of insulin.
2    Q.    Right.  So do you recall when it
3  was that you first did get involved with this
4  investigation?
5    A.    I don't exactly, no.
6    Q.    Okay.  Well, if you look at
7  Exhibit 2 for identification, it looks like -- we
8  agreed that the date it was created was April
9  30th of 2013.  And if you look at the second
10  page, it has you listed as the owner.
11        Do you see that?
12    A.    That's correct.
13    Q.    And your team members were Mark
14  Curtis, John Duarte, Benjamin Grover, Charlyn Lu
15  and Matt Weiner.  Correct?
16    A.    Correct.
17    Q.    So the owner means you're the
18  leader on this.  Right?
19    A.    Yes.
20    Q.    So when the CAPA is opened, it
21  was assigned to you.  Correct?
22    A.    I don't -- again, I don't
23  remember.  It doesn't mean -- me being here as an
24  owner doesn't mean that I was assigned it from

Page 77

1  the beginning.  Owners do change on CAPAs, and
2  these documents do change.
3    Q.    Do you recall how it was you
4  first got involved with this CAPA?
5    A.    I do.  Yeah.  I got called into a
6  meeting to quality -- one of the quality
7  directors at the time and was presented with this
8  project and asked to -- or assigned to take the
9  lead on this.
10    Q.    Do you recall anything else you
11  were told about that?
12    A.    About what, I'm sorry?
13    Q.    Yeah.  Did you -- what did you
14  understand the reason the CAPA was being opened?
15    A.    The reason for -- for that is the
16  risk is high and despite the occurrence being
17  low, and there is something that makes this
18  happen, and we need to investigate and alleviate
19  it.
20    Q.    And did you have an understanding
21  at that point in time what the problem was, what
22  the risk was?
23    A.    What the risk was and what the
24  problem was, yes.

20  (Pages 74 to 77)

Anatoly Aleksandrovich

| Page 78 | Page 80 |
|---|---|

**Page 78**

1    Q.    So at that point when you got
2  involved, had the investigation already been
3  done, they identified the problem, they
4  replicated it, they had done all that
5  investigation, and they realized that a CAPA
6  needed to be opened?
7    A.    Correct.
8    Q.    At the time when you got called
9  into this meeting, had the CAPA been opened at
10  that point or would you be -- were you discussing
11  this because there was an intent to submit it to
12  the CAPA board?  Do you recall?
13    A.    I believe it had been opened by
14  then.
15    Q.    Okay.  And do you recall why it
16  is you were assigned to it?
17    A.    Because that fell into my direct
18  responsibility from a product and process and
19  supplier relationship perspective.
20    Q.    And what did you do initially
21  when you got involved in this CAPA?  What steps
22  did you take?
23    A.    Hard to remember, but we set
24  occurring meetings, and we started looking at

**Page 79**

1  different things.  We started pulling team
2  members in, and essentially started investigating
3  in many different directions.
4    Q.    If you could take a look, please,
5  at Exhibit 8.
6            - - -
7        (Deposition Exhibit No. AA-8,
8      PowerPoint, "Prime/Fill Anomaly Review
9      3-21-13," Bates stamped MDT-BRACP-0067966
10      through MDT-BRACP-0067973, was marked for
11      identification.)
12            - - -
13        MR. MERRELL:  8.
14        THE WITNESS:  8, I'm sorry?
15  BY MR. HAVERTY:
16    Q.    8.  Yes, 8.
17    A.    8.
18    Q.    Do you have it there?
19    A.    Almost.
20        MR. MERRELL:  Sorry, we're just
21  fiddling with the binder.
22        THE WITNESS:  Dealing with a
23  malfunctioning binder.
24            - - -

**Page 80**

1        (A discussion off the record
2      occurred.)
3            - - -
4  BY MR. HAVERTY:
5    Q.    Do you have that there?
6    A.    I do, yes.
7    Q.    Okay.  It's a PowerPoint slide
8  deck.  Correct?
9    A.    Correct.
10    Q.    Have you ever seen this
11  PowerPoint slide deck before?
12    A.    I do not remember.
13    Q.    You don't know who prepared it,
14  do you?
15    A.    I don't.
16    Q.    Do you recall whether there was
17  a -- any type of a presentation, a meeting, about
18  the prime/fill anomaly review in March of 2013?
19    A.    I don't remember that.
20    Q.    Okay.  Go on to the second --
21  second page.  And it gives a "Background."  It
22  says, "Complaints from Europe on Insulin dripping
23  out prior to plunger touching the Stopper."  And
24  it's, "Video sent from a Customer in Germany."

**Page 81**

1  And then, "Customer's sets arrived for analysis
2  1-31-13."  And then, "P-cap Vent flow tested and
3  found to be in spec."  And then, "Detailed
4  engineering investigation by Mark Curtis and
5  January Duarte through February."
6        Do you see that?
7    A.    Yes.
8    Q.    And that's what we were just
9  talking about a few minutes ago, correct, the
10  sequence of events that occurred from the
11  complaint in September of 2012.  Right?
12    A.    It appears so, yes.
13    Q.    And is that consistent with your
14  recollection of the events as they unfolded?
15    A.    Again, I have a hard time
16  remembering this, because I don't think I was
17  involved in this project at that time.
18    Q.    But at some point when you did
19  get involved in it, you learned about the
20  historical events.  Correct?
21    A.    Correct.
22    Q.    And what was just described
23  there, is that consistent with what your
24  understanding was of the history?

21  (Pages 78 to 81)

Anatoly Aleksandrovich

Page 82

1      A.    Yes, correct.
2          Q.    And then the next page, it's
3    "Engineering Analysis Results."  And it says,
4    "Root Cause Identified:  Insulin drops wetting
5    the membrane from inside create temporary block
6    of membrane.  Drops are most likely formed via
7    improper reservoir filling technique."  And
8    "Preliminary experiments indicate a wet membrane
9    may take 5 minutes to over 30 minutes to dry out
10   while in the pump."
11         Do you see that?
12     A.    I do.
13         Q.    And it makes reference to a
14   video.  There was a video that Mark Curtis had
15   made demonstrating this.
16         Is that your recollection?
17     A.    Yes, correct.
18         Q.    All right.  And then the next
19   point is, "Confirmation of Customer case."  It
20   was a "Test to detect dry insulin on the membrane
21   developed."  And then "Traces of dried insulin
22   were identified on the returned sets."
23         Do you recall we talked about
24   that earlier?

Page 83

1      A.    Yes, I do.
2          Q.    So that was consistent with what
3    the history was that you learned about this
4    phenomenon.  Correct?
5      A.    Yes.
6          Q.    And then go to the next page, if
7    you would.
8          This is a line graph that I
9    believe you had -- you had somebody make for you.
10   Correct?
11     A.    Again, I don't remember if it was
12   made at my request or it was made prior to that.
13         Q.    Okay.  Well, you see that it has
14   the "Occurrence Rate" of "Prime Fill Anomaly EA05
15   Complaint Count" from January 2011 to February
16   2013.
17         Do you see that?
18     A.    Yes.
19         Q.    And by the way, let's talk a
20   little bit about that.
21         One of the issues that came up
22   was the issue of the coding of these complaints
23   as prime/fill anomaly.  Correct?
24     A.    Correct.

Page 84

1      Q.    And the problem that they had
2    with that is the prime/fill anomaly, the EA05
3    code, was generic to more than just one
4    particular problem.  Correct?
5          MR. MERRELL:  Objection to form.
6          MS. MARTINEZ:  Objection.
7          THE WITNESS:  That is correct.
8    BY MR. HAVERTY:
9      Q.    So that's why it was difficult
10   for them to determine what the actual incidence
11   of this phenomenon was based upon the complaints
12   and the coding.  Right?
13         MR. MERRELL:  Objection to form.
14         THE WITNESS:  Yes.  That is
15   correct.
16   BY MR. HAVERTY:
17     Q.    And we're going to get into this
18   in a little bit more detail.
19         As a result of that, a new code
20   was developed that was specific to this temporary
21   vent blockage phenomenon.  Correct?
22     A.    Correct.
23         Q.    Now, it's captioned at the bottom
24   there, it says, "About 20% of complaints" -- this

Page 85

1    would be of the EA05 complaint code -- "indicate
2    insulin dripping without plunger touching."
3          Do you recall that assessment?
4      A.    No, I don't.
5          Q.    Do you -- if you note that
6    there's a beginning upward trend in these
7    complaints beginning it looks like in around
8    January of 2012, peaking in about October of
9    2012.
10         Do you see that?
11         MR. MERRELL:  Objection to form.
12         THE WITNESS:  I can see that on
13   the graph, yes.
14   BY MR. HAVERTY:
15     Q.    Do you have any idea why they
16   would have began that upward trend and peaking
17   ultimately in October of 2012?
18     A.    No, I don't.
19         Q.    Okay.  If you go to the next
20   page, it says, "Patient Risk - Known Cases of
21   Harm."  And it says, first bullet point,
22   "Reviewed SVNs for the period of January 2011 to
23   February 2013, for primary-fill anomaly and Low
24   Blood Glucose (both hospitalized and non

22  (Pages 82 to 85)

Anatoly Aleksandrovich

Page 86

1   hospitalized) codes."
2           Next bullet point, "Additional
3   legal received from Legal."
4           Next bullet point, "5 instances
5   of customers experiencing inside Low Blood
6   Glucose" at -- "(at varying levels of severity)
7   were identified during the period." And then,
8   "Details are tabulated in the next page."
9           And then it goes on and says,
10  last bullet point, "Annual Occurrence is
11  estimated at 91 cases per year," and that's "(20%
12  times 457), or" about "0.02% of Active base
13  (425,000), which is a Rare Occurrence."
14          Do you see that?
15      A.   I do.
16      Q.   Okay.  Were you aware of that
17  information around the time you got involved in
18  this?
19      A.   No.  I was aware of the five
20  instances of customers experiencing low BG.
21      Q.   Okay.
22      A.   But not about the rest of the
23  data here.
24      Q.   You were not aware of the

Page 87

1   estimate of 91 cases per year, this phenomenon?
2       A.   No.  I don't remember those
3   numbers.
4       Q.   Okay.  Did you at some point
5   become aware of that?
6       A.   I did, but, again, maybe not
7   about those numbers exactly.
8       Q.   Okay.  And by the way, going back
9   to where we identified the SVNs, those are
10  service notifications.  Correct?
11      A.   Correct.
12      Q.   And those are documents that are
13  created when a customer calls in with a
14  complaint.  Correct?
15      A.   Correct.
16      Q.   And they each have their own
17  unique number.  Right?
18      A.   Right.
19      Q.   If you go to the next page,
20  please, and it lists the five SVNs, correct, that
21  were identified where patients were hospitalized
22  or had low blood glucose and were either
23  hospitalized or not hospitalized.  Right?
24      A.   Right.  I only see three numbers

Page 88

1   but five occurrences.  Yes.
2       Q.   Right.  Because two of them don't
3   have an associated SVN.  Correct?
4       A.   Correct.
5       Q.   For whatever reason, nobody
6   knows, I guess.  Right?
7       A.   Correct.
8       Q.   But anyway, the first one was
9   from September of 2012, and it notes that the
10  complaint was "Low Blood Glucose Not
11  hospitalized, suspected 50 units of over
12  delivery."
13          Do you see that?
14      A.   I do.
15      Q.   And I think you said, you do
16  remember the -- the information concerning the
17  five cases that were identified.  Right?
18      A.   That is correct.
19      Q.   And then the next one is dated
20  5/23/12, "Low Blood Glucose, hospitalized,
21  Suspected 80 units" of "over-delivery."
22          Do you see that?
23      A.   I do.
24      Q.   And by the way, 50 units or

Page 89

1   80 units of over-delivery would be a pretty large
2   dose of insulin, would it not?
3       A.   Not exactly sure about dosage.
4       Q.   Okay.  It would probably depend
5   upon the individual patient.  Right?
6       A.   Correct.  Again, I'm not a
7   medical professional, so I cannot really make
8   those assessments.
9       Q.   Okay.  Then the next one is from
10  February 22nd of 2011, and it's listed as a "Low
11  Blood Glucose, hospitalized, suspected 200 units"
12  of "over-delivery.  Deceased a month later,
13  correlation to be determined" and "Litigation
14  Pending."
15          Do you see that?
16      A.   I do.
17      Q.   Do you ever recall any
18  conversations about any of these five cases?
19  Were you ever involved in any discussions?
20      A.   These five cases, if I remember,
21  they're mentioned in the CAPA, and the CAPA was
22  actually opened based on these five cases.
23      Q.   Okay.  And -- okay.  That's an
24  interesting point that you make.

23  (Pages 86 to 89)

Anatoly Aleksandrovich

Page 90

1    What about these five cases drove
2 the decision to open a CAPA?
3    A.   The -- I guess the severity of
4 these five cases.
5    Q.   Right.  And that's -- in fact,
6 you've got one that was hospitalized with
7 200 units of over-delivery who died a month
8 later.  Right?
9    A.   Yes.  Suspected 200 units, yes.
10    Q.   Yeah.  And then the fourth case
11 that's listed is from June of 2012, and it has
12 "Low Blood Glucose, Hospitalized, suspected
13 85 units" of "over-delivery."
14    Do you see that?
15    A.   Yes.
16    Q.   And then the final one is from
17 March of 2013, "Low Blood Glucose not
18 hospitalized, suspected 75 units" of
19 "over-delivery."
20    Do you see that?
21    A.   I do.
22    Q.   Do you recall a situation where a
23 customer reported to Anthony Vicente that he
24 had -- that he had filled his reservoir,

Page 91

1 attempted to prime his pump, and it only primed a
2 couple of units when he expected 8 or 9 units,
3 and that he woke up in the middle of the night
4 and saw that his reservoir was empty?  Do you
5 recall that?
6    A.   I recall that somebody made a
7 complaint directly to Anthony Vicente at some
8 social event or sports game.  I don't exactly
9 remember the details of the complaint.
10    Q.   Do you know whether that was the
11 March 14, 2013 SVN that's listed there as case
12 number 5?
13    A.   No.  Like I said, I don't
14 remember the exact SVN that that resulted in.
15    Q.   And during the course of your
16 work on the CAPA, in the investigation, did you
17 have interactions with Anthony Vicente?
18    A.   Of course.
19    Q.   Prior to this time, your
20 involvement in the CAPA, did you have any
21 interactions with Anthony Vicente?
22    A.   Yes.
23    Q.   Why would you have a reason to
24 interact with Anthony Vicente other than outside

Page 92

1 this CAPA?
2    A.   On some other projects.  Anthony
3 Vicente takes care of SVNs, and sometimes there's
4 data needed for this project or that project that
5 only can come from him or people working in the
6 same department with him.
7    Q.   Okay.  If you could go to the
8 next page on Exhibit 8, so this appears to be a
9 type of a risk assessment.  Correct?
10    A.   Looks like it, yes.
11    Q.   Okay.  Are you able to tell from
12 this matrix what the estimated risk assessment
13 was for this prime/fill anomaly?  Is there any
14 way to tell?
15    A.   No, no, not really.
16    Q.   Okay.  If you look up at the top
17 there, it's got "A33 - Loose Cap only Annual
18 Frequency 0.3%."
19    Do you know what that's referring
20 to?
21    A.   I do.
22    Q.   What is it referring to?
23    A.   So A33 is a -- is a failure --
24 let's call it a failure code that is produced by

Page 93

1 the pump, I assume.  And what I remember, there
2 was a -- there was a project around that.
3    Q.   Was there a CAPA, to your
4 knowledge?
5    A.   I think there was a CAPA.  And I
6 actually may have been briefly involved in that
7 CAPA, very briefly.
8    Q.   And what was your involvement in
9 that CAPA?
10    A.   I did some experiments on that
11 while -- while they were looking for another
12 engineer to take that over.
13    Q.   And what experiments did you do?
14    A.   So a loose cap test has to do
15 with a portion of a pump housing that may become
16 loose, and we did some experiments on different
17 geometry on that.
18    Q.   Now, on this risk matrix, it
19 doesn't look like there's any evaluation of the
20 risk from the prime/fill anomaly.  Correct?
21    A.   Correct.  Not obvious, yes.
22    Q.   Okay.  If you go to the next
23 page, again, it doesn't appear to be any analysis
24 of the risk specific to the prime/fill anomaly.

24 (Pages 90 to 93)

Anatoly Aleksandrovich

Page 94

1  Correct?
2      A.   Correct.
3      Q.   And I think you said that you --
4  the CAPA had already been open -- you think the
5  CAPA was already opened by the time you got
6  involved in it?
7      A.   That is correct.
8      Q.   Do you know who presented to the
9  CAPA board in order to get a CAPA open?
10     A.   No, I do not.
11     Q.   What was the -- anyway, if you
12  could go back to Exhibit 2, to the CAPA -- the
13  complete CAPA file.
14     A.   Uh-huh.  Yes.
15     Q.   And look on page 2, the second
16  page, under "Mitigation Comments," it says, "A
17  Health Hazard Evaluation...2013-03...was
18  performed to assess the risks and evaluate
19  potential risk mitigation methods.  The following
20  steps were identified to be needed in order to
21  mitigate the risk at hand."
22          First bullet point, "Customer
23  communication letter-sent to current US Paradigm
24  pump users."

Page 95

1          Next bullet point, "Healthcare
2  Professional Letter-sent to physicians who have
3  prescribed Paradigm pumps."
4          Next bullet point, "Distributor
5  letter-sent to distributors and payers."
6          Next bullet point, "Wholesale
7  letter-sent to wholesale partners."
8          And last bullet point, "In
9  addition to all communications, a package insert
10  is included with shipments of Paradigm pumps,
11  reservoirs and Paradigm Infusion sets."
12         Do you see that?
13     A.   I do.
14     Q.   Okay.  Would you agree with me
15  that that was intended as the corrective
16  action -- the corrective part of a corrective and
17  preventative action?
18         MR. MERRELL:  Objection to form.
19         THE WITNESS:  It was the initial
20     corrective action.  Yes, I would agree
21     with that.
22  BY MR. HAVERTY:
23     Q.   And was there a discussion that
24  in addition to the initial part of the corrective

Page 96

1  part of the CAPA, that there would be a
2  preventative process designed to look at how you
3  could mitigate the hazard entirely?
4      A.   When you refer to discussions, at
5  what point of time and at what -- in what
6  settings?
7      Q.   Well, when the CAPA was opened,
8  what was the intent at that point, do you know?
9      A.   Again, I don't remember, because
10  I think CAPA was opened before my involvement.
11     Q.   Okay.  Well, did you come to
12  understand what the purpose of the CAPA was once
13  you got involved?
14     A.   Yes.
15     Q.   And what was the purpose of the
16  CAPA?
17     A.   CAPA -- purpose of the CAPA was
18  to investigate and potentially implement
19  something that will completely eliminate this
20  phenomenon from -- from happening, or at least
21  mitigate it to the point of very, very low
22  occurrence.
23     Q.   Right.  And what we're talking
24  about here in the mitigation comments, and we

Page 97

1  talked about that's the corrective part of the
2  process, these would all fall under the category
3  of the type of warnings that you would use for
4  risk mitigation.  Correct?
5      A.   Correct.
6      Q.   And again, as we talked about,
7  that's the least preferred method of risk
8  mitigation, if you can design the hazard out or
9  if you can guard against the hazard.  Correct?
10         MR. MERRELL:  Objection to form.
11         THE WITNESS:  Again, it's -- it's
12     depending on the situation.  I --
13     there's -- I can't -- I can't say whether
14     one is more important or more effective
15     than another.
16  BY MR. HAVERTY:
17     Q.   Okay.
18     A.   It really all depended.
19     Q.   Anyway, going back to the next
20  page, we talked about this, I didn't finish up,
21  I'm sorry for jumping around, we talked about the
22  "Priority Rationale...was set as high due to the
23  following reasons: " The "product is in the
24  field," which means patients are being exposed to

25  (Pages 94 to 97)

Anatoly Aleksandrovich

Page 98

1 it. Correct?
2      A.   Correct.
3      Q.   And then "Patient safety risk is
4 high do to the following reasons," and that's
5 when we talked about the risk was relatively --
6 the severity of the risk was important. Correct?
7      A.   Correct.
8      Q.   And that's because "The failure
9 can potentially result in over delivery of
10 insulin leading to patient hospitalization" and
11 "The failure can potentially result in under
12 delivery of" insulation -- "insulin leading to
13 patient hospitalization."
14          Do you see that?
15     A.   I do.
16     Q.   Now, we talked a little bit about
17 how the over-delivery could occur, based upon the
18 videos and what was shown in the videos.
19          Can you describe for us how the
20 failure or the blocking of the vents could
21 potentially result in an under-delivery of
22 insulin?
23     A.   To the best of my knowledge, once
24 the phenomenon occurs and then pressure finally

Page 99

1 equalizes in the chamber, the pump will continue
2 to drive the piston or the slide, by the slide
3 not being engaged to the stopper on the reservoir
4 will not result in any delivery of insulin.
5      Q.   And that's because when the
6 reservoir stopper begins to move on its own and
7 the slide screw has to basically chase -- chase
8 after it to catch up, there will be a gap between
9 them. Correct?
10     A.   Correct.
11     Q.   So --
12     A.   There is no physical connection
13 between the -- between the slide of the pump and
14 the plunger or stopper of the reservoir.
15     Q.   So what could happen is that the
16 reservoir moves to a certain point ahead of the
17 slide screw, stops when the pressure equalizes,
18 and then there's a lag from the slide screw,
19 it takes some period of time for it to catch up
20 before it can continue to deliver insulin.
21 Correct?
22     A.   That is correct.
23     Q.   And it all depends upon -- how
24 long that period of time is all depends upon how

Page 100

1 large the gap is between the slide screw and the
2 reservoir stopper when the reservoir stopper
3 stops. Right?
4      A.   That is correct.
5      Q.   Now, one of the things -- if you
6 could look at page 8 of the -- of Exhibit 2.
7          Actually, go back to page 6.
8 Let's go there and lay a better foundation.
9          - - -
10         (A discussion off the record
11 occurred.)
12         - - -
13 BY MR. HAVERTY:
14     Q.   Okay.  All the way at the bottom,
15 do you see that?  It says, "It is concluded that
16 based upon the above described testing and
17 observations," which we talked about a little
18 earlier, "the prime/fill anomaly is caused by a
19 blocked membrane and a contributing cause being
20 the Reservoir filling process where an incorrect
21 filling process can result in a blocked membrane.
22 The contributing cause of an incorrect filling
23 process will not be addressed as the filling
24 process is dependent on the user and when the IFU

Page 101

1 is followed correctly there should not be any
2 issues during the reservoir fill process.  For
3 this reason, this CAPA will only address the
4 prime/fill anomaly caused by a blocked membrane.
5 The blockage is most likely caused by a liquid
6 (insulin or other) being present on the polyester
7 side of the membrane.  Liquid, when present on
8 the polyester side of the membrane, seems to
9 render the membrane impermeable to air which, in
10 turn, traps air contained in the reservoir
11 compartment of the pump.  During a manual
12 primary/fill cycle, the trapped air inside the
13 pump housing gets pressurized and causes a
14 premature movement of the reservoir plunger.
15 Based on all factors and investigation results,
16 the team concluded that the primary root cause
17 for the temporary blocked P-cap membrane is" the
18 "membrane material itself."
19         Do you see that?
20     A.   I do.
21     Q.   Okay.  And that membrane material
22 is part of the design of the P-cap.  Correct?
23     A.   Correct.
24     Q.   So the goal of the CAPA then was

26  (Pages 98 to 101)

Anatoly Aleksandrovich

Page 102

1  you were not going to address the IFUs, or the
2  information for users, which would be sort of
3  like along the lines of a warning, you were going
4  to redesign the materials in the connector cap to
5  make sure that they could remain gas permeable in
6  the event that someone does fill a reservoir
7  improperly and insulin gets on the inside of the
8  cap. Right?
9          MR. MERRELL:  Objection to form.
10         THE WITNESS:  Right. So
11  partially due to the fact that IFUs had
12  been updated by this point in time with
13  warnings and we, team, company, did not
14  believe that that is good enough. So we
15  decided to take one step further and
16  change something design-wise to either
17  completely eliminate this from occurring,
18  although you really can't theoretically,
19  but at least take the possibility of
20  occurrence to some minuscule number.
21  BY MR. HAVERTY:
22     Q.   And I think you just said
23  something that was important for me to follow up
24  on.

Page 103

1          And that is that when you
2  evaluated the mechanism of the failure mode and
3  you understood how it could occur, you didn't
4  believe that updating the IFUs and providing
5  warnings was sufficient or adequate to mitigate
6  this risk. Correct?
7          MR. MERRELL:  Objection to form.
8          THE WITNESS:  Not to 100 percent
9  of -- to take care of problem.
10  BY MR. HAVERTY:
11     Q.   Right. Because the IFUs and this
12  filling process, this improper filling process,
13  all involved humans who could easily make
14  mistakes through inadvertence or inattention.
15  Right?
16     A.   Correct.
17     Q.   So what you wanted to do was to
18  make sure that to the extent you could was to
19  design out the hazard entirely. Right?
20     A.   That is correct.
21     Q.   And not rely upon --
22     A.   But --
23     Q.   I'm sorry. Go ahead.
24     A.   Correct. To design out the

Page 104

1  possibility of hazard occurring. Yes.
2          MR. HAVERTY:  Cliff, do you want
3  to take a real quick break here?
4          MR. MERRELL:  Sure.
5          THE VIDEOGRAPHER:  We are now
6  going off the record, and the time is
7  11:36 a.m.
8               - - -
9          (A recess was taken from 11:36
10  a.m. to 11:57 a.m.)
11         THE VIDEOGRAPHER:  We are now
12  going back on the record, and the time is
13  11:57 a.m.
14  BY MR. HAVERTY:
15     Q.   Mr. Aleksandrovich, if you could
16  look at Exhibit 1, please, pull that up.
17         I just want to lay a foundation
18  for this.
19              - - -
20         (Deposition Exhibit No. AA-1,
21  Slide, "P-cap Infusion Sets Prime Fill
22  Anomaly CAPA PR#158416," Bates stamped
23  MDT-BRACP-029894, was marked for
24  identification.)

Page 105

1               - - -
2  BY MR. HAVERTY:
3     Q.   Got that?
4     A.   Yes, I do.
5     Q.   Do you recognize this timeline?
6     A.   No. I've never seen this
7  timeline.
8          I stand corrected. I recognize
9  the timeline. I've never seen this particular
10  slide.
11     Q.   Okay. So you didn't create this.
12  Correct?
13     A.   I didn't.
14     Q.   Could you just take a moment to
15  review it, because I want to use this as a
16  foundation for some questioning, you know, along
17  the way.
18         And just take a look at the
19  timeline and see if it comports with your
20  recollection of the events related to this CAPA.
21         MR. MERRELL:  It's actually
22  really hard to read --
23         THE WITNESS:  Yeah, it is very
24  hard to read.

27 (Pages 102 to 105)

Anatoly Aleksandrovich

Page 106

1        MR. HAVERTY:  Yeah, I know it is.
2        MR. MERRELL:  -- Kevin.
3        MR. HAVERTY:  I know it is, and I
4    apologize for that, but that's how it
5    came to me.
6        MS. MARTINEZ:  Here.
7        MR. MERRELL:  Do you want look --
8    there's another version.
9        Do you want to look on a
10   computer, it might be easier to see?
11       MR. HAVERTY:  Oh, okay.
12       MR. MERRELL:  Would that be
13   helpful.
14       MR. HAVERTY:  I didn't think it
15   was easier to see on the computer.
16       THE WITNESS:  I can see most of
17   it.  Some things there's just --
18       MR. MERRELL:  It may not be.  I'm
19   just offering it.  It's at least larger.
20       MR. HAVERTY:  Yeah.  You just
21   need to have your prescription checked,
22   Cliff.
23       THE WITNESS:  No, no.  It's okay.
24   Resolution gets lost anyways.

Page 107

1        MR. HAVERTY:  I spent about a
2    half an hour trying to make sure that I
3    got the maximum resolution, because I
4    agree, it's terrible.
5        THE WITNESS:  Good to go.
6    BY MR. HAVERTY:
7        Q.   Yeah, I noted, just for the
8    record, that you made some notes on that copy?
9        A.   I did.
10       Q.   What did you put on there?  Just
11   so we can have it on the record.
12       A.   Just abbreviations -- just
13   abbreviations to understand -- so I can
14   understand what those blocks are.  Not very good
15   to see.
16       Q.   Okay.  But does that comport with
17   what your recollection of the timeline was for
18   the development of the new membrane material?
19       A.   It does.
20       Q.   I just want to put that aside for
21   right now but use that as a handy touchstone
22   for -- for going forward.
23       Before we do that, excuse me, it
24   notes that the CAPA start date was sometime

Page 108

1    before May of 2013.  Right?
2        A.   Correct.
3        Q.   And then there's a field
4    corrective action/health hazard evaluation noted
5    in May of 2013.  Right?
6        A.   Correct.
7        Q.   And that's one of the things that
8    led to -- strike that.
9        Then it looks like May into --
10   sometime in early May there's an "Extension
11   Request #1" for the "Investigation Phase,
12   Extension to summarize root cause findings in ER.
13   New due date:  6/28/13."
14       Do you recall that?
15       A.   I don't recall that, but I see
16   that and I can understand what this refers to.
17       Q.   I was going to ask you that.
18   What does it refer to?  Why was an extension
19   needed?
20       A.   Because sometimes the originally
21   planned time for certain tasks is not sufficient
22   enough and -- due to many things, possible
23   things.
24       Q.   Okay.  The -- I'm sorry.

Page 109

1        So does that mean that you didn't
2    anticipate being able to identify the root cause
3    from the engineering report until the end of June
4    of 2013?
5        A.   That means that whoever filed
6    that extension, it might have been me, it might
7    have been somebody else, I don't recall at this
8    moment, that means that whoever did that needed
9    more time to finish thorough investigation.
10       Q.   And to determine -- to come to a
11   conclusion about what the root cause was of the
12   problem.  Correct?
13       A.   True, yes.
14       Q.   Okay.  And then it looks like the
15   root cause was identified at the end of June,
16   consistent with that extension request.  It's a
17   big yellow box.  Right?
18       A.   Correct.
19       Q.   And it says -- yeah.  It says,
20   "Root Cause.  The primary/fill anomaly is caused
21   by a blocked membrane.  The blockage is most
22   probably caused by a liquid (insulin or other)
23   being present on the polyester side of the
24   membrane.  Liquid, when present on the polyester

28  (Pages 106 to 109)

Anatoly Aleksandrovich

Page 110

1 side of the membrane, seems to render the
2 membrane impermeable to air which, in turn, traps
3 air contained in the reservoir compartment of the
4 pump.  During a manual primary/fill cycle, the
5 air trapped inside the pump housing gets
6 pressurized and causes a premature movement of
7 the reservoir plunger."
8          Is that your recollection of what
9 the root cause was that was ultimately
10 identified?
11      A.   Yes.  As documented.
12      Q.   Okay.  If you could -- and I
13 apologize for bouncing around, but if you could
14 go back to Exhibit 2, please, the CAPA report,
15 and I want to direct your attention to page 4.
16          On the heading it's
17 "Investigation Summary."
18          Do you see that?
19      A.   Yes.
20      Q.   And then, "Investigation started
21 with testing of the returned infusion sets and,
22 also, some testing of similar products."
23          You see we talked about that a
24 little bit earlier, right, the returned products

Page 111

1 from Europe?
2      A.   Right.
3      Q.   And then the next paragraph says,
4 "Based on historic knowledge (CAPA QIR09-006), it
5 is known from the failure like the one reported
6 by the end user (insulin flow prior to physical
7 engagement between the pump plunger and" the
8 "reservoir stopper) is caused by a completely or
9 partially blocked vent membrane on the P-cap."
10          Do you see that?
11      A.   I do.
12      Q.   That -- when you're talking about
13 based on historic knowledge and identifying that
14 CAPA there from '09, is that -- is that referring
15 to the Lot 8 CAPA?
16      A.   I'm not sure what this CAPA
17 number refers to and what this CAPA number is
18 assigned to.
19      Q.   Are you aware of what the
20 historic knowledge is that they're referring to?
21      A.   Yes.  That is Lot 8 related, the
22 historic knowledge, the description of the
23 failure mode.
24      Q.   Right.  Yeah.  So it goes on, it

Page 112

1 says, "As it was discovered from the
2 investigation during QIR09-006, the blocked
3 membrane was caused by a deposit of silicone
4 oil."
5          That's the Lot 8 situation, is it
6 not?
7      A.   It is.
8      Q.   It says, "This oil has been
9 removed from the manufacturing process.  Also,
10 all questionable units returned during
11 investigation phase of QIR09-006 remained blocked
12 after return to Medtronic.  Contrary to that, all
13 units returned during investigation phases of
14 this project demonstrated acceptable flow through
15 the P-cap membrane when tested in MiniMed's lab.
16 However, during the testing, the person
17 performing the test noticed a small green diluent
18 stain, inside the P-cap, on the polyester layer
19 of the membrane."
20          And then it goes on to say,
21 "(Green diluent is a test media of choice in
22 MiniMed's lab environment.)  Upon close review of
23 the stain it was determined that the stain was
24 residual diluent spilled onto the reservoir's

Page 113

1 Snapcap during filling from the insulin vial, and
2 when P-cap was attached over the Snapcap, the
3 green diluent was transferred onto the membrane
4 inside the P-cap."
5          You recall that was the Mark
6 Curtis situation.  Correct?
7      A.   Correct.
8      Q.   And it resulted from Mark Curtis
9 actually performing the same improper filling
10 process as some of the other patients who had
11 complained about the prime/fill anomaly.
12 Correct?
13      A.   It appears so, yes.
14      Q.   So Mark Curtis, one of the -- one
15 of Medtronic's own engineers, did the same --
16 made the same mistake as customers were making
17 that was resulting in this prime/fill anomaly.
18 Right?
19          MR. MERRELL:  Objection to form.
20          THE WITNESS:  I'm not sure if he
21 made the same mistake during this
22 investigation.  He simply observed
23 diluent.  How it got there remains
24 unknown at this point.

29 (Pages 110 to 113)

Anatoly Aleksandrovich

Page 114

1  BY MR. HAVERTY:
2      Q.    Well, but it goes on, it says,
3  "Residual...spilled onto the reservoir's Snapcap
4  during filling from the insulin vial."
5          And you know that that was
6  because it was -- the insulin vial -- excuse me,
7  the reservoir was disconnected from the transfer
8  guard while the insulin vial was on top.  Right?
9      A.    Again, I am not -- I cannot
10  attest and I have no idea how exactly it happened
11  during the event described in this particular
12  paragraph.
13      Q.    Okay.  If you could go to -- if
14  you go to page 8 on Exhibit 2.
15          Do you have that?
16      A.    Yes.
17      Q.    Okay.  This page is captioned
18  "Action Summary."  It has "Action Plan:  The goal
19  of the CAPA is to eliminate the possibility of
20  the PCAP venting membrane to become temporarily
21  blocked if liquid is introduced to the inside of
22  the PCAP.  Membrane material replacement is
23  necessary to eliminate such issue.  An alternate
24  membrane material was selected."

Page 115

1          That was the ultimate goal of the
2  CAPA, was it not?
3          MR. MERRELL:  Objection to form.
4          THE WITNESS:  The ultimate goal
5      of the CAPA was to determine a solution
6      to the problem to eliminate the root
7      cause.  So this particular page states
8      that solution was identified, yes.
9  BY MR. HAVERTY:
10      Q.    And in this particular thing, as
11  least as of the closing of this CAPA, it was --
12  the solution that was generated was an
13  alternative membrane that could remain gas
14  permeable even when wet.  Correct?
15      A.    Correct.
16      Q.    And we're going to get into this
17  a little bit, but that wasn't the only
18  alternative that was explored during the course
19  of this CAPA.  Right?
20      A.    The only alternative explored as
21  a solution after investigation had completed.
22      Q.    Well, but I'm saying, but during
23  the course of the CAPA, were there other
24  alternatives that were explored, such as venting

Page 116

1  the reservoirs in the pump?
2      A.    It was discussed but quickly
3  discarded.
4      Q.    Okay.  Why was it quickly
5  discarded?
6      A.    Because it's -- it is very, very
7  challenging from the engineering and
8  manufacturing standpoint.
9      Q.    Why was it challenging from an
10  engineering -- strike that.  Let me make sure
11  that we're on the same page.
12          What I'm talking about is, was it
13  discussed that there could be some type of either
14  a redundancy in the pump itself or some type of
15  redesign of the pump that would allow venting?
16      A.    To my recollection, again, it was
17  briefly discussed.  And due to the difficulties
18  it would present to -- and the time frame it
19  would present to -- and try to implement
20  something like this, it was not considered as a
21  solution.
22      Q.    What time frame did they estimate
23  it would take if you were to pursue a redesign of
24  the pump itself or create a redundancy in the

Page 117

1  pump itself that could eliminate this hazard?
2      A.    I don't remember exactly, but
3  three to five years easy.
4      Q.    And in this particular case with
5  the membrane redesign, it took over
6  three-and-a-half years.  Correct?
7      A.    To completely implement it, yes.
8      Q.    Okay.  But anyway, according to
9  the action plan on page 8 -- and I'm just -- I'm
10  not going to go down all of these.  We'll follow
11  up a little bit later.  But the first thing was
12  to "Identify Alternative Materials" and the due
13  date for that was estimated, at least as the CAPA
14  opened, October 15th of 2013.  Right?
15      A.    Right.
16      Q.    And by the way, who was it that
17  set these dates?  Was it you as the CAPA leader?
18      A.    At this point then, it was me,
19  yes.
20      Q.    Do you know how you settled on
21  October 15, 2013 as an expected date for
22  identifying alternative materials?
23      A.    Based on inputs provided by
24  various team members and suppliers and my

30  (Pages 114 to 117)

Anatoly Aleksandrovich

Page 118

1  experience and other factors.
2        Q.    And at this point in time, had
3  you been in contact with Unomedical concerning
4  the issues and the need for redesign of the
5  membrane material?
6        MS. MARTINEZ:  Object to the
7     form.  At which point in time?
8        THE WITNESS:  Yes.  We were in
9     contact with Unomedical throughout the
10    entirety of this project.
11 BY MR. HAVERTY:
12       Q.    And I think, without going into a
13 whole lot of paperwork on it, but I think you
14 were concerned about what the basic problem was
15 with the membranes, whether it was an aging
16 process or whether it was the manufacturing
17 process that allowed this material to become gas
18 impermeable if wet.  Correct?
19       A.    Correct.  We considered those.
20       Q.    You explored a number of
21 different options.  And then you realized that it
22 was the material itself and not any of the
23 manufacturing processes or the age of the
24 material.  Right?

Page 119

1        A.    Right, correct.
2        Q.    If you could look at Exhibit 15,
3  please.
4              - - -
5        (Deposition Exhibit No. AA-15,
6     Email chain, top one dated May 21, 2013,
7     Bates stamped MDT-BRACP-0050917 through
8     MDT-BRACP-0050922, was marked for
9     identification.)
10             - - -
11       THE WITNESS:  Okay.
12 BY MR. HAVERTY:
13       Q.    Do you have that?
14       A.    Yes.
15       Q.    It's an email from you to Sara S.
16 Harboe dated May 21, 2013.
17       Who is Sara Harboe?
18       A.    She was -- I don't know if she
19 still is, but she was an employee of Unomedical.
20       Q.    Do you know what her job was?
21       A.    No, I don't recall.
22       Q.    Going to the body of this, you
23 noted, "Attached is a graph summarizing the
24 testing we've done on the historical samples that

Page 120

1  we had on hand."
2        And then it goes on a couple
3  sentences later, it says, "As you can see,
4  somewhere in 2009 we lost the ability to flow any
5  air while wet.  It is not a design requirement
6  for the membrane but this is a phenomenon that
7  we'd like to investigate."
8        Do you see that?
9        A.    I do.
10       Q.    What was your working theory at
11 that point?  Did you have any idea why in 2009
12 the ability to flow air even when wet was lost?
13       A.    Yeah.  It was part of the
14 investigation of the historical samples to
15 determine if the -- there was a change in the
16 material properties that caused such phenomenon.
17       Q.    And did you ultimately find that
18 there was one or there wasn't?
19       A.    We never found if there was one.
20       Q.    Okay.  So do you have any idea
21 what it was that was unique to 2009 that you
22 began to lose this gas permeability?
23       A.    No.  We were never able to
24 determine it.

Page 121

1        Q.    Do I understand from that that
2  the historic samples that you tested that were
3  from before 2009 were still able to be gas
4  permeable even when wet?
5        A.    Some of them were.  Yes.  If I
6  remember correctly, some -- some samples were
7  able to flow while wet, yes.
8        Q.    Okay.  And was that sort of
9  random, you know, unpredictable, or were you able
10 to identify any particular characteristics of
11 those sets that allowed them to remain gas
12 permeable?
13       A.    Completely random.  There was --
14 there was no correlations determined or anything
15 in that aspect.
16       Q.    So that would be another factor
17 that would lead you to want to redesign the
18 membrane material entirely, to eliminate any
19 issue, even though some random samples could
20 still remain gas permeable.  Correct?
21       A.    That is correct.
22       Q.    Anyway, going back to Exhibit 2,
23 the CAPA report, and back on page 8 --
24       A.    Uh-huh.

31  (Pages 118 to 121)

Anatoly Aleksandrovich

Page 122

1    Q.    Step 2 on the "Action Plan" was,
2  you wanted to validate the assembly process using
3  new material, and the estimated due date for that
4  was May 30th of 2014.
5        Do you see that?
6    A.    I do.
7    Q.    Okay.  How did you come up with
8  that date of May 30th of 2014?
9    A.    Again, based on inputs from
10  customer and my team members and my experience.
11    Q.    Okay.  So what would happen is
12  that you would expect or you were hoping to
13  identify alternative materials by October 15th
14  and then have them completely validated in the
15  manufacturing process by the end of May of 2014,
16  about six months later.  Right?
17    A.    Correct.
18    Q.    And when you talk about
19  validating the assembly process, does that mean
20  actually manufacturing samples of the new
21  material?
22    A.    That's part of validating --
23    Q.    What else --
24    A.    -- the process.

Page 123

1    Q.    What else is part of validating?
2    A.    Part of validating is to
3  determine the process -- first of all, whether
4  there is a process, and then whether that's --
5  that process is capable of manufacturing
6  what's -- what's expected, what in certain ranges
7  with certain outputs.  And also to determine the
8  process range within -- within which we can
9  control that.
10    Q.    And let me ask this question:
11  Did you -- during the course of this CAPA, did
12  you have anybody who was a materials science
13  person involved?
14    A.    No.
15    Q.    Okay.  Are there any materials
16  science people at Medtronic?
17    A.    I can't answer that question.
18  Probably there are some, but we never involved a
19  specifically materials science person in this
20  project.
21    Q.    Is there a particular reason why
22  you didn't consider consulting a materials
23  science person?
24    A.    Because, yeah, we didn't think

Page 124

1  there was a need to do that.
2    Q.    Did you know at the time when you
3  were making this plan that there likely would be
4  some type of material out there that could remain
5  gas permeable even when wet?
6    A.    I don't exactly remember the --
7  the correlation at which point we determined that
8  there is a material out there as compared to this
9  plan.
10    Q.    By the way, I should have laid
11  this foundation a little -- a long time ago.
12        But when talking about the
13  membrane material which has the vents in it on
14  the inside of the cap, it's actually a two-layer
15  material, a two-layer membrane.  Correct?
16    A.    The material previously used is
17  constructed that way.
18        And I would like to correct you.
19  There's no vents opening in the membrane itself.
20    Q.    Right.  The vents are in the cap
21  itself.  Correct?
22    A.    The vents are in the plastic
23  house of the P-cap, yes.
24    Q.    And the membrane goes on the

Page 125

1  inside of the P-cap.  Correct?
2    A.    Correct.
3    Q.    And it's a two-layer membrane.
4  The outside layer is a hydrophobic PTFE.
5  Correct?
6    A.    On the -- we're talking about the
7  previously used membrane.
8    Q.    Yes.  Yeah, the one -- the one
9  that was in use back in 2013.
10    A.    Yes, that is correct.
11    Q.    Okay.  And that's what was called
12  hydrophobic, meaning it repels water, it repels
13  moisture.  Correct?
14    A.    Correct.
15    Q.    And the bottom layer of the
16  membrane which faces inside the cap, it was made
17  of an unwoven polyester fiber.  Correct?
18    A.    Correct.
19    Q.    Okay.  And that was the issue, it
20  was the polyester portion of it that could become
21  gas impermeable if it got wet.  Correct?
22    A.    That is correct.
23    Q.    If you could look at -- make sure
24  I find this one.  Give me one second, please.

32  (Pages 122 to 125)

Anatoly Aleksandrovich

Page 126

1          Exhibit 18, please.
2          - - -
3          (Deposition Exhibit No. AA-18,
4     Email dated June 08, 2013, Bates stamped
5     MDT-BRACP-0067490, was marked for
6     identification.)
7          - - -
8          THE WITNESS:  Go ahead.
9     BY MR. HAVERTY:
10         Q.   This is an email from Benjamin
11    Grover to you, among other people.  Correct?
12         A.   Yes.
13         Q.   Dated June 8, 2013.  And it looks
14    to me, and correct me if I'm wrong, that there
15    was a theory that was tested about whether if you
16    flipped the membrane so that the PTFE, the
17    hydrophobic section of the PTFE, was on the
18    inside of the cap, whether you could still --
19    whether it would remain gas permeable even if it
20    got wet.  Correct?
21         A.   Correct.
22         Q.   That was a theory that was
23    tested.  Right?
24         A.   Yes, that is correct.

Page 127

1          Q.   And I take it from this email
2     from Mr. Grover that that didn't work either.
3     Right?
4          A.   That is correct.  It didn't.
5          Q.   So that was -- that was a
6     solution that was basically tested and rejected.
7     Correct?
8          A.   Correct.
9          Q.   Okay.  Going back to Exhibit 2,
10    again, on the "Action Plan."
11         And you've got number 3 is
12    "Design Review" is due 4/21/2014.  Right?
13         A.   Yes.
14         Q.   What is the design -- what is the
15    design review process?
16         A.   Design review is a -- is a
17    procedural process as part of the Medtronics
18    quality system where whenever the change is being
19    introduced, it needs to be reviewed and agreed
20    upon by a multifunctional team before proceeding
21    and needs to be documented as such.
22         Q.   So that, even though it's step 3,
23    it actually was due a month before the validation
24    with the new material.  Correct?

Page 128

1          A.   Correct.  Because these steps can
2     happen in -- in parallel.  That's why.
3          Q.   Okay.  But you would -- you
4     would -- you would have to complete your design
5     review of the new material before you would send
6     out for validation, wouldn't you?
7          A.   Not necessary.
8          Q.   Why not?
9          A.   Design review is not required to
10    initiate a validation.  Design -- design review
11    is required to release something new into
12    production.
13         Q.   And for the purposes of
14    validation could be one of those reasons for
15    releasing it into production.  Right?
16         A.   I'm sorry.  I'm not clear on the
17    question.  Can you ask again, please?
18         Q.   I'm sorry.  I'm not an engineer,
19    so I'm trying to wrap my head around this
20    process.
21         A.   That's -- that's fine.
22         Q.   You identify alternative
23    materials in October of 2013.  That's your goal.
24    And then you develop the material.  And then you

Page 129

1     want to validate it by actually manufacturing it
2     in a process.  Correct?  And make sure that it
3     meets the specifications that it's designed for.
4     Right?
5          A.   Correct, yes.
6          Q.   But you actually have to design
7     it before you can create the material, and then
8     create a process to validate it.  Right?
9          A.   That is correct.
10         Q.   And that's what I'm trying to
11    understand is wouldn't -- wouldn't you be
12    reviewing the design of it before you actually
13    tried to put the material into process through
14    validation?
15         A.   So again, there are different
16    ways to approach this.  At this particular case,
17    we took a risk and asked supplier to start
18    validating once we've identified the material.
19    And then we did the design review as a formal
20    conclusion, if you will, for this -- and again,
21    this was not a final design review.  This was the
22    final -- this was design review aimed to review
23    the design intent, not to -- not to release the
24    material to production.

33  (Pages 126 to 129)

Anatoly Aleksandrovich

Page 130

```
1       Q.    And we're going to get into this
2   in a little bit more detail shortly, but when you
3   talked about you took a risk with a manufacturer,
4   you meant you had actually done some testing on a
5   number of materials, about five different
6   materials.  Correct?
7       A.    We started with five and then we
8   reduced it to three and further reduced it to
9   two, yes.
10      Q.    And that was based upon the
11  characteristics of how well they would allow air
12  to flow when wet.  Correct?
13      A.    That and also how -- how well
14  they behave in a high-volume manufacturing
15  environment, considering the machinery we use.
16      Q.    Right.  I think some of them you
17  found that they were too fragile.  Even if they
18  were good at remaining gas permeable, they were
19  too fragile to actually undergo the manufacturing
20  process.  Right?
21      A.    That's correct.
22      Q.    But anyway, if we go back to the
23  "Action Plan," you had step 4 to "Qualify New
24  Material on the Product Level -- Due:
```

Page 131

```
1   4/28/2015."
2            So that would be a year after you
3   validated the assembly process.  Right?
4       A.    Right.
5       Q.    Meaning when you're qualifying
6   the new material on the product level, you
7   validated it, you know that you can manufacture
8   it to the specifications, and then you need to
9   know whether or not you can do it on a large
10  manufacturing level.  Correct?
11      A.    Not exactly like that.
12           So step 2 in the plan and step 4
13  are two different -- distinctly different
14  manufacturing processes.  Step 2 refers to what
15  we call the P-cap assembly --
16      Q.    Okay.
17      A.    -- where a plastic P-cap housing
18  is populated, if you will, with the membrane and
19  the needle.  That's one manufacturing process.
20  It needs to be validated separately.
21           And the product level validation
22  is where the assembled P cap, or P cap assembly,
23  is assembled onto an infusion set.
24      Q.    Okay.
```

Page 132

```
1       A.    And then he infusion set tested
2   as a part of the system to -- to validate the
3   changes.
4       Q.    Got it.  So that would be the
5   complete assembly process at that point.
6   Correct?
7       A.    Correct, correct.
8       Q.    So by that time you would have --
9   you hoped to validate the assembly of the P-cap
10  with the new membrane material by itself and then
11  did the further step of assembling the entire
12  product.  Right?
13      A.    That's correct.
14      Q.    Would there be a separate
15  validation for that process, or was that just the
16  qualifying it on the product level?
17      A.    In this particular case -- and,
18  again, I don't remember how exactly we executed
19  that, but in this particular case, it did not
20  require a full validation of the process, just
21  to -- how it affected the process with the
22  change.
23      Q.    Because you had -- it identifies
24  it in step 2 that you've got a highly customized,
```

Page 133

```
1   fully automatic machine for assembling these
2   P-caps.  Correct?
3       A.    Correct.
4       Q.    So you wanted to make sure that
5   you didn't impact the equipment that's already in
6   place and have to redesign that or retool it to
7   deal with the new material.  Correct?
8       A.    Absolutely.  Yes.
9       Q.    What you needed to do is make
10  sure that you had a material that would fit
11  within the already-existing manufacturing
12  process.  Right?
13      A.    Correct.  At this point, that was
14  the case.
15      Q.    Okay.  If you could take a look
16  at -- strike that.
17           Before we go there, and then step
18  5 was "Regulatory Submission," and that was
19  estimated at that time to be submitted on or
20  about July 17th of 2015.  Correct?
21      A.    Correct.
22      Q.    So you were anticipating at this
23  point that -- about a two-year process between
24  identifying the problem and alternative materials
```

34 (Pages 130 to 133)

Anatoly Aleksandrovich

Page 134

1  and getting FDA approval. Correct?
2      A.   Correct.
3      Q.   And what was the basis or where
4  did you derive that date of July 17, 2015 as your
5  expected date for submission to regulatory?
6      A.   Based on the completion -- on
7  estimated completion of the previous steps,
8  validation and validation testing and
9  verification testing and so on and so forth.
10     Q.   And what you have here, this
11 action plan, is that part of your responsibility
12 as the CAPA leader at this point to come up with
13 these dates?
14     A.   That is correct.
15     Q.   And are these dates submitted to
16 the CAPA board so that they become like deadlines
17 for you to -- for them to evaluate how well the
18 CAPA is moving along?
19     A.   That is correct, yes.
20     Q.   And you mentioned before that
21 from time to time you may have requested
22 extensions of these dates.
23          Would that have to go to the CAPA
24 board for approval?

Page 135

1      A.   I think -- there are different
2  ways of extension approval process. And each
3  subsequent extension requires more strict review
4  and approvals, if you will, than the previous
5  one.
6      Q.   Okay. So whenever you make your
7  initial dates, you want to make sure that you
8  have the maximum amount of leeway in order if an
9  extension is going to be needed, because you're
10 going to have to have increasingly significant
11 justifications for an extension. Right?
12          MR. MERRELL: Objection to form.
13          MS. MARTINEZ: Objection to form.
14          THE WITNESS: When I create --
15      this is, in essence, a project, and a
16      CAPA leader is a project manager. A job
17      of a project manager is to estimate to
18      the best of abilities and knowledge the
19      durations of the test in the project, and
20      this is exactly what I attempted on this
21      one.
22 BY MR. HAVERTY:
23     Q.   By the way, I meant to ask you
24 this, and I should have asked it a while ago, who

Page 136

1  is Sandra Perez?
2      A.   Sandra Perez is a CAPA
3  coordinator or CAPA analyst at Medtronic.
4      Q.   Okay. What is the job of a CAPA
5  analyst?
6      A.   To help us to make sure that
7  CAPAs stay on track and help us with the
8  reporting software, which is very complicated.
9      Q.   And there was another person I
10 wanted to ask you about, let me see if I can find
11 this, Andreasen, what's his first name?
12     A.   Andy.
13     Q.   Andy Andreasen. Who was Andy
14 Andreasen?
15     A.   Andy Andreasen was a quality
16 manager back at the time.
17     Q.   Okay. What was his role, if any,
18 in this CAPA?
19     A.   I think he was one of the initial
20 approvers on the CAPA tasks.
21     Q.   Okay.
22     A.   Reviewer/approvers, if you will.
23     Q.   Meaning what we were just talking
24 about, the action plan? Would he be one of the

Page 137

1  approvers on that, do you know?
2      A.   Andy Andreasen left the company
3  while this CAPA was in process, so I don't
4  remember if he approved the action plan or it was
5  somebody else.
6      Q.   Okay. I just saw his name on the
7  documents earlier and wanted to know who he was.
8      A.   Yeah.
9      Q.   Who else were approvers on this
10 CAPA plan?
11     A.   They changed during the course of
12 the CAPA, but various quality managers and
13 functional managers and independent reviewers.
14     Q.   Was there any person in
15 particular who you would have reported to during
16 the course of this CAPA?
17     A.   Are you referring as the one
18 over -- as a manager to me or --
19     Q.   Yes, yes.
20     A.   Well, I have my functional
21 manager, and I also reported this to CAPA
22 reviews, periodic CAPA reviews, and sometimes
23 even -- even our CEO does a CAPA review.
24     Q.   Your CEO, I'm sorry, did you say?

35 (Pages 134 to 137)

Anatoly Aleksandrovich

Page 138

1     A.   Yes.
2     Q.   Okay.
3     A.   Yes.
4     Q.   Do you know whether the CEO is --
5  this is of Medtronic Diabetes or MiniMed?
6     A.   Correct.
7     Q.   Do you know whether the CEO of
8  MiniMed ever reviewed this CAPA?
9     A.   Yes.  I know that he has.  He
10 had.
11    Q.   Okay.  Do you know on more than
12 one occasion?
13    A.   On an occasion -- on an occasion
14 that there is such thing that is called aging
15 CAPA, there are -- that have been open for longer
16 than anticipated, let's put it this way.  Yeah.
17    Q.   Okay.  And what's the purpose of
18 the CEO reviewing an aging CAPA?
19    A.   Because CAPA is a big part of
20 reporting to regulatory bodies, and that's
21 important that they stay on time.  And they
22 progress and then they close eventually.
23    Q.   And are you aware of the fact
24 that the FDA, even in a warning letter that

Page 139

1  they've issued to Medtronic, talked about CAPAs
2  that were open for too long and never closed or
3  not closed properly?  Do you recall that?
4        MR. MERRELL:  Objection to form.
5        THE WITNESS:  I'm not familiar
6     with the content on the -- of the warning
7     letter.
8  BY MR. HAVERTY:
9     Q.   Okay.  Were you aware that there
10 was a warning letter that was issued in 2013,
11 September of 2013?
12    A.   I am aware of that, yes.
13    Q.   Were you involved at all in the
14 responses to that warning letter to the FDA?
15    A.   No, I was not.
16    Q.   Did you ever review that warning
17 letter?
18    A.   No, I didn't.
19    Q.   If you could look at Exhibit 10,
20 please.
21        - - -
22        (Deposition Exhibit No. AA-10,
23    PowerPoint, "Prime/Fill Anomaly Review
24    4-24-13," Bates stamped MDT-BRACP-0069182

Page 140

1  through MDT-BRACP-0067256, was marked for
2     identification.)
3        - - -
4  BY MR. HAVERTY:
5     Q.   Do you have that?
6     A.   I do.
7     Q.   This is another PowerPoint slight
8  deck titled "Prime/Fill Anomaly Review" dated
9  April 24, 2013.
10       Have you ever seen this slide
11 deck before?
12    A.   Give me a second, please.
13    Q.   Sure.
14    A.   I recognize portions of it.  I
15 cannot say exactly if I've seen this in its
16 entirety together in this -- in one presentation.
17    Q.   Okay.  Let me ask the question
18 this way:  During the course of this CAPA, did
19 you ever prepare any PowerPoint presentations
20 that you presented?
21    A.   Yes, I did.
22    Q.   How many did you prepare?
23    A.   I can't -- I don't remember.
24    Q.   All right if you had done a

Page 141

1  PowerPoint presentation and you prepared it, did
2  you typically put your name on it?
3     A.   I would, yes.
4     Q.   All right.  Well, as of April
5  24th of 2013, would you have been involved with
6  this prime/fill anomaly review at that point, do
7  you know?
8     A.   Again, I don't remember exactly
9  when I was assigned to this.
10    Q.   Okay.  We know that the CAPA was
11 opened on April 30th of 2013.
12       So you don't remember whether you
13 had any involvement prior to the opening of the
14 CAPA or not?
15    A.   And even after opening the CAPA.
16 I don't remember if I was on the CAPA right from
17 the beginning.
18    Q.   Okay.  Well, in any event, if you
19 look at page 2 of that, it has a slide that's
20 called "Process Flow."
21    A.   Yes.
22    Q.   First of all, do you know what
23 that's referring to?
24    A.   This particular refers to some

36 (Pages 138 to 141)

Anatoly Aleksandrovich

Page 142

1 process, that -- the steps of the process and
2 sequence of those.
3    Q.   So the first one is, it's "Event
4 Notification."
5           I assume that refers to -- or
6 correct me if I'm wrong, that refers to the first
7 complaint about this phenomenon.  Right?  That's
8 how Medtronic was notified?
9    A.   It looks like this.  I wouldn't
10 like to assume.  This looks like a process flow
11 for a CAPA creation and CAPA reporting.
12    Q.   Right.  And so step 2, it looks
13 like "Obtain product from Customer."  We talked
14 about that, where there were some returned
15 infusion sets.  Right?
16    A.   Right.
17    Q.   And then the third step,
18 "Standard Failure Analysis and/or Engineering
19 Study."
20           We talked about that, there was
21 an engineering study, they identified what the
22 issue was.  Right?
23    A.   Uh-huh, yes.
24    Q.   And then the next step is

Page 143

1 "Confirm Failure/Understand
2 Implications/Understand Root Cause."
3           We -- that was identified as
4 well.  Correct?
5    A.   Correct.
6    Q.   And then it has "Risk Analysis
7 and/or...(Health Hazard Evaluation)."
8           That -- was that done by the time
9 you got involved in the CAPA, do you know?
10    A.   It was, yes.
11    Q.   Okay.  And then the next step is
12 "CAPA decision -- QIT board."
13           So from what you said -- told us
14 a little bit earlier, all of these steps
15 ultimately led to a decision because of the
16 information that was gained from it to submit
17 this issue to a CAPA board to see whether a CAPA
18 was appropriate to be opened.  Correct?
19    A.   Correct.
20    Q.   And because you got involved in
21 it ultimately, and we saw from the Exhibit 2, a
22 CAPA -- a decision was made that the situation
23 was significant enough to warrant a CAPA.
24 Correct?

Page 144

1    A.   Correct.
2    Q.   All right.  And then the next
3 step after the submission to the CAPA decision --
4           And by the way, the QIT board is
5 the quality improvement team board?
6    A.   Correct.
7    Q.   Is that the same thing as what
8 we've been referring to as the CAPA board?
9    A.   No, it's not.
10    Q.   Okay.  So that's a separate board
11 then.  Right?
12    A.   Correct, yes.
13    Q.   So do these decisions about
14 whether to open a CAPA go to both the CAPA board
15 and the QIT board?
16    A.   I don't exactly know how the
17 process works.
18    Q.   Okay.
19    A.   The QIT is the first line of
20 defense, if you will, and then CAPA board.
21    Q.   Got it.
22           So if it goes to the CAPA board,
23 that means it's already gone through the QIT
24 board?

Page 145

1    A.   Yes.  That's -- it does.
2    Q.   And that means that the QIT board
3 felt that the situation merited a decision about
4 whether to open a CAPA.  Right?
5    A.   Right.  QIT board made a decision
6 that there is an anomaly that's worth looking
7 into in that aspect.
8    Q.   The next step is field
9 correction -- "Field Corrective Action
10 Decision -- Quality Assurance plus Regulatory
11 Affairs plus QIT Board."  Correct?
12    A.   Yes.
13    Q.   And a field corrective action is
14 something like a "dear healthcare provider"
15 letter?  That's one thing?
16    A.   One of the things.  Can be a
17 number of things.
18    Q.   What else could constitute a
19 field corrective action?
20    A.   It could be a recall.  It could
21 be -- it could be a product hold.  It could be a
22 seizing of shipments.  Many different things.
23    Q.   Okay.  All right.  Then the next
24 step was to create a "Field Corrective Action

37 (Pages 142 to 145)

Anatoly Aleksandrovich

Page 146

1   Plan."
2          And I guess -- I'm assuming that
3   was assigned to regulatory affairs, do you know?
4          A.   From this process flow, it looks
5   like that.
6          Q.   By the way, over to the right
7   there, it says vice president -- right between
8   confirming and understanding the root cause and
9   the risk analysis and HHE, there's a step to the
10  right that says, "VP Quality Assurance to inform
11  Corporate ASAP on potential field corrective
12  action items."
13         Do you see that?
14         A.   I do.
15         Q.   Do you know what that's referring
16  to?
17         A.   Referring to corporate
18  communication means?
19         Q.   Yeah.  Do you know why the VP of
20  quality assurance was to inform corporate as soon
21  as possible on potential field corrective action
22  items?
23         A.   No, I don't know why.
24         Q.   And by the way, in referring to

Page 147

1   corporate, are they referring to corporate at
2   MiniMed or corporate in Minneapolis?
3          A.   Can't answer that question from
4   here.
5          Q.   When they use the shorthand
6   corporate, do you know what they're referring to?
7          A.   Corporate usually is referred to
8   Minneapolis.
9          Q.   Okay.
10         A.   To Medtronic corporate.
11         Q.   All right.  Okay.  And then the
12  last step in the process flow was "Approve Plan."
13  And that was assigned to the vice president of
14  quality assurance, general manager of diabetes
15  and SVP international, vice president quality
16  assurance corporate.
17         What is SVP international --
18         A.   Senior vice president.
19         Q.   -- do you know?
20         Okay.  Of international.  And
21  then vice president of quality assurance at
22  corporate.
23         And you said you believe that
24  refers typically to Minneapolis, Medtronic

Page 148

1   headquarters.  Right?
2          A.   Correct.
3          Q.   All right.  Let's skip ahead a
4   number of pages, because a lot of this is
5   redundant of an earlier one.
6          So if you could go to the page,
7   the last three numbers are 192 down at the bottom
8   right.
9          A.   Which page, I'm sorry?
10         MS. MARTINEZ:  192.
11         THE WITNESS:  I'm getting there.
12  BY MR. HAVERTY:
13         Q.   It says "Next Steps."
14         A.   One second, please.
15         Uh-huh, yes.
16         Q.   Okay.  And the next page after
17  that is captioned "P-cap wet flow spec
18  development."
19         Do you see that?
20         A.   Yes.
21         Q.   Could you tell us what that
22  refers to?
23         A.   This refers to development of a
24  specification for the P-cap assembly that will

Page 149

1   govern, if you will, how much fluid -- to
2   determine how much fluid can be deposited inside
3   the P-cap while remaining functionality of the
4   P-cap or the P-cap vent.
5          Q.   Just --
6          A.   The maximum amount of fluid
7   allowed -- safely allowed that -- at which the
8   P-cap membrane or P-cap venting properties will
9   function as designed.
10         Q.   Right.  And so you actually did a
11  study with people, did you not, that examined
12  them misfilling the reservoirs and determining
13  how much on average was deposited, the insulin.
14  Correct?
15         A.   That is correct.  We did a study
16  with 60 people who were given knowingly incorrect
17  instructions on how to fill the reservoir, and
18  then whenever spillage would occur, we would
19  measure how much was spilled.
20         Q.   And if you look to the next page,
21  it's a slide that says, "How wet does the
22  membrane get?"
23         Do you see that?
24         A.   Yes.

38 (Pages 146 to 149)

Anatoly Aleksandrovich

Page 150

1    Q.    And this dot plot, is this
2  derived from the data from the study that you did
3  with people who deliberately improperly filled
4  the reservoirs?
5    A.    Yes.  Correct.
6    Q.    And from that, you were trying to
7  determine in actual practice what you might
8  expect in terms of if someone makes this mistake,
9  how much -- what's the maximum amount of insulin
10 that could get spilled onto the reservoir and
11 then contaminate the membrane.  Right?
12   A.    Correct.
13   Q.    And from that, then you -- your
14 goal was to develop a membrane material that
15 could remain gas permeable even if the maximum
16 amount of insulin was deposited on the reservoir
17 and then contaminated the membrane.  Correct?
18   A.    Yes, but these studies were kind
19 of independent.
20   Q.    Well, but you needed some data
21 points.  Right?  You needed to develop -- because
22 the next thing that you developed was the wet
23 flow specification.  Correct?
24   A.    Correct.  So -- but it has not --

Page 151

1  it had nothing to do with the material selection.
2  We needed to determine how much -- how much fluid
3  can be produced during the incorrect -- incorrect
4  filling of the reservoir and whether -- then
5  whether our material can withstand that or not.
6    Q.    Right.  I thought that's what
7  I -- maybe I said it incorrectly.
8          But the idea was you were
9  collecting -- you needed to have a baseline of
10 data for how much contamination are we talking
11 about in the first place.  Right?
12   A.    Correct.
13   Q.    Okay.  And then if you go to the
14 next slide -- and then we're going to break
15 here -- but "Wet Flow vs. Applied Insulin," what
16 does that mean?  What's that referring to?
17   A.    That means that there was a study
18 done on I believe four materials at this point to
19 determine -- to determine the correlation of a
20 flow versus amount of, in this case, insulin
21 deposited onto the membrane.
22   Q.    Okay.  And it's impossible to
23 read that scatter plot.
24          But what does that tell you?

Page 152

1  What does the data mean just generally?
2    A.    The first thing it tells us, that
3  the membrane that was in production at that time
4  gets saturated very quickly with very little and
5  stops being permeable, and it also tells us that
6  three materials -- at this point, we were down to
7  three materials selected for further testing,
8  that any of those three can fulfill the design
9  requirement.
10   Q.    And what was the -- meaning what,
11 that it would still allow air to flow even when
12 wet at -- maximally?
13   A.    To -- to a certain point.
14   Q.    Okay.
15   A.    There is no membrane out there
16 that can continue flow with -- with an infinite
17 amount of fluid deposited.
18   Q.    Right.  And looking over to the
19 right on the legend there, on this chart, it has
20 the current membrane, then it has PM22S, Supor
21 450R and Versapor 450R.  Right?
22   A.    Correct.
23   Q.    Okay.  And there's three -- those
24 other three, PMS -- PM22S, the Supor 450R, and

Page 153

1  the Versapor 450R, were the three remaining
2  candidates of the original five that you
3  developed.  Correct?
4    A.    Correct.
5    Q.    And you may have told me, but I
6  forgot, what was the reason that two of them were
7  eliminated initially?
8    A.    Due to the -- due to their
9  physical -- physical properties, they were too
10 brittle and too thin to handle in the machine
11 environment.
12   Q.    Okay.  The PM22S, who is the
13 manufacturer of that?
14   A.    Porex.
15   Q.    And the Supor 450R, who is the
16 manufacturer of that?
17   A.    Pall Corporation.
18   Q.    P-A-L-L?
19   A.    P-A-L-L.
20   Q.    Okay.  And the Versapor 450R, who
21 is the manufacturer of that?
22   A.    That is made by Pall as well.
23   Q.    All right.
24          COURT REPORTER:  Excuse me, by

39  (Pages 150 to 153)

Page 154

1    who?
2         MR. HAVERTY:  Pall, Pall as well.
3    BY MR. HAVERTY:
4         Q.    And how did you get to these
5    suppliers of these materials?  How did you select
6    them?
7         A.    So Ben Grover, who was a -- an
8    engineer assigned to the project, he reached out,
9    so, naturally, first to Pall Corporation, who is
10   the manufacturer of the original membrane, if we
11   can refer to that, the membrane that was used in
12   the P-cap prior to change.
13        Q.    That was --
14        A.    And --
15        Q.    Before you go there, that was the
16   Emflon material.  Right?
17        A.    I think it called Emflon, yes.
18        MR. HAVERTY:  E-M-F-L-O-N.
19   BY MR. HAVERTY:
20        Q.    Yes.  Okay.
21        A.    It was only natural to reach out
22   to a current supplier to seek help on this.  And
23   so two materials came from them.
24             And he also, through this

Page 155

1    research, found this company named Porex that
2    specializes in filtration and membrane
3    manufacturing.
4         Q.    Okay.  And if you go to the next
5    page -- oh, I'm sorry.  I interrupted you, and I
6    meant to follow up.
7             The Versapor, how did you -- how
8    did you get to them?
9         A.    Both Versapor and Supor came from
10   Pall Corporation, who were the supplier at the
11   time.
12        Q.    Okay.  And then how did you get
13   to Porex then?
14        A.    Ben found them through his
15   engineering research.  I'm not sure how.
16        Q.    Then the next page has "Blockages
17   per 100 spills."
18             What's that referring to?
19        A.    Okay.  These I don't remember
20   exactly.  These are -- and it's hard to judge
21   what these are from black-and-white graphs.
22        Q.    Yeah, I know.
23             But if you look --
24        A.    Yeah.

Page 156

1         Q.    -- if you look to the legend, it
2    has the various materials.  And then in
3    parentheses it has numbers, 0.21/100, 0.20 --
4    what is that referring to?  Is that a
5    quantitative analysis?
6         A.    That's quantitative analysis and
7    probably some projections, mathematical
8    projections as to how many units will get
9    blocked -- how many units of a sampled -- sample
10   size of 100 will get blocked --
11        Q.    Right.
12        A.    -- when certain amount of fluid
13   is introduced to them.
14        Q.    Got it.  So the PM22S was .21 out
15   of 100 or 0.21 out of 100.  The Supor was about
16   the same, 0.20 out of 100.  And the Versapor 450R
17   was 0.14 out of 100.  Right?
18        A.    Correct.
19        Q.    That was compared to the current
20   Emflon membrane, which is 5.35 out of 100.
21   Correct?
22        A.    Correct.
23        Q.    So that number is way in excess
24   of the numbers for the other three materials.

Page 157

1    Correct?
2         A.    Correct.
3         Q.    And then if you go to the next
4    page, it looks like it's essentially just a
5    different version of the same data.  Right?
6         A.    Different -- different
7    presentation of the same data, yeah.
8         Q.    And then if you go to the next
9    page, it has "Estimated Blockages per Million
10   Spills."
11             Do you see that?
12             And it looks like it has ranges.
13   Right?
14        A.    Correct.
15        Q.    So for the PM22S, the low was
16   2,132, and the high was 5,289.
17             The Supor was 2,020 for a low and
18   5,184 for a high.
19             And the Versapor 450R was 1,395
20   for a low and 4,425 for a high, as compared to
21   the Emflon membrane, the current membrane, which
22   was a low of 53,490 and a high of 63,227.
23   Correct?
24        A.    Correct.

Anatoly Aleksandrovich

Page 158

1      Q.   So that's also, again, vastly in
2  excess of the other three materials.  Right?
3      A.   That is correct.
4      Q.   If you go to the next page real
5  quickly, it says, "No Effect on FMEA."  That's
6  failure modes and effects analysis.  Correct?
7      A.   Yes.
8      Q.   What is that referring to, are
9  you able to tell?
10     A.   Failure mode and effect analysis
11 is an analytic tool that allows us to -- to
12 predict and judge the potential risk of a certain
13 failure.
14     Q.   Right.
15     A.   And also the occurrence and how
16 well that potential failure can be detected and
17 prevented.
18     Q.   Right.  And if you go to the
19 bottom there, it's got the arrows talking about
20 the vent membrane being blocked.  Right?
21          And it says, the "Current Design
22 Controls" for that is "Patient training" and
23 "instructions for use."  Correct?
24     A.   Correct.

Page 159

1      Q.   So what is this referring to?
2  How does it -- when it says it has no effect on
3  failure modes and effect analysis, what does that
4  mean?
5      A.   Because the introduction of a new
6  membrane does not change the potential failure or
7  potential for a failure.  It may reduce the
8  occurrence, but it does not completely prevent it
9  from happening.  So again, this is an analytical
10 tool that assesses the potential of a failure and
11 that stays present.
12     Q.   And lastly, if you go to the next
13 page, it says, "Based on current data Versapor
14 450R provides the greatest risk reduction for our
15 customers."
16          Next bullet point, "No known
17 membrane is capable of eliminating the risk."
18          Three, "We need to find a way to
19 monitor the level of protection provided by the
20 membrane going forward (wet flow spec?)"
21          Do you see that?
22     A.   I do.
23     Q.   Is that your recollection in the
24 course of this CAPA about Versapor being the best

Page 160

1  candidate to reduce the risk of the blocked
2  membrane?
3          MR. MERRELL:  Objection --
4  objection to form.
5          THE WITNESS:  At that point, yes.
6  BY MR. HAVERTY:
7      Q.   Okay.  And it talks about the wet
8  flow spec.  Again, we're going back to this.
9          Was that something -- we're going
10 to talk about this after the break.
11          Is that something that you
12 ultimately developed, because you said there is
13 no known membrane cable of eliminating the risk,
14 but you develop a spec that says that the -- must
15 be gas permeable at a certain level depending
16 upon an exposure to the contaminant --
17     A.   Correct.
18     Q.   -- that was what the wet flow
19 spec was?
20          MR. HAVERTY:  All right.  Why
21 don't we take a break here, and then we
22 can pick up, and we'll talk about the
23 development of the wet flow spec after
24 the break.  All right?

Page 161

1          MR. MERRELL:  Okay.
2          MR. HAVERTY:  Great.
3          THE VIDEOGRAPHER:  We are now
4  going off the record, and the time is
5  12:57 p.m.
6                - - -
7          (A luncheon recess was taken from
8  12:57 p.m. to 1:41 p.m.)
9                - - -
10         THE VIDEOGRAPHER:  We are now
11 going back on the record, and the time is
12 1:41 p.m.
13 BY MR. HAVERTY:
14     Q.   Mr. Aleksandrovich, could you
15 take a look at Exhibit 19, please.
16                - - -
17         (Deposition Exhibit No. AA-19,
18 Field Corrective Action Plan - Paradigm
19 Insulin Infusion Sets Potential for Fluid
20 to Block Tubing Connector Vent Membranes
21 DFCAP 2013-03 Rev 2 May 22, 2013, Bates
22 stamped MDT-BRACP-029780 through
23 MDT-BRACP-029809, was marked for
24 identification.)

Anatoly Aleksandrovich

Page 162

1                - - -
2              MR. MERRELL:  Corrective action
3      plan.  Okay.
4      BY MR. HAVERTY:
5          Q.   You have it?  Okay.
6              That's the field corrective
7      action plan from May 22, 2013.
8              Do you see that?
9          A.   Yes.
10         Q.   Have you seen this field
11     corrective action plan before?
12         A.   I have.
13         Q.   And by the way, let me go back to
14     something I should have asked you way, way back
15     at the beginning of this deposition.
16             What documents, if any, did you
17     review in preparation for this deposition today?
18         A.   So a copy of the CAPA report and
19     whatever the attachments were to that and --
20     including this.
21         Q.   Including the field --
22         A.   This --
23         Q.   -- the field corrective action?
24         A.   The field corrective action

Page 163

1      report.  And that's pretty much it.
2          Q.   And when you said you reviewed
3      the CAPA report, did you review the CAPA report
4      that we've identified as Exhibit 2?
5          A.   That is correct.
6          Q.   That is the one that was --
7      that's the -- the last one, the one that was
8      closed and should contain all of the synthesized
9      information.  Right?
10         A.   Correct.
11         Q.   Anyway, if you could turn to
12     page -- it's the page at the bottom that's
13     marked 29 -- the last three numbers are 784.
14         A.   Okay.
15         Q.   In the upper third of the field
16     corrective action, it notes a potential health
17     hazard relating to this blocked vent.  It says,
18     "The most significant hazard associated with
19     tubing connector vent blocking is the potential
20     for insulin over-delivery.  This behavior could
21     also result in temporary under-delivery of
22     insulin.
23             "Although it is not clear whether
24     or not the amount of insulin delivered will be

Page 164

1      less when the infusion set cannula is inserted
2      into a patients subcutaneous tissue, the results
3      of testing performed to date suggest there is a
4      potential for significant insulin over-delivery
5      if the tubing connector membranes are completely
6      blocked.  Significant insulin over-delivery can
7      lead to death or serious injury if not treated
8      immediately."
9              And that was consistent with the
10     testing that was done and the root cause analysis
11     and everything.  Correct?
12         A.   Correct.
13         Q.   Okay.  And by the way, were you
14     consulted at all about this field corrective
15     action?
16         A.   No.  In what aspect?
17         Q.   In any aspect.  Were you asked to
18     offer any insights?  Did you review it before it
19     became final or --
20         A.   No.
21         Q.   All right.
22         A.   No, I was not.
23         Q.   The next paragraph goes -- says
24     that "In addition there is also a risk of

Page 165

1      significant insulin under-delivery associated
2      with blocked tubing connector vents.  Preliminary
3      testing suggests that if the infusion set is
4      inserted after insulin stops flowing in
5      situations where the tubing connector vents are
6      blocked, insulin delivery will not resume
7      immediately."
8              That's what we talked about
9      earlier where there is a gap between the slide
10     screw and the reservoir stopper.  Correct?
11         A.   Correct.
12         Q.   Okay.  And then underneath that,
13     it says, "Distribution Information.  As of the
14     end of March 2013 a total of 428,000 current
15     Paradigm insulin infusion pump users are
16     registered in our database."
17             So that -- those would be the
18     users actually, presumed users.  Correct?
19         A.   Correct.
20         Q.   And then it notes the proposed
21     field correction plan was to send communications
22     "to inform patients to dry any spilled fluid that
23     may come into contact with the inside of the
24     tubing connector."  So they were going to send

42  (Pages 162 to 165)

Anatoly Aleksandrovich

Page 166

1   out a customer letter, a healthcare professional
2   letter, a distributor letter, a wholesale letter
3   and "In addition to the communications provided
4   to existing Paradigm pump users, a package
5   insert...is being included with shipments of
6   Paradigm insulin...reservoirs and Paradigm"
7   insulin "infusion sets."
8        Do you see that?
9        A.   I do.
10       Q.   And do you know what the package
11   insert was that was attached to it?
12       A.   No.  I do not recall this.  This
13   package insert is utilized in our warehouse in
14   Kentucky, and I don't think I've ever seen that
15   insert.
16       Q.   Okay.  And by the way, am I
17   correct, to short-circuit this a little bit, but
18   ultimately the FDA characterized this corrective
19   action as a Class 1 recall, did it not?
20       A.   That is correct.
21       Q.   And the reason for that was
22   because of the severity of the risk.  Correct?
23       A.   I can't speak to FDA's reasons.
24       Q.   But you know that they

Page 167

1   specifically identified it as a Class 1 recall.
2   Right?
3       A.   That I do, yes.
4       Q.   Okay.  And if you turn to the
5   page numbered 793.  This is patient --
6       A.   Go ahead.
7       Q.   This is an "Urgent Medical Device
8   Safety Notification" relating to the "Potential
9   for Over or Under Delivery of Insulin if Insulin
10   or Other Fluids Contact the Inside of Medtronic
11   Paradigm Infusion Set Connectors."
12        Do you see that?
13       A.   Yes.
14       Q.   This was the letter that was sent
15   to patients in early June of 2013, is it not?
16       A.   I'm not sure when it was sent to
17   patients, but yes, it is a letter that was sent
18   to patients.
19       Q.   And in it here, there's a
20   pictograph with some text that shows how to
21   properly disconnect the reservoir -- the
22   reservoir from the transfer guard.  Correct?
23       A.   Correct.
24       Q.   And this was sent in the manner

Page 168

1   of, as we talked about a little bit earlier, a
2   form of warning to the patients to instruct them
3   how to avoid getting the insulin spilled on the
4   reservoir top.  Correct?
5       A.   Yes.  Correct.
6       Q.   So this was one of the corrective
7   actions in the corrective and preventative action
8   program.  Correct?
9            MR. MERRELL:  Objection to form.
10           THE WITNESS:  Again, I wouldn't
11       bucketize these actions that we take as
12       part of CAPA to -- into corrective and
13       preventative.  This -- the entire goal of
14       the CAPA is to provide a solution to keep
15       the patient safe.
16   BY MR. HAVERTY:
17       Q.   Right.  But this was a -- this
18   was a near-term solution, because you didn't know
19   how long it was going to take or if you even
20   could design out the hazard that you had
21   identified.  Correct?
22       A.   That is --
23           MR. MERRELL:  Objection to form.
24           THE WITNESS:  That is correct.

Page 169

1        It was an immediate solution, yes.
2   BY MR. HAVERTY:
3       Q.   But I think you told us a little
4   bit earlier that the people who were involved in
5   the CAPA did not think it was a satisfactory
6   solution because of the possibility of the human
7   error leading to this over-delivery of insulin.
8   Correct?
9            MR. MERRELL:  Objection to form.
10           THE WITNESS:  That is correct.
11       We wanted to -- to ensure that we take
12       even the possibility of this thing
13       happening away from patient as much as we
14       can.
15   BY MR. HAVERTY:
16       Q.   If you could go back to
17   Exhibit 10, please.
18                - - -
19           (A discussion off the record
20           occurred.)
21                - - -
22   BY MR. HAVERTY:
23       Q.   Yeah, and I think -- and
24   actually, I will represent to you I think that

Anatoly Aleksandrovich

Page 170

1  these are -- were intended to be two separate
2  exhibits, but they got mashed together for some
3  reason. So the numbering may be a little bit
4  confusing.
5         But, you know, let me ask you, if
6  you could go to the page marked 242. It's near
7  the back. It's about ten pages from the end or
8  so.
9         A.   242.
10        Q.   242?
11             MS. MARTINEZ: NO.
12             THE WITNESS: 0069242 (sic).
13  Right?
14  BY MR. HAVERTY:
15        Q.   Yeah. But I said, there are
16  actually two things together. The numbering is
17  not in sequence, so go all the way towards the
18  end first.
19             MR. MERRELL: 0067242.
20             MS. MARTINEZ: Oh.
21             MR. HAVERTY: Yeah.
22             THE WITNESS: 7247. I'm lost.
23             MR. MERRELL: It's not in
24  sequence.

Page 171

1             THE WITNESS: Oh, there we go.
2  7242. Yes.
3  BY MR. HAVERTY:
4        Q.   Got it. Okay. And it's a slide
5  deck called "Prime/Fill Anomaly - Paradigm CAPA"?
6        A.   Correct.
7        Q.   And it's from Juan Alderete?
8  Yeah. It's dated July 5, 2013?
9        A.   Uh-huh.
10        Q.   Right?
11        A.   Yes. That's it.
12        Q.   Have you -- if you just take a
13  quick look at this, have you seen this slide deck
14  before?
15        A.   I don't remember exactly.
16        Q.   Who is Juan Alderete?
17        A.   He is an R&D engineer at
18  Medtronic.
19        Q.   Was he part of the CAPA team?
20        A.   No, he was not.
21        Q.   Do you know why he was giving a
22  presentation on the "Prime/Fill Anomaly -
23  Paradigm CAPA"?
24        A.   No, I don't remember exactly why.

Page 172

1        Q.   Would you -- do you recall
2  whether you were involved in any type of
3  presentation in July of 2013 regarding the
4  Paradigm CAPA?
5        A.   July 2013 -- could you please ask
6  me that question again?
7        Q.   Sure. Let me make it a little
8  bit easier for you.
9        A.   Uh-huh.
10        Q.   Let me do it this way.
11             Hold that page open and go to
12  Exhibit 17, if you would.
13                   - - -
14             (Deposition Exhibit No. AA-17,
15             Meeting Invitation, 6/3/2013, Bates
16             stamped MDT-BRACP-0054646, was marked for
17             identification.)
18                   - - -
19             THE WITNESS: Okay.
20  BY MR. HAVERTY:
21        Q.   Do you have that?
22        A.   Yes.
23        Q.   This is an email from Juan
24  Alderete to, among other people, you, Benjamin

Page 173

1  Grover and Mark Curtis.
2             These are part of your CAPA team.
3  Correct?
4        A.   Some people are. Some are just
5  R&D people.
6        Q.   Yeah. No, no. But the ones that
7  I identified, Benjamin Grover, Mark Curtis, you,
8  they were all -- you were part of that CAPA team.
9  Right?
10        A.   Correct.
11        Q.   And I also note, there is another
12  person in there, Afshin Bazargan.
13             Who is Afshin Bazargan?
14        A.   He's an R&D director --
15        Q.   Okay. Is he still with
16  Medtronic?
17        A.   -- at Medtronic.
18        Q.   Is he still with Medtronic?
19        A.   He is.
20        Q.   Okay. Anyway, this -- it looks
21  like this was a meeting invitation for a meeting
22  for "Concept Generation for Venting Reservoir"
23  Component -- "Compartment" for June 3rd of 2013.
24             Do you recall going to such a

Anatoly Aleksandrovich

Page 174

1  meeting?
2      A.   Yes, I do.
3      Q.   Okay.  What was the purpose of
4  the meeting?
5      A.    To potentially generate a
6  hardware solutions to prevent -- or to provide
7  venting through the pump or some other means of
8  venting the reservoir compartment.
9      Q.    Okay.  All right.  So if you go
10 back to Exhibit 10, that page we were on, and you
11 go to 243, which is the next page after that, it
12 says, "Project Charter," and it has a "Problem
13 Statement, The P-Cap membrane can become occluded
14 and effect the pressure equalization of the
15 System."  That's identified as the "Issue
16 Statement."
17      Then it says, "Through Design,
18 our tube based systems should equalize the
19 reservoir compartment pressure under typical use
20 conditions," and that's "Vision."
21      And "We will use the DMAIC
22 process to evaluate potential design solutions in
23 order to reduce/mitigate the risk."  And that's
24 identified as the "Method."

Page 175

1      Can you tell us what these things
2  are, the Statement, the Vision and the Method,
3  what does that refer to?
4      A.    This was a project -- conceptual
5  project to try to generate some of the solutions
6  via hardware to provide venting to the reservoir
7  compartment.
8      Q.    Or -- or otherwise prevent the
9  hazard from occurring.  Right?  Even it was not
10 necessarily through venting.  Right?
11      A.    Well, I wouldn't agree with that.
12 It's all about venting.  It's all about letting
13 air out of the compartment.
14      Q.    Okay.  We'll get to that in a
15 second.
16      Anyway, in any event, it notes
17 that the "Project Goal" was to "Perform root
18 cause analysis to determine failure modes and
19 propose solutions to reduce/mitigate the
20 failures."  Right?
21      A.    Yes.
22      Q.    And do you recall -- you recall
23 this project at all?  Were you involved in this
24 project?

Page 176

1      A.    I participated in a couple of
2  meetings and, like I said, idea generations.
3      Q.    Okay.  And then the "Project
4  Scope" involves the Paradigm/NGP infusion sets
5  and reservoirs, the 1.8 and 3.0 milliliter and
6  the Paradigm/NGP pumps 5X -- 5 series and the 7
7  series.  Correct?
8      A.    Correct.
9      Q.    And, by the way, all of the stuff
10 that we've been talking about, there are
11 two models of pump back in this time.  There was
12 the 5 series and the 7 series.  Correct?
13      A.    Correct.
14      Q.    The only difference between the 5
15 series and the 7 series was the size of the
16 reservoirs.  Correct?
17      A.    Correct.  And the size of the
18 pump itself.  Yeah.
19      Q.    But all of the issues that we're
20 talking about with the blocked vents and all
21 that, they apply equally to the 7 series as they
22 do to the 5 series.  Correct?
23      A.    Correct.  It's pump independent.
24 Yes.

Page 177

1      Q.    Okay.  Anyway, if you go ahead to
2  the page marked 252, okay, this looks like some
3  conceptual discussions about different ways of
4  mitigating the risk, does it not?
5      A.    Am I looking at the proper slide,
6  "Improved Membrane (Hydrophobic on both sides)"?
7      Q.    Yes.  As a matter of fact --
8      A.    Okay.
9      Q.    Right.  If you look at the next
10 five pages or so, or four pages, after that, do
11 these look all like conceptual -- concepts for
12 how to mitigate the risk from the venting being
13 blocked?
14      A.    Yes.  That's what they look like.
15      Q.    Okay.  So the first one is
16 "Improved Membrane (Hydrophobic on both sides)."
17 And then it looks to me like it talks about the
18 benefits and -- or the pluses and the minuses of
19 each approach.
20      And in this case, the plus of it
21 was that it "Mitigates the membrane from becoming
22 obstructed," but the -- it looks like the con
23 would be "Development would be heavy on process
24 and automation."

Golkow Litigation Services - 877.370.DEPS

Anatoly Aleksandrovich

Page 178

1    What does that mean?
2        A.    That means that what we talked
3    about earlier then, big concern with -- in
4    selecting the new material was how was it going
5    to act in the high-volume manufacturing
6    environment being used in our automated assembly
7    systems.
8        Q.    And then it says, "Proof of
9    Concept demonstrated acceptable Wet Flow
10   Capability."
11            And was that what we talked about
12   before the break, where you had these three
13   materials that all performed vastly better than
14   the Emflon material?
15       A.    Right.  This basically
16   demonstrated that there are materials on the
17   market that can withstand a certain amount of
18   fluid and remain permeable.
19       Q.    Okay.  If you turn to the next
20   page, please.
21       A.    Yes.
22       Q.    Is this another concept that was
23   discussed, "Reservoir to Electronics Chamber
24   Venting"?

Page 179

1        A.    Yes.
2        Q.    Can you explain what that concept
3    was?
4        A.    I don't remember exactly, but the
5    idea was to vent the reservoir compartment,
6    instead of venting it to the atmosphere or
7    environment, as is done currently, to implement
8    some kind of valve that would let the air go
9    inside the -- essentially housing of the pump.
10       Q.    Okay.  So it notes that the pros
11   are that it "Mitigates the over-pressurization of
12   the Reservoir Compartment."  And it says, "Small
13   reservoir frictions retire large volume to
14   prevent stopper movement."
15            What does that mean?
16       A.    "Small reservoir frictions" --
17   I'm not sure what it means.
18       Q.    Okay.  And then the next point
19   under it is, "End result is that reservoir could
20   empty before seating is triggered (no
21   over-delivery).  Pump would seat with stopper
22   bottomed out and would be followed by a Low
23   Reservoir Alert."
24            Do you -- can you explain how

Page 180

1    that was supposed to work?
2        A.    It basically means that in the
3    event where uncontrolled delivery would happen,
4    it would empty into -- no, I'm sorry.  Strike
5    that.  I'm wrong.  No, I don't remember this
6    concept.  Uh-uh.
7        Q.    Okay.  And the next bullet point
8    is "Reliability Testing needed to determine
9    performance over 4 years."
10            Is that relating to the life of
11   the -- the life expectancy of the pump?
12       A.    Yes, that is correct.
13       Q.    So that would have a long lead
14   time in order to validate it and test that
15   particular methodology.  Correct?
16       A.    That is correct.
17       Q.    And I assume that was considered
18   to be a major con for this work-around.  Right?
19       A.    Yes.
20       Q.    All right.  But then it noted the
21   "Proof of Concept demonstrated acceptable
22   capabilities with obstructed membrane."
23            How is a proof of concept done
24   for that particular methodology?

Page 181

1        A.    I cannot speculate on this,
2    because I have not seen that proof of concept.
3        Q.    Okay.  If you go to the next
4    page, please, this one is titled "Reservoir
5    Removal Prevention Feature."  Okay.
6            Basically this would prevent the
7    user from making that error of removing the
8    reservoir while it's underneath a pressurized
9    insulin vial.  Correct?
10       A.    Correct.
11       Q.    And it notes that the major pro
12   for this is that it "Mitigates the root cause
13   (insulin getting on membrane):  locks Reservoir
14   while the Vial is attached."
15            Then it says, it "Only impacts
16   the Transfer Guard Tooling."
17            So that would have been a major
18   plus as well, because it sounds like you wouldn't
19   have had to do a whole major redesign of the
20   transfer guard.  Right?
21            MR. MERRELL:  Objection to form.
22            THE WITNESS:  Well, it's still a
23   major redesign considering the tooling we
24   use.

46 (Pages 178 to 181)

Anatoly Aleksandrovich

Page 182

BY MR. HAVERTY:
1    Q.   Okay.  But --
2    A.   And -- yeah.  Still is.
3    Q.   And the con that was noted there
4  is "Would not prevent the membrane from getting
5  wetted in other typical use cases."  Right?
6    A.   Uh-huh, yes.
7    Q.   What were the other -- what were
8  the other typical use cases that were foreseen
9  that could lead to the wetting of the membrane
10  other than detaching it -- detaching the
11  reservoir from the transfer guard while it was
12  underneath a pressurized insulin vial?
13    A.   Again, hard to answer at this
14  point.  I don't remember.  But one was doing this
15  within -- within short distance of water source,
16  running faucet, shower, something like that.
17    Q.   Okay.  Was this, the reservoir
18  removal prevention feature, ever explored any
19  further than this apparent conceptual slide, do
20  you know?
21    A.   Not to my knowledge.
22    Q.   Was there anybody who advocated
23  for it, that thought that it was a viable

Page 183

1  possible risk mitigation?
2    A.   Don't remember.
3    Q.   Okay.  And then if you turn to
4  the next page, please.  This looks like it's
5  another concept, "Detection of Increasing
6  Pressure."  And it says, "Detection of whether
7  the force increase during seating is caused by
8  contacting the stopper or compression of air.
9  Development would be heavy on testing and aging
10  of devices."  And "Review of preliminary data
11  demonstrates a capability to develop an algorithm
12  for both Paradigm and NGP.
13        By the way, what is NGP?
14    A.   It's an abbreviation for new
15  generation pump.
16    Q.   All right.  Can you -- and as
17  best you can, explain it to people who are not
18  engineers, can you explain what this concept is
19  discussing?
20    A.   To the best of my knowledge, this
21  was a software approach to -- to embed into the
22  pumps software that will detect -- it will be
23  able to tell the difference between when it's --
24  when the occlusion is caused -- or when it's

Page 184

1  seating -- when actual seating occurs versus air
2  incursion.
3    Q.   And that's because actual seating
4  occurs when the slide screw detects a certain
5  level of pressure.  Right?  And then it stops.
6  Correct?
7    A.   That was the idea.
8    Q.   Do you know what were the
9  major -- what was a -- the negative about this
10  concept, if you know?
11    A.   No, I don't.
12    Q.   Okay.  Do you know whether that
13  was explored any further than this concept here?
14    A.   I'm not aware, no.
15    Q.   Do you know whether those
16  work-arounds were actually rejected, or were they
17  just -- they just were never pursued any further?
18    A.   I don't think -- yeah.  I don't
19  remember how -- how we stopped those -- that
20  development.  But yeah, to my knowledge, they
21  were not pursued any further.
22    Q.   Okay.  If you could look at
23  Exhibit 22, please.
24            - - -

Page 185

1        (Deposition Exhibit No. AA-22,
2    Engineering Reports, ER13-8302 Version A,
3    06/28/2013, Bates stamped
4    MDT-BRACP-029066 through
5    MDT-BRACP-029082, was marked for
6    identification.)
7            - - -
8  BY MR. HAVERTY:
9    Q.   Do you have that?
10    A.   Yes.
11    Q.   Okay.  And this is an engineering
12  report that you prepared at the end of June of
13  2013.  Correct?  And it basically was a
14  synopsis --
15    A.   Looks like it.
16    Q.   I'm sorry.
17    A.   Yes.
18    Q.   Okay.  And it basically is a
19  synopsis of the events that occurred from the
20  original complaint back in the fall of 2012
21  through the investigation, the engineering
22  investigation and the other analyses that were
23  done.  Correct?
24    A.   Correct.

47  (Pages 182 to 185)

Anatoly Aleksandrovich

Page 186

1    Q.   So this would be a good -- a good
2  summary of all the events that occurred up
3  through the end of June 2013.  Right?
4    A.   Right.
5    Q.   Okay.  And actually, it contains
6  most of the events that we discussed already.
7  Correct?
8    A.   That is correct.
9    Q.   All right.  If you could take a
10  look at Exhibit 23, please.
11               - - -
12         (Deposition Exhibit No. AA-23,
13         Memo dated July 31, 2013, Bates stamped
14         MDT-BRACP-0051047 through
15         MDT-BRACP-0051050, was marked for
16         identification.)
17               - - -
18         THE WITNESS:  Okay.
19  BY MR. HAVERTY:
20    Q.   Do you have that?
21    A.   I do.
22    Q.   Okay.  Do you see this appears to
23  be a summary of meeting minutes between
24  representatives from Medtronic and the FDA, July

Page 187

1  31st of 2013.  It was held at the FDA Office of
2  Compliance.
3         You're not listed as an attendee,
4  but did you ever interact with the FDA over any
5  of the issues relating to the prime/fill anomaly
6  CAPA?
7    A.   No, I never did.
8    Q.   Did you ever provide any
9  information to anybody at Medtronic who was then
10  interacting with the FDA regarding issues
11  surrounding the prime/fill anomaly?
12    A.   Yes.
13    Q.   Okay.  Who did you provide
14  information to?
15    A.   Norma Ojeda.
16    Q.   She's listed as one of the
17  attendees here.  Correct?
18    A.   Correct.
19    Q.   And she's listed as a senior
20  engineering manager.
21         Was she your supervisor?
22    A.   Correct.  She was at the time.
23    Q.   Okay.  Is she no longer with
24  Medtronic?

Page 188

1    A.   She's still with Medtronic in a
2  different capacity.
3    Q.   Okay.  What is she doing now?
4    A.   She is a senior quality director.
5    Q.   Okay.  And it looks like it lists
6  five meeting action items.
7         And it's -- it was "Medtronic to
8  advise FDA on the decision related to the updated
9  keypad and the installed base of 510(k) pumps.
10  With a further discussion on the issue of how to
11  incorporate improvements into all pumps in the
12  marketplace."
13         Do you know anything about what
14  that discussion was about?
15    A.   No, I don't.
16    Q.   Do you know what it's referring
17  to as "the installed base of 510(k) pumps"?
18    A.   No, I don't.
19    Q.   Do you know what a 510(k) pump
20  is?
21    A.   No, I don't.
22    Q.   Do you know what the 510(k)
23  process is?  Do you know what that refers to?
24    A.   I do know what it refers to.  I'm

Page 189

1  not sure how the process actually works.
2    Q.   Okay.  Well, what does it -- what
3  does it refer to?  What's your understanding of
4  it?  What's the 510(k) referring to there?
5    A.   It's a -- it's a type of
6  submission that FDA would require in certain new
7  products or changes or whatever else happens in
8  our business.  It's an FDA submission, a type of.
9    Q.   And in fact -- and we're going to
10  get to this in a little while, but there was a
11  510(k) submission related to the new membrane
12  material for the P-cap connector.  Right?
13    A.   That is correct.
14    Q.   All right.  Then the second one
15  is "Medtronic Diabetes to inform FDA related to
16  the effectiveness of product update cards in
17  disposable shipments."
18         Do you know what that's referring
19  to?
20    A.   No, I don't.
21    Q.   Do you know what the product
22  update cards are?
23    A.   Not really, no.
24    Q.   Medtronic -- third item,

48  (Pages 186 to 189)

Anatoly Aleksandrovich

Page 190

1    "Medtronic Diabetes to share with FDA how we get
2    information related to product updates to
3    physicians who do not receive product."
4            Do you know what that's referring
5    to?
6        A.   Nope.
7        Q.   Okay.  Fourth item, "Medtronic to
8    update procedure to include completed Health
9    Hazard Assessments in 806 notifications to" the
10   "FDA."
11           Do you know what that's referring
12   to?
13       A.   No, I don't.
14       Q.   Do you know what 806
15   notifications are?
16       A.   No, I don't.
17       Q.   Okay.  Do you know anything about
18   medical device reporting?
19       A.   No, nothing specific.
20       Q.   Okay.  Then Item 5, "Medtronic to
21   update field communication matrix and schedule a
22   follow up meeting discussing the risk definitions
23   and frequency levels with" the "FDA."
24           Do you see that?  Do know what

Page 191

1    that's referring to?
2        A.   No, I don't.
3        Q.   Okay.  All right.  In any event,
4    if you turn to the next page, please.  It lists a
5    number of issues that were discussed, apparently
6    were discussed at this meeting, the first being
7    the "Keypad Improvement slide."
8            Do you know what that's referring
9    to?
10       A.   No.
11       Q.   Then the second one is "Motor
12   Error Phase II slide."
13           Do you know what that is
14   referring to?
15       A.   No, I don't.
16       Q.   Do you know what the motor error
17   is dealing with?
18       A.   No.
19       Q.   Do you know -- and if you look at
20   the next one, "Motor Support Disc," do you know
21   what that's referring to?
22       A.   Nope, I don't.
23       Q.   The next one is "Moisture
24   Ingress."

Page 192

1            Do you know what that's referring
2    to?
3        A.   No, I actually don't.
4        Q.   All right.
5        A.   Not in this context.
6        Q.   Okay.
7        A.   Not in this context.
8        Q.   The next one, "Field Corrective
9    Action-Motor support disc," do you know what
10   issues were surrounding the motor support disc?
11       A.   Not really.
12       Q.   Then the next one, turn to the
13   next page, if you would.  It has the "Field
14   Corrective Action-Vent Block."
15           You do know about that.  Right?
16       A.   I do.
17       Q.   And then it goes on to say, "John
18   Diehl and Carl Fischer asked if a health hazard
19   assessment was done and if so was it provided?"
20           We know that a health hazard
21   assessment was done.  Correct?
22       A.   It was done.  I don't know a time
23   reference between this and -- when this meeting
24   occurred and when the HHA was done for this

Page 193

1    particular case.
2        Q.   Okay.  We saw that the health
3    hazard evaluation was done in the spring of 2013.
4    Right?
5        A.   I don't remember from the
6    documents.
7        Q.   And then it says, "Mr. Fischer
8    further clarified that going forward whenever
9    Medtronic Diabetes submits an 806, FDA would
10   appreciate if you would provide a health hazard
11   assessment."
12           Do you know what that's referring
13   to?
14       A.   No.
15       Q.   And then the next bullet point,
16   it says, "Dr. Beaston inquired if Medtronic
17   Diabetes is planning a better correction than
18   just telling patients what to avoid?"
19           Were you aware of that, that the
20   FDA was interested in whether or not FDA --
21   Medtronic was going to do more than simply send
22   out the "dear healthcare provider" letters or the
23   "dear patient" letters?
24       A.   No, I'm not aware of the

Anatoly Aleksandrovich

Page 194

1    communication.
2        Q.    Okay.  But then Jeff Hubauer --
3    who is Jeff Hubauer?
4        A.    Jeff Hubauer was -- I don't know
5    at the time, vice president of Medtronic
6    Diabetes.
7        Q.    All right.  He informed the FDA
8    people "that design changes are being evaluated
9    and that we expect to go to new vent membrane to
10   eliminate this issue."
11       So that was the thinking -- that
12   was Medtronic's approach at that time.  Correct?
13       A.    Yes.
14       Q.    Okay.  If you could look at
15   Exhibit 24, please.
16           - - -
17       (Deposition Exhibit No. AA-24,
18       Email chain, top one dated August 08,
19       2013, Bates stamped MDT-BRACP-0067708 and
20       MDT-BRACP-0067709, was marked for
21       identification.)
22           - - -
23   BY MR. HAVERTY:
24       Q.    Do you have that?

Page 195

1        A.    I do.
2        Q.    Okay.  Who is Amichai Vardi?
3        A.    Amichai Vardi was a quality
4    director at that time.
5        Q.    Okay.  And the second email on
6    this chain is from Amichai Vardi to a number of
7    people, including you, dated August 6, 2013.
8    Correct?
9        A.    Uh-huh.  Correct.
10       Q.    And at this point, in August of
11   2013, had you -- had you made a decision to go
12   ahead and explore the Versapor 450 more fully at
13   that point?
14       A.    I don't remember.  I need to
15   refer to the -- to our engineering report
16   documentation.
17       Q.    Of the engineering -- your
18   engineering report from the end of June?
19       A.    No, no, not my engineering
20   report.  It's from Benjamin Grover, the report
21   that -- where he compares the materials.
22       Q.    Okay.  But do you recall around
23   when that was -- is that that slide deck we were
24   talking about?

Page 196

1        A.    That slide probably led to that
2    report.  I don't exactly remember when we
3    released that.
4        Q.    Okay.  Beyond doing the blocked
5    vent testing, and you found that Versapor was the
6    best risk mitigator of all the materials tested,
7    did you then -- or what did you do next at that
8    point?
9        MR. MERRELL:  Objection to form.
10       THE WITNESS:  Are you asking me
11       what were the steps we took after
12       identifying Versapor 450 as a replacement
13       material?  Did I understand you
14       correctly?
15   BY MR. HAVERTY:
16       Q.    Yes.  I mean, when did you make
17   the decision to pursue Versapor as your basic
18   solution?
19       A.    Upon completion -- upon
20   completion of the comparison testing for three
21   materials.
22       Q.    We talked --
23       A.    It was basically -- yes.
24   Correct.  It was determined that any of those

Page 197

1    three will be a good candidate as a replacement,
2    but we choose Versapor 450.
3        Q.    Okay.  And that was a product
4    that was made by Pall, who was the current
5    manufacturer -- or current supplier of the Emflon
6    material that was currently in the P-caps.
7    Right?
8        A.    Correct, yes.
9        Q.    So what was the next step then
10   once you settled on Versapor as your material of
11   choice?  What did you do next?
12       A.    Next high-level step was to see
13   how it would act in the -- in the assembly
14   machine and then subsequently validate it.
15       Q.    Okay.  How did you go about that
16   process?  You had to obtain --
17       A.    We created a -- we created a part
18   number specific to the form that we needed to
19   receive that material in, and then we commenced
20   or commissioned our supplier to -- that possessed
21   one of the cap assembly -- we refer to them as
22   cap assembly machines, the assembly cells that
23   assembled P-caps, to create and develop a process
24   for the Versapor 450 with a subsequent ID to go

Anatoly Aleksandrovich

Page 198

1   into validation.
2       Q.   Okay.  How, if at all, did the
3   manufacturer of the membrane with the Versapor on
4   this CAM machine differ from the Emflon?
5       A.   I'm sorry.  I'm not clear on the
6   question.
7       Q.   Yeah.  I probably need to lay a
8   better foundation.
9            So was the idea that you're going
10  to use the Versapor as a single-membrane
11  material, or were you going to use the Versapor
12  in combination with the hydrophobic PTFE that was
13  already in the membrane?
14      A.   No.  Versapor 450 is a material
15  of its own that is hydrophobic and would provide
16  enough -- enough protection that we were looking
17  for.
18      Q.   So you're only going now with a
19  single-layer membrane.  Right?
20      A.   It's single material of membrane.
21  I don't remember -- I don't think Versapor is
22  constructed with a single layer of material.  But
23  it's a material as the supplier makes it.
24      Q.   Let me go back then.

Page 199

1            Because what you would have to do
2   with the Emflon membrane was you had to weld or
3   you had to join the polyester and the PTFE,
4   correct, as part of the manufacturing process?
5       A.   This is proprietary to Pall -- to
6   Pall corporation.  I have no idea how they -- in
7   fact, we wanted to see how they manufactured it,
8   and they wouldn't allow us.
9       Q.   So just so I understand, the
10  material came to you already as a two-layer --
11  the PTFE and the woven -- nonwoven polyester from
12  Pall.  Correct?
13      A.   Correct.
14      Q.   And that's what I'm trying to
15  understand.  The Versapor then, whatever
16  component -- constituent parts it has in it, came
17  to you from Pall as a finished product, a
18  finished membrane.  Correct?
19      A.   Correct.  The only customization
20  of that material will be -- would be the width to
21  which it was slit to fit the machine.
22      Q.   Okay.  And that's what I was
23  trying to understand.
24            So you needed to validate or test

Page 200

1   the materials on the machine to determine what
2   width you needed Pall to manufacture it to?
3       A.   No.  We -- we knew the -- the
4   width never changed from Emflon to Versapor 450.
5   What we needed to do is to develop -- so the
6   membrane material is welded via ultrasonic
7   welding process to the plastic housing.  We
8   needed to develop a new --
9       Q.   I'm sorry, what --
10      A.   And we needed to develop a new --
11      Q.   I missed the last part of that.
12      A.   I'm sorry.
13      Q.   My fault.
14      A.   We needed to develop a new
15  welding process for the new material, because the
16  old process wouldn't work for it.
17      Q.   And how did the old process not
18  work?  What was the problem?
19      A.   It would burn holes in the new
20  material, as one of the examples.
21      Q.   Anything else?
22      A.   Not at that point.
23      Q.   Okay.  So sometime in the spring
24  or early summer of 2013, you settled on the

Page 201

1   Versapor, and you attempted to get materials from
2   Pall so that you could test it out on the -- on
3   your manufacturing equipment and figure out how
4   it would work with the CAM machines.  Correct?
5       A.   Correct.
6       Q.   So do you recall the period of
7   time when that type of validation was going on in
8   terms of the sonic welding and whatever else you
9   needed to do to get that membrane into the cap?
10      A.   No.  I don't remember the exact
11  time frame when that was happening.
12      Q.   But was that going on during the
13  summer and the fall of 2013?
14      A.   Again, I don't remember.  It's
15  all documented in our reports, but I don't
16  remember exactly off the top of my head right
17  now.
18      Q.   Okay.  If you could look at
19  Exhibit 25, please.
20            - - -
21            (Deposition Exhibit No. AA-25,
22       Engineering Change Form, ECR/ECO:
23       5-46903, Bates stamped MDT-BRACP-0062972
24       through MDT-BRACP-0062976, was marked for

51  (Pages 198 to 201)

Anatoly Aleksandrovich

Page 202

1    identification.)
2            - - -
3            THE WITNESS:  Okay.
4    BY MR. HAVERTY:
5        Q.    This is an Engineering Change
6    Form dated 9/18/2013.  And it notes that the
7    summary of the change is "FDA required update to
8    infusion set artwork to add caution and warnings
9    regarding blocked vents issue.  Release prototype
10   and production versions of artwork required to
11   ensure patient safety."  And it says the "Reason
12   For Change, FDA required update for patient
13   safety."
14           And then it says,
15   "Qualifying/Validation, No new claims.  Changes
16   are required per FDA to ensure patient safety and
17   warnings about potential harm if blocked vents
18   occur."
19           Do you see that?
20       A.    Yes, I do.
21       Q.    Do you recall what those
22   instructions were, what the warnings were?
23       A.    Yes.
24       Q.    What were they?

Page 203

1        A.    This -- we were -- within this
2    change form, we were adding to the warnings
3    section of every IFU of an infusion set.  We were
4    adding a wording against presence of insulin or
5    any other fluid.  I don't remember the exact
6    verbiage, but that's the essence.
7        Q.    Okay.  If you could, please, look
8    at Exhibit 26.
9            - - -
10           (Deposition Exhibit No. AA-26,
11       MiniMed Reservoir Instructions for Use,
12       Bates stamped MDT-BRACP-028899 and
13       MDT-BRACP-028900, was marked for
14       identification.)
15           - - -
16           THE WITNESS:  Go ahead.
17   BY MR. HAVERTY:
18       Q.    You have it.  Okay.
19           If you could go to the second
20   page of that.
21       A.    Okay.
22       Q.    All right.  Up at the top left,
23   like first column -- second column over, do you
24   see there's a thing in English?  Do you see that?

Page 204

1        A.    Yes.
2        Q.    It starts off with -- it starts
3    off with "Indications For Use."
4        A.    Yes.
5        Q.    Right?  And then underneath that,
6    it says "Warnings."  Right?
7        A.    Yes.
8        Q.    And if you go over to the next
9    column, on the second paragraph, it says, "If
10   insulin, or any liquid," gels -- excuse me --
11   "gets inside the tubing connector, it can
12   temporarily block the vents that allow the pump
13   to properly fill the infusion set.  This may
14   result in the delivery of too" much -- "too
15   little or too much insulin, which can cause
16   hyperglycemia or hypoglycemia.  If this occurs,
17   start over with a new reservoir and infusion
18   set."
19           Is that the updated warning that
20   you recall the FDA required?
21       A.    That is.
22       Q.    And if you go over to the first
23   column there, the very top of it, it says on
24   there, "Refer to pump and infusion set user

Page 205

1    guides for installation and filling."
2            Do you see that?
3        A.    Yes.
4        Q.    Do you recall whether that was a
5    new instruction on this information for users?
6        A.    No, I don't recall.
7        Q.    By the way, just so we're clear
8    for the record, this Exhibit 26 is the IFU for
9    the MiniMed reservoirs.  Correct?
10       A.    Correct.
11       Q.    And the IFUs are the documents
12   that accompany the disposables in the boxes in
13   which they're shipped to consumers.  Correct?
14       A.    Correct.
15       Q.    If you then could look at
16   Exhibit 27, please.
17           - - -
18           (Deposition Exhibit No. AA-27,
19       Medtronic Quick-set Instructions for Use,
20       Bates stamped MDT-BRACP-028901 and
21       MDT-BRACP-028902, was marked for
22       identification.)
23           - - -
24   BY MR. HAVERTY:

52  (Pages 202 to 205)

Page 206

1    Q.    And this is the IFU for the
2  Medtronic Quick-set infusion sets.  Correct?
3    A.    Correct.  One of them, yes.
4    Q.    And if you look at the --
5  underneath the Medtronic logo, there is a -- in
6  that black-lined box there, there is the first
7  thing, it says, "Refer to pump and reservoir user
8  guides for installation and priming."
9         Do you see that?
10   A.    Yes, I do.
11   Q.    Okay.  Do you know whether that
12 was new information, a change in these labels?
13   A.    I don't remember if it was new
14 information.
15   Q.    Okay.  And if you look at the
16 pictograph number 3, do you see that?
17   A.    Yes, I do.
18   Q.    It looks like it has two
19 connectors depicted there.  One on the left top
20 part, it appears to be a P-cap being connected to
21 a reservoir.
22        Do you see that?
23   A.    Yes.
24   Q.    And in the one to the right, in

Page 207

1  the lower portion of it, it looks like a
2  different type of connector onto the reservoir,
3  does it not?
4    A.    Correct.  It does.
5    Q.    Is that -- is that a Luer Lock
6  connector?
7    A.    It is a Luer Lock connector, yes.
8    Q.    So are you able to tell what type
9  of reservoir that is that's being depicted there
10 that can be used with a Luer Lock connector?
11   A.    There's only one reservoir that
12 Medtronic manufactures that can be connected to a
13 Luer Lock connector.
14   Q.    And what was that?
15   A.    I don't remember the model
16 number.
17   Q.    Well, would that reservoir work
18 in a MiniMed pump?
19   A.    No, it wouldn't.
20   Q.    Okay.  What pumps would it --
21 would it only work in?
22   A.    Whichever pumps by other
23 manufactures that can utilize such reservoir.
24   Q.    Well, this is -- this is an IFU

Page 208

1  for the Quick-sets, so why is it depicting a Luer
2  Lock in addition to a P-cap connector, if you
3  know?
4    A.    Because -- because Medtronic
5  markets Quick-set infusion sets with both
6  connectors.
7    Q.    And by the way, the Luer Lock
8  connector wouldn't suffer from the same problem
9  as the proprietary connector because it doesn't
10 rely upon venting.  Correct?
11   A.    Correct.  It's completely
12 different physics, yes.
13   Q.    Was there any consideration given
14 to developing a Luer Lock connector for the
15 reservoirs that would not have the venting
16 problem that the P-cap had?
17   A.    Not that I remember.
18   Q.    Do you remember any discussion
19 about it at all?
20   A.    I don't.
21   Q.    If you could turn to the second
22 page, please.
23   A.    Okay.
24   Q.    All right.  If you go down --

Page 209

1  never mind.
2         If you can go to Exhibit 28,
3  please.
4            - - -
5         (Deposition Exhibit No. AA-28,
6         Medtronic MiniMed Paradigm Reservoir
7         Instructions for Use, Bates stamped
8         MDT-BRACP-028897 and MDT-BRACP-028898,
9         was marked for identification.)
10           - - -
11        THE WITNESS:  Okay.
12 BY MR. HAVERTY:
13   Q.    All right.  You recognize this as
14 an IFU for MiniMed reservoirs?
15   A.    Okay.
16   Q.    Do you recognize this as the IFU
17 that was in use prior to the discovery of the
18 prime/fill anomaly or the temporary vent block?
19   A.    I am not sure which one was used
20 when in reference to reservoirs.
21   Q.    Okay.  If you could take a look
22 at page 2.
23   A.    Okay.
24   Q.    Do you agree with me that the

53 (Pages 206 to 209)

Anatoly Aleksandrovich

Page 210

1   warning that was in -- I guess it was Exhibit 26,
2   about insulin or anything getting on the
3   reservoir top is not contained in this reservoir
4   IFU?
5       A.    I would agree, yes.
6       Q.    Okay.  And in fact, at the bottom
7   there, after pictograph number 10 to the right of
8   that, it says differently than the one in
9   Exhibit 26, "Refer to Paradigm Pump User Guide
10  for inserting reservoir, priming pump, and
11  inserting infusion set."  Correct?
12      A.    Correct.
13      Q.    The new -- newer warning, the
14  updated warning, referred the user to the user
15  guide for the filling instructions as well.
16  Correct?  If you want to take a look at it.
17      A.    Yes.
18      Q.    If you could take a look at
19  Exhibit 30, please.
20                  - - -
21              (Deposition Exhibit No. AA-30,
22          PowerPoint, "Temporary Vent Block During
23          Prime CAPA (QIT13-006)," Bates stamped
24          MDT-BRACP-0054462 through

Page 211

1   MDT-BRACP-0054469, was marked for
2       identification.)
3                  - - -
4               THE WITNESS:  Okay.
5   BY MR. HAVERTY:
6       Q.    This is a PowerPoint slide deck
7   titled "Temporary Vent Block During Prime CAPA...
8   Project Summary," and it's got your name on it,
9   from December 12, 2013.  Correct?
10      A.    Yes.
11      Q.    And I take it from that, this was
12  a presentation that you made to explain where you
13  were in the CAPA process as of the end of 2013.
14  Correct?
15      A.    Correct.
16      Q.    If you could look at second page
17  of this.
18      A.    Okay.
19      Q.    What is that graph meant to
20  depict?
21      A.    This graph shows the testing of
22  historical samples of hardware that we could
23  obtain that we spoke about earlier today.
24      Q.    Okay.  And that's where you refer

Page 212

1   to, somewhere in 2009 we lost the ability to pass
2   air through the membranes.  Correct?
3       A.    Yeah.  Actually, even earlier
4   than then.
5       Q.    Where does it appear on this
6   graph?
7       A.    I think it has a stamp -- it's
8   very blurry here, but I think it has a stamp of
9   2000 -- October of 2008.
10      Q.    Okay.  And the top line graph,
11  what is that depicting?  What is that referring
12  to?
13      A.    That's air flow through the
14  membrane in the dry condition.
15      Q.    Okay.  So as it goes off to the
16  right -- and then it goes way up to 80 --
17  what's -- SCCM about that, what is that -- is
18  that saying that's good air flow in the dry
19  membrane?
20      A.    That's very good air flow, yes.
21      Q.    Okay.  And then the one that's
22  underneath of it reflects the air flow through a
23  wet membrane.  Correct?
24      A.    Correct.

Page 213

1       Q.    And what it shows is that at some
2   point, it was as high as 22 or so.  And then it
3   dropped to under 10 and continued on its way down
4   to where it got to basically 0.  Correct?
5       A.    Correct.
6       Q.    If you turn to the next page,
7   please.
8       A.    Okay.
9       Q.    And what is this slide meant to
10  depict?
11      A.    This shows -- this shows how we
12  utilize -- how the team utilized a tool cause --
13  called root cause investigation analysis or root
14  cause analysis to determine potential causes of
15  an issue and to kind of evaluate them as to which
16  are more probable or more important to go after
17  and separate them from the ones that we deemed
18  insignificant at that point.
19      Q.    Okay.  So what does this tell you
20  about what the root causes were and what things
21  were most significant?
22      A.    So it tells -- tells us that the
23  most significant were the membrane material
24  itself, the CAM machine, as in what could CAM

Page 214

1  machine -- could it have altered the material in
2  any shape or form during manufacturing to create
3  such condition.
4      Q.   Right.
5      A.   And then the weld horn design,
6  that's going into more details within CAM
7  machine. Weld horn is not -- weld horn is a
8  tool -- one of the tools that is used inside the
9  CAM machine to attach the membrane to the plastic
10 P-cap housing.
11     Q.   Okay. And were you ultimately
12 able to determine whether the CAM was responsible
13 or the weld horn design was responsible?
14     A.   No. We eventually ruled both of
15 those out.
16     Q.   So it got down to the point where
17 you realized it was purely a function of the
18 membrane material. Right?
19     A.   Correct. Yes.
20     Q.   All right. If you go to the next
21 slide, please.
22     A.   Okay.
23     Q.   You've got -- you described the
24 problem, the membrane becomes gas impermeable

Page 215

1  when liquid is deposited on it and how that
2  happens.
3          And then you note that "Membrane
4  material needs to be replaced with material that
5  will remain gas permeable when temporary wet."
6  Right?
7      A.   Right.
8      Q.   And that was at that point, at
9  least as of the end of 2013, that was the
10 direction that the CAPA was headed. Correct?
11     A.   Correct.
12     Q.   And then you note that the
13 "Amount of liquid permitted on membrane needs to
14 be determined." Right?
15     A.   Correct.
16     Q.   And that ultimately became the
17 wet flow spec. Right?
18     A.   That is correct.
19     Q.   If you turn to the next slide,
20 please.
21          That's the "'Wet' Spec
22 Development." We talked about that earlier.
23 This is determining how much insulin would get
24 deposited if somebody followed an improper

Page 216

1  filling technique. Correct?
2      A.   That is correct.
3      Q.   If you turn to the next page
4  then.
5          So you talk about the "Material,
6  5 potential materials identified (3 from
7  current supplier and 2 from a potentially new
8  supplier)."
9          You eliminated two of those.
10 Correct?
11     A.   Correct.
12     Q.   Well, you noted "PCAP assembly
13 samples built using 5 prospective materials and
14 3 times sterilized." And then "Preliminary
15 testing eliminated 2 materials."
16          What was the preliminary testing
17 that was done that eliminated two of the
18 materials?
19     A.   If I remember correctly, both wet
20 and -- wet -- dry and wet flow.
21     Q.   Okay. The wet flow was
22 unacceptable?
23     A.   I don't remember exactly the
24 cause that we eliminated for the first two

Page 217

1  materials, but yeah. One of them was a wet flow.
2  Wet flow unacceptable or inconsistent.
3      Q.   Okay. If you turn to the next
4  page, please.
5          You note "New Material
6  Selection." The "3 Remaining materials underwent
7  array of functional testing.
8          And "Per results of preliminary
9  testing all 3 materials are promising for
10 production." Correct?
11     A.   Correct.
12     Q.   So then if you turn to the next
13 slide, as of December of 2013, your plan was to
14 finalize the reports for the mechanical testing
15 and wet flow spec development. And then Develop
16 and document specification for wet flow. Create
17 part numbers for all 3 materials. Procure
18 'validation' quantity of all 3 materials. And
19 Develop preliminary welding process window.
20 Develop a validation plan and schedule. Right?
21     A.   Right.
22     Q.   And so based upon this report in
23 December of 2013, were you pretty much on
24 schedule with the projected schedule that we

Anatoly Aleksandrovich

Page 218

1  discussed from the CAPA report?
2      A.   I don't remember.  I need to
3  refer back to the schedule.
4      Q.   Okay.  You were -- the original
5  plan from Exhibit 2 on page 42 said that you were
6  getting -- you expected to identify alternative
7  materials as of October 15, 2013.
8          So you were on schedule with
9  that.  Right?
10     A.   We were on schedule for that,
11 yes.
12     Q.   And then -- I'm sorry.  I was
13 looking at the wrong page.  Page 8, by the way.
14         MS. MARTINEZ:  Of what exhibit?
15         THE WITNESS:  Number 2.
16         MR. HAVERTY:  Page 8.
17         THE WITNESS:  I lost it.  Sorry.
18     One second.  Right here.
19 BY MR. HAVERTY:
20     Q.   Yeah.
21     A.   Here, page 8.  I got it.
22     Q.   Okay.  As of December of 2013,
23 were you on schedule to validate the assembly
24 process using new material?

Page 219

1      A.   Yes.
2      Q.   And let me qualify that a little
3  bit.
4          If you look back at page 42 as
5  well, is this a more updated action plan
6  because -- I mean, sorry.
7          Was this the original action plan
8  from August of 2013?
9          And the reason I ask is because
10 number 2, "Validate Assembly Process Using New
11 Material" had a due date at that point as of
12 February 14, 2014.
13         Did that get moved?  Did that get
14 pushed up?
15     A.   It may have been.
16     Q.   Okay.  Do you know why it was
17 moved from February of 2004 to May of 2004?  Or
18 '14, excuse me.
19     A.   Probably we -- no.  I don't
20 remember exactly why it got moved.
21     Q.   Okay.  And then because the
22 design review on page 8 was due on 4/24/2014, and
23 it looks like the original schedule was for that
24 to be in February of 2014?

Page 220

1      A.   Okay.
2      Q.   Do you know why that was pushed
3  back?
4      A.   No.  I don't remember why.
5      Q.   All right.  If you could look at
6  Exhibit 32, please.
7               - - -
8          (Deposition Exhibit No. AA-32,
9  PowerPoint, "Temporary Vent Block During
10 Prime CAPA (QIT13-006)," Bates stamped
11 MDT-BRACP-0069836 through
12 MDT-BRACP-0069847, was marked for
13 identification.)
14               - - -
15 BY MR. HAVERTY:
16     Q.   You've got that?
17     A.   I do, yes.
18     Q.   This is another PowerPoint slide
19 deck entitled "Temporary Vent Block During Prime
20 CAPA...Project Summary 1/28/2014," about six
21 weeks after the one that you did in December.
22 Correct?
23     A.   Correct.
24     Q.   Is this a PowerPoint slide deck

Page 221

1  that you created?
2      A.   Yes.
3      Q.   All right.  And it looks pretty
4  much the same as the one from December.  As a
5  matter of fact, it looks exactly the same as the
6  one from December.
7          Do you know why there was another
8  PowerPoint slide deck that was created six weeks
9  after the other one that didn't really contain
10 any new information?
11     A.   No, I don't remember why.
12     Q.   Do you know what stage the
13 process of developing the new membrane material
14 was at that point?
15     A.   No, I don't remember exactly.
16     Q.   Okay.  But you would -- were you
17 in the process at that point of developing the
18 wet flow spec?
19     A.   Again, I can't remember without
20 referring to documentation.
21         MR. HAVERTY:  Can we take a real
22     quick break here?
23         MR. MERRELL:  Sure.
24         MR. HAVERTY:  I'm going to shift

56  (Pages 218 to 221)

Anatoly Aleksandrovich

Page 222

1  gears.
2      THE WITNESS:  Okay.
3      MR. HAVERTY:  Thanks.
4      THE VIDEOGRAPHER:  We are now
5  going off the record, and the time is
6  2:47 p.m.
7          - - -
8      (A recess was taken from 2:47
9  p.m. to 2:58 p.m.)
10         - - -
11     THE VIDEOGRAPHER:  We are now
12  going back on the record, and the time is
13  2:58 p.m.
14  BY MR. HAVERTY:
15     Q.   Mr. Aleksandrovich, if you could
16  look at Exhibit 52, please.
17     A.   52?
18     Q.   52, yeah.
19         - - -
20     (Deposition Exhibit No. AA-52,
21  Email chain, top one dated February 06,
22  2014, Bates stamped MDT-BRACP-0050992
23  through MDT-BRACP-0050994, was marked for
24  identification.)

Page 223

1          - - -
2      THE WITNESS:  62?
3      MR. HAVERTY:  52.
4      THE WITNESS:  Okay.
5  BY MR. HAVERTY:
6      Q.   First of all, who is Mark -- who
7  is Chris Tupper, do you know?
8      A.   Chris Tupper, I'm not sure what
9  his -- what his position exactly was, but he was
10  in the -- I think it was maybe in the risk
11  assessment department, and he communicated with
12  the FDA.
13     Q.   Okay.  If you can turn to the
14  second page, all the way at the bottom.
15     A.   Okay.
16     Q.   This is an email from Chris
17  Tupper to Thanh B. Tran at the FDA, and it begins
18  on page 2 there and continues on to the next page
19  where Mr. Tupper says to Mr. Thanh -- or Thanh, I
20  don't know -- "The attached documents includes a
21  description of the current status of our recall
22  of the Paradigm insulin pump, the request for
23  closure document and, the closure request form.
24  The documents will be mailed to the District

Page 224

1  Office via US Postal Service.  I addressed the
2  letter to the Recall Coordinator (rather than you
3  personally) so that it will be delivered to
4  whoever is filling in for you in the event you
5  are out of the office."
6      And then Mr. Tupper goes on to
7  say, "At this point" -- and this is as of
8  December 11, 2013.  "At this point, we believe
9  that we have taken all steps within reason to
10  ensure that all affected patients have been
11  notified.  In light of this, we are also
12  requesting that FDA consider changing the status
13  of this recall to completed."
14     Were you aware of the fact that
15  Medtronic made a request of the FDA in December
16  of 2013 to change the status of the recall to
17  complete?
18     A.   Yes, I was.
19     Q.   Okay.
20     A.   Yes, I was.
21     Q.   Did you provide information to
22  anybody that was communicated -- that went into
23  that communication with the FDA requesting that
24  the recall be determined to be completed?

Page 225

1      A.   I provided information to Chris
2  Tupper on a regular basis when -- whenever he
3  would ask for -- for it, but I don't know how he
4  used that information in those communications.
5      Q.   Okay.  And if you go back to page
6  1.
7      A.   Yes.
8      Q.   All right.  In the middle of the
9  page there, there is an email from Mr. Thanh -- I
10  assume it's Mr., I don't want to be -- make any
11  assumptions, but to Chris Tupper dated
12  January 31, 2014, about six weeks after the
13  initial request.  And Mr. Thanh writes, "Hi
14  Chris, the Center For Device and Radiological
15  Health does not concur with the termination of
16  this recall due to:
17      "1. In Medtronic's CAPA, the
18  firm indicated that it was attempting to find a
19  replacement membrane for the infusion sets.  The
20  firm appears to still be in the process of
21  performing this action.  The firm has not
22  provided any updated information to verify that a
23  new membrane was acquired, validated, and
24  implemented.  Without this information, it cannot

57 (Pages 222 to 225)

Anatoly Aleksandrovich

Page 226

1  be confirmed that the firm has adequately
2  mitigated the risk to health caused by this
3  issue."
4          Do you -- were you aware of that
5  email response or that response from the FDA to
6  Mr. Tupper's request for -- to have the recall
7  deemed complete?
8      A.   Yes, I was.
9      Q.   Okay.  And then Mr. Tupper
10  responds about a week later saying, "Hi Thanh,
11  This CAPA is currently in the 'action' phase.
12  Replacement membrane materials have been
13  identified and are being tested, validated and
14  qualified on the product level.  The 'action'
15  phase is planned to be completed by March 2015.
16  Upon successful completion of the 'action' phase,
17  a 510(k) submission to FDA may be required prior
18  to the implementation of the replacement membrane
19  material.  If no FDA submission is required, the
20  new material will be implemented into production
21  at the end of the 'action' phase; in case a new
22  510(k) is required, the implementation will
23  immediately follow the FDA clearance (planned for
24  July of 2015)."

Page 227

1          At that point in February of
2  2014, were you in the process of testing,
3  validating and qualifying a replacement membrane
4  material on the product level at that point?
5      A.   Again, I don't remember exactly
6  at which point of the process we were at that
7  time frame without looking at documents.
8      Q.   Okay.  Well, if we go back to
9  Exhibit 2, we note that on page 8, which is
10  the -- it indicates that the validation was
11  expected to take place in May of 2014, and the
12  design review was due in April of 2014.  Correct?
13      A.   Correct.
14      Q.   So what was the action phase?
15  The action phase is what?  The testing and
16  validation of the product?
17      A.   Among other things.
18      Q.   Okay.  What else is included in
19  the action phase?
20      A.   Identification and then testing
21  and validation, procurement, recommendation
22  packages.  That's the most involved --
23      Q.   Okay.
24      A.   -- phase of all the CAPA.

Page 228

1      Q.   At that point, is it fair to say
2  that you were only focused on Versapor as your
3  material, replacement material?
4      A.   Yes.
5      Q.   If you could look at Exhibit 33,
6  please.
7      A.   33?
8      Q.   33, yeah.
9              - - -
10          (Deposition Exhibit No. AA-33,
11  PowerPoint, "February CAPA Review FEB 12
12  Status," Bates stamped MDT-BRACP-0054350
13  through MDT-BRACP-0054366, was marked for
14  identification.)
15              - - -
16          THE WITNESS:  Okay.
17  BY MR. HAVERTY:
18      Q.   This is a PowerPoint slide deck
19  entitled "February CAPA Review February 12
20  Status, Insulin Delivery by Norma Ojeda."
21          And we've already established
22  that Ms. Ojeda was your supervisor.  Correct?
23      A.   She was at some point.  At this
24  point she may have moved on, but I don't

Page 229

1  remember.
2      Q.   And I wanted to ask you that
3  question.
4          It doesn't really tell you what
5  year this is.  It just says "February 12 Status."
6          Are you able to tell when this
7  would have been referencing?
8      A.   Not without looking at more
9  documentation inside.
10      Q.   Okay all right.  Well, if you
11  look at the second page, it has six items on the
12  agenda.  Right?
13      A.   Right.
14      Q.   So the first one is "Bergquist,"
15  B-E-R-G-Q-U-I-S-T, "on Donatelle."
16          What's that referring to, do you
17  know?
18      A.   Well, it's a CAPA to replace a
19  part on a pump.
20      Q.   Okay.  What pump was it looking
21  to replace?
22      A.   I don't know exactly, but it was
23  a Paradigm pump.  I don't know if it was model
24  specific or not.

58  (Pages 226 to 229)

Anatoly Aleksandrovich

Page 230

1    Q.    Then the next one is the "7xx
2  Phillips."
3          What is that referring to?
4    A.    Phillips is a supplier that
5  provides cases for the pumps, so -- and 7 refers
6  to the series.  So there was some work going on
7  there.
8    Q.    Okay.  And then the next one is
9  "5xx Phillips."
10         Is that related to the 7xx above
11 it, just a different pump size?
12   A.    Yes, yes.
13   Q.    All right.  And then the next one
14 is the "A33 Motor Support Phase II."
15         What is that referring to?
16   A.    That was, if I remember
17 correctly, a redesign for the motor support disc
18 for the motor support cap in the pump housing.
19   Q.    And what was the issue with the
20 motor support cap?
21   A.    It would occasionally become
22 loose and fall out of the pump.
23   Q.    And what was the hazard, if any,
24 related to that?

Page 231

1    A.    The hazard was, if I remember
2  correctly, if a patient tries to push it back in,
3  it could initiate an uncontrolled delivery of
4  insulin.
5    Q.    And the next one is the "Prime
6  Fill Anomaly."
7          So we know that this would have
8  had to have come in the February after the
9  prime/fill anomaly was detected.  Correct?
10   A.    Correct.
11   Q.    You just don't know -- you can't
12 tell just looking at it whether it was February
13 of 2014 or February of 2015.  Right?
14   A.    I cannot really.
15   Q.    If you go to the page -- and skip
16 over -- and by the way, those -- those six bullet
17 points are referring to different CAPAs that were
18 open.  Correct?
19   A.    Correct, yes.
20   Q.    Okay.  If you go to the page
21 that's marked last three numbers 364.
22   A.    Okay.
23   Q.    And this is a slide deck -- or
24 slide pertaining to your CAPA for the P-cap

Page 232

1  membrane material replacement project.  Right?
2    A.    Correct.
3    Q.    So it looks like as of July of
4  2013, you had completed the milestone of
5  procuring samples.  Correct?
6    A.    Right.
7    Q.    And then it says, the next step
8  was to "Execute initial testing (functional,
9  environment, manufacturing, human, etc.)," as of
10 January 15, 2014.  Correct?
11   A.    Correct.
12   Q.    And then if you go all the way
13 over to the "Comments," it indicates as of
14 January 15th of 2014, "All testing completed
15 resulting in 3 materials left for production
16 consideration."
17         And those were the three
18 materials that we talked about, the PM22S, the
19 Supor and the Versapor.  Correct?
20   A.    Correct.
21   Q.    And then the next milestone is
22 "Update documentation (Specifications and
23 Drawings) and procure material for validation."
24 That was -- had a due date of February 10th of

Page 233

1  2014.  And at that -- as of this presentation,
2  the status was moved to March 28th of 2014.
3  Right?
4    A.    Correct.
5    Q.    And then it has -- the "Comments"
6  are "Membrane Spec is in Doc Control."
7          What does that mean?
8    A.    That means -- so there is a
9  document we call materials specification that
10 needed to be updated to create new part numbers
11 for these new three selected membranes, part
12 numbers specific to Medtronic.  It's a necessary
13 step in the process like this.
14   Q.    So that it's unique to that
15 particular part number.  Correct?
16   A.    Correct.  Yes.
17   Q.    And that would -- it would have
18 the part number, and it would have all of the
19 specifications that are associated with that
20 unique part number.  Correct?
21   A.    That is correct.
22   Q.    All right.  So does that mean
23 that as of March 28th, you expected to have at
24 least the wet flow spec completed at that point

Anatoly Aleksandrovich

Page 234

1  if you hadn't already?
2       A.    Not necessarily corrected --
3  connected events.  And could have been done
4  internal, but I don't remember exactly the timing
5  again.
6       Q.    Would the wet flow spec have been
7  part of the membrane spec?
8       A.    No, no.
9       Q.    Okay.  All right.  So what kind
10  of specifications would be part of the membrane
11  spec that was in document control at that point?
12       A.    Okay.  So membrane spec intent is
13  to document -- document specifications of unique
14  materials so it can be procured.
15       Q.    Okay.  So the dimensions, those
16  types of things.  Right?
17       A.    It is basically a drawing for
18  something that's purchased off shelf, that is not
19  made specifically for Medtronic or not customized
20  significantly to Medtronic.
21       Q.    Got it.  Okay.  Then the next
22  milestone listed is the "Validate 2 materials on
23  CAM 5."
24            And that has a due date -- had a

Page 235

1  due date of May 14th -- or May 15th of 2014.
2            And I assume that means since
3  there's no status date, that it was expected to
4  be on schedule?
5       A.    It's -- at this point, it's on
6  schedule, but it hasn't started.
7       Q.    Okay.  And what is "CAM 5 will be
8  used for initial validation"?  What does that
9  mean?
10       A.    So "CAM" stands for cap
11  acceptably machine.  We operate three of them.
12  They're named CAM 3, CAM 4 and CAM 5.  At this
13  point of time, CAM 3 and CAM 4 are located at
14  Unomedical's facility in Denmark and are
15  production qualified machines and running
16  production almost 100 percent of the time.
17            CAM 5 is the newest machine.
18  They're all identical.  CAM 5 is the newest
19  machine, and it's housed at our other supplier
20  called TECH Group in Phoenix, Arizona, and it's
21  not qualified for production at that point.
22            So the decision was to use that
23  machine for validation due to its not being busy
24  with production and proximity to Medtronic.

Page 236

1       Q.    Got it.
2       A.    It will make it easier.
3       Q.    Okay.  So that was planned to be
4  done sometime in May, be completed as of May of
5  2014.  Correct?
6       A.    At this point in time, this was
7  the plan, yes.
8       Q.    Okay.  And then at this point,
9  the next one is "Qualify new material on the
10  product level."  And its due date was December
11  10th of 2014.
12            That was pushed back
13  substantially from the original date of April
14  28th of 2015.  Correct?
15       A.    Correct.
16       Q.    Do you know why that was pushed
17  back?
18       A.    I don't remember exactly why, but
19  there was a number of factors that caused delays.
20       Q.    Can you remember what some of
21  them were?
22       A.    In documentation processing and
23  procurement process and sometimes testing
24  process, all of those accumulated to the -- to

Page 237

1  the major delay.
2       Q.    Okay.  And then the -- at that
3  point, the submission receipt was -- let me go
4  back before I forget.
5            When we talk about qualifying the
6  new material on the product level, the "Comments"
7  say, "Aging data is being reviewed.  Major time
8  contributor."
9            What does that mean?
10       A.    Our infusion sets marketed by us,
11  made by Unomedical, marketed by us, have a shelf
12  life of three years, basically meaning that unit
13  can be stored for three years while remaining
14  functional and, most importantly, sterile.
15            Whenever there is a major
16  material change like we're talking about on the
17  product like that, we need to prove that new
18  material will keep sterile and functional all the
19  way up to the end of the duration of the shelf
20  life, so we need to test it as such.  Usually for
21  the reasons of expediency, this testing is
22  performed via so-called accelerated aging, where
23  material is stored at elevated temperature and
24  sometimes pressure and humidity to simulate

60  (Pages 234 to 237)

Anatoly Aleksandrovich

Page 238

1    aging.
2            For example, at the -- at the
3    accelerated rate, one year of aging equals to 50
4    or 52 days in the environmental chamber.  So to
5    simulate -- just to simulate three years' worth
6    of aging test, we needed close to six months of
7    time.
8        Q.    Okay.  The next action item is
9    "Submission Receipt."  That was expected for
10   August 19th of 2015.  And it says it's "Under
11   review.  Submission may not be required."
12           Meaning that you might not have
13   to get the FDA's approval for that?
14       A.    Correct.  At this point we are
15   not sure whether it -- we need to submit it to
16   FDA for approval or we can utilize the material
17   without such approval.
18       Q.    What determining factors were
19   there about whether or not it would require FDA
20   approval or not?
21       A.    I can't answer that question.
22   That would be a question for regulatory affairs.
23       Q.    Okay.  And then the next action
24   item, milestone, was a "Closing Memo" expected in

Page 239

1    September of 2015.
2            That would be when you would
3    expect to close out the CAPA?
4        A.    Yes, that's correct.
5        Q.    All right.  If you could turn to
6    the next page, please.  This has a "P-Cap
7    Update."
8            And I think you told us that the
9    Versapor that you were working with in 2014 you
10   were focused on was from Pall.  Right?
11       A.    Correct.
12       Q.    And this one, on this slide, it
13   talks "About actions due Last Week.  Receive
14   material from Porex."  And material was shipped
15   on February 24th of '14.
16           What is it that you were getting
17   from Porex?
18       A.    Material for production
19   validation.
20       Q.    Okay.  So it was other than
21   Versapor?
22       A.    Correct.
23       Q.    So were you working on two
24   membrane materials simultaneously?

Page 240

1        A.    We were, to reduce the risk of
2    one not passing and then not having to start
3    over.
4        Q.    Okay.  What was the other one
5    that you were working on simultaneously?
6        A.    So it was Versapor 450R and the
7    PM22S from Porex.
8        Q.    When did you make the decision to
9    work on both of them simultaneously?
10       A.    I don't remember exactly when.
11       Q.    If you could look at Exhibit
12   A34 -- or Exhibit 34, please.
13       - - -
14           (Deposition Exhibit No. AA-34,
15           Engineering Reports, ER14-9258 Version A,
16           04/25/2014, Bates stamped
17           MDT-BRACP-0054857 through
18           MDT-BRACP-0054865, was marked for
19           identification.)
20       - - -
21           THE WITNESS: Uh-huh.
22   BY MR. HAVERTY:
23       Q.    Okay.
24       A.    Okay.

Page 241

1        Q.    And this is an engineering report
2    for P-cap membrane.  The design verification
3    testing of P-caps with the Versapor 450R, and
4    it's dated April 25th of 2014.
5            What is this report about?
6        A.    This report summarizes the
7    results of the testing performed on P-cap
8    assemblies with Versapor 450R material in them
9    manufactured by CAM 5 machine at Tech Group.
10       Q.    Did you have -- did you prepare a
11   similar engineering report around this time for
12   the Porex product?
13       A.    No.  Porex was not -- to the best
14   of my knowledge, Porex was not done at the same
15   time yet.
16       Q.    Okay.  Do you know why?
17       A.    No, I don't, but you cannot do
18   two materials at the same time.  One needs to
19   take natural priority over the other.
20       Q.    Okay.  And if you turn to page 8.
21   Okay.
22           In your "Conclusions," you wrote,
23   "It is a conclusion of this report that Versapor
24   450R membrane...is a suitable replacement for the

61  (Pages 238 to 241)

Anatoly Aleksandrovich

Page 242

1  currently used membrane to be used in production
2  of the PCAP connector assembly.  Moreover, the
3  testing captured in this report proved that the
4  ultrasonic welding process developed by the
5  supplier for the Versapor 450R membrane may be
6  used in production.
7       "Although introduction of insulin
8  to the surface of the membrane reduces the flow
9  characteristics of the material, the membrane
10  remains gas permeable and demonstrated the air
11  flow that is higher than a required minimum of
12  5 SCCM."
13       So this engineering testing, was
14  this considered -- was this part of the
15  validation?
16       A.   It's a part of verification, yes.
17       Q.   Okay.  So at least as far as your
18  engineering testing in April of 2014, the
19  Versapor 450 was suitable for membrane material.
20  Correct?
21       A.   Correct.
22       Q.   And what was the next step that
23  was planned with the Versapor as of April of
24  2014?

Page 243

1       A.   The next steps were to validate
2  the same -- to -- to repeat the same validation
3  testing for CAM 3 and CAM 4 at Unomedical
4  followed by the production level validation.
5       Q.   Okay.  Were you also at that same
6  time anticipating putting the Porex material
7  through the same process?
8       A.   Yes, but not at this time, at a
9  later date.
10       Q.   Were you holding that in reserve
11  in case the Versapor didn't work out?
12       A.   Not only that, it was a
13  constraint -- constraint on the resources and
14  other factors.
15       Q.   Okay.  So let me understand this
16  part about it.
17       Why was it that initially you
18  selected the Versapor as primary over the Porex
19  product?
20       A.   Because it was made by the same
21  manufacturer and same supplier to us, so that
22  relationship was already established and the
23  supplier was qualified.  It seemed to -- it
24  seemed promising to fulfill the design

Page 244

1  requirements for us.  And that test -- initial
2  testing was successful.  And it was
3  commercially -- it commercially made sense as
4  well.
5       Q.   If you could look at Exhibit 35,
6  please.
7                  - - -
8       (Deposition Exhibit No. AA-35,
9  PowerPoint, "Replacement Membrane for
10  PCAP Assembly CAPA QIR 13-006 Design
11  Review May 9, 2014," Bates stamped
12  MDT-BRACP-0054546 through
13  MDT-BRACP-0054423, was marked for
14  identification.)
15                  - - -
16       THE WITNESS:  Okay.
17  BY MR. HAVERTY:
18       Q.   This is another PowerPoint slide
19  deck entitled "Replacement Membrane for PCAP
20  Assembly Design Review May 9, 2014."
21       Do you see that?
22       A.   Yes.
23       Q.   Okay.  Was this the design review
24  that you were talking about back in the action

Page 245

1  plan in the CAPA?
2       A.   Yes.  Yes, that is correct?
3       Q.   Okay.  Did you participate -- did
4  you participate in this design review?
5       A.   I conducted this design review.
6       Q.   Okay.  If you look at the second
7  page --
8       A.   Yes.
9       Q.   -- you talk about 5 membranes
10  were initially selected, 3 were chosen for
11  detailed evaluation, and then you note, "I was
12  selected for production validation based on test
13  results," the "VERSAPOR 450R membrane
14  manufactured by PALL."  Right?
15       A.   Correct.
16       Q.   Okay.  And you talk -- and the
17  next thing you talk about is the specification
18  for how much fluid may be deposited on the
19  membrane based upon that human factors testing.
20  Correct?
21       A.   Correct.
22       Q.   And then if you go to the next
23  page, you describe all the steps that have been
24  taken up to this point as of May of 2014.

62  (Pages 242 to 245)

Anatoly Aleksandrovich

Page 246

1   Correct?
2       A.   Correct.
3       Q.   And if you go to the next page,
4   so you talk about the validation and
5   qualification plan.  And you talk about the
6   testing on the CAM 5 machine.  Right?
7       A.   Correct.
8       Q.   And then underneath that you have
9   "CAM 3 and CAM 4" at "UNO."
10       Had this testing been done at
11   Unomedical at this point, or was it anticipated?
12       A.   It's anticipated.
13       Q.   Do you have any idea when it was
14   anticipated to be done?
15       A.   No, I don't remember exactly.
16       Q.   Okay.  At this point, as of May
17   of 2014, were you still on target to get the
18   closing memo done by September of 2015, do you
19   know?
20       A.   I don't remember.
21       Q.   But based upon the information
22   that you have, though, as of May of 2014, did
23   it -- does it look like you were on target to
24   close out the CAPA as of September of 2015?

Page 247

1       A.   It did.
2       Q.   If you could look at Exhibit 36,
3   please.
4               - - -
5       (Deposition Exhibit No. AA-36,
6       Email chain, top one dated July 08, 2014,
7       Bates stamped MDT-BRACP-005460 through
8       MDT-BRACP-005462, was marked for
9       identification.)
10              - - -
11   BY MR. HAVERTY:
12       Q.   Okay.  This is an email dated
13   July 8, 2014 from you to Hubert Yeung regarding
14   the CAPA status.
15       Do you see that?
16       A.   Yes.
17       Q.   And you note, "I added a few
18   words about TECH group.  I hope this still
19   works."
20       What was it you were trying to
21   do?
22       A.   I don't remember exactly
23   clarification on what we were doing at Tech.
24       Q.   Okay.  So as of July of 2014,

Page 248

1   July of 2014, it was noted that "A new membrane
2   material, Versapor 450R, has been identified."
3   "Uno-Medical and TECH Group are in the process of
4   validating the new membrane on the current
5   production machines."
6       So do you take from that that
7   Unomedical was in the process of validating the
8   material on the CAM 3 and CAM 4 machines?
9       MS. MARTINEZ:  Objection to form.
10       THE WITNESS:  That is correct.
11   BY MR. HAVERTY:
12       Q.   And then it goes on, it says, "At
13   the same" -- "at the same time, UNO discovered
14   inconsistencies in the Ultrasonic Welding process
15   and suspended PQs to...work" for -- "further work
16   on Process development."
17       What is that referring to?
18       A.   That's referring to that during
19   the validation runs -- or actually, PQ run is a
20   mimic of a production run.  They discovered some
21   challenges in processing of this material through
22   CAM machines and stopped the validation to go
23   back and look one more time at their processes
24   and try to make it work.

Page 249

1       Q.   The PQ refers to product
2   qualification.  Correct?
3       A.   Production qualification.
4       Q.   Excuse me.  And what was -- what
5   were the inconsistencies that were found?
6       A.   There were voids in the materials
7   and inconsistencies in the welding process that
8   resulted in leakage.
9       Q.   What was the understanding, if
10   there was any, about how these inconsistencies
11   were occurring in the manufacturing process?
12       A.   Can you -- can you ask me again,
13   please?  I wasn't clear.
14       Q.   Yeah.  We're all getting tired
15   here.  Right?
16       What were the inconsistencies
17   that were -- that were being -- excuse me.
18       What was hypothesized about why
19   these inconsistencies were occurring?  Was it
20   something to do with the manufacturing process?
21   Was it something to do with the material, or was
22   it something to do with both?
23       A.   So at --
24       MS. MARTINEZ:  Object to form.

63  (Pages 246 to 249)

Anatoly Aleksandrovich

Page 250

1          THE WITNESS:  So at this point,
2     it's both.
3  BY MR. HAVERTY:
4     Q.    Okay.  But you didn't notice
5  these inconsistencies in the validation on the
6  CAM 5 equipment.  Correct?
7     A.    That is correct.
8     Q.    So were -- was anybody able to
9  have -- come to an understanding about why the
10  CAM 5 machine could produce the material
11  successfully but the CAM 3 and CAM 4 machines
12  were having difficulty with inconsistent quality
13  or inconsistent results?
14          MS. MARTINEZ:  Object to the
15     form.
16          THE WITNESS:  It was attributed
17     to volume runs.  So it was very short
18     runs at CAM 5, and we ran significantly
19     more parts at CAM 3 and CAM 4.  And then
20     Unomedical is much more experienced with
21     running these machines than anybody else
22     in the world today.  In fact, they
23     possess now all three machines.  And they
24     didn't feel comfortable seeing what they

Page 251

1     saw with proceeding to production with
2     this, and they wanted to take it back to
3     reevaluate.
4  BY MR. HAVERTY:
5     Q.    And was it -- did they deem it
6  was a material issue or was it a -- that it was
7  not suitable for the equipment?
8     A.    It was a combination of, and they
9  tried to modify it by trying different things on
10  the equipment and processing -- process
11  parameters, rather.
12     Q.    Okay.  And you said they went
13  back and they were trying some different things.
14          What kind of different things did
15  they do?
16     A.    They would not disclose.  Process
17  parameters with which they run the machines is
18  proprietary information to Uno.
19     Q.    Okay.  But they're producing your
20  patented proprietary connector cap to your
21  specifications.  Correct?
22     A.    Correct.
23     Q.    So why would they not disclose to
24  you what the issue was with the material that was

Page 252

1  being used to manufacture your proprietary cap?
2     A.    With --
3          MS. MARTINEZ:  Object to the
4     form.
5          THE WITNESS:  With material they
6     disclosed, yes.  Material presented some
7     challenges, but process they wouldn't.
8  BY MR. HAVERTY:
9     Q.    Okay.  Do you know that even
10  though they wouldn't disclose it to you, do you
11  know how the processes on the CAM 3 and CAM 4
12  machines differed from the CAM 5 machine that you
13  were utilizing at Tech Group?
14     A.    No, I don't.
15     Q.    Okay.  If you could look at --
16  strike that.
17          So when Unomedical decided to go
18  back and look at the different -- relook at it,
19  did the Porex material then come up to the fore
20  for validation?
21          MS. MARTINEZ:  Object to the
22     form.
23          THE WITNESS:  Not at that point,
24     but Porex come up back to validation when

Page 253

1     it was determined by everybody that 450R,
2     Versapor 450R, will be very challenging
3     in a high-volume manufacturing
4     environment.
5  BY MR. HAVERTY:
6     Q.    So do you know when that decision
7  was made?
8     A.    No.  I don't remember exactly.
9     Q.    Well, do you recall whether it
10  was in the summer of 2014 when we note that issue
11  in that email, or was it later, like in the fall,
12  winter?
13     A.    Somewhere in that time frame,
14  somewhere around fall of 2014.
15     Q.    Okay.  If you could look at
16  Exhibit 37, please.
17          - - -
18          (Deposition Exhibit No. AA-37,
19          Email chain, top one dated July 28, 2014,
20          Bates stamped MDT-BRACP-0051355 through
21          MDT-BRACP-0051357, was marked for
22          identification.)
23          - - -
24  BY MR. HAVERTY:

64  (Pages 250 to 253)

Anatoly Aleksandrovich

Page 254

1      Q.    Do you have that?
2      A.    Yes, I do.
3      Q.    Okay.  This is an email chain.
4   The top one on page 1 is from Yu Zhao to, among
5   other people, you dated July 28th of 2014.  And
6   in it, it appears to indicate that the FDA has
7   expressed its belief that a 510(k) submission
8   would be necessary for the new material.
9   Correct?
10     A.    Correct.
11     Q.    Okay.  So this was at the time
12  when you were sort of revisiting the Versapor
13  material.
14           Were you looking at the prospect
15  of perhaps going back to the drawing board on
16  these materials?
17     A.    Correct.
18     Q.    Okay.  Did you have any type of a
19  timeline in your mind about how long it was going
20  to take to go through this process again to
21  qualify the Porex and get it ready for production
22  development?
23     A.    Yes, I did.
24     Q.    Okay.  What was your thinking at

Page 255

1   that time?
2      A.    As far as -- as far as how long
3   is it going to take?
4      Q.    Yes.
5      A.    I don't remember exactly right
6   now, but I would use the same methods and
7   technique that I planned for originally with
8   Versapor 450, because the workload would be the
9   same exactly.
10     Q.    Okay.  So it basically took you
11  about a year with the Versapor from the time the
12  material was selected and then shown to be
13  acceptable till you got to the validation testing
14  and the qualification by Unomedical.  Correct?
15     A.    A little less than a year, but
16  yes, about nine months.
17     Q.    So were you looking at -- in your
18  mind, was it about the same process, that it
19  would take you another nine months or more to get
20  the new material validated?
21     A.    Yes.
22     Q.    Okay.  So you were looking at
23  that point into 2015.  Correct?
24     A.    Correct.

Page 256

1      Q.    If you could take a look at
2   Exhibit 40, please.
3                - - -
4           (Deposition Exhibit No. AA-40,
5           Extension Request Form, 04/13/15, Bates
6           stamped MDT-BRACP-029887 and
7           MDT-BRACP-029888, was marked for
8           identification.)
9                - - -
10  BY MR. HAVERTY:
11     Q.    And this is captioned as an
12  "Extension Request Form."
13           Is this requesting an extension
14  for deadlines in the CAPA?
15     A.    Correct.
16     Q.    And this is indicated that a new
17  due date is requested for 11/13/2015.
18           And what does that due date
19  require?  Is that the estimated date of closing
20  out the CAPA?
21     A.    No.  That's just the estimated
22  date to closing of an action phase of the CAPA.
23     Q.    And what's the next step after
24  the action phase?  Is it the actual production?

Page 257

1      A.    From the CAPA standpoint, it's
2   the collecting data that will be required in
3   order to close the CAPA.  It can be different
4   things.
5      Q.    Okay.  And you note in the
6   request for extension that "The alternate
7   material qualification has been completed,
8   however due to various constraints and complexity
9   of the testing it was not completed in projected
10  time.  Therefore, the FDA submission was not
11  prepared in time that it was originally planned
12  for.  The FDA submission will be prepared and
13  executed by UNO Medical.  Medtronic will provide
14  all test documentation so it can be included with
15  submission."
16           So is the FDA submission the date
17  on which you're requesting the extension as the
18  projected date?  November --
19     A.    It's a projected date.
20     Q.    Okay.  And then you justify it by
21  "The submission preparation requires more time as
22  the testing required consumed more time than
23  originally planned and FDA Submission preparation
24  requires coordination between Medtronic and UNO

65  (Pages 254 to 257)

Anatoly Aleksandrovich

Page 258

1    Medical.  UNO Medical owns all regulatory
2    submissions on infusion set products."
3            Was this extension of time
4    necessitated by the fact that the Versapor
5    material didn't work out and you had to go back
6    to the drawing board with the Porex?
7        A.    I don't remember without looking
8    at documentation exactly by this time what had --
9    what had happened by the time I requested this
10   extension.
11       Q.    Okay.  But you knew that sometime
12   in the fall -- summer/fall of 2014, that you were
13   going to have to go with the Porex material at
14   that point.  Correct?
15       A.    That's correct.
16       Q.    And you were looking at another
17   nine months, as you said, probably to recomplete
18   the process.  So that would have put you sometime
19   into the spring of 2015, correct, when you were
20   making this request?
21       A.    That is correct.
22       Q.    Okay.  If you could take a look
23   at Exhibit 41.
24            - - -

Page 259

1            (Deposition Exhibit No. AA-41,
2            Extension Request Form, 10/26/15, Bates
3            stamped MDT-BRACP-029889 through
4            MDT-BRACP-029891, was marked for
5            identification.)
6            - - -
7    BY MR. HAVERTY:
8        Q.    This is another CAPA extension
9    request dated October 26, '15, about six months
10   after the last one we saw.  Right?
11       A.    Yes.
12       Q.    Then it goes on to say, the
13   reason for the extension is, "During the
14   execution of the action phase at our supplier
15   (Unomedical), the originally selected replacement
16   membrane material...was found to be difficult to
17   process in large quantities.  This resulted in us
18   stopping the material validation activity at
19   Unomedical.  Although the membrane material...had
20   already been qualified by the second P-CAP
21   assembly supplier (TECH Group), discussion with
22   both suppliers and our internal team determined
23   that due to manufacturability issues, the"
24   earlier "material would not be suitable for a

Page 260

1    high volume production environment.  This
2    resulted in a decision to switch to an alternate
3    membrane material...  This change has resulted in
4    a delay in the overall" projected "schedule to
5    complete material qualification activities and
6    implementation."
7            And it now it looks like the new
8    due date being requested is about six months
9    later, of May of 2016.  Correct?
10       A.    Correct.
11       Q.    So this was -- you were in the
12   process then of qualifying the Porex material?
13       A.    That is correct.
14       Q.    And the new due date that was
15   requested, 5/5 of '16, is that the projected
16   submission to the FDA?
17       A.    This is projected completion
18   date.
19       Q.    Okay.  In your justification for
20   the extension, you note, "Although the failure
21   that may be caused by a temporarily blocked
22   venting membrane may be critical, the occurrence
23   still remains very low.  In addition to the
24   rarity of the potential failure, instructions for

Page 261

1    all Paradigm infusion sets have been updated with
2    warnings and special instructions pertaining to
3    the temporary block issue."
4            Was it your understanding that
5    those warnings were the ones that we looked at
6    earlier that were in the IFUs?
7        A.    Correct, yes.  I am understanding
8    that.
9        Q.    Okay.
10           "There have been no new
11   observations of the blocked membrane since the
12   instruction update.  There are no new product
13   safety risks in extending this CAPA."
14           Where did you get the information
15   that there were "no new observations of the
16   blocked membrane since the instruction"
17   upgrade -- "update"?
18       A.    I don't remember exactly where,
19   but I would get this information generally from
20   our reporting department.
21       Q.    Okay.  And you were aware that as
22   a result of this prime/fill anomaly
23   investigation, that there was a new code that was
24   entered into the system specifically dedicated to

66  (Pages 258 to 261)

Anatoly Aleksandrovich

Page 262

1  the blocked vent phenomenon.  Correct?
2      A.    Correct.  I was.
3      Q.    Okay.  If you could take a look
4  at Exhibit 43, please.
5                  - - -
6          (Deposition Exhibit No. AA-43,
7          Validation Summary Report for CAM 3,
8          Bates stamped MDT-BRACP-029574 through
9          MDT-BRACP-029578, was marked for
10         identification.)
11                 - - -
12         THE WITNESS:  Okay.
13  BY MR. HAVERTY:
14      Q.    This is a "Validation Summary
15  Report for CAM 3" with new P-cap material --
16  P-cap membrane material.
17         Do you see that?
18      A.    I do.
19      Q.    And there is something that
20  struck me when I saw this report is that was this
21  the validation that was supposed to be done by
22  Unomedical?
23      A.    This is Unomedical, yes.
24      Q.    Yes.  Because it's the CAM 3.

Page 263

1  Correct?
2      A.    Correct.
3      Q.    All the way up at the top there,
4  right next to where it says "Validation Summary
5  Report for CAM 3," it has the name ConvaTec and a
6  logo there.
7          Do you see that?
8      A.    I do.
9      Q.    Who is ConvaTec?
10      A.    As far as I know, ConvaTec is a
11  parent company to Unomedical.
12      Q.    Okay.  Had you ever seen
13  materials come by in a -- with a ConvaTec logo
14  before dealing -- in your dealings with
15  Unomedical?
16      A.    I'm sorry.  Did I see materials
17  you asked me?
18      Q.    Yeah.  Have you ever seen -- have
19  you ever seen that before, that logo on materials
20  that you were dealing with Unomedical on?
21      A.    When you refer to materials, do
22  you mean the product or documentation or both?
23      Q.    Documentation.
24      A.    Yes, I have.

Page 264

1      Q.    When did you first start seeing
2  ConvaTec logos on documentation from Unomedical?
3      A.    I don't remember.
4      Q.    In any event, this was the
5  CAM 3 -- is this the production qualification
6  report for the new membrane material?
7      A.    Yes.
8      Q.    Okay.  And it's dated December
9  16th of 2015.  Correct?
10      A.    The initial signature, yes.  But
11  it wasn't approved until January 4th, I see.
12      Q.    Okay.
13      A.    Completely approved, yes.
14      Q.    Oh, I see what you're talking
15  about there, in the middle there, quality
16  assurance -- "Quality Engineering/Assurance"?
17      A.    Right.
18      Q.    And if you could -- just put that
19  aside and look at Exhibit 44 as well.
20                 - - -
21          (Deposition Exhibit No. AA-44,
22          Validation Summary Report for CAM 4,
23          Bates stamped MDT-BRACP-029767 through
24          MDT-BRACP-029771, was marked for

Page 265

1          identification.)
2                  - - -
3          THE WITNESS:  Okay.
4  BY MR. HAVERTY:
5      Q.    Okay.  And this is the same
6  validation summary report but for the CAM 4
7  machine.  Correct?
8      A.    That is correct.
9      Q.    Why did you need to do a
10  validation on both the CAM 3 and CAM 4 machines?
11      A.    That's a procedural requirement.
12  Every equipment needs to be -- every piece of
13  equipment needs to be validated separately.
14      Q.    Those machines, though, are
15  identical, are they not?
16      A.    Yes.  To the -- for the most
17  part.
18      Q.    Okay.  So this was testing that
19  was done then sometime in December of 2015 with
20  the new Porex material.  Correct?
21      A.    Correct.
22      Q.    So you had been able to get
23  through all of the testing and the manufacturing
24  issues with the Porex material that you couldn't

67  (Pages 262 to 265)

Anatoly Aleksandrovich

Page 266

1  get with the Versapor. Correct?
2      A.   That is true, yes.
3      Q.   So at this point you were getting
4  ready to put it together and submit it to the
5  FDA. Correct?
6      A.   No.
7      Q.   Okay.
8      A.   No, not yet.
9      Q.   What was the next step?
10      A.   This next step would be
11  qualification on the product level and also all
12  the verification testing, including aging testing
13  at Medtronic.
14      Q.   Okay. And how does aging testing
15  take place? How is that done?
16      A.   Sample units are placed -- again,
17  this is as we talked -- as we talked earlier,
18  this is an accelerated aging test. Sample units
19  are placed in the oven at the determined
20  parameters, temperature, usually temperature,
21  sometimes pressure or humidity. And they're kept
22  there for a determined -- predetermined period of
23  time, after which they're pulled out and
24  subjected to functional testing.

Page 267

1      Q.   Okay. How long does that
2  typically take for this -- for that material?
3      A.   In this particular case, it took
4  about 50 or 52 days to represent each year of
5  aging.
6      Q.   52 days?
7      A.   50 or 52 days.
8      Q.   Okay. Once the aging was
9  completed, would that be the last step before
10  submitting to the FDA?
11      A.   After completion and release of a
12  report summarizing the results of all the testing
13  and providing that report to Unomedical, at that
14  point it was in Unomedical's hands to submit.
15      Q.   Okay. If you could take a look
16  at Exhibit 46, please.
17             - - -
18          (Deposition Exhibit No. AA-46,
19      Email chain, top one dated 3/4/2016,
20      Bates stamped MDT-BRACP-029773 and
21      MDT-BRACP-029774, was marked for
22      identification.)
23             - - -
24          THE WITNESS: Okay.

Page 268

1  BY MR. HAVERTY:
2      Q.   All right. This is -- the top
3  one is an email from Henrik Nielsen to you, among
4  others, dated March 4th of -- no. I guess, is
5  this April or March 4th, because I know in Europe
6  they do it backwards. They do it differently.
7          MS. MARTINEZ: Yes.
8  BY MR. HAVERTY:
9      Q.   Is it --
10      A.   This is March. If you look at
11  the second email, it says 3rd March --
12      Q.   March.
13      A.   -- in Danish.
14      Q.   Got it. So it's March 4th of
15  2016 indicating that the 510(k) submission were
16  sent to the FDA as of that date. Correct?
17      A.   Correct.
18      Q.   Okay. So at that point
19  everything had been done and it was ready for the
20  FDA's review. Correct?
21      A.   Correct.
22      Q.   Okay. If you could look at
23  Exhibit 47, please.
24             - - -

Page 269

1          (Deposition Exhibit No. AA-47,
2      Unomedical A/S Medtronic Subcutaneous
3      Infusion Sets with P-Cap Premarket
4      Notification Special 510(k), Bates
5      stamped MDT-BRACP-028752 through
6      MDT-BRACP-028857, was marked for
7      identification.)
8             - - -
9  BY MR. HAVERTY:
10      Q.   You got that?
11      A.   I got it.
12      Q.   Okay. And this is a copy of the
13  original initial 510(k) submission to the FDA for
14  the Medtronic subcutaneous infusion sets with
15  P-cap premarket notification special 510(k).
16  Correct?
17      A.   I never seen this document
18  before, but looks like it.
19      Q.   Okay. Would you typically have
20  seen the 510(k) submission?
21      A.   No.
22      Q.   Why not?
23      A.   To be honest, I don't know -- I
24  don' t know how to answer to this question, but

68  (Pages 266 to 269)

Anatoly Aleksandrovich

Page 270

1   it's not a part of my responsibility, so I leave
2   it with my regulatory affairs partners to take
3   care of this.
4       Q.   Okay.  If you could turn to
5   page 4, page 4.
6       A.   Okay.
7       Q.   And this is a letter addressed to
8   the US Food and Drug Administration on, again,
9   ConvaTec letterhead.  Correct?
10      A.   Correct.
11      Q.   Okay.
12          MS. MARTINEZ:  Object to form.
13  BY MR. HAVERTY:
14      Q.   Okay.  Well, would you agree with
15  me, Mr. Aleksandrovich, that at the top
16  right-hand side of the letter is a logo and
17  underneath of it is the name ConvaTec.  Correct?
18      A.   Correct.
19      Q.   And it's dated March 1st of 2016.
20  Correct?
21      A.   Correct.
22      Q.   Okay.  If you look down at the
23  bottom there, where it says "Reason for Change."
24          Do you see that?

Page 271

1       A.   Yes.
2       Q.   Okay.  And this is represented to
3   the FDA, "This submission describes the change in
4   material made to the P-Cap membrane.  This change
5   is a part of the corrective action commitments
6   made by Medtronic related to the Class I Field
7   Corrective Action."
8           Did you -- do you recall that
9   Medtronic made corrective action commitments to
10  the FDA as a part of the Class I recall from June
11  of 2013?
12      A.   Yes.  In the letter previously
13  discussed Jeff Hubauer made that commitment to
14  the FDA.
15      Q.   Okay.  And then it says
16  "Medtronic communicated to FDA a short term and
17  long term plan of action as part of the recall,
18  where the immediate action taken was addition of
19  a warning to the infusion set IFUs and the longer
20  term action which was to source and implement a
21  replacement membrane that is able to remain gas
22  permeable with certain amount of liquid deposited
23  in the P-cap."  Correct?
24      A.   Correct.

Page 272

1       Q.   And that was consistent with the
2   entire CAPA process that you followed from 2013
3   through 2016.  Correct?
4       A.   Correct.
5       Q.   All right.  If you could turn to
6   page -- the last three numbers are 759.
7       A.   Okay.
8       Q.   And in paragraph 1.9 there, it
9   lists company contacts.  And over on the right,
10  one of the contacts is listed as a Lee Leichter,
11  president of P/L Biomedical in Fort Myers,
12  Florida.
13          Do you know who Mr. Leichter is?
14      A.   I do.
15      Q.   Who is he?
16      A.   He is a person that represents
17  Unomedical or helps Unomedical in the affairs
18  with FDA.
19      Q.   Okay.  And what is P/L
20  Biomedical?
21      A.   I'm not sure what P/L Biomedical
22  is.
23      Q.   Is he a consultant, to your
24  knowledge?

Page 273

1       A.   Yes, he is a consultant.
2       Q.   Okay.  If you could go to page
3   765.
4       A.   Okay.
5       Q.   Paragraph 5.1.  5.1.1.
6       A.   Okay.
7       Q.   "Change Description.  The only
8   change to the device was a change in the material
9   of the P-Cap membrane.  The change in the
10  membrane material was a direct outcome of a
11  recall issued by Medtronic June 2013 during which
12  Medtronic committed to the FDA to source a new
13  membrane material to reduce the potential for the
14  membrane to become occluded when wet.  The
15  current Membrane material, a Pall Emflon PTFE
16  Membrane that is laminated to non-woven polyester
17  support material, will be replaced with a Porex
18  100% PTFE material."  Right?
19      A.   Right.
20      Q.   Now, what about the Porex?  We
21  went back and we talked about when Mr. Grover did
22  the testing where you turned the PTFE layer of
23  the membrane inward and you still couldn't
24  maintain air flow.

Anatoly Aleksandrovich

Page 274

1 What was different about the
2 Porex material made of PTFE that would still
3 allow air flow, gas permeability?
4     A.    Because Porex is nothing but
5 PTFE.  There is no polyester layer, and it
6 doesn't matter which way Porex is attached to the
7 P-cap.  It will remain hydrophobic, and it will
8 remain gas permeable.
9     Q.    Okay.  But that's what I'm trying
10 to understand is, is that how come if you turn
11 the PTFE layer in on the Emflon material, the
12 PTFE layer still would not be gas permeable if it
13 got wet as Mr. Grover's testing showed?
14     A.    So if Emflon material is
15 inverted, then it will be become gas impermeable
16 when liquid is introduced from the outside of the
17 pump.
18     Q.    From the outside.
19          But did they -- did you test air
20 flow by introducing liquid on the inside of the
21 cap with the inverted PTFE layer?
22     A.    I don't remember exactly how Ben
23 did this.
24     Q.    Okay.  I'm just trying to

Page 275

1 understand, because it seemed to me, the
2 impression that I got was that the purpose for
3 inverting it was to seeing if going with the PTFE
4 layer would be adequate to preserve the gas
5 permeability, and it didn't sound like that
6 worked?
7     A.    Again, I need to look at exactly
8 what Ben did with that experiment.
9     Q.    Okay.  And in any event, it
10 indicates what the current material is, is Pall
11 Corporation, it's the Emflon PTFE membrane which
12 was going to be replaced by the Porex porous PTFE
13 materials.  Correct?
14     A.    Correct.
15     Q.    Okay.  By the way, if you could
16 turn to the page that ends in 805.
17     A.    805?  These are not numbered.
18          MS. MARTINEZ:  Look right here.
19               - - -
20          (A discussion off the record
21 occurred.)
22               - - -
23          THE WITNESS:  Okay.
24

Page 276

1 BY MR. HAVERTY:
2     Q.    Okay.  This looks like the
3 packaging of the infusion sets, does it not?  It
4 indicates Med --
5     A.    This is -- this is a back page of
6 an IFU.
7     Q.    Okay.  And it indicates at the
8 top there, it has "Medtronic" and then underneath
9 of that it has a logo, it says, "Unomedical, A
10 ConvaTec Company."
11          Do you see that?
12     A.    I do.
13     Q.    Let's see.  We saw that email
14 where you were informed that the 510(k) had been
15 submitted to the FDA in March of 2016.
16          But you said a copy of that was
17 not sent to you.  Correct?
18     A.    I did not say that.
19     Q.    Okay.
20     A.    I was not interested in a copy.
21     Q.    Why were you not interested in a
22 copy?
23     A.    Like I said, I will -- this is a
24 regulatory affairs document, and I don't think I

Page 277

1 have any business in that document.  I provided
2 all the information requested, and that's where
3 it stops.
4     Q.    Okay.  And is today the first
5 time that you've ever seen this submission?
6     A.    Correct.
7     Q.    Okay.  Once the submission was
8 made to the FDA, did you not have any involvement
9 or follow-up on anything after that at all?
10     A.    I did.
11     Q.    What did you do?
12     A.    So the FDA responded with some
13 questions for -- and asked for additional
14 informations -- on that submission,
15 and that's where I got involved.  I helped
16 Unomedical to develop answers to those questions
17 that FDA provided.
18     Q.    If you could look at Exhibit 48,
19 please.
20               - - -
21          (Deposition Exhibit No. AA-48,
22 Deficiency List, Bates stamped
23 MDT-BRACP-028858 through
24 MDT-BRACP-028860, was marked for

70  (Pages 274 to 277)

Anatoly Aleksandrovich

Page 278

1   identification.)
2           - - -
3           THE WITNESS:  I got it.
4   BY MR. HAVERTY:
5       Q.    Is this the FDA deficiency list
6   that you helped Unomedical to respond to?
7       A.    Yes.
8       Q.    Okay.  And I love this with the
9   FDA, they never seem to date anything.
10      A.    Never noticed.
11      Q.    Do you know when this deficiency
12  letter was generated?
13      A.    No.  I don't remember exactly
14  when.
15      Q.    Okay.  All right.  Then if you
16  can look at Exhibit 49, please.
17          - - -
18          (Deposition Exhibit No. AA-49,
19          Extension Request Form, 04/13/16, Bates
20          stamped MDT-BRACP-029892 and
21          MDT-BRACP-029893, was marked for
22          identification.)
23          - - -
24          THE WITNESS:  Okay.

Page 279

1   BY MR. HAVERTY:
2       Q.    All right.  This is another CAPA
3   extension request dated April 13th of 2016,
4   signed by you.  Correct?
5       A.    Correct.
6       Q.    And you note that the reason for
7   the extension was "The special 510(k) submission
8   was prepared by and sent to FDA by Unomedical...
9   however it was rejected by the FDA.  FDA
10  requested that the submission be converted to a
11  traditional 510(k) submission.  Such submission
12  requires a review period of up to 90 days as
13  opposed to originally planned 30 days for the
14  special 510(k) submission.  A resubmission will
15  be required thus further expanding the action
16  phase."
17          And then you note the
18  justification was because of the FDA's
19  requirement that the special 510(k) be
20  committed -- converted to a traditional 510(k).
21      Q.    Do you know what the reasons were
22  for the FDA requiring that?
23      A.    No, I don't recall.
24      Q.    Okay.  If you could look at

Page 280

1   Exhibit 50, please.
2           Oh, before you do that, looking
3   back at Exhibit 49, so it looks like the new
4   target date for completing the CAPA was November
5   18th of 2016.  Correct?
6       A.    Correct.
7       Q.    Okay.  If you could look at
8   Exhibit 50, please.
9           - - -
10          (Deposition Exhibit No. AA-50,
11          Porex FDA Questions Response, Bates
12          stamped MDT-BRACP-028861 through
13          MDT-BRACP-028889, was marked for
14          identification.)
15          - - -
16  BY MR. HAVERTY:
17      Q.    If you can go through this just
18  real quickly and tell me which responses you
19  assisted Unomedical with, just by number.
20      A.    Yeah.  11, 12 questions, yeah.
21          No, no.  I remember that there
22  was 11 or 12 questions.  I helped on some of
23  them.
24          It's not going to be an easy task

Page 281

1   to do this.
2       Q.    Because they're kind of enmeshed?
3       A.    They're meshed together, and the
4   wording that I provided may have been changed to
5   be more suitable for FDA submission.
6       Q.    Okay.  Did you do any additional
7   testing or any type of validation, or is it
8   simply responding with documentation or
9   explanations?
10      A.    It's the latter.  Yeah.  There
11  was no additional testing required.
12      Q.    Okay.
13      A.    It was mostly clarification work.
14      Q.    Okay.  Do you remember how much
15  time you spent on this?
16      A.    Probably back and forth, around
17  two weeks.
18      Q.    And do you know when the -- when
19  this was submitted to the FDA?
20      A.    No, I don't remember.
21      Q.    Were you provided a copy of the
22  submission to the FDA?
23      A.    I don't remember.
24      Q.    If you could take a look at

71  (Pages 278 to 281)

Anatoly Aleksandrovich

Page 282

1    Exhibit 51, please.
2              - - -
3         (Deposition Exhibit No. AA-51,
4    Letter dated August 10, 2016, Bates
5    stamped MDT-BRACP-028890 and
6    MDT-BRACP-028891, was marked for
7    identification.)
8              - - -
9         THE WITNESS:  Okay.
10   BY MR. HAVERTY:
11        Q.    And this is a letter -- the FDA
12   dated this one -- a letter dated August 10, 2016
13   from the FDA to Unomedical indicating that they
14   reviewed the 510(k) premarket notification and
15   found that the device was substantially
16   equivalent to legally marketed predicate devices
17   marketed in interstate commerce.
18        So this is basically the date of
19   the approval or the substantial equivalency
20   letter from the FDA.  Correct?
21        A.    Correct.
22        Q.    So it was at this point that
23   Unomedical could begin production of the
24   materials contained in the new membrane.

Page 283

1    Correct?
2         A.    No, not exactly, this is not last
3    point.  There are a few steps to be taken before
4    that.
5         Q.    Okay.  What needed to be done at
6    that point?
7         A.    It's -- it's a documentation
8    release from so-called prototype status to
9    production status.
10        Q.    And what does that involve?
11        A.    In this case, changing drawings
12   mostly and a few bill of -- bills of materials
13   and processing and engineering change order at
14   Medtronic.
15        Q.    Okay.  How long would that
16   process ordinarily be expected to take?
17        A.    Normally three, four weeks.  I
18   don't remember how long this one -- this exact
19   one took.
20        Q.    Would you have begun that process
21   or at least put it in place in anticipation of
22   getting FDA approval so that you could move on to
23   production as expeditiously as possible?
24        A.    Not back then.

Page 284

1         Q.    I take it from your answer, do
2    you do that today?
3         A.    Yes.  Due to the -- due to the
4    systemic change that Medtronic has implemented.
5         Q.    When did Medtronic implement this
6    systemic change?
7         A.    In August of 2017, I believe.
8         Q.    Do you know what it was --
9         A.    Or a little earlier.
10        Q.    Do you know what it was that
11   prompted this systemic change?
12        A.    It was just the modern
13   technology.  We implemented a paper-free system.
14        Q.    So at the time the FDA approved
15   this, you did not have in place the mechanisms by
16   which you could expedite getting into production.
17   Right?
18        A.    We didn't.  Correct.
19        Q.    Okay.  So you expected that that
20   could take another month or so?
21        A.    Yeah.  Yes.
22        Q.    So we're talking about
23   mid-September at that point?
24        A.    Somewhere -- something to that

Page 285

1    extent.
2         Q.    It would have been at that point
3    that Unomedical would have been in a position to
4    begin production of the membranes, the P-caps?
5         A.    No.
6              MS. MARTINEZ:  Object to the
7         form.
8              THE WITNESS:  No.
9    BY MR. HAVERTY:
10        Q.    What would have to happen
11   before -- before that?
12        A.    Medtronic providing complete set
13   of production release documentation to Unomedical
14   and I would assume a properly executed purchase
15   orders.
16        Q.    Okay.  How long do you think that
17   process would take?
18              MS. MARTINEZ:  Object to the
19         form.
20              THE WITNESS:  Which one?  If you
21         can clarify, please.
22    BY MR. HAVERTY:
23        Q.    Well, we've established that
24   there were certain documentation that would need

72  (Pages 282 to 285)

Anatoly Aleksandrovich

Page 286

1  to be done and it would take about a month, so
2  we're into September now of 2016.  Then you said
3  there were additional documentation that would
4  have to be done and purchase orders and all that.
5       How long would you expect that
6  process to take before Unomedical would be in a
7  position to begin manufacturing the new P-caps?
8       A.   Okay.
9            MS. MARTINEZ:  Object to the
10       form.
11            THE WITNESS:  So as far as
12       providing production documentation,
13       that's literally one email from me.  I
14       cannot speak to the length that it takes
15       purchase orders to be executed.  And then
16       upon that, Unomedical would be -- would
17       be free to procure new material, which
18       has its own lead time.  And only then,
19       after receipt of said material, they can
20       start production.
21  BY MR. HAVERTY:
22       Q.   And again, there were no
23  processes in place to expedite that process once
24  the FDA approval was achieved.  Right?

Page 287

1       A.   Not --
2            MS. MARTINEZ:  Object to the
3       form.
4            THE WITNESS:  Not to my
5       knowledge.
6  BY MR. HAVERTY:
7       Q.   So everything was going to be
8  done in the normal, ordinary sort of bureaucratic
9  process that you would do for any other type of
10  procedure.  Correct?
11            MS. MARTINEZ:  Object to form.
12            MR. MERRELL:  Objection to form.
13            THE WITNESS:  That is correct.
14  BY MR. HAVERTY:
15       Q.   Given the hazard of the old
16  material, was there any sense of urgency in
17  getting the new material onto the market?
18            MR. MERRELL:  Objection to form.
19            MS. MARTINEZ:  Object to the
20       form.
21            THE WITNESS:  There was no new
22       urgency introduced at this point after --
23       after mitigating it with wordings and --
24       and everything else that we've done.

Page 288

1  BY MR. HAVERTY:
2       Q.   Okay.  If you go back to
3  Exhibit 2, please, and look on page 61.
4       A.   I'm sorry, 61?
5       Q.   61.  Yes.  I think it's 61.
6            MS. MARTINEZ:  61?
7            MR. HAVERTY:  61.
8            THE WITNESS:  Okay.  Yes.
9  BY MR. HAVERTY:
10       Q.   This is from the final CAPA
11  report, and it's under the "Result," it says.
12  And it says, "The Action Phase for this CAPA has
13  been completed as planned."
14            And by the way, it's dated
15  November 9th of 2016.  Correct?
16       A.   Correct.
17       Q.   It says, "The Action Phase for
18  this CAPA has been completed as planned.  Upon
19  identifying possible alternative materials that
20  could be suitable for replacement of the
21  currently used PCAP membrane material, those
22  possible alternatives were thoroughly tested.
23  Testing revealed that membrane material
24  manufactured by POREX in a clear choice for

Page 289

1  replacement of the currently used PCAP material.
2  The membrane spec document and PCAP assembly
3  drawing...were up" and -- "were updated with
4  prototype versions of the Membrane material
5  itself...as well as PCAP assembly version
6  featuring new POREX material."
7            That was basically, you were just
8  describing that the CAPA phase of the project is
9  complete at that point.  Correct?
10       A.   Correct.
11       Q.   If you go down to the last -- the
12  last paragraph on that, it says, "Upon successful
13  completion of all testing, the material change
14  was submitted to FDA for review and the approval
15  to implement new membrane material into
16  production was granted.  All documentation was
17  updated to production status (...released on
18  10-10-16)."
19            Do you see that?
20       A.   I do.
21       Q.   That was -- that's ECO.  That's
22  an engineering change order.  Correct?
23       A.   Correct.
24       Q.   Is that the last step that's

73  (Pages 286 to 289)

Anatoly Aleksandrovich

Page 290

1  necessary for the manufacturer to begin the
2  manufacturing process?
3       MS. MARTINEZ:  Object to the
4  form.
5       THE WITNESS:  Yes.  It's a
6  trigger for supplier to start executing.
7  BY MR. HAVERTY:
8       Q.   Okay.  And then it goes on, it
9  says, "and the supplier was notified to phase new
10 material into production as soon as the stock of
11 current material is depleted."
12            Was that referring to the current
13 stock of Emflon material?
14      A.   That is correct.
15      Q.   So do I -- so it says,
16 "Production is scheduled to start January of
17 2017."  Correct?
18      A.   Right.
19      Q.   So it was anticipated that from
20 at least October, if not from earlier than that,
21 until January of 2017, Unomedical was going to
22 continue to manufacture infusion sets with the
23 connector cap with the Emflon membrane still in
24 it.  Correct?

Page 291

1       A.   Correct.
2       Q.   And that was in order to deplete
3  the supply that was already remaining before
4  beginning the production with the new material.
5  Correct?
6       A.   Correct.
7       Q.   Who made that decision, that you
8  should deplete the current stock of material
9  before beginning production with the new
10 material?
11      A.   Medtronic.
12      Q.   Who at Medtronic made that
13 decision?
14      A.   I don't remember exactly who held
15 that discussion.
16      Q.   Okay.  Were you a part of it?
17      A.   At some point or the other, yes.
18 At least I presented this to -- to my management.
19      Q.   Okay.  Did you concur in the
20 conclusion that you should deplete -- that
21 Unomedical should deplete the Emflon material
22 before beginning production with the new Porex
23 material?
24      A.   Yes, I did.

Page 292

1       Q.   Okay.  Did anybody express any
2  dissent with that, that they should get the Porex
3  material into production as soon as possible?
4       A.   No, not that I remember.
5       Q.   Okay.  And in fact, correct me if
6  I'm wrong, but the infusion sets containing the
7  new Porex material didn't actually come to market
8  until about April of 2017.  Correct?
9       A.   That is correct.
10      Q.   When did production of those sets
11 actually begin?
12      A.   I cannot answer that question,
13 because that is internal Unomedical scheduling.
14      Q.   Okay.  So you have no idea when
15 it happened.  Right?
16      A.   That is correct.
17      Q.   But it had to have happened
18 sometime before April 2017.  Correct?
19      A.   Yes.
20      Q.   Did you have any sense of how
21 long the lead time was between Unomedical
22 beginning production of the new infusion sets and
23 them getting them over to Medtronic to put them
24 out onto the market?

Page 293

1       A.   Yes, I did.
2       Q.   What was the lead time?
3       A.   So I just want to clarify.  It's
4  not the beginning of production of the infusion
5  sets.  It's the beginning of production of P-cap
6  assemblies.
7       Q.   Right.  What I'm trying to
8  understand is --
9       A.   Which is a -- which is a step --
10 which is a step previous to the -- to the
11 manufacturing of the infusion set.  The regular
12 lead time for something like this is around four
13 months.
14      Q.   You mean -- what I'm trying to
15 understand is, is that Unomedical was expected to
16 begin producing the new P-caps with the membrane
17 in January of 2017.  Correct?
18      A.   Correct.
19      Q.   And then you think the -- between
20 the manufacturing of the P-caps and the assembly
21 of the completed infusion set and return to
22 Medtronic, you think the lead time would be about
23 four months; is that correct?
24      A.   That is correct.

74  (Pages 290 to 293)

Page 294

1      Q.    So that would indicate, if we
2   were working backward, that if the materials came
3   to market in April of 2017, that that would mean
4   that Unomedical began production of the P-caps in
5   January of 2017.  Correct?
6      A.    Around January of 2017.
7      Q.    Okay.  And you were aware that it
8   was in September of 2017 that it's a little more
9   than a year after the FDA approved the new
10  material that Medtronic issued a recall for the
11  infusion sets containing the Emflon material.
12  Correct?
13     A.    Correct.
14     Q.    Did you know that that recall was
15  coming?
16     A.    No.
17     Q.    Do you know why the recall wasn't
18  issued in 20 -- in April of 2017 when the new
19  infusion sets became available and on the market?
20     A.    No, I don't.  I was not involved
21  in that project.
22          MR. HAVERTY:  Okay.  Let's go off
23     the record for a second.  I just want to
24     pull one thing up, and we're going to

Page 295

1   wrap this up.
2          THE VIDEOGRAPHER:  We are now
3      going off the record, and the time is
4      4:16 p.m.
5                  - - -
6          (A recess was taken from 4:16
7      p.m. to 7:24 p.m. )
8                  - - -
9          THE VIDEOGRAPHER:  We are now
10     going back on the record, and the time is
11     4:24 p.m.
12  BY MR. HAVERTY:
13     Q.    Mr. Aleksandrovich, just a couple
14  of things, and hopefully I'm going to wrap this
15  up very quickly.
16          You saw a little bit earlier when
17  we were talking about the original recall with
18  the "dear healthcare provider" letter back in
19  June of 2013, and they indicated that the
20  installed base of users was about 428,000 people.
21     Do you remember that?
22     A.    I do.
23     Q.    Okay.  And you're aware of the
24  fact because you run the disposables, the

Page 296

1   consumables portion for Medtronic that these
2   infusion sets are set to be changed about every
3   three days.  Correct?
4      A.    That's correct.
5      Q.    Okay.  So that means that, if I
6   do the math correctly, a user would make about
7   121 infusion set changes in a year.  Right?
8   Every three days, divided by 365, so that would
9   be 121 infusion set changes.  Correct?
10     A.    That's a good approximation,
11  yeah.
12     Q.    So that would -- right.  So that
13  would be 121 infusion set changes times 428,000
14  users.  Right?
15     A.    Right.
16     Q.    That would mean in a given year,
17  there would be about just under 52,000 infusion
18  sets sold.  Correct?
19     A.    52 million.
20     Q.    Excuse me.  52 million.
21          MS. MARTINEZ:  Million.
22          THE WITNESS:  Million.  The
23     actual number is closer to 65 --
24

Page 297

1   BY MR. HAVERTY:
2      Q.    Okay.
3      A.    -- million units sold.
4      Q.    Okay.
5      A.    Yeah.
6      Q.    Okay.  So it's 65 million units
7   sold.
8          And it took approximately four
9   years from the time the temporary vent block
10  phenomenon was discovered until the new membrane
11  material went on the market for users.  Correct?
12     A.    That is correct.
13     Q.    So if there is 65 million
14  infusion set changes a year and over four years,
15  that would mean that there were 260 million
16  infusion sets sold over that four-year period
17  that had that Emflon material in it.  Correct?
18     A.    Correct.
19     Q.    And part of Medtronic's rationale
20  for its proprietary connector in its pump is so
21  that they could exclude other generic companies
22  from marketing infusion sets and reservoirs that
23  could be used with Medtronic pumps.  Correct?
24          MR. MERRELL:  Objection to form.

75  (Pages 294 to 297)

Anatoly Aleksandrovich

Page 298

1    THE WITNESS:  I cannot comment as
2  to the commercial strategy of Medtronic
3  as a company.
4  BY MR. HAVERTY:
5    Q.   But we know they are looking at
6  65 million units a year of these infusion sets.
7  Correct?
8    A.   Yes.
9    Q.   Okay.  Real quickly, if you could
10  take a look at Exhibit 53, please.
11           - - -
12    (Deposition Exhibit No. AA-53,
13    PowerPoint Slides, Bates stamped
14    MDT-BRACP-0081696 through
15    MDT-BRACP-0081716, was marked for
16    identification.)
17           - - -
18  BY MR. HAVERTY:
19    Q.   Okay.  Have you seen this chart
20  before, by the way?
21    A.   Yes.
22    Q.   Okay.  When was the first time
23  you saw this?
24    A.   A couple of days ago.

Page 299

1    Q.   Okay.  And did you understand
2  this to be an analysis of complaints and returns
3  related to the possible temp vent blockage
4  complaints that were now coded GA50?
5    A.   Yes.  But I wouldn't call it an
6  analysis.  It's just a pure data collection.
7    Q.   They were just raw numbers.
8  Correct?
9    A.   Correct.
10    Q.   But in any event, these -- all
11  these pages that go, beginning in June of 2013
12  and they continue on reporting both complaints
13  and returns coded under the GA50 possible temp
14  vent blockage complaints through May of 2014.
15  Correct?
16    A.   Correct.
17    Q.   It's about a year.  Right?
18    A.   Right.
19    Q.   So if you look at June of 2013,
20  it looks like there are about 110 complaints
21  coded under the GA50 complaint code?
22    A.   Correct.
23    Q.   And then in July it looks like
24  there are about 85, 83 to 85 complaints?

Page 300

1    A.   Yes.
2    Q.   Okay.  And if we keep going on,
3  each page adds another month.  So in August of
4  2013, there are about 85 complaints under GA50.
5  Correct?
6    A.   Correct.
7    Q.   And then the next one is
8  September of 2013.  It looks like it's about 62
9  complaints recorded?
10    A.   Correct.
11    Q.   And then October of 2013, it
12  looks like 59, just under 60?
13    A.   Right.
14    Q.   Okay.  And by the way, just so
15  we're clear, this GA50 complaint code starts
16  right at the time where Medtronic had issued the
17  "dear healthcare provider" letter and the "dear
18  patient" letter warning about the getting insulin
19  on the reservoirs.  Correct?
20    A.   Correct.  When that code was
21  specifically created for this.
22    Q.   Right.  So all of the data is
23  following that warning.  Correct?
24    A.   Correct.

Page 301

1    Q.   So now in November of 2013, we've
2  got recorded as 60 complaints.  Correct?
3    A.   Correct.
4    Q.   And then December it's about 61.
5  Right?
6    A.   Yes.
7    Q.   And then in January, it looks
8  about 42, 43?
9    A.   Right.
10    Q.   And then in February, it's 40?
11    A.   That's right.
12    Q.   March, it's 41?
13    A.   Correct.
14    Q.   And then in April, it's 40 --
15  about 45?
16    A.   Yeah, about that.
17    Q.   Okay.  And then in May, it is
18  about 58 or so?
19    A.   Correct.
20    Q.   Now, I went and I added all those
21  up, and the number that I got was that in the
22  11-month period between June of 2013 and May of
23  2014, there were 750 complaints that were coded
24  under the GA50 possible temp vent blockage code.

76  (Pages 298 to 301)

Anatoly Aleksandrovich

Page 302

1    Does that seem -- does that seem
2  fair?
3    A.   It does.
4    Q.   Okay.  So that would be contrary
5  to what you put in that note, that in your
6  extension request for the CAPA, that there were
7  no new reports of this phenomenon at the time.
8  Correct?
9    MR. MERRELL:  Objection to form.
10    THE WITNESS:  Okay.
11  BY MR. HAVERTY:
12    Q.   Is that fair?
13    A.   It's fair --
14    Q.   We know that --
15    A.   We didn't know that -- I meant
16  that there were no hospitalization or some
17  serious complications recorded.
18    Q.   Okay.  But we know that at a
19  minimum, there were about 750 complaints that
20  were coded under GA50?
21    A.   Again, according to this -- to
22  this chart, without doing any analysis, yes.
23    Q.   Right.  But putting aside whether
24  there were hospitalizations or any injuries, per

Page 303

1  se, would the fact that there are 750 complaints
2  about this phenomenon of the insulin coming out
3  on its own indicate that the problem you were --
4  that you had initially anticipated was still
5  there, that patients were getting insulin on the
6  reservoir caps and somehow contaminating the
7  connector caps.  Correct?
8    A.   Again, I cannot make that
9  assumption or conclusion judging from this data
10  without looking at actual complaints.
11    Q.   But the GA50 code was
12  specifically created to capture those types of
13  complaints.  Correct?
14    A.   That is correct.
15    Q.   Okay.  So would you infer from
16  that that regardless of whether there are
17  hospitalizations or injuries, that the underlying
18  problem which the membrane redesign was intended
19  to correct was still there and some patients were
20  still doing the incorrect filling procedure,
21  regardless of whether they were injured or not?
22    A.   Again --
23    MR. MERRELL:  Object -- objection
24    to the form.

Page 304

1    THE WITNESS:  Again, I cannot
2  conclude or make that statement based on
3  what I'm -- what I'm looking at, without
4  going into further details on the
5  analysis.
6  BY MR. HAVERTY:
7    Q.   Okay.  And that would be part of
8  the quality improvement team, I guess, would it
9  not?
10    A.   That is correct.  And speaking of
11  that, just to add to that, we -- quality
12  improvement team works in -- in percentages, and
13  signal needs to make it to a certain percentage
14  of failures as compared to units sold before it
15  becomes a real issue.
16    So if you look at the -- at the
17  right side of the chart, we're talking
18  about .001 -- between .001 and .00 -- at maximum
19  3 percent of units sold at 65 units -- at 65
20  million units a year.
21    Q.   Right.  And that -- I'm sure that
22  Medtronic thought that that was a very comforting
23  number.
24    However, if you're looking at 110

Page 305

1  complaints of this temporary vent blockage in
2  June of 2013, after the warnings had come out,
3  any one of those 110 could have resulted in an
4  injury or death.  Right?
5    MR. MERRELL:  Objection to form.
6    THE WITNESS:  Can't -- can't make
7    that assumption, because I don't know
8    what was reported and what the patient
9    saw and how the report was taken and what
10    would be the result of the analysis of
11    that particular infusion set.
12  BY MR. HAVERTY:
13    Q.   But all I'm saying is, is that if
14  a temporary vent blockage occurs, Medtronic was
15  aware that that could lead to the over-infusion
16  or under-infusion of insulin.  Correct?
17    MR. MERRELL:  Object to the form.
18    THE WITNESS:  That is correct.
19  BY MR. HAVERTY:
20    Q.   Okay.  And that was the entire
21  purpose of redesigning the membrane material so
22  that you wouldn't get 110 complaints or 60
23  complaints in a month of this temporary vent
24  blockage phenomenon.  You were going to eliminate

Anatoly Aleksandrovich

Page 306

1    that phenomenon.  Correct?
2            MR. MERRELL:  Objection.
3    BY MR. HAVERTY:
4        Q.    Or at least reduce it to the
5    lowest possible.
6        A.    That we would eliminate that
7    phenomenon, but that doesn't mean that we will
8    stop receiving complaints.
9        Q.    What else could cause a temporary
10   vent blockage phenomenon other than --
11       A.    Again -- so a person -- and I
12   don't want to say anything bad about people, but
13   I need to see -- me personally, I need to see the
14   report exactly to understand whether it's a valid
15   report or it's a misunderstanding of the issue or
16   if it's a misrecording of an issue, a
17   misclassification on the issue on the Medtronic
18   side.  That's possible as well.
19           So again, that chart that we just
20   discussed, it's completely inconclusive to me as
21   part of the real failure and the real issue at
22   hand.
23       Q.    And just -- and this probably
24   will be my last question.

Page 307

1            Are you aware one way or the
2    another of whether the help line employees were
3    trained on utilizing this new GA50 code for the
4    precise purpose of trending what this phenomenon
5    was -- how it was occurring out in actual use?
6        A.    I'm sure there were trained to
7    some extent.  I don't know exactly the extent of
8    the training and the detail of the training.
9    Again, that is out of realm of my responsibility,
10   and I cannot answer for that department.
11       MR. HAVERTY:  Right.  Mr.
12   Aleksandrovich, I don't have anything
13   further for you.  Thank you.
14       THE WITNESS:  Thank you.
15       MR. MERRELL:  I have a few
16   questions.  I assume Marlene doesn't have
17   any questions?
18       MS. GOLDENBERG:  Not for now, no.
19       MR. MERRELL:  Okay.
20       THE WITNESS:  Are we going to
21   refer to any of this?
22       MR. MERRELL:  We may.  If it's
23   not organized, you can use my copy.
24       THE WITNESS:  Sorry.

Page 308

1            MR. MERRELL:  I know.  Because it
2    may be hard to find it.  Just a few
3    questions.
4            - - -
5            EXAMINATION
6            - - -
7    BY MR. MERRELL:
8        Q.    When did you begin your
9    involvement with the temporary vent block CAPA
10   again?
11       A.    Around summer -- spring/summer of
12   2013.  I don't remember exactly when.
13       Q.    And how many years ago was that
14   from today?
15       A.    Five already.
16       Q.    Do you recall all of the details
17   from the CAPA sitting here today four, five years
18   later?
19       A.    No.  I can't possibly remember
20   everything.
21       Q.    Okay.  Was the temporary -- was
22   the temporary vent blockage issue a result of a
23   design problem?
24       A.    No, it was not.

Page 309

1        Q.    Were --
2        A.    Or it is not.
3        Q.    Was the temporary vent block
4    issue a result of a design flaw with the -- with
5    the infusion set?
6        A.    No, it's not.
7        MR. HAVERTY:  Objection.
8        Are you -- Cliff, are you
9    producing him as an expert witness?
10       MR. MERRELL:  I haven't decided
11   yet, but I'm just simply asking the
12   questions as it stands now.
13       What ws --
14       MR. HAVERTY:  Well, I think --
15   cliff, let me note my objection.
16       If you intend to qualify him as
17   an expert witness, then I'm entitled to a
18   report.
19       MR. MERRELL:  Okay.  I understand
20   your position.
21   BY MR. MERRELL:
22       Q.    What was the temporary vent block
23   issue a result of?
24       A.    An incorrect filling process of

78  (Pages 306 to 309)

Anatoly Aleksandrovich

Page 310

1    reservoir, which is basically advertently or not
2    advertently not following the instruction.
3        Q.    And has that been documented in
4    the various documents we looked through today
5    from the CAPA?
6        A.    Yes, it was.
7        Q.    And as a result of the improper
8    reservoir filling, did Medtronic and did you,
9    were you looking for a potential design solution
10   to address this user error?
11       A.    Yes.
12       Q.    And you testified earlier that --
13   about the instructions and the warnings alone
14   were not a good enough solution for you with
15   respect to the CAPA.
16           Can you explain that?
17       A.    Right.  Not necessarily.  I may
18   have used the wrong term.  Not that they're not
19   good enough, but we wanted to follow through and
20   create something even more robust that will not
21   only prevent but eliminate the potential of
22   failure.
23       Q.    And why is that?
24       A.    Because as a company, Medtronic,

Page 311

1    our patients are of the utmost concern to us, and
2    we make them as safe as possible.
3        Q.    And there's a testimony earlier,
4    questions earlier about CAPA and there being a
5    corrective and then preventative component of it.
6            Do you recall that?
7        A.    I do.
8        Q.    Do you compartmentalize the
9    various actions taken in the CAPA between a
10   corrective versus preventative action?
11       A.    No, I don't.
12       Q.    Can you explain that?
13       A.    A CAPA is merely a name of a
14   process that's intended to improve upon
15   something, and any actions taken in there are all
16   towards the success, but that's ultimately
17   success of the project.  And I wouldn't
18   categorize them one are -- some are more
19   important, some are less, some are corrective,
20   some are preventative.  It's all -- it's all
21   leading to.
22       Q.    So for example, with the
23   warnings, the notification, would you categorize
24   those just in a specific bucket of corrective or

Page 312

1    preventative?
2        A.    No, I wouldn't.
3        Q.    And with respect to the material
4    change in the membrane, would you characterize
5    that as a corrective or preventative measure?
6        A.    No, I wouldn't.  They all have
7    the ultimate goal, the same ultimate goal.
8        Q.    You testified that it took I
9    guess between three-and-a-half and four years to
10   change the membrane material; is that correct?
11       A.    That's correct.
12       Q.    Did you have any concerns that it
13   took three-and-a-half years to four years to
14   change the membrane?
15       A.    No.
16       Q.    And can you explain that?
17       A.    Yes.  Because the warnings that
18   we issued and the steps that we took with those
19   warnings to our understanding and best knowledge
20   were significant enough and robust enough to
21   carry us through the design change.
22       Q.    And did you believe that those
23   efforts were sufficient to carry through the
24   design change?

Page 313

1        A.    Yes, we did.
2        Q.    Can you explain why did it take
3    three-and-a-half years to make the membrane
4    change from the beginning of the CAPA?
5        A.    It's due to multiple reasons.  So
6    first, obviously, we had material.  We selected
7    material that looked good at the beginning and
8    fulfilled the design requirements at the
9    beginning but proved to be not very usable in a
10   high volume manufacturing.  Also, since we are in
11   the very regulated industry, we have to follow
12   certain step and take certain -- certain
13   precautions and certain documentation steps and
14   sequences, sometimes directed by government that
15   just cannot simply do -- get done faster than
16   they can.
17       Q.    Can you take a look at Exhibit 2
18   on page 8 again.
19       A.    Yes.
20       Q.    And if you look on page 8 through
21   9, are there 16 various action steps and phases
22   that are listed here?
23       A.    Yes, there are 16.
24       Q.    And can you explain, are these

79 (Pages 310 to 313)

Anatoly Aleksandrovich

Page 314

1  required for you to be able to make this decision
2  change for the P-cap?
3      A.    Yes, they are.
4      Q.    And why is that?
5      A.    Again, because we need to adhere
6  to certain procedures and certain rules and
7  regulations and also need to do a fair amount of
8  testing and other activities that are involved.
9      Q.    In replacing the material
10 membrane for the P-cap, is there a risk or
11 concern that the solution could actually cause
12 more problems than the original membrane?
13         MR. HAVERTY:  Objection.
14         THE WITNESS:  No, there is not.
15      There is no such concern.
16 BY MR. MERRELL:
17      Q.    And why is that?
18      A.    Because we proved by it testing
19 and verification that there is not.
20      Q.    To be able to eliminate that
21 concern, did you have to go through these
22 processes?
23      A.    Yes, we did.
24      Q.    And are these processes part of

Page 315

1  the quality system at Medtronic?
2      A.    That is correct.
3      Q.    Is that quality system required
4  by FDA regulations?
5      A.    Among other things.
6      Q.    You were asked earlier about Lot
7  8.
8         Was Lot 8 and then the temporary
9  vent block CAPA you worked on, was it the same
10 failure mode?
11      A.    They were the same failure --
12 they produced the same failure mode, yes.
13      Q.    Was it the same failure
14 mechanism?
15      A.    Not at all.
16      Q.    Can you explain that?
17      A.    Yes.  Lot 8 failure mechanism was
18 connected to a manufacturing process utilized
19 back at that time with the production of silicone
20 oil for lubrication of the inside of the P-cap.
21 And once that oil was removed, the problem went
22 away; whereas temporary vent block failure
23 mechanism has to do with accidental introduction
24 of any fluid onto the P-cap membrane.

Page 316

1      Q.    And in the Lot 8 CAPA, did that
2  address the failure mechanism there?
3      A.    For the -- identified for Lot 8?
4      Q.    Yes.
5      A.    Yes, it did.
6      Q.    Was the temporary vent blockage
7  CAPA that you worked on, was that an important
8  project for Medtronic?
9      A.    It was.
10      Q.    Did Medtronic expend a
11 significant amount of resources on that CAPA?
12      A.    Every required resource was at my
13 disposal.
14      Q.    Why is that?
15      A.    Because it was important to
16 patient safety ultimately.
17      Q.    Has the FDA ever been critical at
18 all regarding the amount of time it took to
19 implement the membrane material change under the
20 CAPA?
21      A.    Not that I'm aware of.
22      Q.    You discussed different materials
23 that were evaluated for changing the membrane for
24 the P-cap.

Page 317

1         What was the original choice for
2  Medtronic?
3      A.    The original was a Versapor 450R
4  material manufactured by Pall Corporation.
5      Q.    And why ultimately did you have
6  to switch to a different choice?
7      A.    Because despite the fact that it
8  produced acceptable results on the functional
9  side, it demonstrated prohibitive -- prohibitive
10 behavior to be used in the high volume
11 manufacturing environment.
12      Q.    And would that -- does that
13 indicate that there could have been quality
14 issues if you tried to manufacture it?
15      A.    Yes.
16      Q.    You -- as I understand, did you
17 identify three -- ultimately three potential
18 materials that were tested?
19      A.    That is correct.
20      Q.    And how would you characterize
21 the wet flow of those three potential options?
22      A.    As acceptable.
23      Q.    And was there a specification you
24 were looking at and measuring them against?

80  (Pages 314 to 317)

Anatoly Aleksandrovich

Page 318

1      A.   I don't remember what came first,
2  the wet flow spec or the material themselves that
3  were tried.
4      Q.   Okay.  But did you find that
5  those three materials, that they met the
6  requirements for Medtronic?
7      A.   Yes, absolutely.
8      Q.   You were asked earlier about the
9  continuation of manufacturing the membrane
10  using -- utilizing the Emflon membrane.
11         Do you recall that?
12      A.   Yes.
13      Q.   And as I understand it, the
14  manufacturer utilizing the newer membrane, that
15  began in January of 2017?
16      A.   Correct.
17      Q.   Did you testify you were involved
18  in that decision?
19      A.   I was not involved in that
20  decision.  I provided information.
21      Q.   But you testified that you
22  concurred with that decision?
23      A.   Correct.
24      Q.   Why is that?

Page 319

1      A.   Because it was safe enough
2  to deplete the material given the precautions --
3         (Court reporter clarification.)
4  BY MR. MERRELL:
5      Q.   Why did you concur with that --
6  why did you concur with that decision?
7      A.   Because it felt -- it felt safe
8  to continue depleting and using the Emflon
9  material due to the steps that we as a company
10  took to prevent the potential failure in the
11  field with warnings and IFUs and such.
12      Q.   You were asked just a few
13  questions at the end regarding Exhibit 53.
14         Do you recall that?
15      A.   I do.
16      Q.   And there is a -- there's a list
17  of numerically the number of GA50 complaints at
18  the end.
19         Do you see that?
20      A.   I do.
21      Q.   How would you characterize the
22  rate of those complaints?
23      A.   As extremely low.
24      Q.   What was the range of the rates?

Page 320

1      A.   Percentage-wise?
2      Q.   Yes.
3      A.   Less than half -- than
4  significantly less than half a percent.
5      Q.   Without the benefit of the
6  individual complaints, are you able to draw any
7  conclusions based on this data?
8      A.   No, I cannot.
9         MR. MERRELL:  Those are all the
10  questions I have.
11         MS. MARTINEZ:  I have one
12  question.
13              - - -
14            EXAMINATION
15              - - -
16  BY MS. MARTINEZ:
17      Q.   Mr. Aleksandrovich, you were
18  asked about certain things that Unomedical did in
19  connection with Medtronic's decision to change
20  the membrane to a Porex membrane.
21         Did Unomedical act with the due
22  diligence that you expected and do everything
23  that Unomedical was asked?
24      A.   Absolutely.

Page 321

1         MR. HAVERTY:  Objection,
2  objection.
3         MS. MARTINEZ:  Thank you.
4         MR. HAVERTY:  Note my objection.
5  You're asking him expert witness -- do
6  you want him to produce a report, Ileana?
7  I move to strike that as an expert --
8         MS. MARTINEZ:  Again, this is --
9         MR. HAVERTY:  I move --
10  BY MS. MARTINEZ:
11      Q.   Just for the record, let me
12  repeat again, you dealt with Unomedical and asked
13  Unomedical to do certain things in connection
14  with Medtronic's decision to change the current
15  membrane or the then-existing membrane to a Porex
16  membrane.
17         I'm asking you as an employee of
18  Medtronic that dealt with Unomedical, did
19  Unomedical exhibit due diligence in its actions
20  and do everything that you asked --
21         MR. HAVERTY:  Objection.
22         MR. MERRELL:  -- Unomedical to
23  do?
24         THE WITNESS:  Yes, they did.

Anatoly Aleksandrovich

Page 322

1    MR. HAVERTY: Objection. Again,
2  I move to strike. That's an expert
3  witness question.
4    Ileana, if you want to ask him --
5  by the way, Marlene, if you want to jump
6  in on this.
7    If you want to ask him whether or
8  not they did everything he expected them
9  to do, then that's a different question,
10  but you just asked him a standard of care
11  question.
12    MS. MARTINEZ: I didn't. No, no.
13  I did ask him what --
14    MR. HAVERTY: Exercising --
15    MS. MARTINEZ: -- if they did
16  everything that he expected them to do.
17    THE WITNESS: Yes, they did.
18    MR. HAVERTY: No. You asked
19  whether they acted with due diligence.
20  Ileana, you asked --
21    MS. GOLDENBERG: And Ileana, I'll
22  just note that Kevin has been objecting
23  on behalf of both of us, even though
24  technically you're only appearing in the

Page 323

1  Eklund case, so that objection applies to
2  both.
3  BY MS. MARTINEZ:
4    Q.   Let me ask it again, just so the
5  record is clear.
6    In your dealings with Unomedical
7  in connection with Medtronic's decision to change
8  the then-existing membrane in the P-cap to a
9  Porex membrane, did Unomedical do everything that
10  you asked?
11    A.   Yes, they did.
12    Q.   Did they do it in the time frame
13  that you asked them to do it?
14    A.   For the most part they did.
15    MS. MARTINEZ: Okay. Thank you.
16    MR. HAVERTY: I just have a
17  couple follow-ups, Mr. Aleksandrovich.
18           - - -
19           EXAMINATION
20           - - -
21  BY MR. HAVERTY:
22    Q.   You said that you believe that
23  the warnings that were put in place after the
24  temporary vent block process was found were --

Page 324

1  you believe they were robust, and they were --
2  they were substantial enough to prevent the
3  problem. Correct?
4    A.   Correct.
5    Q.   And as we saw from that email
6  from the FDA, the FDA did not concur with that
7  assessment, did they?
8    MR. MERRELL: Objection to form.
9    THE WITNESS: Okay. I'll agree
10  to that.
11  BY MR. HAVERTY:
12    Q.   And you want to talk about -- you
13  talked about the distinction between the failure
14  mode and the failure mechanism between the Lot 8
15  and the temporary vent block.
16    In fact, the mechanism of failure
17  is exactly the same. It's the blocking of the
18  vents, is it not?
19    MR. MERRELL: Objection to form.
20    THE WITNESS: That's what you're
21    referring -- in this case, in our
22    industry, judging -- going from the rules
23    how we do the failure mode and effect
24    analysis, that's the failure effect.

Page 325

1    Blocked membrane is a failure effect.
2  BY MR. HAVERTY:
3    Q.   Isn't the failure effect the
4  over-infusion or under-infusion of insulin?
5  That's the failure effect. Correct?
6    MR. MERRELL: Objection to form.
7    THE WITNESS: On the system
8    level, maybe. But if we're talking only
9    about the P-cap, it's the blocked
10    membrane.
11  BY MR. HAVERTY:
12    Q.   Right. And that's the mechanism
13  by which the failure effect can occur, is the
14  membrane gets blocked, and that can cause an
15  over-infusion or under-infusion of insulin,
16  whether it's from excess silicone oil or from
17  insulin. Correct?
18    A.   Okay. Yes.
19    Q.   The only real difference between
20  the two is one was an identifiable manufacturing
21  defect while the other one deals with a
22  vulnerability in the design of the membrane in
23  the connector cap, the venting membrane.
24  Correct?

82 (Pages 322 to 325)

Anatoly Aleksandrovich

Page 326

1          MR. MERRELL:  Objection to form.
2          THE WITNESS:  No, I don't agree
3     with that.  One was the identifiable
4     manufacturing process issue.  The other
5     one is -- we can call it a human factor
6     issue.
7   BY MR. HAVERTY:
8     Q.    Right.  But my point is --
9     A.    But it's not -- it's not a design
10  issue.
11    Q.    Well, it is a design issue
12  because that's exactly what you did in this CAPA,
13  was you redesigned that membrane material to
14  prevent this hazard.  Correct?
15    A.    We redesigned to -- to provide a
16  mistake-proof, if you will, ability for users.
17    Q.    Right.  Because you know that
18  humans can make mistakes.  And so the hierarchy
19  of risk mitigation is to design out a hazard if
20  you can.  Correct?
21    A.    That is correct.  But the hazard
22  occurred in this case due to the human factor
23  interaction only.
24    Q.    Right.  But if the membrane could

Page 327

1   remain gas permeable, the human factors aspect of
2   it wouldn't have mattered.  So it was a design
3   issue, was it not?
4     A.    No, it was not.
5     Q.    Okay.  So why did you
6   undertake to --
7     A.    It's not considered a design
8   issue.
9     Q.    Okay.  But you will agree with me
10  that what you did in the CAPA was you redesigned
11  the membrane.  Correct?
12    A.    Yes, yes.  I agree with that.
13    Q.    Okay.  And therefore, what you
14  did was you proved that it was feasible to design
15  out this hazard of the over-infusion or
16  under-infusion of insulin due to vent block, the
17  blocked vents.  Correct?
18          MR. MERRELL:  Objection to form.
19          THE WITNESS:  Not very clear on
20     the question.
21  BY MR. HAVERTY:
22    Q.    By virtue of the fact that you
23  were able to achieve a redesign, put it into
24  manufacturing and put it out on the market, you

Page 328

1   proved that it was feasible to have a membrane
2   that could remain gas permeable, even if
3   contacted by fluid.  Correct?
4     A.    Potentially, yes.
5     Q.    Well, that's what you
6   represented --
7          MS. MARTINEZ:  Kevin we're
8     getting a --
9          MR. HAVERTY:  Okay.  I just have
10    one quick question.
11  BY MR. HAVERTY:
12    Q.    You believe that your mitigation
13  prior to the putting the redesigned membrane on
14  the market was good enough.
15          Would you agree with me then that
16  if someone suffered an injury from an
17  over-infusion of insulin that could be traced
18  back to a blocked vent situation, that that would
19  prove that your system of risk mitigation was not
20  adequate?
21          MR. MERRELL:  Objection to form.
22          THE WITNESS:  It's -- it's
23     speculation, so we have -- we have
24     proof -- we have proof statistical that

Page 329

1          it hasn't occurred.
2   BY MR. HAVERTY:
3     Q.    Well, what you have are
4   complaints that are received by Medtronic.  If
5   someone was injured by this and didn't report it
6   to Medtronic, you wouldn't know about it.
7   Correct?
8     A.    That is correct.
9          MR. HAVERTY:  That's all I have.
10    Thank you.
11          THE WITNESS:  Thank you.
12          MS. GOLDENBERG:  I just have a
13    few questions, if you don't mind.  Sorry.
14    I'll keep it close.  I know you guys are
15    getting a signal from the videographer.
16              - - -
17          EXAMINATION
18              - - -
19  BY MS. GOLDENBERG:
20    Q.    Mr. Aleksandrovich, my name is
21  Marlene Goldenberg.  We haven't had a chance to
22  formally meet yet, but I'm here on behalf of the
23  plaintiffs in this case also.
24          And I believe that you testified

83  (Pages 326 to 329)

Anatoly Aleksandrovich

Page 330

1  that safety is the most important thing at
2  Medtronic; is that right?
3      A.    That is correct.
4      Q.    And that's more important than
5  profits.  Right?
6      A.    Of course, yes.
7            (Court reporter clarification.)
8            MS. GOLDENBERG:  My question was
9      that safety is more important than
10     profits, and he agreed.
11 BY MS. GOLDENBERG:
12     Q.    Mr. Aleksandrovich, I apologize,
13 we need a verbal answer.
14     A.    Yes, it is, of course.
15     Q.    Okay.  And in putting patient
16 safety first, that means complying with all
17 regulatory requirements.  Right?
18     A.    Right.
19     Q.    But even beyond that, it means
20 that, you know, you don't have to wait for the
21 FDA to catch a problem, that Medtronic should be
22 proactive when they're aware that something is
23 wrong that could compromise patient safety.
24 Right?

Page 331

1            MR. MERRELL:  Objection to form.
2            THE WITNESS:  Absolutely.
3  BY MS. GOLDENBERG:
4      Q.    Okay.  And you also testified
5  that the number of complaints that had been
6  reported after the 2013 warning letter went out
7  to patients was an acceptable level; is that
8  right?
9            MR. MERRELL:  Objection, form.
10           THE WITNESS:  Yeah.  Acceptable
11     to the method that we measured them with,
12     yes.
13 BY MS. GOLDENBERG:
14     Q.    Okay.  And what is the threshold
15 of how many severe injuries or death is
16 acceptable to Medtronic?
17           MR. MERRELL:  Objection to form.
18           THE WITNESS:  So we're not
19     talking about severe injuries.  None of
20     these resulted in severe injuries.  It
21     would have been treated completely
22     different.  And to answer your question,
23     I am not sure what a threshold for
24     certain failures, but again, severe

Page 332

1            injury is not a regular complaint.
2  BY MR. HAVERTY:
3      Q.    These 700 -- these roughly 700
4  complaints that came in were all specific to the
5  new code that had been created after the letter
6  went out to patients?
7      A.    They were recorded under that
8  code, yes.
9      Q.    Okay.  And in order to be
10 recorded under that code, health line
11 representatives had to have been trained to
12 recognize that that was the effect that was
13 occurring.  Right?
14     A.    Right.
15           MR. MERRELL:  Objection to form.
16           THE WITNESS:  Probably.
17 BY MR. HAVERTY:
18     Q.    Okay.  And if those complaints
19 are still recorded in the reports that we were
20 referring to earlier, those complaints presumably
21 had been validated by someone working at the help
22 line or one of their supervisors.  Right?
23     A.    Presumably, yes.
24     Q.    Okay.  And Medtronic indicated in

Page 333

1  its dear patient and "dear doctor" letters that
2  the most likely effect of the over-delivery or
3  under-delivery of insulin was hyper- or
4  hypoglycemia.  Right?
5      A.    Correct.
6      Q.    And you testified earlier that
7  nothing good can come from an over-delivery of
8  insulin.  Right?
9      A.    I'm sorry, I wasn't -- you broke
10 up a little bit.
11     Q.    I believe you testified earlier
12 that nothing good can come from an over-delivery
13 of insulin; is that right?
14     A.    I can hear nothing good can come?
15 Yes.  I said that.  Of course, yes.
16     Q.    I'm sorry.
17           Okay.  And so I guess what I'm
18 wondering is how is Medtronic making -- strike
19 that.
20           What is Medtronic's definition of
21 a serious injury?
22     A.    I don't know.  I can't answer
23 that question.
24     Q.    Okay.  But suffice it to say,

84  (Pages 330 to 333)

Anatoly Aleksandrovich

Page 334

1  your position is that these roughly 700 cases
2  were not classified to be serious despite the
3  fact that nothing good can come from an
4  over-delivery of insulin?
5      A.   To what I know at this point
6  without looking at each report individually, yes.
7      Q.   Okay.  Switching topics a little
8  bit, you had testified that at one point,
9  Medtronic manufactured a reservoir that would go
10  with a Luer Lock infusion set that was not made
11  by Medtronic; is that right?
12      A.   That's not what I said.  I said
13  Medtronic manufactured a reservoir with a Luer
14  Lock interconnection, but the intent of course is
15  to use it with the infusion sets manufactured by
16  Unomedical and marketed by Medtronic with Luer
17  Lock connection as well.
18      Q.   Okay.  Could a different infusion
19  set have been used with that reservoir?
20      A.   Yes.
21      Q.   Okay.  And was that type of
22  reservoir available in 2014?
23      A.   I believe so.
24      Q.   Was it available in 2016?

Page 335

1      A.   I am not sure when we stopped
2  manufacturing that reservoir.
3      Q.   While the new P-cap was being
4  designed, was there ever any thought given to
5  advising patients to use different infusion sets?
6      A.   I cannot answer to that question,
7  but it is impossible to use a different infusion
8  set with a Paradigm pump or NGP pump.
9      Q.   Okay.  So let me just make sure I
10  understand, because I may be misconstruing what
11  you're saying.
12          The reservoir that works with the
13  Luer Lock, that would allow other infusion sets
14  not being manufactured by Medtronic to be used
15  with that reservoir.  Right?
16      A.   Correct.
17      Q.   And that combination products
18  could have been used with the Paradigm pump?
19      A.   No, it could not have.
20      Q.   Okay.  I understand.
21          You testified that you didn't
22  really have much to do with the FDA or regulatory
23  issues.  Right?
24      A.   Correct.

Page 336

1      Q.   Okay.  So you're not holding
2  yourself out to be an expert in warnings?
3      A.   Not at all.
4          MS. GOLDENBERG:  Okay.  Those are
5  all the questions I have.  Thank you for
6  your time.
7          THE WITNESS:  Thank you.  Thank
8  you very much.
9          MR. HAVERTY:  I guess we're
10  getting the bum's rush.
11          THE VIDEOGRAPHER:  That
12  concludes -- okay?  This concludes the
13  video deposition of Anatoly
14  Aleksandrovich consisting of four DVDs.
15  We are now going off the record, and the
16  time is 5:00 p.m.
17      (Deposition adjourned at
18  approximately 5:00 p.m.)
19
20
21
22
23
24

Page 337

1
2              CERTIFICATE
3
4
5      I HEREBY CERTIFY that the witness
   was duly sworn by me and that the deposition is a
6  true record of the testimony given by the
   witness.
7
       It was requested before
8  completion of the deposition that the witness,
   ANATOLY ALEKSANDROVICH, have the opportunity to
9  read and sign the deposition transcript.
10
11
12
13
   _____
14  ANN MARIE MITCHELL, a Federally
   Approved Certified Realtime
15  Reporter, Registered Diplomate
   Reporter, Registered Merit Reporter and
16  Notary Public
17
18
19      (The foregoing certification of
20  this transcript does not apply to any
21  reproduction of the same by any means, unless
22  under the direct control and/or supervision of
23  the certifying reporter.)
24

Anatoly Aleksandrovich

Page 338

INSTRUCTIONS TO WITNESS

1
2
3          Please read your deposition over
4    carefully and make any necessary corrections.
5    You should state the reason in the appropriate
6    space on the errata sheet for any corrections
7    that are made.
8          After doing so, please sign the
9    errata sheet and date it.
10         You are signing same subject to
11   the changes you have noted on the errata sheet,
12   which will be attached to your deposition.
13         It is imperative that you return
14   the original errata sheet to the deposing
15   attorney within thirty (30) days of receipt of
16   the deposition transcript by you.  If you fail to
17   do so, the deposition transcript may be deemed to
18   be accurate and may be used in court.
19
20
21
22
23
24

Page 340

1
2          ACKNOWLEDGMENT OF DEPONENT
3
4          I,_____, do
5    hereby certify that I have read the foregoing
6    pages, 1 - 340, and that the same is a correct
7    transcription of the answers given by me to the
8    questions therein propounded, except for the
9    corrections or changes in form or substance, if
10   any, noted in the attached Errata Sheet.
11
12
13   _____
14   ANATOLY ALEKSANDROVICH            DATE
15
16
17   Subscribed and sworn
     to before me this
18   _____ day of _____, 20____.
19   My commission expires:_____
20
21   _____
     Notary Public
22
23
24

Page 339

1          - - - - - -
             E R R A T A
2          - - - - - -
3
4    PAGE  LINE  CHANGE
5    ___ ___ _____
6        REASON: _____
7    ___ ___ _____
8        REASON: _____
9    ___ ___ _____
10       REASON: _____
11   ___ ___ _____
12       REASON: _____
13   ___ ___ _____
14       REASON: _____
15   ___ ___ _____
16       REASON: _____
17   ___ ___ _____
18       REASON: _____
19   ___ ___ _____
20       REASON: _____
21   ___ ___ _____
22       REASON: _____
23   ___ ___ _____
24       REASON: _____

| A | | | | |
|---|---|---|---|---|
| **a33** 92:17,23 230:14 | **aa53** 9:17 298:12 | **achieve** 327:23 | **activities** 33:15 | **advising** 335:5 |

**A**

**a33** 92:17,23
  230:14
**a34** 240:12
**aa1** 5:13 104:20
**aa10** 6:1 139:22
**aa14** 6:4 70:21
**aa15** 6:5 119:5
**aa17** 6:7 172:14
**aa18** 6:9 126:3
**aa19** 6:11
  161:17
**aa2** 5:16 62:1
**aa22** 6:16 185:1
**aa23** 6:19
  186:12
**aa24** 6:21
  194:17
**aa25** 7:1 201:21
**aa26** 7:3 203:10
**aa27** 7:6 205:18
**aa28** 7:8 209:5
**aa30** 7:11
  210:21
**aa32** 7:14 220:8
**aa33** 7:17
  228:10
**aa34** 7:20
  240:14
**aa35** 8:1 244:8
**aa36** 8:4 247:5
**aa37** 8:7 253:18
**aa40** 8:9 256:4
**aa41** 8:12 259:1
**aa43** 8:14 262:6
**aa44** 8:17
  264:21
**aa46** 8:19
  267:18
**aa47** 9:1 269:1
**aa48** 9:5 277:21
**aa49** 9:7 278:18
**aa50** 9:9 280:10
**aa51** 9:12 282:3
**aa52** 9:14
  222:20

**aa53** 9:17
  298:12
**aa6** 5:19 56:14
**aa8** 5:20 79:7
**abbreviation**
  183:14
**abbreviations**
  107:12,13
**abilities** 135:18
**ability** 120:4,12
  212:1 326:16
**able** 20:24 46:22
  71:24 72:5
  92:11 109:2
  120:23 121:3,7
  121:9 158:9
  183:23 207:8
  214:12 229:6
  250:8 265:22
  271:21 314:1
  314:20 320:6
  327:23
**aborted** 67:5
**absolutely** 133:8
  318:7 320:24
  331:2
**accelerated**
  237:22 238:3
  266:18
**acceptable**
  112:14 178:9
  180:21 255:13
  317:8,22 331:7
  331:10,16
**acceptably**
  235:11
**access** 65:19,23
**accessories**
  29:19 36:7
**accidental**
  315:23
**accompany**
  205:12
**accumulated**
  236:24
**accuracy** 16:2
**accurate** 338:18

**achieve** 327:23
**achieved** 286:24
**acknowledgm...**
  340:2
**acquired** 225:23
**act** 59:24 60:4
  178:5 197:13
  320:21
**acted** 322:19
**action** 1:4 6:11
  29:2 39:13
  44:22 45:3,9
  46:4,9 53:6
  58:7 95:16,17
  95:20 108:4
  114:18,18
  117:9 122:1
  127:10 130:23
  134:11 136:24
  137:4 145:9,13
  145:19,24
  146:12,21
  161:18 162:2,7
  162:11,23,24
  163:16 164:15
  166:19 168:7
  188:6 219:5,7
  225:21 226:11
  226:14,16,21
  227:14,15,19
  238:8,23
  244:24 256:22
  256:24 259:14
  271:5,7,9,17
  271:18,20
  279:15 288:12
  288:17 311:10
  313:21
**actionmotor**
  192:9
**actions** 28:19
  43:2 168:7,11
  239:13 311:9
  311:15 321:19
**actionvent**
  192:14
**active** 86:12

**activities** 33:15
  33:17,23 44:10
  72:9 260:5
  314:8
**activity** 259:18
**actual** 84:10
  150:7 184:1,3
  256:24 296:23
  303:10 307:5
**add** 12:18 202:8
  304:11
**added** 247:17
  301:20
**adding** 203:2,4
**addition** 28:24
  61:11 95:9,24
  164:24 166:3
  208:2 260:23
  271:18
**additional** 86:2
  277:13 281:6
  281:11 286:3
**address** 43:22
  101:3 102:1
  310:10 316:2
**addressed**
  100:23 224:1
  270:7
**adds** 300:3
**adequate** 103:5
  275:4 328:20
**adequately**
  226:1
**adhere** 314:5
**adjourned**
  336:17
**administration**
  270:8
**administrators**
  65:21
**advanced** 24:6,8
  24:9
**advances** 59:9
**advancing** 58:17
**advertently**
  310:1,2
**advise** 188:8

**advising** 335:5
**advocated**
  182:23
**aerospace** 23:13
**affairs** 145:11
  146:3 238:22
  270:2 272:17
  276:24
**afshin** 173:12,13
**age** 118:23
**agenda** 229:12
**aging** 118:15
  138:14,18
  183:9 237:7,22
  238:1,3,6
  266:12,14,18
  267:5,8
**ago** 14:24 46:16
  81:9 124:11
  135:24 298:24
  308:13
**agree** 13:8 43:4
  47:5 50:8
  57:21 58:2
  60:8 61:10
  73:20,24 74:14
  75:14 95:14,20
  107:4 175:11
  209:24 210:5
  270:14 324:9
  326:2 327:9,12
  328:15
**agreed** 12:16
  76:8 127:19
  330:10
**agreement**
  12:23 13:2
**ahead** 54:11
  67:11 99:16
  103:23 126:8
  148:3 167:6
  177:1 195:12
  203:16
**aimed** 129:22
**air** 101:9,10,12
  110:2,3,5
  120:5,12

Anatoly Aleksandrovich

130:11 152:11
175:13 179:8
183:8 184:1
212:2,13,18,20
212:22 242:10
273:24 274:3
274:19
**al** 1:8 14:2
**alderete** 171:7
171:16 172:24
**aleksandrovich**
1:21 2:3 5:5
14:6,13,20
54:23 57:6,11
62:23 71:3
104:15 161:14
222:15 270:15
295:13 307:12
320:17 323:17
329:20 330:12
336:14 337:8
340:14
**alert** 179:23
**algorithm**
183:11
**alien** 20:17
**alleviate** 77:18
**alliance** 4:9
**allow** 116:15
130:11 152:11
199:8 204:12
274:3 335:13
**allowed** 118:17
121:11 149:7,7
**allows** 158:11
**alreadyexisting**
133:11
**altered** 214:1
**alternate** 114:23
257:6 260:2
**alternative**
53:13 115:13
115:18,20
117:12,22
122:13 128:22
133:24 218:6
288:19

**alternatives**
115:24 288:22
**amichai** 195:2,3
195:6
**amount** 135:8
149:6 150:9,16
151:20 152:17
156:12 163:24
178:17 215:13
271:22 314:7
316:11,18
**analyses** 185:22
**analysis** 49:24
72:1,7,8,11,24
73:6,12,15
74:14,19 81:1
82:3 93:23
142:18 143:6
146:9 156:5,6
158:6,10 159:3
164:10 175:18
213:13,14
299:2,6 302:22
304:5 305:10
324:24
**analyst** 136:3,5
**analytic** 158:11
**analytical** 159:9
**anatoly** 1:21 2:3
5:5 14:6,13
336:13 337:8
340:14
**andreasen**
136:11,13,14
136:15 137:2
**andy** 136:12,13
136:13,15
137:2
**angeles** 21:5
**ann** 2:6 14:9
337:14
**announcement**
41:5
**annual** 86:10
92:17
**anomaly** 5:14,20
6:1 55:3 63:15

79:8 80:18
83:14,23 84:2
85:23 92:13
93:20,24
100:18 101:4
104:22 109:20
113:11,17
139:23 140:8
141:6 145:6
171:5,22 187:5
187:11 209:18
231:6,9 261:22
**answer** 10:4
15:16,18 16:1
16:4,8,15,22
17:4 27:22
44:4 49:10
61:2 65:16
66:11 73:16
123:17 147:3
182:14 238:21
269:24 284:1
292:12 307:10
330:13 331:22
333:22 335:6
**answers** 277:16
340:7
**anthony** 90:23
91:7,17,21,24
92:2
**anticipate** 109:2
**anticipated**
138:16 246:11
246:12,14
290:19 303:4
**anticipating**
133:22 243:6
**anticipation**
283:21
**anybody** 123:12
182:23 187:9
224:22 250:8
250:21 292:1
**anyway** 56:18
62:19 88:8
94:11 97:19
117:8 121:22

130:22 163:11
173:20 175:16
177:1
**anyways** 106:24
**apologize** 47:15
106:4 110:13
330:12
**apparent** 182:20
**apparently**
191:5
**appear** 93:23
212:5
**appearances** 3:1
4:1
**appearing** 11:3
11:10,11
322:24
**appears** 81:12
92:8 113:13
186:22 206:20
225:20 254:6
**applied** 25:8
151:15
**applies** 323:1
**apply** 176:21
337:20
**appreciate**
193:10
**approach**
129:16 177:19
183:21 194:12
**appropriate**
143:18 338:5
**approval** 134:1
134:24 135:2
238:13,16,17
238:20 282:19
283:22 286:24
289:14
**approvals** 135:4
**approve** 147:12
**approved** 2:7
137:4 264:11
264:13 284:14
294:9 337:14
**approvers**
136:20,22

137:1,9
**approximately**
297:8 336:18
**approximating**
17:2
**approximation**
16:24 296:10
**april** 63:9 76:8
140:9 141:4,11
227:12 236:13
241:4 242:18
242:23 268:5
279:3 292:8,18
294:3,18
301:14
**arising** 45:10,23
55:2
**arizona** 235:20
**arose** 49:22
**arrangement**
20:14
**array** 217:7
**arrive** 20:17
**arrived** 81:1
**arrows** 158:19
**artwork** 202:8
202:10
**asap** 146:11
**ashamed** 71:15
**aside** 107:20
264:19 302:23
**asked** 77:8
129:17 135:24
162:14 164:17
192:18 263:17
277:13 315:6
318:8 319:12
320:18,23
321:12,20
322:10,18,20
323:10,13
**asking** 16:7
196:10 309:11
321:5,17
**aspect** 121:15
145:7 164:16
164:17 327:1

assembled 32:2
  32:10 131:22
  131:23 197:23
assemblies
  241:8 293:6
assembling
  132:11 133:1
assembly 8:1
  122:2,19 131:3
  131:15,22
  132:5,9 148:24
  178:6 197:13
  197:21,22,22
  216:12 218:23
  219:10 242:2
  244:10,20
  259:21 289:2,5
  293:20
assess 94:18
assesses 159:10
assessment
  44:18 50:1
  72:11,16,17
  73:6 85:3 92:9
  92:12 192:19
  192:21 193:11
  223:11 324:7
assessments
  89:8 190:9
assigned 76:21
  76:24 77:8
  78:16 111:18
  141:9 146:3
  147:13 154:8
assignment
  24:14,20
assisted 280:19
associated 35:12
  50:11 51:13
  66:10,15 67:15
  69:22 88:3
  163:18 165:1
  233:19
assume 64:14
  93:1 142:5,10
  180:17 225:10
  235:2 285:14

307:16
assuming 146:2
assumption
  303:9 305:7
assumptions
  225:11
assurance 21:20
  22:1 145:10
  146:10,20
  147:14,16,21
  264:16,16
assure 16:13
atlanta 3:21
  4:10
atmosphere
  179:6
attach 214:9
attached 113:2
  119:23 166:11
  181:14 223:20
  274:6 338:12
  340:10
attachments
  162:19
attempt 72:10
attempted 91:1
  135:20 201:1
attempting
  225:18
attendee 187:3
attendees
  187:17
attention 110:15
attest 114:10
attorney 338:15
attributed
  250:16
audible 59:4
audio 16:19
  60:19
august 6:22 9:12
  194:18 195:7
  195:10 219:8
  238:10 282:4
  282:12 284:7
  300:3
automated

178:6
automatic 133:1
automation
  177:24
auxiliary 24:17
available 294:19
  334:22,24
avenue 3:15
average 149:13
avoid 168:3
  193:18
aware 37:2,6,9
  37:10 40:5,9
  40:14 41:3
  42:15 47:16
  71:22 86:16,19
  86:24 87:5
  111:19 138:23
  139:9,12
  184:14 193:19
  193:24 224:14
  226:4 261:21
  294:7 295:23
  305:15 307:1
  316:21 330:22

**B**
b 5:10 223:17
back 15:5 17:8
  18:5,12 36:12
  42:14 49:19
  54:20 58:9
  60:10 69:20
  70:8,15 74:23
  87:8 94:12
  97:19 100:7
  104:12 110:14
  121:22,23
  125:9 127:9
  130:22 136:16
  160:8 161:11
  162:13,14
  169:16 170:7
  174:10 176:11
  185:20 198:24
  218:3 219:4
  220:3 222:12

225:5 227:8
231:2 236:12
236:17 237:4
244:24 248:23
251:2,13
252:18,24
254:15 258:5
273:21 276:5
280:3 281:16
283:24 288:2
295:10,18
315:19 328:18
background
  17:9 18:6
  80:21
backward 294:2
backwards
  268:6
bad 26:5 306:12
base 86:12 188:9
  188:17 295:20
based 11:8,13
  50:3 71:23
  84:11 89:22
  98:17 100:16
  101:15 111:4
  111:13 117:23
  122:9 130:10
  134:6 159:13
  174:18 217:22
  245:12,19
  246:21 304:2
  320:7
baseline 151:9
basic 118:14
  196:17
basically 26:21
  30:7 72:16
  99:7 127:6
  178:15 180:2
  181:6 185:13
  185:18 196:23
  213:4 234:17
  237:12 255:10
  282:18 289:7
  310:1
basis 33:24 34:7

134:3 225:2
bates 5:14,17,21
  6:2,5,8,10,14
  6:17,19,22 7:1
  7:4,6,9,12,15
  7:18,21 8:2,5,7
  8:10,12,15,17
  8:20 9:3,5,7,10
  9:12,15,17
  62:3 74:24
  79:9 104:22
  119:7 126:4
  139:24 161:21
  172:15 185:3
  186:13 194:19
  201:23 203:12
  205:20 209:7
  210:23 220:10
  222:22 228:12
  240:16 244:11
  247:7 253:20
  256:5 259:2
  262:8 264:23
  267:20 269:4
  277:22 278:19
  280:11 282:4
  298:13
bazargan
  173:12,13
beaston 193:16
becoming
  177:21
beeps 58:24
  60:19
began 57:23
  85:16 120:22
  294:4 318:15
beginning 2:5
  77:1 85:6,7
  141:17 162:15
  291:4,9,22
  292:22 293:4,5
  299:11 313:4,7
  313:9
begins 99:6
  223:17
begun 283:20

Anatoly Aleksandrovich

Page 344

**behalf** 11:4,11
11:24 12:8
18:8,14 19:2,5
322:23 329:22
**behave** 130:14
**behavior** 66:4
163:20 317:10
**belief** 254:7
**believe** 12:2,13
22:13 25:9
55:19,22 60:24
68:1 78:13
83:9 102:14
103:4 147:23
151:18 224:8
284:7 312:22
323:22 324:1
328:12 329:24
333:11 334:23
**belt** 23:17 35:15
35:16,17 36:5
**ben** 154:7
155:14 274:22
275:8
**benefit** 39:15
320:5
**benefits** 177:18
**benjamin** 76:14
126:10 172:24
173:7 195:20
**bent** 62:9
**bergquist**
229:14,15
**best** 32:22 39:9
55:5 98:23
135:18 159:24
183:17,20
196:6 241:13
312:19
**better** 100:8
178:13 193:17
198:8
**beyond** 196:4
330:19
**bg** 86:20
**big** 109:17
138:19 178:3

**bill** 283:12
**bills** 283:12
**binder** 55:24
62:9 79:21,23
**biomedical**
272:11,20,21
**bionics** 24:6,7,8
24:9
**bit** 16:18 17:8
26:17 28:17,17
36:12 38:14
39:12 42:22,24
44:1 47:2,2
50:9 53:5 59:7
60:11 83:20
84:18 98:16
110:24 115:17
117:11 130:2
143:14 166:17
168:1 169:4
170:3 172:8
219:3 295:16
333:10 334:8
**black** 23:17
**blackandwhite**
155:21
**blacklined**
206:6
**block** 6:13 7:12
7:15 19:14
39:16 40:3,24
42:1 49:21
55:1 82:5
161:20 192:14
204:12 209:18
210:22 211:7
220:9,19 261:3
297:9 308:9
309:3,22 315:9
315:22 323:24
324:15 327:16
**blockage** 71:19
84:21 101:5
109:21 299:3
299:14 301:24
305:1,14,24
306:10 308:22

316:6
**blockages**
155:16 157:9
**blocked** 42:17
100:19,21
101:4,17
109:21 111:9
112:2,11
114:21 156:9
156:10 158:20
160:1 163:17
164:6 165:2,6
176:20 177:13
196:4 202:9,17
260:21 261:11
261:16 262:1
325:1,9,14
327:17 328:18
**blocking** 42:11
68:24 98:20
163:19 324:17
**blocks** 107:14
**blood** 85:24 86:5
87:22 88:10,20
89:11 90:12,17
**blurry** 212:8
**board** 74:2,3,4
74:10,15 78:12
94:9 134:16,24
143:12,17
144:4,5,8,10
144:14,15,20
144:22,24
145:2,5,11
254:15 258:6
**bodies** 138:20
**body** 36:17,24
75:19 119:22
**bottom** 84:23
100:14 125:15
148:7 158:19
163:12 210:6
223:14 270:23
**bottomed**
179:22
**boulevard** 2:5
**bouncing**

110:13
**box** 109:17
206:6
**boxes** 205:12
**brackin** 1:4,6
3:6,12 11:9,12
12:22 13:13
14:2 75:1
**branding** 31:13
**break** 13:11
20:7 53:23
104:3 151:14
160:10,21,24
178:12 221:22
**briefly** 93:6,7
116:17
**bringing** 26:11
**brittle** 153:10
**broke** 333:9
**broken** 20:5
**bryan** 1:4
**bucket** 311:24
**bucketize**
168:11
**built** 216:13
**bullet** 85:21
86:2,4,10
94:22 95:1,4,6
95:8 159:16
180:7 193:15
231:16
**bums** 336:10
**bureaucratic**
287:8
**burn** 200:19
**business** 189:8
277:1
**busy** 235:23
**button** 59:24
60:5

_____
        C
_____
**c** 1:17
**cable** 160:13
**california** 2:5
14:1
**call** 27:1,12

39:14 43:17
52:4 66:2
72:10 92:24
131:15 233:9
299:5 326:5
**called** 36:2
45:19 72:23
77:5 78:8
125:11 138:14
141:20 154:17
171:5 213:13
235:20
**calls** 87:13
**cam** 8:15,17
198:4 201:4
213:24,24
214:6,9,12
234:23 235:7
235:10,12,12
235:12,13,13
235:17,18
241:9 243:3,3
246:6,9,9
248:8,8,22
250:6,10,11,11
250:18,19,19
252:11,11,12
262:7,15,24
263:5 264:5,22
265:6,10,10
**campbell** 3:9
**candidate** 160:1
197:1
**candidates**
153:2
**cannula** 67:1
164:1
**cant** 15:20 16:10
16:11 44:4
48:3,12,13
49:10 53:15
61:2 65:16
73:16 97:13,13
102:18 123:17
140:23 147:3
166:23 221:19
231:11 238:21

Anatoly Aleksandrovich

305:6,6 308:19
333:22
**cap** 31:23 32:9,9
36:13,15 37:3
37:8,13,16,19
37:21 38:8
39:7 42:17
50:12,23 68:4
69:1,7,24
92:17 93:14
102:4,8 124:14
124:20 125:16
126:18 131:22
131:22 197:21
197:22 201:9
230:18,20
235:10 251:20
252:1 274:21
290:23 325:23
**capa** 5:14,16
7:12,15,17 8:2
19:13,21 39:19
40:3,24 43:5
43:19,21 44:3
44:8,9,14,15
47:3 49:2,10
49:13,18,20,22
50:5 62:2,24
63:6,11,19,21
63:23 64:7,14
64:20 65:1,6
65:19,20 73:21
74:2,3,4,5,10
74:11,15,16
75:2 76:20
77:4,14 78:5,9
78:12,21 89:21
89:21 90:2
91:16,20 92:1
93:3,5,7,9 94:4
94:5,9,9,12,13
96:1,7,10,12
96:16,17,17
101:3,24
104:22 105:20
107:24 110:14
111:4,14,15,16

111:17 114:19
115:2,5,11,19
115:23 117:13
117:17 121:23
123:11 134:12
134:16,18,23
135:16 136:2,3
136:4,18,20
137:3,10,12,16
137:21,22,23
138:8,15,18,19
140:18 141:10
141:14,15,16
142:11,11
143:9,12,17,17
143:22,23
144:3,8,14,14
144:20,22
145:4 159:24
162:18 163:3,3
168:12,14
169:5 171:5,19
171:23 172:4
173:2,8 187:6
210:23 211:7
211:13 215:10
218:1 220:10
220:20 225:17
226:11 227:24
228:11,19
229:18 231:24
239:3 244:10
245:1 246:24
247:14 256:14
256:20,22
257:1,3 259:8
261:13 272:2
279:2 280:4
288:10,12,18
289:8 302:6
308:9,17 310:5
310:15 311:4,9
311:13 313:4
315:9 316:1,7
316:11,20
326:12 327:10
**capabilities**

180:22
**capability**
178:10 183:11
**capable** 123:5
159:17
**capacity** 1:5
31:12 188:2
**capas** 39:14,20
40:1 42:23
43:1 46:20,21
48:24 77:1
136:7 139:1
231:17
**caps** 69:17 70:9
303:6,7
**captioned** 62:23
84:23 114:17
148:17 256:11
**capture** 303:12
**captured** 242:3
**cards** 189:16,22
**care** 62:11,15
92:3 103:9
270:3 322:10
**carefully** 338:4
**carl** 192:18
**carry** 312:21,23
**case** 11:5,8,9,12
12:6 19:6
82:19 90:10
91:11 117:4
129:16 132:17
132:19 133:14
151:20 177:20
193:1 226:21
243:11 267:3
283:11 323:1
324:21 326:22
329:23
**cases** 12:22
13:14 14:3
19:6 85:20
86:11 87:1
88:17 89:18,20
89:22 90:1,4
182:6,9 230:5
334:1

**catch** 25:17 99:8
99:19 330:21
**categorize**
311:18,23
**category** 97:2
**catheter** 36:16
36:24
**catheters** 32:4
**cause** 45:9 49:16
72:11 82:4
100:19,22
101:16 108:12
109:2,11,15,20
110:9 115:7
143:2 146:8
164:10 175:18
181:12 204:15
213:12,13,14
216:24 306:9
314:11 325:14
**caused** 41:12
100:18 101:4,5
109:20,22
111:8 112:3
120:16 183:7
183:24 226:2
236:19 260:21
**causes** 101:13
110:6 213:14
213:20
**caution** 202:8
**cedar** 3:3
**cells** 197:22
**center** 4:4,9
225:14
**ceo** 137:23,24
138:4,7,18
**certain** 31:3
59:9 99:16
108:21 123:6,7
152:13 156:12
158:12 160:15
178:17 184:4
189:6 271:22
285:24 304:13
313:12,12,12
313:13 314:6,6

320:18 321:13
331:24
**certainly** 12:12
**certificate** 337:2
**certification**
337:19
**certified** 2:7
337:14
**certify** 337:5
340:5
**certifying**
337:23
**chain** 6:5,21 8:4
8:7,19 9:14
119:6 194:18
195:6 222:21
247:6 253:19
254:3 267:19
**challenges**
248:21 252:7
**challenging**
116:7,9 253:2
**chamber** 99:1
178:23 238:4
**chance** 329:21
**change** 7:1
31:11 33:7
34:13,18 77:1
77:2 102:16
120:15 127:18
132:22 154:12
159:6 201:22
202:5,7,12
203:2 206:12
224:16 237:16
260:3 270:23
271:3,4 273:7
273:8,8,9
283:13 284:4,6
284:11 289:13
289:22 312:4
312:10,14,21
312:24 313:4
314:2 316:19
320:19 321:14
323:7 339:4
**changed** 137:11

Anatoly Aleksandrovich

Page 346

200:4 281:4 296:2
**changes** 32:20 33:1 132:3 189:7 194:8 202:15 296:7,9 296:13 297:14 338:11 340:9
**changing** 224:12 283:11 316:23
**characteristics** 121:10 130:11 242:9
**characterize** 312:4 317:20 319:21
**characterized** 166:18
**charles** 1:12
**charlyn** 76:14
**chart** 152:19 298:19 302:22 304:17 306:19
**charter** 174:12
**chase** 99:7,7
**check** 55:20
**checked** 106:21
**choice** 112:21 197:11 288:24 317:1,6
**choose** 197:2
**chosen** 245:10
**chris** 223:7,8,16 225:1,11,14
**chronology** 64:24
**civil** 1:4
**claims** 202:15
**clarification** 247:23 281:13 319:3 330:7
**clarified** 193:8
**clarify** 285:21 293:3
**clarity** 16:2
**class** 166:19 167:1 271:6,10

**classified** 334:2
**clear** 38:14 47:11 128:16 163:23 198:5 205:7 249:13 288:24 300:15 323:5 327:19
**clearance** 226:23
**clearly** 59:5
**cliff** 3:20 53:22 55:24 56:18 62:12 104:2 106:22 309:8 309:15
**clip** 35:15,16,17 36:5
**close** 112:22 138:22 238:6 239:3 246:24 257:3 329:14
**closed** 63:24 64:3,8 139:2,3 163:8
**closely** 16:6
**closer** 296:23
**closing** 63:19,21 115:11 238:24 246:18 256:19 256:22
**closure** 223:23 223:23
**code** 84:3,19 85:1 92:24 261:23 299:21 300:15,20 301:24 303:11 307:3 332:5,8 332:10
**coded** 299:4,13 299:21 301:23 302:20
**codes** 86:1
**coding** 83:22 84:12
**collecting** 151:9 257:2

**collection** 299:6
**column** 203:23 203:23 204:9 204:23
**com** 2:23 3:6,11 3:17,22 4:6,11
**coma** 75:22
**combination** 198:12 251:8 335:17
**come** 20:3,9,13 20:19 75:24 92:5 96:11 109:10 122:7 134:12 165:23 231:8 250:9 252:19,24 263:13 274:10 292:7 305:2 333:7,12,14 334:3
**comes** 15:24
**comfortable** 250:24
**comforting** 304:22
**coming** 294:15 303:2
**commenced** 197:19
**comment** 298:1
**comments** 13:4 94:16 96:24 232:13 233:5 237:6
**commerce** 282:17
**commercial** 298:2
**commercially** 244:3,3
**commission** 340:19
**commissioned** 197:20
**commitment** 53:11 271:13

**commitments** 53:16 271:5,9
**committed** 273:12 279:20
**communicated** 223:11 224:22 271:16
**communication** 94:23 146:18 190:21 194:1 224:23
**communicatio...** 95:9 165:21 166:3 225:4
**companies** 297:21
**company** 21:5 22:3,6,16,20 23:3,4,6,14 24:2,5 36:1,2 102:13 137:2 155:1 263:11 272:9 276:10 298:3 310:24 319:9
**companytoco...** 30:22
**companywide** 41:4
**compared** 124:8 156:19 157:20 304:14
**compares** 195:21
**comparison** 196:20
**compartment** 101:11 110:3 173:23 174:8 174:19 175:7 175:13 179:5 179:12
**compartment...** 311:8
**complained** 113:11
**complaint** 55:2

66:1,9,14 67:16 69:22 72:14 81:11 83:15 85:1 87:14 88:10 91:7,9 142:7 185:20 299:21 300:15 332:1
**complaints** 49:23 73:23 80:22 83:22 84:11,24 85:7 299:2,4,12,14 299:20,24 300:4,9 301:2 301:23 302:19 303:1,10,13 305:1,22,23 306:8 319:17 319:22 320:6 329:4 331:5 332:4,18,20
**complete** 32:4 94:13 128:4 132:5 224:17 226:7 260:5 285:12 289:9
**completed** 32:10 115:21 190:8 224:13,24 226:15 232:4 232:14 233:24 236:4 257:7,9 267:9 288:13 288:18 293:21
**completely** 96:19 102:17 111:8 117:7 121:13 122:14 159:8 164:5 208:11 264:13 306:20 331:21
**completing** 280:4
**completion** 134:6,7 196:19 196:20 226:16

Anatoly Aleksandrovich

260:17 267:11
289:13 337:8
**complex** 44:10
**complexity**
257:8
**compliance**
187:2
**complicated**
136:8
**complications**
302:17
**complying**
330:16
**component**
173:23 199:16
311:5
**comport** 107:16
**comports**
105:19
**compression**
183:8
**compromise**
330:23
**computer**
106:10,15
**con** 177:22
180:18 182:4
**concentrated**
21:14
**concentrating**
24:15
**concept** 45:18
173:22 178:9
178:22 179:2
180:6,21,23
181:2 183:5,18
184:10,13
**concepts** 177:11
**conceptual**
175:4 177:3,11
182:20
**concern** 178:3
311:1 314:11
314:15,21
**concerned**
118:14
**concerning** 15:3

19:18 72:1
88:16 118:3
**concerns** 312:12
**conclude** 304:2
**concluded**
100:15 101:16
**concludes**
336:12,12
**conclusion**
109:11 129:20
241:23 291:20
303:9
**conclusions**
241:22 320:7
**concur** 225:15
291:19 319:5,6
324:6
**concurred**
318:22
**condition**
212:14 214:3
**conditions**
174:20
**conducted** 245:5
**confer** 12:12
**confirm** 143:1
**confirmation**
82:19
**confirmed** 226:1
**confirming**
146:8
**confusing** 170:4
**connect** 36:16
36:21 39:6
51:14
**connected** 50:20
59:20 68:20
69:7 206:20
207:12 234:3
315:18
**connecting**
66:20
**connection**
38:21 41:17
99:12 320:19
321:13 323:7
334:17

**connector** 6:13
31:23 32:9
36:13,15 37:3
37:8,16 38:6,8
38:12,17,19,22
38:23 50:12,23
68:4 69:1,24
102:4 161:20
163:19 164:5
165:2,5,24
189:12 204:11
207:2,6,7,10
207:13 208:2,8
208:9,14 242:2
251:20 290:23
297:20 303:7
325:23
**connectors**
167:11 206:19
208:6
**connects** 37:24
**consequence**
51:20 73:19
**consequences**
71:20 75:12
**consider** 123:22
224:12
**consideration**
208:13 232:16
**considered** 75:9
116:20 118:19
180:17 242:14
327:7
**considering**
130:15 181:23
**consist** 29:17
53:1
**consistent** 67:8
71:18 81:13,23
83:2 109:16
164:9 272:1
**consistently**
33:20
**consisting**
336:14
**constituent**
199:16

**constitute**
145:18
**constraint**
243:13,13
**constraints**
257:8
**constructed**
124:17 198:22
**consultant**
272:23 273:1
**consulted**
164:14
**consulting**
123:22
**consumable**
29:22
**consumables**
29:15,16,22
30:5,13,16
31:4,16 32:19
33:5 35:9
36:11 40:6
296:1
**consumed**
257:22
**consumers**
205:13
**cont** 4:1
**contact** 118:3,9
165:23 167:10
**contacted** 328:3
**contacting**
183:8
**contacts** 272:9
272:10
**contain** 64:19
163:8 221:9
**contained**
101:10 110:3
210:3 282:24
**containing**
292:6 294:11
**contains** 186:5
**contaminant**
160:16
**contaminate**
150:11

**contaminated**
150:17
**contaminating**
303:6
**contamination**
151:10
**contemplated**
33:2
**content** 139:6
**context** 192:5,7
**continuation**
318:9
**continue** 99:1,20
152:16 290:22
299:12 319:8
**continued** 67:4
213:3
**continues**
223:18
**contrary** 112:12
302:4
**contributing**
100:19,22
**contributor**
237:8
**control** 123:9
233:6 234:11
337:22
**controls** 158:22
**convatec** 263:5
263:9,10,13
264:2 270:9,17
276:10
**conversations**
89:18
**converted**
279:10,20
**coordination**
257:24
**coordinator**
136:3 224:2
**copy** 107:8
162:18 269:12
276:16,20,22
281:21 307:23
**corporate**
146:11,17,20

Anatoly Aleksandrovich

| | | | | |
|---|---|---|---|---|
| 147:1,1,2,6,7 | 81:9,20,21 | 157:1,2,14,23 | 242:20,21 | 312:10,11 |
| 147:10,16,22 | 82:1,17 83:4 | 157:24 158:3,6 | 245:2,15,20,21 | 315:2 317:19 |
| **corporation** | 83:10,23,24 | 158:23,24 | 246:1,2,7 | 318:16,23 |
| 1:15 153:17 | 84:4,7,15,21 | 160:17 163:5 | 248:10 249:2 | 324:3,4 325:5 |
| 154:9 155:10 | 84:22 87:10,11 | 163:10 164:11 | 250:6,7 251:21 | 325:17,24 |
| 199:6 275:11 | 87:14,15,20 | 164:12 165:10 | 251:22 254:9 | 326:14,20,21 |
| 317:4 | 88:3,4,7,18 | 165:11,18,19 | 254:10,17 | 327:11,17 |
| **correct** 17:18 | 89:6 92:9 | 166:17,20,22 | 255:14,23,24 | 328:3 329:7,8 |
| 18:3,9 19:3 | 93:20,21 94:1 | 167:22,23 | 256:15 258:14 | 330:3 333:5 |
| 23:23 24:22 | 94:2,7 97:4,5,9 | 168:4,5,8,21 | 258:15,19,21 | 335:16,24 |
| 27:19 28:6,7 | 98:1,2,6,7 99:9 | 168:24 169:8 | 260:9,10,13 | 340:6 |
| 28:14,19 29:3 | 99:10,21,22 | 169:10 171:6 | 261:7 262:1,2 | **corrected** 42:8 |
| 29:4 30:14 | 100:4 101:22 | 173:3,10 176:7 | 263:1,2 264:9 | 105:8 234:2 |
| 31:23,24 32:5 | 101:23 103:6 | 176:8,12,13,16 | 265:7,8,20,21 | **correcting** 44:24 |
| 32:6 34:9 | 103:16,20,24 | 176:17,22,23 | 266:1,5 268:16 | **correction** 145:9 |
| 36:18,19,24 | 105:12 108:2,6 | 180:12,15,16 | 268:17,20,21 | 165:21 193:17 |
| 37:1,4,5 38:10 | 109:12,18 | 181:9,10 184:6 | 269:16 270:9 | **corrections** |
| 38:24 39:17,18 | 113:6,7,12 | 185:13,23,24 | 270:10,17,18 | 338:4,6 340:9 |
| 40:4,7,8,19 | 115:14,15 | 186:7,8 187:17 | 270:20,21 | **corrective** 6:11 |
| 42:2 43:2,3 | 117:6 118:18 | 187:18,22 | 271:23,24 | 28:18 29:2 |
| 44:15,16,19,20 | 118:19 119:1 | 189:13 192:21 | 272:3,4 275:13 | 39:13 43:1 |
| 44:24 45:1,2,7 | 121:20,21 | 194:12 195:8,9 | 275:14 276:17 | 44:22,23 45:3 |
| 45:21 46:2,12 | 122:17 124:15 | 196:24 197:8 | 277:6 279:4,5 | 45:19 46:4 |
| 46:14,17 47:18 | 124:18,21 | 199:4,12,13,18 | 280:5,6 282:20 | 95:15,16,16,20 |
| 47:20,24 48:1 | 125:1,2,5,10 | 199:19 201:4,5 | 282:21 283:1 | 95:24 97:1 |
| 48:4,5,8,20 | 125:13,14,17 | 205:9,10,13,14 | 284:18 287:10 | 108:4 145:9,13 |
| 49:16 50:1,2,6 | 125:18,21,22 | 206:2,3 207:4 | 287:13 288:15 | 145:19,24 |
| 50:7,12,20,24 | 126:11,14,20 | 208:10,11 | 288:16 289:9 | 146:11,21 |
| 51:2,7,17,18 | 126:21,24 | 210:11,12,16 | 289:10,22,23 | 161:18 162:2,6 |
| 52:9 53:10 | 127:4,7,8,24 | 211:9,14,15 | 290:14,17,24 | 162:11,23,24 |
| 55:4,10,14,15 | 128:1 129:2,5 | 212:2,23,24 | 291:1,5,6 | 163:16 164:14 |
| 55:17,18 57:16 | 129:9 130:6,12 | 213:4,5 214:19 | 292:5,8,9,16 | 166:18 168:6,7 |
| 57:17 58:1,17 | 130:21 131:10 | 215:10,11,15 | 292:18 293:17 | 168:12 192:8 |
| 58:18 59:2,11 | 132:6,7,7,13 | 215:18 216:1,2 | 293:18,23,24 | 192:14 271:5,7 |
| 59:24 60:6 | 133:2,3,7,13 | 216:10,11 | 294:5,12,13 | 271:9 311:5,10 |
| 61:14 63:7,9 | 133:20,21 | 217:10,11 | 296:3,4,9,18 | 311:19,24 |
| 63:12,15,16,24 | 134:1,2,14,19 | 220:22,23 | 297:11,12,17 | 312:5 |
| 64:1,5,6,8,9,16 | 138:6 142:6 | 227:12,13 | 297:18,23 | **correctly** 68:12 |
| 64:17 65:3 | 143:4,5,18,19 | 228:22 231:9 | 298:7 299:8,9 | 101:1 121:6 |
| 66:17 67:11,12 | 143:24 144:1,6 | 231:10,18,19 | 299:15,16,22 | 196:14 216:19 |
| 68:8,13 69:12 | 144:12 145:11 | 232:2,5,10,11 | 300:5,6,10,19 | 230:17 231:2 |
| 69:13,18,24 | 148:2 149:14 | 232:19,20 | 300:20,23,24 | 296:6 |
| 72:21,22 73:8 | 149:15 150:5 | 233:4,15,16,20 | 301:2,3,13,19 | **correlation** |
| 73:23 74:7,20 | 150:12,17,23 | 233:21 236:5 | 302:8 303:7,13 | 89:13 124:7 |
| 75:19,20 76:12 | 150:24 151:12 | 236:14,15 | 303:14,19 | 151:19 |
| 76:15,16,21 | 152:22 153:3,4 | 238:14 239:4 | 304:10 305:16 | **correlations** |
| 78:7 80:8,9 | 156:18,21,22 | 239:11,22 | 305:18 306:1 | 121:14 |

correspondence 53:17
couldnt 67:21 265:24 273:23
counsel 14:7
count 83:15
county 1:11
couple 12:9 36:9 57:20 60:12 62:21 91:2 120:2 176:1 295:13 298:24 323:17
course 53:6 64:16,21 65:1 91:15,18 115:18,23 123:11 137:11 137:16 140:18 159:24 330:6 330:14 333:15 334:14
court 1:1 12:24 14:5,9 15:18 16:9 21:17 39:15 153:24 319:3 330:7 338:18
courts 11:9
covers 27:13
create 32:4 82:5 105:11 116:24 129:7,8 135:14 145:24 197:23 214:2 217:16 233:10 310:20
created 63:8 76:8 87:13 197:17,17 221:1,8 300:21 303:12 332:5
creation 142:11
critical 260:22 316:17
crossnotice 12:19
crossnoticed

14:3
current 94:23 152:20 154:22 156:19 157:21 158:21 159:13 165:14 197:4,5 216:7 223:21 248:4 273:15 275:10 290:11 290:12 291:8 321:14
currently 179:7 197:6 226:11 242:1 288:21 289:1
curtis 68:2 70:3 76:14 81:4 82:14 113:6,8 113:14 173:1,7
customer 55:2 66:3,19,24 67:5 68:7 72:15 80:24 82:19 87:13 90:23 94:22 122:10 142:13 166:1
customers 81:1 86:5,20 113:16 159:15
customization 199:19
customized 132:24 234:19
cutting 21:15,17 21:18
cycle 66:5 67:5 101:12 110:4

_____ D _____

d 4:1 5:2 171:17 173:5,14
danger 75:9
danish 268:13
data 72:17 86:23 92:4 150:2,20 151:10 152:1

157:5,7 159:13 183:10 237:7 257:2 299:6 300:22 303:9 320:7
database 165:16
date 2:6 13:22 61:21 76:8 107:24 108:13 117:13,21 122:3,8 134:4 134:5 164:3 219:11 232:24 234:24 235:1,3 236:10,13 243:9 256:17 256:18,19,22 257:16,18,19 260:8,14,18 268:16 278:9 280:4 282:18 338:9 340:14
dated 6:5,9,19 6:21 8:4,7,19 9:12,14 88:19 119:6,16 126:4 126:13 140:8 171:8 186:13 194:18 195:7 202:6 222:21 225:11 241:4 247:6,12 253:19 254:5 259:9 264:8 267:19 268:4 270:19 279:3 282:4,12,12 288:14
dates 117:17 134:13,15,22 135:7
david 4:15 13:20
day 340:18
days 238:4 267:4,6,7 279:12,13 296:3,8 298:24

338:15
daytoday 33:4
de 1:17
deadlines 134:16 256:14
deal 133:7
dealing 33:5 39:16 79:22 191:17 263:14 263:20
dealings 263:14 323:6
deals 28:13 325:21
dealt 321:12,18
dear 145:14 193:22,23 295:18 300:17 300:17 333:1,1
death 75:22 164:7 305:4 331:15
deceased 1:6 89:12
december 211:9 217:13,23 218:22 220:21 221:4,6 224:8 224:15 236:10 264:8 265:19 301:4
decided 20:21 102:15 252:17 309:10
decision 44:14 74:9 90:2 143:12,15,22 144:3 145:3,5 145:10 188:8 195:11 196:17 235:22 240:8 253:6 260:2 291:7,13 314:1 318:18,20,22 319:6 320:19 321:14 323:7
decisionmaking

44:17
decisions 74:5 144:13
deck 80:8,11 140:8,11 171:5 171:13 195:23 211:6 220:19 220:24 221:8 228:18 231:23 244:19
dedicated 261:24
deem 251:5
deemed 213:17 226:7 338:17
defect 34:14 325:21
defendant 11:5 11:7,12
defendants 1:9 1:18 12:20,21
defense 144:20
deficiency 9:5 277:22 278:5 278:11
definitely 39:22
definition 333:20
definitions 190:22
degree 17:12,14 17:20 19:24 20:1
delay 237:1 260:4
delays 236:19
deliberately 150:3
deliver 99:20
delivered 163:24 224:3
delivers 36:16
delivery 42:16 66:4 75:18 88:12 98:9,12 99:4 165:6 167:9 180:3

Anatoly Aleksandrovich

Page 350

| | | | | |
|---|---|---|---|---|
| 204:14 228:20 231:3 | 13:1,11,24 15:3 18:8,11 | **design** 8:2 37:3 37:15 47:8,24 | 41:3 61:17 70:4 86:8 91:9 | **developing** 208:14 221:13 |
| **demonstrated** 112:14 178:9 178:16 180:21 242:10 317:9 | 18:18,23,24 19:5,10,10,16 19:18 41:15 56:14 62:1 70:21 79:7 | 48:3,12 49:4 50:11,21 51:5 51:8,14,14,24 52:4 53:7,12 97:8 101:22 | 214:6 304:4 308:16 **detect** 47:8 82:20 183:22 **detected** 61:1 | 221:17 **development** 107:18 148:18 148:23 160:23 177:23 183:9 184:20 215:22 |
| **demonstrates** 183:11 **demonstrating** 69:11 82:15 | 104:20 119:5 126:3 139:22 161:17 162:15 | 103:19,24 120:5 127:12 127:14,15,16 | 158:16 231:9 **detection** 183:5 183:6 | 217:15 248:16 254:22 **developments** |
| **denmark** 235:14 **dennert** 18:12 **department** | 162:17 172:14 185:1 186:12 194:17 201:21 | 128:4,9,10,10 129:6,12,19,21 129:22,23 152:8 158:21 | **detects** 59:9,10 184:4 **determination** 50:5 52:8 | 15:4 **deviation** 43:10 43:20 **device** 24:2 |
| 92:6 223:11 261:20 307:10 **depend** 89:4 | 203:10 205:18 209:5 210:21 220:8 222:20 | 168:20 174:17 174:22 194:8 214:5,13 | **determine** 49:3 69:16 73:2 74:11,15,19 | 27:22,24 167:7 190:18 225:14 273:8 282:15 |
| **depended** 97:18 **dependent** 100:24 | 228:10 240:14 244:8 247:5 253:18 256:4 | 219:22 227:12 241:2 243:24 244:10,20,23 | 84:10 109:10 115:5 120:15 120:24 123:3,7 | **devices** 1:16 11:17 27:14,15 28:3 36:8 |
| **depending** 46:7 46:13 73:5 97:12 160:15 | 259:1 262:6 264:21 267:18 269:1 277:21 | 245:4,5 308:23 309:4 310:9 312:21,24 | 149:2 150:7 151:2,19,19 175:18 180:8 | 183:10 282:16 **dfcap** 6:13 161:21 |
| **depends** 34:3 45:3 99:23,24 **depict** 211:20 | 278:18 280:10 282:3 298:12 336:13,17 | 313:8 325:22 326:9,11,19 327:2,7,14 | 200:1 213:14 214:12 **determined** | **diabetes** 74:2 138:5 147:14 189:15 190:1 |
| 213:10 **depicted** 71:18 206:19 207:9 | 337:5,8,9 338:3,12,16,17 **depositions** 15:1 | **designed** 38:8 38:18,21 39:6 48:7 51:9 | 53:19 89:13 112:23 121:14 124:7 196:24 | 193:9,17 194:6 **didnt** 25:17 43:17 97:20 |
| **depicting** 208:1 212:11 **deplete** 291:2,8 | 18:13 19:12 **deps** 2:23 **derive** 65:6 | 52:15 96:2 129:3 149:9 335:4 | 215:14 224:24 253:1 259:22 266:19,22 | 103:3 105:11 105:13 106:14 109:1 123:22 |
| 291:20,21 319:2 **depleted** 290:11 | 134:4 **derived** 150:2 **describe** 98:19 | **designwise** 102:16 **desirable** 47:23 | **determining** 52:13 149:12 215:23 238:18 | 123:24 127:2,4 133:5 139:18 168:18 221:9 |
| **depleting** 319:8 **deponent** 14:6 340:2 | 245:23 **described** 31:17 81:22 100:16 | 48:11 **despite** 77:16 317:7 334:2 | **develop** 30:20 128:24 150:14 150:21 160:14 | 243:11 250:4 250:24 258:5 275:5 284:18 |
| **deposing** 338:14 **deposit** 112:3 | 114:11 214:23 **describes** 271:3 | **detaching** 182:11,11 | 183:11 197:23 200:5,8,10,14 | 292:7 302:15 322:12 329:5 |
| **deposited** 41:20 149:2,13 150:16 151:21 | **describing** 66:3 289:8 **description** 5:12 | **detail** 5:16 28:17 39:12 41:23 62:2,24 84:18 | 217:15,19,20 277:16 **developed** 30:24 | 335:21 **died** 90:7 **diehl** 192:18 |
| 152:17 215:1 215:24 245:18 271:22 | 64:14 65:14,24 111:22 223:21 273:7 | 130:2 307:8 **detailed** 81:3 245:11 | 69:16 70:2 82:21 84:20 150:22 153:3 | **differ** 24:11 198:4 **differed** 252:12 |
| **deposition** 1:21 2:3 10:2 12:4 | **descriptive** 15:18 16:3 | **details** 40:21 | 160:12 242:4 | |

Anatoly Aleksandrovich

Page 351

difference 176:14 183:23 325:19
different 27:20 31:5 43:21 44:11 53:1 59:7,17 79:1,3 93:16 118:21 129:15 130:5 131:13,13 135:1 145:22 157:5,6,6 177:3 188:2 207:2 208:12 230:11 231:17 251:9,13,14 252:18 257:3 274:1 316:22 317:6 322:9 331:22 334:18 335:5,7
differently 210:8 268:6
difficult 84:9 259:16
difficulties 116:17
difficulty 250:12
diligence 320:22 321:19 322:19
diluent 68:2,15 68:22 112:17 112:21,24 113:3,23
dimensions 234:15
diplomate 2:8 337:15
direct 78:17 110:15 273:10 337:22
directed 313:14
direction 10:4 215:10
directions 79:3
directly 44:5 91:7

director 173:14 188:4 195:4
directors 77:7
disc 191:20 192:9,10 230:17
discarded 116:3 116:5
disclose 35:21 251:16,23 252:10
disclosed 252:6
disconnect 167:21
disconnected 68:17 114:7
discovered 34:15 42:1 112:1 248:13 248:20 297:10
discovery 209:17
discussed 116:2 116:13,17 178:23 186:6 191:5,6 218:1 271:13 306:20 316:22
discussing 12:19 78:10 183:19 190:22
discussion 13:16 61:6 80:1 95:23 100:10 169:19 188:10 188:14 208:18 259:21 275:20 291:15
discussions 89:19 96:4 177:3
dismiss 11:13
disposable 189:17
disposables 205:12 295:24
disposal 316:13

dispositions 46:21
dissent 292:2
distance 182:16
distinct 16:24
distinction 17:22 324:13
distinctly 131:13
distribution 165:13
distributor 95:4 166:2
distributors 95:5
district 1:1,1,11 14:4,5 223:24
divided 296:8
division 1:2,16
dmaic 174:21
doc 233:6
doctor 333:1
document 63:19 64:15 65:19 217:16 223:23 233:9 234:11 234:13,13 269:17 276:24 277:1 289:2
documentation 33:7 195:16 221:20 229:9 232:22 236:22 257:14 258:8 263:22,23 264:2 281:8 283:7 285:13 285:24 286:3 286:12 289:16 313:13
documented 110:11 127:21 201:15 310:3
documents 10:9 12:5 33:8,11 77:2 87:12 137:7 162:16

193:6 205:11 223:20,24 227:7 310:4
doesnt 15:12 60:1 76:23,24 93:19,23 208:9 229:4 274:6 306:7 307:16
doing 40:17 182:15 188:3 196:4 247:23 302:22 303:20 338:8
don 269:24
donatelle 229:15
dont 12:2,5,13 13:10 15:11 16:22 17:24 18:15,19 19:9 19:15 25:11,12 27:17 28:10 30:9 32:11 39:22,24 40:1 46:22 58:6 59:19 60:8 61:16 66:12 67:17 68:6 70:1,4,17 76:5 76:22,22 80:13 80:15,19 81:16 83:11 85:4,18 87:2 88:2 91:8 91:13 96:9 108:15 109:7 117:2 119:18 119:21 124:6 132:18 137:3 140:23 141:8 141:12,16 144:16 146:23 155:19 160:21 166:14 171:15 171:24 179:4 180:5 182:15 183:2 184:11 184:18,18 188:15,18,21

189:20 190:13 190:16 191:2 191:15,22 192:3,22 193:5 194:4 195:14 196:2 198:21 198:21 201:10 201:14,15 203:5 205:6 206:13 207:15 208:20 216:23 218:2 219:19 220:4 221:11 221:15 223:20 225:3,10 227:5 228:24 229:22 229:23 231:11 234:4 236:18 240:10 241:17 246:15,20 247:22 252:14 253:8 255:5 258:7 261:18 264:3 269:23 274:22 276:24 278:13 279:23 281:20,23 283:18 291:14 294:20 305:7 306:12 307:7 307:12 308:12 311:11 318:1 326:2 329:13 330:20 333:22
dosage 89:3
dose 89:2
dot 150:1
dr 193:16
draw 320:6
drawing 234:17 254:15 258:6 289:3
drawings 232:23 283:11
dried 82:21
dripping 80:22 85:2

Anatoly Aleksandrovich

**drive** 99:2
**drives** 46:24
**dropped** 213:3
**drops** 82:4,6
**drove** 90:1
**drug** 270:8
**dry** 82:9,20
    165:22 212:14
    212:18 216:20
**duarte** 76:14
    81:5
**due** 50:20,22
    75:2 97:22
    102:11 108:13
    108:22 116:17
    117:12,21
    122:3 127:12
    127:23 130:24
    153:8,8 219:11
    219:22 225:16
    227:12 232:24
    234:24 235:1
    235:23 236:10
    239:13 256:17
    256:18 257:8
    259:23 260:8
    260:14 284:3,3
    313:5 319:9
    320:21 321:19
    322:19 326:22
    327:16
**duly** 14:14 337:5
**duration** 237:19
**durations**
    135:19
**duties** 25:15
    26:7
**dvds** 336:14

———————
        **E**
**e** 4:3 5:2,10
    339:1
**ea05** 83:14 84:2
    85:1
**earlier** 53:5
    82:24 100:18
    110:24 137:7

143:14 148:5
165:9 168:1
169:4 178:3
211:23 212:3
215:22 259:24
261:6 266:17
284:9 290:20
295:16 310:12
311:3,4 315:6
318:8 332:20
333:6,11
**early** 22:14
    49:10 108:10
    167:15 200:24
**easier** 41:17
    62:19 106:10
    106:15 172:8
    236:2
**easily** 103:13
**easy** 117:3
    280:24
**eco** 7:1 201:22
    289:21
**ecr** 7:1 201:22
**educate** 70:14
**education** 17:10
    18:6
**educational**
    21:13
**effect** 158:5,10
    159:2,3 174:14
    324:23,24
    325:1,3,5,13
    332:12 333:2
**effective** 97:14
**effectiveness**
    189:16
**effects** 158:6
**efficient** 24:18
**efforts** 312:23
**either** 27:19
    75:21 87:22
    102:16 116:13
    127:2
**eklund** 1:12
    3:17 4:12 11:4
    11:8,24 12:6

12:21 13:13
323:1
**electronics**
    178:23
**elevated** 237:23
**eliminate** 46:11
    96:19 102:17
    114:19,23
    115:6 117:1
    121:18 194:10
    305:24 306:6
    310:21 314:20
**eliminated**
    153:7 216:9,15
    216:17,24
**eliminating**
    159:17 160:13
**email** 6:5,9,21
    8:4,7,19 9:14
    119:6,15 126:4
    126:10 127:1
    172:23 194:18
    195:5 222:21
    223:16 225:9
    226:5 247:6,12
    253:11,19
    254:3 267:19
    268:3,11
    276:13 286:13
    324:5
**embed** 183:21
**emflon** 154:16
    154:17,18
    156:20 157:21
    178:14 197:5
    198:4 199:2
    200:4 273:15
    274:11,14
    275:11 290:13
    290:23 291:21
    294:11 297:17
    318:10 319:8
**employed** 41:15
**employee**
    119:19 321:17
**employees** 307:2
**empty** 91:4

179:20 180:4
**encino** 2:5 13:23
    14:1
**ends** 275:16
**engaged** 57:24
    59:16 67:3
    99:3
**engagement**
    111:7
**engineer** 22:9,10
    23:2 24:4,11
    24:12 25:12,13
    26:2 35:6
    93:12 128:18
    154:8 171:17
**engineering**
    6:16 7:1,20
    17:13 19:24
    21:11,21 22:24
    27:11,13 81:4
    82:3 109:3
    116:7,10
    142:18,21
    155:15 185:2
    185:11,21
    187:20 195:15
    195:17,18,19
    201:22 202:5
    240:15 241:1
    241:11 242:13
    242:18 264:16
    283:13 289:22
**engineers** 65:21
    113:15 183:18
**english** 203:24
**enmeshed** 281:2
**ensure** 24:17
    26:14 169:11
    202:11,16
    224:10
**ensuring** 27:6
**enter** 43:8
**entered** 13:13
    261:24
**entire** 30:10
    63:20 132:11
    168:13 272:2

305:20
**entirely** 96:3
    103:19 121:18
**entirety** 118:10
    140:16
**entitled** 220:19
    228:19 244:19
    309:17
**environment**
    51:10 112:22
    130:15 153:11
    178:6 179:7
    232:9 253:4
    260:1 317:11
**environmental**
    238:4
**equalization**
    42:12 174:14
**equalize** 174:18
**equalizes** 99:1
    99:17
**equally** 176:21
**equals** 238:3
**equip** 23:6
**equipment** 23:7
    26:10 31:11,12
    34:20,21 133:5
    201:3 250:6
    251:7,10
    265:12,13
**equipped** 38:5
**equivalency**
    282:19
**equivalent**
    282:16
**er** 108:12
**er138302** 6:16
    185:2
**er149258** 7:20
    240:15
**errata** 338:6,9
    338:11,14
    340:10
**error** 169:7
    181:7 191:12
    191:16 310:10
**escalation** 73:15

| | | | | |
|---|---|---|---|---|
| 73:18,22 74:18 | 72:4 81:10,14 | 311:22 | 220:8 222:16 | 250:20 |
| **escalations** 74:9 | 81:20 105:20 | **examples** | 222:20 227:9 | **experiencing** |
| **esquire** 3:3,9,14 | 185:19 186:2,6 | 200:20 | 228:5,10 | 86:5,20 |
| 3:20 4:3,9 | 234:3 | **excess** 156:23 | 240:11,12,14 | **experiment** |
| **essence** 135:15 | **eventually** 41:19 | 158:2 325:16 | 244:5,8 247:2 | 275:8 |
| 203:6 | 52:16 138:22 | **exclude** 297:21 | 247:5 253:16 | **experiments** |
| **essentially** 79:2 | 214:14 | **excuse** 16:10 | 253:18 256:2,4 | 82:8 93:10,13 |
| 157:4 179:9 | **everybody** | 107:23 114:6 | 258:23 259:1 | 93:16 |
| **establish** 23:7 | 253:1 | 153:24 204:10 | 262:4,6 264:19 | **expert** 309:9,17 |
| **established** | **exact** 16:22 | 219:18 249:4 | 264:21 267:16 | 321:5,7 322:2 |
| 30:23 228:21 | 91:14 201:10 | 249:17 296:20 | 267:18 268:23 | 336:2 |
| 243:22 285:23 | 203:5 283:18 | **execute** 232:8 | 269:1 277:18 | **expires** 340:19 |
| **establishing** | **exactly** 18:16 | **executed** 132:18 | 277:21 278:16 | **explain** 179:2,24 |
| 33:18 | 19:15 25:11,12 | 257:13 285:14 | 278:18 280:1,3 | 183:17,18 |
| **estimate** 87:1 | 32:11 41:24 | 286:15 | 280:8,10 282:1 | 211:12 310:16 |
| 116:22 135:17 | 44:9 46:23 | **executing** 290:6 | 282:3 288:3 | 311:12 312:16 |
| **estimated** 86:11 | 49:11 67:18 | **execution** | 298:10,12 | 313:2,24 |
| 92:12 117:13 | 70:1 72:3 76:5 | 259:14 | 313:17 319:13 | 315:16 |
| 122:3 133:19 | 87:7 89:3 91:8 | **exercising** | 321:19 | **explanations** |
| 134:7 157:9 | 114:10 117:2 | 322:14 | **exhibits** 170:2 | 281:9 |
| 256:19,21 | 124:6 131:11 | **exhibit** 55:20,22 | **existing** 166:4 | **explore** 26:16 |
| **estimating** 17:2 | 132:18 135:20 | 55:23 56:11,14 | **expanding** | 195:12 |
| **estimation** | 140:15 141:8 | 56:20 61:23 | 279:15 | **explored** 115:18 |
| 16:24 | 144:16 155:20 | 62:1,23 63:18 | **expansion** 31:12 | 115:20,24 |
| **et** 1:8 14:2 | 171:15,24 | 70:12,19,21 | **expect** 122:12 | 118:20 182:19 |
| **europe** 80:22 | 179:4 196:2 | 71:7 74:23,24 | 150:8 194:9 | 184:13 |
| 111:1 268:5 | 201:16 216:23 | 76:7 79:5,7 | 239:3 286:5 | **exposed** 97:24 |
| **evaluate** 94:18 | 219:20 221:5 | 92:8 94:12 | **expectancy** | **exposure** 160:16 |
| 134:17 174:22 | 221:15 223:9 | 100:6 104:16 | 180:11 | **express** 292:1 |
| 213:15 | 227:5 229:22 | 104:20 110:14 | **expected** 91:2 | **expressed** 254:7 |
| **evaluated** 103:2 | 234:4 236:18 | 114:14 119:2,5 | 117:21 123:6 | **extending** |
| 194:8 316:23 | 240:10 246:15 | 121:22 126:1,3 | 134:5 218:6 | 261:13 |
| **evaluation** | 247:22 253:8 | 127:9 139:19 | 227:11 233:23 | **extension** 8:9,12 |
| 49:24 73:7,12 | 255:5,9 258:8 | 139:22 143:21 | 235:3 238:9,24 | 9:7 108:10,12 |
| 73:14 74:18 | 261:18 274:22 | 161:15,17 | 283:16 284:19 | 108:18 109:6 |
| 75:8 93:19 | 275:7 278:13 | 163:4 169:17 | 293:15 320:22 | 109:16 135:2,3 |
| 94:17 108:4 | 283:2 291:14 | 172:12,14 | 322:8,16 | 135:9,11 256:5 |
| 143:7 193:3 | 306:14 307:7 | 174:10 184:23 | **expediency** | 256:12,13 |
| 245:11 | 308:12 324:17 | 185:1 186:10 | 237:21 | 257:6,17 258:3 |
| **event** 24:7 28:12 | 326:12 | 186:12 194:15 | **expedite** 284:16 | 258:10 259:2,8 |
| 91:8 102:6 | **examination** | 194:17 201:19 | 286:23 | 259:13 260:20 |
| 114:11 141:18 | 14:17 61:14 | 201:21 203:8 | **expeditiously** | 278:19 279:3,7 |
| 142:3 175:16 | 308:5 320:14 | 203:10 205:8 | 283:23 | 302:6 |
| 180:3 191:3 | 323:19 329:17 | 205:16,18 | **expend** 316:10 | **extensions** |
| 224:4 264:4 | **examined** 14:14 | 209:2,5 210:1 | **experience** | 134:22 |
| 275:9 299:10 | 149:11 | 210:9,19,21 | 118:1 122:10 | **extent** 27:21 |
| **events** 64:24 | **example** 238:2 | 218:5,14 220:6 | **experienced** | 30:3 31:20 |

61:17 103:18
285:1 307:7,7
**extremely**
319:23

**F**
**faces** 125:16
**facility** 24:17
235:14
**fact** 51:12,23
52:7 68:1
69:23 74:1
90:5 102:11
138:23 177:7
189:9 199:7
210:6 221:5
224:14 250:22
258:4 292:5
295:24 303:1
317:7 324:16
327:22 334:3
**factor** 16:17
48:8,19 121:16
326:5,22
**factors** 101:15
118:1 236:19
238:18 243:14
245:19 327:1
**fail** 338:16
**failure** 41:24
42:5,5,10
43:19 92:23,24
98:8,11,20
103:2 111:5,23
142:18 143:1
158:6,10,13,16
159:3,6,7,10
175:18 260:20
260:24 306:21
310:22 315:10
315:11,12,13
315:17,22
316:2 319:10
324:13,14,16
324:23,24
325:1,3,5,13
**failures** 175:20

304:14 331:24
**fair** 228:1 302:2
302:12,13
314:7
**fairly** 32:13
**fall** 97:2 185:20
201:13 230:22
253:11,14
258:12,12
**familiar** 40:21
53:17 59:3,13
61:3 73:17
139:5
**family** 5:16
11:24 20:21
62:2,24
**far** 28:15 242:17
255:2,2 263:10
286:11
**fargo** 4:4
**faster** 313:15
**faucet** 182:17
**fault** 200:13
**fda** 9:9 28:2
29:5 46:17,20
53:11,16,18
134:1 138:24
139:14 166:18
186:24 187:1,4
187:10 188:8
189:6,8,15
190:1,10,23
193:9,20,20
194:7 202:7,12
202:16 204:20
223:12,17
224:12,15,23
226:5,17,19,23
238:16,19
254:6 257:10
257:12,16,23
260:16 266:5
267:10 268:16
269:13 271:3
271:10,14,16
272:18 273:12
276:15 277:8

277:12,17
278:5,9 279:8
279:9,9,22
280:11 281:5
281:19,22
282:11,13,20
283:22 284:14
286:24 289:14
294:9 315:4
316:17 324:6,6
330:21 335:22
**fdas** 166:23
238:13 268:20
279:18
**feasible** 327:14
328:1
**feature** 181:5
182:19
**featuring** 289:6
**feb** 7:18 228:11
**february** 7:17
9:15 81:5
83:15 85:23
89:10 219:12
219:17,24
222:21 227:1
228:11,19,19
229:5 231:8,12
231:13 232:24
239:15 301:10
**federal** 28:8
**federally** 2:7
337:14
**feel** 250:24
**fell** 78:17
**felt** 145:3 319:7
319:7
**fiber** 125:17
**fiddling** 79:21
**field** 6:11 23:18
46:5 75:3
97:24 108:3
145:8,9,13,19
145:24 146:11
146:21 161:18
162:6,10,21,23
162:24 163:15

164:14 165:21
190:21 192:8
192:13 271:6
319:11
**figure** 45:22
52:17 201:3
**file** 5:19 56:15
94:13
**filed** 12:24 109:5
**fill** 5:14,20 6:1
63:15 66:5
79:8 80:18
83:14,23 84:2
92:13 93:20,24
100:18 101:2,4
101:12 102:6
104:21 109:20
110:4 113:11
113:17 139:23
140:8 141:6
149:17 171:5
171:22 187:5
187:11 204:13
209:18 231:6,9
261:22
**filled** 68:11
90:24 150:3
**filling** 66:19
82:7 100:20,21
100:22,23
103:12,12
113:1,9 114:4
151:4 205:1
210:15 216:1
224:4 303:20
309:24 310:8
**filtration** 155:2
**final** 90:16
129:21,22
164:19 288:10
**finalize** 217:14
**finally** 52:1
98:24
**find** 43:9 120:17
125:24 136:10
159:18 225:18
308:2 318:4

**finding** 68:10
**findings** 70:2
108:12
**fine** 13:7 54:7
128:21
**finger** 59:23
60:4,19
**finish** 16:7 97:20
109:9
**finished** 199:17
199:18
**firm** 3:8 22:12
225:18,20,21
226:1
**first** 15:10 24:1
29:9 31:15
32:18 35:1
40:10 44:5
45:20,20 47:7
49:14 55:1
72:18 76:3
77:4 85:21
88:8 94:22
117:11 123:3
136:11 141:22
142:3,6 144:19
151:11 152:2
154:9 170:18
177:15 191:6
203:23 204:22
206:6 216:24
223:6 229:14
264:1 277:4
298:22 313:6
318:1 330:16
**fischer** 192:18
193:7
**fit** 133:10
199:21
**five** 5:16 62:2,24
86:19 87:20
88:1,17 89:18
89:20,22 90:1
90:4 117:3
130:5,7 153:2
177:10 188:6
308:15,17

Anatoly Aleksandrovich

**flaw** 51:24 52:4
  309:4
**flipped** 126:16
**florida** 272:12
**flow** 13:11 26:14
  81:2 111:6
  112:14 120:4
  120:12 121:7
  130:12 141:20
  142:10 146:4
  147:12 148:17
  150:23 151:15
  151:20 152:11
  152:16 159:20
  160:8,18,23
  178:9 212:13
  212:18,20,22
  215:17 216:20
  216:21 217:1,2
  217:15,16
  221:18 233:24
  234:6 242:8,11
  273:24 274:3
  274:20 317:21
  318:2
**flowing** 67:1,4
  165:4
**fluid** 6:12 68:2,3
  68:16 69:8
  149:1,2,6
  151:2 152:17
  156:12 161:19
  165:22 178:18
  203:5 245:18
  315:24 328:3
**fluids** 167:10
**fmea** 158:5
**focused** 228:2
  239:10
**follow** 102:23
  117:10 155:6
  190:22 226:23
  310:19 313:11
**followed** 101:1
  179:22 215:24
  243:4 272:2
**following** 51:21

75:2,4 94:19
97:23 98:4
300:23 310:2
**follows** 14:15
**followup** 277:9
**followups**
  323:17
**food** 270:8
**force** 183:7
**fore** 252:19
**foregoing**
  337:19 340:5
**foreseen** 182:9
**forget** 237:4
**forgot** 153:6
**form** 7:1 8:9,12
  9:7 16:1 32:15
  34:2,17 42:3
  42:18 43:14
  45:12 46:1
  47:10 48:15,21
  50:13 51:1,19
  52:2,22 61:15
  75:11 84:5,13
  85:11 95:18
  97:10 102:9
  103:7 113:19
  115:3 118:7
  135:12,13
  139:4 160:4
  168:2,9,23
  169:9 181:21
  196:9 197:18
  201:22 202:6
  203:2 214:2
  223:23 248:9
  249:24 250:15
  252:4,22 256:5
  256:12 259:2
  270:12 278:19
  285:7,19
  286:10 287:3
  287:11,12,18
  287:20 290:4
  297:24 302:9
  303:24 305:5
  305:17 324:8

324:19 325:6
326:1 327:18
328:21 331:1,9
331:17 332:15
340:9
**formal** 129:19
**formally** 329:22
**formed** 82:6
**former** 17:17
**fort** 272:11
**forth** 134:9
  281:16
**forum** 3:9
**forward** 107:22
  159:20 193:8
**found** 69:23
  70:8 72:15
  81:3 120:19
  130:17 155:1
  155:14 196:5
  249:5 259:16
  282:15 323:24
**foundation**
  100:8 104:17
  105:16 124:11
  198:8
**foundational**
  62:22
**four** 151:18
  177:10 283:17
  293:12,23
  297:8,14
  308:17 312:9
  312:13 336:14
**fourth** 1:11
  90:10 190:7
**fouryear** 297:16
**fragile** 130:17
  130:19
**frame** 116:18,22
  201:11 227:7
  253:13 323:12
**free** 286:17
**frequency** 92:18
  190:23
**frictions** 179:13
  179:16

**fulfill** 152:8
  243:24
**fulfilled** 313:8
**full** 5:16 62:2,24
  132:20
**fully** 133:1
  195:12
**function** 149:9
  214:17
**functional**
  137:13,20
  217:7 232:8
  237:14,18
  266:24 317:8
**functionality**
  149:3
**functions** 44:11
**further** 73:3
  102:15 130:8
  132:11 152:7
  182:20 184:13
  184:17,21
  188:10 193:8
  248:15 279:15
  304:4 307:13
**future** 12:13
  45:10,24

## G

**ga50** 299:4,13
  299:21 300:4
  300:15 301:24
  302:20 303:11
  307:3 319:17
**gained** 143:16
**game** 91:8
**gap** 99:8 100:1
  165:9
**gary** 1:4 3:8
**garyksmithlaw**
  3:11
**gas** 41:21 50:24
  102:5 115:13
  118:17 120:22
  121:3,11,20
  124:5 125:21
  126:19 130:18

150:15 160:15
214:24 215:5
242:10 271:21
274:3,8,12,15
275:4 327:1
328:2
**gears** 42:22 50:9
  222:1
**gels** 204:10
**general** 43:7
  147:14
**generally** 152:1
  261:19
**generate** 174:5
  175:5
**generated**
  115:12 278:12
**generation**
  173:22 183:15
**generations**
  176:2
**generators** 22:6
  297:21
**generic** 84:3
**geometry** 93:17
**georgia** 3:21
  4:10
**germany** 57:12
  61:13 80:24
**gestures** 15:20
  16:10
**getting** 134:1
  148:11 168:3
  181:13 182:5
  210:2 218:6
  239:16 249:14
  266:3 283:22
  284:16 287:17
  292:23 300:18
  303:5 328:8
  329:15 336:10
**give** 15:6,16
  16:3,14 19:5
  19:17 26:6
  31:6 51:15
  56:4 125:24
  140:12

Anatoly Aleksandrovich

given 12:14 18:7
 18:14 74:6
 149:16 208:13
 287:15 296:16
 319:2 335:4
 337:6 340:7
gives 80:21
giving 171:21
glucose 25:23
 29:10 40:18
 85:24 86:6
 87:22 88:10,20
 89:11 90:12,17
go 11:22 17:8
 18:2,5 26:23
 36:12 49:3,17
 49:19 54:10
 58:9 80:20
 83:6 85:19
 87:19 92:7
 93:22 94:12
 100:7,8 103:23
 107:5 110:14
 114:13,14
 117:10 126:8
 130:22 133:17
 134:23 144:14
 148:6 151:13
 154:15 155:4
 157:3,8 158:4
 158:18 159:12
 162:13 167:6
 169:16 170:6
 170:17 171:1
 172:11 174:9
 174:11 177:1
 179:8 181:3
 194:9 195:11
 197:15,24
 198:24 203:16
 203:19 204:8
 204:22 208:24
 209:2 213:16
 214:20 225:5
 227:8 231:15
 231:20 232:12
 237:3 245:22

246:3 248:22
 252:17 254:20
 258:5,13 273:2
 280:17 288:2
 289:11 294:22
 299:11 314:21
 334:9
goal 101:24
 114:18 115:1,4
 128:23 150:14
 168:13 175:17
 312:7,7
goes 36:22 66:18
 86:9 111:24
 112:20 114:2
 120:2 124:24
 144:22 164:23
 192:17 212:15
 212:16 224:6
 248:12 259:12
 290:8
going 12:2 15:1
 28:16 31:18
 38:13 39:11,14
 41:23 50:9
 54:9,13,20
 56:23 57:4
 71:6,17 84:17
 87:8 97:19
 102:1,3 104:6
 104:12 107:22
 108:17 115:16
 117:10 118:12
 119:22 121:22
 127:9 130:1
 135:9,10
 151:14 159:20
 160:8,9 161:4
 161:11 165:24
 168:19 173:24
 178:4 189:9
 193:8,21 198:9
 198:11,18
 201:7,12 214:6
 221:24 222:5
 222:12 230:6
 254:15,19

255:3 258:13
 275:3,12
 280:24 287:7
 290:21 294:24
 295:3,10,14
 300:2 304:4
 305:24 307:20
 324:22 336:15
goldenberg 3:14
 3:14 5:7 11:21
 11:23 307:18
 322:21 329:12
 329:19,21
 330:8,11 331:3
 331:13 336:4
goldenberglaw
 3:17
golkow 2:22,23
 13:21
good 14:20,22
 17:7 64:23
 75:24 102:14
 107:5,14
 130:18 186:1,1
 197:1 212:18
 212:20 296:10
 310:14,19
 313:7 328:14
 333:7,12,14
 334:3
govern 149:1
government
 313:14
graduate 18:2
graduated 17:23
granted 289:16
graph 83:8
 85:13 119:23
 211:19,21
 212:6,10
graphs 155:21
great 18:4 57:4
 71:15 161:2
greatest 159:14
green 68:15
 112:17,21
 113:3

greenberg 3:19
ground 15:2
group 235:20
 241:9 247:18
 248:3 252:13
 259:21
grover 76:14
 126:11 127:2
 154:7 173:1,7
 195:20 273:21
grovers 274:13
grueling 15:1
gtlaw 3:22
guard 48:4,13
 49:5 97:9
 114:8 167:22
 181:16,20
 182:12
guess 17:1 20:4
 72:23 74:13,13
 88:6 90:3
 146:2 210:1
 268:4 304:8
 312:9 333:17
 336:9
guide 210:9,15
guides 205:1
 206:8
guys 329:14

_____
**H**
h 5:10
hadnt 68:11
 234:1
half 107:2 320:3
 320:4
hand 45:15
 94:21 120:1
 306:22
handle 153:10
hands 267:14
handy 107:21
happen 49:12
 77:18 99:15
 122:11 128:2
 180:3 285:10
happened 15:4

40:10,15
 114:10 258:9
 292:15,17
happening
 96:20 159:9
 169:13 201:11
happens 24:18
 46:23 49:11
 72:13 189:7
 215:2
harboe 119:16
 119:17
hard 78:23
 81:15 105:22
 105:24 155:20
 182:14 308:2
hardware 174:6
 175:6 211:22
harm 85:21
 202:17
hasnt 235:6
 329:1
havent 309:10
 329:21
haverty 3:3 5:6
 13:6,8 14:19
 21:19 32:17
 34:5,23 36:3
 42:7,21 43:23
 45:16 46:3
 47:13 48:17,23
 50:16 51:3,22
 52:6 53:3,22
 54:3,6,10,22
 56:5,8,11,18
 56:22,24 57:10
 58:15 60:10,17
 61:9,18 62:11
 62:20 70:24
 71:11 75:15
 79:15 80:4
 84:8,16 85:14
 95:22 97:16
 100:13 102:21
 103:10 104:2
 104:14 105:2
 106:1,3,11,14

106:20 107:1,6
114:1 115:9
118:11 119:12
126:9 135:22
139:8 140:4
148:12 154:2,3
154:18,19
160:6,20 161:2
161:13 162:4
168:16 169:2
169:15,22
170:14,21
171:3 172:20
182:1 185:8
186:19 194:23
196:15 202:4
203:17 205:24
209:12 211:5
218:16,19
220:15 221:21
221:24 222:3
222:14 223:3,5
228:17 240:22
244:17 247:11
248:11 250:3
251:4 252:8
253:5,24
256:10 259:7
262:13 265:4
268:1,8 269:9
270:13 276:1
278:4 279:1
280:16 282:10
285:9,22
286:21 287:6
287:14 288:1,7
288:9 290:7
294:22 295:12
297:1 298:4,18
302:11 304:6
305:12,19
306:3 307:11
309:7,14
314:13 321:1,4
321:9,21 322:1
322:14,18
323:16,21

324:11 325:2
325:11 326:7
327:21 328:9
328:11 329:2,9
332:2,17 336:9
**hazard** 43:11,12
46:11 47:8,8
47:24 48:3,12
49:1,24 50:11
50:18,19 51:13
51:16 52:9,12
52:15 53:6,7
53:14 54:23
72:20 73:7,11
73:14 74:17
94:17 96:3
97:8,9 103:19
104:1 108:4
117:1 143:7
163:17,18
168:20 175:9
190:9 192:18
192:20 193:3
193:10 230:23
231:1 287:15
326:14,19,21
327:15
**head** 15:20
128:19 201:16
**headed** 40:24
215:10
**heading** 110:16
**headquarters**
148:1
**health** 43:12
49:24 73:7,11
73:14 74:17
94:17 108:4
143:7 163:16
190:8 192:18
192:20 193:2
193:10 225:15
226:2 332:10
**healthcare** 95:1
145:14 166:1
193:22 295:18
300:17

**hear** 58:23
60:18 333:14
**heavy** 177:23
183:9
**held** 2:4 187:1
291:14
**help** 136:6,7
154:22 307:2
332:21
**helped** 277:15
278:6 280:22
**helpful** 106:13
**helps** 272:17
**hennepin** 1:11
**henrik** 268:3
**hes** 173:14
**hha** 192:24
**hhe** 146:9
**hi** 225:13 226:10
**hierarchy** 47:6
47:17,22,23
49:3 52:14
326:18
**high** 45:14 75:2
75:4 77:16
97:22 98:4
157:16,18,20
157:22 213:2
260:1 313:10
317:10
**higher** 242:11
**highlevel** 43:5
197:12
**highly** 132:24
**highvolume**
130:14 178:5
253:3
**hine** 4:8 11:3
**historic** 111:4
111:13,20,22
121:2
**historical** 81:20
119:24 120:14
211:22
**history** 37:12
64:24 81:24
83:3

**hold** 145:21
172:11
**holding** 243:10
336:1
**holds** 36:18
**holes** 200:19
**honest** 269:23
**hope** 247:18
**hoped** 132:9
**hopefully** 15:1,7
16:19 295:14
**hoping** 122:12
**horn** 214:5,7,7
214:13
**hospitalization**
98:10,13
302:16
**hospitalizations**
302:24 303:17
**hospitalized**
85:24 86:1
87:21,23,23
88:11,20 89:11
90:6,12,18
**hour** 107:2
**house** 124:23
**housed** 235:19
**housing** 93:15
101:13 110:5
131:17 179:9
200:7 214:10
230:18
**hubauer** 194:2,3
194:4 271:13
**hubert** 247:13
**human** 48:7,19
169:6 232:9
245:19 326:5
326:22 327:1
**humans** 103:13
326:18
**humidity** 237:24
266:21
**hydrophobic**
125:4,12
126:17 177:6
177:16 198:12

198:15 274:7
**hyper** 333:3
**hyperglycemia**
204:16
**hypoglycemia**
204:16 333:4
**hypothesized**
68:23 249:18

**I**

**id** 63:6 197:24
**idea** 31:7 85:15
114:10 120:11
120:20 151:8
176:2 179:5
184:7 198:9
199:6 246:13
292:14
**identical** 235:18
265:15
**identifiable**
325:20 326:3
**identification**
56:16 62:6
70:22 76:7
79:11 104:24
119:9 126:6
140:2 161:24
172:17 185:6
186:16 194:21
202:1 203:14
205:22 209:9
211:2 220:13
222:24 227:20
228:14 240:19
244:14 247:9
253:22 256:8
259:5 262:10
265:1 267:22
269:7 278:1,22
280:14 282:7
298:16
**identified** 43:11
43:19,20,22
45:5 49:1
50:19 51:13
52:12 72:20

78:3 82:4,22
86:7 87:9,21
88:17 94:20
109:15 110:10
115:8 129:18
142:21 143:3
163:4 167:1
168:21 173:7
174:15,24
216:6 226:13
248:2 316:3
**identifies** 66:21
132:23
**identify** 49:15
50:18 53:5
56:9 109:2
117:12 121:10
122:13 128:22
218:6 317:17
**identifying** 27:6
111:13 117:22
133:24 196:12
288:19
**ifu** 100:24 203:3
205:8 206:1
207:24 209:14
209:16 210:4
276:6
**ifus** 102:1,11
103:4,11
205:11 261:6
271:19 319:11
**ii** 191:12 230:14
**iii** 3:9
**ileana** 4:9,11
11:2 321:6
322:4,20,21
**ill** 15:8,13
322:21 324:9
329:14
**im** 13:20 14:23
15:1 20:18
21:16 25:17
28:22,23 44:5
44:6 45:6,17
47:11 49:9
50:9 53:16

54:10 59:3,12
59:12,13,15
60:3 61:3
62:13 71:6,15
72:3 73:16
75:23 77:12
79:14 89:6
97:21 103:23
106:18 108:24
111:16 113:20
115:22 116:12
117:9,9 126:14
128:16,16,18
128:18,19
129:10 137:24
139:5 142:6
146:2 148:9,11
155:5,15
167:16 170:22
179:17 180:4,5
184:14 185:16
188:24 193:24
198:5,5 199:14
200:9,12
218:12 221:24
223:8 263:16
272:21 274:9
274:24 288:4
292:6 293:7,14
295:14 304:3,3
304:21 305:13
307:6 309:11
309:17 316:21
321:17 329:22
333:9,16,17
**immediate**
169:1 271:18
**immediately**
164:8 165:7
226:23
**immigrate**
20:22
**impact** 133:5
**impacts** 181:15
**imperative**
338:13
**impermeable**

41:21 50:24
101:9 110:2
118:18 125:21
214:24 274:15
**implement**
96:18 116:19
117:7 179:7
271:20 284:5
289:15 316:19
**implementation**
226:18,22
260:6
**implemented**
225:24 226:20
284:4,13
**implications**
143:2
**important** 16:8
97:14 98:6
102:23 138:21
213:16 311:19
316:7,15 330:1
330:4,9
**importantly**
237:14
**impossible**
151:22 335:7
**impression**
275:2
**improper** 82:7
103:12 113:9
215:24 310:7
**improperly**
102:7 150:3
**improve** 311:14
**improved** 177:6
177:16
**improvement**
144:5 191:7
304:8,12
**improvements**
188:11
**inadvertence**
103:14
**inattention**
103:14
**incidence** 84:10

**incidental** 68:9
**include** 29:20,23
190:8
**included** 31:22
41:15 95:10
166:5 227:18
257:14
**includes** 223:20
**including**
162:20,21
195:7 266:12
**inconclusive**
306:20
**inconsistencies**
248:14 249:5,7
249:10,16,19
250:5
**inconsistent**
217:2 250:12
250:13
**incorporate**
188:11
**incorrect** 50:15
50:17 100:20
100:22 149:16
151:3,3 303:20
309:24
**incorrectly**
151:7
**increase** 31:12
183:7
**increasing** 183:5
**increasingly**
135:10
**incursion** 184:2
**independent**
137:13 150:19
176:23
**index** 10:2
**indicate** 82:8
85:1 254:6
294:1 303:3
317:13
**indicated**
225:18 256:16
295:19 332:24
**indicates** 227:10

232:13 275:10
276:4,7
**indicating**
268:15 282:13
**indications**
204:3
**individual** 89:5
320:6
**individually** 1:4
334:6
**industrial** 24:4
24:11
**industry** 27:22
28:1 313:11
324:22
**infer** 303:15
**infinite** 152:16
**inform** 146:10
146:20 165:22
189:15
**information**
64:20 65:4,5,6
65:8,10 86:17
88:16 102:2
143:16 163:9
165:13 187:9
187:14 190:2
205:5 206:12
206:14 221:10
224:21 225:1,4
225:22,24
246:21 251:18
261:14,19
277:2,14
318:20
**informations**
277:14
**informed** 194:7
276:14
**infusion** 5:13
6:12 9:1 29:18
29:19 30:5,9
30:11,17,21
31:8,21 32:3,4
32:10 33:12
35:8,13 36:6,7
36:13 37:24

Anatoly Aleksandrovich

38:3,5 61:13
63:15 66:20
67:2,14,21
68:6 69:15,21
95:11 104:21
110:21 131:23
132:1 142:15
161:19 164:1
165:3,15 166:7
167:11 176:4
202:8 203:3
204:13,17,24
206:2 208:5
210:11 225:19
237:10 258:2
261:1 269:3,14
271:19 276:3
290:22 292:6
292:22 293:4
293:11,21
294:11,19
296:2,7,9,13
296:17 297:14
297:16,22
298:6 305:11
309:5 334:10
334:15,18
335:5,7,13
**ingress** 191:24
**initial** 50:3
52:11 65:9
72:10,10,16,16
73:6 95:19,24
135:7 136:19
225:13 232:8
235:8 244:1
264:10 269:13
**initially** 45:7
55:10 73:1
78:20 153:7
243:17 245:10
303:4
**initiate** 128:10
231:3
**injured** 303:21
329:5
**injuries** 302:24

303:17 331:15
331:19,20
**injury** 164:7
305:4 328:16
332:1 333:21
**inner** 41:16
**inputs** 117:23
122:9
**inquired** 193:16
**insert** 95:9
166:5,11,13,15
**inserted** 164:1
165:4
**inserting** 36:8,8
210:10,11
**inside** 51:16
68:4 69:1,17
69:23 70:9
82:5 86:5
101:12 102:7
110:5 112:18
113:4 114:21
124:14 125:1
125:16 126:18
149:2 165:23
167:10 179:9
204:11 214:8
229:9 274:20
315:20
**insights** 164:18
**insignificant**
213:18
**inspector** 21:4
22:9
**installation**
205:1 206:8
**installed** 188:9
188:17 295:20
**installing** 26:10
**instances** 86:4
86:20
**instruct** 168:2
**instruction**
205:5 261:12
261:16 310:2
**instructions** 7:4
7:6,9 15:7

51:21 149:17
158:23 202:22
203:11 205:19
209:7 210:15
260:24 261:2
310:13 338:1
**insulation** 98:12
**insulin** 6:12
35:12 36:17,18
36:23 42:16
66:4,23,24
67:4 68:3,14
68:18,20,24
69:8,15,17,23
70:7,9 75:18
76:1 80:22
82:4,20,21
85:2 89:2
98:10,12,22
99:4,20 101:6
102:7 109:22
111:6 113:1
114:4,6,8
149:13 150:9
150:16 151:15
151:20 161:19
163:20,22,24
164:4,6 165:1
165:4,6,15
166:6,7 167:9
167:9 168:3
169:7 181:9,13
182:13 203:4
204:10,15
210:2 215:23
223:22 228:20
231:4 242:7
300:18 303:2,5
305:16 325:4
325:15,17
327:16 328:17
333:3,8,13
334:4
**intend** 309:16
**intended** 51:9
95:15 170:1
303:18 311:14

**intent** 78:11
96:8 129:23
234:12 334:14
**interact** 91:24
187:4
**interacting**
187:10
**interaction**
326:23
**interactions**
91:17,21
**interconnection**
334:14
**interested**
193:20 276:20
276:21
**interesting**
89:24
**internal** 234:4
259:22 292:13
**internally** 72:15
**international**
147:15,17,20
**interrupted**
155:5
**interstate**
282:17
**introduce** 53:20
**introduced**
114:21 127:19
156:13 274:16
287:22
**introducing**
274:20
**introduction**
34:19 159:5
242:7 315:23
**inverted** 274:15
274:21
**inverting** 275:3
**investigate** 73:3
77:18 96:18
120:7
**investigating**
79:2
**investigation**
42:20 49:17

50:4 57:13
65:2 72:19
76:4 78:2,5
81:4 91:16
101:15 108:11
109:9 110:17
110:20 112:2
112:11,13
113:22 115:21
120:14 185:21
185:22 213:13
261:23
**invitation** 6:7
172:15 173:21
**involve** 23:2
33:17,18 39:15
283:10
**involved** 19:13
19:20 25:16,20
25:21 29:23
30:1 31:16
36:10 39:20
40:2,15 49:9
76:3 77:4 78:2
78:21 81:17,19
86:17 89:19
93:6 94:6
96:13 103:13
123:13,18
139:13 141:5
143:9,20 169:4
172:2 175:23
227:22 277:15
294:20 314:8
318:17,19
**involvement**
91:20 93:8
96:10 141:13
277:8 308:9
**involves** 48:19
176:4
**involving** 40:3
44:10 54:24
**inward** 273:23
**isnt** 59:1 325:3
**issue** 12:3 16:20
41:10,12 43:22

45:15 49:2
52:5 74:10
83:22 114:23
121:19 125:19
142:22 143:17
174:15 188:10
194:10 202:9
213:15 226:3
230:19 251:6
251:24 253:10
261:3 304:15
306:15,16,17
306:21 308:22
309:4,23 326:4
326:6,10,11
327:3,8
**issued** 139:1,10
273:11 294:10
294:18 300:16
312:18
**issues** 50:21
83:21 101:2
118:4 176:19
187:5,10 191:5
192:10 259:23
265:24 317:14
335:23
**item** 189:24
190:7,20 238:8
238:24
**items** 146:12,22
188:6 229:11
**iterations** 64:15
**ive** 58:6 71:15
105:6,9 140:15
166:14

---

**J**

**january** 25:5,7
81:5 83:15
85:8,22 225:12
232:10,14
264:11 290:16
290:21 293:17
294:5,6 301:7
318:15
**jeff** 194:2,3,4

271:13
**job** 20:15,19
21:1,8 23:10
23:20 24:16,24
25:6,15 26:1,7
26:18 30:4,19
33:4 52:13
119:20 135:16
136:4
**john** 76:14
192:17
**join** 199:3
**joined** 29:9 35:2
55:6 61:20
**juan** 171:7,16
172:23
**judge** 155:20
158:12
**judging** 303:9
324:22
**judicial** 1:11
**july** 6:19 8:5,7
133:20 134:4
171:8 172:3,5
186:13,24
226:24 232:3
247:6,13,24
248:1 253:19
254:5 299:23
**jump** 322:5
**jumping** 97:21
**june** 6:9 90:11
109:3,15 126:4
126:13 167:15
173:23 185:12
186:3 195:18
271:10 273:11
295:19 299:11
299:19 301:22
305:2
**justification**
260:19 279:18
**justifications**
135:11
**justify** 257:20

---

**K**

**k** 3:8 9:2 188:9
188:17,19,22
189:4,11
226:17,22
254:7 268:15
269:4,13,15,20
276:14 279:7
279:11,14,19
279:20 282:14
**keep** 168:14
237:18 300:2
329:14
**kentucky**
166:14
**kept** 266:21
**kevin** 3:3 106:2
322:22 328:7
**keypad** 188:9
191:7
**khaverty** 3:6
**kim** 4:15 13:20
**kind** 25:13
31:14 44:12
150:18 179:8
213:15 234:9
251:14 281:2
**kinds** 31:2,16
**kirby** 3:10
**knew** 200:3
258:11
**know** 12:11,18
15:23 18:20
32:7,12,19
46:23 51:24
56:6 66:12
80:13 91:10
92:19 94:8
96:8 105:16
106:1,3 114:5
117:20 119:18
119:20 121:9
124:2 131:7,9
137:1,7 138:4
138:7,9,11
141:7,10,22
143:9 144:16
146:3,15,19,23

147:6,19
155:22 166:10
166:24 168:18
170:5 171:21
182:21 184:8
184:10,12,15
188:13,16,19
188:22,23,24
189:18,21
190:4,11,14,17
190:24 191:8
191:13,16,19
191:20 192:1,9
192:15,20,22
193:12 194:4
206:11 208:3
219:16 220:2
221:7,12 223:7
223:20 225:3
229:17,22,23
231:7,11
236:16 241:16
246:19 252:9
252:11 253:6
263:10 268:5
269:23,24
272:13 278:11
279:21 281:18
284:8,10
294:14,17
298:5 302:14
302:15,18
305:7 307:7
308:1 326:17
329:6,14
330:20 333:22
334:5
**knowingly**
149:16
**knowledge**
32:22 39:4,10
55:5 66:9 72:9
93:4 98:23
111:4,13,20,22
135:18 182:22
183:20 184:20
241:14 272:24

287:5 312:19
**known** 85:20
111:5 159:16
160:13
**knows** 88:6
**kubicki** 18:12

---

**L**

**l** 272:11,19,21
**lab** 112:15,22
**labels** 206:12
**lag** 16:18 99:18
**laid** 22:16
124:10
**laminated**
273:16
**large** 89:1 100:1
131:9 179:13
259:17
**larger** 106:19
**lasalle** 3:15
**lastly** 159:12
**late** 22:17 25:1
**law** 3:8,14
**lay** 100:8 104:17
198:7
**layer** 112:18
125:4,15
198:22 273:22
274:5,11,12,21
275:4
**lead** 39:23 52:17
65:13 73:7,9
75:16,21 77:9
121:17 164:7
180:13 182:10
286:18 292:21
293:2,12,22
305:15
**leader** 76:18
117:17 134:12
135:16
**leading** 44:7
74:9 98:10,12
169:7 311:21
**leads** 43:18 44:9
44:13 73:18

Anatoly Aleksandrovich

**leakage** 249:8
**learned** 81:19
  83:3
**learning** 37:12
**leave** 12:3 270:1
**led** 39:12 41:7
  41:12,19 63:12
  71:24 108:8
  143:15 196:1
**lee** 272:10
**leeway** 135:8
**left** 49:6 137:2
  203:22 206:19
  232:15
**legal** 86:3,3
**legally** 282:16
**legend** 152:19
  156:1
**leichter** 272:10
  272:13
**length** 286:14
**lenox** 4:10
**letter** 9:12
  138:24 139:7
  139:10,14,17
  145:15 166:1,2
  166:2,2 167:14
  167:17 224:2
  270:7,16
  271:12 278:12
  282:4,11,12,20
  295:18 300:17
  300:18 331:6
  332:5
**letterhead** 270:9
**letters** 193:22,23
  333:1
**lettersent** 94:23
  95:2,5,7
**letting** 175:12
**level** 45:14
  130:24 131:6
  131:10,21
  132:16 159:19
  160:15 184:5
  226:14 227:4
  236:10 237:6

243:4 266:11
325:8 331:7
**levels** 5:16 62:3
  63:1 86:6
  190:23
**life** 180:10,11
  237:12,20
**light** 224:11
**likewise** 14:22
**limitations** 17:3
**line** 10:5,10,14
  10:19 23:5
  25:24 26:3
  36:11 40:16
  83:8 144:19
  212:10 307:2
  332:10,22
  339:4
**lines** 25:15,20
  26:12 102:3
**liquid** 51:10
  101:5,7 109:22
  109:24 114:21
  204:10 215:1
  215:13 271:22
  274:16,20
**list** 9:5 49:3
  277:22 278:5
  319:16
**listed** 76:10
  89:10 90:11
  91:11 187:3,16
  187:19 234:22
  272:10 313:22
**lists** 87:20 188:5
  191:4 272:9
**literally** 286:13
**litigation** 2:22
  4:12 13:21
  89:13
**little** 16:18 17:8
  26:17 27:4
  28:17 36:12
  38:14 39:12
  42:22,24 44:1
  46:16 47:1,2
  50:9 53:5 59:7

60:10 83:20
84:18 98:16
100:17 110:24
115:17 117:11
124:11 130:2
143:14 152:4
166:17 168:1
169:3 170:3
172:7 189:10
204:15 219:2
255:15 284:9
294:8 295:16
333:10 334:7
**llc** 3:3
**llp** 3:19 4:3,8
**loaded** 66:22
**located** 235:13
**lock** 38:12,16,22
  207:5,7,10,13
  208:2,7,14
  334:10,14,17
  335:13
**locks** 181:13
**logo** 206:5 263:6
  263:13,19
  270:16 276:9
**logos** 264:2
**long** 22:11 23:9
  23:19 24:23
  29:10 32:7
  45:2 99:24
  124:11 139:2
  168:19 180:13
  254:19 255:2
  267:1 271:17
  283:15,18
  285:16 286:5
  292:21
**longer** 138:15
  187:23 271:19
**longstanding**
  32:13
**longterm** 23:8
**look** 53:12 57:5
  61:23 64:13
  70:18,19 74:22
  74:23 76:6,9

79:4 92:16
93:19 94:15
96:2 100:6
104:16 105:18
106:7,9 119:2
125:23 133:15
139:19 141:19
149:20 155:23
156:1 161:15
171:13 177:9
177:11,14
184:22 186:10
191:19 194:14
201:18 203:7
205:15 206:4
206:15 209:21
210:16,18
211:16 219:4
220:5 222:16
228:5 229:11
240:11 244:5
245:6 246:23
247:2 248:23
252:15,18
253:15 256:1
258:22 262:3
264:19 267:15
268:10,22
270:22 275:7
275:18 277:18
278:16 279:24
280:7 281:24
288:3 298:10
299:19 304:16
313:17,20
**looked** 261:5
  310:4 313:7
**looking** 63:18
  64:19 73:1
  74:22 78:24
  93:11 145:6
  152:18 177:5
  198:16 218:13
  227:7 229:8,20
  231:12 254:14
  255:17,22
  258:7,16 280:2

298:5 303:10
304:3,24 310:9
317:24 334:6
**looks** 63:10 76:7
  85:7 92:10
  108:9 109:14
  126:13 142:9
  142:10,12
  146:4 157:4,12
  173:20 177:2
  177:17,22
  183:4 185:15
  188:5 206:18
  207:1 219:23
  221:3,5 232:3
  260:7 269:18
  276:2 280:3
  299:20,23
  300:8,12 301:7
**loose** 92:17
  93:14,16
  230:22
**los** 21:5
**lose** 120:22
**lost** 106:24
  120:4,12
  170:22 212:1
  218:17
**lot** 19:18,21 40:6
  40:9,21 41:3,7
  42:15,20 44:10
  62:11 66:21
  111:15,21
  112:5 118:13
  148:4 315:6,8
  315:17 316:1,3
  324:14
**love** 278:8
**low** 75:10 77:17
  85:23 86:5,20
  87:22 88:10,20
  89:10 90:12,17
  96:21 157:15
  157:17,20,22
  179:22 260:23
  319:23
**lower** 207:1

Anatoly Aleksandrovich

lowest 306:5
lu 76:14
lubrication
  315:20
luer 38:12,16,22
  207:5,7,10,13
  208:1,7,14
  334:10,13,16
  335:13
luncheon 161:7

**M**

m 2:6 3:9 13:23
  54:14,17,17,21
  104:7,10,10,13
  161:5,8,8,12
  222:6,9,9,13
  295:4,7,7,11
  336:16,18
machine 133:1
  153:10 197:14
  198:4 199:21
  200:1 213:24
  214:1,7,9
  235:11,17,19
  235:23 241:9
  246:6 250:10
  252:12 265:7
machinery
  130:15
machines
  197:22 201:4
  235:15 248:5,8
  248:22 250:11
  250:21,23
  251:17 252:12
  265:10,14
mailed 223:24
main 37:18,21
  37:23
maintain 273:24
major 180:18
  181:11,17,19
  181:23 184:9
  237:1,7,15
making 113:16
  124:3 181:7

258:20 333:18
malfunction
  62:9,16
malfunctioning
  79:23
management
  47:17 291:18
manager 22:10
  135:16,17
  136:16 137:18
  137:21 147:14
  187:20
managers
  137:12,13
manner 167:24
manual 66:5,23
  67:5 101:11
  110:4
manufacturab...
  259:23
manufacture
  21:7 30:21
  31:21,22 33:12
  37:8 38:15
  131:7 200:2
  252:1 290:22
  317:14
manufactured
  32:2,9 33:6
  35:17,24 36:1
  38:18 199:7
  241:9 245:14
  288:24 317:4
  334:9,13,15
  335:14
manufacturer
  30:17 130:3
  153:13,16,21
  154:10 197:5
  198:3 243:21
  290:1 318:14
manufactures
  22:6 35:20
  207:12,23
manufacturing
  17:12 19:24
  21:5,11,21

22:10,24 23:2
  23:5,8,18
  24:12,15,18,21
  25:24 26:3,12
  26:21 27:11,13
  27:17 30:8,10
  33:1,19 34:13
  34:15,19 35:5
  37:13 41:9,11
  41:14 112:9
  116:8 118:16
  118:23 122:15
  122:20 123:5
  129:1 130:14
  130:19 131:10
  131:14,19
  133:11 155:3
  178:5 199:4
  201:3 214:2
  232:9 249:11
  249:20 253:3
  265:23 286:7
  290:2 293:11
  293:20 313:10
  315:18 317:11
  318:9 325:20
  326:4 327:24
  335:2
march 80:18
  90:17 91:11
  165:14 226:15
  233:2,23 268:4
  268:5,10,11,12
  268:14 270:19
  276:15 301:12
marie 2:6 14:9
  337:14
mark 68:1 70:3
  70:3 76:13
  81:4 82:14
  113:5,8,14
  173:1,7 223:6
marked 10:18
  56:15 62:5
  70:22 79:10
  104:23 119:8
  126:5 140:1

161:23 163:13
  170:6 172:16
  177:2 185:5
  186:15 194:20
  201:24 203:13
  205:21 209:9
  211:1 220:12
  222:23 228:13
  231:21 240:18
  244:13 247:8
  253:21 256:7
  259:4 262:9
  264:24 267:21
  269:6 277:24
  278:21 280:13
  282:6 298:15
market 3:4
  178:17 287:17
  292:7,24 294:3
  294:19 297:11
  327:24 328:14
marketed
  237:10,11
  282:16,17
  334:16
marketing
  297:22
marketplace
  188:12
markets 208:5
marlene 3:14
  11:23 12:10
  307:16 322:5
  329:21
martinez 4:9,11
  5:7 11:1,2 13:7
  32:14 34:1,16
  43:15 50:14
  84:6 106:6
  118:6 135:13
  148:10 170:11
  170:20 218:14
  248:9 249:24
  250:14 252:3
  252:21 268:7
  270:12 275:18
  285:6,18 286:9

287:2,11,19
  288:6 290:3
  296:21 320:11
  320:16 321:3,8
  321:10 322:12
  322:15 323:3
  323:15 328:7
mashed 170:2
maslon 4:3,6
masters 17:12
  17:23 19:24
material 31:11
  32:20 50:22
  51:5,15 52:8
  53:13,20
  101:18,21
  107:18 114:22
  114:24 118:5
  118:17,22,24
  120:16 121:18
  122:3,21 124:4
  124:8,13,15,16
  127:24 128:5
  128:24 129:7
  129:13,18,24
  130:24 131:6
  132:10 133:7
  133:10 150:14
  151:1,5 154:16
  178:4,14
  189:12 196:13
  197:6,10,19
  198:11,14,20
  198:22,23
  199:10,20
  200:6,15,20
  213:23 214:1
  214:18 215:4,4
  216:5 217:5
  218:24 219:11
  221:13 226:19
  226:20 227:4
  228:3,3 232:1
  232:23 236:9
  237:6,16,18,23
  238:16 239:14
  239:14,18

Anatoly Aleksandrovich

241:8 242:9,19
243:6 248:2,8
248:21 249:21
250:10 251:6
251:24 252:5,6
252:19 254:8
254:13 255:12
255:20 257:7
258:5,13
259:16,18,19
259:24 260:3,5
260:12 262:15
262:16 264:6
265:20,24
267:2 271:4
273:8,10,13,15
273:17,18
274:2,11,14
275:10 286:17
286:19 287:16
287:17 288:21
288:23 289:1,4
289:6,13,15
290:10,11,13
291:4,8,10,21
291:23 292:3,7
294:10,11
297:11,17
305:21 312:3
312:10 313:6,7
314:9 316:19
317:4 318:2
319:2,9 326:13
**materials** 41:18
102:4 117:12
117:22 122:13
123:12,15,19
123:22 128:23
130:5,6 133:24
151:18 152:6,7
154:5,23 156:2
156:24 158:2
178:13,16
195:21 196:6
196:21 200:1
201:1 216:6,13
216:15,18

217:1,6,9,17
217:18 218:7
226:12 232:15
232:18 233:9
234:14,22
239:24 241:18
249:6 254:16
263:13,16,19
263:21 275:13
282:24 283:12
288:19 294:2
316:22 317:18
318:5
**math** 296:6
**mathematical**
156:7
**matrix** 92:12
93:18 190:21
**matt** 76:15
**matter** 14:1 74:1
177:7 221:5
274:6
**mattered** 327:2
**matters** 18:12
**maximally**
152:12
**maximum** 107:3
135:8 149:6
150:9,15
304:18
**mdtbracp005...**
6:6 119:7
**mdtbracp005...**
6:6 119:8
**mdtbracp005...**
9:15 222:22
**mdtbracp005...**
9:16 222:23
**mdtbracp005...**
6:20 186:14
**mdtbracp005...**
6:20 186:15
**mdtbracp005...**
8:8 253:20
**mdtbracp005...**
8:8 253:21
**mdtbracp005...**

7:18 228:12
**mdtbracp005...**
7:19 228:13
**mdtbracp005...**
8:3 244:13
**mdtbracp005...**
7:13 210:24
**mdtbracp005...**
7:13 211:1
**mdtbracp005...**
8:3 244:12
**mdtbracp005...**
8:5 247:7
**mdtbracp005...**
8:6 247:8
**mdtbracp005...**
6:8 172:16
**mdtbracp005...**
7:21 240:17
**mdtbracp005...**
7:22 240:18
**mdtbracp006...**
7:2 201:23
**mdtbracp006...**
7:2 201:24
**mdtbracp006...**
6:3 140:1
**mdtbracp006...**
6:10 126:5
**mdtbracp006...**
6:22 194:19
**mdtbracp006...**
6:23 194:20
**mdtbracp006...**
5:21 79:9
**mdtbracp006...**
5:22 79:10
**mdtbracp006...**
6:2 139:24
**mdtbracp006...**
7:16 220:11
**mdtbracp006...**
7:16 220:12
**mdtbracp008...**
9:17 298:14
**mdtbracp008...**
9:18 298:15

mdtbracp028...
9:3 269:5
**mdtbracp028...**
9:4 269:6
**mdtbracp028...**
9:5 277:23
**mdtbracp028...**
9:6 277:24
**mdtbracp028...**
9:10 280:12
**mdtbracp028...**
9:11 280:13
**mdtbracp028...**
9:13 282:5
**mdtbracp028...**
9:13 282:6
**mdtbracp028...**
7:10 209:8
**mdtbracp028...**
7:10 209:8
**mdtbracp028...**
7:4 203:12
**mdtbracp028...**
7:5 203:13
**mdtbracp028...**
7:7 205:20
**mdtbracp028...**
7:7 205:21
**mdtbracp028...**
5:17 62:4
**mdtbracp029...**
5:18 62:5
**mdtbracp029...**
6:17 185:4
**mdtbracp029...**
6:18 185:5
**mdtbracp029...**
8:15 262:8
**mdtbracp029...**
8:16 262:9
**mdtbracp029...**
8:18 264:23
**mdtbracp029...**
8:18 264:24
**mdtbracp029...**
8:20 267:20
**mdtbracp029...**

8:21 267:21
**mdtbracp029...**
6:14 161:22
**mdtbracp029...**
6:15 161:23
**mdtbracp029...**
8:10 256:6
**mdtbracp029...**
8:11 256:7
**mdtbracp029...**
8:13 259:3
**mdtbracp029...**
8:13 259:4
**mdtbracp029...**
9:8 278:20
**mdtbracp029...**
9:8 278:21
**mdtbracp029...**
5:15 104:23
**mean** 15:23
20:16 26:20
44:6 60:1
76:23,24 109:1
122:19 151:16
152:1 159:4
178:1 179:15
196:16 219:6
233:7,22 235:9
237:9 263:22
293:14 294:3
296:16 297:15
306:7
**meaning** 125:12
131:5 136:23
152:10 237:12
238:12
**means** 44:23
59:20 63:23
76:17 97:24
109:5,8 144:23
145:2 146:18
151:17 174:7
178:2 179:17
180:2 233:8
235:2 296:5
330:16,19
337:21

meant 26:6
130:4 135:23
155:6 211:19
213:9 302:15
measure 149:19
312:5
measured
331:11
measuring
317:24
mechanical
217:14
mechanism 36:8
41:24 42:5,6
58:7 103:2
315:14,17,23
316:2 324:14
324:16 325:12
mechanisms
284:15
med 276:4
media 112:21
medical 24:2
27:14,15,22,24
28:2 75:23
89:7 167:7
190:18 257:13
258:1,1
medtronic 1:8
1:14,15,16
3:23 4:6 7:6,8
9:1 12:8,21
14:2 18:8,14
19:2,6 25:3,7
25:22 29:9
35:18 37:4,7
37:16,23 38:4
39:2,3,8,21
40:11 42:15
43:18 49:9
50:10,18 53:8
53:11,18 66:1
70:15 74:2
112:12 123:16
136:3 138:5
139:1 142:8
147:10,24

167:10 171:18
173:16,17,18
186:24 187:9
187:24 188:1,7
189:15,24
190:1,7,20
193:9,16,21
194:5 205:19
206:2,5 207:12
208:4 209:6
224:15 233:12
234:19,20
235:24 257:13
257:24 266:13
269:2,14 271:6
271:9,16
273:11,12
276:8 283:14
284:4,5 285:12
291:11,12
292:23 293:22
294:10 296:1
297:23 298:2
300:16 304:22
305:14 306:17
310:8,24 315:1
316:8,10 317:2
318:6 321:18
329:4,6 330:2
330:21 331:16
332:24 333:18
334:9,11,13,16
335:14
medtronicdesi...
37:24
medtronics
52:20 113:15
127:17 194:12
225:17 297:19
320:19 321:14
323:7 333:20
meet 12:12
329:22
meeting 6:7 77:6
78:9 80:17
172:15 173:21
173:21 174:1,4

186:23 188:6
190:22 191:6
192:23
meetings 78:24
176:2
meets 129:3
member 39:23
members 76:13
79:2 117:24
122:10
membrane 8:1
41:21 51:5,7
51:15 53:13
69:9 82:5,6,8
82:20 100:19
100:21 101:4,7
101:8,9,17,18
101:21 107:18
109:21,24
110:1,2 111:9
112:3,15,19
113:3 114:20
114:22,24
115:13 117:5
118:5 120:6
121:18 124:13
124:15,19,24
125:3,7,16
126:16 131:18
132:10 149:8
149:22 150:11
150:14,17
151:21 152:3
152:15,20
154:10,11
155:2 156:20
157:21,21
158:20 159:6
159:17,20
160:2,13
174:13 177:6
177:16,21
180:22 181:13
182:5,10
189:11 194:9
198:3,13,19,20
199:2,18 200:6

201:9 212:14
212:19,23
213:23 214:9
214:18,24
215:3,13
221:13 225:19
225:23 226:12
226:18 227:3
232:1 233:6
234:7,10,12
239:24 241:2
241:24 242:1,5
242:8,9,19
244:9,19
245:13,19
248:1,4 259:16
259:19 260:3
260:22 261:11
261:16 262:16
264:6 271:4,21
273:9,10,13,14
273:15,16,23
275:11 282:24
288:21,23
289:2,4,15
290:23 293:16
297:10 303:18
305:21 312:4
312:10,14
313:3 314:10
314:12 315:24
316:19,23
318:9,10,14
320:20,20
321:15,15,16
323:8,9 325:1
325:10,14,22
325:23 326:13
326:24 327:11
328:1,13
membranes
6:13 118:15
161:20 164:5
212:2 233:11
245:9 285:4
memo 6:19
186:13 238:24

246:18
memphis 3:10
mentioned
89:21 134:20
merely 311:13
merit 337:15
merited 145:3
merrell 3:20 5:6
13:9 35:23
42:3,18 43:14
45:12 46:1
47:10 48:15,21
50:13 51:1,19
52:2,22 54:5,7
56:2,7,10,21
61:15 62:8,13
75:11 79:13,20
84:5,13 85:11
95:18 97:10
102:9 103:7
104:4 105:21
106:2,7,12,18
113:19 115:3
135:12 139:4
160:3 161:1
162:2 168:9,23
169:9 170:19
170:23 181:21
196:9 221:23
287:12,18
297:24 302:9
303:23 305:5
305:17 306:2
307:15,19,22
308:1,7 309:10
309:19,21
314:16 319:4
320:9 321:22
324:8,19 325:6
326:1 327:18
328:21 331:1,9
331:17 332:15
merrellc 3:22
meshed 281:3
met 15:5 318:5
metal 21:15,16
21:16,18 22:2

metallurgy 21:9
method 52:20
  52:24 97:7
  174:24 175:2
  331:11
methodology
  180:15,24
methods 94:19
  255:6
middle 91:3
  225:8 264:15
midseptember
  284:23
milliliter 176:5
million 157:9
  296:19,20,21
  296:22 297:3,6
  297:13,15
  298:6 304:20
mimic 248:20
mind 209:1
  254:19 255:18
  329:13
minimed 1:15
  7:3,8 66:1
  138:5,8 147:2
  203:11 205:9
  207:18 209:6
  209:14
minimeds
  112:15,22
minimum
  242:11 302:19
minneapolis
  3:16 4:5 147:2
  147:8,24
minnesota 1:10
  1:15 3:16 4:5
minuscule
  102:20
minuses 177:18
minutes 81:9
  82:9,9 186:23
misclassificati...

306:17
misconstruing
  335:10
misfilling
  149:12
misrecording
  306:16
missed 200:11
mistake 113:16
  113:21 150:8
mistakeproof
  326:16
mistakes 103:14
  326:18
misunderstan...
  306:15
mitchell 2:7
  14:10 337:14
mitigate 46:11
  52:9 53:13
  94:21 96:3,21
  103:5 174:23
  175:19 177:12
mitigated 226:2
mitigates 177:21
  179:11 181:12
mitigating 177:4
  287:23
mitigation 43:5
  43:6 47:3,6,7
  47:19,24 48:6
  48:8,11 52:14
  52:21,24 94:16
  94:19 96:24
  97:4,8 183:1
  326:19 328:12
  328:19
mitigator 196:6
mjgoldenberg
  3:17
mmt754 66:22
mmt8 66:21
mode 42:5,10
  103:2 111:23
  158:10 315:10
  315:12 324:14
  324:23

model 66:22
  207:15 229:23
models 176:11
modern 284:12
modes 158:6
  159:3 175:18
modify 251:9
moisture 125:13
  191:23
moment 105:14
  109:8
monitor 29:10
  159:19
monitors 40:18
month 89:12
  90:7 127:23
  284:20 286:1
  300:3 305:23
monthly 34:7
months 122:16
  238:6 255:16
  255:19 258:17
  259:9 260:8
  293:13,23
morning 12:23
  14:20,22
motion 11:14,14
  55:10
motions 11:8,13
motor 191:11,16
  191:20 192:10
  230:14,17,18
  230:20
move 34:20
  58:20 99:6
  283:22 321:7,9
  322:2
moved 30:5,13
  30:16 31:4
  219:13,17,20
  228:24 233:2
movement
  101:14 110:6
  179:14
moves 99:16
moving 57:23
  58:4,5 67:10

134:18
multifunctional
  127:20
multiple 44:7
  64:15 313:5
multistep 43:17
  44:13
myers 272:11

_____
**N**

n 5:2
name 13:20
  24:14 136:11
  137:6 141:2
  211:8 263:5
  270:17 311:13
  329:20
named 155:1
  235:12
narotzky 4:3,6
  12:7,8
narrative 15:17
  16:3
natural 154:21
  241:19
naturally 154:9
ne 3:20 4:10
near 44:24 45:2
  170:6
nearterm
  168:18
necessarily
  24:15 27:17
  45:1 63:21
  68:6 175:10
  234:2 310:17
necessary 12:14
  45:22 114:23
  128:7 233:12
  254:8 290:1
  338:4
necessitated
  258:4
need 12:13
  57:18 77:18
  106:21 118:4
  124:1 131:8

159:18 195:14
  198:7 218:2
  237:17,20
  238:15 265:9
  275:7 285:24
  306:13,13
  314:5,7 330:13
needed 27:7
  78:6 92:4
  94:20 108:19
  109:8 133:9
  135:9 150:20
  150:21 151:2,9
  180:8 197:18
  199:24 200:2,5
  200:8,10,14
  201:9 233:10
  238:6 283:5
needle 131:19
needs 127:19,21
  131:20 215:4
  215:13 241:18
  265:12,13
  304:13
negative 184:9
never 71:14,15
  105:6,9 120:19
  120:23 123:18
  139:2 184:17
  187:7 200:4
  209:1 269:17
  278:9,10
new 26:10 34:20
  36:9 53:20
  84:19 107:18
  108:13 122:3
  122:20 127:24
  128:5,11
  130:23 131:6
  132:10 133:7
  159:5 178:4
  183:14 189:6
  189:11 194:9
  200:8,10,14,15
  200:19 202:15
  204:17 205:5
  206:12,13

Anatoly Aleksandrovich

Page 366

210:13 216:7
217:5 218:24
219:10 221:10
221:13 225:23
226:20,21
233:10,11
236:9 237:6,17
248:1,4 254:8
255:20 256:16
260:7,14
261:10,12,15
261:23 262:15
264:6 265:20
273:12 280:3
282:24 286:7
286:17 287:17
287:21 289:6
289:15 290:9
291:4,9,22
292:7,22
293:16 294:9
294:18 297:10
302:7 307:3
332:5 335:3
**newer** 210:13
318:14
**newest** 235:17
235:18
**newlyintrodu...**
26:13
**ngp** 176:4,6
183:12,13
335:8
**nice** 14:21 54:2
**nicole** 4:3,6 12:7
**nielsen** 268:3
**night** 91:3
**nine** 255:16,19
258:17
**nods** 15:20
16:10
**non** 85:24
**nonwoven**
199:11 273:16
**nope** 190:6
191:22
**norma** 187:15

228:20
**normal** 287:8
**normally** 283:17
**notary** 2:9
337:16 340:21
**note** 12:1 13:1
85:5 173:11
215:3,12 217:5
227:9 245:11
247:17 253:10
257:5 260:20
279:6,17 302:5
309:15 321:4
322:22
**noted** 14:7 66:24
107:7 108:4
119:23 180:20
182:4 216:12
248:1 338:11
340:10
**notes** 88:9 107:8
107:24 163:16
165:20 175:16
179:10 181:11
202:6
**notice** 2:4 250:4
**noticed** 68:2
112:17 278:10
**notification** 9:2
46:5 66:2
142:4 167:8
269:4,15
282:14 311:23
**notifications**
87:10 190:9,15
**notified** 142:8
224:11 290:9
**november**
257:18 280:4
288:15 301:1
**number** 28:10
53:1 63:5,6
65:20 73:10
87:17 91:12
102:20 111:17
111:17 118:20
127:11 130:5

145:17 148:4
156:23 191:5
195:6 197:18
206:16 207:16
210:7 218:15
219:10 233:15
233:18,20
236:19 280:19
296:23 301:21
304:23 319:17
331:5
**numbered** 167:5
275:17
**numbering**
170:3,16
**numbers** 87:3,7
87:24 148:7
156:3,24
163:13 217:17
231:21 233:10
233:12 272:6
299:7
**numerically**
319:17

———————

## O

**object** 32:14
34:1,16 45:12
46:1 47:10
48:15 118:6
249:24 250:14
252:3,21
270:12 285:6
285:18 286:9
287:2,11,19
290:3 303:23
305:17
**objecting**
322:22
**objection** 42:3
42:18 43:14,15
48:21 50:13,14
51:1,19 52:2
52:22 61:15
75:11 84:5,6
84:13 85:11
95:18 97:10

102:9 103:7
113:19 115:3
135:12,13
139:4 160:3,4
168:9,23 169:9
181:21 196:9
248:9 287:12
287:18 297:24
302:9 303:23
305:5 306:2
309:7,15
314:13 321:1,2
321:4,21 322:1
323:1 324:8,19
325:6 326:1
327:18 328:21
331:1,9,17
332:15
**objections** 13:4
**observations**
100:17 261:11
261:15
**observed** 67:9
113:22
**obstructed**
177:22 180:22
**obtain** 142:13
197:16 211:23
**obvious** 93:21
**obviously** 18:7
313:6
**occasion** 138:12
138:13,13
**occasionally**
230:21
**occluded** 174:13
273:14
**occlusion**
183:24
**occur** 71:20
75:10 98:17
103:3 149:18
202:18 325:13
**occurred** 13:17
61:7 80:2
81:10 100:11
169:20 185:19

186:2 192:24
275:21 326:22
329:1
**occurrence**
77:16 83:14
86:10,13 96:22
102:20 158:15
159:8 260:22
**occurrences**
88:1
**occurring** 78:24
102:17 104:1
175:9 249:11
249:19 307:5
332:13
**occurs** 98:24
184:1,4 204:16
305:14
**october** 85:8,17
117:14,21
122:13 128:23
212:9 218:7
259:9 290:20
300:11
**offer** 164:18
**offering** 106:19
**office** 187:1
224:1,5
**oh** 25:23 27:16
35:16 62:15
106:11 155:5
170:20 171:1
264:14 280:2
**oil** 41:16,20
112:4,8 315:20
315:21 325:16
**ojeda** 187:15
228:20,22
**okay** 15:15
16:15,16 17:1
17:6,24 18:4
18:20,24 19:17
20:23 22:7,18
22:23 23:15
24:9 25:4,14
26:9 27:3,16
27:23 28:12

| | | | |
|---|---|---|---|
| 29:8 30:4,15 | 155:4,12,19 | 234:9,12,15,21 | operating 59:14 |
| 33:10 35:4,16 | 160:7 161:1 | 235:7 236:3,8 | operation 61:4 |
| 35:20 37:20 | 162:3,5 163:14 | 237:2 238:8,23 | opportunity |
| 40:13,17 42:14 | 164:13 165:12 | 239:20 240:4 |   337:8 |
| 46:15 47:1,14 | 166:16 167:4 | 240:23,24 | opposed 279:13 |
| 49:19 52:7,11 | 171:4 172:19 | 241:16,20,21 | options 118:21 |
| 52:19 53:15 | 173:15,20 | 242:17 243:5 |   317:21 |
| 54:6 56:7 57:1 | 174:3,9 175:14 | 243:15 244:16 | order 11:9,15 |
| 57:4,15 58:9 | 176:3 177:1,2 | 244:23 245:3,6 |   94:9,20 135:8 |
| 58:11 60:22 | 177:8,15 | 245:16 246:16 |   174:23 180:14 |
| 61:19,22 62:17 | 178:19 179:10 | 247:12,24 |   257:3 283:13 |
| 62:22 63:4,8 | 179:18 180:7 | 250:4 251:12 |   289:22 291:2 |
| 64:13 65:12 | 181:3,5 182:2 | 251:19 252:9 |   332:9 |
| 66:8,13 67:24 | 182:18 183:3 | 252:15 253:15 | orders 13:13 |
| 70:6 73:11 | 184:12,22 | 254:3,11,18,24 |   285:15 286:4 |
| 76:6 78:15 | 185:11,18 | 255:10,22 |   286:15 |
| 80:7,20 83:13 | 186:5,18,22 | 257:5,20 | ordinarily |
| 85:19 86:16,21 | 187:13,23 | 258:11,22 |   283:16 |
| 87:4,8 89:4,9 | 188:3,5 189:2 | 260:19 261:9 | ordinary 72:13 |
| 89:23,23 92:7 | 190:7,17,20 | 261:21 262:3 |   287:8 |
| 92:11,16 93:22 | 191:3 192:6 | 262:12 263:12 | organized |
| 95:14 96:11 | 193:2 194:2,14 | 264:8,12 265:3 |   307:23 |
| 97:17 100:14 | 195:2,5,22 | 265:5,18 266:7 | original 51:5,8 |
| 101:21 105:11 | 196:4 197:3,15 | 266:14 267:1,8 |   153:2 154:10 |
| 106:11,23 | 198:2 199:22 | 267:15,24 |   185:20 218:4 |
| 107:16 108:24 | 200:23 201:18 | 268:18,22 |   219:7,23 |
| 109:14 110:12 | 202:3 203:7,18 | 269:12,19 |   236:13 269:13 |
| 114:13,17 | 203:21 206:11 | 270:4,6,11,14 |   295:17 314:12 |
| 116:4 117:8 | 206:15 207:20 | 270:22 271:2 |   317:1,3 338:14 |
| 119:11 120:20 | 208:23 209:11 | 271:15 272:7 | originally |
| 121:8 122:7,11 | 209:15,21,23 | 272:19 273:2,4 |   108:20 255:7 |
| 123:15 125:11 | 210:6 211:4,18 | 273:6 274:9,24 |   257:11,23 |
| 125:19 127:9 | 211:24 212:10 | 275:9,15,23 |   259:15 279:13 |
| 128:3 131:16 | 212:15,21 | 276:2,7,19 | outcome 273:10 |
| 131:24 133:15 | 213:8,19 | 277:4,7 278:8 | outcomes 70:5 |
| 135:6 136:4,17 | 214:11,22 | 278:15,24 | outputs 123:7 |
| 136:21 137:6 | 216:21 217:3 | 279:24 280:7 | outside 91:24 |
| 138:2,11,17 | 218:4,22 | 281:6,12,14 |   125:4 274:16 |
| 139:9 140:17 | 219:16,21 | 282:9 283:5,15 |   274:18 |
| 141:10,18 | 220:1 221:16 | 284:19 285:16 | oven 266:19 |
| 143:11 144:10 | 222:2 223:4,13 | 286:8 288:2,8 | overall 260:4 |
| 144:18 145:23 | 223:15 224:19 | 290:8 291:16 | overdelivery |
| 147:9,11,20 | 225:5 226:9 | 291:19 292:1,5 |   75:18 76:1 |
| 148:16 151:13 | 227:8,18,23 | 292:14 294:7 |   88:21 89:1,12 |
| 151:22 152:14 | 228:16 229:10 | 294:22 295:23 |   90:7,13,19 |
| 152:23 153:12 | 229:20 230:8 | 296:5 297:2,4 |   98:17 163:20 |
| 153:20 154:20 | 231:20,22 | 297:6 298:9,19 |   164:4,6 169:7 |

The middle-right column:

| |
|---|
| 298:22 299:1 |
| 300:2,14 |
| 301:17 302:4 |
| 302:10,18 |
| 303:15 304:7 |
| 305:20 307:19 |
| 308:21 309:19 |
| 318:4 323:15 |
| 324:9 325:18 |
| 327:5,9,13 |
| 328:9 330:15 |
| 331:4,14 332:9 |
| 332:18,24 |
| 333:17,24 |
| 334:7,18,21 |
| 335:9,20 336:1 |
| 336:4,12 |
| old 200:16,17 |
|   287:15 |
| once 49:17 |
|   96:12 98:23 |
|   129:18 197:10 |
|   267:8 277:7 |
|   286:23 315:21 |
| ones 31:5 70:5 |
|   173:6 213:17 |
|   261:5 |
| open 12:4 25:8 |
|   44:14,14 48:24 |
|   50:5 90:2 94:4 |
|   94:9 138:15 |
|   139:2 144:14 |
|   145:4 172:11 |
|   231:18 |
| opened 46:20 |
|   49:20 64:10 |
|   65:17 74:11 |
|   76:20 77:14 |
|   78:6,9,13 |
|   89:22 94:5 |
|   96:7,10 117:14 |
|   141:11 143:18 |
| opening 73:21 |
|   124:19 141:13 |
|   141:15 |
| operate 59:14 |
|   235:11 |

Anatoly Aleksandrovich

179:21 333:2,7
333:12 334:4
**overinfusion**
305:15 325:4
325:15 327:15
328:17
**overpressuriz...**
179:11
**oversee** 30:7
36:5
**owner** 76:10,17
76:24
**owners** 77:1
**owns** 258:1

**P**
**p** 131:22,22
161:5,8,8,12
222:6,9,9,13
272:11,19,21
295:4,7,7,11
336:16,18
**package** 95:9
166:4,10,13
**packages** 227:22
**packaging** 31:13
276:3
**page** 5:12 10:5
10:10,14,19
74:23 76:10
80:21 82:2
83:6 85:20
86:8 87:19
92:8 93:23
94:15,16 97:20
100:6,7 110:15
114:14,17
115:7 116:11
117:9 121:23
141:19 148:6,9
148:16 149:20
155:5,16 157:4
157:9 158:4
159:13 163:12
163:12 167:5
170:6 172:11
174:10,11

177:2 178:20
181:4 183:4
191:4 192:13
203:20 208:22
209:22 211:16
213:6 216:3
217:4 218:5,13
218:13,16,21
219:4,22
223:14,18,18
225:5,9 227:9
229:11 231:15
231:20 239:6
241:20 245:7
245:23 246:3
254:4 270:5,5
272:6 273:2
275:16 276:5
288:3 300:3
313:18,20
339:4
**pages** 148:4
170:7 177:10
177:10 299:11
340:6
**pall** 153:17,18
153:19,22
154:2,2,9
155:10 197:4
199:5,6,12,17
200:2 201:2
239:10 245:14
273:15 275:10
317:4
**pamela** 1:5
**paperfree**
284:13
**paperwork**
118:13
**paradigm** 6:12
7:8 66:4 94:23
95:3,10,11
161:18 165:15
166:4,6,6
167:11 171:5
171:23 172:4
176:4,6 183:12

209:6 210:9
223:22 229:23
261:1 335:8,18
**paragraph**
111:3 114:12
164:23 204:9
272:8 273:5
289:12
**parallel** 128:2
**parameters**
33:21 251:11
251:17 266:20
**parent** 263:11
**parentheses**
156:3
**parkway** 3:10
**part** 21:20 22:1
25:18 26:18
27:2 28:2,8,18
30:19 36:10
37:15 44:17,23
47:3 49:2,8,13
65:12,14 74:17
95:16,24 96:1
97:1 101:22
120:13 122:22
123:1,2 127:17
132:2 134:11
138:19 168:12
171:19 173:2,8
197:17 199:4
200:11 206:20
217:17 229:19
233:10,11,15
233:18,20
234:7,10
242:14,16
243:16 265:17
270:1 271:5,10
271:17 291:16
297:19 304:7
306:21 314:24
323:14
**partially** 102:11
111:9
**participate**
245:3,4

**participated**
176:1
**particular** 21:12
24:13 49:1
74:6 84:4
105:9 114:11
115:7,10 117:4
121:10 123:21
129:16 132:17
132:19 137:15
141:24 180:15
180:24 193:1
233:15 267:3
305:11
**partners** 95:7
270:2
**parts** 26:15
199:16 250:19
**pass** 212:1
**passing** 240:2
**patented** 37:3
251:20
**patient** 44:18
75:3 85:20
89:5 98:3,10
98:13 158:22
167:5 168:15
169:13 193:23
202:11,12,16
231:2 300:18
305:8 316:16
330:15,23
333:1
**patients** 43:12
74:20 75:8,19
87:21 97:24
113:10 164:2
165:22 167:15
167:17,18
168:2 193:18
224:10 303:5
303:19 311:1
331:7 332:6
335:5
**payers** 95:5
**pcampbell** 3:11
**pcap** 5:13 8:1

9:2 41:16 51:6
51:15 63:14
69:9 81:2
101:17,22
104:21 111:9
112:15,18
113:2,4 114:20
114:22 124:23
125:1 131:15
131:17 132:9
148:17,24
149:3,4,4,8,8
154:12 174:13
189:12 206:20
208:2,16
214:10 216:12
231:24 239:6
241:2,7 242:2
244:10,19
259:20 262:15
262:16 269:3
269:15 271:4
271:23 273:9
274:7 288:21
289:1,2,5
293:5 314:2,10
315:20,24
316:24 323:8
325:9 335:3
**pcaps** 133:2
197:6,23 241:3
285:4 286:7
293:16,20
294:4
**pdf** 5:17 62:3
**peaking** 85:8,16
**pending** 89:14
**pennsylvania**
3:5
**people** 44:11
65:20 70:14
92:5 123:16
126:11 149:11
149:16 150:3
169:4 172:24
173:4,5 183:17
194:8 195:7

254:5 295:20 306:12
**perceived** 45:8 45:21 46:12
**percent** 103:8 235:16 304:19 320:4
**percentage** 304:13
**percentages** 304:12
**percentagewise** 320:1
**perez** 136:1,2
**perfect** 54:4
**perform** 175:17
**performance** 180:9
**performed** 94:18 164:3 178:13 237:22 241:7
**performing** 112:17 113:9 225:21
**performs** 33:20
**period** 37:7 85:22 86:7 99:19,24 201:6 266:22 279:12 297:16 301:22
**periodic** 137:22
**permeability** 120:22 274:3 275:5
**permeable** 102:5 115:14 121:4,12,20 124:5 126:19 130:18 150:15 152:5 160:15 178:18 215:5 242:10 271:22 274:8,12 327:1 328:2
**permitted** 215:13

**person** 65:22 112:16 123:13 123:19,23 136:9 137:14 173:12 272:16 306:11
**personal** 30:24
**personally** 224:3 306:13
**persons** 59:23 60:4
**perspective** 78:19
**pertaining** 231:24 261:2
**pertinent** 64:20
**ph** 2:22
**phase** 49:18 108:11 112:11 191:12 226:11 226:15,16,21 227:14,15,19 227:24 230:14 256:22,24 259:14 279:16 288:12,17 289:8 290:9
**phases** 112:13 313:21
**phenomenon** 19:14 39:16 42:2 55:13 67:22 69:11,22 70:15 71:24 72:2,5 75:13 83:4 84:11,21 87:1 96:20 98:24 120:6,16 142:7 262:1 297:10 302:7 303:2 305:24 306:1,7,10 307:4
**philadelphia** 3:5 14:10
**philip** 3:9
**phillips** 230:2,4

230:9
**phoenix** 235:20
**photograph** 70:19
**physical** 99:12 111:6 153:9,9
**physically** 20:17 67:3
**physicians** 95:2 190:3
**physics** 208:12
**pick** 160:22
**picked** 65:11
**pictograph** 167:20 206:16 210:7
**picture** 59:15
**piece** 34:20,21 265:12
**piedmont** 3:20
**piston** 99:2
**place** 13:24 29:2 32:8,20 34:6 34:21 46:17 65:1 68:3 133:6 151:11 227:11 266:15 283:21 284:15 286:23 323:23
**placed** 65:9,10 266:16,19
**placeholder** 55:23 56:1,19
**plaintiff** 1:6,12
**plaintiffs** 3:6,12 3:17 12:20 329:23
**plan** 6:11 114:18 117:9 122:1 124:3,9 127:10 130:23 131:12 134:11 136:24 137:4,10 146:1 147:12 161:18 162:3,7,11 165:21 217:13 217:20 218:5

219:5,7 236:7 245:1 246:5 271:17
**planned** 108:21 226:15,23 236:3 242:23 255:7 257:11 257:23 279:13 288:13,18
**planning** 193:17
**plant** 23:8
**plastic** 124:22 131:17 200:7 214:9
**play** 55:21 56:23 57:5,18 58:9 60:7 71:6
**played** 57:8 58:13 66:10 71:9
**playing** 16:17 60:15
**please** 15:12,17 16:3,6 17:1 79:4 87:20 104:16 110:14 119:3 125:24 126:1 128:17 139:20 140:12 148:14 161:15 169:17 172:5 178:20 181:4 183:4 184:23 186:10 191:4 194:15 201:19 203:7 205:16 208:22 209:3 210:19 213:7 214:21 215:20 217:4 220:6 222:16 228:6 239:6 240:12 244:6 247:3 249:13 253:16 256:2 262:4 267:16 268:23 277:19 278:16

280:1,8 282:1 285:21 288:3 298:10 338:3,8
**pllc** 3:8,14
**plot** 150:1 151:23
**plunger** 59:16 67:2,10 80:23 85:2 99:14 101:14 110:7 111:7
**plus** 145:10,11 177:20 181:18
**pluses** 177:18
**pm22s** 152:20 152:24 153:12 156:14 157:15 232:18 240:7
**pms** 152:24
**point** 19:7,8 20:20 21:1 32:13 40:16,20 59:2,20 63:24 70:7 71:4 77:21 78:1,10 81:18 82:19 85:21 86:2,4 86:10 87:4 89:24 94:22 95:1,4,6,8 96:5 96:8,21 99:16 102:12 113:24 117:18 118:2,7 120:11 124:7 132:5 133:13 133:23 134:12 141:6 151:18 152:6,13 159:16 160:5 179:18 180:7 182:15 193:15 195:10,13 196:8 200:22 213:2,18 214:16 215:8 219:11 221:14 221:17 224:7,8

Anatoly Aleksandrovich

227:1,4,6
228:1,23,24
233:24 234:11
235:5,13,21
236:6,8 237:3
238:14 245:24
246:11,16
250:1 252:23
255:23 258:14
266:3 267:14
268:18 282:22
283:3,6 284:23
285:2 287:22
289:9 291:17
326:8 334:5,8
**points** 150:21
231:17
**polyester** 101:6
101:8 109:23
109:24 112:18
125:17,20
199:3,11
273:16 274:5
**populated**
131:18
**porex** 9:9
153:14 155:1
155:13 239:14
239:17 240:7
241:12,13,14
243:6,18
252:19,24
254:21 258:6
258:13 260:12
265:20,24
273:17,20
274:2,4,6
275:12 280:11
288:24 289:6
291:22 292:2,7
320:20 321:15
323:9
**porous** 275:12
**portion** 93:15
125:20 207:1
296:1
**portions** 140:14

**poses** 43:12
**position** 11:15
25:8,10 29:11
35:1 223:9
285:3 286:7
309:20 334:1
**positive** 70:8
**possess** 250:23
**possessed**
197:20
**possibility**
102:19 104:1
114:19 169:6
169:12
**possible** 48:9
108:22 146:21
183:1 283:23
288:19,22
292:3 299:3,13
301:24 306:5
306:18 311:2
**possibly** 308:19
**postal** 224:1
**posted** 25:9
**potential** 6:12
94:19 146:11
146:21 158:12
158:16 159:6,7
159:10 161:19
163:16,19
164:4 167:8
174:22 202:17
213:14 216:6
260:24 273:13
310:9,21
317:17,21
319:10
**potentially**
42:13 72:20
96:18 98:9,11
98:21 174:5
216:7 328:4
**powder** 21:9
**power** 22:21
**powerpoint** 5:20
6:1 7:11,14,17
8:1 9:17 79:8

80:7,11 139:23
140:7,19 141:1
210:22 211:6
220:9,18,24
221:8 228:11
228:18 244:9
244:18 298:13
**pq** 248:19 249:1
**pqs** 248:15
**pr** 5:14 63:5
64:3 104:22
**practice** 21:10
21:23,24 27:10
27:11 150:7
**precautions**
313:13 319:2
**precise** 307:4
**predetermined**
266:22
**predicate**
282:16
**predict** 158:12
**preferable** 48:2
53:6
**preferred** 52:20
52:24 97:7
**preliminary**
82:8 165:2
183:10 216:14
216:16 217:8
217:19
**premarket** 9:2
269:3,15
282:14
**premature**
101:14 110:6
**preparation**
162:17 257:21
257:23
**prepare** 140:19
140:22 241:10
**prepared** 80:13
141:1 185:12
257:11,12
279:8
**preparing** 26:21
**prescribed** 95:3

**prescription**
106:21
**presence** 69:16
203:4
**present** 51:11
101:6,7 109:23
109:24 116:18
116:19 159:11
**presentation**
80:17 140:16
141:1 157:7
171:22 172:3
211:12 233:1
**presentations**
140:19
**presented** 77:7
94:8 140:20
252:6 291:18
**preserve** 275:4
**president** 146:7
147:13,15,18
147:21 194:5
272:11
**pressure** 42:12
59:10 98:24
99:17 174:14
174:19 183:6
184:5 237:24
266:21
**pressurized**
68:20 101:13
110:6 181:8
182:13
**presumably**
332:20,23
**presumed**
165:18
**pretty** 89:1
163:1 217:23
221:3
**prevent** 41:17
41:18 45:10,23
159:8 174:6
175:8 179:14
181:6 182:5
310:21 319:10
324:2 326:14

**preventative**
28:19 29:2
39:13 43:2
44:22 45:9,20
46:9 95:17
96:2 168:7,13
311:5,10,20
312:1,5
**prevented**
158:17
**prevention**
181:5 182:19
**prevents** 42:11
**previous** 19:16
134:7 135:4
293:10
**previously**
124:16 125:7
271:12
**primarily** 23:17
35:8,10
**primary** 101:12
101:16 109:20
110:4 243:18
**primaryfill**
85:23
**prime** 5:14,20
6:1 7:12,15
63:15 66:5,23
67:5 79:8
80:18 83:14,23
84:2 91:1
92:13 93:20,24
100:18 101:4
104:21 113:11
113:17 139:23
140:8 141:6
171:5,22 187:5
187:11 209:18
210:23 211:7
220:10,19
231:5,9 261:22
**primed** 91:1
**priming** 55:4
58:7 206:8
210:10
**principal** 35:5

**prior** 18:7 19:10
19:11 80:23
83:12 91:19
111:6 141:13
154:12 209:17
226:17 328:13
**priority** 75:1
97:22 241:19
**pro** 181:11
**proactive**
330:22
**probable** 213:16
**probably** 31:19
57:18 68:11
89:4 109:22
123:18 156:7
196:1 198:7
219:19 258:17
281:16 306:23
332:16
**problem** 41:7
42:15 44:24
45:8,10,21,23
48:18 49:4,16
53:21 77:21,24
78:3 84:1,4
103:9 109:12
115:6 118:14
133:24 174:12
200:18 208:8
208:16 214:24
303:3,18
308:23 315:21
324:3 330:21
**problems**
314:12
**procedural**
127:17 265:11
**procedure** 73:17
190:18 287:10
303:20
**procedures** 29:3
314:6
**proceeding**
127:20 251:1
**process** 15:9
27:5,6,7,18,24

28:18 33:19,20
34:13,15,19
41:9,12,14
43:5,7,17
44:13 45:18,19
47:4 49:2,7,14
52:12 55:4
57:13 72:19
78:18 96:2
97:2 100:20,21
100:23,24
101:2 103:12
103:12 112:9
113:10 118:16
118:17 122:2
122:15,19,24
123:3,4,5,8
127:15,17
128:20 129:2,8
129:13 130:20
131:3,19 132:5
132:15,20,21
133:12,23
135:2 137:3
141:20 142:1,1
142:10 144:17
146:4 147:12
174:22 177:23
188:23 189:1
197:16,23
199:4 200:7,15
200:16,17
211:13 217:19
218:24 219:10
221:13,17
225:20 227:2,6
233:13 236:23
236:24 242:4
243:7 248:3,7
248:14,16
249:7,11,20
251:10,16
252:7 254:20
255:18 258:18
259:17 260:12
272:2 283:16
283:20 285:17

286:6,23 287:9
290:2 309:24
311:14 315:18
323:24 326:4
**processes** 24:16
24:17,21 26:9
26:19,23 27:17
28:14 29:1
33:1 47:7
118:23 131:14
248:23 252:11
286:23 314:22
314:24
**processing**
236:22 248:21
251:10 283:13
**procure** 217:17
232:23 286:17
**procured**
234:14
**procurement**
227:21 236:23
**procuring** 26:10
232:5
**produce** 250:10
321:6
**produced** 92:24
151:3 315:12
317:8
**produces** 27:7
**producing**
251:19 293:16
309:9
**product** 23:5
36:11 40:16
46:10 72:13
75:3 78:18
97:23 130:24
131:6,21
132:12,16
142:13 145:21
189:16,21
190:2,3 197:3
199:17 226:14
227:4,16
236:10 237:6
237:17 241:12

243:19 249:1
261:12 263:22
266:11
**production** 10:9
12:5 26:4,11
30:11 128:12
128:15 129:24
152:3 202:10
217:10 226:20
232:15 235:15
235:16,21,24
239:18 242:1,6
243:4 245:12
248:5,20 249:3
251:1 254:21
256:24 260:1
264:5 282:23
283:9,23
284:16 285:4
285:13 286:12
286:20 289:16
289:17 290:10
290:16 291:4,9
291:22 292:3
292:10,22
293:4,5 294:4
315:19
**productions**
12:15
**products** 25:21
26:13 35:12
36:4,9 110:22
110:24 189:7
258:2 335:17
**professional**
75:24 89:7
95:2 166:1
**profits** 330:5,10
**program** 17:22
168:8
**progress** 32:21
33:2 138:22
**progressing**
22:8
**prohibitive**
317:9,9
**project** 22:10

31:13,13,14
32:23 34:4
53:18 55:6
65:13 77:8
81:17 92:4,4
93:2 112:14
118:10 123:20
135:15,16,17
135:19 154:8
174:12 175:4,5
175:17,23,24
176:3 211:8
220:20 232:1
289:8 294:21
311:17 316:8
**projected**
217:24 257:9
257:18,19
260:4,15,17
**projections**
156:7,8
**projects** 31:3,7
31:17 92:2
**promising** 217:9
243:24
**prompted**
284:11
**proof** 178:8
180:21,23
181:2 328:24
328:24
**proper** 23:6
177:5
**properly** 11:18
139:3 167:21
204:13 285:14
**properties**
120:16 149:8
153:9
**propose** 175:19
**proposed**
165:20
**propounded**
340:8
**proprietary**
31:23 37:3,13
37:19,21 38:6

Anatoly Aleksandrovich

Page 372

38:19,21 39:6
42:17 50:12
199:5 208:9
251:18,20
252:1 297:20
**pros** 179:10
**prospect** 254:14
**prospective**
216:13
**protection**
159:19 198:16
**protective** 11:14
13:12
**prototype** 202:9
283:8 289:4
**prove** 237:17
328:19
**proved** 242:3
313:9 314:18
327:14 328:1
**provide** 16:23
34:7 168:14
174:6 175:6
187:8,13
193:10 198:15
224:21 257:13
326:15
**provided** 33:8
55:13 117:23
159:19 166:3
192:19 225:1
225:22 277:1
277:17 281:4
281:21 318:20
**provider** 145:14
193:22 295:18
300:17
**provides** 159:14
230:5
**providing** 33:11
33:22 103:4
267:13 285:12
286:12
**proximity**
235:24
**ptfe** 125:4
126:16,17

198:12 199:3
199:11 273:15
273:18,22
274:2,5,11,12
274:21 275:3
275:11,12
**public** 2:9
337:16 340:21
**pull** 62:17,18
104:16 294:24
**pulled** 266:23
**pulling** 79:1
**pump** 36:19,22
36:22 37:17,24
38:4 39:3,8
55:4 57:2 59:4
59:14 61:3
66:23 67:2
82:10 91:1
93:1,15 94:24
99:1,13 101:11
101:13 110:4,5
111:7 116:1,14
116:15,24
117:1 165:15
166:4 174:7
176:11,18,23
179:9,21
180:11 183:15
188:19 204:12
204:24 206:7
207:18 210:9
210:10 223:22
229:19,20,23
230:11,18,22
274:17 297:20
335:8,8,18
**pumpenfehler**
56:1
**pumps** 35:13,14
36:22 95:3,10
176:6 183:22
188:9,11,17
207:20,22
230:5 297:23
**purchase** 285:14
286:4,15

**purchased**
234:18
**pure** 299:6
**purely** 214:17
**purpose** 36:15
74:4 96:12,15
96:17 138:17
174:3 275:2
305:21 307:4
**purposes** 16:2
68:4 128:13
**pursuant** 2:4
13:2,12
**pursue** 116:23
196:17
**pursued** 184:17
184:21
**push** 231:2
**pushed** 219:14
220:2 236:12
236:16
**pushing** 60:2
**put** 62:11,14
65:5,15 107:10
107:20 129:13
138:16 141:2
258:18 264:18
266:4 283:21
292:23 302:5
323:23 327:23
327:24
**putting** 243:6
302:23 328:13
330:15

---

**Q**

**qir** 8:2 63:14
244:10
**qir09006** 111:4
112:2,11
**qit** 143:12 144:4
144:15,19,23
145:2,5,11
**qit13006** 7:12,15
210:23 220:10
**qualification**
246:5 249:2,3

255:14 257:7
260:5 264:5
266:11
**qualifications**
17:4
**qualified** 226:14
235:15,21
243:23 259:20
**qualify** 130:23
219:2 236:9
254:21 309:16
**qualifying** 131:5
132:16 202:15
227:3 237:5
260:12
**quality** 21:20,24
22:9 28:5,23
44:5,6 65:21
77:6,6 127:18
136:15 137:12
144:5 145:10
146:10,20
147:14,15,21
188:4 195:3
250:12 264:15
264:16 304:8
304:11 315:1,3
317:13
**quantitative**
156:5,6
**quantities**
259:17
**quantity** 217:18
**quash** 11:14
**question** 10:18
15:11,13,22
16:7,14,22
25:18 26:5
44:4 47:12,15
59:6,8,23 61:3
65:16 66:11
123:10,17
128:17 140:17
147:3 172:6
198:6 229:3
238:21,22
269:24 292:12

306:24 320:12
322:3,9,11
327:20 328:10
330:8 331:22
333:23 335:6
**questionable**
112:10
**questioning**
105:16
**questions** 9:9
57:20 62:22
277:13,16
280:11,20,22
307:16,17
308:3 309:12
311:4 319:13
320:10 329:13
336:5 340:8
**quick** 104:3
171:13 221:22
328:10
**quickly** 15:9
55:20 116:2,4
152:4 158:5
280:18 295:15
298:9
**quickset** 7:6
205:19 206:2
208:5
**quicksets** 208:1

---

**R**

**r** 171:17 173:5
173:14 339:1,1
**radiological**
225:14
**ramping** 26:3
**ran** 250:18
**random** 121:9
121:13,19
**range** 123:8
319:24
**ranges** 123:6
157:12
**rare** 86:13
**rarity** 260:24
**rate** 83:14 238:3

319:22
**rates** 319:24
**rationale** 75:1
97:22 297:19
**raw** 299:7
**reach** 154:21
**reached** 13:3
154:8
**read** 105:22,24
151:23 337:9
338:3 340:5
**ready** 254:21
266:4 268:19
**real** 53:23 55:20
104:3 158:4
221:21 280:18
298:9 304:15
306:21,21
325:19
**realized** 68:10
78:5 118:21
214:17
**really** 19:9
49:10 89:7
92:15 97:18
102:18 105:22
189:23 192:11
221:9 229:4
231:14 335:22
**realm** 307:9
**realtime** 2:7
337:14
**reason** 37:15,18
37:21,23 77:14
77:15 88:5
91:23 101:3
123:21 153:6
166:21 170:3
202:11 219:9
224:9 259:13
270:23 279:6
338:5 339:6,8
339:10,12,14
339:16,18,20
339:22,24
**reasonable**
16:23

**reasons** 16:9
75:3,4 97:23
98:4 128:14
166:23 237:21
279:21 313:5
**recall** 18:17,19
19:18,21 40:7
40:10,21 41:2
41:3,8,12,13
42:15 46:5
67:24 70:6,13
70:16 71:2
76:2 77:3,10
78:12,15 80:16
82:23 85:3
89:17 90:22
91:5,6 108:14
108:15 109:7
113:5 119:21
139:3 145:20
166:12,19
167:1 172:1
173:24 175:22
175:22 195:22
201:6 202:21
204:20 205:4,6
223:21 224:2
224:13,16,24
225:16 226:6
253:9 271:8,10
271:17 273:11
279:23 294:10
294:14,17
295:17 308:16
311:6 318:11
319:14
**receipt** 237:3
238:9 286:19
338:15
**receive** 190:3
197:19 239:13
**received** 66:1
86:3 329:4
**receiving** 306:8
**recess** 54:16
104:9 161:7
222:8 295:6

**recognize** 57:11
105:5,8 140:14
209:13,16
332:12
**recollection**
81:14 82:16
105:20 107:17
110:8 116:16
159:23
**recommendat...**
227:21
**recomplete**
258:17
**record** 12:1
13:16,20 14:8
54:13,20 61:6
65:17,22 80:1
100:10 104:6
104:12 107:8
107:11 161:4
161:11 169:19
205:8 222:5,12
275:20 294:23
295:3,10
321:11 323:5
336:15 337:6
**recorded** 300:9
301:2 302:17
332:7,10,19
**redesign** 46:10
52:8 53:19
102:4 116:15
116:23 117:5
118:4 121:17
133:6 181:19
181:23 230:17
303:18 327:23
**redesigned**
326:13,15
327:10 328:13
**redesigning**
305:21
**reduce** 159:7
160:1 174:23
175:19 240:1
273:13 306:4
**reduced** 130:8,8

**reduces** 242:8
**reduction**
159:14
**redundancy**
116:14,24
**redundant**
148:5
**reevaluate**
251:3
**refer** 96:4
108:18 154:11
175:3 189:3
195:15 197:21
204:24 206:7
210:9 211:24
218:3 263:21
307:21
**reference** 82:13
192:23 209:20
**referencing**
229:7
**referred** 147:7
210:14
**referring** 49:7
92:19,22
111:14,20
137:17 141:23
144:8 146:15
146:17,24
147:1,6 151:16
155:18 156:4
158:8 159:1
188:16 189:4
189:18 190:4
190:11 191:1,8
191:14,21
192:1 193:12
212:11 221:20
229:16 230:3
230:15 231:17
248:17,18
290:12 324:21
332:20
**refers** 108:16
111:17 131:14
141:24 142:5,6
147:24 148:22

148:23 188:23
188:24 230:5
249:1
**reflects** 212:22
**refresh** 71:5
**regarding** 172:3
187:10 202:9
247:13 316:18
319:13
**regardless**
303:16,21
**registered** 2:8
165:16 337:15
337:15
**regular** 33:24
225:2 293:11
332:1
**regulated**
313:11
**regulation** 28:11
28:13,21
**regulations** 28:6
28:18,24 314:7
315:4
**regulatory**
133:18 134:5
138:20 145:10
146:3 238:22
258:1 270:2
276:24 330:17
335:22
**rejected** 127:6
184:16 279:9
**related** 16:6
105:20 111:21
188:8 189:11
189:15 190:2
230:10,24
271:6 299:3
**relating** 30:5
31:8 33:12
40:24 49:21
163:17 167:8
180:10 187:5
**relationship**
30:8,20,23,24
78:19 243:22

Anatoly Aleksandrovich

relationships 23:7
relatively 98:5
release 128:11
129:23 202:9
267:11 283:8
285:13
released 196:3
289:17
releasing 128:15
reliability 180:8
reliably 27:7
relook 252:18
rely 103:21
208:10
remain 20:8
102:5 115:13
121:11,20
124:4 126:19
150:15 178:18
215:5 271:21
274:7,8 327:1
328:2
remained
112:11
remaining
130:18 149:3
153:1 217:6
237:13 291:3
remains 113:23
242:10 260:23
remember
14:23 18:15
19:9,15 25:11
25:12 28:10
33:3 39:22,24
40:1 61:16
67:18,19 68:13
70:1,4 76:23
78:23 80:12,19
83:11 87:2
88:16 89:20
91:9,14 93:1
96:9 117:2
121:6 124:6
132:18 137:4
140:23 141:8

141:12,16
155:19 171:15
171:24 179:4
180:5 182:15
183:2 184:19
193:5 195:14
196:2 198:21
201:10,14,16
203:5 206:13
207:15 208:17
208:18 216:19
216:23 218:2
219:20 220:4
221:11,15,19
227:5 229:1
230:16 231:1
234:4 236:18
236:20 240:10
246:15,20
247:22 253:8
255:5 258:7
261:18 264:3
274:22 278:13
280:21 281:14
281:20,23
283:18 291:14
292:4 295:21
308:12,19
318:1
remembering
81:16
removal 181:5
182:19
removed 69:6
112:9 315:21
removing 181:7
render 101:9
110:1
rendering 41:21
repeat 243:2
321:12
repeatedly 27:8
repels 125:12,12
rephrase 15:13
replace 229:18
229:21
replaced 215:4

273:17 275:12
replacement 8:1
114:22 196:12
197:1 225:19
226:12,18
227:3 228:3
232:1 241:24
244:9,19
259:15 271:21
288:20 289:1
replacing 314:9
replicate 71:24
72:5
replicated 78:4
replow 15:2
report 5:16 8:14
8:17 33:15
34:12 46:20
62:2,24 63:17
63:20,22 109:3
110:14 121:23
162:18 163:1,3
163:3 185:12
195:15,18,20
195:20 196:2
217:22 218:1
241:1,5,6,11
241:23 242:3
262:7,15,20
263:5 264:6,22
265:6 267:12
267:13 288:11
305:9 306:14
306:15 309:18
321:6 329:5
334:6
reported 90:23
111:5 137:15
137:21 305:8
331:6
reporter 2:8,8
14:9 15:19
16:9 21:17
39:15 153:24
319:3 330:7
337:15,15,15
337:23

reporting 46:23
46:24 136:8
138:20 142:11
190:18 261:20
299:12
reports 6:16
7:20 33:23
61:12 185:2
201:15 217:14
240:15 302:7
332:19
represent
169:24 267:4
representatives
186:24 332:11
represented
271:2 328:6
representing 3:6
3:12,17,23 4:6
4:12
represents
272:16
reproduce 67:21
reproduction
337:21
request 8:9,12
9:7 10:9 83:12
108:11 109:16
223:22,23
224:15 225:13
226:6 256:5,12
257:6 258:20
259:2,9 278:19
279:3 302:6
requested
134:21 256:17
258:9 260:8,15
277:2 279:10
337:7
requesting
224:12,23
256:13 257:17
require 132:20
189:6 238:19
256:19
required 46:17
46:19 74:6

128:9,11 202:7
202:10,12,16
204:20 226:17
226:19,22
238:11 242:11
257:2,22
279:15 281:11
314:1 315:3
316:12
requirement
29:1 120:5
152:9 265:11
279:19
requirements
28:2 29:5
244:1 313:8
318:6 330:17
requires 135:3
257:21,24
279:12
requiring
279:22
research 155:1
155:15
reserve 243:10
reservoir 7:3,9
36:17,21,22,23
38:16 57:23,24
58:4,4,20
66:19,22 67:3
67:10 68:11,17
69:4,7 82:7
90:24 91:4
99:3,6,14,16
100:2,2,20
101:2,10,14
102:6 110:3,7
111:8 114:7
149:17 150:10
150:16 151:4
165:10 167:21
167:22 168:4
173:22 174:8
174:19 175:6
178:23 179:5
179:12,13,16
179:19,23

181:4,8,13
182:12,18
203:11 204:17
206:7,21 207:2
207:9,11,17,23
209:6 210:3,3
210:10 303:6
310:1,8 334:9
334:13,19,22
335:2,12,15
**reservoirs** 29:21
29:23,24 30:2
38:7,11,17,20
39:1,2,5,7
95:11 112:24
114:3 116:1
149:12 150:4
166:6 176:5,16
205:9 208:15
209:14,20
297:22 300:19
**residual** 69:17
69:23 70:7,8
112:24 114:3
**resolution**
106:24 107:3
**resource** 316:12
**resources**
243:13 316:11
**respect** 310:15
312:3
**respond** 278:6
**responded**
277:12
**responding**
281:8
**responds** 226:10
**response** 9:9
12:9 15:22
226:5,5 280:11
**responses**
139:14 280:18
**responsibility**
35:8,11 49:8
78:18 134:11
270:1 307:9
**responsible**

214:12,13
**rest** 86:22
**resubmission**
279:14
**result** 84:19
98:9,11,21
99:4 100:21
163:21 179:19
204:14 261:22
288:11 305:10
308:22 309:4
309:23 310:7
**resulted** 91:14
113:8 249:8
259:17 260:2,3
305:3 331:20
**resulting** 113:17
232:15
**results** 43:20
82:3 101:15
164:2 217:8
241:7 245:13
250:13 267:12
317:8
**resume** 165:6
**retire** 179:13
**retool** 133:6
**return** 112:12
293:21 338:13
**returned** 61:13
67:14,20 68:7
69:15,21 82:22
110:21,24
112:10,13
142:14
**returns** 299:2,13
**rev** 6:13 161:21
**revealed** 288:23
**review** 5:20 6:1
7:18 8:2 33:8
69:14 79:8
80:18 105:15
112:22 127:12
127:15,16
128:5,9,10
129:19,21,22
129:22 135:3

137:23 139:16
139:23 140:8
141:6 162:17
163:3 164:18
183:10 219:22
227:12 228:11
228:19 238:11
244:11,20,23
245:4,5 268:20
279:12 289:14
**reviewed** 85:22
127:19 138:8
163:2 237:7
282:14
**reviewer** 136:22
**reviewers**
137:13
**reviewing**
129:12 138:18
**reviews** 137:22
137:22
**revisiting**
254:12
**right** 11:21
15:14 16:4
17:5 19:4 20:3
20:6 29:6
36:20,20 40:3
40:11,14,18
42:9,12,17
43:13,24 45:4
45:6,11,17,24
46:6,9 47:9
48:14 49:13
51:12,23 52:1
53:7,10,24
55:8 56:22
58:19,21 59:14
59:17,18,22
60:21 61:22
63:23 64:11,21
64:22 65:2
66:16 67:8
68:14,18 69:2
69:5 71:7,22
73:3,4 74:6,12
75:22 76:2,18

81:11 82:18
84:12 87:17,18
87:23,24 88:2
88:6,17 89:5
90:5,8 96:23
100:3 102:8,10
103:11,15,19
107:21 108:1,5
109:17 110:24
111:2,24
113:18 114:8
115:19 117:14
117:15 118:24
119:1 122:16
124:20 126:23
127:3,12
128:15 129:4,8
130:16,20
131:3,4 132:12
133:12 135:11
140:24 141:4
141:16 142:7
142:12,15,16
142:22 144:2
144:11 145:4,5
145:23 146:6,7
146:10 147:11
148:1,3,8
149:10 150:11
150:21 151:6
151:11 152:18
152:19,21
153:23 154:16
156:11,17
157:5,13 158:2
158:14,18,20
160:20,24
163:9 164:21
167:2 168:17
170:13 171:10
173:9 174:9
175:9,10,20
177:9 178:15
180:18,20
181:20 182:6
183:16 184:5
186:3,4,9

189:12,14
191:3 192:4,15
193:4 194:7
197:7 198:19
201:16 203:22
204:5,6 206:24
208:24 209:13
210:7 212:16
214:4,18,20
215:6,7,14,17
217:20,21
218:9,18 220:5
221:3 225:8
229:10,12,13
230:13 231:13
232:1,6 233:3
233:22 234:9
234:16 239:5
239:10 245:14
246:6 249:15
255:5 259:10
263:4 264:17
268:2 272:5,9
273:18,19
275:18 278:15
279:2 284:17
286:24 290:18
292:15 293:7
296:7,12,14,15
299:17,18
300:13,16,22
301:5,9,11
302:23 304:17
304:21 305:4
307:11 310:17
325:12 326:8
326:17,24
330:2,5,17,18
330:24 331:8
332:6,13,14,22
333:4,8,13
334:11 335:15
335:23
**righthand**
270:16
**rise** 51:15
**risk** 43:5,6,12

Anatoly Aleksandrovich

44:18 47:3,6,6
47:17,19,23
48:6,8,10 50:1
52:14,20,24
72:11,16 74:20
75:4,8,10
77:16,22,23
85:20 92:9,12
93:18,20,24
94:19,21 97:4
97:7 98:3,5,6
103:6 129:17
130:3 143:6
146:9 158:12
159:14,17
160:1,13
164:24 166:22
174:23 177:4
177:12 183:1
190:22 196:6
223:10 226:2
240:1 314:10
326:19 328:19
**risks** 94:18
261:13
**road** 3:20 4:10
**robust** 310:20
312:20 324:1
**role** 19:13 23:1
136:17
**root** 45:8 49:15
72:10 82:4
101:16 108:12
109:2,11,15,20
110:9 115:6
143:2 146:8
164:10 175:17
181:12 213:13
213:13,20
**roughly** 332:3
334:1
**ruled** 214:14
**rules** 28:9 314:6
324:22
**run** 248:19,20
251:17 295:24
**running** 19:13

182:17 235:15
250:21
**runs** 248:19
250:17,18
**rush** 336:10
**russia** 20:8

—————
**S**

**s** 1:17,17 4:12
5:10 9:1 11:4,6
11:16,18
119:15 269:2
**safe** 168:15
311:2 319:1,7
**safely** 149:7
**safety** 43:13
44:18 75:4
98:3 167:8
202:11,13,16
261:13 316:16
330:1,9,16,23
**sample** 156:9
266:16,18
**sampled** 156:9
**samples** 119:24
120:14 121:2,6
121:19 122:20
211:22 216:13
232:5
**sampling** 31:7
**sandra** 136:1,2
**sara** 119:15,17
**satisfactory**
169:5
**saturated** 152:4
**saw** 91:4 137:6
143:21 193:2
251:1 259:10
262:20 276:13
295:16 298:23
305:9 324:5
**saying** 28:23
45:6 60:3,9
115:22 212:18
226:10 305:13
335:11
**says** 64:2,4 66:1

80:22 82:3
84:24 85:20,21
86:9 94:16
100:15 109:19
109:19 111:3
112:1,8 114:2
120:3 146:7,10
148:13 149:21
158:5,21 159:2
159:13 160:14
163:17 164:23
165:13 174:12
174:17 178:8
179:12 181:15
183:6 193:7,16
202:11,14
204:6,9,23
206:7 210:8
223:19 229:5
232:7 238:10
248:12 263:4
268:11 270:23
271:15 276:9
288:11,12,17
289:12 290:9
290:15
**scatter** 151:23
**sccm** 212:17
242:12
**schedule** 34:10
190:21 217:20
217:24,24
218:3,8,10,23
219:23 235:4,6
260:4
**scheduled** 19:4
290:16
**scheduling**
292:13
**school** 18:2
**science** 123:12
123:16,19,23
**scope** 176:4
**screen** 59:15
71:1
**screw** 57:23
58:3 59:2,9

60:5,20,24
67:11 99:7,17
99:18 100:1
165:10 184:4
**se** 303:1
**seat** 179:21
**seated** 58:3,8
59:1,2,5,5,11
61:1
**seating** 58:7
59:18,19
179:20 183:7
184:1,1,3
**second** 76:9
80:20,21 94:15
125:24 140:12
148:14 175:15
189:14 191:11
195:5 203:19
203:23 204:9
208:21 211:16
218:18 223:14
229:11 245:6
259:20 268:11
294:23
**seconds** 60:13
**section** 126:17
203:3
**see** 14:21 23:21
53:7,12 57:1,2
58:10,16,22
59:23 60:19
63:2 66:6 67:6
71:1 75:5
76:11 81:6
82:11 83:13,17
85:10,12 86:14
87:24 88:13,22
89:15 90:14,20
95:12 98:14
100:15 101:19
105:19 106:10
106:15,16
107:15 108:15
110:18,23
111:10 120:3,8
122:5 136:10

143:17 146:13
148:19 149:23
157:11 159:21
162:8 166:8
167:12 186:22
190:24 197:12
199:7 202:19
203:24,24
205:2 206:9,16
206:22 244:21
247:15 262:17
263:7,16
264:11,14
270:24 276:11
276:13 289:19
306:13,13
319:19
**seeing** 59:15
71:2 250:24
264:1 275:3
**seek** 154:22
**seeking** 37:16
**seen** 55:16 57:15
57:22 58:6
71:12,14,15
80:10 105:6,9
140:10,15
162:10 166:14
171:13 181:2
263:12,18,19
269:17,20
277:5 298:19
**seizing** 145:22
**select** 154:5
**selected** 114:24
152:7 233:11
243:18 245:10
245:12 255:12
259:15 313:6
**selecting** 178:4
**selection** 151:1
217:6
**send** 128:5
165:21,24
193:21
**senior** 25:12
26:2 35:5

Anatoly Aleksandrovich

147:18 187:19
188:4
**sense** 15:12 26:7
244:3 287:16
292:20
**sensor** 25:23
**sent** 80:24
167:14,16,17
167:24 268:16
276:17 279:8
**sentences** 120:3
**separate** 132:14
144:10 170:1
213:17
**separately**
131:20 265:13
**september**
20:12,24 55:3
66:3 81:11
88:9 139:11
239:1 246:18
246:24 286:2
294:8 300:8
**sequence** 66:23
72:4 81:10
142:2 170:17
170:24
**sequences**
313:14
**series** 39:8 176:6
176:7,12,12,15
176:15,21,22
230:6
**serious** 30:3
62:16 164:7
302:17 333:21
334:2
**serve** 11:7
**served** 11:17,19
**service** 66:2
87:10 224:1
**services** 2:22
13:22
**set** 23:4 24:16
30:11 32:4,10
33:20 35:8
36:8 38:1 55:9

66:20 67:2
72:9 75:2
78:23 97:22
117:17 131:23
132:1 164:1
165:3 167:11
202:8 203:3
204:13,18,24
210:11 258:2
271:19 285:12
293:11,21
296:2,7,9,13
297:14 305:11
309:5 334:10
334:19 335:8
**sets** 5:13 6:12
9:1 29:18,19
30:6,9,17,21
31:9,22 32:3
33:13 36:6,14
38:3,5 61:13
63:15 67:14,21
68:7 69:15,21
81:1 82:22
95:11 104:21
110:21 121:11
142:15 161:19
166:7 176:4
206:2 208:5
225:19 237:10
261:1 269:3,14
276:3 290:22
292:6,10,22
293:5 294:11
294:19 296:2
296:18 297:16
297:22 298:6
334:15 335:5
335:13
**setting** 24:21
26:4,12
**settings** 96:6
**settled** 117:20
197:10 200:24
**setup** 31:11
**seven** 22:13
**seventh** 4:4

**severe** 75:9,13
331:15,19,20
331:24
**severity** 86:6
90:3 98:6
166:22
**shame** 59:13
**shape** 214:2
**share** 190:1
**sheet** 338:6,9,11
338:14 340:10
**shelf** 234:18
237:11,19
**shes** 187:16,19
188:1
**shift** 42:22 50:9
221:24
**shipments** 95:10
145:22 166:5
189:17
**shipped** 205:13
239:14
**shop** 21:8
**short** 182:16
250:17 271:16
**shortcircuit**
166:17
**shorthand** 147:5
**shortly** 39:12
130:2
**shoulders** 15:21
**show** 70:11 71:4
**showed** 274:13
**shower** 182:17
**shown** 98:18
255:12
**shows** 167:20
211:21 213:1
213:11,11
**shrugs** 15:21
**sic** 170:12
**side** 101:7,8
109:23 110:1
270:16 304:17
306:18 317:9
**sides** 177:6,16
**sigma** 23:17

**sign** 337:9 338:8
**signal** 304:13
329:15
**signals** 59:4
**signature**
264:10
**signed** 279:4
**significant**
135:10 143:23
163:18 164:4,6
165:1 213:21
213:23 312:20
316:11
**significantly**
234:20 250:18
320:4
**signing** 338:10
**silicone** 41:16,20
112:3 315:19
325:16
**similar** 110:22
241:11
**simply** 113:22
193:21 281:8
309:11 313:15
**simulate** 237:24
238:5,5
**simultaneously**
239:24 240:5,9
**single** 198:20,22
**singlelayer**
198:19
**singlemembra...**
198:10
**site** 30:10
**sitting** 15:23
308:17
**situation** 46:7
46:14 49:23
72:1,7,8 73:6
73:12,15 74:6
74:14,19 90:22
97:12 112:5
113:6 143:22
145:3 328:18
**situational**
72:24

**situations** 165:5
**six** 23:16 122:16
220:20 221:8
225:12 229:11
231:16 238:6
259:9 260:8
**size** 156:10
176:15,17
230:11
**skip** 148:3
231:15
**slide** 51:3 57:23
58:3 59:2,8,16
60:5,20,24
67:11 80:7,11
99:2,2,7,13,17
99:18 100:1
104:21 105:10
140:10 141:19
149:21 151:14
165:9 171:4,13
177:5 182:20
184:4 191:7,12
195:23 196:1
211:6 213:9
214:21 215:19
217:13 220:18
220:24 221:8
228:18 231:23
231:24 239:12
244:18
**slides** 9:17
298:13
**slight** 62:8 140:7
**slit** 199:21
**small** 21:5 22:20
43:9 112:17
179:12,16
**smc** 36:2
**smith** 3:8
**snapcap** 113:1,2
114:3
**socalled** 237:22
283:8
**social** 91:8
**software** 136:8
183:21,22

sold 296:18
  297:3,7,16
  304:14,19
solution 53:21
  115:5,8,12,21
  116:21 127:6
  168:14,18
  169:1,6 196:18
  310:9,14
  314:11
solutions 174:6
  174:22 175:5
  175:19
somebody 83:9
  91:6 109:7
  137:5 215:24
sonic 201:8
soon 21:2
  146:20 290:10
  292:3
sorry 21:16
  25:17 54:10
  62:9 77:12
  79:14,20 97:21
  103:23 108:24
  128:16,18
  137:24 148:9
  155:5 180:4
  185:16 198:5
  200:9,12
  218:12,17
  219:6 263:16
  288:4 307:24
  329:13 333:9
  333:16
sort 26:7 68:9
  72:18 73:21
  102:2 121:8
  254:12 287:8
sound 275:5
sounds 41:18
  181:18
source 64:23
  182:16 271:20
  273:12
sources 65:7
south 4:4

soviet 17:17
  20:5
space 338:6
speak 53:15
  166:23 286:14
speaking 16:11
  304:10
spec 81:3 148:17
  159:20 160:8
  160:14,19,23
  215:17,21
  217:15 221:18
  233:6,24 234:6
  234:7,11,12
  289:2 318:2
special 9:2 261:2
  269:4,15 279:7
  279:14,19
specialization
  21:12 27:10
specializes 21:9
  155:2
specific 24:20
  27:15 28:13
  45:15 53:9
  84:20 93:24
  190:19 197:18
  229:24 233:12
  311:24 332:4
specifically 38:8
  49:20 59:18
  123:19 167:1
  234:19 261:24
  300:21 303:12
specification
  148:24 150:23
  217:16 233:9
  245:17 317:23
specifications
  129:3 131:8
  232:22 233:19
  234:10,13
  251:21
speculate 181:1
speculation
  328:23
spent 107:1

  281:15
spillage 149:18
spilled 68:15,16
  69:1,3 112:24
  114:3 149:19
  150:10 165:22
  168:3
spills 155:17
  157:10
spoke 211:23
sports 91:8
spouse 1:5
spring 50:10
  70:16 193:3
  200:23 258:19
  308:11
stage 49:10
  221:12
stages 50:4
stain 112:18,23
  112:23
stamp 212:7,8
stamped 5:14,17
  5:21 6:2,5,8,10
  6:14,17,19,22
  7:2,4,7,9,12,15
  7:18,21 8:2,5,7
  8:10,12,15,17
  8:20 9:3,5,7,10
  9:12,15,17
  62:3 74:24
  79:9 104:22
  119:7 126:4
  139:24 161:22
  172:16 185:3
  186:13 194:19
  201:23 203:12
  205:20 209:7
  210:23 220:10
  222:22 228:12
  240:16 244:11
  247:7 253:20
  256:6 259:3
  262:8 264:23
  267:20 269:5
  277:22 278:20
  280:12 282:5

  298:13
stand 42:8 43:1
  105:8
standard 38:12
  142:18 322:10
standpoint
  21:14 116:8
  257:1
stands 235:10
  309:12
start 59:21
  107:24 129:17
  204:17 240:2
  264:1 286:20
  290:6,16
started 21:4
  57:13 66:24
  67:1 78:24
  79:1,2 110:20
  130:7 235:6
starting 25:5
starts 58:20
  204:2,2 300:15
state 1:10 17:15
  26:12 64:3
  338:5
statement 12:10
  174:13,16
  175:2 304:2
states 1:1 115:7
statistical
  328:24
status 7:18
  20:17 223:21
  224:12,16
  228:12,20
  229:5 233:2
  235:3 247:14
  283:8,9 289:17
stay 136:7
  138:21
stays 159:11
stenographic
  14:7
step 72:18
  102:15 122:1
  127:22 130:23

  131:12,12,14
  132:11,24
  133:17 142:12
  142:17,24
  143:11 144:3
  145:8,24 146:9
  147:12 197:9
  197:12 232:7
  233:13 242:22
  256:23 266:9
  266:10 267:9
  289:24 293:9
  293:10 313:12
steps 44:7 73:2
  78:21 94:20
  128:1 134:7
  142:1 143:14
  148:13 196:11
  224:9 243:1
  245:23 283:3
  312:18 313:13
  313:21 319:9
sterile 237:14,18
sterilized 216:14
stipulation
  12:19 13:3
stipulations
  10:13
stock 290:10,13
  291:8
stop 60:2 306:8
stopped 58:8
  60:5 184:19
  248:22 335:1
stopper 57:22
  57:24 58:4,20
  67:3,10 80:23
  99:3,6,14
  100:2,2 111:8
  165:10 179:14
  179:21 183:8
stopping 259:18
stops 60:20
  99:17 100:3
  152:5 165:4
  184:5 277:3
storage 22:21

stored 237:13,23
strategy 298:2
street 3:4 4:4
strict 135:3
strike 73:13
　108:8 116:10
　133:16 180:4
　252:16 321:7
　322:2 333:18
struck 262:20
studies 150:18
study 142:19,21
　149:11,15
　150:2 151:17
stuff 176:9
subcutaneous
　9:1 164:2
　269:2,14
subject 12:4
　338:10
subjected
　266:24
submission
　133:18 134:5
　144:3 189:6,8
　189:11 226:17
　226:19 237:3
　238:9,11 254:7
　257:10,12,15
　257:16,21,23
　260:16 268:15
　269:13,20
　271:3 277:5,7
　277:14 279:7
　279:10,11,11
　279:14 281:5
　281:22
submissions
　258:2
submit 74:10
　78:11 143:16
　238:15 266:4
　267:14
submits 193:9
submitted 74:15
　133:19 134:15
　276:15 281:19

289:14
submitting
　267:10
subscribed
　340:17
subsequent
　135:3 197:24
subsequently
　197:14
substance 340:9
substantial
　282:19 324:2
substantially
　236:13 282:15
success 311:16
　311:17
successful
　226:16 244:2
　289:12
successfully
　250:11
suffer 208:8
suffered 328:16
suffice 333:24
sufficient 103:5
　108:21 312:23
suggest 164:3
suggesting
　28:22
suggests 165:3
suitable 241:24
　242:19 251:7
　259:24 281:5
　288:20
suite 2:5 3:4,10
　3:15,21 4:10
summaries 34:8
summarize
　108:12
summarizes
　241:6
summarizing
　119:23 267:12
summary 8:14
　8:17 33:15,23
　110:17 114:18
　186:2,23 202:7

211:8 220:20
　262:7,14 263:4
　264:22 265:6
summer 200:24
　201:13 253:10
　258:12 308:11
　308:11
super 73:16
supervision
　337:22
supervisor
　187:21 228:22
supervisors
　332:22
supor 152:20,24
　153:15 155:9
　156:15 157:17
　232:19
supplier 23:8
　30:8 78:19
　129:17 154:22
　155:10 197:5
　197:20 198:23
　216:7,8 230:4
　235:19 242:5
　243:21,23
　259:14,21
　290:6,9
suppliers 26:14
　117:24 154:5
　259:22
supplies 33:14
supply 291:3
support 10:2
　191:20 192:9
　192:10 230:14
　230:17,18,20
　273:17
supposed 26:24
　49:11 180:1
　262:21
sure 14:23 28:20
　54:5 62:13
　72:4 89:3
　102:5 103:18
　104:4 107:2
　111:16 113:20

116:10 125:23
　129:2 133:4,10
　135:7 136:6
　140:13 155:15
　167:16 172:7
　179:17 189:1
　209:19 221:23
　223:8 238:15
　272:21 304:21
　307:6 331:23
　335:1,9
suret 66:21
surface 41:16
　51:11 242:8
surrounding
　187:11 192:10
surviving 1:5
suspected 88:11
　88:21 89:11
　90:9,12,18
suspended
　248:15
svn 66:2 88:3
　91:11,14
svns 85:22 87:9
　87:20 92:3
svp 147:15,17
swear 14:11
switch 260:2
　317:6
switched 29:14
switching 334:7
sworn 14:14
　337:5 340:17
synopsis 185:14
　185:19
synthesized
　163:8
system 26:22
　29:10 32:8
　43:18 66:5
　127:18 132:2
　174:15 261:24
　284:13 315:1,3
　325:7 328:19
systemic 284:4,6
　284:11

systems 28:6,23
　44:6,7 174:18
　178:7

—————

**T**

t 5:10 269:24
　339:1
tabulated 86:8
take 15:3,20
　16:10,11 45:9
　48:7 53:23
　57:5 73:2 77:8
　78:22 79:4
　82:9 93:12
　102:15,19
　103:9 104:3
　105:14,18
　116:23 127:1
　133:15 160:21
　161:15 168:11
　168:19 169:11
　171:12 186:9
　209:21 210:16
　210:18 211:11
　221:21 227:11
　241:19 248:6
　251:2 254:20
　255:3,19 256:1
　258:22 262:3
　266:15 267:2
　267:15 270:2
　281:24 283:16
　284:1,20
　285:17 286:1,6
　298:10 313:2
　313:12,17
taken 2:3 13:2
　13:12 54:16
　104:9 161:7
　222:8 224:9
　245:24 271:18
　283:3 295:6
　305:9 311:9,15
takes 22:14
　23:22 92:3
　99:19 286:14
talk 36:12 41:23

Anatoly Aleksandrovich

42:23 44:1,21
47:1 49:19
83:19 122:18
160:10,22
216:5 237:5
245:9,16,17
246:4,5 324:12
**talked** 26:18
46:15 82:23
97:1,6,20,21
98:5,16 100:17
110:23 130:3
139:1 142:13
142:20 165:8
168:1 178:2,11
196:22 215:22
232:18 266:17
266:17 273:21
324:13
**talking** 20:18
28:1 53:4
54:24 81:9
96:23 111:12
116:12 124:12
125:6 136:23
151:10 158:19
176:10,20
195:24 237:16
244:24 264:14
284:22 295:17
304:17 325:8
331:19
**talks** 160:7
177:17 239:13
**target** 246:17,23
280:4
**tashkent** 17:15
**task** 280:24
**tasked** 52:13,16
**tasks** 108:21
136:20
**team** 39:23
52:17 53:18
55:6 61:20
76:13 79:1
101:16 102:13
117:24 122:10

127:20 144:5
171:19 173:2,8
213:12 259:22
304:8,12
**tech** 235:20
241:9 247:18
247:23 248:3
252:13 259:21
**technical** 17:15
**technically**
322:24
**technique** 47:23
48:11 82:7
216:1 255:7
**techniques**
47:17,19 48:7
**technology** 21:9
21:15 22:22
284:13
**teleconferenced**
2:2
**tell** 15:12 17:1
44:8 72:6
92:11,14
148:21 151:24
158:9 175:1
183:23 207:8
213:19 229:4,6
231:12 280:18
**telling** 193:18
**tells** 152:2,5
213:22,22
**temp** 299:3,13
301:24
**temperature**
237:23 266:20
266:20
**temporarily**
114:20 204:12
260:21
**temporary** 7:11
7:14 19:14
39:16 40:3
42:1 55:1 82:5
84:20 101:17
163:21 209:18
210:22 211:7

215:5 220:9,19
261:3 297:9
305:1,14,23
306:9 308:9,21
308:22 309:3
309:22 315:8
315:22 316:6
323:24 324:15
**ten** 170:7
**tennessee** 1:1
3:10 14:5
**term** 44:24 45:2
45:2 271:16,17
271:20 310:18
**termination**
225:15
**terms** 150:8
201:8
**terrible** 47:14
107:4
**test** 22:9 69:16
70:2 82:20
93:14 112:17
112:21 135:19
180:14 199:24
201:2 237:20
238:6 244:1
245:12 257:14
266:18 274:19
**tested** 69:21
70:5 81:2
112:15 121:2
126:15,23
127:6 132:1
196:6 226:13
288:22 317:18
**testified** 14:15
19:2 310:12
312:8 318:21
329:24 331:4
333:6,11 334:8
335:21
**testify** 318:17
**testimony** 6:15
15:19 18:8,18
19:5,11,18
60:23 311:3

337:6
**testing** 67:15,20
68:3 71:23
100:16 110:21
110:22 112:16
119:24 130:4
134:8,9 152:7
164:3,10 165:3
180:8 183:9
196:5,20
211:21 216:15
216:16 217:7,9
217:14 227:2
227:15,20
232:8,14
236:23 237:21
241:3,7 242:3
242:13,18
243:3 244:2
245:19 246:6
246:10 255:13
257:9,22
265:18,23
266:12,12,14
266:24 267:12
273:22 274:13
281:7,11
288:23 289:13
314:8,18
**tests** 68:5 70:7
**text** 167:20
**thanh** 223:17,19
223:19 225:9
225:13 226:10
**thank** 307:13,14
321:3 323:15
329:10,11
336:5,7,7
**thanks** 11:20
222:3
**thats** 11:20 13:7
26:24 27:2
28:2,5,8 37:18
40:19 41:24
43:11,24 44:12
45:13,13,19
52:19 53:8

54:7 55:9,9
59:17,22 60:3
62:19 63:5
64:7 65:4 67:8
68:3 69:13
72:18,20,23
73:4 75:16
76:12 81:8
84:9 86:11
89:23 90:5,11
91:11 92:19
97:1,7 98:4,8
99:5 106:4
108:7 112:5
122:22 123:4
125:11 128:2
128:21,21,23
129:10 130:21
131:19 132:13
133:5 138:20
141:19,23
142:7 144:10
145:1,6,15
146:15 151:6
156:6 158:1,5
162:6 163:1,7
163:12 165:8
171:11 174:15
174:20,23
177:14 184:3
189:18 190:4
190:11 191:1,8
191:21 192:1
193:12 199:14
199:22 203:6
207:9 211:24
212:13,18,20
212:21 214:6
215:21 227:22
231:21 234:18
239:4 248:18
256:21 258:15
265:11 274:9
277:2,15
286:13 289:21
289:21,24
296:4,10

Anatoly Aleksandrovich

301:11 306:18
311:14,16
312:11 322:2,9
324:20,24
325:5,12
326:12 328:5
329:9 330:4
334:12
**thenexisting**
321:15 323:8
**theoretically**
102:18
**theory** 120:10
126:15,22
**therapy** 59:21
**theres** 16:18
28:12 43:11
44:13 45:22
47:16 55:22,22
85:6 92:3
93:19 97:13
99:18 106:8,17
108:3,10
124:19 146:9
152:23 167:19
203:24 207:11
235:3 311:3
319:16
**theyre** 26:24
59:20 89:21
111:20 147:6
205:13 235:12
235:18 251:19
266:21,23
281:2,3 310:18
330:22
**theyve** 139:1
**thin** 153:10
**thing** 12:17
13:10 28:24
49:15 60:13
115:10 117:11
138:14 144:7
145:15 150:22
152:2 169:12
203:24 206:7
245:17 294:24

330:1
**things** 12:9 22:8
28:14 31:2,14
33:9 34:22
45:20 53:2
73:10 79:1
100:5 106:17
108:7,22,23
145:16,17,22
170:16 175:1
213:20 227:17
234:16 251:9
251:13,14
257:4 295:14
315:5 320:18
321:13
**think** 58:6,7
59:19 67:17
68:6 81:16
88:15 93:5
94:3,4 96:10
102:22 106:14
118:12,13
123:24 130:16
135:1 136:19
154:17 166:14
169:3,5,23,24
184:18 198:21
212:7,8 223:10
239:8 276:24
285:16 288:5
293:19,22
309:14
**thinking** 194:11
254:24
**third** 48:10
142:17 163:15
189:24
**thirty** 338:15
**thompson** 4:8
11:3
**thompsonhine**
4:11
**thorough** 109:9
**thoroughly**
288:22
**thought** 52:11

151:6 182:24
304:22 335:4
**three** 14:24
18:21 23:21
29:12 48:12
58:23 60:18
87:24 117:3
130:8 148:7
152:6,7,8,23
152:24 153:1
156:24 158:2
159:18 163:13
178:12 196:20
197:1 231:21
232:17 233:11
237:13 238:5
250:23 272:6
283:17 296:3,8
317:17,17,21
318:5
**threeandahalf**
64:11,16,21
117:6 312:9,13
313:3
**threshold**
331:14,23
**till** 255:13
**time** 13:23 15:5
15:10 16:12,21
18:17,23 19:1
25:15 30:15
31:18 32:21,23
33:2 37:7
40:11,16 41:15
42:14 54:13,20
77:7,21 78:8
81:15,17 86:17
91:19 94:5
96:5 99:19,24
102:12 104:6
104:12 108:21
109:9 116:18
116:22 118:2,7
124:2,11 132:8
133:19 134:21
134:21 136:16

138:21 143:8
152:3 155:11
161:4,11
176:11 180:14
187:22 192:22
194:5,12 195:4
201:7,11 222:5
222:12 227:7
235:13,16
236:6 237:7
238:7 241:11
241:15,18
243:6,8 248:13
248:23 253:13
254:11 255:1
255:11 257:10
257:11,21,22
258:3,8,9
266:23 277:5
281:15 284:14
286:18 292:21
293:2,12,22
295:3,10 297:9
298:22 300:16
302:7 315:19
316:18 323:12
336:6,16
**timeline** 105:5,7
105:9,19
107:17 254:19
**timely** 11:19
**times** 86:12
216:14 296:13
**timing** 234:4
**tired** 249:14
**tissue** 164:2
**title** 35:4
**titled** 63:14
140:8 181:4
211:7
**today** 12:4 13:11
15:3,23 35:1
162:17 211:23
250:22 277:4
284:2 308:14
308:17 310:4
**todays** 13:22

**told** 19:23 77:11
143:13 153:5
169:3 239:8
**tool** 158:11
159:10 213:12
214:8
**tooling** 181:16
181:23
**tools** 214:8
**top** 6:5,21 8:4,7
8:19 9:14 64:3
69:3 92:16
114:8 119:6
168:4 194:18
201:16 203:22
204:23 206:19
210:3 212:10
222:21 247:6
253:19 254:4
263:3 267:19
268:2 270:15
276:8
**topics** 334:7
**total** 165:14
**touched** 47:2
**touching** 42:23
80:23 85:2
**touchstone**
107:21
**traced** 328:17
**traces** 82:21
**track** 136:7
**traditional**
279:11,20
**trained** 23:16
44:6 307:3,6
332:11
**training** 17:11
18:6 21:22
158:22 307:8,8
**tran** 223:17
**transcript** 15:24
337:9,20
338:16,17
**transcription**
340:7
**transfer** 114:7

Anatoly Aleksandrovich

167:22 181:16
181:20 182:12
**transferred** 69:8
113:3
**trapped** 101:12
110:5
**traps** 101:10
110:2
**traurig** 3:19
**treated** 164:7
331:21
**tree** 5:16 62:3
63:1
**trend** 85:6,16
**trending** 307:4
**trials** 70:3,4
**tried** 129:13
251:9 317:14
318:3
**tries** 231:2
**trigger** 34:11
44:2 290:6
**triggered** 66:14
69:14 179:20
**true** 53:8 109:13
266:2 337:6
**try** 15:2,13 16:8
16:14 47:8
116:19 175:5
248:24
**trying** 45:17
107:2 128:19
129:10 150:6
199:14,23
247:20 251:9
251:13 274:9
274:24 293:7
293:14
**tube** 174:18
**tubing** 6:13
161:20 163:19
164:5 165:2,5
165:24 204:11
**tupper** 223:7,8
223:17,19
224:6 225:2,11
226:9

**tuppers** 226:6
**turbo** 22:6
**turn** 101:10
110:2 163:11
167:4 178:19
183:3 191:4
192:12 208:21
213:6 215:19
216:3 217:3,12
223:13 239:5
241:20 270:4
272:5 274:10
275:16
**turned** 273:22
**two** 4:9 16:8
18:15 41:18
88:2 130:9
131:13 153:6
154:23 170:1
170:16 176:11
206:18 216:9
216:17,24
239:23 241:18
281:17 325:20
**twolayer** 51:6
124:14,15
125:3 199:10
**twominute**
53:23
**twoyear** 133:23
**type** 24:19 26:22
27:9,18 43:9
51:10 80:17
92:9 97:3
116:13,14
124:4 172:2
189:5,8 201:7
207:2,8 254:18
281:7 287:9
334:21
**types** 27:16
33:10 38:3
73:22 234:16
303:12
**typical** 174:19
182:6,9
**typically** 141:2

147:24 267:2
269:19

_____
**U**
**uhhuh** 15:22
94:14 121:24
142:23 148:15
171:9 172:9
182:7 195:9
240:21
**uhuh** 15:22
180:6
**ultimate** 53:20
73:22 115:1,4
312:7,7
**ultimately** 44:3
52:10 75:22
85:17 110:9
120:17 143:15
143:21 160:12
166:18 214:11
215:16 311:16
316:16 317:5
317:17
**ultrasonic** 200:6
242:4 248:14
**umbrella** 24:19
**unacceptable**
216:22 217:2
**uncontrolled**
180:3 231:3
**uncovered**
50:10 52:1
55:1
**underdelivery**
98:21 163:21
165:1 333:3
**undergo** 130:19
**undergraduate**
17:20 18:1
**underinfusion**
305:16 325:4
325:15 327:16
**underlying**
303:17
**underneath**
63:4 64:4

68:18 165:12
181:8 182:13
204:5 206:5
212:22 246:8
270:17 276:8
**underside** 50:23
**understand** 15:8
15:8,11 16:13
17:3 26:20,22
27:23 28:15
45:8,18 72:24
75:7 77:14
96:12 107:13
107:14 108:16
121:1 129:11
143:1,2 196:13
199:9,15,23
243:15 274:10
275:1 293:8,15
299:1 306:14
309:19 317:16
318:13 335:10
335:20
**understandable**
15:14
**understanding**
27:5 37:14,20
38:2 41:6 55:8
55:12 67:13
71:19 77:20
81:24 146:8
189:3 249:9
250:9 261:4,7
312:19
**understood** 16:5
16:14 56:10,21
103:3
**undertake** 327:6
**underwent**
217:6
**unfolded** 81:14
**unfortunately**
62:14
**unintended**
75:17
**unintentional**
75:17

**uninterrupted**
26:14
**union** 17:17
20:5
**unique** 87:17
120:21 233:14
233:20 234:13
**unit** 51:9 237:12
**united** 1:1
**units** 88:11,21
88:24 89:1,11
90:7,9,13,18
91:2,2 112:10
112:13 156:8,9
266:16,18
297:3,6 298:6
304:14,19,19
304:20
**university** 17:16
**unknown** 75:17
113:24
**uno** 246:9
248:13 251:18
257:13,24
258:1
**unomedical**
1:16,17 4:12
9:1 11:4,6,16
11:16,18 30:18
30:20 31:1
32:2,8 33:6,9
33:11,14 34:12
118:3,9 119:19
237:11 243:3
246:11 248:3,7
250:20 252:17
255:14 259:15
259:19 262:22
262:23 263:11
263:15,20
264:2 267:13
269:2 272:17
272:17 276:9
277:16 278:6
279:8 280:19
282:13,23
285:3,13 286:6

Anatoly Aleksandrovich

286:16 290:21
291:21 292:13
292:21 293:15
294:4 320:18
320:21,23
321:12,13,18
321:19,22
323:6,9 334:16
**unomedicals**
235:14 267:14
**unpredictable**
121:9
**unusual** 66:4
**unwoven** 125:17
**update** 189:16
189:22 190:8
190:21 202:7
202:12 232:22
239:7 261:12
261:17
**updated** 102:12
188:8 204:19
210:14 219:5
225:22 233:10
261:1 289:3,17
**updates** 33:8
190:2
**updating** 103:4
**upgrade** 261:17
**upper** 163:15
**ups** 62:14
**upward** 85:6,16
**urgency** 287:16
287:22
**urgent** 167:7
**usable** 313:9
**use** 7:4,6,9 97:3
105:15 107:21
125:9 130:15
147:5 158:23
174:19,21
181:24 182:6,9
198:10,11
203:11 204:3
205:19 209:7
209:17 235:22
255:6 307:5,23

334:15 335:5,7
**user** 100:24
111:6 181:7
204:24 206:7
210:9,14,14
296:6 310:10
**users** 94:24
102:2 165:15
165:18,18
166:4 205:5
295:20 296:14
297:11 326:16
**usually** 33:14
43:10 49:9
147:7 237:20
266:20
**utilize** 207:23
213:12 238:16
**utilized** 166:13
213:12 315:18
**utilizing** 252:13
307:3 318:10
318:14
**utmost** 311:1

---
**V**
---

**v** 1:7,13,17 14:2
**valid** 306:14
**validate** 122:2
129:1,8 132:2
132:9 180:14
197:14 199:24
218:23 219:10
234:22 243:1
**validated**
122:14 131:3,7
131:20 225:23
226:13 255:20
265:13 332:21
**validating** 26:9
26:11,19 27:1
122:19,22
123:1,2 129:18
227:3 248:4,7
**validation** 8:14
8:17 27:9,15
27:18,20,24

28:14,21 29:1
33:8,11,15,16
33:23 34:8,12
127:23 128:6
128:10,14
129:14 131:21
132:15,20
134:8,8 198:1
201:7 202:15
217:18,20
227:10,16,21
232:23 235:8
235:23 239:19
242:15 243:2,4
245:12 246:4
248:19,22
250:5 252:20
252:24 255:13
259:18 262:7
262:14,21
263:4 264:22
265:6,10 281:7
**valve** 179:8
**vardi** 195:2,3,6
**variety** 22:8
**various** 74:8
117:24 137:12
156:2 257:8
310:4 311:9
313:21
**varying** 86:6
**vastly** 158:1
178:13
**vent** 6:13 7:11
7:14 19:14
39:16 40:3,24
42:1 49:21
55:1 71:19
81:2 84:21
111:9 149:4
158:20 161:20
163:17,19
179:5 194:9
196:5 209:18
210:22 211:7
220:9,19 262:1
297:9 299:3,14

301:24 305:1
305:14,23
306:10 308:9
308:22 309:3
309:22 315:9
315:22 316:6
323:24 324:15
327:16 328:18
**venting** 114:20
115:24 116:15
149:8 173:22
174:7,8 175:6
175:10,12
177:12 178:24
179:6 208:10
208:15 260:22
325:23
**vents** 42:11,16
68:24 98:20
124:13,19,20
124:22 165:2,5
176:20 202:9
202:17 204:12
324:18 327:17
**ventura** 2:4
**verbal** 330:13
**verbiage** 203:6
**verification**
33:19 134:9
241:2 242:16
266:12 314:19
**verify** 225:22
**versapor** 152:21
153:1,20 155:7
155:9 156:16
157:19 159:13
159:24 195:12
196:5,12,17
197:2,10,24
198:3,10,11,14
198:21 199:15
200:4 201:1
228:2 232:19
239:9,21 240:6
241:3,8,23
242:5,19,23
243:11,18

245:13 248:2
253:2 254:12
255:8,11 258:4
266:1 317:3
**version** 6:16
7:20 63:22
106:8 157:5
185:2 240:15
289:5
**versions** 202:10
289:4
**versus** 151:20
184:1 311:10
**viable** 182:24
**vial** 68:16,18,20
68:22 113:1
114:4,6,8
181:9,14
182:13
**vice** 146:7
147:13,15,18
147:21 194:5
**vicente** 90:23
91:7,17,21,24
92:3
**video** 5:19 6:4
13:24 55:13,15
55:16,21 56:1
56:15,19 57:2
57:8,12,12,22
58:13 60:15
61:11 66:10,15
67:9 69:11
70:14,22 71:2
71:5,9,13,14
71:15,18 80:24
82:14,14
336:13
**videographer**
4:14 13:19,21
54:8,12,19
104:5,11 161:3
161:10 222:4
222:11 295:2,9
329:15 336:11
**videos** 98:18,18
**videotape** 66:15

videotaped 2:2
virtue 327:22
vision 174:20
175:2
visually 59:14
voids 249:6
volume 179:13
250:17 260:1
313:10 317:10
vp 146:10,19
vs 151:15
vulnerability
325:22

**W**

w 1:5
wait 16:7 330:20
want 15:3 26:22
43:24 45:7
49:15 53:22
55:21 56:2,5
57:19 60:7
72:24 73:2
74:22 104:2,17
105:15 106:7,9
107:20 110:15
121:17 129:1
135:7 210:16
225:10 293:3
294:23 306:12
321:6 322:4,5
322:7 324:12
wanted 11:1
12:1 103:17
122:2 133:4
136:10 137:7
169:11 199:7
229:2 251:2
310:19
warehouse
166:13
warn 48:13 49:6
warning 102:3
138:24 139:6
139:10,14,16
168:2 204:19
210:1,13,14

271:19 300:18
300:23 331:6
warnings 48:18
97:3 102:13
103:5 202:8,17
202:22 203:2
204:6 261:2,5
305:2 310:13
311:23 312:17
312:19 319:11
323:23 336:2
warrant 143:23
warrants 74:16
wasnt 34:6 68:1
115:17 120:18
249:13 264:11
294:17 333:9
water 125:12
182:16
waterproof
37:17
way 16:12 18:1
18:4 21:10
24:18 27:21
44:8 83:19
87:8 88:24
92:14 100:14
105:17 117:16
124:10,17
135:23 138:16
140:18 144:4
146:6,24
156:23 159:18
162:13,14,14
164:13 166:16
170:17 172:10
176:9 183:13
205:7 208:7
212:16 213:3
218:13 223:14
231:16 232:12
237:19 263:3
274:6 275:15
288:14 298:20
300:14 307:1
322:5
ways 43:21

129:16 135:2
177:3
website 25:9
wed 120:7
week 226:10
239:13
weeks 220:21
221:8 225:12
281:17 283:17
weiner 76:15
weld 199:2
214:5,7,7,13
welded 200:6
welding 200:7
200:15 201:8
217:19 242:4
248:14 249:7
wells 4:4
went 22:5,20
23:13 24:1
64:15 69:10,20
224:22 251:12
273:21 297:11
301:20 315:21
331:6 332:6
western 1:1,2
14:5
wet 50:24 51:16
82:8 115:14
118:18 120:5
120:12 121:4,7
124:5 125:21
126:20 130:12
148:17 149:21
150:22 151:15
152:12 159:20
160:7,18,23
178:9 212:23
215:5,17,21
216:19,20,20
216:21 217:1,2
217:15,16
221:18 233:24
234:6 273:14
274:13 317:21
318:2
wetted 182:6

wetting 82:4
182:10
weve 52:12
119:24 129:18
144:8 163:4
176:10 228:21
285:23 287:24
301:1
whats 17:10
27:7 35:4
71:17 123:6,6
136:11 138:17
150:9 151:16
155:18 189:3,4
212:17 229:16
256:23
whichever
207:22
wholesale 95:6,7
166:2
width 199:20
200:2,4
williams 3:3
williamscedar
3:6
willing 12:11
window 217:19
winter 253:12
withstand 151:5
178:17
witness 10:4
14:11 21:18
32:16 34:3,18
35:21,24 42:4
42:19 43:16
45:13 46:2
47:11 48:16,22
50:15 51:2,20
52:3,23 54:1
60:12 61:16
75:12 79:14,22
84:7,14 85:12
95:19 97:11
102:10 103:8
105:23 106:16
106:23 107:5
113:20 115:4

118:8 119:11
126:8 135:14
139:5 148:11
160:5 168:10
168:24 169:10
170:12,22
171:1 172:19
181:22 186:18
196:10 202:3
203:16 209:11
211:4 218:15
218:17 222:2
223:2,4 228:16
240:21 244:16
248:10 250:1
250:16 252:5
252:23 262:12
265:3 267:24
275:23 278:3
278:24 282:9
285:8,20
286:11 287:4
287:13,21
288:8 290:5
296:22 298:1
302:10 304:1
305:6,18
307:14,20,24
309:9,17
314:14 321:5
321:24 322:3
322:17 324:9
324:20 325:7
326:2 327:19
328:22 329:11
331:2,10,18
332:16 336:7
337:5,6,8
338:1
woke 91:3
wondering
333:18
wont 16:19
wording 203:4
281:4
wordings
287:23

**words** 247:18
**work** 20:4 26:23
  38:16,18,22
  39:3,7 91:16
  127:2 180:1
  200:16,18
  201:4 207:17
  207:21 230:6
  240:9 243:11
  248:15,15,24
  258:5 281:13
**workaround**
  180:18
**workarounds**
  184:16
**worked** 22:21
  23:17 275:6
  315:9 316:7
**working** 22:2
  23:6 26:3,12
  26:13 29:10
  31:3,8 40:10
  92:5 120:10
  239:9,23 240:5
  294:2 332:21
**workload** 255:8
**works** 144:17
  189:1 247:19
  304:12 335:12
**world** 250:22
**worth** 145:6
  238:5
**wouldnt** 46:22
  52:3 128:6
  129:11,11
  142:9 168:10
  175:11 181:18
  199:8 200:16
  207:19 208:8
  252:7,10 299:5
  305:22 311:17
  312:2,6 327:2
  329:6
**woven** 199:11
**wrap** 128:19
  295:1,14
**writes** 225:13

**wrong** 126:14
  142:6 180:5
  218:13 292:6
  310:18 330:23
**wrote** 241:22
**ws** 309:13

___

**X**

**x** 5:2,10

___

**Y**

**yeah** 25:19 41:4
  54:7 55:6,23
  60:18 65:13
  71:1 72:3 77:5
  77:13 90:10
  105:23 106:1
  106:20 107:7
  109:19 111:24
  120:13 123:24
  125:8 137:8
  138:16 146:19
  155:22,24
  157:7 169:23
  170:15,21
  171:8 173:6
  176:18 182:3
  184:18,20
  198:7 212:3
  217:1 218:20
  222:18 228:8
  249:14 263:18
  280:20,20
  281:10 284:21
  296:11 297:5
  301:16 331:10
**year** 23:11 86:11
  87:1 131:2
  229:5 238:3
  255:11,15
  267:4 294:9
  296:7,16
  297:14 298:6
  299:17 304:20
**years** 14:24
  18:21 22:13
  23:21 29:12

64:11,16,21
  117:3,6 180:9
  237:12,13
  238:5 297:9,14
  308:13,17
  312:9,13,13
  313:3
**yellow** 109:17
**yep** 60:22
**yesterday** 11:10
**yeung** 247:13
**youll** 60:18,19
**youre** 17:2
  26:21 28:1
  42:8 44:23
  47:16 49:6,7
  60:9 63:17
  68:8 73:1
  76:17 111:12
  131:5 135:9
  187:3 198:9,18
  257:17 264:14
  295:23 304:24
  321:5 322:24
  324:20 335:11
  336:1
**youve** 18:7 49:1
  55:16 57:15
  72:19 90:6
  127:11 132:24
  214:23 220:16
  277:5
**yu** 254:4

___

**Z**

**z** 4:9
**zhao** 254:4

___

**0**

**0** 86:12 92:18
  156:3,3,15,16
  156:17 176:5
  213:4
**00** 304:18
  336:16,18
**000** 86:13
  165:14 295:20

296:13,17
**001** 304:18,18
**0067242** 170:19
**0069242** 170:12
**02** 86:12
**020** 157:17
**028985** 74:24
**04** 7:21 8:10 9:7
  240:16 256:5
  278:19
**06** 6:17 9:15
  185:3 222:21
**08** 6:9,22 8:5
  126:4 194:18
  247:6
**09** 111:14

___

**1**

**1** 104:16 108:11
  157:19 161:8
  161:12 166:19
  167:1 176:5
  220:20 225:6
  225:17 245:11
  254:4 272:8
  273:5,5,5
  340:6
**10** 8:12 9:12
  54:14,16,17,21
  139:19 169:17
  174:10 210:7
  213:3 259:2
  282:4,12
**100** 103:8
  155:17 156:3
  156:10,15,15
  156:16,17,20
  235:16 273:18
**101016** 289:18
**104** 5:13
**10november2...**
  64:4
**10th** 232:24
  236:11
**11** 104:7,9,10,13
  224:8 256:17
  280:20,22

**110** 299:20
  304:24 305:3
  305:22
**119** 6:5
**11month** 301:22
**12** 7:18 88:20
  161:5,8 211:9
  228:11,19
  229:5 280:20
  280:22
**121** 296:7,9,13
**126** 6:9
**13** 8:10 9:7
  108:13 256:5
  256:17 278:19
**1300** 3:4
**13006** 8:2 63:14
  244:10
**13113** 81:2
**132** 157:16
**139** 6:1
**13th** 279:3
**14** 5:6 70:19
  71:7 91:11
  156:17 219:12
  219:18 239:15
**14th** 235:1
**15** 8:10,12
  117:21 119:2
  218:7 232:10
  256:5 259:2,9
**1515** 3:4
**158416** 5:14
  63:5 104:22
**15th** 117:14
  122:13 232:14
  235:1
**16** 9:7 260:15
  278:19 295:4,6
  313:21,23
**1600** 4:10
**161** 6:11
**16501** 2:4
**16th** 264:9
**17** 134:4 172:12
**172** 6:7
**1770** 3:10

Anatoly Aleksandrovich

**17cv2101** 1:7
**17th** 133:20
**18** 1:20 13:22
  66:3 126:1
  202:6
**184** 157:18
**185** 6:16
**186** 6:19
**18th** 280:5
**19** 161:15
**19103** 3:5
**192** 148:7,10
**194** 6:21
**1993** 20:2,4,12
  20:24
**19th** 238:10
**1st** 270:19

---

**2**

**2** 1:7 6:13 61:23
  62:23 63:18
  74:23,24 76:7
  94:12,15 100:6
  110:14 114:14
  121:22 122:1
  127:9 131:12
  131:14 132:24
  141:19 142:12
  143:21 157:16
  157:17 161:21
  163:4 209:22
  216:7,15 218:5
  218:15 219:10
  222:6,8,9,13
  223:18 227:9
  234:22 288:3
  313:17
**20** 25:1 30:12
  84:24 86:11
  156:3,16
  294:18 340:18
**200** 89:11 90:7,9
**2000** 212:9
**2000s** 22:15
**2002** 22:17
**2003** 23:21
**2004** 219:17,17

**2006** 23:22
**2008** 25:1 212:9
**2009** 25:5,7 29:9
  40:11 120:4,11
  120:21 121:3
  212:1
**201** 7:1
**2011** 83:15
  85:22 89:10
**2012** 30:13,16
  31:15 32:19
  35:2 55:3 66:3
  81:11 85:8,9
  85:17 88:9
  90:11 185:20
**2013** 6:5,7,9,14
  6:17,19,22
  49:21 50:10
  52:1 63:9
  70:16 76:9
  80:18 83:16
  85:23 90:17
  91:11 108:1,5
  109:4 117:14
  117:21 119:6
  119:16 125:9
  126:4,13
  128:23 139:10
  139:11 140:9
  141:5,11
  161:21 162:7
  165:14 167:15
  171:8 172:3,5
  172:15 173:23
  185:3,13 186:3
  186:13 187:1
  193:3 194:19
  195:7,11
  200:24 201:13
  202:6 211:9,13
  215:9 217:13
  217:23 218:7
  218:22 219:8
  224:8,16 232:4
  271:11 272:2
  273:11 295:19
  299:11,19

**300**:4,8,11
**301**:1,22 305:2
  308:12 331:6
**201303** 6:13
  94:17 161:21
**2014** 7:21 8:2,5
  8:7 9:15 122:4
  122:8,15
  127:12 219:12
  219:22,24
  220:20 222:22
  225:12 227:2
  227:11,12
  231:13 232:10
  232:14 233:1,2
  235:1 236:5,11
  239:9 240:16
  241:4 242:18
  242:24 244:11
  244:20 245:24
  246:17,22
  247:6,13,24
  248:1 253:10
  253:14,19
  254:5 258:12
  299:14 301:23
  334:22
**2015** 15:5 18:13
  19:1,11 131:1
  133:20 134:4
  226:15,24
  231:13 236:14
  238:10 239:1
  246:18,24
  255:23 256:17
  258:19 264:9
  265:19
**2016** 8:20 9:12
  260:9 267:19
  268:15 270:19
  272:3 276:15
  279:3 280:5
  282:4,12 286:2
  288:15 334:24
**2017** 284:7
  290:17,21
  292:8,18

**293**:17 294:3,5
  294:6,8,18
  318:15
**2018** 1:20 13:22
**203** 7:3
**205** 7:6
**209** 7:8
**21** 6:5 119:6,16
  127:12 156:3
  156:14,15
**210** 7:11
**215** 3:5
**2150** 3:15
**22** 6:14 161:21
  162:7 184:23
  213:2
**220** 7:14
**222** 9:14
**227** 157:22
**228** 7:17
**22nd** 89:10
**23** 88:20 186:10
**24** 140:9 194:15
  219:22 295:7
  295:11
**240** 7:20
**242** 170:6,9,10
**243** 174:11
**244** 8:1
**247** 8:4
**24th** 141:5
  239:15
**25** 7:21 201:19
  240:16
**2500** 3:21
**252** 177:2
**253** 8:7
**256** 8:9
**259** 8:12
**25th** 241:4
**26** 8:12 203:8
  205:8 210:1,9
  259:2,9
**260** 297:15
**262** 8:14
**264** 8:17
**267** 8:19

**269** 9:1
**27** 205:16
**277** 9:5
**278** 9:7
**27cv1718038**
  1:15
**28** 6:17 8:7
  108:13 131:1
  185:3 209:2
  220:20 253:19
**280** 9:9
**282** 9:12
**289** 157:16
**28th** 233:2,23
  236:14 254:5
**29** 54:14,16
  163:13
**298** 9:17

---

**3**

**3** 6:7 8:15,20
  74:23 92:18
  127:11,22
  172:15 176:5
  206:16 216:6
  216:14 217:6,9
  217:17,18
  232:15 235:12
  235:13 243:3
  245:10 246:9
  248:8 250:11
  250:19 252:11
  262:7,15,24
  263:5 264:5
  265:10 267:19
  304:19
**30** 82:9 210:19
  279:13 338:15
**30305** 3:21
**30326** 4:10
**303925131** 66:2
**308** 5:6
**3086484** 3:11
**30th** 63:9 76:9
  122:4,8 141:11
**31** 6:19 186:13
  225:12

Anatoly Aleksandrovich

**31st** 187:1
**32** 220:6
**320** 5:7
**32113** 5:20 79:9
**323** 5:6
**329** 5:7
**33** 228:5,7,8
**3300** 4:4
**3333** 3:20
**3377** 2:22
**34** 240:12
**340** 340:6
**35** 156:20 244:5
**3560** 4:10
**36** 104:7,9 247:2
**364** 231:21
**365** 296:8
**37** 253:16
**370** 2:22
**38138** 3:10
**39** 54:17,21
**395** 157:19
**3rd** 173:23
268:11

_____
**4**

**4** 8:17,20 110:15
127:12 130:23
131:1,12
157:20 180:9
219:22 235:12
235:13 243:3
246:9 248:8
250:11,19
252:11 264:22
265:6,10
267:19 270:5,5
295:4,6,11
**40** 256:2 301:10
301:14
**400** 2:5
**404** 4:11
**41** 161:8,12
258:23 301:12
**42** 218:5 219:4
301:8
**42413** 6:1

139:24
**425** 86:13
157:20
**427** 3:10
**428** 165:14
295:20 296:13
**43** 262:4 301:8
**44** 264:19
**45** 301:15
**450** 195:12
196:12 197:2
197:24 198:14
200:4 242:19
255:8
**450r** 152:21,21
152:24 153:1
153:15,20
156:16 157:19
159:14 240:6
241:3,8,24
242:5 245:13
248:2 253:1,2
317:3
**457** 86:12
**46** 2:6 267:16
**47** 222:6,8
268:23
**48** 13:23 277:18
**49** 278:16 280:3
**490** 157:22
**4th** 264:11 268:4
268:5,14

_____
**5**

**5** 39:8 82:9 86:4
88:20 91:12
133:18 156:20
157:16,18
171:8 176:6,12
176:14,22
190:20 216:6
216:13 234:23
235:7,12,17,18
241:9 242:12
245:9 246:6
250:6,10,18
252:12 260:15

260:15 273:5,5
336:16,18
**50** 88:11,24
238:3 267:4,7
280:1,8
**5002095** 66:21
**51** 282:1
**510** 9:2 188:9,17
188:19,22
189:4,11
226:17,22
254:7 268:15
269:4,13,15,20
276:14 279:7
279:11,14,19
279:20 282:14
**52** 222:16,17,18
223:3 238:4
267:4,6,7
296:17,19,20
**53** 157:22
298:10 319:13
**5412900** 4:11
**546903** 7:1
201:23
**5532100** 3:22
**55402** 3:16 4:5
**5570099** 3:5
**56** 5:19
**5672** 2:22
**57** 104:10,13
161:5,8
**58** 222:9,13
301:18
**59** 300:12
**591** 2:22
**5x** 176:6
**5xx** 230:9

_____
**6**

**6** 6:7 55:20,22
55:23 56:12,20
100:7 108:13
172:15 195:7
**60** 149:16
300:12 301:2
305:22

**61** 288:3,4,5,5,6
288:7 301:4
**612** 4:5
**62** 5:16 223:2
300:8
**63** 157:22
**65** 296:23 297:6
297:13 298:6
304:19,19
**66** 66:21
**6728200** 4:5
**678** 3:22

_____
**7**

**7** 176:6,12,15,21
230:5 295:7
**70** 6:4
**700** 332:3,3
334:1
**7242** 171:2
**7247** 170:22
**75** 90:18
**750** 301:23
302:19 303:1
**759** 272:6
**765** 273:3
**784** 163:13
**79** 5:20
**793** 167:5
**7xx** 230:1,10

_____
**8**

**8** 19:18,21 40:6
40:9,21 41:3,7
42:15,20 79:5
79:13,14,16,16
79:17 91:2
92:8 100:6
111:15,21
112:5 114:14
117:9 121:23
126:13 176:5
218:13,16,21
219:22 227:9
241:20 247:13
313:18,20
315:7,8,17

316:1,3 324:14
**80** 88:21 89:1
212:16
**800** 3:15
**805** 275:16,17
**806** 190:9,14
193:9
**820** 28:8
**83** 299:24
**85** 90:13 299:24
299:24 300:4
**855** 3:16
**877** 2:22

_____
**9**

**9** 2:6 8:2 13:23
91:2 202:6
244:11,20
272:8 313:21
**90** 4:4 279:12
**901** 3:11
**91** 86:11 87:1
**917** 2:22
**9756581** 3:16
**9th** 288:15

Anatoly Aleksandrovich

| A | | | | |
|---|---|---|---|---|
| **a33** 92:17,23 230:14 | **aa53** 9:17 298:12 | **achieve** 327:23 | **activities** 33:15 33:17,23 44:10 72:9 260:5 314:8 | **advising** 335:5 |
| **a34** 240:12 | **aa6** 5:19 56:14 | **achieved** 286:24 | | **advocated** 182:23 |
| **aa1** 5:13 104:20 | **aa8** 5:20 79:7 | **acknowledgm...** 340:2 | | **aerospace** 23:13 |
| **aa10** 6:1 139:22 | **abbreviation** 183:14 | **acquired** 225:23 | **activity** 259:18 | **affairs** 145:11 146:3 238:22 270:2 272:17 276:24 |
| **aa14** 6:4 70:21 | **abbreviations** 107:12,13 | **act** 59:24 60:4 178:5 197:13 320:21 | **actual** 84:10 150:7 184:1,3 256:24 296:23 303:10 307:5 | |
| **aa15** 6:5 119:5 | **abilities** 135:18 | **acted** 322:19 | | **afshin** 173:12,13 |
| **aa17** 6:7 172:14 | **ability** 120:4,12 212:1 326:16 | **action** 1:4 6:11 29:2 39:13 44:22 45:3,9 46:4,9 53:6 58:7 95:16,17 95:20 108:4 114:18,18 117:9 122:1 127:10 130:23 134:11 136:24 137:4 145:9,13 145:19,24 146:12,21 161:18 162:2,7 162:11,23,24 163:16 164:15 166:19 168:7 188:6 219:5,7 225:21 226:11 226:14,16,21 227:14,15,19 238:8,23 244:24 256:22 256:24 259:14 271:5,7,9,17 271:18,20 279:15 288:12 288:17 311:10 313:21 | **add** 12:18 202:8 304:11 | **age** 118:23 |
| **aa18** 6:9 126:3 | | | **added** 247:17 301:20 | **agenda** 229:12 |
| **aa19** 6:11 161:17 | **able** 20:24 46:22 71:24 72:5 92:11 109:2 120:23 121:3,7 121:9 158:9 183:23 207:8 214:12 229:6 250:8 265:22 271:21 314:1 314:20 320:6 327:23 | | **adding** 203:2,4 | **aging** 118:15 138:14,18 183:9 237:7,22 238:1,3,6 266:12,14,18 267:5,8 |
| **aa2** 5:16 62:1 | | | **addition** 28:24 61:11 95:9,24 164:24 166:3 208:2 260:23 271:18 | |
| **aa22** 6:16 185:1 | | | | |
| **aa23** 6:19 186:12 | | | **additional** 86:2 277:13 281:6 281:11 286:3 | **ago** 14:24 46:16 81:9 124:11 135:24 298:24 308:13 |
| **aa24** 6:21 194:17 | | | **address** 43:22 101:3 102:1 310:10 316:2 | **agree** 13:8 43:4 47:5 50:8 57:21 58:2 60:8 61:10 73:20,24 74:14 75:14 95:14,20 107:4 175:11 209:24 210:5 270:14 324:9 326:2 327:9,12 328:15 |
| **aa25** 7:1 201:21 | | | | |
| **aa26** 7:3 203:10 | **aborted** 67:5 | | | |
| **aa27** 7:6 205:18 | **absolutely** 133:8 318:7 320:24 331:2 | | | |
| **aa28** 7:8 209:5 | | | **addressed** 100:23 224:1 270:7 | |
| **aa30** 7:11 210:21 | **accelerated** 237:22 238:3 266:18 | | | |
| **aa32** 7:14 220:8 | | | **adds** 300:3 | |
| **aa33** 7:17 228:10 | **acceptable** 112:14 178:9 180:21 255:13 317:8,22 331:7 331:10,16 | | **adequate** 103:5 275:4 328:20 | **agreed** 12:16 76:8 127:19 330:10 |
| **aa34** 7:20 240:14 | | | **adequately** 226:1 | |
| **aa35** 8:1 244:8 | | **actionmotor** 192:9 | **adhere** 314:5 | **agreement** 12:23 13:2 |
| **aa36** 8:4 247:5 | **acceptably** 235:11 | | **adjourned** 336:17 | |
| **aa37** 8:7 253:18 | **access** 65:19,23 | | **administration** 270:8 | **ahead** 54:11 67:11 99:16 103:23 126:8 148:3 167:6 177:1 195:12 203:16 |
| **aa40** 8:9 256:4 | **accessories** 29:19 36:7 | **actions** 28:19 43:2 168:7,11 239:13 311:9 311:15 321:19 | | |
| **aa41** 8:12 259:1 | **accidental** 315:23 | | **administrators** 65:21 | |
| **aa43** 8:14 262:6 | | | **advanced** 24:6,8 24:9 | |
| **aa44** 8:17 264:21 | **accompany** 205:12 | | **advances** 59:9 | **aimed** 129:22 |
| **aa46** 8:19 267:18 | **accumulated** 236:24 | **actionvent** 192:14 | **advancing** 58:17 | **air** 101:9,10,12 110:2,3,5 120:5,12 |
| **aa47** 9:1 269:1 | | | **advertently** 310:1,2 | |
| **aa48** 9:5 277:21 | **accuracy** 16:2 | | | |
| **aa49** 9:7 278:18 | **accurate** 338:18 | **active** 86:12 | **advise** 188:8 | |
| **aa50** 9:9 280:10 | | | | |
| **aa51** 9:12 282:3 | | | | |
| **aa52** 9:14 222:20 | | | | |

Anatoly Aleksandrovich

130:11 152:11
175:13 179:8
183:8 184:1
212:2,13,18,20
212:22 242:10
273:24 274:3
274:19
**al** 1:8 14:2
**alderete** 171:7
171:16 172:24
**aleksandrovich**
1:21 2:3 5:5
14:6,13,20
54:23 57:6,11
62:23 71:3
104:15 161:14
222:15 270:15
295:13 307:12
320:17 323:17
329:20 330:12
336:14 337:8
340:14
**alert** 179:23
**algorithm**
183:11
**alien** 20:17
**alleviate** 77:18
**alliance** 4:9
**allow** 116:15
130:11 152:11
199:8 204:12
274:3 335:13
**allowed** 118:17
121:11 149:7,7
**allows** 158:11
**alreadyexisting**
133:11
**altered** 214:1
**alternate** 114:23
257:6 260:2
**alternative**
53:13 115:13
115:18,20
117:12,22
122:13 128:22
133:24 218:6
288:19

**alternatives**
115:24 288:22
**amichai** 195:2,3
195:6
**amount** 135:8
149:6 150:9,16
151:20 152:17
156:12 163:24
178:17 215:13
271:22 314:7
316:11,18
**analyses** 185:22
**analysis** 49:24
72:1,7,8,11,24
73:6,12,15
74:14,19 81:1
82:3 93:23
142:18 143:6
146:9 156:5,6
158:6,10 159:3
164:10 175:18
213:13,14
299:2,6 302:22
304:5 305:10
324:24
**analyst** 136:3,5
**analytic** 158:11
**analytical** 159:9
**anatoly** 1:21 2:3
5:5 14:6,13
336:13 337:8
340:14
**andreasen**
136:11,13,14
136:15 137:2
**andy** 136:12,13
136:13,15
137:2
**angeles** 21:5
**ann** 2:6 14:9
337:14
**announcement**
41:5
**annual** 86:10
92:17
**anomaly** 5:14,20
6:1 55:3 63:15

79:8 80:18
83:14,23 84:2
85:23 92:13
93:20,24
100:18 101:4
104:22 109:20
113:11,17
139:23 140:8
141:6 145:6
171:5,22 187:5
187:11 209:18
231:6,9 261:22
**answer** 10:4
15:16,18 16:1
16:4,8,15,22
17:4 27:22
44:4 49:10
61:2 65:16
66:11 73:16
123:17 147:3
182:14 238:21
269:24 284:1
292:12 307:10
330:13 331:22
333:22 335:6
**answers** 277:16
340:7
**anthony** 90:23
91:7,17,21,24
92:2
**anticipate** 109:2
**anticipated**
138:16 246:11
246:12,14
290:19 303:4
**anticipating**
133:22 243:6
**anticipation**
283:21
**anybody** 123:12
182:23 187:9
224:22 250:8
250:21 292:1
**anyway** 56:18
62:19 88:8
94:11 97:19
117:8 121:22

130:22 163:11
173:20 175:16
177:1
**anyways** 106:24
**apologize** 47:15
106:4 110:13
330:12
**apparent** 182:20
**apparently**
191:5
**appear** 93:23
212:5
**appearances** 3:1
4:1
**appearing** 11:3
11:10,11
322:24
**appears** 81:12
92:8 113:13
186:22 206:20
225:20 254:6
**applied** 25:8
151:15
**applies** 323:1
**apply** 176:21
337:20
**appreciate**
193:10
**approach**
129:16 177:19
183:21 194:12
**appropriate**
143:18 338:5
**approval** 134:1
134:24 135:2
238:13,16,17
238:20 282:19
283:22 286:24
289:14
**approvals** 135:4
**approve** 147:12
**approved** 2:7
137:4 264:11
264:13 284:14
294:9 337:14
**approvers**
136:20,22

137:1,9
**approximately**
297:8 336:18
**approximating**
17:2
**approximation**
16:24 296:10
**april** 63:9 76:8
140:9 141:4,11
227:12 236:13
241:4 242:18
242:23 268:5
279:3 292:8,18
294:3,18
301:14
**arising** 45:10,23
55:2
**arizona** 235:20
**arose** 49:22
**arrangement**
20:14
**array** 217:7
**arrive** 20:17
**arrived** 81:1
**arrows** 158:19
**artwork** 202:8
202:10
**asap** 146:11
**ashamed** 71:15
**aside** 107:20
264:19 302:23
**asked** 77:8
129:17 135:24
162:14 164:17
192:18 263:17
277:13 315:6
318:8 319:12
320:18,23
321:12,20
322:10,18,20
323:10,13
**asking** 16:7
196:10 309:11
321:5,17
**aspect** 121:15
145:7 164:16
164:17 327:1

Anatoly Aleksandrovich

**assembled** 32:2
32:10 131:22
131:23 197:23
**assemblies**
241:8 293:6
**assembling**
132:11 133:1
**assembly** 8:1
122:2,19 131:3
131:15,22
132:5,9 148:24
178:6 197:13
197:21,22,22
216:12 218:23
219:10 242:2
244:10,20
259:21 289:2,5
293:20
**assess** 94:18
**assesses** 159:10
**assessment**
44:18 50:1
72:11,16,17
73:6 85:3 92:9
92:12 192:19
192:21 193:11
223:11 324:7
**assessments**
89:8 190:9
**assigned** 76:21
76:24 77:8
78:16 111:18
141:9 146:3
147:13 154:8
**assignment**
24:14,20
**assisted** 280:19
**associated** 35:12
50:11 51:13
66:10,15 67:15
69:22 88:3
163:18 165:1
233:19
**assume** 64:14
93:1 142:5,10
180:17 225:10
235:2 285:14

307:16
**assuming** 146:2
**assumption**
303:9 305:7
**assumptions**
225:11
**assurance** 21:20
22:1 145:10
146:10,20
147:14,16,21
264:16,16
**assure** 16:13
**atlanta** 3:21
4:10
**atmosphere**
179:6
**attach** 214:9
**attached** 113:2
119:23 166:11
181:14 223:20
274:6 338:12
340:10
**attachments**
162:19
**attempt** 72:10
**attempted** 91:1
135:20 201:1
**attempting**
225:18
**attendee** 187:3
**attendees**
187:17
**attention** 110:15
**attest** 114:10
**attorney** 338:15
**attributed**
250:16
**audible** 59:4
**audio** 16:19
60:19
**august** 6:22 9:12
194:18 195:7
195:10 219:8
238:10 282:4
282:12 284:7
300:3
**automated**

178:6
**automatic** 133:1
**automation**
177:24
**auxiliary** 24:17
**available** 294:19
334:22,24
**avenue** 3:15
**average** 149:13
**avoid** 168:3
193:18
**aware** 37:2,6,9
37:10 40:5,9
40:14 41:3
42:15 47:16
71:22 86:16,19
86:24 87:5
111:19 138:23
139:9,12
184:14 193:19
193:24 224:14
226:4 261:21
294:7 295:23
305:15 307:1
316:21 330:22

---
**B**
---
**b** 5:10 223:17
**back** 15:5 17:8
18:5,12 36:12
42:14 49:19
54:20 58:9
60:10 69:20
70:8,15 74:23
87:8 94:12
97:19 100:7
104:12 110:14
121:22,23
125:9 127:9
130:22 136:16
160:8 161:11
162:13,14
169:16 170:7
174:10 176:11
185:20 198:24
218:3 219:4
220:3 222:12

225:5 227:8
231:2 236:12
236:17 237:4
244:24 248:23
251:2,13
252:18,24
254:15 258:5
273:21 276:5
280:3 281:16
283:24 288:2
295:10,18
315:19 328:18
**background**
17:9 18:6
80:21
**backward** 294:2
**backwards**
268:6
**bad** 26:5 306:12
**base** 86:12 188:9
188:17 295:20
**based** 11:8,13
50:3 71:23
84:11 89:22
98:17 100:16
101:15 111:4
111:13 117:23
122:9 130:10
134:6 159:13
174:18 217:22
245:12,19
246:21 304:2
320:7
**baseline** 151:9
**basic** 118:14
196:17
**basically** 26:21
30:7 72:16
99:7 127:6
178:15 180:2
181:6 185:13
185:18 196:23
213:4 234:17
237:12 255:10
282:18 289:7
310:1
**basis** 33:24 34:7

134:3 225:2
**bates** 5:14,17,21
6:2,5,8,10,14
6:17,19,22 7:1
7:4,6,9,12,15
7:18,21 8:2,5,7
8:10,12,15,17
8:20 9:3,5,7,10
9:12,15,17
62:3 74:24
79:9 104:22
119:7 126:4
139:24 161:21
172:15 185:3
186:13 194:19
201:23 203:12
205:20 209:7
210:23 220:10
222:22 228:12
240:16 244:11
247:7 253:20
256:5 259:2
262:8 264:23
267:20 269:4
277:22 278:19
280:11 282:4
298:13
**bazargan**
173:12,13
**beaston** 193:16
**becoming**
177:21
**beeps** 58:24
60:19
**began** 57:23
85:16 120:22
294:4 318:15
**beginning** 2:5
77:1 85:6,7
141:17 162:15
291:4,9,22
292:22 293:4,5
299:11 313:4,7
313:9
**begins** 99:6
223:17
**begun** 283:20

Anatoly Aleksandrovich

Page 4

**behalf** 11:4,11
    11:24 12:8
    18:8,14 19:2,5
    322:23 329:22
**behave** 130:14
**behavior** 66:4
    163:20 317:10
**belief** 254:7
**believe** 12:2,13
    22:13 25:9
    55:19,22 60:24
    68:1 78:13
    83:9 102:14
    103:4 147:23
    151:18 224:8
    284:7 312:22
    323:22 324:1
    328:12 329:24
    333:11 334:23
**belt** 23:17 35:15
    35:16,17 36:5
**ben** 154:7
    155:14 274:22
    275:8
**benefit** 39:15
    320:5
**benefits** 177:18
**benjamin** 76:14
    126:10 172:24
    173:7 195:20
**bent** 62:9
**bergquist**
    229:14,15
**best** 32:22 39:9
    55:5 98:23
    135:18 159:24
    183:17,20
    196:6 241:13
    312:19
**better** 100:8
    178:13 193:17
    198:8
**beyond** 196:4
    330:19
**bg** 86:20
**big** 109:17
    138:19 178:3

**bill** 283:12
**bills** 283:12
**binder** 55:24
    62:9 79:21,23
**biomedical**
    272:11,20,21
**bionics** 24:6,7,8
    24:9
**bit** 16:18 17:8
    26:17 28:17,17
    36:12 38:14
    39:12 42:22,24
    44:1 47:2,2
    50:9 53:5 59:7
    60:11 83:20
    84:18 98:16
    110:24 115:17
    117:11 130:2
    143:14 166:17
    168:1 169:4
    170:3 172:8
    219:3 295:16
    333:10 334:8
**black** 23:17
**blackandwhite**
    155:21
**blacklined**
    206:6
**block** 6:13 7:12
    7:15 19:14
    39:16 40:3,24
    42:1 49:21
    55:1 82:5
    161:20 192:14
    204:12 209:18
    210:22 211:7
    220:9,19 261:3
    297:9 308:9
    309:3,22 315:9
    315:22 323:24
    324:15 327:16
**blockage** 71:19
    84:21 101:5
    109:21 299:3
    299:14 301:24
    305:1,14,24
    306:10 308:22

316:6
**blockages**
    155:16 157:9
**blocked** 42:17
    100:19,21
    101:4,17
    109:21 111:9
    112:2,11
    114:21 156:9
    156:10 158:20
    160:1 163:17
    164:6 165:2,6
    176:20 177:13
    196:4 202:9,17
    260:21 261:11
    261:16 262:1
    325:1,9,14
    327:17 328:18
**blocking** 42:11
    68:24 98:20
    163:19 324:17
**blocks** 107:14
**blood** 85:24 86:5
    87:22 88:10,20
    89:11 90:12,17
**blurry** 212:8
**board** 74:2,3,4
    74:10,15 78:12
    94:9 134:16,24
    143:12,17
    144:4,5,8,10
    144:14,15,20
    144:22,24
    145:2,5,11
    254:15 258:6
**bodies** 138:20
**body** 36:17,24
    75:19 119:22
**bottom** 84:23
    100:14 125:15
    148:7 158:19
    163:12 210:6
    223:14 270:23
**bottomed**
    179:22
**boulevard** 2:5
**bouncing**

110:13
**box** 109:17
    206:6
**boxes** 205:12
**brackin** 1:4,6
    3:6,12 11:9,12
    12:22 13:13
    14:2 75:1
**branding** 31:13
**break** 13:11
    20:7 53:23
    104:3 151:14
    160:10,21,24
    178:12 221:22
**briefly** 93:6,7
    116:17
**bringing** 26:11
**brittle** 153:10
**broke** 333:9
**broken** 20:5
**bryan** 1:4
**bucket** 311:24
**bucketize**
    168:11
**built** 216:13
**bullet** 85:21
    86:2,4,10
    94:22 95:1,4,6
    95:8 159:16
    180:7 193:15
    231:16
**bums** 336:10
**bureaucratic**
    287:8
**burn** 200:19
**business** 189:8
    277:1
**busy** 235:23
**button** 59:24
    60:5

———————
C
———————
**c** 1:17
**cable** 160:13
**california** 2:5
    14:1
**call** 27:1,12

39:14 43:17
    52:4 66:2
    72:10 92:24
    131:15 233:9
    299:5 326:5
**called** 36:2
    45:19 72:23
    77:5 78:8
    125:11 138:14
    141:20 154:17
    171:5 213:13
    235:20
**calls** 87:13
**cam** 8:15,17
    198:4 201:4
    213:24,24
    214:6,9,12
    234:23 235:7
    235:10,12,12
    235:12,13,13
    235:17,18
    241:9 243:3,3
    246:6,9,9
    248:8,8,22
    250:6,10,11,11
    250:18,19,19
    252:11,11,12
    262:7,15,24
    263:5 264:5,22
    265:6,10,10
**campbell** 3:9
**candidate** 160:1
    197:1
**candidates**
    153:2
**cannula** 67:1
    164:1
**cant** 15:20 16:10
    16:11 44:4
    48:3,12,13
    49:10 53:15
    61:2 65:16
    73:16 97:13,13
    102:18 123:17
    140:23 147:3
    166:23 221:19
    231:11 238:21

Anatoly Aleksandrovich

305:6,6 308:19
333:22
**cap** 31:23 32:9,9
36:13,15 37:3
37:8,13,16,19
37:21 38:8
39:7 42:17
50:12,23 68:4
69:1,7,24
92:17 93:14
102:4,8 124:14
124:20 125:16
126:18 131:22
131:22 197:21
197:22 201:9
230:18,20
235:10 251:20
252:1 274:21
290:23 325:23
**capa** 5:14,16
7:12,15,17 8:2
19:13,21 39:19
40:3,24 43:5
43:19,21 44:3
44:8,9,14,15
47:3 49:2,10
49:13,18,20,22
50:5 62:2,24
63:6,11,19,21
63:23 64:7,14
64:20 65:1,6
65:19,20 73:21
74:2,3,4,5,10
74:11,15,16
75:2 76:20
77:4,14 78:5,9
78:12,21 89:21
89:21 90:2
91:16,20 92:1
93:3,5,7,9 94:4
94:5,9,9,12,13
96:1,7,10,12
96:16,17,17
101:3,24
104:22 105:20
107:24 110:14
111:4,14,15,16

111:17 114:19
115:2,5,11,19
115:23 117:13
117:17 121:23
123:11 134:12
134:16,18,23
135:16 136:2,3
136:4,18,20
137:3,10,12,16
137:21,22,23
138:8,15,18,19
140:18 141:10
141:14,15,16
142:11,11
143:9,12,17,17
143:22,23
144:3,8,14,14
144:20,22
145:4 159:24
162:18 163:3,3
168:12,14
169:5 171:5,19
171:23 172:4
173:2,8 187:6
210:23 211:7
211:13 215:10
218:1 220:10
220:20 225:17
226:11 227:24
228:11,19
229:18 231:24
239:3 244:10
245:1 246:24
247:14 256:14
256:20,22
257:1,3 259:8
261:13 272:2
279:2 280:4
288:10,12,18
289:8 302:6
308:9,17 310:5
310:15 311:4,9
311:13 313:4
315:9 316:1,7
316:11,20
326:12 327:10
**capabilities**

180:22
**capability**
178:10 183:11
**capable** 123:5
159:17
**capacity** 1:5
31:12 188:2
**capas** 39:14,20
40:1 42:23
43:1 46:20,21
48:24 77:1
136:7 139:1
231:17
**caps** 69:17 70:9
303:6,7
**captioned** 62:23
84:23 114:17
148:17 256:11
**capture** 303:12
**captured** 242:3
**cards** 189:16,22
**care** 62:11,15
92:3 103:9
270:3 322:10
**carefully** 338:4
**carl** 192:18
**carry** 312:21,23
**case** 11:5,8,9,12
12:6 19:6
82:19 90:10
91:11 117:4
129:16 132:17
132:19 133:14
151:20 177:20
193:1 226:21
243:11 267:3
283:11 323:1
324:21 326:22
329:23
**cases** 12:22
13:14 14:3
19:6 85:20
86:11 87:1
88:17 89:18,20
89:22 90:1,4
182:6,9 230:5
334:1

**catch** 25:17 99:8
99:19 330:21
**categorize**
311:18,23
**category** 97:2
**catheter** 36:16
36:24
**catheters** 32:4
**cause** 45:9 49:16
72:11 82:4
100:19,22
101:16 108:12
109:2,11,15,20
110:9 115:7
143:2 146:8
164:10 175:18
181:12 204:15
213:12,13,14
216:24 306:9
314:11 325:14
**caused** 41:12
100:18 101:4,5
109:20,22
111:8 112:3
120:16 183:7
183:24 226:2
236:19 260:21
**causes** 101:13
110:6 213:14
213:20
**caution** 202:8
**cedar** 3:3
**cells** 197:22
**center** 4:4,9
225:14
**ceo** 137:23,24
138:4,7,18
**certain** 31:3
59:9 99:16
108:21 123:6,7
152:13 156:12
158:12 160:15
178:17 184:4
189:6 271:22
285:24 304:13
313:12,12,12
313:13 314:6,6

320:18 321:13
331:24
**certainly** 12:12
**certificate** 337:2
**certification**
337:19
**certified** 2:7
337:14
**certify** 337:5
340:5
**certifying**
337:23
**chain** 6:5,21 8:4
8:7,19 9:14
119:6 194:18
195:6 222:21
247:6 253:19
254:3 267:19
**challenges**
248:21 252:7
**challenging**
116:7,9 253:2
**chamber** 99:1
178:23 238:4
**chance** 329:21
**change** 7:1
31:11 33:7
34:13,18 77:1
77:2 102:16
120:15 127:18
132:22 154:12
159:6 201:22
202:5,7,12
203:2 206:12
224:16 237:16
260:3 270:23
271:3,4 273:7
273:8,8,9
283:13 284:4,6
284:11 289:13
289:22 312:4
312:10,14,21
312:24 313:4
320:19 321:14
323:7 339:4
**changed** 137:11

Anatoly Aleksandrovich

200:4 281:4
296:2
**changes** 32:20
33:1 132:3
189:7 194:8
202:15 296:7,9
296:13 297:14
338:11 340:9
**changing** 224:12
283:11 316:23
**characteristics**
121:10 130:11
242:9
**characterize**
312:4 317:20
319:21
**characterized**
166:18
**charles** 1:12
**charlyn** 76:14
**chart** 152:19
298:19 302:22
304:17 306:19
**charter** 174:12
**chase** 99:7,7
**check** 55:20
**checked** 106:21
**choice** 112:21
197:11 288:24
317:1,6
**choose** 197:2
**chosen** 245:10
**chris** 223:7,8,16
225:1,11,14
**chronology**
64:24
**civil** 1:4
**claims** 202:15
**clarification**
247:23 281:13
319:3 330:7
**clarified** 193:8
**clarify** 285:21
293:3
**clarity** 16:2
**class** 166:19
167:1 271:6,10

**classified** 334:2
**clear** 38:14
47:11 128:16
163:23 198:5
205:7 249:13
288:24 300:15
323:5 327:19
**clearance**
226:23
**clearly** 59:5
**cliff** 3:20 53:22
55:24 56:18
62:12 104:2
106:22 309:8
309:15
**clip** 35:15,16,17
36:5
**close** 112:22
138:22 238:6
239:3 246:24
257:3 329:14
**closed** 63:24
64:3,8 139:2,3
163:8
**closely** 16:6
**closer** 296:23
**closing** 63:19,21
115:11 238:24
246:18 256:19
256:22
**closure** 223:23
223:23
**code** 84:3,19
85:1 92:24
261:23 299:21
300:15,20
301:24 303:11
307:3 332:5,8
332:10
**coded** 299:4,13
299:21 301:23
302:20
**codes** 86:1
**coding** 83:22
84:12
**collecting** 151:9
257:2

**collection** 299:6
**column** 203:23
203:23 204:9
204:23
**com** 2:23 3:6,11
3:17,22 4:6,11
**coma** 75:22
**combination**
198:12 251:8
335:17
**come** 20:3,9,13
20:19 75:24
92:5 96:11
109:10 122:7
134:12 165:23
231:8 250:9
252:19,24
263:13 274:10
292:7 305:2
333:7,12,14
334:3
**comes** 15:24
**comfortable**
250:24
**comforting**
304:22
**coming** 294:15
303:2
**commenced**
197:19
**comment** 298:1
**comments** 13:4
94:16 96:24
232:13 233:5
237:6
**commerce**
282:17
**commercial**
298:2
**commercially**
244:3,3
**commission**
340:19
**commissioned**
197:20
**commitment**
53:11 271:13

**commitments**
53:16 271:5,9
**committed**
273:12 279:20
**communicated**
223:11 224:22
271:16
**communication**
94:23 146:18
190:21 194:1
224:23
**communicatio...**
95:9 165:21
166:3 225:4
**companies**
297:21
**company** 21:5
22:3,6,16,20
23:3,4,6,14
24:2,5 36:1,2
102:13 137:2
155:1 263:11
272:9 276:10
298:3 310:24
319:9
**companytoco...**
30:22
**companywide**
41:4
**compared** 124:8
156:19 157:20
304:14
**compares**
195:21
**comparison**
196:20
**compartment**
101:11 110:3
173:23 174:8
174:19 175:7
175:13 179:5
179:12
**compartment...**
311:8
**complained**
113:11
**complaint** 55:2

66:1,9,14
67:16 69:22
72:14 81:11
83:15 85:1
87:14 88:10
91:7,9 142:7
185:20 299:21
300:15 332:1
**complaints**
49:23 73:23
80:22 83:22
84:11,24 85:7
299:2,4,12,14
299:20,24
300:4,9 301:2
301:23 302:19
303:1,10,13
305:1,22,23
306:8 319:17
319:22 320:6
329:4 331:5
332:4,18,20
**complete** 32:4
94:13 128:4
132:5 224:17
226:7 260:5
285:12 289:9
**completed** 32:10
115:21 190:8
224:13,24
226:15 232:4
232:14 233:24
236:4 257:7,9
267:9 288:13
288:18 293:21
**completely**
96:19 102:17
111:8 117:7
121:13 122:14
159:8 164:5
208:11 264:13
306:20 331:21
**completing**
280:4
**completion**
134:6,7 196:19
196:20 226:16

260:17 267:11
289:13 337:8
**complex** 44:10
**complexity**
257:8
**compliance**
187:2
**complicated**
136:8
**complications**
302:17
**complying**
330:16
**component**
173:23 199:16
311:5
**comport** 107:16
**comports**
105:19
**compression**
183:8
**compromise**
330:23
**computer**
106:10,15
**con** 177:22
180:18 182:4
**concentrated**
21:14
**concentrating**
24:15
**concept** 45:18
173:22 178:9
178:22 179:2
180:6,21,23
181:2 183:5,18
184:10,13
**concepts** 177:11
**conceptual**
175:4 177:3,11
182:20
**concern** 178:3
311:1 314:11
314:15,21
**concerned**
118:14
**concerning** 15:3

19:18 72:1
88:16 118:3
**concerns** 312:12
**conclude** 304:2
**concluded**
100:15 101:16
**concludes**
336:12,12
**conclusion**
109:11 129:20
241:23 291:20
303:9
**conclusions**
241:22 320:7
**concur** 225:15
291:19 319:5,6
324:6
**concurred**
318:22
**condition**
212:14 214:3
**conditions**
174:20
**conducted** 245:5
**confer** 12:12
**confirm** 143:1
**confirmation**
82:19
**confirmed** 226:1
**confirming**
146:8
**confusing** 170:4
**connect** 36:16
36:21 39:6
51:14
**connected** 50:20
59:20 68:20
69:7 206:20
207:12 234:3
315:18
**connecting**
66:20
**connection**
38:21 41:17
99:12 320:19
321:13 323:7
334:17

**connector** 6:13
31:23 32:9
36:13,15 37:3
37:8,16 38:6,8
38:12,17,19,22
38:23 50:12,23
68:4 69:1,24
102:4 161:20
163:19 164:5
165:2,5,24
189:12 204:11
207:2,6,7,10
207:13 208:2,8
208:9,14 242:2
251:20 290:23
297:20 303:7
325:23
**connectors**
167:11 206:19
208:6
**connects** 37:24
**consequence**
51:20 73:19
**consequences**
71:20 75:12
**consider** 123:22
224:12
**consideration**
208:13 232:16
**considered** 75:9
116:20 118:19
180:17 242:14
327:7
**considering**
130:15 181:23
**consist** 29:17
53:1
**consistent** 67:8
71:18 81:13,23
83:2 109:16
164:9 272:1
**consistently**
33:20
**consisting**
336:14
**constituent**
199:16

**constitute**
145:18
**constraint**
243:13,13
**constraints**
257:8
**constructed**
124:17 198:22
**consultant**
272:23 273:1
**consulted**
164:14
**consulting**
123:22
**consumable**
29:22
**consumables**
29:15,16,22
30:5,13,16
31:4,16 32:19
33:5 35:9
36:11 40:6
296:1
**consumed**
257:22
**consumers**
205:13
**cont** 4:1
**contact** 118:3,9
165:23 167:10
**contacted** 328:3
**contacting**
183:8
**contacts** 272:9
272:10
**contain** 64:19
163:8 221:9
**contained**
101:10 110:3
210:3 282:24
**containing**
292:6 294:11
**contains** 186:5
**contaminant**
160:16
**contaminate**
150:11

**contaminated**
150:17
**contaminating**
303:6
**contamination**
151:10
**contemplated**
33:2
**content** 139:6
**context** 192:5,7
**continuation**
318:9
**continue** 99:1,20
152:16 290:22
299:12 319:8
**continued** 67:4
213:3
**continues**
223:18
**contrary** 112:12
302:4
**contributing**
100:19,22
**contributor**
237:8
**control** 123:9
233:6 234:11
337:22
**controls** 158:22
**convatec** 263:5
263:9,10,13
264:2 270:9,17
276:10
**conversations**
89:18
**converted**
279:10,20
**coordination**
257:24
**coordinator**
136:3 224:2
**copy** 107:8
162:18 269:12
276:16,20,22
281:21 307:23
**corporate**
146:11,17,20

147:1,1,2,6,7
147:10,16,22
**corporation**
1:15 153:17
154:9 155:10
199:6 275:11
317:4
**correct** 17:18
18:3,9 19:3
23:23 24:22
27:19 28:6,7
28:14,19 29:3
29:4 30:14
31:23,24 32:5
32:6 34:9
36:18,19,24
37:1,4,5 38:10
38:24 39:17,18
40:4,7,8,19
42:2 43:2,3
44:15,16,19,20
44:24 45:1,2,7
45:21 46:2,12
46:14,17 47:18
47:20,24 48:1
48:4,5,8,20
49:16 50:1,2,6
50:7,12,20,24
51:2,7,17,18
52:9 53:10
55:4,10,14,15
55:17,18 57:16
57:17 58:1,17
58:18 59:2,11
59:24 60:6
61:14 63:7,9
63:12,15,16,24
64:1,5,6,8,9,16
64:17 65:3
66:17 67:11,12
68:8,13 69:12
69:13,18,24
72:21,22 73:8
73:23 74:7,20
75:19,20 76:12
76:15,16,21
78:7 80:8,9

81:9,20,21
82:1,17 83:4
83:10,23,24
84:4,7,15,21
84:22 87:10,11
87:14,15,20
88:3,4,7,18
89:6 92:9
93:20,21 94:1
94:2,7 97:4,5,9
98:1,2,6,7 99:9
99:10,21,22
100:4 101:22
101:23 103:6
103:16,20,24
105:12 108:2,6
109:12,18
113:6,7,12
115:14,15
117:6 118:18
118:19 119:1
121:20,21
122:17 124:15
124:18,21
125:1,2,5,10
125:13,14,17
125:18,21,22
126:11,14,20
126:21,24
127:4,7,8,24
128:1 129:2,5
129:9 130:6,12
130:21 131:10
132:6,7,7,13
133:2,3,7,13
133:20,21
134:1,2,14,19
138:6 142:6
143:4,5,18,19
143:24 144:1,6
144:12 145:11
148:2 149:14
149:15 150:5
150:12,17,23
150:24 151:12
152:22 153:3,4
156:18,21,22

157:1,2,14,23
157:24 158:3,6
158:23,24
160:17 163:5
163:10 164:11
164:12 165:10
165:11,18,19
166:17,20,22
167:22,23
168:4,5,8,21
168:24 169:8
169:10 171:6
173:3,10 176:7
176:8,12,13,16
176:17,22,23
180:12,15,16
181:9,10 184:6
185:13,23,24
186:7,8 187:17
187:18,22
189:13 192:21
194:12 195:8,9
196:24 197:8
199:4,12,13,18
199:19 201:4,5
205:9,10,13,14
206:2,3 207:4
208:10,11
210:11,12,16
211:9,14,15
212:2,23,24
213:4,5 214:19
215:10,11,15
215:18 216:1,2
216:10,11
217:10,11
220:22,23
227:12,13
228:22 231:9
231:10,18,19
232:2,5,10,11
232:19,20
233:4,15,16,20
233:21 236:5
236:14,15
238:14 239:4
239:11,22

242:20,21
245:2,15,20,21
246:1,2,7
248:10 249:2
250:6,7 251:21
251:22 254:9
254:10,17
255:14,23,24
256:15 258:14
258:15,19,21
260:9,10,13
261:7 262:1,2
263:1,2 264:9
265:7,8,20,21
266:1,5 268:16
268:17,20,21
269:16 270:9
270:10,17,18
270:20,21
271:23,24
272:3,4 275:13
275:14 276:17
277:6 279:4,5
280:5,6 282:20
282:21 283:1
284:18 287:10
287:13 288:15
288:16 289:9
289:10,22,23
290:14,17,24
291:1,5,6
292:5,8,9,16
292:18 293:17
293:18,23,24
294:5,12,13
296:3,4,9,18
297:11,12,17
297:18,23
298:7 299:8,9
299:15,16,22
300:5,6,10,19
300:20,23,24
301:2,3,13,19
302:8 303:7,13
303:14,19
304:10 305:16
305:18 306:1

312:10,11
315:2 317:19
318:16,23
324:3,4 325:5
325:17,24
326:14,20,21
327:11,17
328:3 329:7,8
330:3 333:5
335:16,24
340:6
**corrected** 42:8
105:8 234:2
**correcting** 44:24
**correction** 145:9
165:21 193:17
**corrections**
338:4,6 340:9
**corrective** 6:11
28:18 29:2
39:13 43:1
44:22,23 45:3
45:19 46:4
95:15,16,16,20
95:24 97:1
108:4 145:9,13
145:19,24
146:11,21
161:18 162:2,6
162:11,23,24
163:16 164:14
166:18 168:6,7
168:12 192:8
192:14 271:5,7
271:9 311:5,10
311:19,24
312:5
**correctly** 68:12
101:1 121:6
196:14 216:19
230:17 231:2
296:6
**correlation**
89:13 124:7
151:19
**correlations**
121:14

correspondence 53:17
couldnt 67:21 265:24 273:23
counsel 14:7
count 83:15
county 1:11
couple 12:9 36:9 57:20 60:12 62:21 91:2 120:2 176:1 295:13 298:24 323:17
course 53:6 64:16,21 65:1 91:15,18 115:18,23 123:11 137:11 137:16 140:18 159:24 330:6 330:14 333:15 334:14
court 1:1 12:24 14:5,9 15:18 16:9 21:17 39:15 153:24 319:3 330:7 338:18
courts 11:9
covers 27:13
create 32:4 82:5 105:11 116:24 129:7,8 135:14 145:24 197:23 214:2 217:16 233:10 310:20
created 63:8 76:8 87:13 197:17,17 221:1,8 300:21 303:12 332:5
creation 142:11
critical 260:22 316:17
crossnotice 12:19
crossnoticed

14:3
current 94:23 152:20 154:22 156:19 157:21 158:21 159:13 165:14 197:4,5 216:7 223:21 248:4 273:15 275:10 290:11 290:12 291:8 321:14
currently 179:7 197:6 226:11 242:1 288:21 289:1
curtis 68:2 70:3 76:14 81:4 82:14 113:6,8 113:14 173:1,7
customer 55:2 66:3,19,24 67:5 68:7 72:15 80:24 82:19 87:13 90:23 94:22 122:10 142:13 166:1
customers 81:1 86:5,20 113:16 159:15
customization 199:19
customized 132:24 234:19
cutting 21:15,17 21:18
cycle 66:5 67:5 101:12 110:4

—— D ——
d 4:1 5:2 171:17 173:5,14
danger 75:9
danish 268:13
data 72:17 86:23 92:4 150:2,20 151:10 152:1

157:5,7 159:13 183:10 237:7 257:2 299:6 300:22 303:9 320:7
database 165:16
date 2:6 13:22 61:21 76:8 107:24 108:13 117:13,21 122:3,8 134:4 134:5 164:3 219:11 232:24 234:24 235:1,3 236:10,13 243:9 256:17 256:18,19,22 257:16,18,19 260:8,14,18 268:16 278:9 280:4 282:18 338:9 340:14
dated 6:5,9,19 6:21 8:4,7,19 9:12,14 88:19 119:6,16 126:4 126:13 140:8 171:8 186:13 194:18 195:7 202:6 222:21 225:11 241:4 247:6,12 253:19 254:5 259:9 264:8 267:19 268:4 270:19 279:3 282:4,12,12 288:14
dates 117:17 134:13,15,22 135:7
david 4:15 13:20
day 340:18
days 238:4 267:4,6,7 279:12,13 296:3,8 298:24

338:15
daytoday 33:4
de 1:17
deadlines 134:16 256:14
deal 133:7
dealing 33:5 39:16 79:22 191:17 263:14 263:20
dealings 263:14 323:6
deals 28:13 325:21
dealt 321:12,18
dear 145:14 193:22,23 295:18 300:17 300:17 333:1,1
death 75:22 164:7 305:4 331:15
deceased 1:6 89:12
december 211:9 217:13,23 218:22 220:21 221:4,6 224:8 224:15 236:10 264:8 265:19 301:4
decided 20:21 102:15 252:17 309:10
decision 44:14 74:9 90:2 143:12,15,22 144:3 145:3,5 145:10 188:8 195:11 196:17 235:22 240:8 253:6 260:2 291:7,13 314:1 318:18,20,22 319:6 320:19 321:14 323:7
decisionmaking

44:17
decisions 74:5 144:13
deck 80:8,11 140:8,11 171:5 171:13 195:23 211:6 220:19 220:24 221:8 228:18 231:23 244:19
dedicated 261:24
deem 251:5
deemed 213:17 226:7 338:17
defect 34:14 325:21
defendant 11:5 11:7,12
defendants 1:9 1:18 12:20,21
defense 144:20
deficiency 9:5 277:22 278:5 278:11
definitely 39:22
definition 333:20
definitions 190:22
degree 17:12,14 17:20 19:24 20:1
delay 237:1 260:4
delays 236:19
deliberately 150:3
deliver 99:20
delivered 163:24 224:3
delivers 36:16
delivery 42:16 66:4 75:18 88:12 98:9,12 99:4 165:6 167:9 180:3

Anatoly Aleksandrovich

204:14 228:20
231:3
**demonstrated**
112:14 178:9
178:16 180:21
242:10 317:9
**demonstrates**
183:11
**demonstrating**
69:11 82:15
**denmark** 235:14
**dennert** 18:12
**department**
92:6 223:11
261:20 307:10
**depend** 89:4
**depended** 97:18
**dependent**
100:24
**depending** 46:7
46:13 73:5
97:12 160:15
**depends** 34:3
45:3 99:23,24
**depict** 211:20
213:10
**depicted** 71:18
206:19 207:9
**depicting** 208:1
212:11
**deplete** 291:2,8
291:20,21
319:2
**depleted** 290:11
**depleting** 319:8
**deponent** 14:6
340:2
**deposing** 338:14
**deposit** 112:3
**deposited** 41:20
149:2,13
150:16 151:21
152:17 215:1
215:24 245:18
271:22
**deposition** 1:21
2:3 10:2 12:4

13:1,11,24
15:3 18:8,11
18:18,23,24
19:5,10,10,16
19:18 41:15
56:14 62:1
70:21 79:7
104:20 119:5
126:3 139:22
161:17 162:15
162:17 172:14
185:1 186:12
194:17 201:21
203:10 205:18
209:5 210:21
220:8 222:20
228:10 240:14
244:8 247:5
253:18 256:4
259:1 262:6
264:21 267:18
269:1 277:21
278:18 280:10
282:3 298:12
336:13,17
337:5,8,9
338:3,12,16,17
**depositions** 15:1
18:13 19:12
**deps** 2:23
**derive** 65:6
134:4
**derived** 150:2
**describe** 98:19
245:23
**described** 31:17
81:22 100:16
114:11 214:23
**describes** 271:3
**describing** 66:3
289:8
**description** 5:12
64:14 65:14,24
111:22 223:21
273:7
**descriptive**
15:18 16:3

**design** 8:2 37:3
37:15 47:8,24
48:3,12 49:4
50:11,21 51:5
51:8,14,14,24
52:4 53:7,12
97:8 101:22
103:19,24
120:5 127:12
127:14,15,16
128:4,9,10,10
129:6,12,19,21
129:22,23
152:8 158:21
168:20 174:17
174:22 194:8
214:5,13
219:22 227:12
241:2 243:24
244:10,20,23
245:4,5 308:23
309:4 310:9
312:21,24
313:8 325:22
326:9,11,19
327:2,7,14
**designed** 38:8
38:18,21 39:6
48:7 51:9
52:15 96:2
129:3 149:9
335:4
**designwise**
102:16
**desirable** 47:23
48:11
**despite** 77:16
317:7 334:2
**detaching**
182:11,11
**detail** 5:16 28:17
39:12 41:23
62:2,24 84:18
130:2 307:8
**detailed** 81:3
245:11
**details** 40:21

41:3 61:17
70:4 86:8 91:9
214:6 304:4
308:16
**detect** 47:8
82:20 183:22
**detected** 61:1
158:16 231:9
**detection** 183:5
183:6
**detects** 59:9,10
184:4
**determination**
50:5 52:8
**determine** 49:3
69:16 73:2
74:11,15,19
84:10 109:10
115:5 120:15
120:24 123:3,7
149:2 150:7
151:2,19,19
175:18 180:8
200:1 213:14
214:12
**determined**
53:19 89:13
112:23 121:14
124:7 196:24
215:14 224:24
253:1 259:22
266:19,22
**determining**
52:13 149:12
215:23 238:18
**develop** 30:20
128:24 150:14
150:21 160:14
183:11 197:23
200:5,8,10,14
217:15,19,20
277:16
**developed** 30:24
69:16 70:2
82:21 84:20
150:22 153:3
160:12 242:4

**developing**
208:14 221:13
221:17
**development**
107:18 148:18
148:23 160:23
177:23 183:9
184:20 215:22
217:15 248:16
254:22
**developments**
15:4
**deviation** 43:10
43:20
**device** 24:2
27:22,24 167:7
190:18 225:14
273:8 282:15
**devices** 1:16
11:17 27:14,15
28:3 36:8
183:10 282:16
**dfcap** 6:13
161:21
**diabetes** 74:2
138:5 147:14
189:15 190:1
193:9,17 194:6
**didnt** 25:17
43:17 97:20
103:3 105:11
105:13 106:14
109:1 123:22
123:24 127:2,4
133:5 139:18
168:18 221:9
243:11 250:4
250:24 258:5
275:5 284:18
292:7 302:15
322:12 329:5
335:21
**died** 90:7
**diehl** 192:18
**differ** 24:11
198:4
**differed** 252:12

Anatoly Aleksandrovich

difference
176:14 183:23
325:19
different 27:20
31:5 43:21
44:11 53:1
59:7,17 79:1,3
93:16 118:21
129:15 130:5
131:13,13
135:1 145:22
157:5,6,6
177:3 188:2
207:2 208:12
230:11 231:17
251:9,13,14
252:18 257:3
274:1 316:22
317:6 322:9
331:22 334:18
335:5,7
differently
210:8 268:6
difficult 84:9
259:16
difficulties
116:17
difficulty 250:12
diligence 320:22
321:19 322:19
diluent 68:2,15
68:22 112:17
112:21,24
113:3,23
dimensions
234:15
diplomate 2:8
337:15
direct 78:17
110:15 273:10
337:22
directed 313:14
direction 10:4
215:10
directions 79:3
directly 44:5
91:7

director 173:14
188:4 195:4
directors 77:7
disc 191:20
192:9,10
230:17
discarded 116:3
116:5
disclose 35:21
251:16,23
252:10
disclosed 252:6
disconnect
167:21
disconnected
68:17 114:7
discovered
34:15 42:1
112:1 248:13
248:20 297:10
discovery
209:17
discussed 116:2
116:13,17
178:23 186:6
191:5,6 218:1
271:13 306:20
316:22
discussing 12:19
78:10 183:19
190:22
discussion 13:16
61:6 80:1
95:23 100:10
169:19 188:10
188:14 208:18
259:21 275:20
291:15
discussions
89:19 96:4
177:3
dismiss 11:13
disposable
189:17
disposables
205:12 295:24
disposal 316:13

dispositions
46:21
dissent 292:2
distance 182:16
distinct 16:24
distinction
17:22 324:13
distinctly
131:13
distribution
165:13
distributor 95:4
166:2
distributors
95:5
district 1:1,1,11
14:4,5 223:24
divided 296:8
division 1:2,16
dmaic 174:21
doc 233:6
doctor 333:1
document 63:19
64:15 65:19
217:16 223:23
233:9 234:11
234:13,13
269:17 276:24
277:1 289:2
documentation
33:7 195:16
221:20 229:9
232:22 236:22
257:14 258:8
263:22,23
264:2 281:8
283:7 285:13
285:24 286:3
286:12 289:16
313:13
documented
110:11 127:21
201:15 310:3
documents 10:9
12:5 33:8,11
77:2 87:12
137:7 162:16

193:6 205:11
223:20,24
227:7 310:4
doesnt 15:12
60:1 76:23,24
93:19,23 208:9
229:4 274:6
306:7 307:16
doing 40:17
182:15 188:3
196:4 247:23
302:22 303:20
338:8
don 269:24
donatelle 229:15
dont 12:2,5,13
13:10 15:11
16:22 17:24
18:15,19 19:9
19:15 25:11,12
27:17 28:10
30:9 32:11
39:22,24 40:1
46:22 58:6
59:19 60:8
61:16 66:12
67:17 68:6
70:1,4,17 76:5
76:22,22 80:13
80:15,19 81:16
83:11 85:4,18
87:2 88:2 91:8
91:13 96:9
108:15 109:7
117:2 119:18
119:21 124:6
132:18 137:3
140:23 141:8
141:12,16
144:16 146:23
155:19 160:21
166:14 171:15
171:24 179:4
180:5 182:15
183:2 184:11
184:18,18
188:15,18,21

189:20 190:13
190:16 191:2
191:15,22
192:3,22 193:5
194:4 195:14
196:2 198:21
198:21 201:10
201:14,15
203:5 205:6
206:13 207:15
208:20 216:23
218:2 219:19
220:4 221:11
221:15 223:20
225:3,10 227:5
228:24 229:22
229:23 231:11
234:4 236:18
240:10 241:17
246:15,20
247:22 252:14
253:8 255:5
258:7 261:18
264:3 269:23
274:22 276:24
278:13 279:23
281:20,23
283:18 291:14
294:20 305:7
306:12 307:7
307:12 308:12
311:11 318:1
326:2 329:13
330:20 333:22
dosage 89:3
dose 89:2
dot 150:1
dr 193:16
draw 320:6
drawing 234:17
254:15 258:6
289:3
drawings
232:23 283:11
dried 82:21
dripping 80:22
85:2

| | | | | |
|---|---|---|---|---|
| drive 99:2 | 143:14 148:5 | 12:21 13:13 | 179:20 180:4 | 305:20 |
| drives 46:24 | 165:9 168:1 | 323:1 | encino 2:5 13:23 | entirely 96:3 |
| dropped 213:3 | 169:4 178:3 | electronics | 14:1 | 103:19 121:18 |
| drops 82:4,6 | 211:23 212:3 | 178:23 | ends 275:16 | entirety 118:10 |
| drove 90:1 | 215:22 259:24 | elevated 237:23 | engaged 57:24 | 140:16 |
| drug 270:8 | 261:6 266:17 | eliminate 46:11 | 59:16 67:3 | entitled 220:19 |
| dry 82:9,20 | 284:9 290:20 | 96:19 102:17 | 99:3 | 228:19 244:19 |
| 165:22 212:14 | 295:16 310:12 | 114:19,23 | engagement | 309:17 |
| 212:18 216:20 | 311:3,4 315:6 | 115:6 117:1 | 111:7 | environment |
| duarte 76:14 | 318:8 332:20 | 121:18 194:10 | engineer 22:9,10 | 51:10 112:22 |
| 81:5 | 333:6,11 | 305:24 306:6 | 23:2 24:4,11 | 130:15 153:11 |
| due 50:20,22 | early 22:14 | 310:21 314:20 | 24:12 25:12,13 | 178:6 179:7 |
| 75:2 97:22 | 49:10 108:10 | eliminated | 26:2 35:6 | 232:9 253:4 |
| 102:11 108:13 | 167:15 200:24 | 153:7 216:9,15 | 93:12 128:18 | 260:1 317:11 |
| 108:22 116:17 | easier 41:17 | 216:17,24 | 154:8 171:17 | environmental |
| 117:12,21 | 62:19 106:10 | eliminating | engineering | 238:4 |
| 122:3 127:12 | 106:15 172:8 | 159:17 160:13 | 6:16 7:1,20 | equalization |
| 127:23 130:24 | 236:2 | email 6:5,9,21 | 17:13 19:24 | 42:12 174:14 |
| 153:8,8 219:11 | easily 103:13 | 8:4,7,19 9:14 | 21:11,21 22:24 | equalize 174:18 |
| 219:22 255:16 | easy 117:3 | 119:6,15 126:4 | 27:11,13 81:4 | equalizes 99:1 |
| 227:12 232:24 | 280:24 | 126:10 127:1 | 82:3 109:3 | 99:17 |
| 234:24 235:1 | eco 7:1 201:22 | 172:23 194:18 | 116:7,10 | equally 176:21 |
| 235:23 236:10 | 289:21 | 195:5 222:21 | 142:18,21 | equals 238:3 |
| 239:13 256:17 | ecr 7:1 201:22 | 223:16 225:9 | 155:15 185:2 | equip 23:6 |
| 256:18 257:8 | educate 70:14 | 226:5 247:6,12 | 185:11,21 | equipment 23:7 |
| 259:23 260:8 | education 17:10 | 253:11,19 | 187:20 195:15 | 26:10 31:11,12 |
| 260:14 284:3,3 | 18:6 | 254:3 267:19 | 195:17,18,19 | 34:20,21 133:5 |
| 313:5 319:9 | educational | 268:3,11 | 201:22 202:5 | 201:3 250:6 |
| 320:21 321:19 | 21:13 | 276:13 286:13 | 240:15 241:1 | 251:7,10 |
| 322:19 326:22 | effect 158:5,10 | 324:5 | 241:11 242:13 | 265:12,13 |
| 327:16 | 159:2,3 174:14 | embed 183:21 | 242:18 264:16 | equipped 38:5 |
| duly 14:14 337:5 | 324:23,24 | emflon 154:16 | 283:13 289:22 | equivalency |
| duration 237:19 | 325:1,3,5,13 | 154:17,18 | engineers 65:21 | 282:19 |
| durations | 332:12 333:2 | 156:20 157:21 | 113:15 183:18 | equivalent |
| 135:19 | effective 97:14 | 178:14 197:5 | english 203:24 | 282:16 |
| duties 25:15 | effectiveness | 198:4 199:2 | enmeshed 281:2 | er 108:12 |
| 26:7 | 189:16 | 200:4 273:15 | ensure 24:17 | er138302 6:16 |
| dvds 336:14 | effects 158:6 | 274:11,14 | 26:14 169:11 | 185:2 |
| | efficient 24:18 | 275:11 290:13 | 202:11,16 | er149258 7:20 |
| **E** | efforts 312:23 | 290:23 291:21 | 224:10 | 240:15 |
| e 4:3 5:2,10 | either 27:19 | 294:11 297:17 | ensuring 27:6 | errata 338:6,9 |
| 339:1 | 75:21 87:22 | 318:10 319:8 | enter 43:8 | 338:11,14 |
| ea05 83:14 84:2 | 102:16 116:13 | employed 41:15 | entered 13:13 | 340:10 |
| 85:1 | 127:2 | employee | 261:24 | error 169:7 |
| earlier 53:5 | eklund 1:12 | 119:19 321:17 | entire 30:10 | 181:7 191:12 |
| 82:24 100:18 | 3:17 4:12 11:4 | employees 307:2 | 63:20 132:11 | 191:16 310:10 |
| 110:24 137:7 | 11:8,24 12:6 | empty 91:4 | 168:13 272:2 | escalation 73:15 |

Anatoly Aleksandrovich

73:18,22 74:18
**escalations** 74:9
**esquire** 3:3,9,14
3:20 4:3,9
**essence** 135:15
203:6
**essentially** 79:2
157:4 179:9
**establish** 23:7
**established**
30:23 228:21
243:22 285:23
**establishing**
33:18
**estimate** 87:1
116:22 135:17
**estimated** 86:11
92:12 117:13
122:3 133:19
134:7 157:9
256:19,21
**estimating** 17:2
**estimation**
16:24
**et** 1:8 14:2
**europe** 80:22
111:1 268:5
**evaluate** 94:18
134:17 174:22
213:15
**evaluated** 103:2
194:8 316:23
**evaluation**
49:24 73:7,12
73:14 74:18
75:8 93:19
94:17 108:4
143:7 193:3
245:11
**event** 24:7 28:12
91:8 102:6
114:11 141:18
142:3 175:16
180:3 191:3
224:4 264:4
275:9 299:10
**events** 64:24

72:4 81:10,14
81:20 105:20
185:19 186:2,6
234:3
**eventually** 41:19
52:16 138:22
214:14
**everybody**
253:1
**exact** 16:22
91:14 201:10
203:5 283:18
**exactly** 18:16
19:15 25:11,12
32:11 41:24
44:9 46:23
49:11 67:18
70:1 72:3 76:5
87:7 89:3 91:8
114:10 117:2
124:6 131:11
132:18 135:20
140:15 141:8
144:16 155:20
171:15,24
179:4 196:2
201:16 216:23
219:20 221:5
221:15 223:9
227:5 229:22
234:4 236:18
240:10 246:15
247:22 253:8
255:5,9 258:8
261:18 274:22
275:7 278:13
283:2 291:14
306:14 307:7
308:12 324:17
326:12
**examination**
14:17 61:14
308:5 320:14
323:19 329:17
**examined** 14:14
149:11
**example** 238:2

311:22
**examples**
200:20
**excess** 156:23
158:2 325:16
**exclude** 297:21
**excuse** 16:10
107:23 114:6
153:24 204:10
219:18 249:4
249:17 296:20
**execute** 232:8
**executed** 132:18
257:13 285:14
286:15
**executing** 290:6
**execution**
259:14
**exercising**
322:14
**exhibit** 55:20,22
55:23 56:11,14
56:20 61:23
62:1,23 63:18
70:12,19,21
71:7 74:23,24
76:7 79:5,7
92:8 94:12
100:6 104:16
104:20 110:14
114:14 119:2,5
121:22 126:1,3
127:9 139:19
139:22 143:21
161:15,17
163:4 169:17
172:12,14
174:10 184:23
185:1 186:10
186:12 194:15
194:17 201:19
201:21 203:8
203:10 205:8
205:16,18
209:2,5 210:1
210:9,19,21
218:5,14 220:6

220:8 222:16
222:20 227:9
228:5,10
240:11,12,14
244:5,8 247:2
247:5 253:16
253:18 256:2,4
258:23 259:1
262:4,6 264:19
264:21 267:16
267:18 268:23
269:1 277:18
277:21 278:16
278:18 280:1,3
280:8,10 282:1
282:3 288:3
298:10,12
313:17 319:13
321:19
**exhibits** 170:2
**existing** 166:4
**expanding**
279:15
**expansion** 31:12
**expect** 122:12
150:8 194:9
239:3 286:5
**expectancy**
180:11
**expected** 91:2
117:21 123:6
134:5 218:6
227:11 233:23
235:3 238:9,24
283:16 284:19
293:15 320:22
322:8,16
**expediency**
237:21
**expedite** 284:16
286:23
**expeditiously**
283:23
**expend** 316:10
**experience**
118:1 122:10
**experienced**

250:20
**experiencing**
86:5,20
**experiment**
275:8
**experiments**
82:8 93:10,13
93:16
**expert** 309:9,17
321:5,7 322:2
336:2
**expires** 340:19
**explain** 179:2,24
183:17,18
211:12 310:16
311:12 312:16
313:2,24
315:16
**explanations**
281:9
**explore** 26:16
195:12
**explored** 115:18
115:20,24
118:20 182:19
184:13
**exposed** 97:24
**exposure** 160:16
**express** 292:1
**expressed** 254:7
**extending**
261:13
**extension** 8:9,12
9:7 108:10,12
108:18 109:6
109:16 135:2,3
135:9,11 256:5
256:12,13
257:6,17 258:3
258:10 259:2,8
259:13 260:20
278:19 279:3,7
302:6
**extensions**
134:22
**extent** 27:21
30:3 31:20

61:17 103:18
285:1 307:7,7
**extremely**
319:23

**F**
**faces** 125:16
**facility** 24:17
235:14
**fact** 51:12,23
52:7 68:1
69:23 74:1
90:5 102:11
138:23 177:7
189:9 199:7
210:6 221:5
224:14 250:22
258:4 292:5
295:24 303:1
317:7 324:16
327:22 334:3
**factor** 16:17
48:8,19 121:16
326:5,22
**factors** 101:15
118:1 236:19
238:18 243:14
245:19 327:1
**fail** 338:16
**failure** 41:24
42:5,5,10
43:19 92:23,24
98:8,11,20
103:2 111:5,23
142:18 143:1
158:6,10,13,16
159:3,6,7,10
175:18 260:20
260:24 306:21
310:22 315:10
315:11,12,13
315:17,22
316:2 319:10
324:13,14,16
324:23,24
325:1,3,5,13
**failures** 175:20

304:14 331:24
**fair** 228:1 302:2
302:12,13
314:7
**fairly** 32:13
**fall** 97:2 185:20
201:13 230:22
253:11,14
258:12,12
**familiar** 40:21
53:17 59:3,13
61:3 73:17
139:5
**family** 5:16
11:24 20:21
62:2,24
**far** 28:15 242:17
255:2,2 263:10
286:11
**fargo** 4:4
**faster** 313:15
**faucet** 182:17
**fault** 200:13
**fda** 9:9 28:2
29:5 46:17,20
53:11,16,18
134:1 138:24
139:14 166:18
186:24 187:1,4
187:10 188:8
189:6,8,15
190:1,10,23
193:9,20,20
194:7 202:7,12
202:16 204:20
223:12,17
224:12,15,23
226:5,17,19,23
238:16,19
254:6 257:10
257:12,16,23
260:16 266:5
267:10 268:16
269:13 271:3
271:10,14,16
272:18 273:12
276:15 277:8

277:12,17
278:5,9 279:8
279:9,9,22
280:11 281:5
281:19,22
282:11,13,20
283:22 284:14
286:24 289:14
294:9 315:4
316:17 324:6,6
330:21 335:22
**fdas** 166:23
238:13 268:20
279:18
**feasible** 327:14
328:1
**feature** 181:5
182:19
**featuring** 289:6
**feb** 7:18 228:11
**february** 7:17
9:15 81:5
83:15 85:23
89:10 219:12
219:17,24
222:21 227:1
228:11,19,19
229:5 231:8,12
231:13 232:24
239:15 301:10
**federal** 28:8
**federally** 2:7
337:14
**feel** 250:24
**fell** 78:17
**felt** 145:3 319:7
319:7
**fiber** 125:17
**fiddling** 79:21
**field** 6:11 23:18
46:5 75:3
97:24 108:3
145:8,9,13,19
145:24 146:11
146:21 161:18
162:6,10,21,23
162:24 163:15

164:14 165:21
190:21 192:8
192:13 271:6
319:11
**figure** 45:22
52:17 201:3
**file** 5:19 56:15
94:13
**filed** 12:24 109:5
**fill** 5:14,20 6:1
63:15 66:5
79:8 80:18
83:14,23 84:2
92:13 93:20,24
100:18 101:2,4
101:12 102:6
104:21 109:20
110:4 113:11
113:17 139:23
140:8 141:6
149:17 171:5
171:22 187:5
187:11 204:13
209:18 231:6,9
261:22
**filled** 68:11
90:24 150:3
**filling** 66:19
82:7 100:20,21
100:22,23
103:12,12
113:1,9 114:4
151:4 205:1
210:15 216:1
224:4 303:20
309:24 310:8
**filtration** 155:2
**final** 90:16
129:21,22
164:19 288:10
**finalize** 217:14
**finally** 52:1
98:24
**find** 43:9 120:17
125:24 136:10
159:18 225:18
308:2 318:4

**finding** 68:10
**findings** 70:2
108:12
**fine** 13:7 54:7
128:21
**finger** 59:23
60:4,19
**finish** 16:7 97:20
109:9
**finished** 199:17
199:18
**firm** 3:8 22:12
225:18,20,21
226:1
**first** 15:10 24:1
29:9 31:15
32:18 35:1
40:10 44:5
45:20,20 47:7
49:14 55:1
72:18 76:3
77:4 85:21
88:8 94:22
117:11 123:3
136:11 141:22
142:3,6 144:19
151:11 152:2
154:9 170:18
177:15 191:6
203:23 204:22
206:6 216:24
223:6 229:14
264:1 277:4
298:22 313:6
318:1 330:16
**fischer** 192:18
193:7
**fit** 133:10
199:21
**five** 5:16 62:2,24
86:19 87:20
88:1,17 89:18
89:20,22 90:1
90:4 117:3
130:5,7 153:2
177:10 188:6
308:15,17

Anatoly Aleksandrovich

**flaw** 51:24 52:4 309:4
**flipped** 126:16
**florida** 272:12
**flow** 13:11 26:14 81:2 111:6 112:14 120:4 120:12 121:7 130:12 141:20 142:10 146:4 147:12 148:17 150:23 151:15 151:20 152:11 152:16 159:20 160:8,18,23 178:9 212:13 212:18,20,22 215:17 216:20 216:21 217:1,2 217:15,16 221:18 233:24 234:6 242:8,11 273:24 274:3 274:20 317:21 318:2
**flowing** 67:1,4 165:4
**fluid** 6:12 68:2,3 68:16 69:8 149:1,2,6 151:2 152:17 156:12 161:19 165:22 178:18 203:5 245:18 315:24 328:3
**fluids** 167:10
**fmea** 158:5
**focused** 228:2 239:10
**follow** 102:23 117:10 155:6 190:22 226:23 310:19 313:11
**followed** 101:1 179:22 215:24 243:4 272:2
**following** 51:21

75:2,4 94:19 97:23 98:4 300:23 310:2
**follows** 14:15
**followup** 277:9
**followups** 323:17
**food** 270:8
**force** 183:7
**fore** 252:19
**foregoing** 337:19 340:5
**foreseen** 182:9
**forget** 237:4
**forgot** 153:6
**form** 7:1 8:9,12 9:7 16:1 32:15 34:2,17 42:3 42:18 43:14 45:12 46:1 47:10 48:15,21 50:13 51:1,19 52:2,22 61:15 75:11 84:5,13 85:11 95:18 97:10 102:9 103:7 113:19 115:3 118:7 135:12,13 139:4 160:4 168:2,9,23 169:9 181:21 196:9 197:18 201:22 202:6 203:2 214:2 223:23 248:9 249:24 250:15 252:4,22 256:5 256:12 259:2 270:12 278:19 285:7,19 286:10 287:3 287:11,12,18 287:20 290:4 297:24 302:9 303:24 305:5 305:17 324:8

324:19 325:6 326:1 327:18 328:21 331:1,9 331:17 332:15 340:9
**formal** 129:19
**formally** 329:22
**formed** 82:6
**former** 17:17
**fort** 272:11
**forth** 134:9 281:16
**forum** 3:9
**forward** 107:22 159:20 193:8
**found** 69:23 70:8 72:15 81:3 120:19 130:17 155:1 155:14 196:5 249:5 259:16 282:15 323:24
**foundation** 100:8 104:17 105:16 124:11 198:8
**foundational** 62:22
**four** 151:18 177:10 283:17 293:12,23 297:8,14 308:17 312:9 312:13 336:14
**fourth** 1:11 90:10 190:7
**fouryear** 297:16
**fragile** 130:17 130:19
**frame** 116:18,22 201:11 227:7 253:13 323:12
**free** 286:17
**frequency** 92:18 190:23
**frictions** 179:13 179:16

**fulfill** 152:8 243:24
**fulfilled** 313:8
**full** 5:16 62:2,24 132:20
**fully** 133:1 195:12
**function** 149:9 214:17
**functional** 137:13,20 217:7 232:8 237:14,18 266:24 317:8
**functionality** 149:3
**functions** 44:11
**further** 73:3 102:15 130:8 132:11 152:7 182:20 184:13 184:17,21 188:10 193:8 248:15 279:15 304:4 307:13
**future** 12:13 45:10,24

## G

**ga50** 299:4,13 299:21 300:4 300:15 301:24 302:20 303:11 307:3 319:17
**gained** 143:16
**game** 91:8
**gap** 99:8 100:1 165:9
**gary** 1:4 3:8
**garyksmithlaw** 3:11
**gas** 41:21 50:24 102:5 115:13 118:17 120:22 121:3,11,20 124:5 125:21 126:19 130:18

150:15 160:15 214:24 215:5 242:10 271:21 274:3,8,12,15 275:4 327:1 328:2
**gears** 42:22 50:9 222:1
**gels** 204:10
**general** 43:7 147:14
**generally** 152:1 261:19
**generate** 174:5 175:5
**generated** 115:12 278:12
**generation** 173:22 183:15
**generations** 176:2
**generators** 22:6 297:21
**geometry** 93:17
**georgia** 3:21 4:10
**germany** 57:12 61:13 80:24
**gestures** 15:20 16:10
**getting** 134:1 148:11 168:3 181:13 182:5 210:2 218:6 239:16 249:14 266:3 283:22 284:16 287:17 292:23 300:18 303:5 328:8 329:15 336:10
**give** 15:6,16 16:3,14 19:5 19:17 26:6 31:6 51:15 56:4 125:24 140:12

Anatoly Aleksandrovich

given 12:14 18:7
  18:14 74:6
  149:16 208:13
  287:15 296:16
  319:2 335:4
  337:6 340:7
gives 80:21
giving 171:21
glucose 25:23
  29:10 40:18
  85:24 86:6
  87:22 88:10,20
  89:11 90:12,17
go 11:22 17:8
  18:2,5 26:23
  36:12 49:3,17
  49:19 54:10
  58:9 80:20
  83:6 85:19
  87:19 92:7
  93:22 94:12
  100:7,8 103:23
  107:5 110:14
  114:13,14
  117:10 126:8
  130:22 133:17
  134:23 144:14
  148:6 151:13
  154:15 155:4
  157:3,8 158:4
  158:18 159:12
  162:13 167:6
  169:16 170:6
  170:17 171:1
  172:11 174:9
  174:11 177:1
  179:8 181:3
  194:9 195:11
  197:15,24
  198:24 203:16
  203:19 204:8
  204:22 208:24
  209:2 213:16
  214:20 225:5
  227:8 231:15
  231:20 232:12
  237:3 245:22

246:3 248:22
252:17 254:20
258:5,13 273:2
280:17 288:2
289:11 294:22
299:11 314:21
334:9
goal 101:24
  114:18 115:1,4
  128:23 150:14
  168:13 175:17
  312:7,7
goes 36:22 66:18
  86:9 111:24
  112:20 114:2
  120:2 124:24
  144:22 164:23
  192:17 212:15
  212:16 224:6
  248:12 259:12
  290:8
going 12:2 15:1
  28:16 31:18
  38:13 39:11,14
  41:23 50:9
  54:9,13,20
  56:23 57:4
  71:6,17 84:17
  87:8 97:19
  102:1,3 104:6
  104:12 107:22
  108:17 115:16
  117:10 118:12
  119:22 121:22
  127:9 130:1
  135:9,10
  151:14 159:20
  160:8,9 161:4
  161:11 165:24
  168:19 173:24
  178:4 189:9
  193:8,21 198:9
  198:11,18
  201:7,12 214:6
  221:24 222:5
  222:12 230:6
  254:15,19

255:3 258:13
275:3,12
280:24 287:7
290:21 294:24
295:3,10,14
300:2 304:4
305:24 307:20
324:22 336:15
goldenberg 3:14
  3:14 5:7 11:21
  11:23 307:18
  322:21 329:12
  329:19,21
  330:8,11 331:3
  331:13 336:4
goldenberglaw
  3:17
golkow 2:22,23
  13:21
good 14:20,22
  17:7 64:23
  75:24 102:14
  107:5,14
  130:18 186:1,1
  197:1 212:18
  212:20 296:10
  310:14,19
  313:7 328:14
  333:7,12,14
  334:3
govern 149:1
government
  313:14
graduate 18:2
graduated 17:23
granted 289:16
graph 83:8
  85:13 119:23
  211:19,21
  212:6,10
graphs 155:21
great 18:4 57:4
  71:15 161:2
greatest 159:14
green 68:15
  112:17,21
  113:3

greenberg 3:19
ground 15:2
group 235:20
  241:9 247:18
  248:3 252:13
  259:21
grover 76:14
  126:11 127:2
  154:7 173:1,7
  195:20 273:21
grovers 274:13
grueling 15:1
gtlaw 3:22
guard 48:4,13
  49:5 97:9
  114:8 167:22
  181:16,20
  182:12
guess 17:1 20:4
  72:23 74:13,13
  88:6 90:3
  146:2 210:1
  268:4 304:8
  312:9 333:17
  336:9
guide 210:9,15
guides 205:1
  206:8
guys 329:14

_____
        **H**
_____
h 5:10
hadnt 68:11
  234:1
half 107:2 320:3
  320:4
hand 45:15
  94:21 120:1
  306:22
handle 153:10
hands 267:14
handy 107:21
happen 49:12
  77:18 99:15
  122:11 128:2
  180:3 285:10
happened 15:4

40:10,15
114:10 258:9
292:15,17
happening
  96:20 159:9
  169:13 201:11
happens 24:18
  46:23 49:11
  72:13 189:7
  215:2
harboe 119:16
  119:17
hard 78:23
  81:15 105:22
  105:24 155:20
  182:14 308:2
hardware 174:6
  175:6 211:22
harm 85:21
  202:17
hasnt 235:6
  329:1
havent 309:10
  329:21
haverty 3:3 5:6
  13:6,8 14:19
  21:19 32:17
  34:5,23 36:3
  42:7,21 43:23
  45:16 46:3
  47:13 48:17,23
  50:16 51:3,22
  52:6 53:3,22
  54:3,6,10,22
  56:5,8,11,18
  56:22,24 57:10
  58:15 60:10,17
  61:9,18 62:11
  62:20 70:24
  71:11 75:15
  79:15 80:4
  84:8,16 85:14
  95:22 97:16
  100:13 102:21
  103:10 104:2
  104:14 105:2
  106:1,3,11,14

106:20 107:1,6
114:1 115:9
118:11 119:12
126:9 135:22
139:8 140:4
148:12 154:2,3
154:18,19
160:6,20 161:2
161:13 162:4
168:16 169:2
169:15,22
170:14,21
171:3 172:20
182:1 185:8
186:19 194:23
196:15 202:4
203:17 205:24
209:12 211:5
218:16,19
220:15 221:21
221:24 222:3
222:14 223:3,5
228:17 240:22
244:17 247:11
248:11 250:3
251:4 252:8
253:5,24
256:10 259:7
262:13 265:4
268:1,8 269:9
270:13 276:1
278:4 279:1
280:16 282:10
285:9,22
286:21 287:6
287:14 288:1,7
288:9 290:7
294:22 295:12
297:1 298:4,18
302:11 304:6
305:12,19
306:3 307:11
309:7,14
314:13 321:1,4
321:9,21 322:1
322:14,18
323:16,21

324:11 325:2
325:11 326:7
327:21 328:9
328:11 329:2,9
332:2,17 336:9
**hazard** 43:11,12
46:11 47:8,8
47:24 48:3,12
49:1,24 50:11
50:18,19 51:13
51:16 52:9,12
52:15 53:6,7
53:14 54:23
72:20 73:7,11
73:14 74:17
94:17 96:3
97:8,9 103:19
104:1 108:4
117:1 143:7
163:17,18
168:20 175:9
190:9 192:18
192:20 193:3
193:10 230:23
231:1 287:15
326:14,19,21
327:15
**head** 15:20
128:19 201:16
**headed** 40:24
215:10
**heading** 110:16
**headquarters**
148:1
**health** 43:12
49:24 73:7,11
73:14 74:17
94:17 108:4
143:7 163:16
190:8 192:18
192:20 193:2
193:10 225:15
226:2 332:10
**healthcare** 95:1
145:14 166:1
193:22 295:18
300:17

**hear** 58:23
60:18 333:14
**heavy** 177:23
183:9
**held** 2:4 187:1
291:14
**help** 136:6,7
154:22 307:2
332:21
**helped** 277:15
278:6 280:22
**helpful** 106:13
**helps** 272:17
**hennepin** 1:11
**henrik** 268:3
**hes** 173:14
**hha** 192:24
**hhe** 146:9
**hi** 225:13 226:10
**hierarchy** 47:6
47:17,22,23
49:3 52:14
326:18
**high** 45:14 75:2
75:4 77:16
97:22 98:4
157:16,18,20
157:22 213:2
260:1 313:10
317:10
**higher** 242:11
**highlevel** 43:5
197:12
**highly** 132:24
**highvolume**
130:14 178:5
253:3
**hine** 4:8 11:3
**historic** 111:4
111:13,20,22
121:2
**historical** 81:20
119:24 120:14
211:22
**history** 37:12
64:24 81:24
83:3

**hold** 145:21
172:11
**holding** 243:10
336:1
**holds** 36:18
**holes** 200:19
**honest** 269:23
**hope** 247:18
**hoped** 132:9
**hopefully** 15:1,7
16:19 295:14
**hoping** 122:12
**horn** 214:5,7,7
214:13
**hospitalization**
98:10,13
302:16
**hospitalizations**
302:24 303:17
**hospitalized**
85:24 86:1
87:21,23,23
88:11,20 89:11
90:6,12,18
**hour** 107:2
**house** 124:23
**housed** 235:19
**housing** 93:15
101:13 110:5
131:17 179:9
200:7 214:10
230:18
**hubauer** 194:2,3
194:4 271:13
**hubert** 247:13
**human** 48:7,19
169:6 232:9
245:19 326:5
326:22 327:1
**humans** 103:13
326:18
**humidity** 237:24
266:21
**hydrophobic**
125:4,12
126:17 177:6
177:16 198:12

198:15 274:7
**hyper** 333:3
**hyperglycemia**
204:16
**hypoglycemia**
204:16 333:4
**hypothesized**
68:23 249:18

**I**

**id** 63:6 197:24
**idea** 31:7 85:15
114:10 120:11
120:20 151:8
176:2 179:5
184:7 198:9
199:6 246:13
292:14
**identical** 235:18
265:15
**identifiable**
325:20 326:3
**identification**
56:16 62:6
70:22 76:7
79:11 104:24
119:9 126:6
140:2 161:24
172:17 185:6
186:16 194:21
202:1 203:14
205:22 209:9
211:2 220:13
222:24 227:20
228:14 240:19
244:14 247:9
253:22 256:8
259:5 262:10
265:1 267:22
269:7 278:1,22
280:14 282:7
298:16
**identified** 43:11
43:19,20,22
45:5 49:1
50:19 51:13
52:12 72:20

Anatoly Aleksandrovich

78:3 82:4,22
86:7 87:9,21
88:17 94:20
109:15 110:10
115:8 129:18
142:21 143:3
163:4 167:1
168:21 173:7
174:15,24
216:6 226:13
248:2 316:3
**identifies** 66:21
132:23
**identify** 49:15
50:18 53:5
56:9 109:2
117:12 121:10
122:13 128:22
218:6 317:17
**identifying** 27:6
111:13 117:22
133:24 196:12
288:19
**ifu** 100:24 203:3
205:8 206:1
207:24 209:14
209:16 210:4
276:6
**ifus** 102:1,11
103:4,11
205:11 261:6
271:19 319:11
**ii** 191:12 230:14
**iii** 3:9
**ileana** 4:9,11
11:2 321:6
322:4,20,21
**ill** 15:8,13
322:21 324:9
329:14
**im** 13:20 14:23
15:1 20:18
21:16 25:17
28:22,23 44:5
44:6 45:6,17
47:11 49:9
50:9 53:16

54:10 59:3,12
59:12,13,15
60:3 61:3
62:13 71:6,15
72:3 73:16
75:23 77:12
79:14 89:6
97:21 103:23
106:18 108:24
111:16 113:20
115:22 116:12
117:9,9 126:14
128:16,16,18
128:18,19
129:10 137:24
139:5 142:6
146:2 148:9,11
155:5,15
167:16 170:22
179:17 180:4,5
184:14 185:16
188:24 193:24
198:5,5 199:14
200:9,12
218:12 221:24
223:8 263:16
272:21 274:9
274:24 288:4
292:6 293:7,14
295:14 304:3,3
304:21 305:13
307:6 309:11
309:17 316:21
321:17 329:22
333:9,16,17
**immediate**
169:1 271:18
**immediately**
164:8 165:7
226:23
**immigrate**
20:22
**impact** 133:5
**impacts** 181:15
**imperative**
338:13
**impermeable**

41:21 50:24
101:9 110:2
118:18 125:21
214:24 274:15
**implement**
96:18 116:19
117:7 179:7
271:20 284:5
289:15 316:19
**implementation**
226:18,22
260:6
**implemented**
225:24 226:20
284:4,13
**implications**
143:2
**important** 16:8
97:14 98:6
102:23 138:21
213:16 311:19
316:7,15 330:1
330:4,9
**importantly**
237:14
**impossible**
151:22 335:7
**impression**
275:2
**improper** 82:7
103:12 113:9
215:24 310:7
**improperly**
102:7 150:3
**improve** 311:14
**improved** 177:6
177:16
**improvement**
144:5 191:7
304:8,12
**improvements**
188:11
**inadvertence**
103:14
**inattention**
103:14
**incidence** 84:10

**incidental** 68:9
**include** 29:20,23
190:8
**included** 31:22
41:15 95:10
166:5 227:18
257:14
**includes** 223:20
**including**
162:20,21
195:7 266:12
**inconclusive**
306:20
**inconsistencies**
248:14 249:5,7
249:10,16,19
250:5
**inconsistent**
217:2 250:12
250:13
**incorporate**
188:11
**incorrect** 50:15
50:17 100:20
100:22 149:16
151:3,3 303:20
309:24
**incorrectly**
151:7
**increase** 31:12
183:7
**increasing** 183:5
**increasingly**
135:10
**incursion** 184:2
**independent**
137:13 150:19
176:23
**index** 10:2
**indicate** 82:8
85:1 254:6
294:1 303:3
317:13
**indicated**
225:18 256:16
295:19 332:24
**indicates** 227:10

232:13 275:10
276:4,7
**indicating**
268:15 282:13
**indications**
204:3
**individual** 89:5
320:6
**individually** 1:4
334:6
**industrial** 24:4
24:11
**industry** 27:22
28:1 313:11
324:22
**infer** 303:15
**infinite** 152:16
**inform** 146:10
146:20 165:22
189:15
**information**
64:20 65:4,5,6
65:8,10 86:17
88:16 102:2
143:16 163:9
165:13 187:9
187:14 190:2
205:5 206:12
206:14 221:10
224:21 225:1,4
225:22,24
246:21 251:18
261:14,19
277:2,14
318:20
**informations**
277:14
**informed** 194:7
276:14
**infusion** 5:13
6:12 9:1 29:18
29:19 30:5,9
30:11,17,21
31:8,21 32:3,4
32:10 33:12
35:8,13 36:6,7
36:13 37:24

38:3,5 61:13
63:15 66:20
67:2,14,21
68:6 69:15,21
95:11 104:21
110:21 131:23
132:1 142:15
161:19 164:1
165:3,15 166:7
167:11 176:4
202:8 203:3
204:13,17,24
206:2 208:5
210:11 225:19
237:10 258:2
261:1 269:3,14
271:19 276:3
290:22 292:6
292:22 293:4
293:11,21
294:11,19
296:2,7,9,13
296:17 297:14
297:16,22
298:6 305:11
309:5 334:10
334:15,18
335:5,7,13
**ingress** 191:24
**initial** 50:3
52:11 65:9
72:10,10,16,16
73:6 95:19,24
135:7 136:19
225:13 232:8
235:8 244:1
264:10 269:13
**initially** 45:7
55:10 73:1
78:20 153:7
243:17 245:10
303:4
**initiate** 128:10
231:3
**injured** 303:21
329:5
**injuries** 302:24

303:17 331:15
331:19,20
**injury** 164:7
305:4 328:16
332:1 333:21
**inner** 41:16
**inputs** 117:23
122:9
**inquired** 193:16
**insert** 95:9
166:5,11,13,15
**inserted** 164:1
165:4
**inserting** 36:8,8
210:10,11
**inside** 51:16
68:4 69:1,17
69:23 70:9
82:5 86:5
101:12 102:7
110:5 112:18
113:4 114:21
124:14 125:1
125:16 126:18
149:2 165:23
167:10 179:9
204:11 214:8
229:9 274:20
315:20
**insights** 164:18
**insignificant**
213:18
**inspector** 21:4
22:9
**installation**
205:1 206:8
**installed** 188:9
188:17 295:20
**installing** 26:10
86:20
**instances** 86:4
86:20
**instruct** 168:2
**instruction**
205:5 261:12
261:16 310:2
**instructions** 7:4
7:6,9 15:7

51:21 149:17
158:23 202:22
203:11 205:19
209:7 210:15
260:24 261:2
310:13 338:1
**insulation** 98:12
**insulin** 6:12
35:12 36:17,18
36:23 42:16
66:4,23,24
67:4 68:3,14
68:18,20,24
69:8,15,17,23
70:7,9 75:18
76:1 80:21
82:4,20,21
85:2 89:2
98:10,12,22
99:4,20 101:6
102:7 109:22
111:6 113:1
114:4,6,8
149:13 150:9
150:16 151:15
151:20 161:19
163:20,22,24
164:4,6 165:1
165:4,6,15
166:6,7 167:9
167:9 168:3
169:7 181:9,13
182:13 203:4
204:10,15
210:2 215:23
223:22 228:20
231:4 242:7
300:18 303:2,5
305:16 325:4
325:15,17
327:16 328:17
333:3,8,13
334:4
**intend** 309:16
**intended** 51:9
95:15 170:1
303:18 311:14

**intent** 78:11
96:8 129:23
234:12 334:14
**interact** 91:24
187:4
**interacting**
187:10
**interaction**
326:23
**interactions**
91:17,21
**interconnection**
334:14
**interested**
193:20 276:20
276:21
**interesting**
89:24
**internal** 234:4
259:22 292:13
**internally** 72:15
**international**
147:15,17,20
**interrupted**
155:5
**interstate**
282:17
**introduce** 53:20
**introduced**
114:21 127:19
156:13 274:16
287:22
**introducing**
274:20
**introduction**
34:19 159:5
242:7 315:23
**inverted** 274:15
274:21
**inverting** 275:3
**investigate** 73:3
77:18 96:18
120:7
**investigating**
79:2
**investigation**
42:20 49:17

50:4 57:13
65:2 72:19
76:4 78:2,5
81:4 91:16
101:15 108:11
109:9 110:17
110:20 112:2
112:11,13
113:22 115:21
120:14 185:21
185:22 213:13
261:23
**invitation** 6:7
172:15 173:21
**involve** 23:2
33:17,18 39:15
283:10
**involved** 19:13
19:20 25:16,20
25:21 29:23
30:1 31:16
36:10 39:20
40:2,15 49:9
76:3 77:4 78:2
78:21 81:17,19
86:17 89:19
93:6 94:6
96:13 103:13
123:13,18
139:13 141:5
143:9,20 169:4
172:2 175:23
227:22 277:15
294:20 314:8
318:17,19
**involvement**
91:20 93:8
96:10 141:13
277:8 308:9
**involves** 48:19
176:4
**involving** 40:3
44:10 54:24
**inward** 273:23
**isnt** 59:1 325:3
**issue** 12:3 16:20
41:10,12 43:22

Anatoly Aleksandrovich

45:15 49:2
52:5 74:10
83:22 114:23
121:19 125:19
142:22 143:17
174:15 188:10
194:10 202:9
213:15 226:3
230:19 251:6
251:24 253:10
261:3 304:15
306:15,16,17
306:21 308:22
309:4,23 326:4
326:6,10,11
327:3,8
**issued** 139:1,10
273:11 294:10
294:18 300:16
312:18
**issues** 50:21
83:21 101:2
118:4 176:19
187:5,10 191:5
192:10 259:23
265:24 317:14
335:23
**item** 189:24
190:7,20 238:8
238:24
**items** 146:12,22
188:6 229:11
**iterations** 64:15
**ive** 58:6 71:15
105:6,9 140:15
166:14

───── **J** ─────

**january** 25:5,7
81:5 83:15
85:8,22 225:12
232:10,14
264:11 290:16
290:21 293:17
294:5,6 301:7
318:15
**jeff** 194:2,3,4

271:13
**job** 20:15,19
21:1,8 23:10
23:20 24:16,24
25:6,15 26:1,7
26:18 30:4,19
33:4 52:13
119:20 135:16
136:4
**john** 76:14
192:17
**join** 199:3
**joined** 29:9 35:2
55:6 61:20
**juan** 171:7,16
172:23
**judge** 155:20
158:12
**judging** 303:9
324:22
**judicial** 1:11
**july** 6:19 8:5,7
133:20 134:4
171:8 172:3,5
186:13,24
226:24 232:3
247:6,13,24
248:1 253:19
254:5 299:23
**jump** 322:5
**jumping** 97:21
**june** 6:9 90:11
109:3,15 126:4
126:13 167:15
173:23 185:12
186:3 195:18
271:10 273:11
295:19 299:11
299:19 301:22
305:2
**justification**
260:19 279:18
**justifications**
135:11
**justify** 257:20

───── **K** ─────

**k** 3:8 9:2 188:9
188:17,19,22
189:4,11
226:17,22
254:7 268:15
269:4,13,15,20
276:14 279:7
279:11,14,19
279:20 282:14
**keep** 168:14
237:18 300:2
329:14
**kentucky**
166:14
**kept** 266:21
**kevin** 3:3 106:2
322:22 328:7
**keypad** 188:9
191:7
**khaverty** 3:6
**kim** 4:15 13:20
**kind** 25:13
31:14 44:12
150:18 179:8
213:15 234:9
251:14 281:2
**kinds** 31:2,16
**kirby** 3:10
**knew** 200:3
258:11
**know** 12:11,18
15:23 18:20
32:7,12,19
46:23 51:24
56:6 66:12
80:13 91:10
92:19 94:8
96:8 105:16
106:1,3 114:5
117:20 119:18
119:20 121:9
124:2 131:7,9
137:1,7 138:4
138:7,9,11
141:7,10,22
143:9 144:16
146:3,15,19,23

147:6,19
155:22 166:10
166:24 168:18
170:5 171:21
182:21 184:8
184:10,12,15
188:13,16,19
188:22,23,24
189:18,21
190:4,11,14,17
190:24 191:8
191:13,16,19
191:20 192:1,9
192:15,20,22
193:12 194:4
206:11 208:3
219:16 220:2
221:7,12 223:7
223:20 225:3
229:17,22,23
231:7,11
236:16 241:16
246:19 252:9
252:11 253:6
263:10 268:5
269:23,24
272:13 278:11
279:21 281:18
284:8,10
294:14,17
298:5 302:14
302:15,18
305:7 307:7
308:1 326:17
329:6,14
330:20 333:22
334:5
**knowingly**
149:16
**knowledge**
32:22 39:4,10
55:5 66:9 72:9
93:4 98:23
111:4,13,20,22
135:18 182:22
183:20 184:20
241:14 272:24

287:5 312:19
**known** 85:20
111:5 159:16
160:13
**knows** 88:6
**kubicki** 18:12

───── **L** ─────

**l** 272:11,19,21
**lab** 112:15,22
**labels** 206:12
**lag** 16:18 99:18
**laid** 22:16
124:10
**laminated**
273:16
**large** 89:1 100:1
131:9 179:13
259:17
**larger** 106:19
**lasalle** 3:15
**lastly** 159:12
**late** 22:17 25:1
**law** 3:8,14
**lay** 100:8 104:17
198:7
**layer** 112:18
125:4,15
198:22 273:22
274:5,11,12,21
275:4
**lead** 39:23 52:17
65:13 73:7,9
75:16,21 77:9
121:17 164:7
180:13 182:10
286:18 292:21
293:2,12,22
305:15
**leader** 76:18
117:17 134:12
135:16
**leading** 44:7
74:9 98:10,12
169:7 311:21
**leads** 43:18 44:9
44:13 73:18

Anatoly Aleksandrovich

**leakage** 249:8
**learned** 81:19
  83:3
**learning** 37:12
**leave** 12:3 270:1
**led** 39:12 41:7
  41:12,19 63:12
  71:24 108:8
  143:15 196:1
**lee** 272:10
**leeway** 135:8
**left** 49:6 137:2
  203:22 206:19
  232:15
**legal** 86:3,3
**legally** 282:16
**legend** 152:19
  156:1
**leichter** 272:10
  272:13
**length** 286:14
**lenox** 4:10
**letter** 9:12
  138:24 139:7
  139:10,14,17
  145:15 166:1,2
  166:2,2 167:14
  167:17 224:2
  270:7,16
  271:12 278:12
  282:4,11,12,20
  295:18 300:17
  300:18 331:6
  332:5
**letterhead** 270:9
**letters** 193:22,23
  333:1
**lettersent** 94:23
  95:2,5,7
**letting** 175:12
**level** 45:14
  130:24 131:6
  131:10,21
  132:16 159:19
  160:15 184:5
  226:14 227:4
  236:10 237:6

243:4 266:11
325:8 331:7
**levels** 5:16 62:3
  63:1 86:6
  190:23
**life** 180:10,11
  237:12,20
**light** 224:11
**likewise** 14:22
**limitations** 17:3
**line** 10:5,10,14
  10:19 23:5
  25:24 26:3
  36:11 40:16
  83:8 144:19
  212:10 307:2
  332:10,22
  339:4
**lines** 25:15,20
  26:12 102:3
**liquid** 51:10
  101:5,7 109:22
  109:24 114:21
  204:10 215:1
  215:13 271:22
  274:16,20
**list** 9:5 49:3
  277:22 278:5
  319:16
**listed** 76:10
  89:10 90:11
  91:11 187:3,16
  187:19 234:22
  272:10 313:22
**lists** 87:20 188:5
  191:4 272:9
**literally** 286:13
**litigation** 2:22
  4:12 13:21
  89:13
**little** 16:18 17:8
  26:17 27:4
  28:17 36:12
  38:14 39:12
  42:22,24 44:1
  46:16 47:1,2
  50:9 53:5 59:7

60:10 83:20
84:18 98:16
100:17 110:24
115:17 117:11
124:11 130:2
143:14 152:4
166:17 168:1
169:3 170:3
172:7 189:10
204:15 219:2
255:15 284:9
294:8 295:16
333:10 334:7
**llc** 3:3
**llp** 3:19 4:3,8
**loaded** 66:22
**located** 235:13
**lock** 38:12,16,22
  207:5,7,10,13
  208:2,7,14
  334:10,14,17
  335:13
**locks** 181:13
**logo** 206:5 263:6
  263:13,19
  270:16 276:9
**logos** 264:2
**long** 22:11 23:9
  23:19 24:23
  29:10 32:7
  45:2 99:24
  124:11 139:2
  168:19 180:13
  254:19 255:2
  267:1 271:17
  283:15,18
  285:16 286:5
  292:21
**longer** 138:15
  187:23 271:19
**longstanding**
  32:13
**longterm** 23:8
**look** 53:12 57:5
  61:23 64:13
  70:18,19 74:22
  74:23 76:6,9

79:4 92:16
93:19 94:15
96:2 100:6
104:16 105:18
106:7,9 119:2
125:23 133:15
139:19 141:19
149:20 155:23
156:1 161:15
171:13 177:9
177:11,14
184:22 186:10
191:19 194:14
201:18 203:7
205:15 206:4
206:15 209:21
210:16,18
211:16 219:4
220:5 222:16
228:5 229:11
240:11 244:5
245:6 246:23
247:2 248:23
252:15,18
253:15 256:1
258:22 262:3
264:19 267:15
268:10,22
270:22 275:7
275:18 277:18
278:16 279:24
280:7 281:24
288:3 298:10
299:19 304:16
313:17,20
**looked** 261:5
  310:4 313:7
**looking** 63:18
  64:19 73:1
  74:22 78:24
  93:11 145:6
  152:18 177:5
  198:16 218:13
  227:7 229:8,20
  231:12 254:14
  255:17,22
  258:7,16 280:2

298:5 303:10
304:3,24 310:9
317:24 334:6
**looks** 63:10 76:7
  85:7 92:10
  108:9 109:14
  126:13 142:9
  142:10,12
  146:4 157:4,12
  173:20 177:2
  177:17,22
  183:4 185:15
  188:5 206:18
  207:1 219:23
  221:3,5 232:3
  260:7 269:18
  276:2 280:3
  299:20,23
  300:8,12 301:7
**loose** 92:17
  93:14,16
  230:22
**los** 21:5
**lose** 120:22
**lost** 106:24
  120:4,12
  170:22 212:1
  218:17
**lot** 19:18,21 40:6
  40:9,21 41:3,7
  42:15,20 44:10
  62:11 66:21
  111:15,21
  112:5 118:13
  148:4 315:6,8
  315:17 316:1,3
  324:14
**love** 278:8
**low** 75:10 77:17
  85:23 86:5,20
  87:22 88:10,20
  89:10 90:12,17
  96:21 157:15
  157:17,20,22
  179:22 260:23
  319:23
**lower** 207:1

Anatoly Aleksandrovich

lowest 306:5
lu 76:14
lubrication
  315:20
luer 38:12,16,22
  207:5,7,10,13
  208:1,7,14
  334:10,13,16
  335:13
luncheon 161:7

**M**
m 2:6 3:9 13:23
  54:14,17,17,21
  104:7,10,10,13
  161:5,8,8,12
  222:6,9,9,13
  295:4,7,7,11
  336:16,18
machine 133:1
  153:10 197:14
  198:4 199:21
  200:1 213:24
  214:1,7,9
  235:11,17,19
  235:23 241:9
  246:6 250:10
  252:12 265:7
machinery
  130:15
machines
  197:22 201:4
  235:15 248:5,8
  248:22 250:11
  250:21,23
  251:17 252:12
  265:10,14
mailed 223:24
main 37:18,21
  37:23
maintain 273:24
major 180:18
  181:11,17,19
  181:23 184:9
  237:1,7,15
making 113:16
  124:3 181:7

258:20 333:18
malfunction
  62:9,16
malfunctioning
  79:23
management
  47:17 291:18
manager 22:10
  135:16,17
  136:16 137:18
  137:21 147:14
  187:20
managers
  137:12,13
manner 167:24
manual 66:5,23
  67:5 101:11
  110:4
manufacturab...
  259:23
manufacture
  21:7 30:21
  31:21,22 33:12
  37:8 38:15
  131:7 200:2
  252:1 290:22
  317:14
manufactured
  32:2,9 33:6
  35:17,24 36:1
  38:18 199:7
  241:9 245:14
  288:24 317:4
  334:9,13,15
  335:14
manufacturer
  30:17 130:3
  153:13,16,21
  154:10 197:5
  198:3 243:21
  290:1 318:14
manufactures
  22:6 35:20
  207:12,23
manufacturing
  17:12 19:24
  21:5,11,21

22:10,24 23:2
  23:5,8,18
  24:12,15,18,21
  25:24 26:3,12
  26:21 27:11,13
  27:17 30:8,10
  33:1,19 34:13
  34:15,19 35:5
  37:13 41:9,11
  41:14 112:9
  116:8 118:16
  118:23 122:15
  122:20 123:5
  129:1 130:14
  130:19 131:10
  131:14,19
  133:11 155:3
  178:5 199:4
  201:3 214:2
  232:9 249:11
  249:20 253:3
  265:23 286:7
  290:2 293:11
  293:20 313:10
  315:18 317:11
  318:9 325:20
  326:4 327:24
  335:2
march 80:18
  90:17 91:11
  165:14 226:15
  233:2,23 268:4
  268:5,10,11,12
  268:14 270:19
  276:15 301:12
marie 2:6 14:9
  337:14
mark 68:1 70:3
  70:3 76:13
  81:4 82:14
  113:5,8,14
  173:1,7 223:6
marked 10:18
  56:15 62:5
  70:22 79:10
  104:23 119:8
  126:5 140:1

161:23 163:13
  170:6 172:16
  177:2 185:5
  186:15 194:20
  201:24 203:13
  205:21 209:9
  211:1 220:12
  222:23 228:13
  231:21 240:18
  244:13 247:8
  253:21 256:7
  259:4 262:9
  264:24 267:21
  269:6 277:24
  278:21 280:13
  282:6 298:15
market 3:4
  178:17 287:17
  292:7,24 294:3
  294:19 297:11
  327:24 328:14
marketed
  237:10,11
  282:16,17
  334:16
marketing
  297:22
marketplace
  188:12
markets 208:5
marlene 3:14
  11:23 12:10
  307:16 322:5
  329:21
martinez 4:9,11
  5:7 11:1,2 13:7
  32:14 34:1,16
  43:15 50:14
  84:6 106:6
  118:6 135:13
  148:10 170:11
  170:20 218:14
  248:9 249:24
  250:14 252:3
  252:21 268:7
  270:12 275:18
  285:6,18 286:9

287:2,11,19
  288:6 290:3
  296:21 320:11
  320:16 321:3,8
  321:10 322:12
  322:15 323:3
  323:15 328:7
mashed 170:2
maslon 4:3,6
masters 17:12
  17:23 19:24
material 31:11
  32:20 50:22
  51:5,15 52:8
  53:13,20
  101:18,21
  107:18 114:22
  114:24 118:5
  118:17,22,24
  120:16 121:18
  122:3,21 124:4
  124:8,13,15,16
  127:24 128:5
  128:24 129:7
  129:13,18,24
  130:24 131:6
  132:10 133:7
  133:10 150:14
  151:1,5 154:16
  178:4,14
  189:12 196:13
  197:6,10,19
  198:11,14,20
  198:22,23
  199:10,20
  200:6,15,20
  213:23 214:1
  214:18 215:4,4
  216:5 217:5
  218:24 219:11
  221:13 226:19
  226:20 227:4
  228:3,3 232:1
  232:23 236:9
  237:6,16,18,23
  238:16 239:14
  239:14,18

Anatoly Aleksandrovich

| | | | | |
|---|---|---|---|---|
| 241:8 242:9,19 | 217:1,6,9,17 | 7:18 228:12 | mdtbracp028... | 8:21 267:21 |
| 243:6 248:2,8 | 217:18 218:7 | mdtbracp005... | 9:3 269:5 | mdtbracp029... |
| 248:21 249:21 | 226:12 232:15 | 7:19 228:13 | mdtbracp028... | 6:14 161:22 |
| 250:10 251:6 | 232:18 233:9 | mdtbracp005... | 9:4 269:6 | mdtbracp029... |
| 251:24 252:5,6 | 234:14,22 | 8:3 244:13 | mdtbracp028... | 6:15 161:23 |
| 252:19 254:8 | 239:24 241:18 | mdtbracp005... | 9:5 277:23 | mdtbracp029... |
| 254:13 255:12 | 249:6 254:16 | 7:13 210:24 | mdtbracp028... | 8:10 256:6 |
| 255:20 257:7 | 263:13,16,19 | mdtbracp005... | 9:6 277:24 | mdtbracp029... |
| 258:5,13 | 263:21 275:13 | 7:13 211:1 | mdtbracp028... | 8:11 256:7 |
| 259:16,18,19 | 282:24 283:12 | mdtbracp005... | 9:10 280:12 | mdtbracp029... |
| 259:24 260:3,5 | 288:19 294:2 | 8:3 244:12 | mdtbracp028... | 8:13 259:3 |
| 260:12 262:15 | 316:22 317:18 | mdtbracp005... | 9:11 280:13 | mdtbracp029... |
| 262:16 264:6 | 318:5 | 8:5 247:7 | mdtbracp028... | 8:13 259:4 |
| 265:20,24 | math 296:6 | mdtbracp005... | 9:13 282:5 | mdtbracp029... |
| 267:2 271:4 | mathematical | 8:6 247:8 | mdtbracp028... | 9:8 278:20 |
| 273:8,10,13,15 | 156:7 | mdtbracp005... | 9:13 282:6 | mdtbracp029... |
| 273:17,18 | matrix 92:12 | 6:8 172:16 | mdtbracp028... | 9:8 278:21 |
| 274:2,11,14 | 93:18 190:21 | mdtbracp005... | 7:10 209:8 | mdtbracp029... |
| 275:10 286:17 | matt 76:15 | 7:21 240:17 | mdtbracp028... | 5:15 104:23 |
| 286:19 287:16 | matter 14:1 74:1 | mdtbracp005... | 7:10 209:8 | mean 15:23 |
| 287:17 288:21 | 177:7 221:5 | 7:22 240:18 | mdtbracp028... | 20:16 26:20 |
| 288:23 289:1,4 | 274:6 | mdtbracp006... | 7:4 203:12 | 44:6 60:1 |
| 289:6,13,15 | mattered 327:2 | 7:2 201:23 | mdtbracp028... | 76:23,24 109:1 |
| 290:10,11,13 | matters 18:12 | mdtbracp006... | 7:5 203:13 | 122:19 151:16 |
| 291:4,8,10,21 | maximally | 7:2 201:24 | mdtbracp028... | 152:1 159:4 |
| 291:23 292:3,7 | 152:12 | mdtbracp006... | 7:7 205:20 | 178:1 179:15 |
| 294:10,11 | maximum 107:3 | 6:3 140:1 | mdtbracp028... | 196:16 219:6 |
| 297:11,17 | 135:8 149:6 | mdtbracp006... | 7:7 205:21 | 233:7,22 235:9 |
| 305:21 312:3 | 150:9,15 | 6:10 126:5 | mdtbracp028... | 237:9 263:22 |
| 312:10 313:6,7 | 304:18 | mdtbracp006... | 5:17 62:4 | 293:14 294:3 |
| 314:9 316:19 | mdtbracp005... | 6:22 194:19 | mdtbracp029... | 296:16 297:15 |
| 317:4 318:2 | 6:6 119:7 | mdtbracp006... | 5:18 62:5 | 306:7 |
| 319:2,9 326:13 | mdtbracp005... | 6:23 194:20 | mdtbracp029... | meaning 125:12 |
| materials 41:18 | 6:6 119:8 | mdtbracp006... | 6:17 185:4 | 131:5 136:23 |
| 102:4 117:12 | mdtbracp005... | 5:21 79:9 | mdtbracp029... | 152:10 237:12 |
| 117:22 122:13 | 9:15 222:22 | mdtbracp006... | 6:18 185:5 | 238:12 |
| 123:12,15,19 | mdtbracp005... | 5:22 79:10 | mdtbracp029... | means 44:23 |
| 123:22 128:23 | 9:16 222:23 | mdtbracp006... | 8:15 262:8 | 59:20 63:23 |
| 130:5,6 133:24 | mdtbracp005... | 6:2 139:24 | mdtbracp029... | 76:17 97:24 |
| 151:18 152:6,7 | 6:20 186:14 | mdtbracp006... | 8:16 262:9 | 109:5,8 144:23 |
| 154:5,23 156:2 | mdtbracp005... | 7:16 220:11 | mdtbracp029... | 145:2 146:18 |
| 156:24 158:2 | 6:20 186:15 | mdtbracp006... | 8:18 264:23 | 151:17 174:7 |
| 178:13,16 | mdtbracp005... | 7:16 220:12 | mdtbracp029... | 178:2 179:17 |
| 195:21 196:6 | 8:8 253:20 | mdtbracp008... | 8:18 264:24 | 180:2 233:8 |
| 196:21 200:1 | mdtbracp005... | 9:17 298:14 | mdtbracp029... | 235:2 296:5 |
| 201:1 216:6,13 | 8:8 253:21 | mdtbracp008... | 8:20 267:20 | 330:16,19 |
| 216:15,18 | mdtbracp005... | 9:18 298:15 | mdtbracp029... | 337:21 |

Anatoly Aleksandrovich

| | | | |
|---|---|---|---|
| **meant** 26:6 | 167:10 171:18 | 186:23 188:6 | 246:18 |
| 130:4 135:23 | 173:16,17,18 | 190:22 191:6 | **memphis** 3:10 |
| 155:6 211:19 | 186:24 187:9 | 192:23 | **mentioned** |
| 213:9 302:15 | 187:24 188:1,7 | **meetings** 78:24 | 89:21 134:20 |
| **measure** 149:19 | 189:15,24 | 176:2 | **merely** 311:13 |
| 312:5 | 190:1,7,20 | **meets** 129:3 | **merit** 337:15 |
| **measured** | 193:9,16,21 | **member** 39:23 | **merited** 145:3 |
| 331:11 | 194:5 205:19 | **members** 76:13 | **merrell** 5:20 5:6 |
| **measuring** | 206:2,5 207:12 | 79:2 117:24 | 13:9 35:23 |
| 317:24 | 208:4 209:6 | 122:10 | 42:3,18 43:14 |
| **mechanical** | 224:15 233:12 | **membrane** 8:1 | 45:12 46:1 |
| 217:14 | 234:19,20 | 41:21 51:5,7 | 47:10 48:15,21 |
| **mechanism** 36:8 | 235:24 257:13 | 51:15 53:13 | 50:13 51:1,19 |
| 41:24 42:5,6 | 257:24 266:13 | 69:9 82:5,6,8 | 52:2,22 54:5,7 |
| 58:7 103:2 | 269:2,14 271:6 | 82:20 100:19 | 56:2,7,10,21 |
| 315:14,17,23 | 271:9,16 | 100:21 101:4,7 | 61:15 62:8,13 |
| 316:2 324:14 | 273:11,12 | 101:8,9,17,18 | 75:11 79:13,20 |
| 324:16 325:12 | 276:8 283:14 | 101:21 107:18 | 84:5,13 85:11 |
| **mechanisms** | 284:4,5 285:12 | 109:21,24 | 95:18 97:10 |
| 284:15 | 291:11,12 | 110:1,2 111:9 | 102:9 103:7 |
| **med** 276:4 | 292:23 293:22 | 112:3,15,19 | 104:4 105:21 |
| **media** 112:21 | 294:10 296:1 | 113:3 114:20 | 106:2,7,12,18 |
| **medical** 24:2 | 297:23 298:2 | 114:22,24 | 113:19 115:3 |
| 27:14,15,22,24 | 300:16 304:22 | 115:13 117:5 | 135:12 139:4 |
| 28:2 75:23 | 305:14 306:17 | 118:5 120:6 | 160:3 161:1 |
| 89:7 167:7 | 310:8,24 315:1 | 121:18 124:13 | 162:2 168:9,23 |
| 190:18 257:13 | 316:8,10 317:2 | 124:15,19,24 | 169:9 170:19 |
| 258:1,1 | 318:6 321:18 | 125:3,7,16 | 170:23 181:21 |
| **medtronic** 1:8 | 329:4,6 330:2 | 126:16 131:18 | 196:9 221:23 |
| 1:14,15,16 | 330:21 331:16 | 132:10 149:8 | 287:12,18 |
| 3:23 4:6 7:6,8 | 332:24 333:18 | 149:22 150:11 | 297:24 302:9 |
| 9:1 12:8,21 | 334:9,11,13,16 | 150:14,17 | 303:23 305:5 |
| 14:2 18:8,14 | 335:14 | 151:21 152:3 | 305:17 306:2 |
| 19:2,6 25:3,7 | **medtronicdesi...** | 152:15,20 | 307:15,19,22 |
| 25:22 29:9 | 37:24 | 154:10,11 | 308:1,7 309:10 |
| 35:18 37:4,7 | **medtronics** | 155:2 156:20 | 309:19,21 |
| 37:16,23 38:4 | 52:20 113:15 | 157:21,21 | 314:16 319:4 |
| 39:2,3,8,21 | 127:17 194:12 | 158:20 159:6 | 320:9 321:22 |
| 40:11 42:15 | 225:17 297:19 | 159:17,20 | 324:8,19 325:6 |
| 43:18 49:9 | 320:19 321:14 | 160:2,13 | 326:1 327:18 |
| 50:10,18 53:8 | 323:7 333:20 | 174:13 177:6 | 328:21 331:1,9 |
| 53:11,18 66:1 | **meet** 12:12 | 177:16,21 | 331:17 332:15 |
| 70:15 74:2 | 329:22 | 180:22 181:13 | **merrellc** 3:22 |
| 112:12 123:16 | **meeting** 6:7 77:6 | 182:5,10 | **meshed** 281:3 |
| 136:3 138:5 | 78:9 80:17 | 189:11 194:9 | 212:2 233:11 |
| 139:1 142:8 | 172:15 173:21 | 198:3,13,19,20 | 245:9 285:4 |
| 147:10,24 | 173:21 174:1,4 | 199:2,18 200:6 | **memo** 6:19 |
| | | | 186:13 238:24 |

| | | | |
|---|---|---|---|
| | | **201:9 212:14** | |
| | | 212:19,23 | |
| | | 213:23 214:9 | |
| | | 214:18,24 | |
| | | 215:3,13 | |
| | | 221:13 225:19 | |
| | | 225:23 226:12 | |
| | | 226:18 227:3 | |
| | | 232:1 233:6 | |
| | | 234:7,10,12 | |
| | | 239:24 241:2 | |
| | | 241:24 242:1,5 | |
| | | 242:8,9,19 | |
| | | 244:9,19 | |
| | | 245:13,19 | |
| | | 248:1,4 259:16 | |
| | | 259:19 260:3 | |
| | | 260:22 261:11 | |
| | | 261:16 262:16 | |
| | | 264:6 271:4,21 | |
| | | 273:9,10,13,14 | |
| | | 273:15,16,23 | |
| | | 275:11 282:24 | |
| | | 288:21,23 | |
| | | 289:2,4,15 | |
| | | 290:23 293:16 | |
| | | 297:10 303:18 | |
| | | 305:21 312:4 | |
| | | 312:10,14 | |
| | | 313:3 314:10 | |
| | | 314:12 315:24 | |
| | | 316:19,23 | |
| | | 318:9,10,14 | |
| | | 320:20,20 | |
| | | 321:15,15,16 | |
| | | 323:8,9 325:1 | |
| | | 325:10,14,22 | |
| | | 325:23 326:13 | |
| | | 326:24 327:11 | |
| | | 328:1,13 | |
| | | **membranes** | |
| | | 6:13 118:15 | |
| | | 161:20 164:5 | |
| | | 212:2 233:11 | |
| | | 245:9 285:4 | |
| | | **memo** 6:19 | |
| | | 186:13 238:24 | |

**met** 15:5 318:5
**metal** 21:15,16
21:16,18 22:2

metallurgy 21:9
method 52:20
    52:24 97:7
    174:24 175:2
    331:11
methodology
    180:15,24
methods 94:19
    255:6
middle 91:3
    225:8 264:15
midseptember
    284:23
milestone 232:4
    232:21 234:22
    238:24
milliliter 176:5
million 157:9
    296:19,20,21
    296:22 297:3,6
    297:13,15
    298:6 304:20
mimic 248:20
mind 209:1
    254:19 255:18
    329:13
minimed 1:15
    7:3,8 66:1
    138:5,8 147:2
    203:11 205:9
    207:18 209:6
    209:14
minimeds
    112:15,22
minimum
    242:11 302:19
minneapolis
    3:16 4:5 147:2
    147:8,24
minnesota 1:10
    1:15 3:16 4:5
minuscule
    102:20
minuses 177:18
minutes 81:9
    82:9,9 186:23
misclassificati...

306:17
misconstruing
    335:10
misfilling
    149:12
misrecording
    306:16
missed 200:11
mistake 113:16
    113:21 150:8
mistakeproof
    326:16
mistakes 103:14
    326:18
misunderstan...
    306:15
mitchell 2:7
    14:10 337:14
mitigate 46:11
    52:9 53:13
    94:21 96:3,21
    103:5 174:23
    175:19 177:12
mitigated 226:2
mitigates 177:21
    179:11 181:12
mitigating 177:4
    287:23
mitigation 43:5
    43:6 47:3,6,7
    47:19,24 48:6
    48:8,11 52:14
    52:21,24 94:16
    94:19 96:24
    97:4,8 183:1
    326:19 328:12
    328:19
mitigator 196:6
mjgoldenberg
    3:17
mmt754 66:22
mmt8 66:21
mode 42:5,10
    103:2 111:23
    158:10 315:10
    315:12 324:14
    324:23

model 66:22
    207:15 229:23
models 176:11
modern 284:12
modes 158:6
    159:3 175:18
modify 251:9
moisture 125:13
    191:23
moment 105:14
    109:8
monitor 29:10
    159:19
monitors 40:18
month 89:12
    90:7 127:23
    284:20 286:1
    300:3 305:23
monthly 34:7
months 122:16
    238:6 255:16
    255:19 258:17
    259:9 260:8
    293:13,23
morning 12:23
    14:20,22
motion 11:14,14
    55:10
motions 11:8,13
motor 191:11,16
    191:20 192:10
    230:14,17,18
    230:20
move 34:20
    58:20 99:6
    283:22 321:7,9
    322:2
moved 30:5,13
    30:16 31:4
    219:13,17,20
    228:24 233:2
movement
    101:14 110:6
    179:14
moves 99:16
moving 57:23
    58:4,5 67:10

134:18
multifunctional
    127:20
multiple 44:7
    64:15 313:5
multistep 43:17
    44:13
myers 272:11

_____
                N
_____

n 5:2
name 13:20
    24:14 136:11
    137:6 141:2
    211:8 263:5
    270:17 311:13
    329:20
named 155:1
    235:12
narotzky 4:3,6
    12:7,8
narrative 15:17
    16:3
natural 154:21
    241:19
naturally 154:9
ne 3:20 4:10
near 44:24 45:2
    170:6
nearterm
    168:18
necessarily
    24:15 27:17
    45:1 63:21
    68:6 175:10
    234:2 310:17
necessary 12:14
    45:22 114:23
    128:7 233:12
    254:8 290:1
    338:4
necessitated
    258:4
need 12:13
    57:18 77:18
    106:21 118:4
    124:1 131:8

159:18 195:14
    198:7 218:2
    237:17,20
    238:15 265:9
    275:7 285:24
    306:13,13
    314:5,7 330:13
needed 27:7
    78:6 92:4
    94:20 108:19
    109:8 133:9
    135:9 150:20
    150:21 151:2,9
    180:8 197:18
    199:24 200:2,5
    200:8,10,14
    201:9 233:10
    238:6 283:5
needle 131:19
needs 127:19,21
    131:20 215:4
    215:13 241:18
    265:12,13
    304:13
negative 184:9
never 71:14,15
    105:6,9 120:19
    120:23 123:18
    139:2 184:17
    187:7 200:4
    209:1 269:17
    278:9,10
new 26:10 34:20
    36:9 53:20
    84:19 107:18
    108:13 122:3
    122:20 127:24
    128:5,11
    130:23 131:6
    132:10 133:7
    159:5 178:4
    183:14 189:6
    189:11 194:9
    200:8,10,14,15
    200:19 202:15
    204:17 205:5
    206:12,13

Anatoly Aleksandrovich

210:13 216:7
217:5 218:24
219:10 221:10
221:13 225:23
226:20,21
233:10,11
236:9 237:6,17
248:1,4 254:8
255:20 256:16
260:7,14
261:10,12,15
261:23 262:15
264:6 265:20
273:12 280:3
282:24 286:7
286:17 287:17
287:21 289:6
289:15 290:9
291:4,9,22
292:7,22
293:16 294:9
294:18 297:10
302:7 307:3
332:5 335:3
**newer** 210:13
318:14
**newest** 235:17
235:18
**newlyintrodu...**
26:13
**ngp** 176:4,6
183:12,13
335:8
**nice** 14:21 54:2
**nicole** 4:3,6 12:7
**nielsen** 268:3
**night** 91:3
**nine** 255:16,19
258:17
**nods** 15:20
16:10
**non** 85:24
**nonwoven**
199:11 273:16
**nope** 190:6
191:22
**norma** 187:15

228:20
**normal** 287:8
**normally** 283:17
**notary** 2:9
337:16 340:21
**note** 12:1 13:1
85:5 173:11
215:3,12 217:5
227:9 245:11
247:17 253:10
257:5 260:20
279:6,17 302:5
309:15 321:4
322:22
**noted** 14:7 66:24
107:7 108:4
119:23 180:20
182:4 216:12
248:1 338:11
340:10
**notes** 88:9 107:8
107:24 163:16
165:20 175:16
179:10 181:11
202:6
**notice** 2:4 250:4
**noticed** 68:2
112:17 278:10
**notification** 9:2
46:5 66:2
142:4 167:8
269:4,15
282:14 311:23
**notifications**
87:10 190:9,15
**notified** 142:8
224:11 290:9
**november**
257:18 280:4
288:15 301:1
**number** 28:10
53:1 63:5,6
65:20 73:10
87:17 91:12
102:20 111:17
111:17 118:20
127:11 130:5

145:17 148:4
156:23 191:5
195:6 197:18
206:16 207:16
210:7 218:15
219:10 233:15
233:18,20
236:19 280:19
296:23 301:21
304:23 319:17
331:5
**numbered** 167:5
275:17
**numbering**
170:3,16
**numbers** 87:3,7
87:24 148:7
156:3,24
163:13 217:17
231:21 233:10
233:12 272:6
299:7
**numerically**
319:17

---

## O

**object** 32:14
34:1,16 45:12
46:1 47:10
48:15 118:6
249:24 250:14
252:3,21
270:12 285:6
285:18 286:9
287:2,11,19
290:3 303:23
305:17
**objecting**
322:22
**objection** 42:3
42:18 43:14,15
48:21 50:13,14
51:1,19 52:2
52:22 61:15
75:11 84:5,6
84:13 85:11
95:18 97:10

102:9 103:7
113:19 115:3
135:12,13
139:4 160:3,4
168:9,23 169:9
181:21 196:9
248:9 287:12
287:18 297:24
302:9 303:23
305:5 306:2
309:7,15
314:13 321:1,2
321:4,21 322:1
323:1 324:8,19
325:6 326:1
327:18 328:21
331:1,9,17
332:15
**objections** 13:4
**observations**
100:17 261:11
261:15
**observed** 67:9
113:22
**obstructed**
177:22 180:22
**obtain** 142:13
197:16 211:23
**obvious** 93:21
**obviously** 18:7
313:6
**occasion** 138:12
138:13,13
**occasionally**
230:21
**occluded** 174:13
273:14
**occlusion**
183:24
**occur** 71:20
75:10 98:17
103:3 149:18
202:18 325:13
**occurred** 13:17
61:7 80:2
81:10 100:11
169:20 185:19

186:2 192:24
275:21 326:22
329:1
**occurrence**
77:16 83:14
86:10,13 96:22
102:20 158:15
159:8 260:22
**occurrences**
88:1
**occurring** 78:24
102:17 104:1
175:9 249:11
249:19 307:5
332:13
**occurs** 98:24
184:1,4 204:16
305:14
**october** 85:8,17
117:14,21
122:13 128:23
212:9 218:7
259:9 290:20
300:11
**offer** 164:18
**offering** 106:19
**office** 187:1
224:1,5
**oh** 25:23 27:16
35:16 62:15
106:11 155:5
170:20 171:1
264:14 280:2
**oil** 41:16,20
112:4,8 315:20
315:21 325:16
**ojeda** 187:15
228:20,22
**okay** 15:15
16:15,16 17:1
17:6,24 18:4
18:20,24 19:17
20:23 22:7,18
22:23 23:15
24:9 25:4,14
26:9 27:3,16
27:23 28:12

Anatoly Aleksandrovich

29:8 30:4,15
33:10 35:4,16
35:20 37:20
40:13,17 42:14
46:15 47:1,14
49:19 52:7,11
52:19 53:15
54:6 56:7 57:1
57:4,15 58:9
58:11 60:22
61:19,22 62:17
62:22 63:4,8
64:13 65:12
66:8,13 67:24
70:6 73:11
76:6 78:15
80:7,20 83:13
85:19 86:16,21
87:4,8 89:4,9
89:23,23 92:7
92:11,16 93:22
95:14 96:11
97:17 100:14
101:21 105:11
106:11,23
107:16 108:24
109:14 110:12
114:13,17
116:4 117:8
119:11 120:20
121:8 122:7,11
123:15 125:11
125:19 127:9
128:3 131:16
131:24 133:15
135:6 136:4,17
136:21 137:6
138:2,11,17
139:9 140:17
141:10,18
143:11 144:10
144:18 145:23
147:9,11,20
148:16 151:13
151:22 152:14
152:23 153:12
153:20 154:20

155:4,12,19
160:7 161:1
162:3,5 163:14
164:13 165:12
166:16 167:4
171:4 172:19
173:15,20
174:3,9 175:14
176:3 177:1,2
177:8,15
178:19 179:10
179:18 180:7
181:3,5 182:2
182:18 183:3
184:12,22
185:11,18
186:5,18,22
187:13,23
188:3,5 189:2
190:7,17,20
191:3 192:6
193:2 194:2,14
195:2,5,22
196:4 197:3,15
198:2 199:22
200:23 201:18
202:3 203:7,18
203:21 206:11
206:15 207:20
208:23 209:11
209:15,21,23
210:6 211:4,18
211:24 212:10
212:15,21
213:8,19
214:11,22
216:21 217:3
218:4,22
219:16,21
220:1 221:16
222:2 223:4,13
223:15 224:19
225:5 226:9
227:8,18,23
228:16 229:10
229:20 230:8
231:20,22

234:9,12,15,21
235:7 236:3,8
237:2 238:8,23
239:20 240:4
240:23,24
241:16,20,21
242:17 243:5
243:15 244:16
244:23 245:3,6
245:16 246:16
247:12,24
250:4 251:12
251:19 252:9
252:15 253:15
254:3,11,18,24
255:10,22
257:5,20
258:11,22
260:19 261:9
261:21 262:3
262:12 263:12
264:8,12 265:3
265:5,18 266:7
266:14 267:1,8
267:15,24
268:18,22
269:12,19
270:4,6,11,14
270:22 271:2
271:15 272:7
272:19 273:2,4
273:6 274:9,24
275:9,15,23
276:2,7,19
277:4,7 278:8
278:15,24
279:24 280:7
281:6,12,14
282:9 283:5,15
284:19 285:16
286:8 288:2,8
290:8 291:16
291:19 292:1,5
292:14 294:7
294:22 295:23
296:5 297:2,4
297:6 298:9,19

298:22 299:1
300:2,14
301:17 302:4
302:10,18
303:15 304:7
305:20 307:19
308:21 309:19
318:4 323:15
324:9 325:18
327:5,9,13
328:9 330:15
331:4,14 332:9
332:18,24
333:17,24
334:7,18,21
335:9,20 336:1
336:4,12
**old** 200:16,17
287:15
**once** 49:17
96:12 98:23
129:18 197:10
267:8 277:7
286:23 315:21
**ones** 31:5 70:5
173:6 213:17
261:5
**open** 12:4 25:8
44:14,14 48:24
50:5 90:2 94:4
94:9 138:15
139:2 144:14
145:4 172:11
231:18
**opened** 46:20
49:20 64:10
65:17 74:11
76:20 77:14
78:6,9,13
89:22 94:5
96:7,10 117:14
141:11 143:18
**opening** 73:21
124:19 141:13
141:15
**operate** 59:14
235:11

**operating** 59:14
**operation** 61:4
**opportunity**
337:8
**opposed** 279:13
**options** 118:21
317:21
**order** 11:9,15
94:9,20 135:8
174:23 180:14
257:3 283:13
289:22 291:2
332:9
**orders** 13:13
285:15 286:4
286:15
**ordinarily**
283:16
**ordinary** 72:13
287:8
**organized**
307:23
**original** 51:5,8
153:2 154:10
185:20 218:4
219:7,23
236:13 269:13
295:17 314:12
317:1,3 338:14
**originally**
108:20 255:7
257:11,23
259:15 279:13
**outcome** 273:10
**outcomes** 70:5
**outputs** 123:7
**outside** 91:24
125:4 274:16
274:18
**oven** 266:19
**overall** 260:4
**overdelivery**
75:18 76:1
88:21 89:1,12
90:7,13,19
98:17 163:20
164:4,6 169:7

Anatoly Aleksandrovich

179:21 333:2,7
333:12 334:4
**overinfusion**
305:15 325:4
325:15 327:15
328:17
**overpressuriz...**
179:11
**oversee** 30:7
36:5
**owner** 76:10,17
76:24
**owners** 77:1
**owns** 258:1

———————
**P**
**p** 131:22,22
161:5,8,8,12
222:6,9,9,13
272:11,19,21
295:4,7,7,11
336:16,18
**package** 95:9
166:4,10,13
**packages** 227:22
**packaging** 31:13
276:3
**page** 5:12 10:5
10:10,14,19
74:23 76:10
80:21 82:2
83:6 85:20
86:8 87:19
92:8 93:23
94:15,16 97:20
100:6,7 110:15
114:14,17
115:7 116:11
117:9 121:23
141:19 148:6,9
148:16 149:20
155:5,16 157:4
157:9 158:4
159:13 163:12
163:12 167:5
170:6 172:11
174:10,11

177:2 178:20
181:4 183:4
191:4 192:13
203:20 208:22
209:22 211:16
213:6 216:3
217:4 218:5,13
218:13,16,21
219:4,22
223:14,18,18
225:5,9 227:9
229:11 231:15
231:20 239:6
241:20 245:7
245:23 246:3
254:4 270:5,5
272:6 273:2
275:16 276:5
288:3 300:3
313:18,20
339:4
**pages** 148:4
170:7 177:10
177:10 299:11
340:6
**pall** 153:17,18
153:19,22
154:2,2,9
155:10 197:4
199:5,6,12,17
200:2 201:2
239:10 245:14
273:15 275:10
317:4
**pamela** 1:5
**paperfree**
284:13
**paperwork**
118:13
**paradigm** 6:12
7:8 66:4 94:23
95:3,10,11
161:18 165:15
166:4,6,6
167:11 171:5
171:23 172:4
176:4,6 183:12

209:6 210:9
223:22 229:23
261:1 335:8,18
**paragraph**
111:3 114:12
164:23 204:9
272:8 273:5
289:12
**parallel** 128:2
**parameters**
33:21 251:11
251:17 266:20
**parent** 263:11
**parentheses**
156:3
**parkway** 3:10
**part** 21:20 22:1
25:18 26:18
27:2 28:2,8,18
30:19 36:10
37:15 44:17,23
47:3 49:2,8,13
65:12,14 74:17
95:16,24 96:1
97:1 101:22
120:13 122:22
123:1,2 127:17
132:2 134:11
138:19 168:12
171:19 173:2,8
197:17 199:4
200:11 206:20
217:17 229:19
233:10,11,15
233:18,20
234:7,10
242:14,16
243:16 265:17
270:1 271:5,10
271:17 291:16
297:19 304:7
306:21 314:24
323:14
**partially** 102:11
111:9
**participate**
245:3,4

**participated**
176:1
**particular** 21:12
24:13 49:1
74:6 84:4
105:9 114:11
115:7,10 117:4
121:10 123:21
129:16 132:17
132:19 137:15
141:24 180:15
180:24 193:1
233:15 267:3
305:11
**partners** 95:7
270:2
**parts** 26:15
199:16 250:19
**pass** 212:1
**passing** 240:2
**patented** 37:3
251:20
**patient** 44:18
75:3 85:20
89:5 98:3,10
98:13 158:22
167:5 168:15
169:13 193:23
202:11,12,16
231:2 300:18
305:8 316:16
330:15,23
333:1
**patients** 43:12
74:20 75:8,19
87:21 97:24
113:10 164:2
165:22 167:15
167:17,18
168:2 193:18
224:10 303:5
303:19 311:1
331:7 332:6
335:5
**payers** 95:5
**pcampbell** 3:11
**pcap** 5:13 8:1

9:2 41:16 51:6
51:15 63:14
69:9 81:2
101:17,22
104:21 111:9
112:15,18
113:2,4 114:20
114:22 124:23
125:1 131:15
131:17 132:9
148:17,24
149:3,4,4,8,8
154:12 174:13
189:12 206:20
208:2,16
214:10 216:12
231:24 239:6
241:2,7 242:2
244:10,19
259:20 262:15
262:16 269:3
269:15 271:4
271:23 273:9
274:7 288:21
289:1,2,5
293:5 314:2,10
315:20,24
316:24 323:8
325:9 335:3
**pcaps** 133:2
197:6,23 241:3
285:4 286:7
293:16,20
294:4
**pdf** 5:17 62:3
**peaking** 85:8,16
**pending** 89:14
**pennsylvania**
3:5
**people** 44:11
65:20 70:14
92:5 123:16
126:11 149:11
149:16 150:3
169:4 172:24
173:4,5 183:17
194:8 195:7

Anatoly Aleksandrovich

254:5 295:20 306:12
**perceived** 45:8 45:21 46:12
**percent** 103:8 235:16 304:19 320:4
**percentage** 304:13
**percentages** 304:12
**percentagewise** 320:1
**perez** 136:1,2
**perfect** 54:4
**perform** 175:17
**performance** 180:9
**performed** 94:18 164:3 178:13 237:22 241:7
**performing** 112:17 113:9 225:21
**performs** 33:20
**period** 37:7 85:22 86:7 99:19,24 201:6 266:22 279:12 297:16 301:22
**periodic** 137:22
**permeability** 120:22 274:3 275:5
**permeable** 102:5 115:14 121:4,12,20 124:5 126:19 130:18 150:15 152:5 160:15 178:18 215:5 242:10 271:22 274:8,12 327:1 328:2
**permitted** 215:13

**person** 65:22 112:16 123:13 123:19,23 136:9 137:14 173:12 272:16 306:11
**personal** 30:24
**personally** 224:3 306:13
**persons** 59:23 60:4
**perspective** 78:19
**pertaining** 231:24 261:2
**pertinent** 64:20
**ph** 2:22
**phase** 49:18 108:11 112:11 191:12 226:11 226:15,16,21 227:14,15,19 227:24 230:14 256:22,24 259:14 279:16 288:12,17 289:8 290:9
**phases** 112:13 313:21
**phenomenon** 19:14 39:16 42:2 55:13 67:22 69:11,22 70:15 71:24 72:2,5 75:13 83:4 84:11,21 87:1 96:20 98:24 120:6,16 142:7 262:1 297:10 302:7 303:2 305:24 306:1,7,10 307:4
**philadelphia** 3:5 14:10
**philip** 3:9
**phillips** 230:2,4

230:9
**phoenix** 235:20
**photograph** 70:19
**physical** 99:12 111:6 153:9,9
**physically** 20:17 67:3
**physicians** 95:2 190:3
**physics** 208:12
**pick** 160:22
**picked** 65:11
**pictograph** 167:20 206:16 210:7
**picture** 59:15
**piece** 34:20,21 265:12
**piedmont** 3:20
**piston** 99:2
**place** 13:24 29:2 32:8,20 34:6 34:21 46:17 65:1 68:3 133:6 151:11 227:11 266:15 283:21 284:15 286:23 323:23
**placed** 65:9,10 266:16,19
**placeholder** 55:23 56:1,19
**plaintiff** 1:6,12
**plaintiffs** 3:6,12 3:17 12:20 329:23
**plan** 6:11 114:18 117:9 122:1 124:3,9 127:10 130:23 131:12 134:11 136:24 137:4,10 146:1 147:12 161:18 162:3,7,11 165:21 217:13 217:20 218:5

219:5,7 236:7
245:1 246:5 271:17
**planned** 108:21 226:15,23 236:3 242:23 255:7 257:11 257:23 279:13 288:13,18
**planning** 193:17
**plant** 23:8
**plastic** 124:22 131:17 200:7 214:9
**play** 55:21 56:23 57:5,18 58:9 60:7 71:6
**played** 57:8 58:13 66:10 71:9
**playing** 16:17 60:15
**please** 15:12,17 16:3,6 17:1 79:4 87:20 104:16 110:14 119:3 125:24 126:1 128:17 139:20 140:12 148:14 161:15 169:17 172:5 178:20 181:4 183:4 184:23 186:10 191:4 194:15 201:19 203:7 205:16 208:22 209:3 210:19 213:7 214:21 215:20 217:4 220:6 222:16 228:6 239:6 240:12 244:6 247:3 249:13 253:16 256:2 262:4 267:16 268:23 277:19 278:16

280:1,8 282:1 285:21 288:3 298:10 338:3,8
**pllc** 3:8,14
**plot** 150:1 151:23
**plunger** 59:16 67:2,10 80:23 85:2 99:14 101:14 110:7 111:7
**plus** 145:10,11 177:20 181:18
**pluses** 177:18
**pm22s** 152:20
**point** 19:7,8 20:20 21:1 32:13 40:16,20 59:2,20 63:24 70:7 71:4 77:21 78:1,10 81:18 82:19 85:21 86:2,4 86:10 87:4 89:24 94:22 95:1,4,6,8 96:5 96:8,21 99:16 102:12 113:24 117:18 118:2,7 120:11 124:7 132:5 133:13 133:23 134:12 141:6 151:18 152:6,13 159:16 160:5 179:18 180:7 182:15 193:15 195:10,13 196:8 200:22 213:2,18 214:16 215:8 219:11 221:14 221:17 224:7,8

Golkow Litigation Services - 877.370.DEPS

Anatoly Aleksandrovich

227:1,4,6
228:1,23,24
233:24 234:11
235:5,13,21
236:6,8 237:3
238:14 245:24
246:11,16
250:1 252:23
255:23 258:14
266:3 267:14
268:18 282:22
283:3,6 284:23
285:2 287:22
289:9 291:17
326:8 334:5,8
**points** 150:21
231:17
**polyester** 101:6
101:8 109:23
109:24 112:18
125:17,20
199:3,11
273:16 274:5
**populated**
131:18
**porex** 9:9
153:14 155:1
155:13 239:14
239:17 240:7
241:12,13,14
243:6,18
252:19,24
254:21 258:6
258:13 260:12
265:20,24
273:17,20
274:2,4,6
275:12 280:11
288:24 289:6
291:22 292:2,7
320:20 321:15
323:9
**porous** 275:12
**portion** 93:15
125:20 207:1
296:1
**portions** 140:14

**poses** 43:12
**position** 11:15
25:8,10 29:11
35:1 223:9
285:3 286:7
309:20 334:1
**positive** 70:8
**possess** 250:23
**possessed**
197:20
**possibility**
102:19 104:1
114:19 169:6
169:12
**possible** 48:9
108:22 146:21
183:1 283:23
288:19,22
292:3 299:3,13
301:24 306:5
306:18 311:2
**possibly** 308:19
**postal** 224:1
**posted** 25:9
**potential** 6:12
94:19 146:11
146:21 158:12
158:16 159:6,7
159:10 161:19
163:16,19
164:4 167:8
174:22 202:17
213:14 216:6
260:24 273:13
310:9,21
317:17,21
319:10
**potentially**
42:13 72:20
96:18 98:9,11
98:21 174:5
216:7 328:4
**powder** 21:9
**power** 22:21
**powerpoint** 5:20
6:1 7:11,14,17
8:1 9:17 79:8

80:7,11 139:23
140:7,19 141:1
210:22 211:6
220:9,18,24
221:8 228:11
228:18 244:9
244:18 298:13
**pq** 248:19 249:1
**pqs** 248:15
**pr** 5:14 63:5
64:3 104:22
**practice** 21:10
21:23,24 27:10
27:11 150:7
**precautions**
313:13 319:2
**precise** 307:4
**predetermined**
266:22
**predicate**
282:16
**predict** 158:12
**preferable** 48:2
53:6
**preferred** 52:20
52:24 97:7
**preliminary**
82:8 165:2
183:10 216:14
216:16 217:8
217:19
**premarket** 9:2
269:3,15
282:14
**premature**
101:14 110:6
**preparation**
162:17 257:21
257:23
**prepare** 140:19
140:22 241:10
**prepared** 80:13
141:1 185:12
257:11,12
279:8
**preparing** 26:21
**prescribed** 95:3

**prescription**
106:21
**presence** 69:16
203:4
**present** 51:11
101:6,7 109:23
109:24 116:18
116:19 159:11
**presentation**
80:17 140:16
141:1 157:7
171:22 172:3
211:12 233:1
**presentations**
140:19
**presented** 77:7
94:8 140:20
252:6 291:18
**preserve** 275:4
**president** 146:7
147:13,15,18
147:21 194:5
272:11
**pressure** 42:12
59:10 98:24
99:17 174:14
174:19 183:6
184:5 237:24
266:21
**pressurized**
68:20 101:13
110:6 181:8
182:13
**presumably**
332:20,23
**presumed**
165:18
**pretty** 89:1
163:1 217:23
221:3
**prevent** 41:17
41:18 45:10,23
159:8 174:6
175:8 179:14
181:6 182:5
310:21 319:10
324:2 326:14

**preventative**
28:19 29:2
39:13 43:2
44:22 45:9,20
46:9 95:17
96:2 168:7,13
311:5,10,20
312:1,5
**prevented**
158:17
**prevention**
181:5 182:19
**prevents** 42:11
**previous** 19:16
134:7 135:4
293:10
**previously**
124:16 125:7
271:12
**primarily** 23:17
35:8,10
**primary** 101:12
101:16 109:20
110:4 243:18
**primaryfill**
85:23
**prime** 5:14,20
6:1 7:12,15
63:15 66:5,23
67:5 79:8
80:18 83:14,23
84:2 91:1
92:13 93:20,24
100:18 101:4
104:21 113:11
113:17 139:23
140:8 141:6
171:5,22 187:5
187:11 209:18
210:23 211:7
220:10,19
231:5,9 261:22
**primed** 91:1
**priming** 55:4
58:7 206:8
210:10
**principal** 35:5

Anatoly Aleksandrovich

| | | | | |
|---|---|---|---|---|
| **prior** 18:7 19:10 | 28:18 33:19,20 | 286:6,23 287:9 | 243:19 249:1 | 31:13,13,14 |
| 19:11 80:23 | 34:13,15,19 | 290:2 309:24 | 261:12 263:22 | 32:23 34:4 |
| 83:12 91:19 | 41:9,12,14 | 311:14 315:18 | 266:11 | 53:18 55:6 |
| 111:6 141:13 | 43:5,7,17 | 323:24 326:4 | **production** 10:9 | 65:13 77:8 |
| 154:12 209:17 | 44:13 45:18,19 | **processes** 24:16 | 12:5 26:4,11 | 81:17 92:4,4 |
| 226:17 328:13 | 47:4 49:2,7,14 | 24:17,21 26:9 | 30:11 128:12 | 93:2 112:14 |
| **priority** 75:1 | 52:12 55:4 | 26:19,23 27:17 | 128:15 129:24 | 118:10 123:20 |
| 97:22 241:19 | 57:13 72:19 | 28:14 29:1 | 152:3 202:10 | 135:15,16,17 |
| **pro** 181:11 | 78:18 96:2 | 33:1 47:7 | 217:10 226:20 | 135:19 154:8 |
| **proactive** | 97:2 100:20,21 | 118:23 131:14 | 232:15 235:15 | 174:12 175:4,5 |
| 330:22 | 100:23,24 | 248:23 252:11 | 235:16,21,24 | 175:17,23,24 |
| **probable** 213:16 | 101:2 103:12 | 286:23 314:22 | 239:18 242:1,6 | 176:3 211:8 |
| **probably** 31:19 | 103:12 112:9 | 314:24 | 243:4 245:12 | 220:20 232:1 |
| 57:18 68:11 | 113:10 118:16 | **processing** | 248:5,20 249:3 | 289:8 294:21 |
| 89:4 109:22 | 118:17 122:2 | 236:22 248:21 | 251:1 254:21 | 311:17 316:8 |
| 123:18 156:7 | 122:15,19,24 | 251:10 283:13 | 256:24 260:1 | **projected** |
| 196:1 198:7 | 123:3,4,5,8 | **procure** 217:17 | 264:5 282:23 | 217:24 257:9 |
| 219:19 258:17 | 127:15,17 | 232:23 286:17 | 283:9,23 | 257:18,19 |
| 281:16 306:23 | 128:20 129:2,8 | **procured** | 284:16 285:4 | 260:4,15,17 |
| 332:16 | 129:13 130:20 | 234:14 | 285:13 286:12 | **projections** |
| **problem** 41:7 | 131:3,19 132:5 | **procurement** | 286:20 289:16 | 156:7,8 |
| 42:15 44:24 | 132:15,20,21 | 227:21 236:23 | 289:17 290:10 | **projects** 31:3,7 |
| 45:8,10,21,23 | 133:12,23 | **procuring** 26:10 | 290:16 291:4,9 | 31:17 92:2 |
| 48:18 49:4,16 | 135:2 137:3 | 232:5 | 291:22 292:3 | **promising** 217:9 |
| 53:21 77:21,24 | 141:20 142:1,1 | **produce** 250:10 | 292:10,22 | 243:24 |
| 78:3 84:1,4 | 142:10 144:17 | 321:6 | 293:4,5 294:4 | **prompted** |
| 103:9 109:12 | 146:4 147:12 | **produced** 92:24 | 315:19 | 284:11 |
| 115:6 118:14 | 174:22 177:23 | 151:3 315:12 | **productions** | **proof** 178:8 |
| 133:24 174:12 | 188:23 189:1 | 317:8 | 12:15 | 180:21,23 |
| 200:18 208:8 | 197:16,23 | **produces** 27:7 | **products** 25:21 | 181:2 328:24 |
| 208:16 214:24 | 199:4 200:7,15 | **producing** | 26:13 35:12 | 328:24 |
| 303:3,18 | 200:16,17 | 251:19 293:16 | 36:4,9 110:22 | **proper** 23:6 |
| 308:23 315:21 | 211:13 217:19 | 309:9 | 110:24 189:7 | 177:5 |
| 324:3 330:21 | 218:24 219:10 | **product** 23:5 | 258:2 335:17 | **properly** 11:18 |
| **problems** | 221:13,17 | 36:11 40:16 | **professional** | 139:3 167:21 |
| 314:12 | 225:20 227:2,6 | 46:10 72:13 | 75:24 89:7 | 204:13 285:14 |
| **procedural** | 233:13 236:23 | 75:3 78:18 | 95:2 166:1 | **properties** |
| 127:17 265:11 | 236:24 242:4 | 97:23 130:24 | **profits** 330:5,10 | 120:16 149:8 |
| **procedure** 73:17 | 243:7 248:3,7 | 131:6,21 | **program** 17:22 | 153:9 |
| 190:18 287:10 | 248:14,16 | 132:12,16 | 168:8 | **propose** 175:19 |
| 303:20 | 249:7,11,20 | 142:13 145:21 | **progress** 32:21 | **proposed** |
| **procedures** 29:3 | 251:10,16 | 189:16,21 | 33:2 138:22 | 165:20 |
| 314:6 | 252:7 254:20 | 190:2,3 197:3 | **progressing** | **propounded** |
| **proceeding** | 255:18 258:18 | 199:17 226:14 | 22:8 | 340:8 |
| 127:20 251:1 | 259:17 260:12 | 227:4,16 | **prohibitive** | **proprietary** |
| **process** 15:9 | 272:2 283:16 | 236:10 237:6 | 317:9,9 | 31:23 37:3,13 |
| 27:5,6,7,18,24 | 283:20 285:17 | 237:17 241:12 | **project** 22:10 | 37:19,21 38:6 |

Anatoly Aleksandrovich

38:19,21 39:6
42:17 50:12
199:5 208:9
251:18,20
252:1 297:20
**pros** 179:10
**prospect** 254:14
**prospective**
216:13
**protection**
159:19 198:16
**protective** 11:14
13:12
**prototype** 202:9
283:8 289:4
**prove** 237:17
328:19
**proved** 242:3
313:9 314:18
327:14 328:1
**provide** 16:23
34:7 168:14
174:6 175:6
187:8,13
193:10 198:15
224:21 257:13
326:15
**provided** 33:8
55:13 117:23
159:19 166:3
192:19 225:1
225:22 277:1
277:17 281:4
281:21 318:20
**provider** 145:14
193:22 295:18
300:17
**provides** 159:14
230:5
**providing** 33:11
33:22 103:4
267:13 285:12
286:12
**proximity**
235:24
**ptfe** 125:4
126:16,17

198:12 199:3
199:11 273:15
273:18,22
274:2,5,11,12
274:21 275:3
275:11,12
**public** 2:9
337:16 340:21
**pull** 62:17,18
104:16 294:24
**pulled** 266:23
**pulling** 79:1
**pump** 36:19,22
36:22 37:17,24
38:4 39:3,8
55:4 57:2 59:4
59:14 61:3
66:23 67:2
82:10 91:1
93:1,15 94:24
99:1,13 101:11
101:13 110:4,5
111:7 116:1,14
116:15,24
117:1 165:15
166:4 174:7
176:11,18,23
179:9,21
180:11 183:15
188:19 204:12
204:24 206:7
207:18 210:9
210:10 223:22
229:19,20,23
230:11,18,22
274:17 297:20
335:8,8,18
**pumpenfehler**
56:1
**pumps** 35:13,14
36:22 95:3,10
176:6 183:22
188:9,11,17
207:20,22
230:5 297:23
**purchase** 285:14
286:4,15

**purchased**
234:18
**pure** 299:6
**purely** 214:17
**purpose** 36:15
74:4 96:12,15
96:17 138:17
174:3 275:2
305:21 307:4
**purposes** 16:2
68:4 128:13
**pursuant** 2:4
13:2,12
**pursue** 116:23
196:17
**pursued** 184:17
184:21
**push** 231:2
**pushed** 219:14
220:2 236:12
236:16
**pushing** 60:2
**put** 62:11,14
65:5,15 107:10
107:20 129:13
138:16 141:2
258:18 264:18
266:4 283:21
292:23 302:5
323:23 327:23
327:24
**putting** 243:6
302:23 328:13
330:15

─────── **Q** ───────
**qir** 8:2 63:14
244:10
**qir09006** 111:4
112:2,11
**qit** 143:12 144:4
144:15,19,23
145:2,5,11
**qit13006** 7:12,15
210:23 220:10
**qualification**
246:5 249:2,3

255:14 257:7
260:5 264:5
266:11
**qualifications**
17:4
**qualified** 226:14
235:15,21
243:23 259:20
**qualify** 130:23
219:2 236:9
254:21 309:16
**qualifying** 131:5
132:16 202:15
227:3 237:5
260:12
**quality** 21:20,24
22:9 28:5,23
44:5,6 65:21
77:6,6 127:18
136:15 137:12
144:5 145:10
146:10,20
147:14,15,21
188:4 195:3
250:12 264:15
264:16 304:8
304:11 315:1,3
317:13
**quantitative**
156:5,6
**quantities**
259:17
**quantity** 217:18
**quash** 11:14
**question** 10:18
15:11,13,22
16:7,14,22
25:18 26:5
44:4 47:12,15
59:6,8,23 61:3
65:16 66:11
123:10,17
128:17 140:17
147:3 172:6
198:6 229:3
238:21,22
269:24 292:12

306:24 320:12
322:3,9,11
327:20 328:10
330:8 331:22
333:23 335:6
**questionable**
112:10
**questioning**
105:16
**questions** 9:9
57:20 62:22
277:13,16
280:11,20,22
307:16,17
308:3 309:12
311:4 319:13
320:10 329:13
336:5 340:8
**quick** 104:3
171:13 221:22
328:10
**quickly** 15:9
55:20 116:2,4
152:4 158:5
280:18 295:15
298:9
**quickset** 7:6
205:19 206:2
208:5
**quicksets** 208:1

─────── **R** ───────
**r** 171:17 173:5
173:14 339:1,1
**radiological**
225:14
**ramping** 26:3
**ran** 250:18
**random** 121:9
121:13,19
**range** 123:8
319:24
**ranges** 123:6
157:12
**rare** 86:13
**rarity** 260:24
**rate** 83:14 238:3

Anatoly Aleksandrovich

319:22
**rates** 319:24
**rationale** 75:1
97:22 297:19
**raw** 299:7
**reach** 154:21
**reached** 13:3
154:8
**read** 105:22,24
151:23 337:9
338:3 340:5
**ready** 254:21
266:4 268:19
**real** 53:23 55:20
104:3 158:4
221:21 280:18
298:9 304:15
306:21,21
325:19
**realized** 68:10
78:5 118:21
214:17
**really** 19:9
49:10 89:7
92:15 97:18
102:18 105:22
189:23 192:11
221:9 229:4
231:14 335:22
**realm** 307:9
**realtime** 2:7
337:14
**reason** 37:15,18
37:21,23 77:14
77:15 88:5
91:23 101:3
123:21 153:6
166:21 170:3
202:11 219:9
224:9 259:13
270:23 279:6
338:5 339:6,8
339:10,12,14
339:16,18,20
339:22,24
**reasonable**
16:23

**reasons** 16:9
75:3,4 97:23
98:4 128:14
166:23 237:21
279:21 313:5
**recall** 18:17,19
19:18,21 40:7
40:10,21 41:2
41:3,8,12,13
42:15 46:5
67:24 70:6,13
70:16 71:2
76:2 77:3,10
78:12,15 80:16
82:23 85:3
89:17 90:22
91:5,6 108:14
108:15 109:7
113:5 119:21
139:3 145:20
166:12,19
167:1 172:1
173:24 175:22
175:22 195:22
201:6 202:21
204:20 205:4,6
223:21 224:2
224:13,16,24
225:16 226:6
253:9 271:8,10
271:17 273:11
279:23 294:10
294:14,17
295:17 308:16
311:6 318:11
319:14
**receipt** 237:3
238:9 286:19
338:15
**receive** 190:3
197:19 239:13
**received** 66:1
86:3 329:4
**receiving** 306:8
**recess** 54:16
104:1 161:7
222:8 295:6

**recognize** 57:11
105:5,8 140:14
209:13,16
332:12
**recollection**
81:14 82:16
105:20 107:17
110:8 116:16
159:23
**recommendat...**
227:21
**recomplete**
258:17
**record** 12:1
13:16,20 14:8
54:13,20 61:6
65:17,22 80:1
100:10 104:6
104:12 107:8
107:11 161:4
161:11 169:19
205:8 222:5,12
275:20 294:23
295:3,10
321:11 323:5
336:15 337:6
**recorded** 300:9
301:2 302:17
332:7,10,19
**redesign** 46:10
52:8 53:19
102:4 116:15
116:23 117:5
118:4 121:17
133:6 181:19
181:23 230:17
303:18 327:23
**redesigned**
326:13,15
327:10 328:13
**redesigning**
305:21
**reduce** 159:7
160:1 174:23
175:19 240:1
273:13 306:4
**reduced** 130:8,8

**reduces** 242:8
**reduction**
159:14
**redundancy**
116:14,24
**redundant**
148:5
**reevaluate**
251:3
**refer** 96:4
108:18 154:11
175:3 189:3
195:15 197:21
204:24 206:7
210:9 211:24
218:3 263:21
307:21
**reference** 82:13
192:23 209:20
**referencing**
229:7
**referred** 147:7
210:14
**referring** 49:7
92:19,22
111:14,20
137:17 141:23
144:8 146:15
146:17,24
147:1,6 151:16
155:18 156:4
158:8 159:1
188:16 189:4
189:18 190:4
190:11 191:1,8
191:14,21
192:1 193:12
212:11 221:20
229:16 230:3
230:15 231:17
248:17,18
290:12 324:21
332:20
**refers** 108:16
111:17 131:14
141:24 142:5,6
147:24 148:22

148:23 188:23
188:24 230:5
249:1
**reflects** 212:22
**refresh** 71:5
**regarding** 172:3
187:10 202:9
247:13 316:18
319:13
**regardless**
303:16,21
**registered** 2:8
165:16 337:15
337:15
**regular** 33:24
225:2 293:11
332:1
**regulated**
313:11
**regulation** 28:11
28:13,21
**regulations** 28:6
28:18,24 314:7
315:4
**regulatory**
133:18 134:5
138:20 145:10
146:3 238:22
258:1 270:2
276:24 330:17
335:22
**rejected** 127:6
184:16 279:9
**related** 16:6
105:20 111:21
188:8 189:11
189:15 190:2
230:10,24
271:6 299:3
**relating** 30:5
31:8 33:12
40:24 49:21
163:17 167:8
180:10 187:5
**relationship**
30:8,20,23,24
78:19 243:22

| | | | |
|---|---|---|---|
| relationships 23:7 | 141:12,16 | 273:17 275:12 | reporting 46:23 | 128:9,11 202:7 |

relationships
  23:7
relatively 98:5
release 128:11
  129:23 202:9
  267:11 283:8
  285:13
released 196:3
  289:17
releasing 128:15
reliability 180:8
reliably 27:7
relook 252:18
rely 103:21
  208:10
remain 20:8
  102:5 115:13
  121:11,20
  124:4 126:19
  150:15 178:18
  215:5 271:21
  274:7,8 327:1
  328:2
remained
  112:11
remaining
  130:18 149:3
  153:1 217:6
  237:13 291:3
remains 113:23
  242:10 260:23
remember
  14:23 18:15
  19:9,15 25:11
  25:12 28:10
  33:3 39:22,24
  40:1 61:16
  67:18,19 68:13
  70:1,4 76:23
  78:23 80:12,19
  83:11 87:2
  88:16 89:20
  91:9,14 93:1
  96:9 117:2
  121:6 124:6
  132:18 137:4
  140:23 141:8

141:12,16
155:19 171:15
171:24 179:4
180:5 182:15
183:2 184:19
193:5 195:14
196:2 198:21
201:10,14,16
203:5 206:13
207:15 208:17
208:18 216:19
216:23 218:2
219:20 220:4
221:11,15,19
227:5 229:1
230:16 231:1
234:4 236:18
236:20 240:10
246:15,20
247:22 253:8
255:5 258:7
261:18 264:3
274:22 278:13
280:21 281:14
281:20,23
283:18 291:14
292:4 295:21
308:12,19
318:1
remembering
  81:16
removal 181:5
  182:19
removed 69:6
  112:9 315:21
removing 181:7
render 101:9
  110:1
rendering 41:21
repeat 243:2
  321:12
repeatedly 27:8
repels 125:12,12
rephrase 15:13
replace 229:18
  229:21
replaced 215:4

273:17 275:12
replacement 8:1
114:22 196:12
197:1 225:19
226:12,18
227:3 228:3
232:1 241:24
244:9,19
259:15 271:21
288:20 289:1
replacing 314:9
replicate 71:24
  72:5
replicated 78:4
replow 15:2
report 5:16 8:14
  8:17 33:15
  34:12 46:20
  62:2,24 63:17
  63:20,22 109:3
  110:14 121:23
  162:18 163:1,3
  163:3 185:12
  195:15,18,20
  195:20 196:2
  217:22 218:1
  241:1,5,6,11
  241:23 242:3
  262:7,15,20
  263:5 264:6,22
  265:6 267:12
  267:13 288:11
  305:9 306:14
  306:15 309:18
  321:6 329:5
  334:6
reported 90:23
  111:5 137:15
  137:21 305:8
  331:6
reporter 2:8,8
  14:9 15:19
  16:9 21:17
  39:15 153:24
  319:3 330:7
  337:15,15,15
  337:23

reporting 46:23
46:24 136:8
138:20 142:11
190:18 261:20
299:12
reports 6:16
  7:20 33:23
  61:12 185:2
  201:15 217:14
  240:15 302:7
  332:19
represent
  169:24 267:4
representatives
  186:24 332:11
represented
  271:2 328:6
representing 3:6
  3:12,17,23 4:6
  4:12
represents
  272:16
reproduce 67:21
reproduction
  337:21
request 8:9,12
  9:7 10:9 83:12
  108:11 109:16
  223:22,23
  224:15 225:13
  226:6 256:5,12
  257:6 258:20
  259:2,9 278:19
  279:3 302:6
requested
  134:21 256:17
  258:9 260:8,15
  277:2 279:10
  337:7
requesting
  224:12,23
  256:13 257:17
require 132:20
  189:6 238:19
  256:19
required 46:17
  46:19 74:6

128:9,11 202:7
202:10,12,16
204:20 226:17
226:19,22
238:11 242:11
257:2,22
279:15 281:11
314:1 315:3
316:12
requirement
  29:1 120:5
  152:9 265:11
  279:19
requirements
  28:2 29:5
  244:1 313:8
  318:6 330:17
requires 135:3
  257:21,24
  279:12
requiring
  279:22
research 155:1
  155:15
reserve 243:10
reservoir 7:3,9
  36:17,21,22,23
  38:16 57:23,24
  58:4,4,20
  66:19,22 67:3
  67:10 68:11,17
  69:4,7 82:7
  90:24 91:4
  99:3,6,14,16
  100:2,2,20
  101:2,10,14
  102:6 110:3,7
  111:8 114:7
  149:17 150:10
  150:16 151:4
  165:10 167:21
  167:22 168:4
  173:22 174:8
  174:19 175:6
  178:23 179:5
  179:12,13,16
  179:19,23

Anatoly Aleksandrovich

| | | | |
|---|---|---|---|
| 181:4,8,13 | 214:12,13 | 137:23 139:16 | 81:11 82:18 | 189:12,14 |
| 182:12,18 | **rest** 86:22 | 139:23 140:8 | 84:12 87:17,18 | 191:3 192:4,15 |
| 203:11 204:17 | **resubmission** | 141:6 162:17 | 87:23,24 88:2 | 193:4 194:7 |
| 206:7,21 207:2 | 279:14 | 163:3 164:18 | 88:6,17 89:5 | 197:7 198:19 |
| 207:9,11,17,23 | **result** 84:19 | 183:10 219:22 | 90:5,8 96:23 | 201:16 203:22 |
| 209:6 210:3,3 | 98:9,11,21 | 227:12 228:11 | 100:3 102:8,10 | 204:5,6 206:24 |
| 210:10 303:6 | 99:4 100:21 | 228:19 238:11 | 103:11,15,19 | 208:24 209:13 |
| 310:1,8 334:9 | 163:21 179:19 | 244:11,20,23 | 107:21 108:1,5 | 210:7 212:16 |
| 334:13,19,22 | 204:14 261:22 | 245:4,5 268:20 | 109:17 110:24 | 214:4,18,20 |
| 335:2,12,15 | 288:11 305:10 | 279:12 289:14 | 111:2,24 | 215:6,7,14,17 |
| **reservoirs** 29:21 | 308:22 309:4 | **reviewed** 85:22 | 113:18 114:8 | 217:20,21 |
| 29:23,24 30:2 | 309:23 310:7 | 127:19 138:8 | 115:19 117:14 | 218:9,18 220:5 |
| 38:7,11,17,20 | **resulted** 91:14 | 163:2 237:7 | 117:15 118:24 | 221:3 225:8 |
| 39:1,2,5,7 | 113:8 249:8 | 282:14 | 119:1 122:16 | 229:10,12,13 |
| 95:11 112:24 | 259:17 260:2,3 | **reviewer** 136:22 | 124:20 126:23 | 230:13 231:13 |
| 114:3 116:1 | 305:3 331:20 | **reviewers** | 127:3,12 | 232:1,6 233:3 |
| 149:12 150:4 | **resulting** 113:17 | 137:13 | 128:15 129:4,8 | 233:22 234:9 |
| 166:6 176:5,16 | 232:15 | **reviewing** | 130:16,20 | 234:16 239:5 |
| 205:9 208:15 | **results** 43:20 | 129:12 138:18 | 131:3,4 132:12 | 239:10 245:14 |
| 209:14,20 | 82:3 101:15 | **reviews** 137:22 | 133:12 135:11 | 246:6 249:15 |
| 297:22 300:19 | 164:2 217:8 | 137:22 | 140:24 141:4 | 255:5 259:10 |
| **residual** 69:17 | 241:7 245:13 | **revisiting** | 141:16 142:7 | 263:4 264:17 |
| 69:23 70:7,8 | 250:13 267:12 | 254:12 | 142:12,15,16 | 268:2 272:5,9 |
| 112:24 114:3 | 317:8 | **right** 11:21 | 142:22 144:2 | 273:18,19 |
| **resolution** | **resume** 165:6 | 15:14 16:4 | 144:11 145:4,5 | 275:18 278:15 |
| 106:24 107:3 | **retire** 179:13 | 17:5 19:4 20:3 | 145:23 146:6,7 | 279:2 284:17 |
| **resource** 316:12 | **retool** 133:6 | 20:6 29:6 | 146:10 147:11 | 286:24 290:18 |
| **resources** | **return** 112:12 | 36:20,20 40:3 | 148:1,3,8 | 292:15 293:7 |
| 243:13 316:11 | 293:21 338:13 | 40:11,14,18 | 149:10 150:11 | 296:7,12,14,15 |
| **respect** 310:15 | **returned** 61:13 | 42:9,12,17 | 150:21 151:6 | 299:17,18 |
| 312:3 | 67:14,20 68:7 | 43:13,24 45:4 | 151:11 152:18 | 300:13,16,22 |
| **respond** 278:6 | 69:15,21 82:22 | 45:6,11,17,24 | 152:19,21 | 301:5,9,11 |
| **responded** | 110:21,24 | 46:6,9 47:9 | 153:23 154:16 | 302:23 304:17 |
| 277:12 | 112:10,13 | 48:14 49:13 | 156:11,17 | 304:21 305:4 |
| **responding** | 142:14 | 51:12,23 52:1 | 157:5,13 158:2 | 307:11 310:17 |
| 281:8 | **returns** 299:2,13 | 53:7,10,24 | 158:14,18,20 | 325:12 326:8 |
| **responds** 226:10 | **rev** 6:13 161:21 | 55:8 56:22 | 160:20,24 | 326:17,24 |
| **response** 9:9 | **revealed** 288:23 | 58:19,21 59:14 | 163:9 164:21 | 330:2,5,17,18 |
| 12:9 15:22 | **review** 5:20 6:1 | 59:17,18,22 | 167:2 168:17 | 330:24 331:8 |
| 226:5,5 280:11 | 7:18 8:2 33:8 | 60:21 61:22 | 170:13 171:10 | 332:6,13,14,22 |
| **responses** | 69:14 79:8 | 63:23 64:11,21 | 173:9 174:9 | 333:4,8,13 |
| 139:14 280:18 | 80:18 105:15 | 64:22 65:2 | 175:9,10,20 | 334:11 335:15 |
| **responsibility** | 112:22 127:12 | 66:16 67:8 | 177:9 178:15 | 335:23 |
| 35:8,11 49:8 | 127:15,16 | 68:14,18 69:2 | 180:18,20 | **righthand** |
| 78:18 134:11 | 128:5,9,10 | 69:5 71:7,22 | 181:20 182:6 | 270:16 |
| 270:1 307:9 | 129:19,21,22 | 73:3,4 74:6,12 | 183:16 184:5 | **rise** 51:15 |
| **responsible** | 129:22 135:3 | 75:22 76:2,18 | 186:3,4,9 | **risk** 43:5,6,12 |

Anatoly Aleksandrovich

44:18 47:3,6,6
47:17,19,23
48:6,8,10 50:1
52:14,20,24
72:11,16 74:20
75:4,8,10
77:16,22,23
85:20 92:9,12
93:18,20,24
94:19,21 97:4
97:7 98:3,5,6
103:6 129:17
130:3 143:6
146:9 158:12
159:14,17
160:1,13
164:24 166:22
174:23 177:4
177:12 183:1
190:22 196:6
223:10 226:2
240:1 314:10
326:19 328:19
**risks** 94:18
261:13
**road** 3:20 4:10
**robust** 310:20
312:20 324:1
**role** 19:13 23:1
136:17
**root** 45:8 49:15
72:10 82:4
101:16 108:12
109:2,11,15,20
110:9 115:6
143:2 146:8
164:10 175:17
181:12 213:13
213:13,20
**roughly** 332:3
334:1
**ruled** 214:14
**rules** 28:9 314:6
324:22
**run** 248:19,20
251:17 295:24
**running** 19:13

182:17 235:15
250:21
**runs** 248:19
250:17,18
**rush** 336:10
**russia** 20:8

_____
**S**

**s** 1:17,17 4:12
5:10 9:1 11:4,6
11:16,18
119:15 269:2
**safe** 168:15
311:2 319:1,7
**safely** 149:7
**safety** 43:13
44:18 75:4
98:3 167:8
202:11,13,16
261:13 316:16
330:1,9,16,23
**sample** 156:9
266:16,18
**sampled** 156:9
**samples** 119:24
120:14 121:2,6
121:19 122:20
211:22 216:13
232:5
**sampling** 31:7
**sandra** 136:1,2
**sara** 119:15,17
**satisfactory**
169:5
**saturated** 152:4
**saw** 91:4 137:6
143:21 193:2
251:1 259:10
262:20 276:13
295:16 298:23
305:9 324:5
**saying** 28:23
45:6 60:3,9
115:22 212:18
226:10 305:13
335:11
**says** 64:2,4 66:1

80:22 82:3
84:24 85:20,21
86:9 94:16
100:15 109:19
109:19 111:3
112:1,8 114:2
120:3 146:7,10
148:13 149:21
158:5,21 159:2
159:13 160:14
163:17 164:23
165:13 174:12
174:17 178:8
179:12 181:15
183:6 193:7,16
202:11,14
204:6,9,23
206:7 210:8
223:19 229:5
232:7 238:10
248:12 263:4
268:11 270:23
271:15 276:9
288:11,12,17
289:12 290:9
290:15
**scatter** 151:23
**sccm** 212:17
242:12
**schedule** 34:10
190:21 217:20
217:24,24
218:3,8,10,23
219:23 235:4,6
260:4
**scheduled** 19:4
290:16
**scheduling**
292:13
**school** 18:2
**science** 123:12
123:16,19,23
**scope** 176:4
**screen** 59:15
71:1
**screw** 57:23
58:3 59:2,9

60:5,20,24
67:11 99:7,17
99:18 100:1
165:10 184:4
**se** 303:1
**seat** 179:21
**seated** 58:3,8
59:1,2,5,5,11
61:1
**seating** 58:7
59:18,19
179:20 183:7
184:1,1,3
**second** 76:9
80:20,21 94:15
125:24 140:12
148:14 175:15
189:14 191:11
195:5 203:19
203:23 204:9
208:21 211:16
218:18 223:14
229:11 245:6
259:20 268:11
294:23
**seconds** 60:13
**section** 126:17
203:3
**see** 14:21 23:21
53:7,12 57:1,2
58:10,16,22
59:23 60:19
63:2 66:6 67:6
71:1 75:5
76:11 81:6
82:11 83:13,17
85:10,12 86:14
87:24 88:13,22
89:15 90:14,20
95:12 98:14
100:15 101:19
105:19 106:10
106:15,16
107:15 108:15
110:18,23
111:10 120:3,8
122:5 136:10

143:17 146:13
148:19 149:23
157:11 159:21
162:8 166:8
167:12 186:22
190:24 197:12
199:7 202:19
203:24,24
205:2 206:9,16
206:22 244:21
247:15 262:17
263:7,16
264:11,14
270:24 276:11
276:13 289:19
306:13,13
319:19
**seeing** 59:15
71:2 250:24
264:1 275:3
**seek** 154:22
**seeking** 37:16
**seen** 55:16 57:15
57:22 58:6
71:12,14,15
80:10 105:6,9
140:10,15
162:10 166:14
171:13 181:2
263:12,18,19
269:17,20
277:5 298:19
**seizing** 145:22
**select** 154:5
**selected** 114:24
152:7 233:11
243:18 245:10
245:12 255:12
259:15 313:6
**selecting** 178:4
**selection** 151:1
217:6
**send** 128:5
165:21,24
193:21
**senior** 25:12
26:2 35:5

Anatoly Aleksandrovich

147:18 187:19 188:4
**sense** 15:12 26:7 244:3 287:16 292:20
**sensor** 25:23
**sent** 80:24 167:14,16,17 167:24 268:16 276:17 279:8
**sentences** 120:3
**separate** 132:14 144:10 170:1 213:17
**separately** 131:20 265:13
**september** 20:12,24 55:3 66:3 81:11 88:9 139:11 239:1 246:18 246:24 286:2 294:8 300:8
**sequence** 66:23 72:4 81:10 142:2 170:17 170:24
**sequences** 313:14
**series** 39:8 176:6 176:7,12,12,15 176:15,21,22 230:6
**serious** 30:3 62:16 164:7 302:17 333:21 334:2
**serve** 11:7
**served** 11:17,19
**service** 66:2 87:10 224:1
**services** 2:22 13:22
**set** 23:4 24:16 30:11 32:4,10 33:20 35:8 36:8 38:1 55:9

66:20 67:2 72:9 75:2 78:23 97:22 117:17 131:23 132:1 164:1 165:3 167:11 202:8 203:3 204:13,18,24 210:11 258:2 271:19 285:12 293:11,21 296:2,7,9,13 297:14 305:11 309:5 334:10 334:19 335:8
**sets** 5:13 6:12 9:1 29:18,19 30:6,9,17,21 31:9,22 32:3 33:13 36:6,14 38:3,5 61:13 63:15 67:14,21 68:7 69:15,21 81:1 82:22 95:11 104:21 110:21 121:11 142:15 161:19 166:7 176:4 206:2 208:5 225:19 237:10 261:1 269:3,14 276:3 290:22 292:6,10,22 293:5 294:11 294:19 296:2 296:18 297:16 297:22 298:6 334:15 335:5 335:13
**setting** 24:21 26:4,12
**settings** 96:6
**settled** 117:20 197:10 200:24
**setup** 31:11
**seven** 22:13
**seventh** 4:4

**severe** 75:9,13 331:15,19,20 331:24
**severity** 86:6 90:3 98:6 166:22
**shame** 59:13
**shape** 214:2
**share** 190:1
**sheet** 338:6,9,11 338:14 340:10
**shelf** 234:18 237:11,19
**shes** 187:16,19 188:1
**shift** 42:22 50:9 221:24
**shipments** 95:10 145:22 166:5 189:17
**shipped** 205:13 239:14
**shop** 21:8
**short** 182:16 250:17 271:16
**shortcircuit** 166:17
**shorthand** 147:5
**shortly** 39:12 130:2
**shoulders** 15:21
**show** 70:11 71:4
**showed** 274:13
**shower** 182:17
**shown** 98:18 255:12
**shows** 167:20 211:21 213:1 213:11,11
**shrugs** 15:21
**sic** 170:12
**side** 101:7,8 109:23 110:1 270:16 304:17 306:18 317:9
**sides** 177:6,16
**sigma** 23:17

**sign** 337:9 338:8
**signal** 304:13 329:15
**signals** 59:4
**signature** 264:10
**signed** 279:4
**significant** 135:10 143:23 163:18 164:4,6 165:1 213:21 213:23 312:20 316:11
**significantly** 234:20 250:18 320:4
**signing** 338:10
**silicone** 41:16,20 112:3 315:19 325:16
**similar** 110:22 241:11
**simply** 113:22 193:21 281:8 309:11 313:15
**simulate** 237:24 238:5,5
**simultaneously** 239:24 240:5,9
**single** 198:20,22
**singlelayer** 198:19
**singlemembra...** 198:10
**site** 30:10
**sitting** 15:23 308:17
**situation** 46:7 46:14 49:23 72:1,7,8 73:6 73:12,15 74:6 74:14,19 90:22 97:12 112:5 113:6 143:22 145:3 328:18
**situational** 72:24

**situations** 165:5
**six** 23:16 122:16 220:20 221:8 225:12 229:11 231:16 238:6 259:9 260:8
**size** 156:10 176:15,17 230:11
**skip** 148:3 231:15
**slide** 51:3 57:23 58:3 59:2,8,16 60:5,20,24 67:11 80:7,11 99:2,2,7,13,17 99:18 100:1 104:21 105:10 140:10 141:19 149:21 151:14 165:9 171:4,13 177:5 182:20 184:4 191:7,12 195:23 196:1 211:6 213:9 214:21 215:19 217:13 220:18 220:24 221:8 228:18 231:23 231:24 239:12 244:18
**slides** 9:17 298:13
**slight** 62:8 140:7
**slit** 199:21
**small** 21:5 22:20 43:9 112:17 179:12,16
**smc** 36:2
**smith** 3:8
**snapcap** 113:1,2 114:3
**socalled** 237:22 283:8
**social** 91:8
**software** 136:8 183:21,22

Golkow Litigation Services - 877.370.DEPS

Anatoly Aleksandrovich

**sold** 296:18
 297:3,7,16
 304:14,19
**solution** 53:21
 115:5,8,12,21
 116:21 127:6
 168:14,18
 169:1,6 196:18
 310:9,14
 314:11
**solutions** 174:6
 174:22 175:5
 175:19
**somebody** 83:9
 91:6 109:7
 137:5 215:24
**sonic** 201:8
**soon** 21:2
 146:20 290:10
 292:3
**sorry** 21:16
 25:17 54:10
 62:9 77:12
 79:14,20 97:21
 103:23 108:24
 128:16,18
 137:24 148:9
 155:5 180:4
 185:16 198:5
 200:9,12
 218:12,17
 219:6 263:16
 288:4 307:24
 329:13 333:9
 333:16
**sort** 26:7 68:9
 72:18 73:21
 102:2 121:8
 254:12 287:8
**sound** 275:5
**sounds** 41:18
 181:18
**source** 64:23
 182:16 271:20
 273:12
**sources** 65:7
**south** 4:4

**soviet** 17:17
 20:5
**space** 338:6
**speak** 53:15
 166:23 286:14
**speaking** 16:11
 304:10
**spec** 81:3 148:17
 159:20 160:8
 160:14,19,23
 215:17,21
 217:15 221:18
 233:6,24 234:6
 234:7,11,12
 289:2 318:2
**special** 9:2 261:2
 269:4,15 279:7
 279:14,19
**specialization**
 21:12 27:10
**specializes** 21:9
 155:2
**specific** 24:20
 27:15 28:13
 45:15 53:9
 84:20 93:24
 190:19 197:18
 229:24 233:12
 311:24 332:4
**specifically** 38:8
 49:20 59:18
 123:19 167:1
 234:19 261:24
 300:21 303:12
**specification**
 148:24 150:23
 217:16 233:9
 245:17 317:23
**specifications**
 129:3 131:8
 232:22 233:19
 234:10,13
 251:21
**speculate** 181:1
**speculation**
 328:23
**spent** 107:1

 281:15
**spillage** 149:18
**spilled** 68:15,16
 69:1,3 112:24
 114:3 149:19
 150:10 165:22
 168:3
**spills** 155:17
 157:10
**spoke** 211:23
**sports** 91:8
**spouse** 1:5
**spring** 50:10
 70:16 193:3
 200:23 258:19
 308:11
**stage** 49:10
 221:12
**stages** 50:4
**stain** 112:18,23
 112:23
**stamp** 212:7,8
**stamped** 5:14,17
 5:21 6:2,5,8,10
 6:14,17,19,22
 7:2,4,7,9,12,15
 7:18,21 8:2,5,7
 8:10,12,15,17
 8:20 9:3,5,7,10
 9:12,15,17
 62:3 74:24
 79:9 104:22
 119:7 126:4
 139:24 161:22
 172:16 185:3
 186:13 194:19
 201:23 203:12
 205:20 209:7
 210:23 220:10
 222:22 228:12
 240:16 244:11
 247:7 253:20
 256:6 259:3
 262:8 264:23
 267:20 269:5
 277:22 278:20
 280:12 282:5

 298:13
**stand** 42:8 43:1
 105:8
**standard** 38:12
 142:18 322:10
**standpoint**
 21:14 116:8
 257:1
**stands** 235:10
 309:12
**start** 59:21
 107:24 129:17
 204:17 240:2
 264:1 286:20
 290:6,16
**started** 21:4
 57:13 66:24
 67:1 78:24
 79:1,2 110:20
 130:7 235:6
**starting** 25:5
**starts** 58:20
 204:2,2 300:15
**state** 1:10 17:15
 26:12 64:3
 338:5
**statement** 12:10
 174:13,16
 175:2 304:2
**states** 1:1 115:7
**statistical**
 328:24
**status** 7:18
 20:17 223:21
 224:12,16
 228:12,20
 229:5 233:2
 235:3 247:14
 283:8,9 289:17
**stay** 136:7
 138:21
**stays** 159:11
**stenographic**
 14:7
**step** 72:18
 102:15 122:1
 127:22 130:23

 131:12,12,14
 132:11,24
 133:17 142:12
 142:17,24
 143:11 144:3
 145:8,24 146:9
 147:12 197:9
 197:12 232:7
 233:13 242:22
 256:23 266:9
 266:10 267:9
 289:24 293:9
 293:10 313:12
**steps** 44:7 73:2
 78:21 94:20
 128:1 134:7
 142:1 143:14
 148:13 196:11
 224:9 243:1
 245:23 283:3
 312:18 313:13
 313:21 319:9
**sterile** 237:14,18
**sterilized** 216:14
**stipulation**
 12:19 13:3
**stipulations**
 10:13
**stock** 290:10,13
 291:8
**stop** 60:2 306:8
**stopped** 58:8
 60:5 184:19
 248:22 335:1
**stopper** 57:22
 57:24 58:4,20
 67:3,10 80:23
 99:3,6,14
 100:2,2 111:8
 165:10 179:14
 179:21 183:8
**stopping** 259:18
**stops** 60:20
 99:17 100:3
 152:5 165:4
 184:5 277:3
**storage** 22:21

**stored** 237:13,23
**strategy** 298:2
**street** 3:4 4:4
**strict** 135:3
**strike** 73:13
    108:8 116:10
    133:16 180:4
    252:16 321:7
    322:2 333:18
**struck** 262:20
**studies** 150:18
**study** 142:19,21
    149:11,15
    150:2 151:17
**stuff** 176:9
**subcutaneous**
    9:1 164:2
    269:2,14
**subject** 12:4
    338:10
**subjected**
    266:24
**submission**
    133:18 134:5
    144:3 189:6,8
    189:11 226:17
    226:19 237:3
    238:9,11 254:7
    257:10,12,15
    257:16,21,23
    260:16 268:15
    269:13,20
    271:3 277:5,7
    277:14 279:7
    279:10,11,11
    279:14 281:5
    281:22
**submissions**
    258:2
**submit** 74:10
    78:11 143:16
    238:15 266:4
    267:14
**submits** 193:9
**submitted** 74:15
    133:19 134:15
    276:15 281:19

289:14
**submitting**
    267:10
**subscribed**
    340:17
**subsequent**
    135:3 197:24
**subsequently**
    197:14
**substance** 340:9
**substantial**
    282:19 324:2
**substantially**
    236:13 282:15
**success** 311:16
    311:17
**successful**
    226:16 244:2
    289:12
**successfully**
    250:11
**suffer** 208:8
**suffered** 328:16
**suffice** 333:24
**sufficient** 103:5
    108:21 312:23
**suggest** 164:3
**suggesting**
    28:22
**suggests** 165:3
**suitable** 241:24
    242:19 251:7
    259:24 281:5
    288:20
**suite** 2:5 3:4,10
    3:15,21 4:10
**summaries** 34:8
**summarize**
    108:12
**summarizes**
    241:6
**summarizing**
    119:23 267:12
**summary** 8:14
    8:17 33:15,23
    110:17 114:18
    186:2,23 202:7

211:8 220:20
    262:7,14 263:4
    264:22 265:6
**summer** 200:24
    201:13 253:10
    258:12 308:11
    308:11
**super** 73:16
**supervision**
    337:22
**supervisor**
    187:21 228:22
**supervisors**
    332:22
**supor** 152:20,24
    153:15 155:9
    156:15 157:17
    232:19
**supplier** 23:8
    30:8 78:19
    129:17 154:22
    155:10 197:5
    197:20 198:23
    216:7,8 230:4
    235:19 242:5
    243:21,23
    259:14,21
    290:6,9
**suppliers** 26:14
    117:24 154:5
    259:22
**supplies** 33:14
**supply** 291:3
**support** 10:2
    191:20 192:9
    192:10 230:14
    230:17,18,20
    273:17
**supposed** 26:24
    49:11 180:1
    262:21
**sure** 14:23 28:20
    54:5 62:13
    72:4 89:3
    102:5 103:18
    104:4 107:2
    111:16 113:20

116:10 125:23
    129:2 133:4,10
    135:7 136:6
    140:13 155:15
    167:16 172:7
    179:17 189:1
    209:19 221:23
    223:8 238:15
    272:21 304:21
    307:6 331:23
    335:1,9
**suret** 66:21
**surface** 41:16
    51:11 242:8
**surrounding**
    187:11 192:10
**surviving** 1:5
**suspected** 88:11
    88:21 89:11
    90:9,12,18
**suspended**
    248:15
**svn** 66:2 88:3
    91:11,14
**svns** 85:22 87:9
    87:20 92:3
**svp** 147:15,17
**swear** 14:11
**switch** 260:2
    317:6
**switched** 29:14
**switching** 334:7
**sworn** 14:14
    337:5 340:17
**synopsis** 185:14
    185:19
**synthesized**
    163:8
**system** 26:22
    29:10 32:8
    43:18 66:5
    127:18 132:2
    174:15 261:24
    284:13 315:1,3
    325:7 328:19
**systemic** 284:4,6
    284:11

**systems** 28:6,23
    44:6,7 174:18
    178:7

**T**

**t** 5:10 269:24
    339:1
**tabulated** 86:8
**take** 15:3,20
    16:10,11 45:9
    48:7 53:23
    57:5 73:2 77:8
    78:22 79:4
    82:9 93:12
    102:15,19
    103:9 104:3
    105:14,18
    116:23 127:1
    133:15 160:21
    161:15 168:11
    168:19 169:11
    171:12 186:9
    209:21 210:16
    210:18 211:11
    221:21 227:11
    241:19 248:6
    251:2 254:20
    255:3,19 256:1
    258:22 262:3
    266:15 267:2
    267:15 270:2
    281:24 283:16
    284:1,20
    285:17 286:1,6
    298:10 313:2
    313:12,17
**taken** 2:3 13:2
    13:12 54:16
    104:9 161:7
    222:8 224:9
    245:24 271:18
    283:3 295:6
    305:9 311:9,15
**takes** 22:14
    23:22 92:3
    99:19 286:14
**talk** 36:12 41:23

Anatoly Aleksandrovich

42:23 44:1,21
47:1 49:19
83:19 122:18
160:10,22
216:5 237:5
245:9,16,17
246:4,5 324:12
**talked** 26:18
46:15 82:23
97:1,6,20,21
98:5,16 100:17
110:23 130:3
139:1 142:13
142:20 165:8
168:1 178:2,11
196:22 215:22
232:18 266:17
266:17 273:21
324:13
**talking** 20:18
28:1 53:4
54:24 81:9
96:23 111:12
116:12 124:12
125:6 136:23
151:10 158:19
176:10,20
195:24 237:16
244:24 264:14
284:22 295:17
304:17 325:8
331:19
**talks** 160:7
177:17 239:13
**target** 246:17,23
280:4
**tashkent** 17:15
**task** 280:24
**tasked** 52:13,16
**tasks** 108:21
136:20
**team** 39:23
52:17 53:18
55:6 61:20
76:13 79:1
101:16 102:13
117:24 122:10

127:20 144:5
171:19 173:2,8
213:12 259:22
304:8,12
**tech** 235:20
241:9 247:18
247:23 248:3
252:13 259:21
**technical** 17:15
**technically**
322:24
**technique** 47:23
48:11 82:7
216:1 255:7
**techniques**
47:17,19 48:7
**technology** 21:9
21:15 22:22
284:13
**teleconferenced**
2:2
**tell** 15:12 17:1
44:8 72:6
92:11,14
148:21 151:24
158:9 175:1
183:23 207:8
213:19 229:4,6
231:12 280:18
**telling** 193:18
**tells** 152:2,5
213:22,22
**temp** 299:3,13
301:24
**temperature**
237:23 266:20
266:20
**temporarily**
114:20 204:12
260:21
**temporary** 7:11
7:14 19:14
39:16 40:3
42:1 55:1 82:5
84:20 101:17
163:21 209:18
210:22 211:7

215:5 220:9,19
261:3 297:9
305:1,14,23
306:9 308:9,21
308:22 309:3
309:22 315:8
315:22 316:6
323:24 324:15
**ten** 170:7
**tennessee** 1:1
3:10 14:5
**term** 44:24 45:2
45:2 271:16,17
271:20 310:18
**termination**
225:15
**terms** 150:8
201:8
**terrible** 47:14
107:4
**test** 22:9 69:16
70:2 82:20
93:14 112:17
112:21 135:19
180:14 199:24
201:2 237:20
238:6 244:1
245:12 257:14
266:18 274:19
**tested** 69:21
70:5 81:2
112:15 121:2
126:15,23
127:6 132:1
196:6 226:13
288:22 317:18
**testified** 14:15
19:2 310:12
312:8 318:21
329:24 331:4
333:6,11 334:8
335:21
**testify** 318:17
**testimony** 11:5
15:19 18:8,18
19:5,11,18
60:23 311:3

337:6
**testing** 67:15,20
68:3 71:23
100:16 110:21
110:22 112:16
119:24 130:4
134:8,9 152:7
164:3,10 165:3
180:8 183:9
196:5,20
211:21 216:15
216:16 217:7,9
217:14 227:2
227:15,20
232:8,14
236:23 237:21
241:3,7 242:3
242:13,18
243:3 244:2
245:19 246:6
246:10 255:13
257:9,22
265:18,23
266:12,12,14
266:24 267:12
273:22 274:13
281:7,11
288:23 289:13
314:8,18
**tests** 68:5 70:7
**text** 167:20
**thanh** 223:17,19
223:19 225:9
225:13 226:10
**thank** 307:13,14
321:3 323:15
329:10,11
336:5,7,7
**thanks** 11:20
222:3
**thats** 11:20 13:7
26:24 27:2
28:2,5,8 37:18
40:19 41:24
43:11,24 44:12
45:13,13,19
52:19 53:8

54:7 55:9,9
59:17,22 60:3
62:19 63:5
64:7 65:4 67:8
68:3 69:13
72:18,20,23
73:4 75:16
76:12 81:8
84:9 86:11
89:23 90:5,11
91:11 92:19
97:1,7 98:4,8
99:5 106:4
108:7 112:5
122:22 123:4
125:11 128:2
128:21,21,23
129:10 130:21
131:19 132:13
133:5 138:20
141:19,23
142:7 144:10
145:1,6,15
146:15 151:6
156:6 158:1,5
162:6 163:1,7
163:12 165:8
171:11 174:15
174:20,23
177:14 184:3
189:18 190:4
190:11 191:1,8
191:21 192:1
193:12 199:14
199:22 203:6
207:9 211:24
212:13,18,20
212:21 214:6
215:21 227:22
231:21 234:18
239:4 248:18
256:21 258:15
265:11 274:9
277:2,15
286:13 289:21
289:21,24
296:4,10

Anatoly Aleksandrovich

| | | | | |
|---|---|---|---|---|
| 301:11 306:18 | 330:1 | 151:6 182:24 | 138:21 143:8 | **told** 19:23 77:11 |
| 311:14,16 | **things** 12:9 22:8 | 304:22 335:4 | 152:3 155:11 | 143:13 153:5 |
| 312:11 322:2,9 | 28:14 31:2,14 | **three** 14:24 | 161:4,11 | 169:3 239:8 |
| 324:20,24 | 33:9 34:22 | 18:21 23:21 | 176:11 180:14 | **tool** 158:11 |
| 325:5,12 | 45:20 53:2 | 29:12 48:12 | 187:22 192:22 | 159:10 213:12 |
| 326:12 328:5 | 73:10 79:1 | 58:23 60:18 | 194:5,12 195:4 | 214:8 |
| 329:9 330:4 | 100:5 106:17 | 87:24 117:3 | 201:7,11 222:5 | **tooling** 181:16 |
| 334:12 | 108:7,22,23 | 130:8 148:7 | 222:12 227:7 | 181:23 |
| **thenexisting** | 145:16,17,22 | 152:6,7,8,23 | 235:13,16 | **tools** 214:8 |
| 321:15 323:8 | 170:16 175:1 | 152:24 153:1 | 236:6 237:7 | **top** 6:5,21 8:4,7 |
| **theoretically** | 213:20 227:17 | 156:24 158:2 | 238:7 241:11 | 8:19 9:14 64:3 |
| 102:18 | 234:16 251:9 | 159:18 163:13 | 241:15,18 | 69:3 92:16 |
| **theory** 120:10 | 251:13,14 | 178:12 196:20 | 243:6,8 248:13 | 114:8 119:6 |
| 126:15,22 | 257:4 295:14 | 197:1 231:21 | 248:23 253:13 | 168:4 194:18 |
| **therapy** 59:21 | 315:5 320:18 | 232:17 233:11 | 254:11 255:1 | 201:16 203:22 |
| **theres** 16:18 | 321:13 | 235:11 237:12 | 255:11 257:10 | 204:23 206:19 |
| 28:12 43:11 | **think** 58:6,7 | 237:13 238:5 | 257:11,21,22 | 210:3 212:10 |
| 44:13 45:22 | 59:19 67:17 | 250:23 272:6 | 258:3,8,9 | 222:21 247:6 |
| 47:16 55:22,22 | 68:6 81:16 | 283:17 296:3,8 | 266:23 277:5 | 253:19 254:4 |
| 85:6 92:3 | 88:15 93:5 | 317:17,17,21 | 281:15 284:14 | 263:3 267:19 |
| 93:19 97:13 | 94:3,4 96:10 | 318:5 | 286:18 292:21 | 268:2 270:15 |
| 99:18 106:8,17 | 102:22 106:14 | **threeandahalf** | 293:2,12,22 | 276:8 |
| 108:3,10 | 118:12,13 | 64:11,16,21 | 295:3,10 297:9 | **topics** 334:7 |
| 124:19 146:9 | 123:24 130:16 | 117:6 312:9,13 | 298:22 300:16 | **total** 165:14 |
| 152:23 167:19 | 135:1 136:19 | 313:3 | 302:7 315:19 | **touched** 47:2 |
| 203:24 207:11 | 154:17 166:14 | **threshold** | 316:18 323:12 | **touching** 42:23 |
| 235:3 311:3 | 169:3,5,23,24 | 331:14,23 | 336:6,16 | 80:23 85:2 |
| 319:16 | 184:18 198:21 | **till** 255:13 | **timeline** 105:5,7 | **touchstone** |
| **theyre** 26:24 | 212:7,8 223:10 | **time** 13:23 15:5 | 105:9,19 | 107:21 |
| 59:20 89:21 | 239:8 276:24 | 15:10 16:12,21 | 107:17 254:19 | **traced** 328:17 |
| 111:20 147:6 | 285:16 288:5 | 18:17,23 19:1 | **timely** 11:19 | **traces** 82:21 |
| 205:13 235:12 | 293:19,22 | 25:15 30:15 | **times** 86:12 | **track** 136:7 |
| 235:18 251:19 | 309:14 | 31:18 32:21,23 | 216:14 296:13 | **traditional** |
| 266:21,23 | **thinking** 194:11 | 33:2 37:7 | **timing** 234:4 | 279:11,20 |
| 281:2,3 310:18 | 254:24 | 40:11,16 41:15 | **tired** 249:14 | **trained** 23:16 |
| 330:22 | **third** 48:10 | 42:14 54:13,20 | **tissue** 164:2 | 44:6 307:3,6 |
| **theyve** 139:1 | 142:17 163:15 | 77:7,21 78:8 | **title** 35:4 | 332:11 |
| **thin** 153:10 | 189:24 | 81:15,17 86:17 | **titled** 63:14 | **training** 17:11 |
| **thing** 12:17 | **thirty** 338:15 | 91:19 94:5 | 140:8 181:4 | 18:6 21:22 |
| 13:10 28:24 | **thompson** 4:8 | 96:5 99:19,24 | 211:7 | 158:22 307:8,8 |
| 49:15 60:13 | 11:3 | 102:12 104:6 | **today** 12:4 13:11 | **tran** 223:17 |
| 115:10 117:11 | **thompsonhine** | 104:12 108:21 | 15:3,23 35:1 | **transcript** 15:24 |
| 138:14 144:7 | 4:11 | 109:9 116:18 | 162:17 211:23 | 337:9,20 |
| 145:15 150:22 | **thorough** 109:9 | 116:22 118:2,7 | 250:22 277:4 | 338:16,17 |
| 152:2 169:12 | **thoroughly** | 124:2,11 132:8 | 284:2 308:14 | **transcription** |
| 203:24 206:7 | 288:22 | 133:19 134:21 | 308:17 310:4 | 340:7 |
| 245:17 294:24 | **thought** 52:11 | 134:21 136:16 | **todays** 13:22 | **transfer** 114:7 |

Anatoly Aleksandrovich

167:22 181:16
181:20 182:12
**transferred** 69:8
113:3
**trapped** 101:12
110:5
**traps** 101:10
110:2
**traurig** 3:19
**treated** 164:7
331:21
**tree** 5:16 62:3
63:1
**trend** 85:6,16
**trending** 307:4
**trials** 70:3,4
**tried** 129:13
251:9 317:14
318:3
**tries** 231:2
**trigger** 34:11
44:2 290:6
**triggered** 66:14
69:14 179:20
**true** 53:8 109:13
266:2 337:6
**try** 15:2,13 16:8
16:14 47:8
116:19 175:5
248:24
**trying** 45:17
107:2 128:19
129:10 150:6
199:14,23
247:20 251:9
251:13 274:9
274:24 293:7
293:14
**tube** 174:18
**tubing** 6:13
161:20 163:19
164:5 165:2,5
165:24 204:11
**tupper** 223:7,8
223:17,19
224:6 225:2,11
226:9

**tuppers** 226:6
**turbo** 22:6
**turn** 101:10
110:2 163:11
167:4 178:19
183:3 191:4
192:12 208:21
213:6 215:19
216:3 217:3,12
223:13 239:5
241:20 270:4
272:5 274:10
275:16
**turned** 273:22
**two** 4:9 16:8
18:15 41:18
88:2 130:9
131:13 153:6
154:23 170:1
170:16 176:11
206:18 216:9
216:17,24
239:23 241:18
281:17 325:20
**twolayer** 51:6
124:14,15
125:3 199:10
**twominute**
53:23
**twoyear** 133:23
**type** 24:19 26:22
27:9,18 43:9
51:10 80:17
92:9 97:3
116:13,14
124:4 172:2
189:5,8 201:7
207:2,8 254:18
281:7 287:9
334:21
**types** 27:16
33:10 38:3
73:22 234:16
303:12
**typical** 174:19
182:6,9
**typically** 141:2

147:24 267:2
269:19

---

## U

**uhhuh** 15:22
94:14 121:24
142:23 148:15
171:9 172:9
182:7 195:9
240:21
**uhuh** 15:22
180:6
**ultimate** 53:20
73:22 115:1,4
312:7,7
**ultimately** 44:3
52:10 75:22
85:17 110:9
120:17 143:15
143:21 160:12
166:18 214:11
215:16 311:16
316:16 317:5
317:17
**ultrasonic** 200:6
242:4 248:14
**umbrella** 24:19
**unacceptable**
216:22 217:2
**uncontrolled**
180:3 231:3
**uncovered**
50:10 52:1
55:1
**underdelivery**
98:21 163:21
165:1 333:3
**undergo** 130:19
**undergraduate**
17:20 18:1
**underinfusion**
305:16 325:4
325:15 327:16
**underlying**
303:17
**underneath**
63:4 64:4

68:18 165:12
181:8 182:13
204:5 206:5
212:22 246:8
270:17 276:8
**underside** 50:23
**understand** 15:8
15:8,11 16:13
17:3 26:20,22
27:23 28:15
45:8,18 72:24
75:7 77:14
96:12 107:13
107:14 108:16
121:1 129:11
143:1,2 196:13
199:9,15,23
243:15 274:10
275:1 293:8,15
299:1 306:14
309:19 317:16
318:13 335:10
335:20
**understandable**
15:14
**understanding**
27:5 37:14,20
38:2 41:6 55:8
55:12 67:13
71:19 77:20
81:24 146:8
189:3 249:9
250:9 261:4,7
312:19
**understood** 16:5
16:14 56:10,21
103:3
**undertake** 327:6
**underwent**
217:6
**unfolded** 81:14
**unfortunately**
62:14
**unintended**
75:17
**unintentional**
75:17

**uninterrupted**
26:14
**union** 17:17
20:5
**unique** 87:17
120:21 233:14
233:20 234:13
**unit** 51:9 237:12
**united** 1:1
**units** 88:11,21
88:24 89:1,11
90:7,9,13,18
91:2,2 112:10
112:13 156:8,9
266:16,18
297:3,6 298:6
304:14,19,19
304:20
**university** 17:16
**unknown** 75:17
113:24
**uno** 246:9
248:13 251:18
257:13,24
258:1
**unomedical**
1:16,17 4:12
9:1 11:4,6,16
11:16,18 30:18
30:20 31:1
32:2,8 33:6,9
33:11,14 34:12
118:3,9 119:19
237:11 243:3
246:11 248:3,7
250:20 252:17
255:14 259:15
259:19 262:22
262:23 263:11
263:15,20
264:2 267:13
269:2 272:17
272:17 276:9
277:16 278:6
279:8 280:19
282:13,23
285:3,13 286:6

Anatoly Aleksandrovich

286:16 290:21
291:21 292:13
292:21 293:15
294:4 320:18
320:21,23
321:12,13,18
321:19,22
323:6,9 334:16
**unomedicals**
235:14 267:14
**unpredictable**
121:9
**unusual** 66:4
**unwoven** 125:17
**update** 189:16
189:22 190:8
190:21 202:7
202:12 232:22
239:7 261:12
261:17
**updated** 102:12
188:8 204:19
210:14 219:5
225:22 233:10
261:1 289:3,17
**updates** 33:8
190:2
**updating** 103:4
**upgrade** 261:17
**upper** 163:15
**ups** 62:14
**upward** 85:6,16
**urgency** 287:16
287:22
**urgent** 167:7
**usable** 313:9
**use** 7:4,6,9 97:3
105:15 107:21
125:9 130:15
147:5 158:23
174:19,21
181:24 182:6,9
198:10,11
203:11 204:3
205:19 209:7
209:17 235:22
255:6 307:5,23

334:15 335:5,7
**user** 100:24
111:6 181:7
204:24 206:7
210:9,14,14
296:6 310:10
**users** 94:24
102:2 165:15
165:18,18
166:4 205:5
295:20 296:14
297:11 326:16
**usually** 33:14
43:10 49:9
147:7 237:20
266:20
**utilize** 207:23
213:12 238:16
**utilized** 166:13
213:12 315:18
**utilizing** 252:13
307:3 318:10
318:14
**utmost** 311:1

---
**V**
---
**v** 1:7,13,17 14:2
**valid** 306:14
**validate** 122:2
129:1,8 132:2
132:9 180:14
197:14 199:24
218:23 219:10
234:22 243:1
**validated**
122:14 131:3,7
131:20 225:23
226:13 255:20
265:13 332:21
**validating** 26:9
26:11,19 27:1
122:19,22
123:1,2 129:18
227:3 248:4,7
**validation** 8:14
8:17 27:9,15
27:18,20,24

28:14,21 29:1
33:8,11,15,16
33:23 34:8,12
127:23 128:6
128:10,14
129:14 131:21
132:15,20
134:8,8 198:1
201:7 202:15
217:18,20
227:10,16,21
232:23 235:8
235:23 239:19
242:15 243:2,4
245:12 246:4
248:19,22
250:5 252:20
252:24 255:13
259:18 262:7
262:14,21
263:4 264:22
265:6,10 281:7
**valve** 179:8
**vardi** 195:2,3,6
**variety** 22:8
**various** 74:8
117:24 137:12
156:2 257:8
310:4 311:9
313:21
**varying** 86:6
**vastly** 158:1
178:13
**vent** 6:13 7:11
7:14 19:14
39:16 40:3,24
42:1 49:21
55:1 71:19
81:2 84:21
111:9 149:4
158:20 161:20
163:17,19
179:5 194:9
196:5 209:18
210:22 211:7
220:9,19 262:1
297:9 299:3,14

301:24 305:1
305:14,23
306:10 308:9
308:22 309:3
309:22 315:9
315:22 316:6
323:24 324:15
327:16 328:18
**venting** 114:20
115:24 116:15
149:8 173:22
174:7,8 175:6
175:10,12
177:12 178:24
179:6 208:10
208:15 260:22
325:23
**vents** 42:11,16
68:24 98:20
124:13,19,20
124:22 165:2,5
176:20 202:9
202:17 204:12
324:18 327:17
**ventura** 2:4
**verbal** 330:13
**verbiage** 203:6
**verification**
33:19 134:9
241:2 242:16
266:12 314:19
**verify** 225:22
**versapor** 152:21
153:1,20 155:7
155:9 156:16
157:19 159:13
159:24 195:12
196:5,12,17
197:2,10,24
198:3,10,11,14
198:21 199:15
200:4 201:1
228:2 232:19
239:9,21 240:6
241:3,8,23
242:5,19,23
243:11,18

245:13 248:2
253:2 254:12
255:8,11 258:4
266:1 317:3
**version** 6:16
7:20 63:22
106:8 157:5
185:2 240:15
289:5
**versions** 202:10
289:4
**versus** 151:20
184:1 311:10
**viable** 182:24
**vial** 68:16,18,20
68:22 113:1
114:4,6,8
181:9,14
182:13
**vice** 146:7
147:13,15,18
147:21 194:5
**vicente** 90:23
91:7,17,21,24
92:3
**video** 5:19 6:4
13:24 55:13,15
55:16,21 56:1
56:15,19 57:2
57:8,12,12,22
58:13 60:15
61:11 66:10,15
67:9 69:11
70:14,22 71:2
71:5,9,13,14
71:15,18 80:24
82:14,14
336:13
**videographer**
4:14 13:19,21
54:8,12,19
104:5,11 161:3
161:10 222:4
222:11 295:2,9
329:15 336:11
**videos** 98:18,18
**videotape** 66:15

Anatoly Aleksandrovich

**videotaped** 2:2
**virtue** 327:22
**vision** 174:20
  175:2
**visually** 59:14
**voids** 249:6
**volume** 179:13
  250:17 260:1
  313:10 317:10
**vp** 146:10,19
**vs** 151:15
**vulnerability**
  325:22

**W**

**w** 1:5
**wait** 16:7 330:20
**want** 15:3 26:22
  43:24 45:7
  49:15 53:22
  55:21 56:2,5
  57:19 60:7
  72:24 73:2
  74:22 104:2,17
  105:15 106:7,9
  107:20 110:15
  121:17 129:1
  135:7 210:16
  225:10 293:3
  294:23 306:12
  321:6 322:4,5
  322:7 324:12
**wanted** 11:1
  12:1 103:17
  122:2 133:4
  136:10 137:7
  169:11 199:7
  229:2 251:2
  310:19
**warehouse**
  166:13
**warn** 48:13 49:6
**warning** 102:3
  138:24 139:6
  139:10,14,16
  168:2 204:19
  210:1,13,14

271:19 300:18
300:23 331:6
**warnings** 48:18
  97:3 102:13
  103:5 202:8,17
  202:22 203:2
  204:6 261:2,5
  305:2 310:13
  311:23 312:17
  312:19 319:11
  323:23 336:2
**warrant** 143:23
**warrants** 74:16
**wasnt** 34:6 68:1
  115:17 120:18
  249:13 264:11
  294:17 333:9
**water** 125:12
  182:16
**waterproof**
  37:17
**way** 16:12 18:1
  18:4 21:10
  24:18 27:21
  44:8 83:19
  87:8 88:24
  92:14 100:14
  105:17 117:16
  124:10,17
  135:23 138:16
  140:18 144:4
  146:6,24
  156:23 159:18
  162:13,14,14
  164:13 166:16
  170:17 172:10
  176:9 183:13
  205:7 208:7
  212:16 213:3
  218:13 223:14
  231:16 232:12
  237:19 263:3
  274:6 275:15
  288:14 298:20
  300:14 307:1
  322:5
**ways** 43:21

129:16 135:2
  177:3
**website** 25:9
**wed** 120:7
**week** 226:10
  239:13
**weeks** 220:21
  221:8 225:12
  281:17 283:17
**weiner** 76:15
**weld** 199:2
  214:5,7,7,13
**welded** 200:6
**welding** 200:7
  200:15 201:8
  217:19 242:4
  248:14 249:7
**wells** 4:4
**went** 22:5,20
  23:13 24:1
  64:15 69:10,20
  224:22 251:12
  273:21 297:11
  301:20 315:21
  331:6 332:6
**western** 1:1,2
  14:5
**wet** 50:24 51:16
  82:8 115:14
  118:18 120:5
  120:12 121:4,7
  124:5 125:21
  126:20 130:12
  148:17 149:21
  150:22 151:15
  152:12 159:20
  160:7,18,23
  178:9 212:23
  215:5,17,21
  216:19,20,20
  216:21 217:1,2
  217:15,16
  221:18 233:24
  234:6 273:14
  274:13 317:21
  318:2
**wetted** 182:6

**wetting** 82:4
  182:10
**weve** 52:12
  119:24 129:18
  144:8 163:4
  176:10 228:21
  285:23 287:24
  301:1
**whats** 17:10
  27:7 35:4
  71:17 123:6,6
  136:11 138:17
  150:9 151:16
  155:18 189:3,4
  212:17 229:16
  256:23
**whichever**
  207:22
**wholesale** 95:6,7
  166:2
**width** 199:20
  200:2,4
**williams** 3:3
**williamscedar**
  3:6
**willing** 12:11
**window** 217:19
**winter** 253:12
**withstand** 151:5
  178:17
**witness** 10:4
  14:11 21:18
  32:16 34:3,18
  35:21,24 42:4
  42:19 43:16
  45:13 46:2
  47:11 48:16,22
  50:15 51:2,20
  52:3,23 54:1
  60:12 61:16
  75:12 79:14,22
  84:7,14 85:12
  95:19 97:11
  102:10 103:8
  105:23 106:16
  106:23 107:5
  113:20 115:4

118:8 119:11
  126:8 135:14
  139:5 148:11
  160:5 168:10
  168:24 169:10
  170:12,22
  171:1 172:19
  181:22 186:18
  196:10 202:3
  203:16 209:11
  211:4 218:15
  218:17 222:2
  223:2,4 228:16
  240:21 244:16
  248:10 250:1
  250:16 252:5
  252:23 262:12
  265:3 267:24
  275:23 278:3
  278:24 282:9
  285:8,20
  286:11 287:4
  287:13,21
  288:8 290:5
  296:22 298:1
  302:10 304:1
  305:6,18
  307:14,20,24
  309:9,17
  314:14 321:5
  321:24 322:3
  322:17 324:9
  324:20 325:7
  326:2 327:19
  328:22 329:11
  331:2,10,18
  332:16 336:7
  337:5,6,8
  338:1
**woke** 91:3
**wondering**
  333:18
**wont** 16:19
**wording** 203:4
  281:4
**wordings**
  287:23

Anatoly Aleksandrovich

Page 45

words 247:18
work 20:4 26:23
  38:16,18,22
  39:3,7 91:16
  127:2 180:1
  200:16,18
  201:4 207:17
  207:21 230:6
  240:9 243:11
  248:15,15,24
  258:5 281:13
workaround
  180:18
workarounds
  184:16
worked 22:21
  23:17 275:6
  315:9 316:7
working 22:2
  23:6 26:3,12
  26:13 29:10
  31:3,8 40:10
  92:5 120:10
  239:9,23 240:5
  294:2 332:21
workload 255:8
works 144:17
  189:1 247:19
  304:12 335:12
world 250:22
worth 145:6
  238:5
wouldnt 46:22
  52:3 128:6
  129:11,11
  142:9 168:10
  175:11 181:18
  199:8 200:16
  207:19 208:8
  252:7,10 299:5
  305:22 311:17
  312:2,6 327:2
  329:6
woven 199:11
wrap 128:19
  295:1,14
writes 225:13

wrong 126:14
  142:6 180:5
  218:13 292:6
  310:18 330:23
wrote 241:22
ws 309:13

_____
        X
_____
x 5:2,10

_____
        Y
_____
yeah 25:19 41:4
  54:7 55:6,23
  60:18 65:13
  71:1 72:3 77:5
  77:13 90:10
  105:23 106:1
  106:20 107:7
  109:19 111:24
  120:13 123:24
  125:8 137:8
  138:16 146:19
  155:22,24
  157:7 169:23
  170:15,21
  171:8 173:6
  176:18 182:3
  184:18,20
  198:7 212:3
  217:1 218:20
  222:18 228:8
  249:14 263:18
  280:20,20
  281:10 284:21
  296:11 297:5
  301:16 331:10
year 23:11 86:11
  87:1 131:2
  229:5 238:3
  255:11,15
  267:4 294:9
  296:7,16
  297:14 298:6
  299:17 304:20
years 14:24
  18:21 22:13
  23:21 29:12

64:11,16,21
  117:3,6 180:9
  237:12,13
  238:5 297:9,14
  308:13,17
  312:9,13,13
  313:3
yellow 109:17
yep 60:22
yesterday 11:10
yeung 247:13
youll 60:18,19
youre 17:2
  26:21 28:1
  42:8 44:23
  47:16 49:6,7
  60:9 63:17
  68:8 73:1
  76:17 111:12
  131:5 135:9
  187:3 198:9,18
  257:17 264:14
  295:23 304:24
  321:5 322:24
  324:20 335:11
  336:1
youve 18:7 49:1
  55:16 57:15
  72:19 90:6
  127:11 132:24
  214:23 220:16
  277:5
yu 254:4

_____
        Z
_____
z 4:9
zhao 254:4

_____
        0
_____
0 86:12 92:18
  156:3,3,15,16
  156:17 176:5
  213:4
00 304:18
  336:16,18
000 86:13
  165:14 295:20

296:13,17
001 304:18,18
0067242 170:19
0069242 170:12
02 86:12
020 157:17
028985 74:24
04 7:21 8:10 9:7
  240:16 256:5
  278:19
06 6:17 9:15
  185:3 222:21
08 6:9,22 8:5
  126:4 194:18
  247:6
09 111:14

_____
        1
_____
1 104:16 108:11
  157:19 161:8
  161:12 166:19
  167:1 176:5
  220:20 225:6
  225:17 245:11
  254:4 272:8
  273:5,5,5
  340:6
10 8:12 9:12
  54:14,16,17,21
  139:19 169:17
  174:10 210:7
  213:3 259:2
  282:4,12
100 103:8
  155:17 156:3
  156:10,15,15
  156:16,17,20
  235:16 273:18
101016 289:18
104 5:13
10november2...
  64:4
10th 232:24
  236:11
11 104:7,9,10,13
  224:8 256:17
  280:20,22

110 299:20
  304:24 305:3
  305:22
119 6:5
11month 301:22
12 7:18 88:20
  161:5,8 211:9
  228:11,19
  229:5 280:20
  280:22
121 296:7,9,13
126 6:9
13 8:10 9:7
  108:13 256:5
  256:17 278:19
1300 3:4
13006 8:2 63:14
  244:10
13113 81:2
132 157:16
139 6:1
13th 279:3
14 5:6 70:19
  71:7 91:11
  156:17 219:12
  219:18 239:15
14th 235:1
15 8:10,12
  117:21 119:2
  218:7 232:10
  256:5 259:2,9
1515 3:4
158416 5:14
  63:5 104:22
15th 117:14
  122:13 232:14
  235:1
16 9:7 260:15
  278:19 295:4,6
  313:21,23
1600 4:10
161 6:11
16501 2:4
16th 264:9
17 134:4 172:12
172 6:7
1770 3:10

Anatoly Aleksandrovich

**17cv2101** 1:7
**17th** 133:20
**18** 1:20 13:22
  66:3 126:1
  202:6
**184** 157:18
**185** 6:16
**186** 6:19
**18th** 280:5
**19** 161:15
**19103** 3:5
**192** 148:7,10
**194** 6:21
**1993** 20:2,4,12
  20:24
**19th** 238:10
**1st** 270:19

**2**

**2** 1:7 6:13 61:23
  62:23 63:18
  74:23,24 76:7
  94:12,15 100:6
  110:14 114:14
  121:22 122:1
  127:9 131:12
  131:14 132:24
  141:19 142:12
  143:21 157:16
  163:4 209:22
  216:7,15 218:5
  218:15 219:10
  222:6,8,9,13
  223:18 227:9
  234:22 288:3
  313:17
**20** 25:1 30:12
  84:24 86:11
  156:3,16
  294:18 340:18
**200** 89:11 90:7,9
**2000** 212:9
**2000s** 22:15
**2002** 22:17
**2003** 23:21
**2004** 219:17,17

**2006** 23:22
**2008** 25:1 212:9
**2009** 25:5,7 29:9
  40:11 120:4,11
  120:21 121:3
  212:1
**201** 7:1
**2011** 83:15
  85:22 89:10
**2012** 30:13,16
  31:15 32:19
  35:2 55:3 66:3
  81:11 85:8,9
  85:17 88:9
  90:11 185:20
**2013** 6:5,7,9,14
  6:17,19,22
  49:21 50:10
  52:1 63:9
  70:16 76:9
  80:18 83:16
  85:23 90:17
  91:11 108:1,5
  109:4 117:14
  117:21 119:6
  119:16 125:9
  126:4,13
  128:23 139:10
  139:11 140:9
  141:5,11
  161:21 162:7
  165:14 167:15
  171:8 172:3,5
  172:15 173:23
  185:3,13 186:3
  186:13 187:1
  193:3 194:19
  195:7,11
  200:24 201:13
  202:6 211:9,13
  215:9 217:13
  217:23 218:7
  218:22 219:8
  224:8,16 232:4
  271:11 272:2
  273:11 295:19
  299:11,19

**300** 4,8,11
**301** 1,22 305:2
  308:12 331:6
**201303** 6:13
  94:17 161:21
**2014** 7:21 8:2,5
  8:7 9:15 122:4
  122:8,15
  127:12 219:12
  219:22,24
  220:20 222:22
  225:12 227:2
  227:11,12
  231:13 232:10
  232:14 233:1,2
  235:1 236:5,11
  239:9 240:16
  241:4 242:18
  242:24 244:11
  244:20 245:24
  246:17,22
  247:6,13,24
  248:1 253:10
  253:14,19
  254:5 258:12
  299:14 301:23
  334:22
**2015** 15:5 18:13
  19:1,11 131:1
  133:20 134:4
  226:15,24
  231:13 236:14
  238:10 239:1
  246:18,24
  255:23 256:17
  258:19 264:9
  265:19
**2016** 8:20 9:12
  260:9 267:19
  268:15 270:19
  272:3 276:15
  279:3 280:5
  282:4,12 286:2
  288:15 334:24
**2017** 284:7
  290:17,21
  292:8,18

**293:**17 294:3,5
  294:6,8,18
  318:15
**2018** 1:20 13:22
**203** 7:3
**205** 7:6
**209** 7:8
**21** 6:5 119:6,16
  127:12 156:3
  156:14,15
**210** 7:11
**215** 3:5
**2150** 3:15
**22** 6:14 161:21
  162:7 184:23
  213:2
**220** 7:14
**222** 9:14
**227** 157:22
**228** 7:17
**22nd** 89:10
**23** 88:20 186:10
**24** 140:9 194:15
  219:22 295:7
  295:11
**240** 7:20
**242** 170:6,9,10
**243** 174:11
**244** 8:1
**247** 8:4
**24th** 141:5
  239:15
**25** 7:21 201:19
  240:16
**2500** 3:21
**252** 177:2
**253** 8:7
**256** 8:9
**259** 8:12
**25th** 241:4
**26** 8:12 203:8
  205:8 210:1,9
  259:2,9
**260** 297:15
**262** 8:14
**264** 8:17
**267** 8:19

**269** 9:1
**27** 205:16
**277** 9:5
**278** 9:7
**27cv1718038**
  1:15
**28** 6:17 8:7
  108:13 131:1
  185:3 209:2
  220:20 253:19
**280** 9:9
**282** 9:12
**289** 157:16
**28th** 233:2,23
  236:14 254:5
**29** 54:14,16
  163:13
**298** 9:17

**3**

**3** 6:7 8:15,20
  74:23 92:18
  127:11,22
  172:15 176:5
  206:16 216:6
  216:14 217:6,9
  217:17,18
  232:15 235:12
  235:13 243:3
  245:10 246:9
  248:8 250:11
  250:19 252:11
  262:7,15,24
  263:5 264:5
  265:10 267:19
  304:19
**30** 82:9 210:19
  279:13 338:15
**30305** 3:21
**30326** 4:10
**303925131** 66:2
**308** 5:6
**3086484** 3:11
**30th** 63:9 76:9
  122:4,8 141:11
**31** 6:19 186:13
  225:12

Anatoly Aleksandrovich

Page 47

**31st** 187:1
**32** 220:6
**320** 5:7
**32113** 5:20 79:9
**323** 5:6
**329** 5:7
**33** 228:5,7,8
**3300** 4:4
**3333** 3:20
**3377** 2:22
**34** 240:12
**340** 340:6
**35** 156:20 244:5
**3560** 4:10
**36** 104:7,9 247:2
**364** 231:21
**365** 296:8
**37** 253:16
**370** 2:22
**38138** 3:10
**39** 54:17,21
**395** 157:19
**3rd** 173:23
  268:11

**4**
**4** 8:17,20 110:15
  127:12 130:23
  131:1,12
  157:20 180:9
  219:22 235:12
  235:13 243:3
  246:9 248:8
  250:11,19
  252:11 264:22
  265:6,10
  267:19 270:5,5
  295:4,6,11
**40** 256:2 301:10
  301:14
**400** 2:5
**404** 4:11
**41** 161:8,12
  258:23 301:12
**42** 218:5 219:4
  301:8
**42413** 6:1

139:24
**425** 86:13
  157:20
**427** 3:10
**428** 165:14
  295:20 296:13
**43** 262:4 301:8
**44** 264:19
**45** 301:15
**450** 195:12
  196:12 197:2
  197:24 198:14
  200:4 242:19
  255:8
**450r** 152:21,21
  152:24 153:1
  153:15,20
  156:16 157:19
  159:14 240:6
  241:3,8,24
  242:5 245:13
  248:2 253:1,2
  317:3
**457** 86:12
**46** 2:6 267:16
**47** 222:6,8
  268:23
**48** 13:23 277:18
**49** 278:16 280:3
**490** 157:22
**4th** 264:11 268:4
  268:5,14

**5**
**5** 39:8 82:9 86:4
  88:20 91:12
  133:18 156:20
  157:16,18
  171:8 176:6,12
  176:14,22
  190:20 216:6
  216:13 234:23
  235:7,12,17,18
  241:9 242:12
  245:9 246:6
  250:6,10,18
  252:12 260:15

260:15 273:5,5
  336:16,18
**50** 88:11,24
  238:3 267:4,7
  280:1,8
**5002095** 66:21
**51** 282:1
**510** 9:2 188:9,17
  188:19,22
  189:4,11
  226:17,22
  254:7 268:15
  269:4,13,15,20
  276:14 279:7
  279:11,14,19
  279:20 282:14
**52** 222:16,17,18
  223:3 238:4
  267:4,6,7
  296:17,19,20
**53** 157:22
  298:10 319:13
**5412900** 4:11
**546903** 7:1
  201:23
**5532100** 3:22
**55402** 3:16 4:5
**5570099** 3:5
**56** 5:19
**5672** 2:22
**57** 104:10,13
  161:5,8
**58** 222:9,13
  301:18
**59** 300:12
**591** 2:22
**5x** 176:6
**5xx** 230:9

**6**
**6** 6:7 55:20,22
  55:23 56:12,20
  100:7 108:13
  172:15 195:7
**60** 149:16
  300:12 301:2
  305:22

**61** 288:3,4,5,5,6
  288:7 301:4
**612** 4:5
**62** 5:16 223:2
  300:8
**63** 157:22
**65** 296:23 297:6
  297:13 298:6
  304:19,19
**66** 66:21
**6728200** 4:5
**678** 3:22

**7**
**7** 176:6,12,15,21
  230:5 295:7
**70** 6:4
**700** 332:3,3
  334:1
**7242** 171:2
**7247** 170:22
**75** 90:18
**750** 301:23
  302:19 303:1
**759** 272:6
**765** 273:3
**784** 163:13
**79** 5:20
**793** 167:5
**7xx** 230:1,10

**8**
**8** 19:18,21 40:6
  40:9,21 41:3,7
  42:15,20 79:5
  79:13,14,16,16
  79:17 91:2
  92:8 100:6
  111:15,21
  112:5 114:14
  117:9 121:23
  126:13 176:5
  218:13,16,21
  219:22 227:9
  241:20 247:13
  313:18,20
  315:7,8,17

316:1,3 324:14
**80** 88:21 89:1
  212:16
**800** 3:15
**805** 275:16,17
**806** 190:9,14
  193:9
**820** 28:8
**83** 299:24
**85** 90:13 299:24
  299:24 300:4
**855** 3:16
**877** 2:22

**9**
**9** 2:6 8:2 13:23
  91:2 202:6
  244:11,20
  272:8 313:21
**90** 4:4 279:12
**901** 3:11
**91** 86:11 87:1
**917** 2:22
**9756581** 3:16
**9th** 288:15